ORIGINAL

# In the United States Court of Federal Claims

No. 95-758T
(Filed: November 9, 2004)

FILED
NOV 9 2004
U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * * * * * * * * * * *

NATIONAL WESTMINSTER BANK PLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * *

## ORDER ON MOTION

Plaintiff's motion, filed November 2, 2004, for leave to replace exhibits to plaintiff's report on the capital issue with corrected copies is **GRANTED**.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Judge