# In the United States Court of Federal Claims

**95-758T**

**Filed: November 9, 2004**

**NATIONAL WESTMINSTER BANK, PLC,**

**v.**

**THE UNITED STATES**

**Exhibits to**
**Pltf's Report on the Capital Issue**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.