proportion of capital cover in their case. The Bank now considers that if the risk asset ratio is to fulfil its role as a test of the adequacy of capital in relation to the risk of loss, considerations of liquidity (of which the saleability of premises is an example) should be dealt with in a different context. Judged simply in terms of capital risk, bank premises are no more vulnerable to loss than other property assets. For the risk asset calculation, premises will therefore not be deducted but will be treated like other balance sheet assets. In calculating the capital base for the purpose of the risk measure, the Bank will have regard to any genuine hidden values in the balance sheet and to any over-statement of assets in relation to their market value.

30 In outlining the risk assets approach to the assessment of capital adequacy, the 1975 paper did not attempt to grade the risks incurred by banks and only identified three broad classes of risk assets: those with credit risk, those with forced sale risk, or those with a combination of both. The increased emphasis the Bank proposes to devote to this measure requires a more detailed differentiation between the degrees of risk attaching to various categories of asset. Consideration has also been given to whether there would be advantage in going further and attempting to incorporate additional risks such as fraud and other operational risks or concentrations of exposures on special sectoral and geographic risks. The Bank has concluded that to encompass all these elements within a single calculation would involve the construction of an excessively elaborate model whose appearance of accuracy could be dangerously misleading.

31 It is now intended that the standard risk asset calculation will take into account three types of risk inherent in the assets themselves but that weightings should be applied to different assets reflecting the extent to which they are susceptible to these risks. The three types of risk are:

(i) *credit risk*—the risk that claims on others may not be redeemable at the due date at their full book value;

(ii) *investment risk*—the risk that marketable claims on others, or directly held assets, may depreciate below their book value;

(iii) and as a further element within investment risk *forced sale risk*—the risk that actual and additional losses may be sustained because of the need to make untimely sales of assets which, depending on the narrowness of the market, may yield less than their quoted value.

32 This does not mean that the Bank will ignore the other risks already mentioned. In looking at the capital position of a particular institution the Bank will assess the risk asset ratio in the light of the perceived exposure to these other risks. This will involve a series of qualitative judgments and as a result there will be a range of ratios regarded as adequate according to the character of each institution's business. The assessment will also have regard for any marked divergence from the ratios which may obtain among similar institutions, and for changes over time in the ratios of particular institutions.

33 Each category of asset currently identifiable from statistical returns has been reviewed and a factor representing a risk weight has been ascribed to it. These weights attempt to reflect the relative risk of loss arising from credit or investment and forced sale risks inherent in a particular class of asset. For this purpose commercial advances are taken as a benchmark to which a weight of unity is therefore ascribed. The risks attaching to other assets may be less or more than those attaching to commercial advances. Thus, for example, the weight ascribed to market loans to listed banks is 0.2 and the weight attached to property is 2.0. A full classification of assets together with the risk factors attaching to them are contained in Appendix A to this paper. The risk asset ratio is calculated by multiplying each balance sheet asset by its weight to produce an adjusted total of risk assets and then establishing the proportion of this total represented by the capital base as modified by the items requiring a deduction. (A summary of the method of calculation is contained in Appendix B). This calculation represents only the first step in the assessment of capital adequacy by this method. Final assessment will take into account the particular circumstances of each institution. For example, the large institution with a well diversified spread of high quality lending will inherently be less exposed to risk, and therefore requires relatively less capital cover against its assets, than the small specialist institution with a narrower customer base.

34 Present statistical returns cover only assets held by the UK offices of reporting companies. They thus, for example, exclude assets held by overseas branches and subsidiaries of British banks. The Bank attaches importance to assessing the adequacy of capital against the consolidated total of risk assets. Discussions will therefore be held with those affected in order to agree an appropriate statistical framework for the classification of assets held abroad.

Bank of England
*September 1980*

# Appendix A
## Classification of assets and risk weights held by UK offices of reporting banks

| | |
|---|---|
| *(i) Nil weight* | Bank of England notes and UK coin<br>Other sterling notes<br>Balances with Bank of England<br>Special deposits with Bank of England<br>Debits in course of collection on banks in the United Kingdom<br>Balances with overseas offices of the reporting bank<br>Lending under special schemes for exports and shipbuilding<br>Certificates of tax deposit<br>Items in suspense<br>Refinanced lending at fixed rates<br>Gold physically held in own vaults<br>Gold held elsewhere on an allocated basis |
| *(ii) 0.1 weight* | Foreign currency notes and coin<br>UK and Northern Ireland Treasury bills |
| *(iii) 0.2 weight* | Debit items in course of collection on overseas banks<br>Market loans with listed banks, discount market, etc.<br>Market loans to UK local authorities and public corporations<br>Balances with banks overseas with a maximum term of up to one year (including claims in gold)<br>Bills other than UK and Northern Ireland Treasury bills<br>Other loans and advances to Northern Ireland Government, UK local authorities, public corporations and other public sector<br>British government stocks with up to eighteen months to final maturity<br>Acceptances drawn by UK and overseas banks and UK public sector<br>Claims in gold on UK banks and members of the London Gold Market |
| *(iv) 0.5 weight* | British government stocks with over eighteen months to final maturity<br>Northern Ireland government stocks<br>UK local authority and other public sector stocks and bonds<br>Acceptances drawn by other UK and overseas residents<br>Guarantees and other contingent liabilities |
| *(v) 1.0 weight* | Market loans placed with other UK residents<br>Other loans and advances, net of specific provisions for bad debts, but excluding connected lending<br>Assets leased to customers<br>Working capital provided for overseas offices of the reporting bank, both in the form of deposits and in other forms<br>Balances with banks overseas with a term of one year or over (including claims in gold)<br>Claims in gold on non-banks<br>Aggregate foreign currency position ( to be defined in the Bank's paper on 'Foreign Currency Exposure')<br>Other assets 'other', e.g. silver, commodities and other goods beneficially owned by the reporting bank<br>Other quoted investments, not connected |
| *(vi) 1.5 weight* | Connected lending (to be looked at case by case and to exclude market-type lending where this can be separately identified)<br>Unquoted investments (subject to case-by-case treatment) |
| *(vii) 2.0 weight* | Property (includes all land and premises beneficially owned by the reporting bank) |
| *Items to be deducted from capital* | Plant and equipment<br>Intangible assets<br>Investments in subsidiary and associated companies and trade investments |

# Appendix B
## Composition of gearing and risk asset ratios

| | | Gearing ratio | | Risk asset ratio | Notes and definitions in text |
|---|---|---|---|---|---|
| 1 | **Capital base** | | Share capital<br>Loan capital<br>Minority interests<br>Reserves<br>General provisions | | Paragraph 11 |
| 2 | **Adjustments to capital base**<br>*Deduct* | Investments in subsidiaries and associates<br>Goodwill<br>Equipment<br>Premises<br>Other fixed assets | | Investments in subsidiaries and associates<br>Goodwill<br>Equipment<br><br>Other fixed assets | Paragraphs 26 and 29 |
| 3 | **Adjusted capital base (1 - 2)** | | | | |
| 4 | | **Deposits and other non-capital liabilities** | | | Paragraph 28 |
| 5 | | Gearing ratio<br>**(3 : 4)** | | | |
| 6 | | | | **Adjusted total of risk assets** | Derived from the application of the risk weights in Appendix A |
| 7 | | | | Risk asset ratio<br>**(3 as percentage of 6)** | |