# In the United States Court of Federal Claims

**No. 95-758T**
**(Filed: December 3, 2004)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **NATIONAL WESTMINSTER** | * |
| **BANK PLC,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * *

**ORDER ON MOTION FOR RECONSIDERATION**

The court is in receipt of defendant's motion, filed November 24, 2004, for reconsideration of the court's July 16, 2004 order limiting the scope of capital issue. Plaintiff shall file a response to defendant's motion by **Monday, December 13, 2004**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge