# In the United States Court of Federal Claims

**No. 95-758T**
**(Filed: January 18, 2005)**

* * * * * * * * * * * * * * * * *

**NATIONAL WESTMINSTER BANK PLC,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

In consideration of the government's December 6, 2004 motion for an enlargement of time to conclude fact discovery and the plaintiff's response, the court hereby **GRANTS IN PART** the government's motion and amends the discovery and pre-trial schedule as follows:

The parties shall conclude fact discovery by **Friday, February 4, 2005**;

The parties shall exchange initial expert reports by **Friday, March 4, 2005**;

The parties shall submit supplemental expert reports by **Monday, May 2, 2005**;

All discovery shall close by **Tuesday, May 31, 2005**;

As scheduled in the court's October 5, 2004 order, the court shall conduct a Pre-Trial Conference on **Thursday, July 7, 2005, at 10:00 a.m. eastern time**, which shall continue on Friday July 8, 2005 if necessary;

Trial shall commence on **Monday, July 18, 2005** for a period of time to be determined at the Pre-Trial Conference.

**IT IS SO ORDERED**.

s/ Nancy B. Firestone
NANCY B. FIRESTONE
Judge