IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 95-758T

(Judge Nancy B. Firestone)

NATIONAL WESTMINSTER BANK PLC,

Plaintiff

v.

THE UNITED STATES,

Defendant

# PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS

Pursuant to RCFC 26 and 36, plaintiff, National Westminster Bank PLC ("NatWest" or "PLC") hereby makes its responses and objections to Defendant's First Set of Requests for Admissions (the "Requests for Admissions"). The responses and objections pursuant to the Requests for Admissions are made without in any way waiving or intending to waive, but on the contrary reserving and intending to reserve:

1. The right to object on the grounds of competency, relevance, materiality, privilege and admissibility as evidence for any purpose of any of the information produced hereunder or the subject matter thereof, including objections that any information requested is not reasonably calculated to lead to the discovery of admissible evidence.

**Request 1.53.** The interest income and expense reflected on the profit and loss statements of the New York branch for the years ended December 31, 1981 through December 31, 1987 are as follows (Pltf.s 5/4/2004 Proposed Stipulations 55-61):

| | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 |
|---|---|---|---|---|---|---|---|
| **Interest Income:** | | | | | | | |
| Third Party | 358,189,091 | 294,769,819 | 157,544,606 | 188,222,744 | 191,308,714 | 149,901,661 | 120,180,786 |
| Intra Group | 21,875,235 | 55,801,647 | 9,298,633 | 12,519,514 | 12,001,469 | 12,549,476 | 15,950,922 |
| Total Interest Income | 380,064,326 | 350,571,466 | 166,843,239 | 200,742,258 | 203,310,183 | 162,451,137 | 136,131,708 |
| | | | | | | | |
| **Interest Expense:** | | | | | | | |
| Third Party | 252,456,950 | 230,249,221 | 138,049,019 | 185,016,860 | 158,775,987 | 119,170,195 | 104,377,700 |
| Intra Group | 112,999,252 | 95,274,892 | 12,293,057 | 9,641,174 | 8,040,437 | 8,100,127 | 28,610,334 |
| Total Interest Expense | 365,456,202 | 325,524,113 | 150,342,076 | 194,658,034 | 166,816,424 | 127,270,322 | 132,988,034 |

**Response to Request 1.53.** Plaintiff denies the matter stated in this request except to admit that the interest income and expense reflected on the profit and loss statements of the New York branch for the years ended December 31, 1981 through December 31, 1987 are as follows (differences from figures in defendant's request shown in bold):

| | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 |
|---|---|---|---|---|---|---|---|
| **Interest Income:** | | | | | | | |
| Third Party | **368,210,551** | 294,769,819 | 157,544,606 | 188,222,744 | 191,308,714 | 149,901,661 | 120,180,786 |
| Intra Group | 21,875,235 | 55,801,647 | 9,298,633 | 12,519,514 | 12,001,469 | 12,549,476 | 15,950,922 |
| Total Interest Income | **390,085,786** | 350,571,466 | 166,843,239 | 200,742,258 | 203,310,183 | 162,451,137 | 136,131,708 |
| | | | | | | | |
| **Interest Expense:** | | | | | | | |
| Third Party | 252,456,950 | 230,249,221 | 138,049,019 | 185,016,860 | 158,775,987 | 119,170,195 | 104,377,700 |
| Intra Group | 112,999,252 | 95,274,892 | 12,293,057 | 9,641,174 | 8,040,437 | 8,100,127 | 28,610,334 |
| Total Interest Expense | 365,456,202 | 325,524,113 | 150,342,076 | 194,658,034 | 166,816,424 | 127,270,322 | 132,988,034 |

**Request 1.54.** The interest income and expense reflected on the profit and loss statements of the IBF branch for the years ended December 31, 1983 through December 31, 1987 are as follows (Pltf.'s 5/4/2004 Proposed Stipulations 62-66):

| | 1983 | 1984 | 1985 | 1986 | 1987 |
|---|---|---|---|---|---|
| **Interest Income:** | | | | | |
| Third Party | 89,212,751 | 126,895,342 | 79,146,747 | 57,085,225 | 80,175,624 |
| Intra Group | 20,607,405 | 25,407,933 | 18,249,148 | 30,954,547 | 38,244,349 |
| Total Interest Income | 109,820,156 | 152,303,275 | 97,395,895 | 88,039,772 | 118,419,973 |
| | | | | | |
| **Interest Expense:** | | | | | |
| Third Party | 42,984,641 | 85,982,676 | 43,024,081 | 29,069,228 | 46,205,786 |
| Intra Group | 51,713,455 | 49,720,029 | 35,722,591 | 45,691,728 | 63,890,133 |
| Total Interest Expense | 94,698,096 | 135,702,705 | 78,746,672 | 74,760,956 | 110,095,919 |

**Response to Request 1.54.** Plaintiff admits the matter stated in this request.

**Request 1.55.** The interest income and expense reflected on the profit and loss statements of the Nassau branch for the years ended December 31, 1981 through December 31,1987 are as follows (Pltf.'s 5/4/2004 Proposed Stipulations 67-73):

| | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 |
|---|---|---|---|---|---|---|---|
| **Interest Income:** | | | | | | | |
| Third Party | 151,863,155 | 161,091,990 | 114,883,106 | 175,261,225 | 133,388,261 | 150,049,269 | 200,566,718 |
| Intra Group | 82,436,496 | 51,294,299 | 35,612,680 | 40,510,724 | 26,163,866 | 22,049,585 | 55,215,452 |
| Total Interest Income | 234,299,651 | 212,386,289 | 150,495,786 | 215,771,949 | 159,552,127 | 172,098,854 | 255,782,170 |
| | | | | | | | |
| **Interest Expense:** | | | | | | | |
| Third Party | 218,324,456 | 182,292,696 | 135,328,467 | 185,356,153 | 111,903,599 | 90,715,494 | 123,955,846 |
| Intra Group | 12,869,708 | 24,825,493 | 9,283,117 | 24,448,637 | 37,740,138 | 72,874,752 | 116,965,840 |
| Total Interest Expense | 231,194,164 | 207,118,189 | 144,611,584 | 209,804,790 | 149,643,737 | 163,590,246 | 240,921,686 |

**Response to Request 1.55.** Plaintiff admits the matter stated in this request.

**Request 1.56.** The interest income and expense reflected on the profit and loss statements of the Grand Cayman Island branch for the years ended December 31, 1985 through December 31, 1987 are as follows (Pltf.'s 5/4/2004 Proposed Stipulations 74-76):

| | 1985 | 1986 | 1987 |
|---|---|---|---|
| **Interest Income:** | | | |
| Third Party | 1,042,703 | 1,389,743 | 1,480,387 |
| Intra Group | 42,374 | 88,423 | 1,827,110 |
| Total Interest Income | 1,085,077 | 1,478,166 | 3,307,497 |
| | | | |
| **Interest Expense:** | | | |
| Third Party | 0 | 67,708 | 1,813,987 |
| Intra Group | 1,065,884 | 1,355,022 | 1,395,348 |
| Total Interest Expense | 1,065,884 | 1,422,730 | 3,209,335 |

**Response to Request 1.56.** Plaintiff admits the matter stated in this request.

**Request 1.57.** The interest income and expense reflected on the profit and loss statements of the Chicago branch for the years ended December 31, 1981 through December 31, 1987 are as follows (Pltf.'s 5/4/2004 Proposed Stipulations 77-83):

| | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 |
|---|---|---|---|---|---|---|---|
| **Interest Income:** | | | | | | | |
| Third Party | 34,669,822 | 27,782,082 | 22,897,219 | 26,278,417 | 28,056,633 | 29,255,073 | 31,970,560 |
| Intra Group | 58,265 | 2,838,008 | 403,325 | 11,550 | 219,508 | 226,872 | 253,039 |
| Total Interest Income | 34,728,087 | 30,620,090 | 23,300,544 | 26,289,967 | 28,276,141 | 29,481,945 | 32,223,599 |
| | | | | | | | |
| **Interest Expense:** | | | | | | | |
| Third Party | 294,481 | 52,638 | 12,737 | 18,150 | 110,086 | 94,132 | 37,595 |
| Intra Group | 33,426,382 | 29,083,163 | 20,817,013 | 23,827,602 | 25,037,067 | 25,772,528 | 28,657,385 |
| Total Interest Expense | 33,720,863 | 29,135,801 | 20,829,750 | 23,845,752 | 25,147,153 | 25,866,660 | 28,694,980 |

**Response to Request 1.57.** Plaintiff admits the matter stated in this request.

**Request 1.58.** The interest income and expense reflected on the profit and loss statements of the San Francisco branch for the years ended December 31, 1981 through December 31, 1987 are as follows (Pltf's 5/4/2004 Proposed Stipulations 84-90):

| | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 |
|---|---|---|---|---|---|---|---|
| **Interest Income:** | | | | | | | |
| Third Party | 21,059,749 | 19,309,233 | 13,673,011 | 14,431,195 | 16,858,570 | 17,598,063 | 13,121,399 |
| Intra Group | 21,487,679 | 22,115,761 | 22,321,853 | 25,703,912 | 22,770,179 | 27,666,222 | 25,423,910 |
| Total Interest Income | 42,547,428 | 41,424,994 | 35,994,864 | 40,135,107 | 39,628,749 | 45,264,285 | 38,545,309 |
| | | | | | | | |
| **Interest Expense:** | | | | | | | |
| Third Party | 34,080,053 | 34,174,843 | 25,818,689 | 28,861,973 | 29,581,366 | 31,997,164 | 25,531,035 |
| Intra Group | 6,585,677 | 5,604,515 | 8,532,004 | 9,921,432 | 8,182,899 | 11,475,613 | 11,447,889 |
| Total Interest Expense | 40,665,730 | 39,779,358 | 34,350,693 | 38,783,405 | 37,764,265 | 43,472,777 | 36,978,924 |

**Response to Request 1.58.** Plaintiff denies the matter stated in this request except to admit that the interest income and expense reflected on the profit and loss statements of the San Francisco agency for the years ended December 31, 1981 through December 31, 1987 are as follows (differences from figures in defendant's request shown in bold):

| | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 |
|---|---|---|---|---|---|---|---|
| **Interest Income:** | | | | | | | |
| Third Party | **21,137,686** | 19,309,233 | 13,673,011 | 14,431,195 | 16,858,570 | 17,598,063 | 13,121,399 |
| Intra Group | 21,487,679 | 22,115,761 | 22,321,853 | 25,703,912 | 22,770,179 | 27,666,222 | 25,423,910 |
| Total Interest Income | **42,625,365** | 41,424,994 | 35,994,864 | 40,135,107 | 39,628,749 | 45,264,285 | 38,545,309 |
| | | | | | | | |
| **Interest Expense:** | | | | | | | |
| Third Party | 34,080,053 | 34,174,843 | 25,818,689 | 28,861,973 | 29,581,366 | 31,997,164 | 25,531,035 |
| Intra Group | 6,585,677 | 5,604,515 | 8,532,004 | 9,921,432 | 8,182,899 | 11,475,613 | 11,447,889 |
| Total Interest Expense | 40,665,730 | 39,779,358 | 34,350,693 | 38,783,405 | 37,764,265 | 43,472,777 | 36,978,924 |

Dated:

November 22, 2004

By: D. Scott Wise by

CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2004, I caused a copy of the foregoing to be served by hand on the attorneys for Defendant as follows:

Steven I. Frahm
Attorney of Record
U.S. Department of Justice, Tax Division
555 Fourth Street, N.W.
Washington, D.C. 20001

Winston & Strawn LLP
1400 L Street, N.W.
Washington, D.C. 20005