# In the United States Court of Federal Claims

**No. 95-758T**
**(Filed: March 4, 2005)**

* * * * * * * * * * * * * * * * *
*
**NATIONAL WESTMINSTER** *
**BANK PLC,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

The court **SCHEDULES** a status conference for **Wednesday, March 9, 2005, at 2:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (212) 450-4969; counsel for defendant at (202) 307-6504. The parties shall be prepared to discuss the plaintiff's motion for an order deeming admitted its request for admissions under RCFC 36(a). The court will initiate the conference call.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge