**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 95-758 T**
**(Judge Nancy B. Firestone)**

**NATIONAL WESTMINSTER BANK, PLC,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

**DEFENDANT'S INITIAL EXPERT REPORTS**

In accordance with the Court's January 18, 2005, Order, defendant submits the attached initial expert reports, consisting of (1) a report on the capital issue by A. Lawrence Kolbe, and (2) a report on the arm's length interest issue by James A. Read, Jr. Each expert is a Principal and Director of The Brattle Group, 44 Brattle Street, Cambridge, MA.

Respectfully submitted,

s/Steven I. Frahm
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6504

EILEEN J. O'CONNOR
Acting Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section

March 4, 2005

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 95-758T**

**(Judge Nancy B. Firestone)**

**NATIONAL WESTMINSTER BANK PLC,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant.**

# EXPERT REPORT OF A. LAWRENCE KOLBE

# ON

# THE CAPITAL ISSUE

**Prepared for the U.S. Department of Justice**

***The Brattle Group***
**44 Brattle Street**
**Cambridge, MA 02138-3736**
**617.864.7900 voice**
**617.864.1576 fax**

**March 4, 2005**

## Table of Contents

INTRODUCTION AND SUMMARY . . . . . 1
Purpose of Report . . . . . 1
Disclosure Compliance . . . . . 3
Summary of Findings . . . . . 3
Organization of Report . . . . . 4

NATURE OF THE ASSIGNMENT . . . . . 5
The Inland Revenue Banking Manual . . . . . 5
Economic Concepts Highlighted by Inland Revenue Banking Manual . . . . . 7
Functions of Bank Capital . . . . . 7
Investments Made with Bank Capital . . . . . 8

ANALYSIS OF PLAINTIFF'S APPROACHES . . . . . 10
Original Tax Return Approaches . . . . . 10
Revised Approach . . . . . 14

ATTEMPT TO DEVELOP AN ECONOMICALLY REASONABLE APPROACH . . . . . 23
Inadequate Data . . . . . 24
Facts and Principles that Must Be Ignored . . . . . 32
Implications . . . . . 32

CONCLUSION . . . . . 33

Appendix A: QUALIFICATIONS OF A. LAWRENCE KOLBE . . . . . A-1

Appendix B: MATERIALS CONSIDERED BY A. LAWRENCE KOLBE . . . . . B-1

Appendix C: EXAMPLES OF FINANCIAL STATEMENTS . . . . . C-1

# I. INTRODUCTION AND SUMMARY

My name is A. Lawrence Kolbe. My business address is The Brattle Group, 44 Brattle Street, Cambridge, Massachusetts, 02138. I am a Principal and a Director of The Brattle Group, Inc. ("Brattle"), an economic, environmental and management consulting firm with offices in Cambridge, Washington, London and San Francisco. Among other duties, I lead the firm's financial economics practice.

My work concentrates on financial and regulatory economics. I hold a B.S. in International Affairs (Economics) from the U.S. Air Force Academy (1968) and a Ph.D. in Economics from the Massachusetts Institute of Technology (1979). I left active duty in the Air Force in 1977. Before co-founding Brattle in 1990, I was a Director of Putnam, Hayes and Bartlett, and before that, a Vice President of Charles River Associates.

I am co-author of three books and author or co-author of a number of articles. The principal topics of these publications involve investment issues such as the cost of capital, risk, and valuation. My latest book is entitled *Capital Investment and Valuation*. It is one of a two-volume set that lists "The Brattle Group" as third author with Professors Richard A. Brealey and Stewart C. Myers. The set adapts their leading textbook, *Principles of Corporate Finance*, now in its seventh edition, for business professionals, rather than graduate students.[1]

Clients for my work have included federal, state and local government agencies, industry organizations, and numerous private firms, in a variety of industries. I have testified on financial and regulatory issues in many forums. These include international arbitrations in The Hague, London and Melbourne, Australia; lawsuits in U.S. courts; U.S. arbitrations; and regulatory proceedings before U.S. and Canadian federal, state and provincial regulatory bodies.

Appendix A provides more detail on my professional qualifications.

## A. Purpose of Report

I have been asked by counsel for the U.S. Department of Justice ("DOJ") to evaluate the capital of the U.S. branches of National Westminster Bank, PLC ("NatWest"), during tax years 1981 to 1987, in accordance with the opinions and orders of Judge Turner[2] and Judge Firestone[3] that have interpreted Article 7(2) of the U.S.-U.K. Tax Treaty. As expressed in the Court's 2003 Opinion, I have been asked to consider "amounts designated as capital" on the branches' books and amounts

---

[1] The companion volume, *Financing and Risk Management*, was adapted by Mr. James A. Read, Jr., another Brattle Principal. All of these volumes are published by McGraw-Hill.

[2] 44 Fed. Cl. 120 (1999).

[3] 58 Fed. Cl. 491 (2003) ("Court's 2003 Opinion"); Transcript, August 18, 2004 (capital issue includes historic expenditures for premises and fixed assets) ("Court's 2004 Transcript"); January 18, 2005, Order Denying Reconsideration (capital issue does not include capital on books of NatWest PLC) ("Court's 2005 Order").

"in fact allotted" to the branches "for capital purposes."[4] I have been instructed to be guided in this regard by the U.K.'s Inland Revenue Banking Manual,[5] which the Court has ruled provides an "adequate basis" to resolve the capital issue.[6] Specific enquiries are to include:

- The manner in which NatWest has determined branch capital and calculated interest expense.
- Whether the Plaintiff's approach[7] is the only approach under the Inland Revenue Banking Manual.
- Whether the Plaintiff's approach fully implements the language of the Inland Revenue Banking Manual.
- Whether plaintiff's approach yields the goal of a "reasonable result" as expressed in the Inland Revenue Banking Manual and an economically sound and reasonable result regarding the profits a branch "might be expected to make if it were a distinct and separate enterprise engaged in the same or similar activities under the same or similar conditions and dealing wholly independently with the enterprise of which it is a permanent establishment" as provided in Treaty Article 7(2).
- If plaintiff's approach does not yield an economically reasonable result, whether it is possible from information in the record to identify another approach that might be applied in accordance with the Court's opinions and would yield a more economically sound result under the Treaty.
- If such an alternative approach is possible, the amount of capital allotted to the U.S. branches under such an alternative approach and the necessary adjustments to interest expense, if any, for NatWest's U.S. branches for the years in question.

My examination of the evidence concerning these matters is from the standpoint of a financial economist. I do not address questions concerning purely legal, accounting or operational issues. This report reflects my analyses and findings to date. However, my work is ongoing, and I expect

---

4 Court's 2003 Opinion at 505.

5 Inland Revenue Banking Manual, Appendix 9A (1994) ("Inland Revenue Banking Manual").

6 Court's 2003 Opinion at 506.

7 Actually, as discussed in the body of my report, Plaintiff has taken at least three approaches to attribution of branch capital over the period of this dispute; I analyze all of Plaintiff's approaches, to the extent I can given limits on available information that I identify below.

to supplement this report in accord with the Court's schedule for such supplements, currently scheduled to be filed on May 2, 2005.[8]

### B. Disclosure Compliance

Appendix A includes my publications for the last ten years and lists the trials, depositions and regulatory hearings at which I have testified during the last four years. The materials I considered in preparing my report are listed in Appendix B. Brattle has been compensated for my time in this case at a rate of $425 per hour.

### C. Summary of Findings

Briefly, my finding are:

- NatWest has determined the amounts treated as allotted capital for its various branches in at least three different ways. The methods it originally used varied across different branches in the same year and across different years for the same branch. Its revised method appears to use a consistent methodology, but that methodology is one of those Plaintiff used originally, long before the Inland Revenue Banking Manual was written. Upon review, I find it is not grounded in the language of the Inland Revenue Banking Manual, and in some ways it appears to be inconsistent with that language.

- The Inland Revenue Banking Manual envisions a flexible approach, so *no* methodology could lay fair claim to being the only possible interpretation of the Inland Revenue Banking Manual. The Plaintiff's approach certainly can make no such claim.

- The Plaintiff's revised approach does not in general reach a reasonable result. For example, in some years for some branches, it produces *negative* amounts treated as allotted capital, yet the basic economics of the banking business mean that a bank must have positive capital. The same principles mean that a bank branch that is to be judged as "if it were a distinct and separate enterprise engaged in the same or similar activities under the same or similar conditions and dealing wholly independently with the enterprise of which it is a permanent establishment" must have positive capital also, if the quoted phrase means in law what it says in English.[9]

- Paragraph 2.1 of the Inland Revenue Banking Manual recognizes the economic reality that a bank or a branch of a bank may use some of its Free Working Capital (the quantity the Inland Revenue Banking Manual attempts to determine) to buy general income-producing assets. Such purchased assets may well be indistinguishable from other assets on the bank's

---

8 Court's 2005 Order.

9 That is, this statement assumes that the legal meaning of the quoted phrase is not in opposition to the plain English meaning of the words. I am not an attorney, and I am not qualified to opine on the legal meaning of the words. This statement should not be read as an attempt to do so.

or a branch's balance sheet, and if backed on the liability-and-equity side of a branch balance sheet by amounts not explicitly allotted as capital, *there will be no simple way for an outsider to identify the funds in question as branch capital*. Such issues instead will have to be addressed during the course of the negotiation envisioned by the Inland Revenue Banking Manual.

- The data currently available in this case are such that, while adhering to the legal test described in the Court's 2003 Opinion, the Court's 2004 Transcript, and the Court's 2005 Order, I am unable to identify an economically reasonable approach to determine the amounts to be treated as allotted capital for NatWest's U.S. branches. The reasons for this involve (1) the fact that the data from the available books and records are incomplete, insufficient for the task in the present litigation, and in some cases anomalous, and (2) the fact that important considerations that might enable us to overcome these data problems, which we know to be true as a matter of institutional practice and/or economic principle, must be ignored as a matter of law, as I understand the Court's instructions on how to implement the Treaty.

- On its face, the Inland Revenue Banking Manual was written with the setting of a negotiation rather than a lawsuit in mind. In that setting, it appears that the Inland Revenue Banking Manual can in fact be successfully used to reach a reasonable result.[10] But the present setting is not informal discussion and negotiation, it is litigation. This particular lawsuit has not elicited the requisite information to reach a reasonable result. So while I find that the Plaintiff's method to calculate amounts treated as allotted capital demonstrably produces answers that are far below a reasonable level for at least some branches in some years, I lack the data to apply the Inland Revenue Banking Manual to identify a reasonable level in general, without drawing on facts or economic principles that I am forbidden by the Court's rulings to use or implement. Given this, however effective the Inland Revenue Banking Manual might be in the U.K. as a guide to negotiations, I presently do not see how an economically reasonable outcome can be obtained under the circumstances in this lawsuit.

- However, my work is continuing, and if new information or new analysis suggests a way to reach a reasonable outcome in the present circumstances, I will describe it in my supplemental report.

### D. Organization of Report

The remainder of this report contains four major sections. Section II discusses the nature of my assignment, including reviews of the relevant language from the Inland Revenue Banking Manual and of certain economic concepts that the Inland Revenue Banking Manual's language highlights. Section III contains my analysis of the Plaintiff's various approaches to attribution of capital to NatWest's U.S. branches. Section IV describes the reasons that (to date) I have not been able to

---

10 See in particular the last sentence of paragraph 14.1 of the Inland Revenue Banking Manual.

develop an economically reasonable approach that could work in the present circumstances. Section V concludes.

## II. NATURE OF THE ASSIGNMENT

Based on the above-cited judicial rulings, my report conducts its analyses under guidance from the Inland Revenue Banking Manual, as interpreted by the Court rulings. In addition to the plain language of the manual, I am guided in my understanding of its intent and operation by the Joint Further Opinion of Messrs. Michael Flesch and Philip Baker in this case, dated November 8, 2002 ("Barristers' Opinion"). Here I first review the relevant parts of the Inland Revenue Banking Manual and then discuss some relevant underlying economic concepts.

### A. The Inland Revenue Banking Manual

The stated goal under the Inland Revenue Banking Manual is to assist in the identification of the branch's "Free Working Capital." Paragraphs 2.1 and 2.2 of the Inland Revenue Banking Manual explain the concept of Free Working Capital as follows:[11]

> 2.1 As banks make their profits from lending money, the sources of such funds are important. When the bank borrows for on-lending its gross return is limited to a small margin, but where it has sources of "free capital" (such as share capital and retained profits) which have no associated interest costs, the gross return will be the whole interest on lending. Therefore the amount of free capital available will significantly affect profitability.
>
> 2.2 While the free capital available to a bank overall will be apparent, in the UK there is no regulatory requirement that the UK branch of an overseas bank must be given capital.
>
> The branch may well be borrowing from Head Office and deducting interest on these funds either in its accounts or in its taxation computations. The question is therefore, how do we determine the amount of free capital which has in reality been granted to the UK and on which no interest will be due?

---

11 As discussed in the Barristers' Opinion, the content of the 1994 and 2000 versions of the Inland Revenue Banking Manual with respect to the Free Working Capital provisions is essentially the same, although the paragraph numbers differ. I cite the 1994 version because it is the first version available, and the dispute period predates it. Also, although I read the Barristers' Opinion to state (for example, at paragraphs 11 and 25) that the *actual* practice of the U.K. tax authorities during the 1981-87 dispute period did not follow the process described in the Inland Revenue Banking Manual in all respects, I take the Court's 2003 Opinion and the Court's 2005 Order to require me nonetheless to attempt to do so.

In answering this question, the Inland Revenue Banking Manual identifies two concepts, "allotted capital" and "amounts treated as allotted capital."[12] Allotted capital is described as "an identifiable sum ... perceived and properly termed capital by Head Office."[13] In the present dispute, there is no "allotted capital" on the books and records of NatWest's U.S. branches -- their balance sheets show assets and liabilities, but no allotted capital.[14] Therefore, the Inland Revenue Banking Manual recognizes that "[t]here is authority ... for treating part of a branch's funds as allotted capital...",[15] which is the basis of my present assignment.

The Inland Revenue Banking Manual also makes clear that Free Working Capital may exceed[16]

> the assets held by the branch as owner, such as premises ..., because [such an excess] forms part of the capital infra-structure of the branch in much the same way that shares would be part of the capital structure of a company.

The Inland Revenue Banking Manual describes "factors to be considered" in deciding on amounts treated as allotted capital. It states that "[t]he following list *is not exhaustive*, but may give a flavour of what is involved."[17] The items on this list are:

- Premises and Fixed Assets;
- Initial Working Capital;
- Retained Profits;
- Depreciation, and
- Other reserves.

Additionally, paragraph 11.1 of the Inland Revenue Banking Manual suggests the need for extra attention in cases in which a branch incurs losses, a relevant consideration in the present case, but I do not find clear guidance on how to proceed in such cases. This, however, is only a specific example of a more general proposition: the discussion of Free Working Capital concludes at paragraph 14.1, which says in its entirety,[18]

---

12 Inland Revenue Banking Manual, paragraphs 5 and 6.

13 Inland Revenue Banking Manual, paragraph 5.1.

14 Appendix C to this report contains samples of the financial records available in this case.

15 Inland Revenue Banking Manual, paragraph 6.1, emphasis in the original.

16 Inland Revenue Banking Manual, paragraph 7.1. The context of this paragraph is to explain why no interest may be deductible on allotted capital in excess of amounts treated as allotted capital, but the logical point described in the quoted text is true even when no allotted capital is on the books.

17 Inland Revenue Banking Manual, paragraphs 10 and 10.1, emphasis added.

18 Emphases added. Note that the entire paragraph, including in particular the final sentence, is repeated (continued...)

> To sum up, this is *substantially a grey area* where each case will depend on *its particular facts*. *Negotiation will be very much the order of the day*, and if the District feels that the level of free working capital is approximately correct then a reasonable result will have been achieved. *To date, all cases have been successfully concluded by way of negotiation* and hopefully this will continue to be the case.

I therefore conclude that the plain language of the Inland Revenue Banking Manual does in fact mean that the Plaintiff's interpretation of the Inland Revenue Banking Manual cannot be the only possible interpretation. I regard that part of my assignment as settled by the language of the document on which the Court's rulings direct me to rely.[19]

### B. Economic Concepts Highlighted by Inland Revenue Banking Manual

The next parts of my assignment are (1) to analyze the method used by the Plaintiff to calculate the amounts treated as allotted capital for NatWest's U.S. branches, and to assess (2) whether Plaintiff's approach implements the language of the Inland Revenue Banking Manual and (3) whether plaintiff's approach yields the goal of a "reasonable result" as expressed in the Inland Revenue Banking Manual and an economically sound and reasonable result regarding the profits a branch "might be expected to make if it were a distinct and separate enterprise engaged in the same or similar activities under the same or similar conditions and dealing wholly independently with the enterprise of which it is a permanent establishment" as provided in Treaty Article 7(2). These tasks are the topic of the next section of my report.

However, to perform those tasks it is useful first to highlight two economic concepts that emerge from the above-quoted language from the Inland Revenue Banking Manual.

#### 1. Functions of Bank Capital

The first such concept emerges from the quotation from paragraph 7.1 that Free Working Capital may exceed "the assets held by the branch as owner, such as premises ..., because [such an excess] forms part of the capital infra-structure of the branch in much the same way that shares would be part of the capital structure of a company." This quotation accurately reflects the fact that bank capital serves purposes in addition to the purchase of premises and fixed assets. Three such purposes of bank capital are important for the assignments I have been given:

---

18 (...continued)
in the 2000 version of the Inland Revenue Banking Manual at its paragraph A9.135.

19 I am not an attorney, but in this regard I would note that the Barristers' Opinion echos the interpretation that the just-quoted paragraph that the Inland Revenue Banking Manual is not intended to be applied in any particular formulaic or mechanical way (at the Barristers' Opinion's paragraphs 22 and 29), and it supplies additional support for this view from texts on the topic at its paragraphs 23-28. I take this to mean that there is no subtle legal meaning to the above-quoted words that would give them an interpretation opposite to that of their plain English.

- Purchase of various physical assets;
- Risk-bearing, and
- Provision of security to other suppliers of bank funds.

The purchase of the various physical assets that enable the bank to operate is not the most important of these purposes for a bank. Unlike, for example, an automobile manufacturer, physical assets are a relatively small part of a bank's assets, and they ordinarily are not a direct source of its profits. Money is the vital raw material for a bank, not physical assets. At the most basic level, banks make money by "buying low and selling high," but the basic commodity bought and sold is access to money.[20] Banks hope to borrow at lower levels than they lend, in part in exchange for services that they provide.

While risk management is an important function within a bank, banks nonetheless take risks to earn profits. Another function of bank capital thus is to bear the consequences of the risks the bank does take. As in any corporation, equity capital has (in most circumstances) the residual claim on the bank's net operating revenues. If bank operations go unexpectedly well or badly, capital ordinarily enjoys the benefits or suffers the costs.

If things go badly enough, however, the consequences can spill over to affect the suppliers of other sources of funds. Capital markets demand higher expected rates of return when greater risk is borne, so third-party suppliers of these funds (e.g., depositors) will provide them to a bank only if the expected rate of return on the funds is adequate for the risk borne. A bank in financial difficulty either will have to promise higher rates of return to its other suppliers of funds or watch those funds dry up, either one of which is likely to worsen the financial difficulty. A bank that wants to remain profitable, therefore, must have enough capital to compete successfully for other funds at reasonable costs.

### 2. Investments Made with Bank Capital

The second of the economic concepts that arise from the above quotations concerns how a bank's capital is actually used, i.e., what parts of the "asset" side of the bank's balance sheet correspond to the capital part of the "liability and equity" side. As just noted, premises and fixed assets are ordinarily a relatively minor part of a bank's assets, and the Inland Revenue Banking Manual explicitly recognizes the existence of capital in excess of premises and fixed assets as part of the bank's "capital infra-structure."

But the Inland Revenue Banking Manual speaks to this issue even more directly. Most of a bank's assets are in various income-producing investments. Those assets are purchased not just with funds supplied by third parties, but also with bank capital. The Inland Revenue Banking Manual recognizes this explicitly in the above quotation from paragraph 2.1, which for convenience I reproduce here:

---

[20] For the record, modern banking is an extremely complicated business, and this discussion is intended only to provide a basic intuition of the economic functions of bank capital.

> As banks make their profits from lending money, the sources of such funds are important. When the bank borrows for on-lending its gross return is limited to a small margin, but where it has sources of "free capital" (such as share capital and retained profits) which have no associated interest costs, the gross return will be the whole interest on lending. Therefore the amount of free capital available will significantly affect profitability.

If the amount of a bank's free capital were limited to premises and fixed assets, it would be "used up" by the purchase of those assets. There would be none left over to purchase additional income-producing assets in the bank's ongoing business. But if the Inland Revenue Banking Manual believed that to be an appropriate way to measure Free Working Capital, how could it imagine that the bank's free capital could produce *any* "interest on lending", let alone the "whole interest on lending"? There would be no free capital left to lend, after buying the fixed assets.[21]

Thus, in my analysis of whether the Plaintiff's approach is reasonable, I take the Inland Revenue Banking Manual to recognize explicitly the economic facts (1) that the amount of free working capital necessary to a bank's operations will (in ordinary conditions) exceed the amount of the bank's premises and fixed assets,[22] and (2) that the excess amount will join funds from other sources as investments in income-producing assets.

I would also note that this fact has very important implications for an analysis of amounts treated as allotted capital under the Inland Revenue Banking Manual. Paragraph 2.1 of the Inland Revenue Banking Manual recognizes the economic reality that a bank or a branch may use Free Working Capital to buy general income-producing assets. Those assets may well be indistinguishable from other assets on the branch's balance sheet, and if backed on the liability-and-equity side of the balance sheet by amounts not explicitly allotted as capital, *there will be no simple way for an outsider to identify the funds in question as branch capital*. Such issues instead will have to be addressed during the course of the negotiation envisioned by the Inland Revenue Banking Manual.

---

[21] For completeness, I will note that the Inland Revenue Banking Manual cannot have had in mind a case in which the branch borrowed to buy its premises and fixed assets and then invested its free capital. In that case, some or all of the income on its invested free capital would have to go to pay the interest on the borrowed funds used to purchase premises and fixed assets, and so the "whole interest on lending" would not go to the branch.

[22] In fact, in ordinary conditions a bank's capital will materially exceed the amount of premises and fixed assets, so that the capital can perform the other two functions just discussed.

## III. ANALYSIS OF PLAINTIFF'S APPROACHES

To the best of my knowledge, the Plaintiff's contemporaneous books and records for its six U.S. branches do not designate any amount of capital, since the branch balance sheets show only assets and liabilities. Nor am I aware of an analysis by Plaintiff, on the basis of the Court's 2003 Opinion and the Inland Revenue Manual, of the items and amounts that should, and should not, be treated as allotted capital for each branch.

However, with the exception of items that even Plaintiff's consultant, PricewaterhouseCoopers LLP ("PWC"), cannot explain, it is possible to infer the methods Plaintiff has used to calculate the amounts treated as branch capital. Here I analyze all of Plaintiff's implied approaches to calculation of amounts treated as branch capital, i.e., those used to produce the original claim on Plaintiff's tax returns and that which underlies its revised claim in this litigation, subject to uncertainties specifically identified below.[23]

### A. Original Tax Return Approaches

An examination of the PWC Report reveals that Plaintiff's original tax returns implicitly employed at least three different methods for calculation of the amounts treated as branch capital. The 1990 Memorandum states at pp. 2-3 that[24]

> NatWest's U.S. branches had interest-free funds equal to the lesser of (i) the sum of U.S. branches' fixed asset loans from head office, capital loans from head office, and net retained earnings or (ii) the U.S. branches' total investment in fixed assets.[25]

To illustrate this method, assume that the only potential sources of a branch's capital were its fixed assets or the three liabilities, i.e., loans for fixed assets from head office, capital loans from head office, and net retained earnings. Under this assumption, Figure 1 imagines a case in which fixed assets are $90 and the sum of the three liabilities (i.e., loans for fixed assets from head office, capital

---

[23] The primary sources of the below analyses are (1) the books and records of the various branches for the various years; (2) the November 1, 1990 Memorandum from Shaw, Pittman, Potts & Trowbridge, "Re: National Westminster Bank PLC: Recognition of Branch Capital for U.S. Tax Purposes Under the Separate Entity Method" ("1990 Memorandum"); (3) the Plaintiff's Report on the Capital Issue, dated October 29, 2004 ("2004 Plaintiff Report"), and (4) the accompanying Expert Report of Kevin D. Bandoian of PWC dated October 29, 2004, as corrected November 2, 2004 ("PWC Report").

[24] At p. 3, the 1990 Memorandum also identified reserves for loan losses as interest-free capital. At pp. 3-4 it also identifies interest-free inter-branch clearing accounts as "effectively" additional capital. The Plaintiff does not include these latter accounts as capital in its response to Interrogatory 8.14, so I ignore them in this report.

[25] Note that Plaintiff used the *net* book value of premises and fixed assets, i.e., original cost less accumulated depreciation. Plaintiff also used retained earnings whether they were positive or negative (i.e., were accrued losses). Accrued losses *reduce* the sum of the three liabilities.

loans from head office, and net retained earnings) are $70. In this case, the 1990 Memorandum would set branch capital at the level of the sum of the three liabilities, $70.




**Figure 1**

Figure 2 imagines an alternative case, in which fixed assets are still $90, but the sum of the three liabilities is $110. In this case, the approach described in the 1990 Memorandum would set branch capital at the level of fixed assets, $90.




**Figure 2**

However, the PWC Report performed calculations to see whether the 1990 Memorandum's description of what the Plaintiff had actually done fit the facts, and found that it did not.[26] The actual methods for treating these items varied across different branches in the same year and across different years for the same branch:

- Some branches in some years did follow the 1990 Memorandum's approach.
- Some branches in some years simply used the sum of the three liabilities regardless of whether it was greater than or less than the amount of premises and fixed assets.
- One branch in one year used the amount of fixed assets even though that amount exceeded the sum of the three liabilities.[27]

---

[26] The 1990 Memorandum addressed the years 1981-1985. The PWC Report adds 1986 and 1987.

[27] This was New York/IBF (really two branches, New York and IBF) in 1987. As explained in the PWC Report and in the Notes to my Table 1, there is an "Unexplained Adjustment" to the New York/IBF 1987 calculation that makes the original amount they actually used greater than the amount of their premises (continued...)

Table 1 summarizes the actual policies used by branch and by year, using the definition "Sum of 3 Liabilities" as the sum of the three liabilities, i.e., loans for fixed assets from head office plus capital loans from head office plus net retained earnings.

**Table 1**
**Plaintiff's Original Approaches to Treatment of Sum of Fixed Asset Loans from Head Office plus Capital Loans from Head Office plus Net Retained Earnings ("Sum of 3 Liabilities") versus Total Investment in Fixed Assets ("Fixed Assets")**

| Branch | 1981-1985 | 1986 | 1987 |
|---|---|---|---|
| Chicago | Sum of 3 Liabilities | Lesser of Sum of 3 Liabilities and Fixed Assets | Lesser of Sum of 3 Liabilities and Fixed Assets |
| Grand Cayman | N/A | Lesser of Sum of 3 Liabilities and Fixed Assets | Lesser of Sum of 3 Liabilities and Fixed Assets |
| Nassau | Sum of 3 Liabilities | Lesser of Sum of 3 Liabilities and Fixed Assets | Lesser of Sum of 3 Liabilities and Fixed Assets |
| New York/IBF | Lesser of Sum of 3 Liabilities and Fixed Assets (See Notes below) | Lesser of Sum of 3 Liabilities and Fixed Assets | Fixed Assets (See Notes below) |
| San Francisco | Sum of 3 Liabilities | Lesser of Sum of 3 Liabilities and Fixed Assets | Lesser of Sum of 3 Liabilities and Fixed Assets |

Sources: 1990 Memorandum, PWC Report.

Notes: (1) For 1983 and 1987, the PWC Report describes what it calls "Unexplained Adjustments" for the New York/IBF branches that have the effect of increasing reported taxable income beyond the amount that corresponds directly to these measures of branch capital. (2) In 1987, the capital measure that underlies the "Capital Loan Charge," defined below, is negative in the New York/IBF calculation, a result that needs to be zeroed-out for the implied branch capital to be "the lesser of" the Sum of 3 Liabilities and Fixed Assets. Instead, the PWC report indicates that the Plaintiff originally subtracted a *negative* Capital Loan Charge, which has the effect of making the implied branch capital measure equal to Fixed Assets. (3) Because of the Unexplained Adjustment for New York/IBF in 1987, Plaintiff's original implied branch capital measure for these components would seem actually to exceed Fixed Assets by the amount of the Unexplained Adjustment.

---

[27] (...continued)
and fixed assets.

### B. Revised Approach

The mechanism by which the Plaintiff's original approaches (sometimes) implemented the "lesser of" part of the 1990 Memorandum's approach was called the "Capital Loan Charge." The Capital Loan Charge was based on the difference between the sum of the three liabilities and fixed assets. When this difference was positive (i.e., if the sum of the three liabilities exceeded fixed assets, as in Figure 2), interest expense was to be claimed on the difference, through an adjustment to reduce interest income. This had the effect of setting the allocation to capital at the level of fixed assets. When the difference was negative (i.e., if fixed assets exceeded the sum of the three liabilities, as in Figure 1), no adjustment to interest income was made.[28] This had the effect of setting the allocation to branch capital at the level of the sum of the three liabilities, which in this case is less than the branch's fixed assets.

I understand that the Plaintiff now states that it is no longer claiming deductions for the Capital Loan Charge amounts originally included in its tax returns.[29,30] This has the effect of treating the sum of the three liabilities as allotted capital for all branches in all years, whether this sum is greater or less than the branch's fixed assets. While simpler, however, this change leads to anomalous results, as discussed below.

First, however, consider how the Plaintiff's current method to identify amounts treated as allotted capital stacks up against the Inland Revenue Banking Manual. In this regard, note that Plaintiff's revised method actually just adopts one of the methods it originally used, long before the Inland Revenue Banking Manual was published. Therefore, there is no particular reason to expect that it will stack up well against the Inland Revenue Banking Manual criteria, and in fact, it does not.

---

28 An exception occurred for New York/IBF in 1987, as explained in the Notes to Table 1.

29 See the 2004 Plaintiff Report and the PWC Report, for example.

30 There is one potential anomaly in Plaintiff's revised claim, however. According to the 2004 Plaintiff Report, p. 9, and the PWC Report, Exhibit 3, the actual "concession" for 1986 exceeds the amount that would flow solely from the dropping of the Capital Loan Charge. I am presently unaware of the basis of this so-called "over-concession," which amounts to $267,323. Except in this footnote, I address solely the effects of dropping the Capital Loan Charge. However, I would also note that the PWC Report amount for the Capital Loan Charge for Nassau for 1986, $1,815,277, appears to be materially below the number in the manually generated profit and loss reports, which I understand are intended to correct problems in the computer-generated reports. (See Deposition of Harrylall Samaroo, (January 23, 2002, pages 23, 38, and 73.) The amount on the manually generated report (Bates no. PwC-NWB 0000320, also available as INT504-00280) is $3,996,578. If the number in the manually generated report is in fact correct, the PWC Report appears to understate the Capital Loan Charge for the Nassau branch for 1986 by $2,181,301. If this conclusion is correct, Plaintiff's so-called "over-concession" is actually an "under-concession" in the amount of $1,913,978 (i.e., $2,181,301 minus $267,323).

In particular, recall the five factors that the Inland Revenue Banking Manual identifies as examples to consider in calculation of amounts treated as allotted capital. Here is how the Plaintiff's revised method relate to those factors:[31]

| **Banking Manual Factor** | **Treatment under Plaintiff's Revised Measure** |
|---|---|
| Premises and Fixed Assets | Ignored |
| Initial Working Capital | Ignored |
| Retained Profits | Included, but accrued losses reduce branch capital |
| Depreciation | Ignored |
| Other reserves | Included, but limited to provisions for bad and doubtful debt |
| [Not mentioned] | Loans due head office re fixed assets<br>Loans due head office re capital loan |

The two items that Plaintiff includes that are not mentioned in the Inland Revenue Banking Manual list do not correspond directly to any of the factors that are in the list. For example, the amount of loans due head office re fixed assets, when present, has no particular relationship to, and on average is much lower than, the amount of premises and fixed assets on the branches' books for the branches that have premises and fixed assets (i.e., New York, Chicago, and San Francisco). This can be seen in Table 2, on the next page, which also reports the balances due to the head office re capital loans for these branches. (Note that under the Plaintiff's practices, the calculations for a given tax year depend on the balance sheet as of the end of the previous tax year. Table 2 therefore reports end-of-year -- "EOY" -- data for 1980 to 1986.)

[31] This definition of the Plaintiff's revised approach is confirmed by Plaintiff's response to Interrogatory 8.14.

**Table 2**
**NatWest Premises & Fixed Assets and Balances Due to Home Office**
**New York, Chicago and San Francisco Branches**
**(figures in dollars)**

| | Premises & Fixed Assets, Net Book Value [1] | Balance Due to HO re Fixed Assets [2] | Balance Due to HO re Capital Loan [3] |
|---|---|---|---|
| New York | | | |
| EOY 1980 | 7,552,958 | 6,723,537 | 2,494,463 |
| EOY 1981 | 9,939,171 | 7,552,958 | - |
| EOY 1982 | 12,887,463 | 7,552,958 | - |
| EOY 1983 | 12,584,062 | 7,552,958 | - |
| EOY 1984 | 21,808,920 | 7,552,958 | - |
| EOY 1985 | 23,322,332 | 7,552,958 | - |
| EOY 1986 | 26,977,616 | - | - |
| Chicago | | | |
| EOY 1980 | 1,219,904 | 909,193 | 175,807 |
| EOY 1981 | 1,666,298 | 1,085,000 | - |
| EOY 1982 | 2,355,172 | 1,085,000 | - |
| EOY 1983 | 2,824,398 | 1,085,000 | - |
| EOY 1984 | 2,818,071 | 1,085,000 | - |
| EOY 1985 | - | - | 1,085,000 |
| EOY 1986 | - | - | - |
| San Francisco | | | |
| EOY 1980 | 395,106 | 712,086 | 552,914 |
| EOY 1981 | 364,230 | 395,106 | 869,894 |
| EOY 1982 | 619,968 | 364,230 | 900,770 |
| EOY 1983 | 1,222,563 | 619,968 | 645,032 |
| EOY 1984 | 1,349,925 | 1,222,563 | 42,437 |
| EOY 1985 | - | 1,265,000 | - |
| EOY 1986 | - | - | - |

Sources:
Data gathered from year-end manual balance sheets, except for San Francisco in EOY 1980, which comes from the B126 report.

To make clear just how odd these amounts are, Figures 3 to 5 graph the amounts of the premises and fixed assets and the balances due head office for fixed assets for New York, Chicago and San Francisco, respectively.




**Figure 3**

In the case of New York, Figure 3 indicates that the amounts are almost the same for the first tax year, 1981 (which relies on end-of-year 1980 data). However, the lines soon diverge, and New York obviously adds a considerable amount of premises and fixed assets over the tax period while not increasing the balance due to NatWest for fixed assets. In fact, in the last tax year New York has no balance due to NatWest regarding fixed assets, despite having almost $27 million of fixed assets on its books. Even more odd, the New York branch is accumulating very material losses on its balance sheet during the latter part of this period, so these new premises and fixed assets cannot have been funded out of profits from the New York branch.

Note also that since the Plaintiff's original calculation for New York/IBF attributed the amount of premises and fixed assets to branch capital (see Table 1 above) and Plaintiff's revised method does not, the Plaintiff's "concession" has the effect of materially *reducing* the capital treated as allocated to New York/IBF in 1987.




**Figure 4**

Figure 4 shows that Chicago looks even stranger than New York. It starts with a balance due to NatWest for fixed assets that is less than its premises and fixed assets, but the balance rapidly falls behind the growth in Chicago's premises and fixed assets. Then Chicago's fixed assets (and the balance due NatWest) fall to zero at the end of 1985, and Chicago reports no premises and fixed assets for tax years 1986 and 1987. However, it is, at the very least, hard to imagine that Chicago actually operated without access to premises and fixed assets, no matter what Plaintiff's books and records say.




**Figure 5**

Figure 5 shows that San Francisco is the only one of these three branches to have balances due to NatWest in some years that equal or exceed the amount of its premises and fixed assets, but its data are no less odd. San Francisco, too, ends up with no premises and fixed assets for tax years 1986 and 1987, even though it shows a positive balance for the amounts owed to NatWest for fixed assets at the end of 1986 (which affects tax year 1987).

As noted, to my knowledge the Plaintiff has yet to analyze the amounts to be treated as allocated to branch capital for the various branches for the various years. The 1990 Memorandum suggests the Plaintiff might add provisions for bad debt to the sum of the three liabilities in such a definition, for example, and Plaintiff's response to Interrogatory 8.14 confirms this addition. However, Plaintiff's response to this interrogatory does not distinguish between reserves for specified and non-specified bad debt. Such an addition would be economically logical with respect to reserves for non-specified bad debt, but not for reserves against specified bad and doubtful debt.[32] Therefore, the inclusion of

---

32 The Inland Revenue Banking Manual does not address a specific bad debt reserve, but there is a clear factual distinction between a specific and a non-specific bad debt reserve. One identifies a general contingency, while the other is a concession that certain identified assets do not really have the value attributed to them on the asset side of the balance sheet. In effect, those specific assets require their own (continued...)

specified bad debt reserves, if they were material, could give a quite misleading picture of the actual amount of Free Working Capital available to the branch under a particular way of measuring branch capital. As will be seen below, this does in fact prove to be a problem under the Plaintiff's revised approach.

First, however, I note that even with both types of provision for bad debts included in branch capital, the Plaintiff's revised method produces seven branch-years that have *negative* branch capital.[33] The same branch-years produce measures of branch capital that are below premises and fixed assets, yet (as discussed in the previous section), both economic principle and paragraph 2.1 of the Inland Revenue Banking Manual imply bank capital should exceed premises and fixed assets.

To help make these problems more tangible, Figures 6A, 6B and 7 plot the branch capital amounts that result from Plaintiff's revised approach (i.e., the sum of the three liabilities plus reserves for bad debt) as a percent of branch assets. Figures 6A and 6B examine Chicago, Grand Cayman, Nassau, and San Francisco in two different ways, with and without specified bad debt reserves treated as branch capital. Figure 7 examines New York, IBF, and the combination of the two under the Plaintiff's revised approach, i.e., with both types of bad debt reserves included.

---

32 (...continued)
source of bank capital, at a capital ratio far above that needed for general bank purposes. The specified bad debt reserves are no longer available to serve the general purposes of bank capital, and a potential depositor who was unaware of the distinction could believe a bank with high specified bad debt reserves that were rolled in as part of the bank's general capital offered far more security than it actually did.

This view is consistent with that identified in the September 1980 Bank of England document cited in Exhibit B of the November 19, 2004 Report of Richard Henry Farrant in this matter ("Farrant Report"), "The Measurement of Capital," which states in paragraphs 20 and 21 that

> The Bank has ... concluded that amounts set aside to cover possible or probable losses that have already been identified provide no protection against future unidentified losses and they should therefore be excluded from the capital base. ... The Bank has concluded that, where it is satisfied that a general provision is freely available to absorb future losses, it is appropriate to include it within the Bank's definition of the capital base.

33 Two of these negative capital amounts are for Chicago, one for Grand Cayman, and four for the New York branch.




**Figure 6A**

Figure 6A is calculated using total bad debt reserves, which I understand to be the Plaintiff's revised approach. It shows that Chicago's ratio is very unstable and is negative as of the end of 1981 and 1982. Grand Cayman has negative capital in one year and almost none in the other, and the amounts for San Francisco and Nassau, while more stable, are very different from each other and from Chicago and Grand Cayman in most years. The Plaintiff's revised approach thus produces anomalous results with no consistency among branches.

Figure 6B (below) reproduces Figure 6A, but without including specified bad debt reserves in branch capital, since those reserves are already allocated to specific assets and not available to serve the general purposes of bank capital. The difference is startling.

Chicago's capital-to-assets ratio as of the end of 1980 declines by over 1.5 percentage points in going from Figure 6A to Figure 6B, to create a third *negative* value. Chicago's capital-to-assets ratios grow much more negative for end-of-year 1981 and 1982, by 1.9 percentage points and 1.5 percentage points, respectively. Additionally, the peak in Chicago's ratio as of the end of 1983 completely disappears, as the end-of-year 1983 ratio declines by a full *3.5 percentage points*, from over 5 percent to under 2 percent. Chicago has much less uncommitted capital than it seemed to have under the Plaintiff's method in Figure 6A. Additionally, San Francisco loses some of its apparent stability, as its capital-to-assets ratio drops as of the end of 1982.

Thus, the use of specified bad debt reserves to calculate branch capital makes a huge difference for Chicago, and a material difference for San Francisco. The actual amount of capital that is still uncommitted at these branches under Plaintiff's general approach to determination of amounts treated as allotted capital is much less than it first seems to be. The determination of whether the amount of branch capital that results from the Plaintiff's general approach is reasonable needs to take this difference into account.




**Figure 6B**

Figure 7 (below) looks at New York. Under Plaintiff's revised approach, the capital of the New York branch itself becomes quite negative in later years, while that of IBF is very positive. The combination of the two is relatively stable, but that combination corresponds to no actual NatWest branch.[34]

---

[34] I do not include a version of Figure 7 without specified provisions for bad debt because those values are proportionately much smaller for New York and IBF than for Chicago and San Francisco. The same kind of startling difference does not appear for these two branches, although all the capital-to-assets ratios in Figure 7 do decline somewhat.




**Figure 7**

Based on these considerations, I conclude that the Plaintiff's revised measure of capital produces branch capital amounts that are unstable and unsupported by either economic principle or the Inland Revenue Banking Manual. As a result, Plaintiff's interest expense deduction in the disputed years is unsupported, and it is demonstrably far too high in at least some branch-years.

## IV. Attempt to Develop an Economically Reasonable Approach

The data currently available in this case are such that, while adhering to the legal test described in the Court's 2003 Opinion, the Court's 2004 Transcript, and the Court's 2005 Order, I am unable to identify an economically reasonable approach to determine the amounts to be treated as allotted capital for NatWest's U.S. branches. The reasons for this involve (1) the fact that the available books and record data are incomplete, insufficient for the task in the present litigation, and in some cases anomalous, and (2) the fact that important considerations that might enable us to overcome these data problems, which we know to be true as a matter of institutional practice and/or economic principle, must be ignored as a matter of law, as I understand the Court's instructions on how to implement the Treaty. This section explains these difficulties in turn, then summarizes their implications.

### A. Inadequate Data

Table 4, which runs over the next four pages, describes the balance sheet entries with respect to allotted capital and amounts treated as allotted capital for the six U.S. branches at issue in this proceeding, New York, New York IBF, Nassau, Grand Cayman, Chicago, and San Francisco. The relevant years for the dispute are 1981 to 1987. As noted earlier, the data for each of those years are based on the end-of-year data for the previous year. For example, the capital amounts considered for 1981 are based on data as of the end of 1980. The elements in the table are those identified in the Inland Revenue Banking Manual, as discussed above.

Panel A of Table 4 identifies the amount of "allotted capital" on the books of the branches. This is identified in the Inland Revenue Banking Manual as "a sum perceived and properly termed capital by Head Office" (Paragraph 5.1).

Panel B of the table describes the balance sheet entries for each of the six branches for the Inland Revenue Banking Manual's five examples of factors to be considered in determination of "Amounts Treated as Allotted Capital." The categories are obtained from paragraph 10.1 of the Inland Revenue Banking Manual. As noted above, the items identified in this section are:

- Premises and Fixed Assets
- Initial Working Capital
- Retained Profits
- Depreciation
- Other reserves

Discussion of the contents of the table follows the table itself.

**Table 4**
**DATA AVAILABLE ON ITEMS OF ALLOTTED CAPITAL PER INLAND REVENUE BANKING MANUAL**

| **PANEL A: ALLOTTED CAPITAL** | | | | | | |
|---|---|---|---|---|---|---|
| | ***New York*** | ***IBF*** | ***Nassau*** | ***Grand Cayman*** | ***Chicago*** | ***San Francisco*** |
| EOY 1980-EOY 1986 | None | None | None | None | None | None |
| **PANEL B: AMOUNTS TREATED AS ALLOTTED CAPITAL** | | | | | | |
| **1.** **Premises and Fixed Assets** (“Present” indicates a positive value was found on balance sheet for that period. “N/A” is not applicable, and a “0” indicates a value of zero was found on the balance sheet. Information is for net premises and fixed assets.) | | | | | | |
| | ***New York*** | ***IBF*** | ***Nassau*** | ***Grand Cayman*** | ***Chicago*** | ***San Francisco*** |
| EOY 1980 | Present | N/A | 0 | N/A | Present | Present |
| EOY 1981 | Present | N/A | 0 | N/A | Present | Present |
| EOY 1982 | Present | N/A | 0 | N/A | Present | Present |
| EOY 1983 | Present | 0 | 0 | N/A | Present | Present |
| EOY 1984 | Present | 0 | 0 | N/A | Present | Present |
| EOY 1985 | Present | 0 | 0 | 0 | 0 | 0 |
| EOY 1986 | Present | 0 | 0 | 0 | 0 | 0 |

**Table 4 (cont.)**

**2. Initial Working Capital**

Initial working capital does not appear on any balance sheets for any of the branches and years in question. Additional information follows.

| | *New York* | *IBF* | *Nassau* | *Grand Cayman* | *Chicago* | *San Francisco* |
|---|---|---|---|---|---|---|
| Branch Opened[1] | 1/2/1970 | 12/3/81 (Based on first available microfiche) | 2/2/1974 | June 1985 | 2/2/1974 | 7/3/1972 |
| | First balance sheet 2/21/1979 | First balance sheet, with ID number provided by Plaintiff, June 1982 (B126) | First balance sheet 1/17/1979 | First balance sheet 12/31/1985 | First balance sheet 1/17/1979 | First balance sheet 12/17/1975 (pounds), 12/31/1976 ($) |
| Was Balance Sheet Available as of When Branch Started? | No | May be available on microfiche, not provided in compilation of balance sheets provided by Plaintiff. | No | First manually prepared balance sheet available approximately six months after branch opened. | No | No |

**Table 4 (cont.)**

**3. Retained Profits** ("Present" indicates branch showed positive retained profits in that year; "Losses" indicates the branch showed negative retained profits in that year.)

| | *New York* | *IBF* | *Nassau* | *Grand Cayman* | *Chicago* | *San Francisco* |
|---|---|---|---|---|---|---|
| EOY 1980 | Q1 1981, Present; Q2-Q4 1981, Retained Profits = 0 due to repatriation of all retained profits. | N/A | Present | N/A | Losses | Present |
| EOY 1981 | Present | N/A | Present | N/A | Losses | Present |
| EOY 1982 | Present | N/A | Present | N/A | Losses | Present |
| EOY 1983 | Losses | Present | Present | N/A | Present | Present |
| EOY 1984 | Losses | Present | Present | N/A | Present | Present |
| EOY 1985 | Losses | Present | Present | Losses | Present | Present |
| EOY 1986 | Losses | Present | Present | Present | Present | Present |

**Table 4 (cont.)**

**4. Depreciation**

Accumulated depreciation not reported on manually prepared balance sheets. It is available on B126 reports. For branches with premises and fixed assets as discussed in panel B.1, gross book value can be obtained from B126 reports.

**5. Other Reserves** ("Present" indicates a positive value was found on the balance sheet for bad debt reserves during that period. Bad debt reserves include total bad and doubtful debt, both specific and non-specific.)

| | ***New York*** | ***IBF*** | ***Nassau*** | ***Grand Cayman*** | ***Chicago*** | ***San Francisco*** |
|---|---|---|---|---|---|---|
| EOY 1980 | Present | N/A | 0 | N/A | Present | Present |
| EOY 1981 | Present | N/A | 0 | N/A | Present | Present |
| EOY 1982 | Present | N/A | 0 | N/A | Present | Present |
| EOY 1983 | Present | 0 | 0 | N/A | Present | Present |
| EOY 1984 | Present | Present | 0 | N/A | Present | Present |
| EOY 1985 | Present | Present | 0 | 0 | Present | Present |
| EOY 1986 | Present | Present | 0 | 0 | Present | Present |

[1] For New York, Chicago, Nassau and San Francisco, see Plaintiff's response to Interrogatory 8.12. For Grand Cayman, see October 29, 2004 PWC Report, p. 1981-1. For IBF, 12/3/81 date based on first available Microfiche according to Microfiche Account Statements provided by Plaintiff.

Source: Information from EOY manually prepared balance sheets for each branch. When not available, B126 computer generated reports were relied on.

Panel A of Table 4 records the fact that there are no entries for allotted capital for any of the branches for any of the years. This by itself eliminates the single easiest way for an outsider to determine if the amount of designated capital is sufficient to buy the income-producing assets envisioned in the Inland Revenue Banking Manual's paragraph 2.1. That in turn makes the task of deciding on amounts treated as allotted capital much harder, since there may be no (and in the present case, there is no) ready way to identify the amount of a branch's income-producing assets that actually are backed by branch capital.

Panel B looks at the five specific factors identified in the Inland Revenue Banking Manual regarding amounts treated as allotted capital, one by one.

Part 1 of Panel B reports on premises and fixed assets, indicating whether there is a positive asset recorded as premises and fixed assets (indicated by "present") or no such asset (indicated by "0").[35] The Inland Revenue Banking Manual states in paragraph 10.1 about premises and fixed assets,

> This is the item most commonly found in the calculation of free working capital. If premises are acquired when the branch is set up they are capital assets and prima facie where the funds came from Head Office it will be treated as allotted capital. The assumption that premises will be funded from capital is based primarily on examination of normal banking practice.

Yet, when we look for premises and fixed assets amounts on the books and records of NatWest's U.S. branches, there are as many zeros as there are positive values! That is, there are as many branch-year combinations that report *no* premises and fixed assets (17) as there are branch-years that report positive amounts (also 17). Nor is the problem restricted to the branches located in New York. As noted earlier, Chicago and San Francisco both report no premises and fixed assets for tax years 1986 and 1987.[36]

Part 2 of Panel B addresses initial working capital. No data on initial working capital are available.

Part 3 turns to retained profits. Eight branch-years report accumulated losses rather than retained profits, including three years for Chicago. The Plaintiff's approach simply treats these accumulated losses as negative branch capital, but it is not clear that this is in accord with the Inland Revenue Banking Manual. Paragraph 11.1 of the Inland Revenue Banking Manual states,

> The position where a branch makes losses is not clear-cut. It has been suggested that where such losses exist they must per se be met out of the bank's capital and that therefore an allotment of capital takes place automatically when losses are made. While this has the apparent merit of simplicity, the current view is that this is an argument which cannot be sustained in law, domestically or under treaty.

---

[35] An entry of "N/A" indicates the issue is not applicable for that branch in that year.

[36] Again, the balance sheet relevant for each tax year in the Plaintiff's computations is the end-of-year, or "EOY," balance sheet for the year before.

That is, this paragraph 11.1 actually raises the possibility that accumulated losses should be *added* to branch capital. While it appears to dismiss this possibility as a matter of law, the mere fact that it is raised suggests that treating losses as *subtractions* from capital, as the Plaintiff does, may be inconsistent with the Inland Revenue Banking Manual. Perhaps they should simply be left out of the calculation, under the Inland Revenue Banking Manual's guidelines.

Additional light on this issue may be shed by a paragraph 10.1 statement about initial working capital:

> It is not unusual for a newly established branch to have a projected business plan covering the first 1 to 3 years of activity. If such a plan exists it may merit detailed examination. The plan may show initial losses, caused by administrative expenditure incurred prior to the business generating profits or positive cash flow, and there is a reasonable case for saying that initial working capital should be sufficient to meet these excess expenses.

Chicago, in particular, shows a growing amount of accumulated losses for the first three years of this dispute. I lack data on how far back these losses go, but perhaps rather than reducing Chicago's measure of branch capital, as in the Plaintiff's method, these losses should add to it as initial working capital. Or even if that were not appropriate, the paragraph 11.1 quotation suggests that perhaps such negative retained profits should be ignored entirely. In any case, absent better data, I see no way to consider initial working capital, as the Inland Revenue Banking Manual indicates I should.

Part 4 of Panel B of Table 2 addresses depreciation. The depreciation comments in paragraph 10.1 of the Inland Revenue Banking Manual are, frankly, somewhat puzzling:

> Depreciation is not strictly allotted capital but is in some respects similar to retained profits and will be a source of interest-free funds. For example, banks A and B both make profits before depreciation of 10 and both repatriate profits annually. Only A depreciates its assets by one leaving 9 to be repatriated, where B passes back the whole 10. Bank A has clearly held on to the extra one which it will now no longer need to acquire from other sources, such as borrowing - it has instead interest-free funds of one. In most cases however depreciation reserves will already be free, in the sense that no interest deduction will be claimed on that amount.

The Inland Revenue Banking Manual here appears to refer to annual depreciation and its effect on reported earnings. Yet annual depreciation is an income-statement item, not a balance-sheet item. On the balance sheet, it adds to accumulated depreciation (or in this case, "depreciation reserves"). However, accumulated depreciation serves to reduce the book value of assets on the asset side of the balance sheet, not as a source of capital on the liabilities and equity side of the balance sheet. I therefore take this comment ultimately to be one of how to measure premises and fixed assets, gross or net of accumulated depreciation.

The basic sources of data, the manually prepared balance sheets, do not report accumulated depreciation, but information on depreciation can be obtained from the computer-generated B126 reports. (Recall, however, that one purpose of the manually prepared balance sheets is to correct errors in the computer-generated reports.[37]) It would be possible, with some uncertainty, to use the gross rather than net book value of premises and fixed assets. However, even if the data were ideal, the circumstances under which the Inland Revenue Banking Manual envisions use of the gross book value of premises and fixed assets in the calculation of branch capital are, at the very least, unclear.

Part 5 turns to the final factor, "other reserves." The discussion in the Inland Revenue Banking Manual mentions specifically bad debt provisions, and Part 5 identifies the branch-years in which such reserves are present.

I would note, however, that the Inland Revenue Banking Manual does not say explicitly that "other reserves" are limited to bad debt, and had it intended to so limit the term, why not simply call it "bad debt" reserves? Thus in principal, this factor could include a range of items.

In particular, since the Inland Revenue Banking Manual explicitly looks at both asset-side (premises and fixed assets) and liability-and-equity-side (retained profits) items, perhaps all or some portion of the assets held to meet U.S. branch regulatory reserve requirements should be considered under "other reserves." This would have the economic advantage of relating branch capital measurement under the Inland Revenue Banking Manual directly to one of the basic functions of bank capital, the provision of security for third-party capital suppliers, such as depositors. These reserves can be substantial, so inclusion of a material portion of them could have a material impact on the measure of Free Working Capital (which economic principles tell us should be well above the amount of premises and fixed assets).

Yet this interpretation of "other reserves" is not explicitly mentioned in the Inland Revenue Banking Manual, either. Does the flexibility of the Inland Revenue Banking Manual's paragraph 14.1 leave this interpretation open to me if I need it to reach an economically reasonable end result, given the recognition in paragraph 2.1 that branch capital may be used to buy general income-producing assets? The Barrister's Opinion, on which I rely, indicates that there is a dearth of published authority on the application of the Inland Revenue Banking Manual. I can only say that the Manual is not explicit regarding whether branch regulatory reserves are among the "other reserves" mentioned, and that there is great appeal in taking this approach, based on the economic function of branch capital, in order to reach an economically reasonable result. However, if these reserves could be considered under the "other reserves" factor in determination of Free Working Capital, the question arises of the amount of such reserves to treat as capital for each branch in this particular case.

Given the above considerations, I have not proposed a computation of "other reserves" based on reserves from the asset side of the balance sheet in this report. But I would note that paragraph 2.1 of the Inland Revenue Banking Manual does recognize that bank capital can be used to buy income-

[37] Deposition of Harrylall Samaroo, January 23, 2002, pages 23, 38 and 73.

producing assets, and it does not restrict the type of such assets to those used for asset-side reserves or in any other way. The *actual* amount of income-producing assets purchased with branch capital is a question of fact that I cannot resolve with presently available data, but logically it may exceed or fall short of the designated reserves in any particular case.

In short, such matters may be resolved reasonably during the back-and-forth process of a negotiation, but I cannot see how to resolve them in a way that I could be confident was economically reasonable in the present circumstances.

### B. Facts and Principles that Must Be Ignored

The second barrier to my reaching an economically reasonable interpretation of amounts treated as allotted capital in the present case is that certain facts and principles that might otherwise overcome the difficulties described above cannot be considered as a matter of law, as I understand the Court's rulings.

The basic economics of the banking business tells us that somewhere in the worldwide operations of NatWest, there is in fact an amount of capital that supports the operations of its U.S. branches. We do not know for sure where this capital is, or whether it is labeled correctly as capital, and the limitations of the available data and the Inland Revenue Banking Manual have prevented my identifying it confidently on the books of the U.S. branches themselves, although it may actually be there, invested in income-producing assets.

Moreover, the Farrant Report, which the Court's 2005 Order rules cannot be used to calculate the U.S. branches' capital, suggests that if we could identify the capital actually supporting the U.S. branches on whatever set of NatWest books it resides, the amount would be on the order of eight percent of the risk-weighted assets of the U.S. branches, given Bank of England policy at the time.

Alternatively, economic principles tell us that the *minimum* amount of capital that is actually allocatable to the U.S. branches is the incremental amount of capital that would be needed to support the operations of the U.S. branches if they were the last units added to NatWest's worldwide operations, without disadvantaging NatWest's other operations or its pre-existing creditors. But I cannot see a way to implement this principle without looking beyond the books and records of the U.S. branches to analyze NatWest's other operations, including a careful consideration of their books and records, which again I understand from the Court's rulings that I am not permitted to do.

### C. Implications

I am left without a mechanism to reach the "reasonable result" that the Inland Banking Manual requires and that would be economically sound and reasonable, to effect the Treaty's requirement to determine the profits that a permanent establishment "might be expected to make if it were a distinct and separate enterprise engaged in the same or similar activities under the same or similar conditions and dealing wholly independently with the enterprise of which it is a permanent establishment."

I am confident, however, that the method now used by the Plaintiff (1) does not fully implement the Inland Revenue Banking Manual (and certainly is not mandated by the Manual), and (2) leads to far too little capital for at least some NatWest's U.S. branches in some years, for reasons explained above. The Plaintiff's method simply ignores a number of the categories the Inland Revenue Banking Manual mentions, and it treats others (e.g., negative retained profits) in ways that may conflict with the Inland Revenue Banking Manual. Additionally, the fundamental economics of the banking business mean that branch capital cannot actually be negative for an "independently" operating branch of a bank, if "independently" has a definition in law that is remotely close to its definition in English.[38] Similarly, premises and fixed assets are a relatively minor part of a bank's overall assets, and the capital a branch actually needs to operate "independently" will exceed, normally by a material amount, the size of its premises and fixed assets, with the excess invested in income-producing assets as envisioned in paragraph 2.1 of the Inland Revenue Banking Manual. Yet the Plaintiff's measure of capital treated as allocated to a branch fails to satisfy this test in a number of branch-years, again straining any plain English interpretation of an "independent" operation.

Despite such flaws in the Plaintiff's measure of amounts treated as allotted capital, I cannot quantify the amount by which the Plaintiff's capital allotment is too small in the present setting, given the limitations of the data and the constraints the Court's instructions regarding the law impose.

## V. CONCLUSION

We know as a matter of fact that somewhere on the worldwide books of NatWest, possibly on the books of the U.S. branches themselves, capital exists to support the operations of these branches. We know from the Farrant Report that the amount of this capital in fact would be on the order of eight percent of the risk-weighted assets of the U.S. branches, given Bank of England policies at the time, yet the Court's instructions regarding the law prevent us from using this knowledge. We know as a matter of economic principle that it is theoretically possible (with some difficulty) to calculate the minimum amount of capital required for these branches, if we analyze a bank's worldwide operations. But the limits of the data available to us, and the Court's instructions regarding the law, prevent us from doing so.

On its face, the Inland Revenue Banking Manual was written with a different, presumably less formal, setting in mind -- discussions between a bank and Inland Revenue representatives where negotiation plays a prominent role. The Inland Revenue Banking Manual appears to be deliberately flexible, because its stated goal is to reach a reasonable result, yet it must serve as a guide in an environment in which normal variation in accounting practices will mean different banks will keep their books and records in different ways. (In fact, in the present case we have seen intra-branch anomalies within the same bank!) Given such factors, it would be logical to envision a series of dialogues during a negotiation to clarify just what the books of this particular branch mean by

[38] Again, I am not an attorney, and I am not attempting to offer a legal opinion by statements such as those in this paragraph.

particular entries, and why entries change over time in ways that may seem illogical at first blush (and which sometimes may be illogical even after careful consideration). In any event, in the setting of a negotiation, the last sentence of the Inland Revenue Banking Manual's paragraph 14.1 suggests the Inland Revenue Banking Manual can in fact be successfully used to reach a reasonable result.

But the present setting is not informal discussion and negotiation; it is litigation. This particular lawsuit has not elicited the requisite information to reach a reasonable result. So while I find that the Plaintiff's method to calculate amounts treated as allotted capital demonstrably produces answers that are far below a reasonable level for at least some branches in some years, I lack the data to apply the Inland Revenue Banking Manual to identify a reasonable level in general, without drawing on facts or economic principles that I am forbidden by the Court's rulings to use or implement. Given this, however effective the Inland Revenue Banking Manual might be in the U.K. as a guide to negotiations, I presently do not see how an economically reasonable outcome can be obtained under the circumstances in this lawsuit.

However, my work is continuing, and if new information or new analysis suggests a way to reach a reasonable outcome in the present circumstances, I will describe it in my supplemental report.

A. Lawrence Kolbe

A. Lawrence Kolbe

March 4, 2005

Date

## Appendix A: QUALIFICATIONS OF A. LAWRENCE KOLBE

### EDUCATION

B.S. in International Affairs (Economics), U.S. Air Force Academy, 1968.
Ph.D. in Economics, Massachusetts Institute of Technology, 1979.

### EMPLOYMENT

U.S. Air Force, 1963-1977
Charles River Associates, 1978-1985
Putnam, Hayes and Bartlett, 1985-1990
The Brattle Group, 1990-

### HONORS AND AWARDS

Sears Foundation National Merit Scholarship, 1963 (declined).
Fairchild Award, U.S. Air Force Academy, 1968 (for standing first in his class, academically).
National Science Foundation Graduate Fellowship in economics, MIT, 1968-1971.
Joint Service Commendation Medal, 1975.

### PROFESSIONAL AFFILIATIONS

American Economic Association
American Finance Association
The Econometric Society
Served as Referee for *The Rand Journal of Economics*, *Land Economics*, *The Journal of Industrial Economics*

### PAPERS AND PUBLICATIONS IN THE LAST TEN YEARS

*Capital Investment and Valuation*, (with Richard A. Brealey and Stewart C. Myers, with "The Brattle Group" listed as third author), New York: McGraw-Hill/Irwin (2003).

"The True Hourly Rate for Private Counsel in the State of Louisiana Tobacco Lawsuit," (with August J. Baker and Bin Zhou), Brattle report prepared for private counsel to the Louisiana Attorney General in the state's lawsuit to recover health care costs from the tobacco industry (July 2000).

"The Cost of Capital for the Dampier to Bunbury Natural Gas Pipeline," (with M. Alexis Maniatis and Boaz Moselle) Brattle report submitted to the Office of Gas Access Regulation, Western Australia (October 1999).

"Compensation for Asymmetric Risks," (with others) Brattle report prepared for GPU PowerNet, Melbourne, Australia (October 1999).

"A Non-Practitioner's Guide to the State of the Art in Cost of Capital Estimation," (with others) Brattle report prepared for GPU PowerNet, Melbourne, Australia (June 1999).

"A Note on the Pre-tax Weighted Average Cost of Capital in a Regulatory Context with Australian Dividend Tax Credits and Alternative Debt Refinancing Policies" (with M. Alexis Maniatis), Working Paper in Progress.

"The Impact of Stranded-Cost Risk on Required Rates of Return for Electric Utilities: Theory and An Example" (with Lynda S. Borucki). *Journal of Regulatory Economics* Vol. 13 (1998), 255-275.

"Taxing Mutual and Stock Insurance Companies" (with Stewart C. Myers), Working Paper in Progress.

"Current Taxation of Mutual Life Insurance Companies and the 'Graetz Theory'" (with Stewart C. Myers, Susan J. Guthrie and M. Alexis Maniatis), Working Paper in Progress.

"Compensation for the Risk of Stranded Costs" (with William B. Tye). *Energy Policy*, Vol. 24, No. 12 (1996), 1025-1050.

"Impact of Deregulation on Capital Costs: Case Studies of Telecommunications and Natural Gas," (with Lynda S. Borucki). Brattle report prepared for The Energy Association of New York State (January 1996, released July 1996).

"Response to Brown," (with William B. Tye and Stewart C. Myers). *Yale Journal on Regulation*, Vol. 13 (Winter 1996), 414-417.

"How to Value a Lost Opportunity: Defining and Measuring Damages from Market Foreclosure," (with William B. Tye and Stephen H. Kalos), *Research in Law and Economics* 17, 83-125 (1995).

"Faulty Analysis Underlies Claims of Excess Card Profits", (with Carlos Lapuerta). *American Banker*, October 10, 1995.

"It Ain't In There: The Cost of Capital Does Not Compensate for Stranded-Cost Risk," (with William B. Tye), *Public Utilities Fortnightly*, May 15, 1995.

**TRIAL TESTIMONY AND DEPOSITIONS IN LAST FOUR YEARS**

**2001**

| | |
|---|---|
| Case: | Tucson Electric Power Company v. The Burlington Northern and Santa Fe Railway Company |
| Party: | The Burlington Northern and Santa Fe Railway Company |
| Forum: | Commercial Arbitration Panel |
| | |
| Case: | Southern Union Company v. Southwest Gas Corporation, CIV 99-1294-PHX-ROS |
| Party: | Southwest Gas Corporation |
| Forum: | U.S. District Court for the District of Arizona |
| | |
| Case: | Petition of New York State Electric & Gas Corporation for Approval of its Electric Price Protection Plan, Case 01-E-0359 |
| Party: | New York State Electric & Gas Corporation |
| Forum: | New York State Public Service Commission |

**2002**

| | |
|---|---|
| Case: | Polymer Dynamics, Inc. v. Bayer Corporation |
| Party: | Polymer Dynamics, Inc. |
| Forum: | U.S. District Court for the Eastern District of Pennsylvania |
| | |
| Case: | TransCanada PipeLines Limited 2001 and 2002 Fair Return Application, RH-4-2001 |
| Party: | TransCanada PipeLines Limited |
| Forum: | [Canadian] National Energy Board |
| | |
| Case: | Consolidated Cost-of-Capital Proceedings, A.02-05-022, et al. |
| Party: | Pacific Gas and Electric Company |
| Forum: | California Public Utilities Commission |

**2003**

| | |
|---|---|
| Case: | Alberta Energy and Utilities Generic Cost of Capital Hearing, Proceeding No. 1271597 |
| Party: | NOVA Gas Transmission Ltd. |
| Forum: | Alberta Energy and Utilities Board |
| | |
| Case: | Coltec Industries, Inc. v. The United States of America, Fed. Cl. No. 01-72T |
| Party: | The United States of America |
| Forum: | The United States Court of Federal Claims |

**2004**

| | |
|---|---|
| Case: | Coltec Industries, Inc. v. The United States of America, Fed. Cl. No. 01-72T |
| Party: | The United States of America |
| Forum: | The United States Court of Federal Claims |

| | |
|---|---|
| Case: | Liberty Digital, Inc. v. AT&T Broadband, LLC and Comcast Corporation, Civil Action No. 03-CV-95 |
| Party: | AT&T Broadband, LLC and Comcast Corporation |
| Forum: | Colorado District Court, County of Arapahoe, 18th Judicial District |

| | |
|---|---|
| Case: | West Virginia-American Water Company, Case No. 04-0373-W-42T |
| Party: | West Virginia-American Water Company |
| Forum: | Public Service Commission of West Virginia |

| | |
|---|---|
| Case: | Koch Industries, Inc., and Subsidiaries v. The United States, Fed. Cl. No. 02-8T |
| Party: | The United States |
| Forum: | The United States Court of Federal Claims |

| | |
|---|---|
| Case: | United States of America v. Anne (Sandy) Batchelor-Robjohns, a/k/a/ Anne O'Neill Batchelor; Daniel J. Ferraresi; Marvin C. Gutter; and Father Patrick O'Neill, Co-Personal Representatives of the Estate of George E. Batchelor, Case No. 03-20164-CIV-Ungaro-Benages/Brown |
| Party: | United States of America |
| Forum: | United States District Court for the Southern District of Florida, Miami Division |

**2005**

| | |
|---|---|
| Case: | TransCanada PipeLines Limited 2004 Mainline Tolls and Tariff (Phase 2), RH-2-2004 |
| Party: | TransCanada PipeLines Limited |
| Forum: | [Canadian] National Energy Board |

**Appendix B: MATERIALS CONSIDERED BY A. LAWRENCE KOLBE**

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 07/07/99 | | | Judge Turner, Opinion and Order (National Westminster Bank PLC v. United States, Ct. Fed. Cl. No. 95-758T) |
| 11/14/03 | | | Judge Firestone, Opinion on Partial Summary Judgment (National Westminster Bank PLC v. United States, Ct. Fed. Cl. No. 95-758T) |
| 11/15/01 | | | Report of Plaintiff's Expert, Dr. Marcia L. Stigum |
| 01/31/01 | | | Plaintiff's Description of the Operation of NatWest's U.S. Money Market Desks, 1981-1987 |
| 01/31/01 | | | Memorandum re Plaintiff's FRE 1006 Summaries with Respect to 1986 Interbranch Interest Expense Attached National Westminster Bank: U.S. Branches' Affiliated and Non-Affiliated Interest; 1981-1987 Analysis of Affiliated and Non-Affiliated Interest Income and Expense |
| 2/15/02 | | | National Westminster Bank PLC Amended FRE 1006 Summary: December 31, 1986 Combined U.S. Branch Balance Sheet (in dollars) Submitted to Justice Department February 15, 2002 |
| 05/14/04 | | | Defendant's Status Report and Motion for Leave to File (In The United States Court of Federal Claims, No. 95-758T (Judge Nancy B. Firestone) National Westminster Bank PLC, Plaintiff v. The United States, Defendant) |
| 09/23/96 | | | Ltr. from Rodney H. Standage (Davis Polk & Wardwell) to Steven I. Frahm (DOJ) w/attachments:<br>- Samples of Plaintiff's U.S. Branch's books and records (reflects samples relating to 1985 & 1986)<br>- Updated copy of the spreadsheet outlining the U.S. Branches' reporting system |
| 06/15/04 | | | Plaintiff's Response to Defendant's Second Set of Interrogatories with attachments A through N, U.S. Court of Federal Claims, No. 95-758T (Judge Eric G. Bruggink), National Westminster Bank PLC, Plaintiff v. U.S., Defendant |
| 08/95 | | | Photocopy of Federal Reserve's "Examination Manual for U.S. Branches and Agencies of Foreign Banking Organizations" |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 05/26/83 | H 0001 | H 00065 | **PX022:** National Westminster Bank PLC Form 20-F Year ended 31 December 1982 |
| 04/06/84 | I 0001 | I 00070 | **PX023:** National Westminster Bank PLC Form 20-F Year ended 31 December 1983 |
| 04/10/85 | J 0001 | J 00069 | **PX024:** National Westminster Bank PLC Form 20-F Year ended December 31, 1984 |
| 04/04/86 | K 0001 | K 00069 | **PX025:** National Westminster Bank PLC Form 20-F Year ended December 31, 1985 |
| 03/27/87 | L 0001 | L 00078 | **PX026:** National Westminster Bank PLC Form 20-F Year ended December 31, 1986 |
| 03/30/88 | M 0001 | M 00074 | **PX027:** National Westminster Bank PLC Form 20-F Year ended December 31, 1987 |
| 09/19/00<br><br>06/08/86 | | | Ltr. From M. Carr Ferguson (Davis Polk & Wardwell) to Steven Frahm (DOJ) w/attachments:<br>- Sample printouts of the microfiched M262 Reports (Money market Deal Extract) for the U.S. branches (June 2, 1986);<br>- the Bank's current chart of accounts explaining the three letter source codes used in producing its internal reports; and<br>- a list of the Bank's IBS Codes which correspond to the instrument "types" listed in the M262 Reports |
| 12/31/86 | INT537-002955 | INT537-002956 | List of printouts to be produced (GO85 Report) |
| 12/31/86 | INT537-002668 | INT537-002753 | NatWest NY Branch Report No. A001 |
| 12/31/86 | INT537-001272 | INT537-001274 | NatWest NY Branch Report No. A002 |
| 12/31/86 | INT537-001275 | INT537-001278 | NatWest NY Branch Report No. A003 |
| 12/31/86 | INT537-001279 | INT537-001280 | NatWest NY Branch Report No. A004 |
| 12/31/86 | INT537-001281 | INT537-001304 | NatWest NY Branch Report No. A005 |
| 12/31/86 | INT537-001305 | INT537-001305 | NatWest NY Branch Report No. A006 |
| 12/31/86 | INT537-001306 | INT537-001306 | NatWest NY Branch Report No. A008 |
| 12/31/86 | INT537-001307 | INT537-001308 | NatWest NY Branch Report No. A010 |
| 12/31/86 | INT537-001309 | INT537-001316 | NatWest NY Branch Report No. A011 |
| 12/31/86 | INT537-001317 | INT537-001324 | NatWest NY Branch Report No. A019 |
| 12/31/86 | INT537-001325 | INT537-001333 | NatWest NY Branch Report No. A020 |
| 12/31/86 | INT537-000001 | INT537-001190 | NatWest NY Branch Report No. A220 |
| 12/31/86 | INT537-001191 | INT537-001271 | NatWest NY Branch Report No. A021 |
| 12/31/86 | INT537-001334 | INT537-001386 | NatWest NY Branch Report No. A025 |
| 12/31/86 | INT537-002754 | INT537-002760 | NatWest NY Branch Report No. A031 |
| 12/31/86 | INT537-002761 | INT537-002779 | NatWest NY Branch Report No. A032 |
| 12/31/86 | INT537-002780 | INT537-002780 | NatWest NY Branch Report No. A035 |
| 12/31/86 | INT537-002781 | INT537-002833 | NatWest NY Branch Report No. A036 |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 12/31/86 | INT537-002958 | INT537-002996 | NatWest NY Branch Report No. A202 |
| 12/31/86 | INT537-001387 | INT537-001481 | NatWest NY Branch Report No. A207 |
| 12/31/86 | INT537-002957 | INT537-002957 | NatWest NY Branch Report No. A208 |
| 12/31/86 | INT537-002840 | INT537-002954 | NatWest NY Branch Report No. OL01 |
| 12/31/86 | INT537-001965 | INT537-001972 | NatWest NY Branch Report No. F041 |
| 12/31/86 | INT537-002418 | INT537-002424 | NatWest NY Branch Report No. F042 |
| 12/31/86 | INT537-002094 | INT537-002122 | NatWest NY Branch Report No. F043 |
| 12/31/86 | INT537-002320 | INT537-002345 | NatWest NY Branch Report No. F044 |
| 12/31/86 | INT537-002123 | INT537-002130 | NatWest NY Branch Report No. F045 |
| 12/31/86 | INT537-002834 | INT537-002839 | NatWest NY Branch Report No. F046 |
| 12/31/86 | INT537-002131 | INT537-002151 | NatWest NY Branch Report No. F048 |
| 12/31/86 | INT537-002152 | INT537-002152 | NatWest NY Branch Report No. F051 |
| 12/31/86 | INT537-002153 | INT537-002175 | NatWest NY Branch Report No. F054 |
| 12/31/86 | INT537-002584 | INT537-002619 | NatWest NY Branch Report No. F056 |
| 12/31/86 | INT537-002620 | INT537-002621 | NatWest NY Branch Report No. F057 |
| 12/31/86 | INT537-002622 | INT537-002665 | NatWest NY Branch Report No. F058 |
| 12/31/86 | INT537-002666 | INT537-002667 | NatWest NY Branch Report No. F059 |
| 12/31/86 | INT537-002207 | INT537-002259 | NatWest NY Branch Report No. F060 |
| 12/31/86 | INT537-002428 | INT537-002469 | NatWest NY Branch Report No. F072 |
| 12/31/86 | INT537-002176 | INT537-002206 | NatWest NY Branch Report No. F073 |
| 12/31/86 | INT537-001793 | INT537-002093 | NatWest NY Branch Report No. F242 |
| 12/31/86 | INT537-001482 | INT537-001494 | NatWest NY Branch Report No. M061 |
| 12/31/86 | INT537-001516 | INT537-001539 | NatWest NY Branch Report No. M066 |
| 12/31/86 | INT537-001554 | INT537-001686 | NatWest NY Branch Report No. M070 |
| 12/31/86 | INT537-002997 | INT537-003033 | NatWest NY Branch Report No. M079 |
| 12/31/86 | INT537-001930 | INT537-001938 | NatWest NY Branch Report No. M080 |
| 12/31/86 | INT537-001687 | INT537-001856 | NatWest NY Branch Report No. M082 |
| 12/31/86 | INT537-001857 | INT537-001884 | NatWest NY Branch Report No. M083 |
| 12/31/86 | INT537-001885 | INT537-001929 | NatWest NY Branch Report No. M084 |
| 12/31/86 | INT537-001939 | INT537-001950 | NatWest NY Branch Report No. M261 |
| 12/31/86 | INT537-001951 | INT537-001964 | NatWest NY Branch Report No. M262 |
| 12/31/86 | INT537-001540 | INT537-001553 | NatWest NY Branch Report No. M263 |
| 12/31/86 | INT537-002346 | INT537-002351 | NatWest NY Branch Report No. G081 |
| 12/31/86 | INT537-002425 | INT537-002427 | NatWest NY Branch Report No. G085 |
| 12/31/86 | INT537-002352 | INT537-002402 | NatWest NY Branch Report No. G090 |
| 12/31/86 | INT537-002403 | INT537-002417 | NatWest NY Branch Report No. G092 |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 12/31/86 | INT537-002470 | INT537-002512 | NatWest NY Branch Report No. B107 |
| 12/31/86 | INT537-002513 | INT537-002535 | NatWest NY Branch Report No. B118 |
| 12/31/86 | INT537-002536 | INT537-002536 | NatWest NY Branch Report No. B120 |
| 12/31/86 | INT537-002537 | INT537-002539 | NatWest NY Branch Report No. B121 |
| 12/31/86 | INT537-002540 | INT537-002583 | NatWest NY Branch Report No. B126 |
| 12/31/86 | INT537-002260 | INT537-002319 | NatWest NY Branch Report No. B133 |
| undated | | | Index of Daily Reports (Microfiche Account Statements) available in document repository |
| 11/24/04<br><br>11/19/04 | | | Defendant's Motion for Reconsideration of Court's July 16, 2004, Order, Limiting Scope of Capital Issue w/attached Exhibits 1 and 2:<br>**Exhibit 1**: Farrant, Richard Henry, "U.K. Regulatory Capital Requirements Applicable to the Operations of U.S. Branches by U.K. Banks," Report for the USDoJ Tax Division, Case No. 95-758T w/attached Exhibits A and B<br>**Exhibit 2**: X Bank Decision |
| 12/19/97 | | | Defendant's Opposition to the United Kingdom's Motion for Leave to File a Brief *Amicus Curiae* |
| 2/27/04 | | | Confidential draft: Stipulation of Facts the Capital Issue |
| 05/04/04 | | | Draft: Joint Stipulation of Facts (Capital Issue) |
| 11/22/04 | | | Plaintiff's Responses and Objections to Defendant's Eighth Set of Requests for Production and Copying of Documents |
| 11/22/04 | | | Plaintiff's Responses and Objections to Defendant's First Set of Requests for Admissions |
| 11/22/04 | | | Plaintiff's Responses and Objections to Defendant's Eighth Set of Interrogatories |
| 12/07/04 | | | Plaintiff's Supplemental Answers and Objections to Defendant's Interrogatories 8.40 and 8.43 |
| 06/05/01 | | | Letter from M.C. Ferguson (Davis, Polk & Wardwell) to S. Frahm (DoJ) re National Westminster Bank PLC v. US, No. 95-758T w/attached definitive statement of refund claims in revised claim, detailed explanation of interest income and expense claimed pursuant to Treaty |
| | | | **PX069:** Chart of Accounts |
| | DR503-000081 | DR503-000481 | NWB Group Accounting Manual |
| 01/01-06/30 1981 | INT504-00001 | INT504-00008 | **PX123:** Profit & Loss Account NY Branch 1/1/81-6/30/81 (not listed on transmittal letter) |
| 01/01-06/30 1981 | INT522-000199 | INT522-000206 | **PX124:** Profit & Loss Account NY Branch 1/1/81-6/30/81 |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 01/01-06/30 1981 | INT504-00009 | INT504-00015 | **PX125:** Profit & Loss Account Chicago Branch 1/1/81-6/30/81 |
| 01/01-06/30 1981 | INT504-00023 | INT504-00029 | **PX126:** Profit & Loss Account SF Branch 1/1/81-6/30/81 |
| 01/01-06/30 1981 | INT504-00016 | INT504-00022 | **PX127:** Profit & Loss Account Nassau Branch 1/1/81-6/30/81 |
| 07/1 - 12/31 1981 | INT522-000151 | INT522-000157 | **PX133:** Profit & Loss Account NY Branch 7/1/81-12/31/81 |
| 07/1 - 12/31 1981 | INT504-00037 | INT504-00043 | **PX134:** Profit & Loss Account Chicago Branch 7/1/81-12/31/81 (not listed correctly on transmittal letter) |
| 07/1 - 12/31 1981 | INT504-00044 | INT504-00048 | **PX135:** Profit & Loss Account SF Branch 7/1/81-12/31/81 (listed on transmittal letter as Chicago) |
| 07/1 - 12/31 1981 | INT504-00049 | INT504-00057 | **PX136:** Profit & Loss Account Nassau Branch 7/1/81-12/31/81 (listed on transmittal letter as SF) |
| 07/1 - 12/31 1981 | INT522-000166 | INT522-000183 | **PX137:** Profit & Loss Account Nassau Branch 7/1/81-12/31/81 |
| 01/01-12/31 1982 | INT504-00058 | INT504-00064 | **PX152:** Profit & Loss Account NY Branch 1/1/82-12/31/82 |
| 01/01-12/31 1982 | INT504-00065 | INT504-00071 | **PX153:** Profit & Loss Account Chicago Branch 1/1/82-12/31/82 |
| 01/01-12/31 1982 | INT504-00072 | INT504-00078 | **PX154:** Profit & Loss Account SF Branch 1/1/82-12/31/82 |
| 01/01-12/31 1982 | INT504-00079 | INT504-00085 | **PX155:** Profit & Loss Account Nassau Branch 1/1/82-12/31/82 |
| 01/01-12/31 1983 | INT504-00086 | INT504-00092 | **PX169:** Profit & Loss Account NY Branch 1/1/83-12/31/83 |
| 01/01-12/31 1983 | INT504-00093 | INT504-00099 | **PX170:** Profit & Loss Account Chicago Branch 1/1/83-12/31/83 |
| 01/01-12/31 1983 | INT504-00100 | INT504-00106 | **PX171:** Profit & Loss Account SF Branch 1/1/83-12/31/83 |
| 01/01-12/31 1983 | INT504-00107 | INT504-00113 | **PX172:** Profit & Loss Account Nassau Branch 1/1/83-12/31/83 |
| 01/01-12/31 1983 | INT504-00114 | INT504-00120 A-G | **PX173:** Profit & Loss Account IBF Branch 1/1/83-12/31/83 |
| 01/01-12/31 1984 | INT504-00121 | INT504-00127 | **PX189:** Profit & Loss Account NY Branch 1/1/84-12/31/84 |
| 01/01-12/31 1984 | INT504-00128 | INT504-00134 | **PX190:** Profit & Loss Account Chicago Branch 1/1/84-12/31/84 |
| 01/01-12/31 1984 | INT504-00135 | INT504-00141 | **PX191:** Profit & Loss Account SF Branch 1/1/84-12/31/84 |
| 01/01-12/31 1984 | INT504-00142 | INT504-00154 | **PX192:** Profit & Loss Account Nassau Branch 1/1/84-12/31/84 |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 01/01-12/31 1984 | INT504-00155 | INT504-00161 | **PX193:** Profit & Loss Account IBF Branch 1/1/84-12/31/84 |
| 01/01-12/31 1985 | INT504-00162 | INT504-00170 | **PX209:** Profit & Loss Account NY Branch 1/1/85-12/31/85 |
| 01/01-12/31 1985 | INT504-00171 | INT504-00181 | **PX210:** Profit & Loss Account Chicago Branch 1/1/85-12/31/85 |
| 01/01-12/31 1985 | INT504-00182 | INT504-00192 | **PX211:** Profit & Loss Account SF Branch 1/1/85-12/31/85 |
| 01/01-12/31 1985 | INT504-00193 | INT504-00201 | **PX212:** Profit & Loss Account Nassau Branch 1/1/85-12/31/85 |
| 01/01-12/31 1985 | INT504-00202 | INT504-00212 | **PX213:** Profit & Loss Account IBF Branch 1/1/85-12/31/85 |
| 01/01-12/31 1985 | INT504-00213 | INT504-00221 | **PX214:** Profit & Loss Account Grand Cayman Branch 1/1/85-12/31/85 |
| 01/01-12/31 1986 | INT504-00222 | INT504-00230 | **PX233:** Profit & Loss Account NY Branch 1/1/86-12/31/86 |
| 01/01-12/31 1986 | INT504-00252 | INT504-00261 | **PX234:** Profit & Loss Account Chicago Branch 1/1/86-12/31/86 |
| 01/01-12/31 1986 | INT504-00242 | INT504-00251 | **PX235:** Profit & Loss Account SF Branch 1/1/86-12/31/86 |
| 01/01-12/31 1986 | INT504-00272 | INT504-00281 | **PX236:** Profit & Loss Account Nassau Branch 1/1/86-12/31/86 |
| 01/01-12/31 1986 | no Bates Nos. | | **PX237:** Profit & Loss Account IBF Branch 1/1/86-12/31/86 |
| 01/01-12/31 1986 | INT504-00262 | INT504-00271 | **PX238:** Profit & Loss Account Grand Cayman Branch 1/1/86-12/31/86 |
| 01/01-12/31 1987 | INT504-00282 | INT504-00291 | **PX257:** Profit & Loss Account NY Branch 1/1/87-12/31/87 |
| 01/01-12/31 1987 | INT504-00292 | INT504-00301 | **PX258:** Profit & Loss Account Chicago Branch 1/1/87-12/31/87 |
| 01/01-12/31 1987 | INT504-00302 | INT504-00311 | **PX259:** Profit & Loss Account SF Branch 1/1/87-12/31/87 |
| 01/01-12/31 1987 | INT504-00322 | INT504-00331 | **PX260:** Profit & Loss Account Nassau Branch 1/1/87-12/31/87 |
| 01/01-12/31 1987 | INT504-00312 | INT504-00321 | **PX261:** Profit & Loss Account IBF Branch 1/1/87-12/31/87 |
| 01/01-12/31 1987 | INT504-00332 | INT504-00340 | **PX262:** Profit & Loss Account Grand Cayman Branch 1/1/87-12/31/87 |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 06/05/01 | FRE1006-001 | FRE1006-160 | Plaintiff's Revised Claim; includes Plaintiff's FRE 1006 Evidentiary Summaries with Respect to Interest Income and Expense at Issue.<br>**Tab A:** Interest Income and Expense Being Claimed<br>**Tab B:** Attachment to Plaintiff's Response to Defendant's Interrogatory 1.05 and Supplement thereto.<br>**Tab C:** Attachment to Plaintiff's Response to Defendant's Interrogatories 5.04 through 5.06 and Supplement thereto |
| 1980 | NY-BS-8012-01<br>CH-BS-8012-01<br>SF-BS-8012-01<br>SF-CL-8012-01<br>NS-BS-8012-01<br>NS-CL-8012-01 | NY-BS-8012-06<br>CH-BS-8012-06<br>SF-BS-8012-13<br>SF-CL-8012-05<br>NS-BS-8012-15<br>NS-CL-8012-14 | 1980 Folder: 12/31/80 Branch balance sheets and reports B126, M261, B121 |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 1981 | NY-BS-8013-01<br>CH-BS-8013-01<br>SF-BS-8013-01<br>NS-BS-8103-01<br>NY-BS-8106-01<br>NY-PL-8106-01<br>CH-BS-8106-01<br>CH-PL-8106-01<br>SF-BS-8106-01<br>SF-PL-8106-01<br>NS-BS-8106-01<br>NS-PL-8106-01<br>NY-BS-8109-01<br>NY-PL-8109-01<br>CH-BS-8109-01<br>CH-PL-8109-01<br>SF-BS-8109-01<br>SF-PL-8109-01<br>NS-BS-8109-01<br>NS-PL-8109-01<br>NY-BS-8112-01<br>NY-PL-8112-01<br>CH-BS-8112-01<br>CH-PL-8112-01<br>SF-BS-8112-01<br>SF-PL-8112-01<br>NS-BS-8112-01<br>NS-PL-8112-01 | NY-BS-8013-06<br>CH-BS-8013-06<br>SF-BS-8013-06<br>NS-BS-8013-06<br>NY-BS-8106-06<br>NY-PL-8106-01<br>CH-BS-8106-06<br>CH-PL-8106-01<br>SF-BS-8106-05<br>SF-PL-8106-01<br>NS-BS-8016-15<br>NS-PL-8106-01<br>NY-BS-8109-06<br>NY-PL-8109-01<br>CH-BS-8109-15<br>CH-PL-8109-01<br>SF-BS-8109-06<br>SF-PL-8109-01<br>NS-BS-8109-20<br>NS-PL-8109-01<br>NY-BS-8112-10<br>NY-PL-8112-01<br>CH-BS-8112-06<br>CH-BS-8112-01<br>SF-BS-8112-06<br>SF-PL-8112-01<br>NS-BS-8112-06<br>NS-PL-8112-01 | 1981 Folder: Branch balance sheets (quarterly |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 1982 | NY-BS-8203-01<br>NY-PL-8203-01<br>CH-BS-8203-01<br>CH-PL-8203-01<br>SF-BS-8203-01<br>SF-PL-8203-01<br>NS-BS-8203-01<br>NS-PL-8203-01<br>NY-BS-8206-01<br>NY-PL-8206-01<br>NY-CL-8206-01<br>CH-BS-8206-01<br>CH-PL-8206-01<br>SF-BS-8206-01<br>SF-PL-8206-01<br>NS-BS-8206-01<br>NS-PL-8206-01<br>IBF-BS-8206-01<br>IBF-CL-8206-01<br>NY-BS-8209-01<br>NY-PL-8209-01<br>CH-BS-8209-01<br>CH-PL-8209-01<br>SF-BS-8209-01<br>SF-PL-9209-01<br>NS-BS-8209-01<br>NS-PL-8209-01<br>IBF-BS-8209-01<br>IBF-CL-8209-01<br>NY-BS-8212-01<br>NY-PL-8212-01<br>CH-BS-8212-01<br>CH-PL-8212-01<br>SF-BS-8212-01<br>SF-PL-8212-01<br>NS-BS-8212-01<br>NS-PL-8212-01 | NY-BS-8203-06<br>NY-PL-8203-01<br>CH-BS-8203-06<br>CH-PL-8203-01<br>SF-BS-8203-016<br>SF-PL-8203-01<br>NS-BS-8203-19<br>NS-PL-8203-01<br>NY-BS-8206-31<br>NY-PL-8206-01<br>NY-CL-8206-02<br>CH-BS-8206-06<br>CH-PL-8206-01<br>SF-BS-8206-06<br>SF-PL-8206-01<br>NS-BS-8206-06<br>NS-PL-8206-01<br>IBF-BS-8206-13<br>IBF-CL-8206-02<br>NY-BS-8209-31<br>NY-PL-8209-01<br>CH-BS-8209-06<br>CH-PL-8209-01<br>SF-BS-8209-06<br>SF-PL-9209-01<br>NS-BS-8209-06<br>NS-PL-8209-01<br>IBF-BS-8209-13<br>IBF-CL-8209-01<br>NY-BS-8212-06<br>NY-PL-8212-01<br>CH-BS-8212-06<br>CH-PL-8212-01<br>SF-BS-8212-06<br>SF-PL-8212-01<br>NS-BS-8212-08<br>NS-PL-8212-01 | 1982 Folder: Branch balance sheets (quarterly) |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 1983 | NY-BS-8303-01<br>CH-BS-8303-01<br>SF-BS-8303-01<br>NS-BS-8303-01<br>IBF-BS-8303-0<br>NS-BS-8306-06<br>IBF-BS-8306-01<br>CH-BS-8306-01<br>NY-BS-8306-01<br>SF-BS-8306-01<br>SF-BS-8712-19<br>NS-BS-8306-01<br>NY-BS-8309-01<br>CH-BS-8309-01<br>SF-BS-8309-01<br>NS-BS-8309-01<br>IBF-BS-8309-01<br>NY-BS-8312-01<br>NY-PL-8312-01<br>CH-BS-8312-01<br>CH-PL-8312-01<br>SF-BS-8312-01<br>SF-II-8712-01<br>NS-BS-8312-01<br>NS-PL-8312-01<br>IBF-BS-8312-01<br>IBF-PL-8312-01 | NY-BS-8303-14<br>CH-BS-8303-10<br>SF-BS-8303-05<br>NS-BS-8303-07<br>IBF-BS-8303-07<br>NS-BS-8306-27<br>IBF-BS-8306-19<br>CH-BS-8306-23<br>NY-BS-8306-51<br>SF-BS-8306-18<br>SF-BS-8712-22<br>NS-BS-8306-05<br>NY-BS-8309-13<br>CH-BS-8309-11<br>SF-BS-8309-05<br>NS-BS-8309-08<br>IBF-BS-8309-08<br>NY-BS-8312-13<br>NY-PL-8312-01<br>CH-BS-8312-06<br>CH-PL-8312-01<br>SF-BS-8312-08<br>SF-II-8712-01<br>NS-BS-8312-06<br>NS-PL-8312-01<br>IBF-BS-8312-01<br>IBF-PL-8312-01 | 1983 Folder: Branch balance sheets (quarterly) |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 1984 | NY-BS-8403-01 | NY-BS-8403-46 | 1984 Folder: Branch balance sheets (quarterly) |
| | NY-PL-8403-01 | NY-PL-8403-01 | |
| | CH-BS-8403-01 | CH-BS-8403-20 | |
| | CH-PL-8403-01 | CH-PL-8403-01 | |
| | SF-BS-8403-01 | SF-BS-8403-06 | |
| | SF-PL-8403-01 | SF-PL-8403-01 | |
| | NS-BS-8403-01 | NS-BS-8403-23 | |
| | NS-PL-8403-01 | NS-PL-8403-01 | |
| | IBF-PL-8403-01 | IBF-PL-8403-01 | |
| | IBF-BS-8403-01 | IBF-BS-8403-19 | |
| | NY-BS-8406-01 | NY-BS-8406-46 | |
| | NY-PL-8406-01 | NY-PL-8406-01 | |
| | CH-BS-8406-01 | CH-BS-8406-20 | |
| | CH-PL-8406-01 | CH-PL-8406-01 | |
| | SF-BS-8406-01 | SF-BS-8406-17 | |
| | SF-PL-8406-01 | SF-PL-8406-01 | |
| | NS-BS-8406-01 | NS-BS-8406-19 | |
| | NS-PL-8406-01 | NS-PL-8406-01 | |
| | IBF-BS-8406-01 | IBF-BS-8406-09 | |
| | IBF-PL-8406-01 | IBF-PL-8406-01 | |
| | NY-BS-8409-01 | NY-BS-8409-46 | |
| | NY-PL-8409-01 | NY-PL-8409-01 | |
| | CH-BS-8409-01 | CH-BS-8409-20 | |
| | CH-PL-8409-01 | CH-PL-8409-01 | |
| | SF-BS-8409-01 | SF-BS-8409-20 | |
| | SF-PL-8409-01 | SF-PL-8409-01 | |
| | NS-BS-8409-01 | NS-BS-8409-27 | |
| | NS-P-8409-01 | NS-P-8409-01 | |
| | IBF-BS-8409-01 | IBF-BS-8409-20 | |
| | NY-BS-8412-01 | NY-BS-8412-06 | |
| | NY-PL-8412-01 | NY-PL-8412-01 | |
| | CH-BS-8412-01 | CH-BS-8412-06 | |
| | CH-PL-8412-01 | CH-PL-8412-01 | |
| | SF-BS-8412-01 | SF-BS-8412-05 | |
| | SF-PL-8412-01 | SF-PL-8412-01 | |
| | NS-BS-8412-01 | NS-BS-8412-06 | |
| | NS-PL-8412-01 | NS-PL-8412-01 | |
| | BF-BS-8412-01 | BF-BS-8412-06 | |
| | IBF-PL-8412-01 | IBF-PL-8412-01 | |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 1985 | NY-BS-8403-01<br>NY-PL-8503-01<br>CH-BS-8503-01<br>CH-PL-8503-01<br>SF-BS-8403-01<br>SF-PL-8503-01<br>NS-BS-8503-01<br>NS-PL-8503-01<br>IBF-BS-8503-01<br>IBF-PL-8503-01<br>NY-BS-8506-01<br>NY-PL-8506-01<br>CH-BS-8506-01<br>CH-PL-8506-01<br>SF-BS-8506-01<br>SF-PL-8506-01<br>NS-BS-8506-01<br>NS-PL-8506-01<br>IBF-BS-8506-01<br>IBF-PL-8506-01<br>NY-BS-8509-01<br>NY-PL-8509-01<br>CH-BS-8509-01<br>CH-PL-8509-01<br>SF-BS-8509-01<br>SF-PL-8509-01<br>NS-BS-8509-01<br>NS-PL-8509-01<br>IBF-BS-8509-01<br>IBF-PL-8509-01<br>NY-BS-8512-01<br>NY-PL-8512-01<br>CH-BS-8512-01<br>CH-PL-8512-01<br>SF-BS-8512-01<br>SF-PL-8512-01<br>NS-BS-8512-01<br>NS-PL-8512-01<br>IBF-BS-8512-01<br>IBF-PL-8512-01<br>GC-BS-8512-01<br>GC-PL-8512-01 | NY-BS-8503-06<br>NY-PL-8503-07<br>CH-BS-8503-05<br>CH-PL-8503-07<br>SF-BS-8403-06<br>SF-PL-8503-07<br>NS-BS-8503-06<br>NS-PL-8503-07<br>IBF-BS-8503-06<br>IBF-PL-8503-07<br>NY-BS-8506-08<br>NY-PL-9506-09<br>CH-BS-8506-07<br>CH-PL-8506-09<br>SF-BS-8506-08<br>SF-PL-8506-11<br>NS-BS-8506-17<br>NS-PL-8506-09<br>IBF-BS-8506-08<br>IBF-PL-8506-09<br>NY-BS-8509-46<br>NY-PL-8509-09<br>CH-BS-8509-08<br>CH-PL-8509-11<br>SF-BS-8509-08<br>SF-PL-8509-11<br>NS-BS-8509-08<br>NS-PL-8509-09<br>IBF-BS-8509-08<br>IBF-PL-8509-09<br>NY-BS-8512-08<br>NY-PL-8512-01<br>CH-BS-8512-09<br>CH-PL-8512-01<br>SF-BS-8512-08<br>SF-PL-8512-01<br>NS-BS-8512-08<br>NS-PL-8512-01<br>IBF-BS-8512-08<br>IBF-PL-8512-01<br>GC-BS-8512-10<br>GC-PL-8512-01 | 1985 Folder: Branch balance sheets (quarterly) |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 1986 | NY-BS-8603-01 | NY-BS-8603-36 | 1986 Folder: Branch balance sheets (quarterly) |
| | NY-PL-8603-01 | NY-PL-8603-01 | |
| | CH-BS-8603-01 | CH-BS-8603-08 | |
| | SF-BS-8603-01 | SF-BS-8603-08 | |
| | SF-PL-8603-01 | SF-PL-8603-01 | |
| | CH-PL-8603-01 | CH-PL-8603-01 | |
| | NS-BS-8603-01 | NS-BS-8603-08 | |
| | NS-PL-8603-01 | NS-PL-8603-01 | |
| | IBF-BS-8603-01 | IBF-BS-8603-16 | |
| | IBF-PL-8603-01 | IBF-PL-8603-01 | |
| | GC-BS-8603-01 | GC-BS-8603-08 | |
| | GC-II-86103-01 | GC-II-86103-01 | |
| | NY-BS-8606-01 | NY-BS-8606-08 | |
| | NY-PL-8606-01 | NY-PL-8606-01 | |
| | CH-BS-8606-01 | CH-BS-8606-08 | |
| | CH-PL-8606-01 | CH-PL-8606-01 | |
| | SF-BS-8606-01 | SF-BS-8606-08 | |
| | SF-PL-8606-01 | SF-PL-8606-01 | |
| | NS-BS-8606-01 | NS-BS-8606-08 | |
| | IBF-BS-8606-01 | IBF-BS-8606-08 | |
| | IBF-PL-8606-01 | IBF-PL-8606-01 | |
| | GC-BS-8606-01 | GC-BS-8606-10 | |
| | GC-PL-8606-01 | GC-PL-8606-01 | |
| | NY-BS-8609-01 | NY-BS-8609-08 | |
| | NY-PL-8609-01 | NY-PL-8609-01 | |
| | CH-BS-8609-01 | CH-BS-8609-08 | |
| | CH-PL-9609-01 | CH-PL-9609-01 | |
| | SF-BS-8609-01 | SF-BS-8609-08 | |
| | SF-PL-8609-01 | SF-PL-8609-01 | |
| | NS-BS-8609-01 | NS-BS-8609-19 | |
| | NS-PL-8609-01 | NS-PL-8609-01 | |
| | IBF-BS-8609-01 | IBF-BS-8609-08 | |
| | IBF-PL-8609-01 | IBF-PL-8609-01 | |
| | GC-BS-8609-01 | GC-BS-8609-08 | |
| | GC-PL-8609-01 | GC-PL-8609-01 | |
| | NY-BS-8612-01 | NY-BS-8612-08 | |
| | NY-PL-8612-01 | NY-PL-8612-01 | |
| | CH-BS-8612-01 | CH-BS-8612-08 | |
| | CH-PL-8612-01 | CH-PL-8612-01 | |
| | SF-BS-8612-01 | SF-BS-8612-08 | |
| | SF-PL-8612-01 | SF-PL-8612-01 | |
| | NS-BS-8612-01 | NS-BS-8612-08 | |
| | NS-PL-8612-01 | NS-PL-8612-01 | |
| | IBF-BS-8612-01 | IBF-BS-8612-08 | |
| | IBF-PL-8612-01 | IBF-PL-8612-01 | |
| | GC-BS-8612-01 | GC-BS-8612-08 | |
| | BC-PL-8612-01 | BC-PL-8612-01 | |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 1987 | NY-BS-8703-01<br>NY-PL-8703-01<br>CH-BS-8703-01<br>CH-PL-8703-01<br>SF-BS-8703-01<br>SF-PL-8703-01<br>NS-BS-8703-01<br>NS-PL-8703-01<br>IBF-BS-8703-01<br>IBF-PL-8703-01<br>GC-BS-8703-01<br>GC-PL-8703-01<br>NY-BS-8706-01<br>NY-PL-8706-01<br>CH-BS-8706-01<br>CH-PL-8706-01<br>SF-BS-8706-01<br>SF-PL-8706-01<br>NS-BS-8706-01<br>NS-0L-870601<br>IBF-BS-8706-01<br>IBF-PL-8706-01<br>GC-BS-8706-01<br>GC-PL-8706-01<br>NY-BS-8709-01<br>NY-PL-8709-01<br>CH-BS-8709-01<br>CH-PL.8709-01<br>SF-BS-8709-01<br>SF-PL-8709-01<br>NS-BS-8709-01<br>NS-PL-8709-01<br>IBF-BS-8709-01<br>IBF-PL-8709-01<br>GC-BS-8709-01<br>GC-PL-8709-01<br>NY-BS-8712-01<br>NY-PL-8712-01<br>CH-BS-8712-01<br>CH-PL-8712-01<br>SF-BS-8712-01<br>SF-PL-8712-01<br>NS-BS-8712-01<br>NS-PL-8712-01<br>IBF-BS-8712-01<br>IBF-PL-8712-01<br>GC-BS-8712-01<br>GC-PL-8712-01 | NY-BS-8703-08<br>NY-PL-8703-01<br>CH-BS-8703-08<br>CH-PL-8703-01<br>SF-BS-8703-07<br>SF-PL-8703-01<br>NS-BS-8703-09<br>NS-PL-8703-01<br>IBF-BS-8703-08<br>IBF-PL-8703-01<br>GC-BS-8703-07<br>GC-PL-8703-01<br>NY-BS-8706-08<br>NY-PL-8706-01<br>CH-BS-8706-08<br>CH-PL-8706-01<br>SF-BS-8706-11<br>SF-PL-8706-01<br>NS-BS-8706-08<br>NS-0L-870601<br>IBF-BS-8706-08<br>IBF-PL-8706-01<br>GC-BS-8706-11<br>GC-PL-8706-01<br>NY-BS-8709-09<br>NY-PL-8709-01<br>CH-BS-8709-08<br>CH-PL.8709-0<br>SF-BS-8709-06<br>SF-PL-8709-01<br>NS-BS-8709-08<br>NS-PL-8709-01<br>IBF-BS-8709-08<br>IBF-PL-8709-01<br>GC-BS-8709-08<br>GC-PL-8709-01<br>NY-BS-8712-09<br>NY-PL-8712-01<br>CH-BS-8712-12<br>CH-PL-8712-01<br>SF-BS-8712-11<br>SF-PL-8712-01<br>NS-BS-8712-11<br>NS-PL-8712-01<br>IBF-BS-8712-09<br>IBF-PL-8712-01<br>GC-BS-8712-08<br>GC-PL-8712-01 | 1987 Folder: Branch balance sheets (quarterly) |
| 12/31/84 | NWM3473 | NWM3492 | B118 Profit and Loss/Chicago |
| 12/31/84 | NWM3555 | NWM3573 | B118 Profit and Loss/IBF |
| 12/31/84 | NWM3644 | NWM3662 | B118 Profit and Loss/Nassau |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 12/31/84 | NWM5233 | NWM5256 | B118 Profit and Loss/NY |
| 12/31/84 | NWP 0000310 | NWP 0000329 | B118 Profit and Loss/SF |
| 12/31/86 | NWM5466 | NWM5486 | B118 Profit and Loss/Chicago |
| 12/31/86 | NWM5549 | NWM5567 | B118 Profit and Loss/Grand Cayman |
| 12/31/86 | NWM5595 | NWM5613 | B118 Profit and Loss/IBF |
| 12/31/86 | NWM5722 | NWM5742 | B118 Profit and Loss/SF |
| 12/31/87 | NWM0007223 | NWM0007243 | B118 Profit and Loss/Chicago |
| 12/31/87 | NWM6002 | NWM6020 | B118 Profit and Loss/Grand Cayman |
| 12/31/87 | NWM6055 | NWM6073 | B118 Profit and Loss/IBF |
| 12/31/87 | NWM6218 | NWM6238 | B118 Profit and Loss/Nassau |
| 12/31/87 | NWM6789 | NWM6813 | B118 Profit and Loss/NY |
| 12/31/87 | NWM7087 | NWM7093 | B118 Profit and Loss/SF |
| 10/29/04 | | | **5 Binders:** Exhibit 2 to Expert Report of PriceWaterhouse Coopers Analysis of Capital Loan Charges:<br>1: Chicago<br>2: Grand Cayman<br>3. Nassau<br>4: New York/IBF<br>5. San Francisco |
| 08/25/04 | | | Letter from M. Verdolini (Davis Polk & Wardwell) to S. Frahm (DoJ) re National Westminister Bank PLC v. U.S., Ct. Fed Cl. No. 95-758T, response to S. Frahm's inquiries |
| 11/01/90 | | | Defendant's Exhibit A: Confidential memorandum from J.L. Carr and M.C. Moetell (Shaw Pittman) to A.J. Schibani and C.T. Plambeck re National Westminster PLC Competent Authority Proceedings |
| 11/01/90 | | | Confidential memorandum from Shaw Pittman re National Westminster PLC: Recognition of Branch Capital for U.S. Tax Purposes Under the Separate Entity Method ("1990 Memorandum") |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 11/08/01 | | | 2001 Report of U.K. Barristers from Gray's Inn Tax Chambers. Includes Affidavit of Michael Charles Flesch, Affidavit of Philip Woolf Baker, Joint Further Opinion by Gray's Inn w/Appendices:<br>**Appendix A**: Extracts from the Inland Revenue Banking Manual (December 1994 Edition)<br>**Appendix: B**: Extracts from the Inland Revenue Banking Manual (December 2000 Edition)<br>**Appendix C**: Extract from the Commentary to Article 7 of the OECD Model Double Taxation on Income and on Capital (1997 Edition)<br>**Appendix D**: Extract from the OECD Model Tax Convention on Income and on Capital (April 2000 Edition)<br>**Appendix E**. Extract from the OECD; Transfer Pricing and Multinational Enterprises: Three Taxation Issues (OECD, Paris, 1984)<br>**Appendix F**: Extract from Anthony Batchelor and Peter Swaine; Taxation Aspects of Banking Operations (Butterworths, London, 1985)<br>**Appendix G**: Extract from Christopher Fitzgibbon and Miles Walton; Taxation and Banking (Sweet & Maxwell, London, 1990)<br>**Appendix H**: Extract from Barrie Akin (E.D.); International Bank Taxation (2nd Edition, Euromoney Publications, London, 1993). |
| 10/29/04 | | | Plaintiff's Report on the Capital Issue (U.S. Court of Federal Claims, No. 95-758T) |
| 11/02/04 | | | Plaintiff's Motion for Leave to Replace Exhibits to Plaintiff's Report on the Capital Issue with Corrected Copies w/exhibits A-C attached |
| | | | Page B-36 from Exhibit B from document "Plaintiff's Motion for Leave to Replace Exhibits to Plaintiff's Report on the Capital Issue with Corrected Copies," Expert Report of Kevin D. Bandoian, PricewaterhouseCoopers, LLP dated October 29, 2004 |
| 04/23/01 | | | Plaintiff's Responses to Defendant's Fifth Set of Requests for Production and Copying of Documents |
| 04/23/01<br><br>1981-1987<br>11/15/01<br><br>11/27/01 | | | Plaintiff's Answers and Objections to Defendant's Fifth Set of Interrogatories w/<br>- Attachment A: Tables: Interrogatory 5.04<br>- Plaintiff's Supplemental Answer and Objections to Defendant's Interrogatory 5.16<br>- Plaintiff's Supplemental Answer and Objections to Defendant's Interrogatory 5.30 |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 1983<br><br>05/18/83<br>05/18/83<br>04/20/83<br>04/20/83 | NWP 0000475<br><br>NWP 0000477<br>NWP 0000483<br>NWP 0000488<br>NWP 0000494 | NWP 0000499<br><br>NWP 0000482<br>NWP 0000487<br>NWP 0000493<br>NWP 0000499 | **Box 150B, Folder 150-2:** Currency Liquidity Completed 1983<br>NY Balance Sheet May 18, 1983<br>IBF Balance Sheet May 18, 1983<br>IBF Balance Sheet April 20, 1983<br>NY Balance Sheet April 20, 1983 |
| 1979 | NWP 0000542<br>NWP 524.1/<br>NWP 0000543<br>NWP 0000595<br>NWP 0000616<br>NWP 0000685 | NWP 0000739<br>NWP 0000594<br><br>NWP 0000615<br>NWP 0000675<br>NWP 0000739 | **Folder 151-2:**<br>1979 Balance Sheets<br><br>1979 W/PS Consolidated P/L B/S<br>New York Branch Balance Sheets 1979<br>P & L 1979 |
| 04/19/02 | NA | NA | Plaintiff's Exhibit List Submitted Pursuant to Appendix G, ¶10a (National Westminster Bank, PLC v. US, No. 95-758T). |
| 01/18/05 | NA | NA | Order Denying Reconsideration (National Westminster Bank, PLC v. US, No. 95-758T, U.S. Court of Federal Claims, Judge Nancy B. Firestone) |
| 01/18/05 | NA | NA | Order (National Westminster Bank, PLC v. US, No. 95-758T, U.S. Court of Federal Claims, Judge Nancy B. Firestone) |
| 07/26/04 | NA | NA | Defendant's Motion to Clarify Scope of Inquiries re Capital Issue (National Westminster Bank PLC v. U.S., No. 95-758T, U.S. Court of Federal Claims) |
| 08/13/04 | NA | NA | Reply to Plaintiff's Response to Defendant's Motion to Clarify Scope of Inquiries re Capital Issue (National Westminster Bank PLC v. U.S., No. 95-758T, U.S. Court of Federal Claims) |
| 01/03/05 | NA | NA | Defendant's Ninth Set of Interrogatories (National Westminster Bank PLC v. U.S., No. 95-758T, U.S. Court of Federal Claims) |
| 01/03/05 | NA | NA | Defendant's Ninth Set of Requests for Production and Copying of Documents (National Westminster Bank PLC v. U.S., No. 95-758T, U.S. Court of Federal Claims) |
| Various<br>12/31/78<br><br><br><br>01/79<br>06/30/78<br><br>1979 | NWP 0000991<br>NWP 0000991<br>NWP 0000995<br>NWP 0000997<br>NWP 0001000<br>NWP 0001003<br>NWP 0001005<br>NWP 0001014<br>NWP 0001080<br>NWP 0001104 | NWP 0001125<br>NWP 0000994<br>NWP 0000996<br>NWP 0000999<br>NWP 0001002<br>NWP 0001004<br>NWP 0001013<br>NWP 0001079<br>NWP 0001103<br>NWP 0001125 | **Folder 151-3: Depreciation**<br>NWB computation of depreciation expense<br>White card (fixed assets)<br>Depreciation talking points summary<br>Ledger Account plus notes<br>Debit/Credit<br>Branch working papers<br>Depreciation summary<br>1979 W/Ps Depreciation<br>Leasehold Improvements—89009606 |
| 1979 | NWP 0001126 | NWP 0001199 | **Folder 151-4.A:** Chicago Branch Balance Sheets |
| various | NWP 0001200 | NWP 0001212 | **Folder 151-4.B:** San Francisco Branch Balance Sheets |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| | NWP 0001213 | NWP 0001219 | **Folder 151-4.C:** Nassau Branch Balance Sheets |
| 06/80 | NWP 0001220 | NWP 0001258 | **Folder 151-4.D:** New York Branch Balance Sheets |
| 12/31/79 | NWP 0001259 | NWP 0001262 | **Folder 151-4.E:** Nassau Branch Balance Sheets |
| 12/80 | NWP 0001263 | NWP 0001271 | **Folder 151-4.F:** Balance Work Dec.; 1980 |
| 1979 & 1981 | NWP 0001272 | NWP 0001390 | **Folder 151-4.G:** Nassau Branch Balance Sheets |
| Various | NWP 0001391 | NWP 0001468 | **Folder 151-4.H:** Branch Balance Sheets |
| 01/31/05 | | | Deposition of Roger Walmsley, January 31, 2005 (National Westminster Bank PLC vs. U.S., No. 95-758T) w/index and min-u-script. |
| 02/01/05 | | | Deposition of Roger Walmsley, February 1, 2005 (National Westminster Bank PLC vs. U.S., No. 95-758T) w/index, exhibits, and min-u-script. |
| 01/28/05 | | | Deposition of Patricia Wharwood, January 28, 2005 (National Westminster Bank PLC vs. U.S., No. 95-758T) — "Dirty copy" |
| 01/23/02 | | | Deposition of Harrylall Samaroo (National Westminster Bank PLC vs. U.S., No. 95-758T) |
| 02/13/02 | | | Deposition of Marcia L. Stigum, Ph.D. (National Westminster Bank PLC vs. U.S., No. 95-758T) |
| 08/18/04 | | | Proceedings of meeting before Hon. Nancy B. Firestone, Judge (National Westminster Bank PLC vs. U.S., No. 95-758T) between Plaintiff (Mario Verdolini and Scott Wise) and Defendant (Steven Frahm). |
| 01/31/01 | | | Plaintiff's Summary of Contentions Treaty Method (National Westminster Bank PLC vs. U.S., No. 95-758T, U.S. Court of Federal Claims) |
| 1986 | | | Frederic S. Mishkin, *The Economics of Money, Banking, and Financial Markets* (Boston: Little, Brown and Company, 1986) |
| 2004 | | | Frederic S. Mishkin, *The Economics of Money, Banking, and Financial Markets*, 7th Edition (Boston: Pearson/Addison Wesley, 2004) |
| 2002 | | | Joël Bessis, "Banking Regulations," Chapter 3 in *Risk Management in Banking*, 2nd Edition (Chichester, West Sussex, England: John Wiley & Sons Ltd., 2002) |
| 12/11/00 | | | *Revenue Policy, Business Tax Banking Manual*, Millenium Edition, found online at http://www.inlandrevenue.gov.uk/manuals/bammanual/holding.htm |

**Appendix C: EXAMPLES OF FINANCIAL STATEMENTS**

The following pages contain examples of financial statements for NatWest's U.S. branches, specifically, first a balance sheet for December 31, 1983 and then examples of profit and loss statements for NatWest's U.S. branches as of December 31, 1986.

**NATIONAL WESTMINSTER U.S. BRANCHES**

**BALANCE SHEET**

**As of December 31, 1983**

N7

BALANCE SHEET AS AT: Dec. 31 1985 NON-UK

NATIONAL WESTMINSTER BANK PLC
INTERNATIONAL BANKING DIVISION

National Westminster Bank, PLC
100 Wall Street
New York, New York 10005

BSI BRANCH

| LIABILITIES | LINE REF. | LOCAL CURRENCY EQUIVALENTS OF STERLING (B1) | U.S. DOLLARS (B2) | OTHERS (B3) | TOTAL (DO NOT TELEX) |
|---|---|---|---|---|---|
| CURRENT AND DEMAND DEPOSIT ACCOUNTS | | | | | |
| Current A/cs - Non-Interest Bearing | LAA | | 27 922 501 42 | | |
| Current A/cs - Interest Bearing | LBA | | 3 041 910 14 | | |
| Federal Funds Purchased (USA only) | LDA | | 75 000 000 00 | | |
| Interest Bearing Blocked A/c (Piraeus only) | LEA | | | | |
| Interest Bearing Cash Collateral A/cs (Piraeus only) | LFA | | | | |
| | | | | | |
| Intra-Group Balances | | | | | |
| Balances of NWB Branches | LLA | | 4 243 692 93 | | |
| Balances of IWB Branches | LMA | ✓ | 57 548 32 | | |
| Balances of Other Group Companies | LNA | ✓ | 10 155 075 24 | | |
| Sub Total | LOA | | 120 420 728 05 | | |
| TIME DEPOSITS | | | | | |
| Deposit A/cs - Banks | LUA | | | | |
| Deposit A/cs - Other than banks | LVA | | 9 934 134 27 | | |
| Bills Sold (Tokyo only) | LXA | | | | |
| Securities sold under Repurchase Agreements | LXB | | 195 237 500.00 | | |
| Certificates of Deposit issued | LYA | | 1328 239 301.23 | | |
| Intra-Group Balances | | | | | |
| Balances of NWB Branches | LBB | | 1 000 000.00 | | |
| Balances of IWB Branches | LCB | ✓ | | 3 696 546 20 | |
| Balances of Other Group Companies | LDB | | | | |
| Balance due to HO re Capital Loans | LEB | | | | |
| Balance due to HO re Fixed Assets | LFB | | 7 552 958 31 | | |
| | | | | | |
| Sub-Total | LGB | | 1542563 893 81 | 3 696 546.20 | 1 546 260 440 01 |
| OTHER ACCOUNTS | | | | | |
| Travel Cheques Issued | LAC | | | | |
| Bankers Payments | LBC | | 3 455 926.79 | | |
| Accrued Interest Payable | LDC | | 27 737 006.45 | | |
| Interest received in advance (Tokyo only) | LFC | | | | |
| Suspense A/c Forward Contracts | LGC | | 4 045 279 81 | | |
| Impersonal Accounts | LIC | | 13 479 629 12 | | |
| Adjustment A/c re Forward Contracts I/A (Bahrain only) | LJC | | | | |
| Suspense A/c Capital Swaps (Tokyo only) | LKC | | | | |
| Suspense A/c re New Swaps & Arbitrage (Tokyo only) | LLC | | | | |
| | | | | | |
| Sub-Total | LMC | | 48 727 841 17 | | |
| Total Carried Forward | LNC | | 1 711 712 463 03 | 3696 546 20 | 1715 409 009 23 |

NY-BS-8312-01

BALANCE SHEET AS AT: NATIONAL WESTMINSTER BANK PLC DS3

INTERNATIONAL BANKING DIVISION

Dec 31 1988 NON-UK

NATIONAL WESTMINSTER BANK, PLC
100 WALL STREET
NEW YORK, NEW YORK 10005 BRANCH

| LIABILITIES (CONTINUED) | LINE REF. | LOCAL CURRENCY EQUIVALENTS OF | | | TOTAL |
|---|---|---|---|---|---|
| | | STERLING (B1) | U.S.DOLLARS (B2) | OTHERS (B3) | (DO NOT TELEX) |
| Total Brought Forward | LNC | | 1 711 712 463 03 | 3 696 546 20 | 1 715 409 009 23 |
| P&L AND RESERVES | | | | | |
| Profit and Loss (Total Income) | LPC | | | | |
| Provision for B&DD - Specific | LQC | | 589 036 39 | | |
| Provision for B&DD - Non-Specific | LRC | | 9 255 769 14 | | |
| | LSC | | | | |
| | LTC | | | | |
| Provision for Taxation | LVC | | 2 816 831 03 | | |
| Provision for Audit Fees | LWC | | | | |
| Provision for Retirement Allowance (Tokyo only) | LXC | | | | |
| | LYC | | | | |
| Retained Profits | LZC | | | | |
| | LAD | | | | |
| Sub Total | LCD | | 12 661 636.56 | | |
| TOTAL LIABILITIES | LDD | | 1,724,374,099.59 | 3 696 546.20 | 1,728,070,645.79 |

| MEMORANDUM ONLY | | | | | |
|---|---|---|---|---|---|
| Bank Acceptances | LDE | | 79 334 662 17 | | |
| Liability on Endorsements | LEE | | | | |
| Engagements on A/c of Customers | LFE | | 391 995 035.07 | | |
| Forward Sales | LHE | 2 832 829 454.98 | 4 376 396 735 93 | 1 374 840 771.90 | 8 584 066 962.81 |
| Forward Purchases | LIE | (2 832 578 860.60) | (4 384 501 472.81) | (1 374 769 919 23) | (8 591 850 252.64) |
| Futures Contracts - Sales | FCS | | | | |
| Futures Contracts - Purchases | FCP | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

NY-BS-8312-02

BALANCE SHEET AS AT: Dec 31 1977 NON-UK

NATIONAL WESTMINSTER BANK [illegible]
INTERNATIONAL BANKING DIVISION

NATIONAL WESTMINSTER BANK, PLC
100 WALL STREET
NEW YORK, NEW YORK 10005

BS 3
BRANCH

| ASSETS | LINE REF. | LOCAL CURRENCY EQUIVALENTS OF | | | TOTAL |
|---|---|---|---|---|---|
| | | STERLING (B1) | U.S. DOLLARS (B2) | OTHERS (B3) | (DO NOT TELEX) |
| NON-INTEREST BEARING BALANCES WITH STATE/CENTRAL BANKS SUB | AAA | | 58 482 452 95 | | |
| INTEREST BEARING BALANCES WITH STATE/CENTRAL BANKS SUB | AAB | | | | |
| CASH AND FOREIGN TILL SUB | ABA | | 90 951 33 | 2 853 30 | 93 804 63 |
| MONEY AT CALL AND SHORT NOTICE | | | | | |
| Nostro Accounts | ACA | | | 26 994 99 | |
| Market Placings up to 1 month | AEA | | 65 000 000 00 | | |
| Federal Funds (USA only) | AFA | | 10 000 000 00 | | |
| | AGA | | | | |
| Intra-Group Balances at call and short notice | | | | | |
| Balances with NWB Branches | AJA | 222 177 14 | 144 779 031.41 | 33 014 86 | 145 034 223.41 |
| Balances with IWB Branches | AKA | | 20 164 124 80 | 1 430 43 | 20 165 555.23 |
| Balances with other Group Companies | ALA | | 9 388 868 35 | 43 629 70 | 9432 498.14 |
| Sub Total | AMA | 222 177.14 | 249 332 024.56 | 105 070 07 | 249 659 271.77 |
| BILLS DISCOUNTED | | | | | |
| Treasury Bills - Non UK | APA | | 300 987 433.22 | | |
| Other Bills payable in UK | AQA | | | | |
| Other Bills payable outside UK | ARA | | 64 114 151 55 | | |
| | | | | | |
| Sub Total | AVA | | 365 101 584 77 | | |
| CERTIFICATES OF DEPOSIT HELD SUB | AWA | | 320 000 000.00 | | |
| | | | | | |
| ADVANCES | | | | | |
| Market Placings over 1 month | ACB | | 122 300 000.00 | | |
| Commercial Loans to banks | AEB | | | | |
| Other Loans - Non-bank | AFB | | 486 773 947 84 | 3 696 546 20 | 490470 494 04 |
| Overdrafts | AHB | | 14 154 027 03 | | |
| Advances against foreign bills | AIB | | | | |
| Overdue Bills | AJB | | | | |
| Lease Loan (Tokyo only) | AKB | | | | |
| Intra-Group Balances over one Month | | | | | |
| Balances with NWB Branches | ANB | | 6 000 000 00 | | |
| Balances with IWB Branches | AOB | | | | |
| Balances with other Group Companies | APB | | 22 790 084 12 | | |
| | ASB | | | | |
| | ATB | | | | |
| | AUB | | | | |
| Sub Total | AXB | | 652 018 058.99 | 3 696 546.20 | 655 714 605.19 |
| Total Carried Forward | AZB | 222 177 14 | 1645 025 072 60 | 3 804 469 57 | 1649 051 718.31 |

NY-BS-8312-03

BALANCE SHEET AS AT: [illegible] NON-UK

NATIONAL WESTMINSTER BANK PLC
INTERNATIONAL BANKING DIVISION

NATIONAL WESTMINSTER BANK, PLC
100 WALL STREET [illegible]
BRANCH

BS 4

| ASSETS (CONTINUED) | LINE REF. | LOCAL CURRENCY EQUIVALENTS OF STERLING (B1) | U.S. DOLLARS (B2) | OTHERS (B3) | TOTAL (DO NOT TELEX) |
|---|---|---|---|---|---|
| Total Brought Forward | AJD | 222 177.14 | 1645025072.60 | 3804 469.57 | 1649051719.31 |
| OTHER ACCOUNTS | | | | | |
| Accrued Interest Receivable | AKC ✓ | | 29 841504.88 | | |
| Interest Paid in Advance (Tokyo only) | ALC | | | | |
| Suspense A/c Forward Contracts | AMC ✓ | | | 7783 289.83 | |
| Impersonal Accounts | AOC ✓ | | 2962 321.07 | | |
| Rental Deposits (Tokyo only) | APC | | | | |
| Adjustment Accounts re Forward Contracts I/A (Bahrain only) | AQC | | | | |
| | | | | | |
| Sub Total | AVC | | 32 803 825.95 | 7723 289.83 | 40 577 115.78 |
| P&L AND RESERVES | | | | | |
| Profit and Loss (Total Expenditure) | ABD | | | | |
| Accumulated Losses | ACD | | 25(74)748.25 | | |
| Sub Total | ADD | | (25847748.85) X | 25 847 748.85 ✓ RM 11/TCH 4TX | |
| INVESTMENTS | | | | | |
| Other Investments | AFD | | | | |
| | AGD | | | | |
| Sub Total | AHD | | | | |
| PREMISES AND EQUIPMENT | | | | | |
| Freehold Premises | ARD ✓ | | 7 617 332.11 | | |
| Leasehold Premises | ASD ✓ | | 2 505 793.06 | | |
| Furniture and Fittings | ATD ✓ | | 1601 630.24 | | |
| Computer and Other Equipment | AUD ✓ | | 852 806.44 | | |
| Sub Total | AWD | | 12 524 061.85 | | |
| TOTAL ASSETS | AZD | 222 177.14 | 1 716 260 709.25 | 11 587 759.40 | 1728 070 645.79 |
| | | | 1714 287,709.25 | | |
| Memorandum only Local Reserve Requirements | AAA | | 58 482 452.95 | | |
| Give amounts and line references of any bills, loans or investments included above which are placed only to comply with local reserve requirements. | APA | | 80 000 000.00 | | |
| | AWA | | 30 000 000.00 | | |
| | | | | | |
| | | | | | |

BALANCE SHEET CERTIFICATE

"We certify that this Balance Sheet is in accordance with the books and correctly represents the position of the branch. All liabilities and assets have been included. The cash in hand, bills, cheques for collection and bank investments have been verified and found correct. The valuation of securities held against overdrafts and loans shown in the May/November return is, as far as can be ascertained, correct."

[signature] Manager

[signature] Accountant

NY-BS-8312-04

NATIONAL WESTMINSTER BANK, SUPPLEMENTARY BALANCE SHEET INFORMATION
100 WALL STREET
NEW YORK, NEW YORK 10005

REPORTING UNIT ........................

DATE Dec. 31, 198[illegible]

(Complete in local currency of reporting unit)

ANALYSIS OF NWB LINES

| NWB UNIT | LLA | LLB | LLA + LLB | REF | ALA | ALB | ALA + ALB | REF |
|---|---|---|---|---|---|---|---|---|
| NEW YORK | | | | NLA | 115 031 291.81 | | 115 031 291.81 | NAA |
| NASSAU | | | | NLB | 5 043 077.10 | | 5 043 077.10 | NAB |
| CHICAGO | 134 986.09 | 1 000 000.00 | 1 134 986.09 | NLC | | 2 300 000.00 | 2 300 000.00 | NAC |
| SAN FRANCISCO | 15 979.97 | | 15 979.97 | NLD | 21 100 000.00 | 3 700 000.00 | 23 100 000.00 | NAD |
| MADRID | | | | NLE | 914 781.04 | | 914 781.04 | NAE |
| PIRAEUS | 1 311 706.14 | | 1 311 706.14 | NLF | 935 555.69 | | 935 555.69 | NAF |
| BAHRAIN | 550 530.20 | | 550 530.20 | NLG | | | | NAG |
| SINGAPORE | 232 646.16 | | 232 646.16 | NLH | | | | NAH |
| HONG KONG | 1 931 825.37 | | 1 931 825.37 | NLJ | | | | NAJ |
| TOKYO | | | | NLJ | 531 198.49 | | 531 198.49 | NAJ |
| LONDON OVERSEAS | 19.00 | | 19.00 | NLK | 2 528 419.30 | | 2 528 419.30 | NAK |
| NWB MONEY BOOK | | | | NLL | | | | NAL |
| TED HO & PARIS BOOK | | | | NLM | | | | NAM |
| OTHER (NON TED*) | | | | NLO | | | | NAO |
| TOTAL NWB | 4 243 692.93 | 1 000 000.00 | 5 243 692.93 | NLT | 145 034 223.81 | 6 000 000.00 | 151 034 223.81 | NAT |
| | To agree to BS line LLA | To agree to BS line LLB | | | To agree to BS line ALA | To agree to BS line ALB | | |

*To include any balances of and with COO, domestic branches etc: please provide full breakdown overleaf.

ANALYSIS OF IWB LINES

| IWB UNIT | LMA | LCB | LMA + LCB | REF | AKA | AOB | AKA + AOB | REF |
|---|---|---|---|---|---|---|---|---|
| PARIS | | | | ILA | 290 651.39 | | 290 651.39 | IAA |
| BORDEAUX | | | | ILB | | | | IAB |
| LYONS | | | | ILC | | | | IAC |
| MARSEILLES | | | | ILD | | | | IAD |
| NANTES | | | | ILE | | | | IAE |
| NICE | | | | ILF | | | | IAF |
| BRUSSELS | 39 100.30 | | 39 100.30 | ILG | 416.54 | | 416.54 | IAG |
| ANTWERP | | | | ILH | | | | IAH |
| LONDON | 18 448.02 | 3 696 546.20 | 3 714 994.22 | ILJ | 19 874 427.30 | | 19 874 427.30 | IAJ |
| HEAD OFFICE | | | | ILK | | | | IAK |
| NASSAU | | | | ILL | | | | IAL |
| | | | | | | | | |
| TOTAL IWB | 57 548.32 | 3 696 546.20 | 3 754 094.52 | ILT | 20 165 555.23 | Nil | 20 165 555.23 | IAT |
| | To agree to BS line LMA | To agree to BS line LCB | | | To agree to BS line AKA | To agree to BS line AOB | [illegible] | |

NATIONAL WESTMINSTER BANK, PLC SUPPLEMENTARY BALANCE SHEET INFORMATION [illegible]
100 WALL STREET
NEW YORK, NEW YORK 10005
REPORTING UNIT ..........................

..Dec. 31. 1993............

(Complete in local currency of reporting uni

ANALYSIS OF INTRA-GROUP LINES

| GROUP COMPANY | LNA | LDB | LNA + LDB | REF | ALA | APB | ALA + APB | R |
|---|---|---|---|---|---|---|---|---|
| NATWEST BANK USA | | | | GLA | | 7 500 000.00 | 7 500 000.00 | G |
| NW CANADA LTD | | | | GLB | 370 954.78 | | 370 954.78 | G |
| NW CAYMAN LTD | 73 943.51 | | 73 943.51 | GLC | | | | G |
| NW (HK) LTD | | | | GLD | | | | G |
| DEUTSCHE WESTMINSTER BK AG | 3 379.55 | | 3 379.55 | GLE | 8 448 947.27 | | 8 448 947.27 | G |
| HANDELSBANK NW ZURICH | | | | GLF | | | | G |
| HANDELSBANK NW NASSAU | | | | GLG | 5 887.94 | | 5 887.94 | G |
| CODEIC | | | | GLH | | | | G |
| CECIL ROY TRAVEL LTD | | | | GLI | | | | G |
| NW FINANCE BV | | | | GLJ | | | | G |
| COUNTY BANK LTD | 5 010 832.22 | | 5 010 832.22 | GLK | | | | G |
| COUTTS & CO | 2 091 197.15 | | 2 091 197.15 | GLL | | | | G |
| COUTTS FINANCE CO | | | | GLM | | | | G |
| CREDIT FACTORING INTL | 191 260.12 | | 191 260.12 | GLN | | | | G |
| CREDIT FACTORING INC (US) | | | | GLO | | | | G |
| CREDIT FACTORING (FRANCE) | | | | GLP | | | | G |
| CREDIT FACTORING (GERMANY) | | | | GLQ | | | | G |
| CREDIT FACTORING (BELGIUM) | | | | GLR | | | | G |
| EUROCOM DATA (HOLDINGS) | | | | GLS | | | | G |
| EUROCOM DATA LTD | | | | GLT | | | | G |
| ISLE OF MAN BANK LTD | 3 758.87 | | 3 758.87 | GLU | | | | G |
| LOMBARD NORTH CENTRAL LTD | 158 241.50 | | 158 241.50 | GLV | | | | G |
| LOMBARD ACCEPTANCES LTD | | | | GLW | | | | G |
| LOMBARD BANK MALTA LTD | | | | GLX | | | | G |
| LOMBARD & ULSTER BANKING IRE | | | | GLY | 65 450.88 | | 65 450.88 | G |
| NWB FINANCE (CI) LTD | | | | GLZ | | | | G |
| NW JERSEY TRUST CO LTD | | | | HLA | | | | H |
| NW GUERNSEY TRUST CO LTD | | | | HLB | | | | H |
| NW HOLDINGS INC | | | | HLC | | | | |
| ULSTER BANK LTD | | | | HLD | 105 402.82 | | 105 402.82 | |
| ULSTER INVESTMENT BANK LTD | 5 411.18 | | 5 411.18 | HLE | 435 854.45 | | 435 854.45 | |
| C.G Intl Securities Inc | 230 403.51 | | 230 403.51 | | | | | |
| Nat West Credit Card Inc | 10.00 | | 10.00 | | | | | |
| NatWest Holdings Inc | 2 386 637.63 | | 2 386 637.63 | | | | | |
| NatWest Comm Sec Inc | | | | | | 15 290 084.12 | 15 290 084.12 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | 10 155 075.24 | | 10 155 075.24 | HLT | 9 432 498.14 | 22 790 084.12 | 32 222 582.26 | |
| | To agree to BS line LNA | To agree to BS line LDB | | | To agree to BS line ALA | To agree to BS line APB | | |

NY-BS-8312-06

NATIONAL WESTMINSTER BANK PLC

PROFIT AND LOSS ACCOUNT

PERIOD 1 January 1983 TO DEC 31 1983

NEW YORK BRANCH

| DETAILS | LINE REF | LOCAL CURRENCY | LOCAL CURRENCY EQUIVALENT OF FOREIGN CURRENCY | TOTAL LOCAL CURRENCY |
|---|---|---|---|---|
| INCOME ON BILLS | | | | |
| TREASURY BILLS | PAA | 29,331,724.68 | | |
| OTHER BILLS (UK) | PBA | | | |
| OTHER BILLS (NON-UK) | PCA | 4,778,547.50 | | |
| | | | | |
| | | | | |
| SUB TOTAL | PDA | 34,110,272.18 | | |
| INCOME ON CERTIFICATES OF DEPOSIT | PEA | 27,483,575.99 | | |
| INTEREST RECEIVED ON ADVANCES | | | | |
| NOSTRO ACCOUNTS | PFA | | | |
| BALANCES WITH STATE/CENTRAL BANKS | PGA | | | |
| MARKET PLACINGS | PHA | 16,717,135.84 | 822,891.43 | 17,540,027.27 |
| COMMERCIAL LOANS TO BANKS | PJA | 932,775.72 | | |
| FEDERAL FUNDS SOLD | PKA | 9015,030.41 | | |
| OTHER LOANS | PLA | 67879,216.63 | 416,235.12 | 68,295,451.75 |
| OVERDRAFTS | PMA | 138,000.74 | | |
| ADVANCES AGAINST FOREIGN BILLS | PCA | | | |
| INTEREST ARBITRAGE PROFITS | PCA | | | |
| STAFF LOANS | PPA | 29,471.68 | | |
| | | | | |
| | | | | |
| SUB TOTAL | PSA | 94,711,631.02 | 1,239,126.55 | 85,835,479.02 |
| INTEREST ON DOUBTFUL DEBTS | PTA | | | – |
| INTRA GROUP INTEREST RECEIVED | | | | |
| NWB BRANCHES | PVA | 4935,288.36 | | |
| IWB BRANCHES | PWA | 1,691,104.08 | | |
| OTHER GROUP COMPANIES | PXA | 2,672,238.92 | | |
| SUB TOTAL | PYA | 9,298,631.36 | | |
| INCOME ON INVESTMENTS | | | | |
| EUROBONDS | PAB | | | |
| OTHER INVESTMENTS | PCB | | | |
| | | | | |
| SUB TOTAL | PDB | | | |
| GROSS INTEREST INCOME (PDA + PEA + PSA + PTA + PYA + PDB) | GII | 165,604,110.55 | 1,239,126.55 | 166,843,237.10 |

Financial Control Department

NY-BS-8312-07

PERIOD 1 January 1983 TO 30 ... 1983 BR. NEW YORK

| DETAILS | LINE REF | LOCAL CURRENCY | LOCAL CURRENCY EQUIVALENT OF FOREIGN CURRENCY | TOTAL LOCAL CURRENCY |
|---|---|---|---|---|
| INTEREST PAID | | | | |
| CURRENT ACCOUNTS | PAC | | | |
| SIGHT DEPOSITS | PBC | | | |
| NOSTRO ACCOUNTS | PDC | 347,861.46 | | |
| FEDERAL FUNDS PURCHASED | PEC | 11,150,909.54 | | |
| TIME DEPOSITS (BANKS) | PFC | 1,509,210.07 | | |
| TIME DEPOSITS (NON BANKS) | PGC | 768,225.49 | | |
| SECURITIES SOLD UNDER REPURCHASE AGREEMENTS - BANKS | PHC | | | |
| SECURITIES SOLD UNDER REPURCHASE AGREEMENTS - NON BANKS | PIC | 12,619,829.92 | | |
| CERTIFICATES OF DEPOSIT ISSUED | PJC | 111,652,983.14 | | |
| REDATE ACCEPTANCES | PLC | | | |
| INTEREST ARBITRAGE COST | PKC | | | |
| DISCOUNT MARKET (TOKYO ONLY) | PNC | | | |
| SUB TOTAL | PQC | 138,049,019.62 | | |
| INTRA GROUP INTEREST PAID | | | | |
| NAB BRANCHES | PRC | 12,055,700.20 | | |
| INB BRANCHES | PSC | 123,365.89 | | |
| OTHER GROUP COMPANIES | PTC | 113,991.41 | | |
| SUB TOTAL | PUC | 12,293,057.50 | | |
| TOTAL INTEREST PAID (PQC + PUC) | TIP | - 150,342,077.12 | | |
| COMMISSION | | | | |
| TRANSMISSION | PED | 1,312,214.31 | J | |
| LENDING | PCD | 5,552,311.70 | J | |
| FOREIGN BUSINESS | PED | ~~1,977.08~~ | I | |
| ACCEPTANCES | PFD | 748,688.61 | J | |
| TRUSTEE | PGD | | I | |
| SUNDRY RELATED | PHD | 460,157.59 | J | |
| BROKERAGE ON FOREIGN EXCHANGE | PID | ~~(1,049,122.13)~~ | E | |
| BROKERAGE OTHER | PJD | (683,397.13) | E | |
| SUB TOTAL | PKD | 6,344,830.01 | | |
| FOREIGN EXCHANGE INCOME | | | | |
| PROFIT ON FOREIGN EXCHANGE | PLD | 3,209,195.26 | J | |
| PROFIT - FOREIGN TILL | PMD | 422.63 | J | |
| SUB TOTAL | PND | 3,209,617.89 | | |
| FINANCIAL FUTURES | POD | (339,224.82) | E 7 | |
| TOTAL OTHER INCOME (PKD + PND + POD) | TOI | 9,215,223.08 | | |
| NET INTEREST INCOME (GII - TIP) | NTI | 15,262,033.43 | 1,239,126.55 | 16,501,159.98 |
| TOTAL OTHER INCOME | TOI | 9,215,223.08 | | 7 |
| TOTAL INCOME | LPC | 24,477,256.51 | 1,239,126.55 | 25,716,383.06 |

NY-BS-8312-08

PERIOD: January 1 1983 TO Dec 31 1983 NEW YORK BRANCH

| DETAILS | LINE REF | TOTAL LOCAL CURRENCY |
|---|---|---|
| **PERSONNEL COSTS** | | |
| SALARIES AND WAGES | EAA | 3,793,821.22 |
| OVERTIME | EBA | 254,426.13 |
| LONDON ALLOWANCES | ECA | |
| NATIONAL INSURANCE | EDA | |
| SOCIAL SECURITY | EEA | 246,467.80 |
| MEDICAL INSURANCE | EFA | 269,014.76 |
| STATE DISABILITY BENEFIT PREMIUM | EGA | 1,018.21 |
| PENSIONS AND GRANTS | EHA | 112,975.10 |
| OTHER PAYROLL COSTS | EJA | 207,610.54 |
| GENERAL STAFF COSTS | EKA | 101,671.89 |
| | | |
| SUB TOTAL | EOA | 4,987,005.65 |
| **OCCUPATION COSTS** | | |
| CLEANING (inc Cleaners' wages) | EPA | 84,756.70 |
| HEATING AND LIGHTING | EQA | |
| RATES AND WATER | ERA | 54,201.27 |
| SUNDRY OCCUPATION COSTS | ESA | 631,538.83 |
| REPAIRS & MAINTENANCE - PREMISES | ETA | 18,323.49 |
| RENTS PAID | EUA | 1,714,930.50 |
| RENTS RECEIVED | EXA | (215,052.06) |
| | | |
| SUB TOTAL | EZB | 2,288,698.73 |
| **EQUIPMENT COSTS** | | |
| RECORDAK (Films and Rental) | EFB | |
| RANK XEROX ETC (Rent and Hire) | EGB | 12,949.56 |
| PHOTOCOPY MACHINE CHARGES | EHB | |
| COMPUTER & OTHER EQUIP (Rent & Hire) | EIB | 857,800.35 |
| COMPUTER & OTHER EQUIP (Repairs etc) | EJB | 59,082.12 |
| FURNITURE & FITTINGS (Repairs etc) | EKB | 4,261.35 |
| F & F (Additions under £200) | ELB | 2,157.64 |
| | | |
| SUB TOTAL | EMB | 936,251.02 |
| EXPENDITURE TOTAL CARRIED FORWARD | ECF | 8,211,955.40 |

FURTHER ANALYSIS OF INDIVIDUAL LINES

**OTHER PAYROLL COSTS**

| DETAIL | AMOUNT |
|---|---|
| DEALERS ALLOW | 18,623.51 |
| SHIFT ALLOW | 30,973.21 |
| OTHER | 37,036.82 |
| AGENCY COSTS | 20,977.00 |
| ← To Agree → | 207,610.54 |

**GENERAL STAFF COSTS**

| DETAIL | AMOUNT |
|---|---|
| PINKERTON | 19,333.3[illegible] |
| TAXI-CAR EXP | 13,470.7[illegible] |
| COURSE FEES | 23,33[illegible] |
| EXP FUNCTION | 11,[illegible] |
| DISTANT TEMPS | 7,647.[illegible] |
| REMOVAL EXPS | 14,730.[illegible] |
| MISC | 23,912.[illegible] |
| MED. DISABILITY | 1,[illegible] |
| ← To Agree → | 101,671.[illegible] |

| STATIONERY AND TELEPHONE COSTS | | |
|---|---|---|
| STATIONERY PURCHASES | ETB | 218,649.79 |
| STATIONERY SALES | EDB | ( ) |
| POSTAGES | EPB | 54,192.17 |
| TELEPHONES | EQB | 361,661.80 |
| CABLES AND TELEXES | ERB | 319,321.60 |
| SUB TOTAL | ESB | 953,825.36 |

| GENERAL EXPENSES | | |
|---|---|---|
| INSURANCES - GENERAL | EUB | 60,711.76 |
| FARES AND SUBSISTENCE | EVB | 144,293.93 |
| INSURANCES - BANK VEHICLES | EXB | 2,608.68 |
| ENTERTAINMENT | EYB | 67,240.21 |
| MILEAGE - BANK OWNED CARS | EZB | 1,079.61 |
| MILEAGE - STAFF OWNED CARS | EDC | 21,158.20 |
| CARRIAGE - FREIGHT CHARGES | EFC | 24,887.46 |
| ADVERTISING | EGC | |
| NEWSPAPERS | EHC | 4,197.05 |
| LEGAL CHARGES - GENERAL | EIC | 125,794.49 |
| PROFESSIONAL FEES | EJC | 309,147.87 |
| DATA PROCESSING BUREAU COSTS | EKC | 2,921,643.96 |
| SUBSCRIPTIONS | ELC | 10,505.03 |
| REP/MARKETING OFFICE COSTS * | EMC | 18,407,351.03 |
| DONATIONS - CHARITABLE | ENC | (50.00) |
| DONATIONS - NON CHARITABLE | EOC | |
| MISCELLANEOUS | EPC | (406,090.37) |
| GRATUITIES TO TRADESMEN | EQC | 1,764.94 |
| SUNDRY LOSSES | ERC | 66,323.36 |
| FORTUITOUS GAINS | ESC | ( ) |
| CASH SHORTS | ETC | 449.50 |
| CASH OVERS | EUC | (116.45) |
| SUB TOTAL | EVC | 21,762,899.66 |

| CHARITABLE DONATIONS | |
|---|---|
| DONEE | AMOUNT |
| REIMBURSMENT IN ERROR | (50.00) |
| To Agree → | (50.00) |

| NON CHARITABLE DONATIONS | |
|---|---|
| DONEE | AMOUNT |
| To Agree → | NIL |

| DEPRECIATION | | |
|---|---|---|
| FREEHOLD PREMISES | EWC | 259,188.51 |
| LEASEHOLD PREMISES | EXC | 284,197.68 |
| FURNITURE & FITTINGS | EYC | 463,944.23 |
| COMPUTER AND OTHER EQUIPMENT | EZC | 364,584.60 |
| SUB TOTAL | EAD | 1,371,915.02 |

| | | |
|---|---|---|
| TOTAL EXPENDITURE | ABD | 32,300,595.44 |

* TO BE USED BY NEW YORK AND MADRID BRANCHES ONLY.

NY-BS-8312-10

| | | |
|---|---|---|
| TOTAL INCOME | LTQ | 25 716 383.06 |
| TOTAL EXPENDITURE | ADD | ( 32 300 595.44) |
| GROSS PROFIT (LOSS) | GPL | (6 584 212.38) |

| | | |
|---|---|---|
| OTHER ITEMS | | |
| PROFIT (LOSS) ON DISPOSAL OF PREMISES | PLD | 32,655.64 |
| PROFIT (LOSS) ON OTHER DISPOSALS | PLF | (3 598 73) |
| PENSIONS EXPATRIATE STAFF X | PLG | ( NIL ) |
| PROFIT SHARING PAYMENTS | NPY | ( 61 371.49 ) |
| SUB TOTAL | PMI | (32 314.58) |

| | | |
|---|---|---|
| NET PROFIT (LOSS) BEFORE PROVISIONS (GPL + PMI) | NPL | (6 616 526.96) |

| | | |
|---|---|---|
| PROVISIONS | | |
| NEW AND ADDITIONAL SPECIFIC B & D D | NPM | ( 96 864.35 ) |
| RECOVERIES OF SPECIFIC B & D D X | NPN | 54 718.00 |
| NON-SPECIFIC B & D D PROVISION (ADDITION)/REDUCTION | NPR | ( 2 037 908.21 ) |
| FORTUITOUS RECOVERIES OF AMOUNTS PREVIOUSLY WRITTEN OFF X | NPS | |
| PROVISION FOR TAXATION (ADDITION)/REDUCTION | NPX | (3 903 000.00) |
| | | |
| | | |
| SUB TOTAL | NPT | (5 983 054.56) |

| | | |
|---|---|---|
| NET PROFIT (LOSS) FOR PERIOD - (NPL + NPT) | NPZ | (12 599 581.52) |

ly complete year ends

| | | |
|---|---|---|
| ACCUMULATED PROFIT (LOSS) AS AT BEGINNING OF YEAR | APL | (13 248 167.33) |
| NET PROFIT (LOSS) FOR YEAR | NPZ | (12 599 581.52) |
| ACCUMULATED PROFIT (LOSS) AS AT END OF YEAR | APF | (25 847 748.85) |
| | | To agree to Balance Sheet Line LZC or (ACD) |

We certify that this Profit and Loss Account is in accordance with the books, and to the best of our knowledge and belief gives a true and fair value of the profit for the YEAR ended DEC 31 1983, and has been prepared on a basis consistent with the Profit and Loss Accounts of previous periods.

[signature] BRANCH MANAGER [signature] ACCOUNTANT 1/4/84 DATE

Memorandum of any income included in above lines relating to placings made to satisfy local reserve requirements

| DETAILS OF PLACING | LINE REF | LOCAL CURRENCY | LOCAL CURRENCY EQUIVALENT OF FOREIGN CURRENCY | TOTAL LOCAL CURRENCY |
|---|---|---|---|---|
| TREASURY NOTES | PAA | $ 3.3 M | | |
| C.D's | PEA | $ 9.5 M | | |

| NWB UNIT | PAID (cash paid less opening accrual) | PAYABLE (closing accrual) | P&L CHARGE (sum of paid and payable) | REF | RECEIVED (cash received less opening accrual) | RECEIVABLE (closing accrual) | P&L CHARGE (sum of received and receivable) | REF |
|---|---|---|---|---|---|---|---|---|
| NEW YORK | 8,895,401.41 | | 8,895,401.41 | WPA | 2,990,739.43 | 29,199.25 | 3,019,938.68 | WR |
| NASSAU | 201,006.35 | | 201,006.35 | WPB | 183,492.39 | | 183,492.39 | WR |
| CHICAGO | 154.17 | 215.28 | 369.45 | WPC | 751,494.39 | 51,390.63 | 802,885.02 | WR |
| SAN FRANCISCO | 20,052.08 | | 20,052.08 | WPD | 669,841.23 | 76,476.39 | 746,317.62 | WR |
| MADRID | | | | WPE | | | | WR |
| PIRAEUS | | | | WPF | 4434.13 | | 4434.13 | WR |
| BAHRAIN | | | | WPG | | | | WR |
| SINGAPORE | | | | WPH | (822.31) | | (822.31) | WR |
| HONG KONG | 21.80 | | 21.80 | WPI | 3,577.99 | | 3,577.99 | WR |
| TOKYO | 6,957.38 | | 6,957.38 | WPJ | 9,897.37 | | 9,897.37 | WR |
| LONDON OVERSEAS | 2,278,101.52 | 451,045.23 | 2,729,146.75 | WPK | 165,567.47 | | 165,567.47 | WR |
| NWB MONEY BOOK | | | | WPL | | | | WR |
| TED HO & PARIS BOOK | 202,744.98 | | 202,744.98 | WPM | | | | WR |
| OTHER (NON TED*) | | | | WPO | | | | WR |
| TOTAL NWB | 11,604,439.69 | 451,260.51 | 12,055,700.20 | WPT | 4,778,222.09 | 157,066.27 | 4,935,288.36 | WR |
| | | | To agree to P&L line PHC | | | | To agree to P&L line PWA | |

*eg NWB domestic branches, GDO etc - please provide full details overleaf.

| IWB UNIT | PAID (cash paid less opening accrual) | PAYABLE (closing accrual) | P&L CHARGE (sum of paid and payable) | REF | RECEIVED (cash received less opening accrual) | RECEIVABLE (closing accrual) | P&L CHARGE (sum of received and receivable) | REF |
|---|---|---|---|---|---|---|---|---|
| PARIS | | | | XPA | (15,378.45) | | (15,378.45) | XR |
| BORDEAUX | | | | XPB | | | | XR |
| LYONS | | | | XPC | | | | XR |
| MARSEILLES | | | | XPD | | | | XR |
| NANTES | | | | XPE | | | | XR |
| NICE | | | | XPF | | | | XR |
| BRUSSELS | 30.87 | | 30.87 | XPG | 259,971.04 | | 259,971.04 | XR |
| ANTWERP | | | | XPH | | | | XR |
| LONDON | 112,861.48 | 10,473.54 | 123,335.02 | XPJ | 1,351,963.89 | 94,547.60 | 1,446,511.49 | XR |
| HEAD OFFICE | | | | XPK | | | | XR |
| NASSAU | | | | XPL | | | | XR |
| | | | | | | | | |
| TOTAL IWB | 112,892.35 | 10,473.54 | 123,365.89 | XPT | 1,596,556.48 | 94,547.60 | 1,691,104.08 | XR |
| | | | To agree to P&L line PSC | | | | To agree to P&L line PWA | |

CERTIFICATE

We hereby certify that we have agreed all NWB, IWB and Intra-Group Interest with the units/companies concerned. Details and brief explanations of any disagreements are shown overleaf.

Manager

NY-BS-8312-12

| GROUP COMPANY | (cash paid less opening accrual) | (closing accrual) | (sum of paid and payable) | REF | (cash received less opening accrual) | (closing accrual) | (sum of received and receivable) | REF |
|---|---|---|---|---|---|---|---|---|
| NATWEST BANK USA | 11,302.08 | | 11,302.08 | YPA | 13,194.44 | 876,371.53 | 889,565.97 | YRA |
| NW CANADA LTD | | | | YPB | 29,674.00 | | 29,674.00 | YRB |
| NW CAYMAN LTD | | | | YPC | | | | YRC |
| NW (HK) LTD | | | | YPD | | | | YRD |
| DEUTSCHE WESTMINSTER BK AG | 21,611.90 | | 21,611.90 | YPE | 78,028.69 | | 78,028.69 | YRE |
| HANDELSBANK NW ZURICH | 61,285.76 | | 61,265.76 | YPF | 38,426.70 | | 38,426.70 | YRF |
| HANDELSBANK NW NASSAU | | | | YPG | | | | YRG |
| CODEIC | | | | YPH | | | | YRH |
| HOTEL ROY TRAVEL LTD | | | | YPI | | | | YRI |
| NW FINANCE BV | | | | YPJ | | | | YRJ |
| COUNTY BANK LTD | | | | YPK | 54,578.43 | | 54,578.43 | YRK |
| COUTTS & CO | | | | YPL | 5,648.73 | | 5,648.73 | YRL |
| COUTTS FINANCE CO | | | | YPM | | | | YRM |
| CREDIT FACTORING INTL | | | | YPN | 5,431.26 | | 5,431.26 | YRN |
| CREDIT FACTORING INC (US) | | | | YPO | | | | YRO |
| CREDIT FACTORING (FRANCE) | | | | YPP | | | | YRP |
| CREDIT FACTORING (GERMANY) | | | | YPQ | | | | YRQ |
| CREDIT FACTORING (BELGIUM) | | | | YPR | | | | YRR |
| EUROCOM DATA (HOLDINGS) | | | | YPS | | | | YRS |
| EUROCOM DATA LTD | | | | YPT | | | | YRT |
| ISLE OF MAN BANK LTD | | | | YPU | | | | YRU |
| LOMBARD NORTH CENTRAL LTD | | | | YPV | | | | YRV |
| LOMBARD ACCEPTANCES LTD | | | | YPW | | | | YRW |
| LOMBARD BANK MALTA LTD | | | | YPX | | | | YRX |
| LOMBARD & ULSTER BANKING IRE | | | | YPY | 54.87 | | 54.87 | YRY |
| NWB FINANCE (CI) LTD | | | | YPZ | | | | YRZ |
| NW JERSEY TRUST CO LTD | | | | ZPA | | | | ZRA |
| NW GUERNSEY TRUST CO LTD | | | | ZPB | | | | ZRB |
| NW HOLDINGS INC | 19,791.67 | | 19,791.67 | ZPC | | | | ZRC |
| ULSTER BANK LTD | | | | ZPD | | | | ZRD |
| ULSTER INVESTMENT BANK LTD | | | | ZPE | 909.59 | | 909.59 | ZRE |
| N.W COM'L SERV | | | | | 1,305,301.95 | 262,604.17 | 1,567,906.12 | |
| DEUTSCHE WEST BK INTL | | | | | 2,014.56 | | 2,014.56 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | 113,991.41 | | 113,991.41 | ZPT | 1,533,263.22 | 1,138,975.70 | 2,672,238.92 | ZRT |
| | | | To agree to P&L Line PTC | | | | To agree to P&L line PVA | |

NY-BS-8312-13

**NATIONAL WESTMINSTER U.S. BRANCHES**

**PROFIT AND LOSS STATEMENTS**

**As of December 31, 1986**

AMENDED

PLI

NATIONAL WESTMINSTER BANK PLC

PROFIT AND LOSS ACCOUNT

PERIOD 1 JANUARY 1986 TO 31 DEC 1986

NEW YORK BRANCH

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| INCOME ON BILLS | | | |
| TREASURY BILLS | OAA | 27 788 021.06 | |
| OTHER BILLS CCY | OCA | 5 693 923.15 | |
| OTHER BILLS £ | OUA | | |
| | | | |
| SUB TOTAL | POA | 33 481 944.91 | |
| INCOME ON CD'S (NET) | PPA | 51 246 961.34 | |
| INTEREST RECEIVED ON ADVANCES | | | |
| NOSTRO ACCOUNTS | PFA | 963.07 | |
| BALANCES WITH STATE/CENTRAL BANKS | PGA | | |
| MARKET PLACINGS FGN BKS CCY | PHA | 1 606 972.14 | |
| MARKET PLACINGS FGN BKS £ | PJK | | |
| MARKET PLACINGS UK BKS CCY | PYS | | |
| MARKET PLACINGS UK BKS £ | PQL | | |
| FEDERAL FUNDS SOLD | PKA | 8 972 599.12 | |
| OVERDRAFTS CCY | PNA | 225 840.86 | |
| OVERDRAFTS £ | PNE | | |
| ADVANCES - FGN BILLS CCY | PQA | | |
| ADVANCES - FGN BILLS £ | PQK | | |
| ARBITRAGE PROFITS | PQA | | |
| STAFF LOANS | PRA | 11 249.66 | |
| REPURCHASE AGREEMENTS - NON BANKS | PZA | | |
| REPURCHASE AGREEMENTS - BANKS | PPA | | |
| COMMERCIAL LOANS TO BANKS CCY | PJA | 117 822.13 | |
| LOANS UK BANKS £ | PAE | | |
| LOANS FGN BANKS CCY | PCE | | |
| LOANS FGN BANKS £ | PBE | | |
| OTHER LOANS - CCY | PNA | 63 520 076.07 | |
| OTHER LOANS - £ | PUA | | |
| SUB TOTAL | PSA | 74 455 624.45 | |
| INTEREST ON B AND DD | PTA | | |

FINANCIAL CONTROL DEPARTMENT
MARCH 1986

1.

INT504- 00222

PERIOD 1 JANUARY 1988 TO 31 DEC 1988

NEW YORK BRANCH

PL2

| DETAILS | LINK KEY | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| INTRA GROUP INTEREST RECEIVED | | | |
| NMB BRANCHES | PVA | 7 247 559.77 | |
| IWB BRANCHES | PUA | 136 564.07 | |
| OTHER GROUP COMPANIES | PXA | 5 165 382.12 | |
| S.M.M.O. | PLA | | |
| SUB TOTAL | PYA | 12 549 486.96 | |
| GROSS INTEREST INCOME (PDA + PEA + PSA + PTA + PYA) | GII | 171 734 007.66 | |
| INTEREST PAID CURRENT A/CS ETC | | | |
| SIGHT DEPOSITS CCY | PBC | | |
| SIGHT DEPOSITS CCY CNT PAID | PDM | | |
| SIGHT DEPOSITS £ | PCI | | |
| SIGHT DEPOSITS £ CNT PAID | PDN | | |
| NOSTRO ACCOUNTS | PUC | 7 798.89 | |
| REBATE ON ACCEPTANCES CCY | PLC | | |
| REBATE ON ACCEPTANCES £ | POC | | |
| CURRENT A/CS CCY | PSI | | |
| CURRENT A/CS CCY CNT PAID | POO | | |
| CURRENT A/CS £ | PXC | | |
| CURRENT A/CS £ CNT PAID | PUE | | |
| SUB TOTAL | PCC | 7 798.89 | |
| INTEREST PAID DEPOSIT A/CS ETC | | | |
| FEDERAL FUNDS PURCHASED | PEC | 37 535 434.39 | |
| TIME DEPOSITS - NON BKS CCY | PGC | 249 167.99 | |
| TIME DEPOSITS - NON BKS CCY CNT PAID | PDP | | |
| TIME DEPOSITS - NON BKS £ | PDI | | |
| TIME DEPOSITS-NON BKS £ CNT PAID | PIE | | |
| SECS SOLD UNDER REP - AGT BKS | PHC | | |
| SECS SOLD UNDER REP - AGT NON BKS | PIC | 8 352 705.15 | |
| CDS ISSUED | PJC | 62 581 656.54 | |
| CAPITAL FUNDS/LOAN CHARGE | PMC | | |
| INTEREST ARBITRAGE COST | PNC | | |
| DISC MKT INT. PAID (TOKYO) | PMC | | |
| DEPOSITS (BANKS) CCY | PRO | 10 443 352.61 | |
| DEPOSITS (BANKS) £ | PVC | | |
| U.S. COMMERCIAL PAPER | PCH | | |
| U.S. $150M 7.5% DEP. NOTE 1991 | PMQ | | |
| SUB TOTAL | PQC | 119 162 396.64 | |

FINANCIAL CONTROL DEPARTMENT
JUNE 1986

PERIOD 1 JANUARY 19__ TO 31 DEC 1986 — (1.J)

______ ______ BRANCH

| DETAILS | LINE KEY | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| LOAN CAPITAL INTEREST PAID | | | |
| D.M. 40.6M 8% BOND 1988 | PAG | | |
| U.S.$15M 9% CAP. BOND 1988 | PSG | | |
| U.S.$150M F.R. CAP. NOTES 1990 | PCG | | |
| U.S.$75M 9% "B" CAP. BONDS 1988 | PDG | | |
| S.F. 25M "A" LOAN 1987 | PHG | | |
| S.F. 25M "B" LOAN 1987 | PFG | | |
| U.S.$100M F.R. CAP. NOTES 1994 | PGG | | |
| U.S.$50M MAN. HAN. TRUST | PHG | | |
| U.S.$50M TRADE DEVELOPMENT | PIG | | |
| D.M. 100M BOND B.V. | PJG | | |
| U.S.$100M BOND B.V. | PKG | | |
| U.S.$175M BOND B.V. | PTG | | |
| U.S.$150M BOND B.V. | PMG | | |
| £100M BOND (HOME) | PNG | | |
| U.S.$100M CAP. CORP | POG | | |
| U.S.$500M BOND B.V. | PPG | | |
| U.S.$400M F.R. CAP. NOTES 2005 | PQG | | |
| U.S.$1000M PRIMARY CAP. FRNS | PRG | | |
| U.S.$500M BOND SERIES 'C' | PVG | | |
| S.F. 200M CAP BOND 1995 | PUG | | |
| AUST $ 75M CAPITAL NOTES 1993 | PCQ | | |
| SUB TOTAL | PZG | | |
| INTRA GROUP INTEREST PAID | | | |
| UK BRANCHES | PBC | ✓ 7,971,340.81 | |
| IHB BRANCHES | PEC | 124,927.74 | |
| OTHER GROUP COMPANIES | PTC | ✓ 3,860.44 | |
| D.O.O. TREASURERS FUNDING | PKC | | |
| SUB TOTAL | PUC | 8,100,128.99 | |
| TOTAL INTEREST PAID (PCC + PQC + PZG + PUC) | TIP | 127,270,324.52 | |

FINANCIAL CONTROL DEPARTMENT
JUNE 1986

INT504- 00224

PERIOD 1 JANUARY 19 88 TO 31 Dec 1988 — NEW YORK BRANCH

| DETAILS | LINE KEY | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| COMMISSION | | | |
| C.H.A.P.S. | PAD | | |
| TRANSMISSION - IN PAYMENTS CCY | PBD | 1 630 059.19 | |
| TRANSMISSION - IN PAYMENTS £ | [illegible] | | |
| TRANSMISSION - OTHER CCY | PYD | | |
| TRANSMISSION - OTHER £ | [illegible] | | |
| TRANSMISSION PAID DUE | [illegible] | | |
| FOREIGN BUSINESS | [illegible] | 2 178.02 | |
| ACCEPTANCES | [illegible] | 678 581.90 | |
| TRUSTEE | [illegible] | | |
| SUNDRY RELATED | [illegible] | 5 445.92 | |
| BROKERAGE ON FGN EXCHANGE | PID | ( 346 233.80) | |
| BROKERAGE OTHER | [illegible] | ( 576 201.10) | |
| PAID - TRAVELLERS CHQS £ | [illegible] | | |
| RETURN O/D INTEREST UNDER CCY | [illegible] | | |
| RETURN CREDIT INTEREST ON CCY A/CS | [illegible] | | |
| RETURN COMMISSION TO BRANCHES | [illegible] | | |
| EXPORT MANAGEMENT | [illegible] | | |
| EXPORT NEGOTIATION | [illegible] | | |
| EUROBOND CHARGES | [illegible] | | |
| LENDING CCY | [illegible] | 16 103 425.02 | |
| LENDING £ | [illegible] | | |
| SUNDRY CHARGES G.C.L.P. | [illegible] | | |
| SUNDRY | [illegible] | | |
| SUB TOTAL | [illegible] | 17 487 255.15 | |

| DETAILS | LINE KEY | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| FOREIGN EXCHANGE INCOME | | | |
| PROFIT (LOSS) FGN EXCHANGE | [illegible] | 3 160 714.02 | |
| PROFIT FOREIGN TILL | [illegible] | ( 560.47) | |
| SUB TOTAL | [illegible] | 3 160 153.55 | |

| DETAILS | LINE KEY | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| INCOME ON INVESTMENTS | | | |
| EUROBONDS - INVESTMENTS | [illegible] | | |
| TRADE INV. INC. - INTEREST | [illegible] | | |
| TRADE INV. INC. - DIVIDENDS | [illegible] | | |
| DIVIDENDS FROM SUBSIDIARIES | [illegible] | | |
| OTHER INVESTMENTS | [illegible] | | |
| SUB TOTAL | [illegible] | | |

FINANCIAL CONTROL DEPARTMENT
APRIL 1982

FROM 1 JANUARY 19 TO 31 DEC 1986

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| INCOME ON DEALING ASSETS | | | |
| EUROBONDS HOLDING CCY | PAB | | |
| EUROBOND HOLDING $ | PVB | | |
| G.C.L.P. - TREASURY BILLS | PDP | | |
| G.C.L.P - NOTES/BONDS | PEB | | |
| P/L ON REVALUATION | PJB | | |
| PROFIT ON SALE OF EUROBONDS | PDB | | |
| SUB TOTAL | PLD | | |
| OTHER MONEY MARKET INSTRUMENTS | | | |
| FINANCIAL FUTURES | PDO | (137 187.50) | |
| INTEREST RATE SWAPS | PEH | (9 282 865 52) | |
| FUTURE RATE AGREEMENTS | PFT | | |
| SUB TOTAL | PMH | (9 420 053. 02) | |
| TOTAL OTHER INCOME (PHD + PJD + PDB + PLD + PMH) | TOI | 11 227 355. 68 | |
| NET INTEREST INCOME (GII - TIP) | NII | 44 463 683. 14 | |
| TOTAL OTHER INCOME | TOI | 11 227 355 68 | |
| TOTAL INCOME | LPC | 55 691 038. 82 | |

| | | |
|---|---|---|
| PERSONNEL COSTS | | |
| SALARIES & WAGES | ZAA | 3 419 817. 83 |
| SALARIES & WAGES - CLEANERS | KIA | |
| OVERTIME | KBA | 68 623. 77 |
| LONDON ALLOWANCE | KCA | |
| NATIONAL INSURANCE | KDA | |
| SOCIAL SECURITY | KFA | 198 337. 78 |
| MEDICAL INSURANCE | KGA | 92 183. 79 |
| STATE DISABILITY PREMIUM | KHA | 1 544. 38 |
| PENSIONS AND GRANTS | KIA | 120 014 00 |
| OTHER PAYROLL COSTS | KJA | 354 625 58 |
| GENERAL STAFF COSTS | KKA | 1 521 927. 19 |
| SUB TOTAL | KLA | 5 777 083. 22 |

OTHER PAY ROLL COSTS

| DETAIL | AMOUNT |
|---|---|
| AGENCY COSTS | 3,875.00 |
| [illegible] | 297,390.27 |
| [illegible] LEAVE | 2,819.72 |
| PAYROLL TAXES | 19,988.20 |
| [illegible] | 1,003.48 |
| DEALERS ALLOWANCE | 30,548.91 |
| TO ACCRUE | 354,625.58 |

GENERAL STAFF COSTS

| DETAIL | AMOUNT |
|---|---|
| AGENCY FEES | 51,251.49 |
| [illegible] FEES | 10,422.76 |
| [illegible] DISABILITY | 11,234.83 |
| [illegible] | 9,240.42 |
| [illegible] | 254,268.51 |
| [illegible] SALARIES | 1,112,124.00 |
| CONFERENCE FEES | 6,421.20 |
| [illegible] | 19,575.56 |
| STAFF TRANSFER | 6,920.61 |
| [illegible] PAID | 1,495.37 |
| LEGAL (VISAS) | 3,206.00 |
| BONUS | 940.00 |
| PAYROLL COSTS | 36,772.70 |
| TO ACCRUE | 1,521,927.19 |

| | | |
|---|---|---|
| OCCUPATION COSTS | | |
| CLEANING - MATERIALS | KPA | |
| CONTRACT CLEANING | RMA | |
| HEATING & LIGHTING | KOA | |
| RATES & WATER | KRA | 15 477. 53 |
| SUNDRY OCC. COSTS | KSA | 1079 862. 65 |
| REPAIRS & MAIN COSTS | KTA | 1 971. 43 |
| RENTS PAID | KUA | 3 884 808. 61 |
| RENTS RECEIVED | KVA | (1 773 557. 99) |
| SUB TOTAL | KWB | 3 208 562. 23 |

FINANCIAL CONTROL DEPARTMENT
NOVEMBER 1986

PERIOD 1 JANUARY 1985 TO 31 DEC 1985

NEW YORK BRANCH

| DETAILS | LINE KEY | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| EQUIPMENT COSTS | | | |
| BANK XEROX RENT/HIRE | [illegible] ✓ | | |
| PHOTOCOPY MACHINE COSTS | [illegible] ✓ | | |
| COMPUTER - OTHER EQUIPMENT RENT/HIRE | [illegible] ✓ | 655,181.73 | |
| COMPUTER - OTHER EQUIPMENT REPAIRS | [illegible] ✓ | 141 998.87 | |
| FURNITURE & FITTINGS - REPAIRS | [illegible] ✓ | 55.73 | |
| P & F - ADDITIONS UNDER £500 | [illegible] ✓ | 1,023.25 | |
| COMPUTER - OTHER EQUIPMENT ADDITIONS UNDER £500 | [illegible] ✓ ★ | 3 254.52 | |
| MECHANICAL EQUIPMENT ADDITIONS UNDER £500 | [illegible] ✓ ★ | 2 370.41 | |
| SUB TOTAL | [illegible] | 804 554.51 | |
| STATIONERY & TELEPHONE COSTS | | | |
| STATIONERY PURCHASES | [illegible] ✓ | 98 604.62 | |
| STATIONERY SALES | [illegible] | | |
| POSTAGES | [illegible] ✓ | 98 040.37 | |
| TELEPHONES | [illegible] ✓ | 296 004.22 | |
| CABLES & TELEXES | [illegible] ✓ | 373 236.02 | |
| SUB TOTAL | [illegible] | 865 885.23 | |
| GENERAL EXPENSES | | | |
| INSURANCES | [illegible] ✓ | 7 142.06 | |
| FARES & SUBS OVERSEAS | [illegible] ✓ | 163 664.08 | |
| FARES & SUBS OTHER | [illegible] ✓ | | |
| INSURANCES - UK VEHICLES | [illegible] | | |
| ENTERTAINMENT - O/S VISITORS | [illegible] | | |
| ENTERTAINMENT - OTHERS | [illegible] ✓ | 61 357.17 | |
| MILEAGE UK CARS | [illegible] ✓ | 112.94 | |
| MILEAGE STAFF CARS | [illegible] ✓ | 764.95 | |
| HOSPITALITY UK OFFICIALS INFORMAL | [illegible] | | |
| CARRIAGE/FREIGHT CHARGES | [illegible] ✓ | 43 455.83 | |
| ADVERTISING | [illegible] ✓ | | |
| NEWSPAPERS | [illegible] ✓ | 3 036.77 | |
| LEGAL CHARGES - GENERAL | [illegible] ✓ | 66 944.70 | |
| PROFESSIONAL FEES | [illegible] ✓ | 183 355.60 | |
| DATA PROCESSING BUREAU COSTS | [illegible] ✓ | 4 087 981.76 | |
| SOFTWARE (DP) COSTS | [illegible] | | |
| SUBSCRIPTIONS | [illegible] ✓ | 5 540.16 | |
| SUB TOTAL CARRIED FWD | X | | |

FINANCIAL CONTROL DEPARTMENT
FEBRUARY 1986

1 JANUARY 19/6 TO 31 DEC 1986 [illegible] BRANCH

| DETAILS | LINE KEY | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| ADV/MARKETING OFFICE COSTS | EHC | 13 700 367.70 | |
| DONATIONS CHARITABLE UK ONLY | KHC | | |
| DONATIONS NON CHARITABLE UK ONLY | KUC | | |
| DONATIONS BRANCHES ABROAD | AUD | 741.74 | |
| MISCELLANEOUS | KPC | 2 331 470.01 | |
| GRATUITIES TO TRADESMEN | EUC | 709.16 | |
| SUNDRY LOSSES | KHC | 32 677.11 | |
| FORTUITOUS GAINS | AEC | ( ) | |
| CASH SHORTS | STC | | |
| CASH OVERS | GUC | ( ) | |
| EXPENSES RE BOND ISSUE | KED | | |
| SUB TOTAL | KVC | 20 579 059.49 | |

| DETAILS | LINE KEY | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| DEPRECIATION | | | |
| FREE HOLD PREMISES | KHC | 362 731.30 | |
| LEASEHOLD PREMISES | EIC | 634 947.30 | |
| FURNITURE & FITTINGS | ATC | 702 674.35 | |
| COMPUTER & OTHER EQUIPMENT | KTC | 853 630.26 | |
| | | | |
| SUB TOTAL | EAD | 2 553 983.21 | |

| DETAILS | LINE KEY | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| TOTAL EXPENDITURE | AEU | 33 899 127.89 | |

| DETAILS | LINE KEY | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| TOTAL INCOME | LPC | 55 641 038.82 | |
| TOTAL EXPENDITURE | AEU | ( 33 899 127.89 ) | |
| GROSS PROFIT (LOSS) | GPL | 21 791 410.93 | |

| DETAILS | LINE KEY | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| OTHER ITEMS | | | |
| PROFIT (LOSS) ON DISPOSAL OF PREMISES | PLP | 99 843.91 | |
| PROFIT (LOSS) ON OTHER DISPOSALS | PLQ | ( 50 595.10 ) | |
| PENSIONS EXPATRIATE STAFF | PLO | ( ) | |
| PROFIT SHARING PAYMENTS | NPY | ( 20 457.83 ) | |
| SUB TOTAL | PNI | 28 790.38 | |

FINANCIAL CONTROL DEPARTMENT
FEBRUARY 1986

[illegible] 31 [illegible]

| DETAILS | LINES REF | LOCAL CURRENCY |
|---|---|---|
| NET PROFIT (LOSS) BEFORE PROVISIONS (GPL + PHI) | NPL | 21,820,701.31 |

| PROVISIONS | | |
|---|---|---|
| NEW AND ADDITIONAL SPECIFIC B & D D | [illegible] | ( 4,591,[illegible].00 ) |
| RECOVERIES OF SPECIFIC B & D D | NPN | [illegible] |
| NON-SPECIFIC B & D D PROVISION (ADDITION)/REDUCTION | NPX | ( [illegible],139,[illegible].07 ) |
| FORTUITOUS RECOVERIES OF AMOUNTS PREVIOUSLY WRITTEN OFF | NPY | |
| PROVISION FOR TAXATION (ADDITION)/REDUCTION | NPX | ( 25,117,06[illegible].00 ) |
| PROVISION FOR GUARANTEE (HONG KONG ONLY) | NPG | |
| | | |
| SUB TOTAL | NPT | ( 35,922,414.50 ) |

| | | |
|---|---|---|
| NET PROFIT (LOSS) FOR PERIOD = (NPL + NPT) | NPZ | ( 14,101,713.14 ) |

Only complete at year close

| | | |
|---|---|---|
| ACCUMULATED PROFIT (LOSS) AS AT BEGINNING OF YEAR | APL | ( 67,481,523.28 ) |
| NET PROFIT (LOSS) FOR YEAR | NPZ | ( 14,101,713.14 ) |
| ACCUMULATED PROFIT (LOSS) AS AT END OF YEAR | APF | ( 81,513,[illegible] ) |
| | | To agree to Balance Sheet line LXC or (ACO) |

We certify that this Profit and Loss Account is in accordance with the books, and to the best of our knowledge and belief gives a true and fair value of the profit for the Year ended [illegible] 1988, and has been prepared on a basis consistent with the Profit and Loss Accounts of previous periods.

_______ BRANCH MANAGER [signature] ACCOUNTANT [illegible] DATE

Breakdown of any income included in above lines relating to placings made to satisfy local reserve requirements

| DETAILS OF PLACING | LINE REF | LOCAL CURRENCY | LOCAL CURRENCY EQUIVALENT OF FOREIGN CURRENCY | TOTAL LOCAL CURRENCY |
|---|---|---|---|---|
| [illegible] [illegible] | [illegible] | $ 17,622.5 — | | |

FINANCIAL CONTROL DEPARTMENT
FEBRUARY 1986

ANALYSIS OF INTRA-GROUP INTEREST PAID AND RECEIVED

11.8

REPORTING UNIT ...NEW YORK...

FOR PERIOD ENDING ...31 OCT 1986...

(Complete in local currency of reporting unit)

| H.O. UNIT | PAID (cash paid less opening accrual) | PAYABLE (closing accrual) | P&L CHARGE (sum of paid and payable) | REF | RECEIVED (cash paid less opening accrual) | RECEIVABLE (closing accrual) | P&L CREDIT (sum of received and receivable) | REF |
|---|---|---|---|---|---|---|---|---|
| NEW YORK | | | | WA | | | | WA |
| NEW YORK I.B.F. | 2 583 889.51 | 23 734.90 | 2 607 624.49 | WB | 1 451 917.59 | | 1 451 917.59 | WB |
| [illegible] | 790 994.19 | 1 302 361.11 | 2 093 355.30 | WC | 165 012.62 | | 165 012.62 | WC |
| [illegible] | 40 469.24 | | 40 469.24 | WD | 699 495.02 | 1 135 544.91 | 1 835 039.93 | WD |
| SAN FRANCISCO | 39 124.16 | | 39 124.16 | WE | 3 501 489.64 | 826 390.46 | 4 327 879.10 | WE |
| [illegible] | 18.16 | | 18.16 | WF | 22.09 | | 22.09 | WF |
| [illegible] | | | | WG | 361.09 | | 361.09 | WG |
| [illegible] | | | | WH | 2 199.95 | | 2 199.95 | WH |
| [illegible] | | | | WI | (3 000.04) | | (3 000.04) | WI |
| [illegible] | | | | WJ | 8 956.64 | | 8 956.64 | WJ |
| HONG KONG | | | | WK | 4 149.44 | | 4 149.44 | WK |
| TOKYO | 1 579.33 | | 1 579.33 | WL | 11 436.27 | | 11 436.27 | WL |
| LONDON BRANCHES | 2 087 547.38 | 1 101 622.75 | 3 189 170.13 | WM | (155 716.35) | | (155 716.35) | WM |
| [illegible] | | | | WN | | | | WN |
| [illegible] | | | | WO | | | | WO |
| [illegible] | | | | WP | | | | WP |
| [illegible] (HO UNIT) | | | | WQ | | | | WQ |
| OTHER (NON BCCI) | | | | WR | | | | WR |
| TOTAL BCC | 6 543 621.97 | 2 427 718.76 | 7 971 340.81 | WT | 5 215 624.40 | 1 961 935.37 | 7 247 559.77 | WT |
| | | To agree to GB Line IAC | To agree to P&L Line ITC | | | To agree to GB Line IRC | To agree to P&L Line IVA | |

*e.g. UK domestic branches, SMO (Sterling Money Market Office, formerly known as CIO) etc - please provide full details overleaf.

| B.O. UNIT | PAID (cash paid less opening accrual) | PAYABLE (closing accrual) | P&L CHARGE (sum of paid and payable) | REF | RECEIVED (cash paid less opening accrual) | RECEIVABLE (closing accrual) | P&L CREDIT (sum of received and receivable) | REF |
|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | XA | 20 710.92 | | 20 710.92 | XA |
| [illegible] | | | | XB | | | | XB |
| LYONS | | | | XC | | | | XC |
| MARSEILLES | | | | XD | | | | XD |
| NANTES | | | | XE | | | | XE |
| NICE | | | | XF | | | | XF |
| [illegible] | | | | XG | 69 318.63 | | 69 318.63 | XG |
| MONACO | | | | XH | | | | XH |
| [illegible] | 124 927.74 | | 124 927.74 | XJ | (32 606.38) | 79 140.77 | 46 534.42 | XJ |
| HEAD OFFICE | | | | XK | | | | XK |
| [illegible] | | | | XL | | | | XL |
| [illegible] | | | | XM | | | | XM |
| TOTAL B.O. | 124 927.74 | | 124 927.74 | XT | 57 423.30 | 79 140.77 | 136 564.07 | XT |
| | *See note on B.O | | To agree to P&L Line IVC | | **See note on ILB | | To agree to P&L Line IWA | |

CERTIFICATE

We hereby certify that we have agreed all H.O., B.O and Intra-Group Interest with the units/companies concerned. Details and brief explanations of any discrepancies are shown overleaf.

[signature] Manager

_______________ Date

FINANCIAL CONTROL DEPARTMENT
INTERNATIONAL BANKING DIVISION

NOVEMBER 1986

PCL

NATIONAL WESTMINSTER BANK PLC

PROFIT AND LOSS ACCOUNT

PERIOD 1 JANUARY 1986 TO 31 DEC 1986

IBF BRANCH

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| INCOME ON BILLS | | | |
| TREASURY BILLS | PAA | ✓ | |
| OTHER BILLS CCY | PCA | ✓ | |
| OTHER BILLS £ | PDA | ✓ | |
| | | | |
| SUB TOTAL | PDA | | |
| INCOME ON CD'S HELD | PFA | ✓ 1,553,450.41 | |
| INTEREST RECEIVED ON ADVANCES | | | |
| NOSTRO ACCOUNTS | PFA | ✓ | |
| BALANCES WITH STATE/CENTRAL BANKS | PCA | ✓ | |
| MARKET PLACINGS FGN BKS CCY | PHA | ✓ 41,037,599.35 | |
| MARKET PLACINGS FGN BKS £ | PDK | | |
| MARKET PLACINGS UK BKS CCY | PFE | | |
| MARKET PLACINGS UK BKS £ | PDL | | |
| FEDERAL FUNDS SOLD | PKA | ✓ | |
| OVERDRAFTS CCY | PNA | ✓ | |
| OVERDRAFTS £ | PDE | | |
| ADVANCES - FGN BILLS CCY | POA | ✓ | |
| ADVANCES - FGN BILLS £ | PDE | | |
| ARBITRAGE PROFITS | PQA | ✓ | |
| STAFF LOANS | PHA | ✓ | |
| REPURCHASE AGREEMENTS - NON BANKS | PZA | | |
| REPURCHASE AGREEMENTS - BANKS | PPA | | |
| COMMERCIAL LOANS TO BANKS CCY | PJA | ✓ 3,915,731.72 | |
| LOANS UK BANKS £ | PAE | | |
| LOANS FGN BANKS CCY | PCE | | |
| LOANS FGN BANKS £ | PDE | | |
| OTHER LOANS - CCY | PMA | ✓ 13,045,352.52 | |
| OTHER LOANS - £ | PUA | | |
| SUB TOTAL | PSA | 58,648,683.59 | |
| INTEREST ON B AND DD | PTA | ✓ | |

PERIOD 1 JANUARY 1986 TO 31 DEC 1986

I.B.F PL2 BRANCH

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| INTRA GROUP INTEREST RECEIVED | | | |
| NWB BRANCHES | PVA | 24,606,512.27 | |
| IWB BRANCHES | PXA | 1,654,454.04 | |
| OTHER GROUP COMPANIES | PKA | 4,693,581.61 | |
| S.M.M.O. | PLA | | |
| SUB TOTAL | PYA | 30,954,547.92 | |
| GROSS INTEREST INCOME (PUA + PLA + PSA + PTA + PYA) | GII | 91,156,681.47 | |
| INTEREST PAID CURRENT A/CS ETC | | | |
| SIGHT DEPOSITS CCY | PBC | | |
| SIGHT DEPOSITS CCY CRT PAID | PDN | | |
| SIGHT DEPOSITS £ | PCN | | |
| SIGHT DEPOSITS £ CRT PAID | PDM | | |
| NOSTRO ACCOUNTS | PDC | | |
| REBATE ON ACCEPTANCES CCY | PLC | | |
| REBATE ON ACCEPTANCES £ | POC | | |
| CURRENT A/CS CCY | PDM | | |
| CURRENT A/CS CCY CRT PAID | PDO | | |
| CURRENT A/CS £ | PXC | | |
| CURRENT A/CS £ CRT PAID | PIE | | |
| SUB TOTAL | POC | | |
| INTEREST PAID DEPOSIT A/CS ETC | | | |
| FEDERAL FUNDS PURCHASED | PEC | | |
| TIME DEPOSITS - NON BKS CCY | PGC | 3,757,063.50 | |
| TIME DEPOSITS - NON BKS CCY CRT PAID | PGP | | |
| TIME DEPOSITS - NON BKS £ | PGH | | |
| TIME DEPOSITS-NON BKS £ CRT PAID | PIB | | |
| SECS SOLD UNDER REP - AGT BKS | PHC | | |
| SECS SOLD UNDER REP - AGT NON BKS | PIC | | |
| CDS ISSUED | PJC | | |
| CAPITAL FUNDS/LOAN CHARGE | PKC | | |
| INTEREST ARBITRAGE COST | PMC | | |
| DISC MKT INT. PAID (TOKYO) | PNC | | |
| DEPOSITS (BANKS) CCY | POO | 25,337,165.48 | |
| DEPOSITS (BANKS) £ | LWC | | |
| U.S. COMMERCIAL PAPER | PQH | | |
| U.S. $150M 7.5% DEP. NOTE 1991 | PRO | | |
| SUB TOTAL | PQC | 29,069,228.98 | |

PL1

PERIOD 1 JANUARY 198*6* TO *31 DEC 1986*

*I B F* BRANCH

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| LOAN CAPITAL INTEREST PAID | | | |
| D.M. 40.6M 8% BOND 1988 | PAG | | |
| U.S.$15M 9% CAP. BOND 1988 | PBG | | |
| U.S.$150M F.R. CAP. NOTES 1990 | PCG | | |
| U.S.$75M 9% "B" CAP. BONDS 1986 | PDG | | |
| S.F. 25M "A" LOAN 1987 | PEG | | |
| S.F. 25M "B" LOAN 1987 | PFG | | |
| U.S.$100M F.R. CAP. NOTES 1994 | PGG | | |
| U.S.$50M MAN. HAN. TRUST | PHG | | |
| U.S.$50M TRADE DEVELOPMENT | PIG | | |
| D.M. 100M BOND B.V. | PJG | | |
| U.S.$100M BOND B.V. | PKG | | |
| U.S.$175M BOND B.V. | PLG | | |
| U.S.$150M BOND B.V. | PMG | | |
| £100M BOND (HOME) | PNG | | |
| U.S.$100M CAP. CORP | POG | | |
| U.S.$500M BOND B.V. | PPG | | |
| U.S.$400M F.R. CAP. NOTES 2005 | PQG | | |
| U.S.$1000M PRIMARY CAP. FRNS | PRG | | |
| U.S.$500M BOND SERIES 'C' | PVG | | |
| S.F. 300M CAP BOND 1995 | PUG | | |
| AUST $ 75M CAPITAL NOTES 1993 | PDQ | | |
| SUB TOTAL | PZG | | |

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| INTRA GROUP INTEREST PAID | | | |
| M&D BRANCHES | PRC | ✓ *44,754,022.75* | |
| IHG BRANCHES | PSC | ✓ *731,856.77* | |
| OTHER GROUP COMPANIES | PTC | ✓ *5,850.00* | |
| D.O.D. TREASURERS FUNDING | PHC | | |
| SUB TOTAL | PUC | *45,491,729.52* | |
| TOTAL INTEREST PAID (PCC + POC + PZG + PUC) | TIP | *74,760,958.50* | |

FINANCIAL CONTROL DEPARTMENT
JUNE 1986

*h.*

PERIOD 1 JANUARY 1986 TO 31 DEC 1986

FLA

I B F BRANCH

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| COMMISSION | | | |
| C.H.A.P.S. | PAD | ✓ | |
| TRANSMISSION - IN PAYMENTS CCY | PBD | | |
| TRANSMISSION - IN PAYMENTS £ | PAD | | |
| TRANSMISSION - OTHER CCY | PYD | | |
| TRANSMISSION - OTHER £ | PZD | | |
| TRANSMISSION PAID OUD | PHI | | |
| FOREIGN BUSINESS | PKD | ✓ | |
| ACCEPTANCES | PPD | ✓ | |
| TRUSTEE | PGD | ✓ | |
| SUNDRY RELATED | PMD | ✓ | |
| BROKERAGE ON FGN EXCHANGE | PID | ✓ | |
| BROKERAGE OTHER | PJD | ✓ (134,232.11) | |
| PAID - TRAVELLERS CHQS £ | PPD | | |
| RETURN O/D INTEREST UCHES CCY | PQD | | |
| RETURN CREDIT INTEREST ON CCY A/CS | PJD | | |
| RETURN COMMISSION TO BRANCHES | PRD | | |
| EXPORT MANAGEMENT | PSD | | |
| EXPORT NEGOTIATION | PTD | | |
| EUROBOND CHARGES | PUD | ✓ | |
| LENDING CCY | PCD | 27,500.00 | |
| LENDING £ | PZD | | |
| SUNDRY CHARGES G.C.L.P. | PVD | | |
| SUNDRY | PWI | | |
| SUB TOTAL | PKD | (106,732.11) | |
| FOREIGN EXCHANGE INCOME | | | |
| PROFIT (LOSS) FGN EXCHANGE | PLD | ✓ ✓ * 7,402.33 | (* 6702 on '86 Tax Return per note on front attached pgs) |
| PROFIT FOREIGN TILL | PMD | | |
| SUB TOTAL | PND | 7,402.33 | |
| INCOME ON INVESTMENTS | | | |
| EUROBONDS - INVESTMENTS | PKB | | |
| TRADE INV. INC. - INTEREST | PGB | | |
| TRADE INV. INC. - DIVIDENDS | PHB | | |
| DIVIDENDS FROM SUBSIDIARIES | PIB | ✓ | |
| OTHER INVESTMENTS | PCB | | |
| SUB TOTAL. | PUB | | |

PERIOD 1 JANUARY 1986 TO 31 DEC 1986 — I M F — U.S. BRANCH

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| INCOME ON DEALING ASSETS | | ✓ | |
| EUROBONDS HOLDING CCY | PAD | | |
| EUROBOND HOLDING $ | PFD | | |
| G.C.L.P. – TREASURY BILLS | PDF | | |
| G.C.L.P – NOTES/BONDS | PEB | | |
| P/L ON REVALUATION | PJB | | |
| PROFIT ON SALE OF EUROBONDS | PHB | | |
| SUB TOTAL | PLB | | |
| OTHER MONEY MARKET INSTRUMENTS | | ✓ | |
| FINANCIAL FUTURES | POD | | |
| INTEREST RATE SWAPS | PEH | (3,116,907.58) | |
| FUTURE RATE AGREEMENTS | PFT | | |
| SUB TOTAL | PMB | (3,116,907.58) | |
| TOTAL OTHER INCOME (PKD + PND + PDB + PLB + PMB) | TOI | (3,216,237.36) | |
| NET INTEREST INCOME (GII – TIP) | NII | 16,395,723.42 | |
| TOTAL OTHER INCOME | TOI | (3,216,237.36) | |
| TOTAL INCOME | LAC | 13,179,486.06 | |

| DETAILS | LINE REF | TOTAL |
|---|---|---|
| PERSONNEL COSTS | | |
| SALARIES & WAGES | EAA | ✓ |
| SALARIES & WAGES – CLEANERS | ELA | ✓ |
| OVERTIME | EBA | |
| LONDON ALLOWANCE | ECA | |
| NATIONAL INSURANCE | EDA | ✓ |
| SOCIAL SECURITY | EFA | ✓ |
| MEDICAL INSURANCE | EGA | ✓ |
| STATE DISABILITY PREMIUM | EHA | ✓ |
| PENSIONS AND GRANTS | EIA | ✓ |
| OTHER PAYROLL COSTS | EJA | ✓ |
| GENERAL STAFF COSTS | EKA | ✓ |
| SUB TOTAL | EZA | |

**OTHER PAY ROLL COSTS**

| DETAIL | AMOUNT |
|---|---|
| | |
| TO AGREE | |

**GENERAL STAFF COSTS**

| DETAIL | AMOUNT |
|---|---|
| | |
| TO AGREE | |

| DETAILS | LINE REF | TOTAL |
|---|---|---|
| OCCUPATION COSTS | | ✓ |
| CLEANING – MATERIALS | EPA | |
| CONTRACT CLEANING | EMA | ✓ |
| HEATING & LIGHTING | EOA | ✓ |
| RATES & WATER | ERA | ✓ |
| SUNDRY OCC. COSTS | ESA | ✓ |
| REPAIRS & MAIN COSTS | ETA | ✓ |
| RENTS PAID | EUA | ✓ |
| RENTS RECEIVED | EYA | ( ) |
| SUB TOTAL | EXB | |

FINANCIAL CONTROL DEPARTMENT
NOVEMBER 1986

116

PERIOD 1 JANUARY 1986 TO 31 DEC 1986 — T. B. F. — BRANCH

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| **EQUIPMENT COSTS** | | | |
| RANK XEROX RENT/HIRE | [illegible] | | |
| PHOTOCOPY MACHINE CHGS | [illegible] | | |
| COMPUTER - OTHER EQUIPMENT RENT/HIRE | [illegible] | | |
| COMPUTER - OTHER EQUIPMENT REPAIRS | [illegible] | | |
| FURNITURE & FITTINGS - REPAIRS | [illegible] | | |
| F & F - ADDITIONS UNDER £500 | [illegible] | | |
| COMPUTER - OTHER EQUIPMENT ADDITIONS UNDER £500 | EAG | | |
| MECHANICAL EQUIPMENT ADDITIONS UNDER £500 | [illegible] | | |
| SUB TOTAL | [illegible] | | |
| **STATIONERY & TELEPHONE COSTS** | | | |
| STATIONERY PURCHASES | [illegible] | | |
| STATIONERY SALES | [illegible] | ( | ) |
| POSTAGES | [illegible] | | |
| TELEPHONES | [illegible] | | |
| CABLES & TELEXES | [illegible] | | |
| SUB TOTAL | ESU | | |
| **GENERAL EXPENSES** | | | |
| INSURANCES | [illegible] | | |
| FARES & SUBS OVERSEAS | EVB | | |
| FARES & SUBS OTHER | EAG | | |
| INSURANCES - UK VEHICLES | [illegible] | | |
| ENTERTAINMENT - O/S VISITORS | ECU | | |
| ENTERTAINMENT - OTHERS | [illegible] | | |
| MILEAGE UK CARS | [illegible] | | |
| MILEAGE STAFF CARS | [illegible] | | |
| HOSPITALITY UK OFFICIALS INFORMAL | EAC | | |
| CARRIAGE/FREIGHT CHARGES | [illegible] | | |
| ADVERTISING | EDC | | |
| NEWSPAPERS | [illegible] | | |
| LEGAL CHARGES - GENERAL | EIC | | |
| PROFESSIONAL FEES | EJC | | |
| DATA PROCESSING BUREAU COSTS | EKC | | |
| SOFTWARE (DP) COSTS | [illegible] | | |
| SUBSCRIPTIONS | ELC | | |
| SUB TOTAL CARRIED FWD | ☒ | | |

FINANCIAL CONTROL DEPARTMENT
FEBRUARY 1986

PERIOD 1 JANUARY 1986 TO 31 DEC 1986

I O F BRANCH

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| REP/MARKETING OFFICE COSTS | EHC | | |
| DONATIONS CHARITABLE UK ONLY | ENC | | |
| DONATIONS NON CHARITABLE UK ONLY | EOC | | |
| DONATIONS BRANCHES ABROAD | EQO | | |
| MISCELLANEOUS | EPC | | |
| GRATUITIES TO TRADESMEN | EQC | | |
| SUNDRY LOSSES | ERC | | |
| FORTUITOUS GAINS | ESC | ( ) | |
| CASH SHORTS | ETC | ✓ | |
| CASH OVERS | EUC | ( ) | |
| EXPENSES RE BOND ISSUE | EXD | | |
| SUB TOTAL | EVC | | |

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| DEPRECIATION | | | |
| FREE HOLD PREMISES | EWC | | |
| LEASEHOLD PREMISES | EXC | | |
| FURNITURE & FITTINGS | EYC | | |
| COMPUTER & OTHER EQUIPMENT | EZC | | |
| | | | |
| SUB TOTAL | EAD | | |
| TOTAL EXPENDITURE | ABD | NIL | |
| TOTAL INCOME | LFC | 13,179,486.06 | |
| TOTAL EXPENDITURE | ABD | ( ) | |
| GROSS PROFIT (LOSS) | OPL | 13,179,486.06 | |
| OTHER ITEMS | | | |
| PROFIT (LOSS) ON DISPOSAL OF PREMISES | PLP | ✓ | |
| PROFIT (LOSS) ON OTHER DISPOSALS | PLF | ✓ | |
| PENSIONS EXPATRIATE STAFF | PLU | ( ) | |
| PROFIT SHARING PAYMENTS | NPT | ( ) | |
| SUB TOTAL | PHI | | |

FINANCIAL CONTROL DEPARTMENT
FEBRUARY 1986

16

PERIOD 1 JANUARY 1976 TO 31 DEC 1976

IBF BRANCH

| DETAILS | LINE KEY | LOCAL CURRENCY |
|---|---|---|
| NET PROFIT (LOSS) BEFORE PROVISIONS (CPL + PHI) | NPL | 13,179,486.06 |
| PROVISIONS | | |
| NEW AND ADDITIONAL SPECIFIC B & D D | NPN | ✓ ( ) |
| RECOVERIES OF SPECIFIC B & D D | NPR | |
| NON-SPECIFIC B & D D PROVISION (ADDITION)/REDUCTION | NPK | ( ) |
| FORTUITOUS RECOVERIES OF AMOUNTS PREVIOUSLY WRITTEN OFF | NPS | ✓ |
| PROVISION FOR TAXATION (ADDITION)/REDUCTION | NPX | |
| PROVISION FOR GUARANTEE (HONG KONG ONLY) | NPG | |
| | | |
| SUB TOTAL | NPT | |
| NET PROFIT (LOSS) FOR PERIOD - (NPL + NPT) | NPZ | 13,179,486.06 |
| ACCUMULATED PROFIT (LOSS) AS AT BEGINNING OF YEAR | APL | 64,681,341.05 |
| NET PROFIT (LOSS) FOR YEAR | NPZ | 13,179,486.06 |
| ACUMULATED PROFIT (LOSS) AS AT END OF YEAR | APP | 77,860,827.11 |

Only complete at year ends

To agree to Balance Sheet line LZC or (ACD)

We certify that this Profit and Loss Account is in accordance with the books, and to the best of our knowledge and belief gives a true and fair value of the profit for the YEAR ended DEC 31 1976, and has been prepared on a basis consistent with the Profit and Loss Accounts of previous periods.

[signature] BRANCH MANAGER [signature] ACCOUNTANT Jan 5 1977 DATE

Memorandum of any income included in above lines relating to placings made to satisfy local reserve requirements

| DETAILS OF PLACING | LINE KEY | LOCAL CURRENCY | LOCAL CURRENCY EQUIVALENT OF FOREIGN CURRENCY | TOTAL LOCAL CURRENCY |
|---|---|---|---|---|
| | | | | |

ANALYSIS OF INTRA GROUP INTEREST PAID AND RECEIVED

(LB

REPORTING UNIT ......IBF.........

FOR PERIOD ENDING ..31...DEC...1986

(Complete in local currency of reporting unit)

| NY UNIT | PAID (cash paid less opening accrual) | PAYABLE (closing accrual) | P&L CHARGE (sum of paid and payable | REF | RECEIVED (cash paid less opening accrual) | RECEIVABLE (closing accrual) | P&L CHARGE (sum of received and receivable) | REF |
|---|---|---|---|---|---|---|---|---|
| NEW YORK | 1,051,517.59 | | 1,051,517.59 | WA | 2,583,889.51 | 23,734.98 | 2,607,624.49 | WA |
| NEW YORK I.B.F. | | | | WB | | | | WB |
| NASSAU | 697,345.65 | | 697,345.85 | WD | 18,426,172.30 | | 18,426,172.30 | WD |
| CHICAGO | | | | WC | | | | WC |
| SAN FRANCISCO | | | | WD | | | | WD |
| CAYMAN | 25,061.68 | | 25,061.68 | WP | 613,569.02 | 48.14 | 613,617.16 | WP |
| MADRID | | | | WK | | | | WK |
| PIRAEUS | | | | WF | | | | WF |
| BAHRAIN | | | | WG | | | | WG |
| SINGAPORE | | | | WH | 305,529.77 | | 305,529.77 | WH |
| HONG KONG | | | | WI | | | | WI |
| TOKYO | | | | WU | | 183,390.63 | 183,390.63 | WJ |
| LONDON OVERSEAS | 7,199,767.98 | | 7,199,767.98 | WK | | | | WK |
| NY MONEY DESK | 30,122,171.28 | 5,658,156.37 | 35,780,327.65 | WL | 2,353,683.12 | 111,494.80 | 2,465,177.92 | WL |
| [illegible] | | | | WM | | | | WM |
| ATHENS & [illegible] | | | | WN | | | | WN |
| TOKYO OFFSHORE BKG UNIT | | | | WW | | | | WW |
| OTHER (NON IBF) | | | | WO | | | | WO |
| TOTAL NY | 39,095,866.38 | 5,658,156.37 | 44,754,022.75 | WT | 24,282,843.72 | 323,668.55 | 24,606,512.27 | WT |
| | | To agree to BS Line [illegible] | To agree to P&L Line [illegible] | | | To agree to BS Line [illegible] | To agree to P&L Line [illegible] | |

*eg. NY domestic branches, SMO (Sterling Money Market Office, formally known as GD) etc - please provide full details overleaf.

| BNB UNIT | PAID (cash paid less opening accrual) | PAYABLE (closing accrual) | P&L CHARGE (sum of paid and payable | REF | RECEIVED (cash paid less opening accrual) | RECEIVABLE (closing accrual) | P&L CHARGE (sum of received and receivable) | REF |
|---|---|---|---|---|---|---|---|---|
| PARIS | | | | XA | 945,694.44 | | 945,694.44 | XA |
| DUNKIRK | | | | XB | | | | XB |
| LYONS | | | | XC | | | | XC |
| MARSEILLES | | | | XD | | | | XD |
| NANTES | | | | XE | | | | XE |
| NICE | | | | XF | | | | XF |
| BRUSSELS | | | | XG | 11,555.56 | | 11,555.56 | XG |
| ANTWERP | | | | XH | | | | XH |
| LONDON | 931,856.77 | | 931,856.77 | XJ | 697,204.04 | | 697,204.04 | XJ |
| HEAD OFFICE | | | | XK | | | | XK |
| NASSAU | | | | XL | | | | XL |
| MONTE CARLO | | | | XM | | | | XM |
| TOTAL BNB | 931,856.77 | * | 931,856.77 | XT | 1,654,454.04 | ** | 1,654,454.04 | XT |
| | *See note on II.9 | | To agree to P&L Line [illegible] | | **See note on II.9 | | To agree to P&L Line [illegible] | |

CERTIFICATE

We hereby certify that we have agreed all NY, BNB and Intra-Group Interest with the units/companies concerned. Details and brief explanations of any disagreements are shown overleaf.

[signature]

15 2 [illegible] Date

FINANCIAL CONTROL DEPARTMENT
INTERNATIONAL BANKING DIVISION

NOVEMBER 1986

REPORTING UNIT ....I.R.F.........

PERIOD ENDED ..31...DEC....1986

ANALYSIS OF INTRA GROUP INTEREST PAID & RECEIVED (Cont'd) (Complete in local currency of reporting unit)

| GROUP COMPANY | INTER-GROUP PAID (cash paid less opening accrual) | INTER-GROUP PAYABLE (closing accrual) | P&L CHARGE (sum of paid and payable) | REF | INTER-GROUP RECEIVED (cash received less opening accrual) | INTER-GROUP RECEIVABLE (closing accrual) | P&L CREDIT (sum of received and receivable) | REF |
|---|---|---|---|---|---|---|---|---|
| NATIONAL WESTMINSTER BANK (USA) | | | | SPA | | | | SRA |
| NATIONAL WESTMINSTER BANK CANADA | 5,850.00 | | 5,850.00 | SPB | 3,027,083.34 | 1,516,406.25 | 4,543,489.59 | SRB |
| NW CAYMAN LTD | | | | SPC | | | | SRC |
| NW (HK) LTD | | | | SPG | | | | SRG |
| DEUTSCHE WESTMINSTER BANK AG | | | | SPH | | | | SRH |
| HANDELSBANK NW ZURICH | | | | SPI | | | | SRI |
| HANDELSBANK NW NASSAU | | | | SPJ | | | | SRJ |
| [illegible] (BELGIUM) | | | | SPK | | | | SRK |
| [illegible] (FRANCE) | | | | SPP | | | | SRP |
| [illegible] | | | | SPQ | | | | SRQ |
| CECIL ROY TRAVEL LTD | | | | SPR | | | | SRR |
| NW INVESTMENT BANK | | | | SPS | | | | SRS |
| COUNTY BANK INTERNATIONAL SECURITY LTD | | | | SPT | | | | SRT |
| COUNTY ASIA SECURITY LTD | | | | SPW | | | | SRW |
| COUTTS & CO | | | | SPX | | | | SRX |
| COUTTS FINANCE CO | | | | SPY | | | | SRY |
| CREDIT FACTORING INTERNATIONAL | | | | SPZ | | | | SRZ |
| CREDIT FACTORING INC | | | | TPA | | | | TRA |
| CREDIT FACTORING INC (USA) | | | | TPB | | | | TRB |
| CREDIT FACTORING LTD | | | | TPC | | | | TRC |
| CREDIT FACTORING (BELGIUM) | | | | TPD | | | | TRD |
| CREDIT FACTORING (GERMANY) | | | | TPE | | | | TRE |
| ISLE OF MAN BANK LTD | | | | TPK | | | | TRK |
| LOMBARD NORTH CENTRAL LTD | | | | TPL | | | | TRL |
| LOMBARD ACCEPTANCES LTD | | | | TPN | | | | TRM |
| LOMBARD & ULSTER BANKING IRELAND | | | | TPM | | | | TRN |
| LOMBARD JERSEY LTD | | | | TPS | | | | TRS |
| LOMBARD [illegible] | | | | TPT | | | | TRT |
| LOMBARD AUSTRALIA | | | | TPU | | | | TRU |
| NW FINANCE BV | | | | TPV | | | | TRV |
| NW FINANCE (CI) LTD | | | | TPY | | | | TRY |
| NW FINANCIAL FUTURES | | | | TPZ | | | | TRZ |
| NW TERM LOANS | | | | UPA | | | | URA |
| NW INSURANCE SERVICES | | | | UPB | | | | URB |
| NW EXPORT FINANCE LTD | | | | UPC | | | | URC |
| NW CAPITAL CORP | | | | UPD | 1,430.56 | | 1,430.56 | URD |
| NW [illegible] (NZ) LTD | | | | UPK | | | | URK |
| NW INVESTMENT AUSTRALIA | | | | UPL | | | | URL |
| NW FINANCE AUSTRALIA | | | | UPM | | | | URM |
| NW COMMERCIAL SERVICES | | | | UPN | | | | URN |
| NW [illegible] INC | | | | UPR | | | | URR |
| ULSTER BANK LTD | | | | UPS | 148,661.46 | | 148,661.46 | URS |
| ULSTER INVESTMENT BANK LTD | | | | UPT | | | | URT |
| [illegible] LTD | | | | UPU | | | | URU |
| NW AUSTRALIA BANK | | | | UPV | | | | URV |
| LOMBARD LEASING CO | | | | UPW | | | | URW |
| LOMBARD LEASING FACILITY | | | | UPX | | | | URX |
| WESTMINSTER [illegible] | | | | RPA | | | | RRA |
| NW CREDIT CORP | | | | RPB | | | | RRB |
| NW USA INT [illegible] | | | | RPC | | | | RRC |
| COUNTY SECURITIES | | | | RPD | | | | RRD |
| ---- | | | | UPZ | | | | URZ |
| ---- | | | | UPZ | | | | UXZ |
| TOTAL | 5,850.00 | | 5,850.00 | ZPT | 3,177,175.36 | 1,516,406.25 | 4,693,581.61 | ZRT |

* ZPT + ZPT to agree to BS Line LLC — To agree to P&L Line PEC

** ZRT + ZRT to agree to BS Line ALC — To agree to P&L Line PXA

*** Please refer to Financial Control Department - prior to reporting

FINANCIAL CONTROL DEPARTMENT
INTERNATIONAL BANKING DIVISION
NOVEMBER 1986

PL1

NATIONAL [illegible] BANK PLC

PROFIT AND LOSS ACCOUNT

PERIOD 1 JANUARY 19 TO 12 87

GRAND CAYMAN BRANCH

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| INCOME ON BILLS | | | |
| TREASURY BILLS | PAA | | |
| OTHER BILLS CCY | PCA | | |
| OTHER BILLS £ | PUA | | |
| | | | |
| SUB TOTAL | PUA | | |
| INCOME ON CD'S HELD | PFA | | |
| INTEREST RECEIVED ON ADVANCES | | | |
| NOSTRO ACCOUNTS | PYA | | |
| BALANCES WITH STATE/CENTRAL BANKS | PGA | | |
| MARKET PLACINGS FGN BKS CCY | PHA | 1,392,704.00 | |
| MARKET PLACINGS FGN BKS £ | PUK | | |
| MARKET PLACINGS UK BKS CCY | PYK | | |
| MARKET PLACINGS UK BKS £ | POL | | |
| FEDERAL FUNDS SOLD | PKA | | |
| OVERDRAFTS CCY | PHA | | |
| OVERDRAFTS £ | PTK | | |
| ADVANCES - FGN BILLS CCY | PUA | | |
| ADVANCES - FGN BILLS £ | PKB | | |
| ARBITRAGE PROFITS | PSA | | |
| STAFF LOANS | PHA | | |
| REPURCHASE AGREEMENTS - NON BANKS | PZA | | |
| REPURCHASE AGREEMENTS - BANKS | PPA | | |
| COMMERCIAL LOANS TO BANKS CCY | PJA | | |
| LOANS UK BANKS £ | PAK | | |
| LOANS FGN BANKS CCY | PCB | | |
| LOANS FGN BANKS £ | PUB | | |
| OTHER LOANS - CCY | PHA | | |
| OTHER LOANS - £ | PUA | | |
| SUB TOTAL | PSA | 1,392,704.00 | |
| INTEREST ON B AND OD | PTA | | |

FINANCIAL CONTROL DEPARTMENT
MARCH 1984

INT504- 00262

PERIOD 1 JANUARY 19 TO 12.31.86 — Grand Cayman BRANCH

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| INTRA GROUP INTEREST RECEIVED | | | |
| NWB BRANCHES | PVA | 88,773.91 | |
| IWB BRANCHES | PJA | | |
| OTHER GROUP COMPANIES | PXA | | |
| S.N.H.O. | PLA | | ✓ |
| SUB TOTAL | PYA | 88,105.91 | |
| GROSS INTEREST INCOME (PUA + PEA + PBA + PTA + PYA) | GII | 1,481,071.91 | |
| INTEREST PAID CURRENT A/CS ETC | | | |
| SIGHT DEPOSITS CCY | PWC | | |
| SIGHT DEPOSITS CCY CRT PAID | PUM | | |
| SIGHT DEPOSITS £ | PGI | | |
| SIGHT DEPOSITS £ CRT PAID | PHM | | |
| NOSTRO ACCOUNTS | POC | | |
| REBATE ON ACCEPTANCES CCY | PLC | | |
| REBATE ON ACCEPTANCES £ | POC | | |
| CURRENT A/CS CCY | PQU | | |
| CURRENT A/CS CCY CRT PAID | PDO | | |
| CURRENT A/CS £ | PXC | | |
| CURRENT A/CS £ CRT PAID | PHE | | |
| SUB TOTAL | POC | | |
| INTEREST PAID DEPOSIT A/CS ETC | | | |
| FEDERAL FUNDS PURCHASED | PGC | | |
| TIME DEPOSITS - NON BKS CCY | PQC | 26,918.11 ✓ | |
| TIME DEPOSITS - NON BKS CCY CRT PAID | PQP | | |
| TIME DEPOSITS - NON BKS £ | PQU | | |
| TIME DEPOSITS-NON BKS £ CRT PAID | PTE | | |
| SECS SOLD UNDER REP - AGT BKS | PHC | | |
| SECS SOLD UNDER REP - AGT NON BKS | PIC | | |
| CDS ISSUED | PJC | | |
| CAPITAL FUNDS/LOAN CHARGE | PMC | | |
| INTEREST ARBITRAGE COST | PWC | | |
| DISC MKT INT. PAID (TOKYO) | PNC | | |
| DEPOSITS (BANKS) CCY PBA | [illegible] | 40,780.42 ✓ | |
| DEPOSITS (BANKS) £ | PVC | | |
| U.S. COMMERCIAL PAPER | PQU | | |
| U.S. $150M 7.5% DEP. NOTE 1991 | PBQ | | |
| SUB TOTAL | POC | 67,708.53 | |

FINANCIAL CONTROL DEPARTMENT
JUNE 1986

PERIOD : JANUARY 19 TO 12.31.86

GRAND CAYMAN BRANCH

| DETAILS | LINK KEY | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| **LOAN CAPITAL INTEREST PAID** | | | |
| D.M. 40.0M 8% BOND 1988 | PAG | | |
| U.S.$15M 9% CAP. BOND 1986 | PBG | | |
| U.S.$150M F.R. CAP. NOTES 1990 | PCG | | |
| U.S.$75M 9% "B" CAP. BONDS 1986 | PDG | | |
| S.F. 25M "A" LOAN 1987 | PEG | | |
| S.F. 25M "B" LOAN 1987 | PFG | | |
| U.S.$100M F.R. CAP. NOTES 1994 | PGG | | |
| U.S.$50M MAR. NAT. TRUST | PHG | | |
| U.S.$50M TRADE DEVELOPMENT | PIG | | |
| D.M. 100M BOND B.V. | PJG | | |
| U.S.$100M BOND B.V. | PKG | | |
| U.S.$175M BOND B.V. | PLG | | |
| U.S.$150M BOND B.V. | PMG | | |
| £100M BOND (HOME) | PNG | | |
| U.S.$100M CAP. CORP | POG | | |
| U.S.$500M BOND B.V. | PPG | | |
| U.S.$400M F.R. CAP. NOTES 2005 | PQG | | |
| U.S.$1000M PRIMARY CAP. FRNS | PRG | | |
| U.S.$500M BOND SERIES 'C' | PVG | | |
| S.F. 300M CAP BOND 1995 | PUG | | |
| AUST $ 75M CAPITAL NOTES 1993 | PUQ | | |
| SUB TOTAL | PBG | | |
| **INTRA GROUP INTEREST PAID** | | | |
| SUB BRANCHES | PAC | 1,355,022.56 | |
| IHB BRANCHES | PBC | | |
| OTHER GROUP COMPANIES | PTC | | |
| D.B.D. TREASURERS FUNDING | PUC | | |
| SUB TOTAL | PUC | 1,355,022.56 | |
| TOTAL INTEREST PAID (POC + POC + PBG + PUC) | TIP | 1,422,731.59 | |

FINANCIAL CONTROL DEPARTMENT
JUNE 1986

PERIOD 1 JANUARY 19 TO 12·31·86 GRAND CAYMAN BRANCH

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| COMMISSION | | | |
| C.H.A.P.S. | PAD | | |
| TRANSMISSION - IN PAYMENTS CCY | PBD | | |
| TRANSMISSION - IN PAYMENTS £ | PCD | | |
| TRANSMISSION - OTHER CCY | PYD | | |
| TRANSMISSION - OTHER £ | PED | | |
| TRANSMISSION PAID DDD | PHD | | |
| FOREIGN BUSINESS | PKD | | |
| ACCEPTANCES | PPD | | |
| TRUSTEE | PGD | | |
| SUNDRY RELATED | PHD | | |
| BROKERAGE ON FGN EXCHANGE | PID | | |
| BROKERAGE OTHER | PJD | (1755.56) | |
| PAID - TRAVELLERS CHQS £ | PPD | | |
| RETURN O/D INTEREST USERS CCY | PQD | | |
| RETURN CREDIT INTEREST ON CCY A/CS | POD | | |
| RETURN COMMISSION TO BRANCHES | PND | | |
| EXPORT MANAGEMENT | PSD | | |
| EXPORT NEGOTIATION | PTD | | |
| EUROBOND CHARGES | PUD | | |
| LENDING CCY | PCD | | |
| LENDING £ | PED | | |
| SUNDRY CHARGES G.C.L.P. | PVD | | |
| SUNDRY | PMD | | |
| SUB TOTAL | PKD | (1755.56) | |

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| FOREIGN EXCHANGE INCOME | | | |
| PROFIT (LOSS) FGN EXCHANGE | PLD | | |
| PROFIT FOREIGN TILL | PMD | | |
| SUB TOTAL | PMD | | |

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| INCOME ON INVESTMENTS | | | |
| EUROBONDS - INVESTMENTS | PNQ | | |
| TRADE INV. INC. - INTEREST | PQD | | |
| TRADE INV. INC. - DIVIDENDS | PIB | | |
| DIVIDENDS FROM SUBSIDIARIES | PIB | | |
| OTHER INVESTMENTS | PCB | | |
| SUB TOTAL | PUA | | |

FINANCIAL CONTROL DEPARTMENT
APRIL 1986

PERIOD 1 JANUARY 19 TO [illegible] GRAND CAYMAN BRANCH

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| INCOME ON DEALING ASSETS | | | |
| EUROBONDS HOLDING CCY | FAB | | |
| EUROBOND HOLDING $ | PFB | | |
| G.C.L.P. - TREASURY BILLS | PGF | | |
| G.C.L.P - NOTES/BONDS | PGD | | |
| P/L ON REVALUATION | PJB | | |
| PROFIT ON SALE OF EUROBONDS | PDB | | |
| SUB TOTAL | PLA | | |
| OTHER MONEY MARKET INSTRUMENTS | | | |
| FINANCIAL FUTURES | POO | | |
| INTEREST RATE SWAPS | PRH | (2,961.01) | |
| FUTURE RATE AGREEMENTS | PTT | | |
| SUB TOTAL | PHB | | |
| TOTAL OTHER INCOME (PKD + PMD + PDB + PLA + PHB) | TOI | (4,716.57) | |
| NET INTEREST INCOME (GII - TIP) | NII | 58,396.52 | |
| TOTAL OTHER INCOME | TOI | (4,716.57) | |
| TOTAL INCOME | LPC | 53,679.95 | |

| DETAILS | LINE REF | TOTAL |
|---|---|---|
| PERSONNEL COSTS | | |
| SALARIES & WAGES | HAA | |
| SALARIES & WAGES - CLEANERS | KLA | |
| OVERTIME | GRA | |
| LONDON ALLOWANCE | LCA | |
| NATIONAL INSURANCE | KDA | |
| SOCIAL SECURITY | DFA | |
| MEDICAL INSURANCE | ACA | |
| STATE DISABILITY PREMIUM | XIA | |
| PENSIONS AND GRANTS | KIA | |
| OTHER PAYROLL COSTS | FJA | |
| GENERAL STAFF COSTS | BRA | |
| SUB TOTAL | RQA | |

| OTHER PAY ROLL COSTS | |
|---|---|
| DETAIL | AMOUNT |
| | |
| TO ABOVE | |

| GENERAL STAFF COSTS | |
|---|---|
| DETAIL | AMOUNT |
| | |
| TO ABOVE | |

| DETAILS | LINE REF | TOTAL |
|---|---|---|
| OCCUPATION COSTS | | |
| CLEANING - MATERIALS | BPA | |
| CONTRACT CLEANING | BHA | |
| HEATING & LIGHTING | KQA | |
| RATES & WATER | LRA | |
| SUNDRY OCC. COSTS | KSA | |
| REPAIRS & MAIN COSTS | KTA | |
| RENTS PAID | KUA | |
| RENTS RECEIVED | KXA | ( ) |
| SUB TOTAL | KOO | |

FINANCIAL CONTROL DEPARTMENT
NOVEMBER 1984

INT504- 00266

PERIOD 1 JANUARY 19 TO 12 31 86 CAYMAN BRANCH

| DETAILS | LINK KEY | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| **EQUIPMENT COSTS** | | | |
| RANK XEROX RENT/HIRE | [illegible] | | |
| PHOTOCOPY MACHINE CLICKS | [illegible] | | |
| COMPUTER - OTHER EQUIPMENT RENT/HIRE | [illegible] | | |
| COMPUTER - OTHER EQUIPMENT REPAIRS | EJU | | |
| FURNITURE & FITTINGS - REPAIRS | [illegible] | | |
| F & F - ADDITIONS UNDER £500 | [illegible] | | |
| COMPUTER - OTHER EQUIPMENT ADDITIONS UNDER £500 | EAG | | |
| MECHANICAL EQUIPMENT ADDITIONS UNDER £500 | [illegible] | | |
| SUB TOTAL | [illegible] | | |
| **STATIONERY & TELEPHONE COSTS** | | | |
| STATIONERY PURCHASES | [illegible] | | |
| STATIONERY SALES | [illegible] | ( ) | |
| POSTAGES | [illegible] | | |
| TELEPHONES | [illegible] | | |
| CABLES & TELEXES | [illegible] | | |
| SUB TOTAL | [illegible] | | |
| **GENERAL EXPENSES** | | | |
| INSURANCES | [illegible] | | |
| FARES & SUBS OVERSEAS | [illegible] | | |
| FARES & SUBS OTHER | [illegible] | | |
| INSURANCES - BK VEHICLES | [illegible] | | |
| ENTERTAINMENT - O/S VISITORS | [illegible] | | |
| ENTERTAINMENT - OTHERS | [illegible] | | |
| MILEAGE BK CARS | [illegible] | | |
| MILEAGE STAFF CARS | [illegible] | | |
| HOSPITALITY UK OFFICIALS INFORMAL | [illegible] | | |
| CARRIAGE/FREIGHT CHARGES | [illegible] | | |
| ADVERTISING | [illegible] | | |
| NEWSPAPERS | [illegible] | | |
| LEGAL CHARGES - GENERAL | ELC | | |
| PROFESSIONAL FEES | [illegible] | 16,497.44 | |
| DATA PROCESSING BUREAU COSTS | [illegible] | | |
| SOFTWARE (DP) COSTS | [illegible] | | |
| SUBSCRIPTIONS | [illegible] | | |
| SUB TOTAL CARRIED FWD | X | | |

FINANCIAL CONTROL DEPARTMENT
FEBRUARY 1986

PERIOD 1 JANUARY 19 TO 12 31 86 | Grand Cayman | FL3 BRANCH

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| REP/MARKETING OFFICE COSTS | EMC | | |
| DONATIONS CHARITABLE UK ONLY | ENC | | |
| DONATIONS NON CHARITABLE UK ONLY | EOC | | |
| DONATIONS BRANCHES ABROAD | EUD | | |
| MISCELLANEOUS | EYC | | |
| GRATUITIES TO TRADESMEN | EQC | | |
| SUNDRY LOSSES | ERC | | |
| FORTUITOUS GAINS | ESC | ( ) | |
| CASH SHORTS | ETC | | |
| CASH OVERS | EUC | ( ) | |
| EXPENSES RE BOND ISSUE | EXD | | |
| SUB TOTAL | EVC | 16,497.44 | |
| DEPRECIATION | | | |
| FREE HOLD PREMISES | EWC | | |
| LEASEHOLD PREMISES | EXC | | |
| FURNITURE & FITTINGS | EYC | | |
| COMPUTER & OTHER EQUIPMENT | EZC | | |
| | | | |
| SUB TOTAL | EAD | | |
| TOTAL EXPENDITURE | ABD | 16,497.44 | |
| TOTAL INCOME | LFC | 53,679.95 | |
| TOTAL EXPENDITURE | ABD | ( 16,497.44 ) | |
| GROSS PROFIT (LOSS) | GPL | 37,182.51 | |
| OTHER ITEMS | | | |
| PROFIT (LOSS) ON DISPOSAL OF PREMISES | PLP | | |
| PROFIT (LOSS) ON OTHER DISPOSALS | PLP | | |
| PENSIONS EXPATRIATE STAFF | PLQ | ( ) | |
| PROFIT SHARING PAYMENTS | NPY | ( ) | |
| SUB TOTAL | PNI | | |

FINANCIAL CONTROL DEPARTMENT
FEBRUARY 1986

INT504- 00268

PERIOD 1 JANUARY 19 TO 12.31.86 GRAND CAYMAN BRANCH

| DETAILS | LINE REF | LOCAL CURRENCY |
|---|---|---|
| NET PROFIT (LOSS) BEFORE PROVISIONS (CPL + CMC) | NPL | 37,182.51 |
| PROVISIONS | | |
| NEW AND ADDITIONAL SPECIFIC B & D D | NPM | ( ) |
| RECOVERIES OF SPECIFIC B & D D | NPN | |
| NON-SPECIFIC B & D D PROVISION (ADDITION)/REDUCTION | NPX | ( ) |
| FORTUITOUS RECOVERIES OF AMOUNTS PREVIOUSLY WRITTEN OFF | NPS | |
| PROVISION FOR TAXATION (ADDITION)/REDUCTION | NPR | |
| PROVISION FOR GUARANTEE (HONG KONG ONLY) | NPU | |
| | | |
| SUB TOTAL | NPT | |
| NET PROFIT (LOSS) FOR PERIOD - (NPL + NPT) | NPZ | 37,182.51 — |

Only complete at year ends

| | | |
|---|---|---|
| ACCUMULATED PROFIT (LOSS) AS AT BEGINNING OF YEAR | APL | (18,449.49) |
| NET PROFIT (LOSS) FOR YEAR | NPZ | 37,182.51 |
| ACCUMULATED PROFIT (LOSS) AS AT END OF YEAR | APF | 18,733.02 |
| | | To agree to Balance Sheet line L2C or (AC0) |

We certify that this Profit and Loss Account is in accordance with the books, and to the best of our knowledge and belief gives a true and fair value of the profit for the Year ended [illegible], and has been prepared on a basis consistent with the Profit and Loss Accounts of previous periods.

[signature] BRANCH MANAGER [signature] ACCOUNTANT JAN 5 1987 DATE

Memorandum of any income included in above lines relating to placings made to satisfy local reserve requirements

| DETAILS OF PLACING | LINE REF | LOCAL CURRENCY | LOCAL CURRENCY EQUIVALENT OF FOREIGN CURRENCY | TOTAL LOCAL CURRENCY |
|---|---|---|---|---|
| | | | | |

FINANCIAL CONTROL DEPARTMENT
FEBRUARY 1986

6

REPORTING UNIT: Girard Cayman
FOR PERIOD ENDING: 12.31.86

(Complete in local currency of reporting unit)

| NAB UNIT | PAID (cash paid less opening accrual) | PAYABLE (closing accrual) | P&L CHARGE (sum of paid and payable) | KEY | RECEIVED (cash paid less opening accrual) | RECEIVABLE (closing accrual) | P&L CHARGE (sum of received and receivable) | REF |
|---|---|---|---|---|---|---|---|---|
| NEW YORK | 37.29 | | 37.29 | WA | 18.16 | | 18.16 | WA |
| NEW YORK I.B.F. | 63,399.02 | 48.14 | 63,447.16 | WB | 25,061.68 | | 25,061.68 | WB |
| NASSAU | 363.97 | | 363.97 | WB | 40,760.42 | 22,583.65 | 63,344.07 | WB |
| CHICAGO | | | | WC | | | | WC |
| SAN FRANCISCO | | | | WD | | | | WD |
| CAYMAN | | | | WE | | | | WE |
| MADRID | | | | WR | | | | WR |
| PIRAEUS | | | | WP | | | | WP |
| BAHRAIN | | | | WG | | | | WG |
| SINGAPORE | | | | WH | | | | WH |
| HONG KONG | | | | WI | | | | WI |
| TOKYO | | | | WJ | | | | WJ |
| LONDON CLEARING | | | | WK | | | | WK |
| NAB MONEY BOOK | 619,183.65 | 121,587.79 | 741,011.44 | WL | | | | WL |
| IMO HO & PARIS BOOK | | | | WM | | | | WM |
| AT&NB & TREASURY | | | | WN | | | | WN |
| TOKYO OFFSHORE NAB UNIT | | | | WM | | | | WM |
| OTHER (NOT SET) | | | | WO | | | | WO |
| TOTAL NAB | 1,233,446.93 | 121,575.93 | 1,355,022.86 | WT | 65,870.26 | 22,553.65 | 88,423.91 | WT |
| | | To agree to PR Line INC | To agree to P&L Line INC | | | To agree to AB Line ABC | To agree to P&L Line PA | |

*e.g. NAB domestic branches, SMMO (Sterling Money Market Office, formerly known as CCO) unit — please provide full details overleaf.

| IMO UNIT | PAID (cash paid less opening accrual) | PAYABLE (closing accrual) | P&L CHARGE (sum of paid and payable) | KEY | RECEIVED (cash paid less opening accrual) | RECEIVABLE (closing accrual) | P&L CHARGE (sum of received and receivable) | REF |
|---|---|---|---|---|---|---|---|---|
| PARIS | | | | XA | | | | XA |
| DUNKIRK | | | | XB | | | | XB |
| LYONS | | | | XC | | | | XC |
| MARSEILLES | | | | XD | | | | XD |
| NANTES | | | | XE | | | | XE |
| NICE | | | | XF | | | | XF |
| BLERIOT | | | | XG | | | | XG |
| ANGERS | | | | XH | | | | XH |
| LONDON | | | | XJ | | | | XJ |
| HEAD OFFICE | | | | XK | | | | XK |
| NASSAU | | | | XL | | | | XL |
| MONTE CARLO | | | | XM | | | | XM |
| TOTAL IMO | | | | XT | | | | XT |
| | *See note on R.S | | To agree to P&L Line IBC | | **See note on R.S | | To agree to P&L Line PA | |

CERTIFICATE

We hereby certify that we have agreed all NAB, IMO and Intra-Group Interest with the units/companies concerned. Details and brief explanations of any discrepancies are shown overleaf.

[signature] Manager
Jan 1987 Date

FINANCIAL CONTROL DEPARTMENT
INTERNATIONAL BANKING DIVISION

NOVEMBER 1986

Case 1:95-cv-00758-NBF Document 280-2 Filed 03/04/2005 Page 103 of 113

PERIOD ENDING ..............................

| GROUP COMPANY | ENTER THIS COLUMN UNDER HEADING = PA: PAID (funds paid less opening accrual) | ENTER THIS COLUMN UNDER HEADING = PB: PAYABLE (closing accrual) | ENTER THIS COLUMN: P&L CHARGE (sum of paid and payable) | REF | ENTER THIS COLUMN UNDER HEADING = PA: RECEIVED (cash received less opening accrual) | ENTER THIS COLUMN UNDER HEADING = PB: RECEIVABLE (closing accrual) | DO NOT ENTER THIS COLUMN: P&L CHARGE (sum of received and receivable) | REF |
|---|---|---|---|---|---|---|---|---|
| NATIONAL WESTMINSTER BANK (USA) | | | | [illegible] | | | | [illegible] |
| NATIONAL WESTMINSTER BANK CANADA | | | | [illegible] | | | | [illegible] |
| NW CAYMAN LTD | | | | [illegible] | | | | [illegible] |
| NW (UK) LTD | | | | [illegible] | | | | [illegible] |
| NATIONAL WESTMINSTER BANK AG | | | | [illegible] | | | | [illegible] |
| HANDELSBANK NW ZURICH | | | | [illegible] | | | | [illegible] |
| HANDELSBANK NW NASSAU | | | | [illegible] | | | | [illegible] |
| [illegible] (BELGIUM) | | | | [illegible] | | | | [illegible] |
| [illegible] (FRANCE) | | | | [illegible] | | | | [illegible] |
| [illegible] | | | | [illegible] | | | | [illegible] |
| [illegible] TRAVEL LTD | | | | [illegible] | | | | [illegible] |
| NW INVESTMENT BANK | | | | [illegible] | | | | [illegible] |
| COUNTY BANK INTERNATIONAL SECURITY LTD | | | | [illegible] | | | | [illegible] |
| COUNTY ASIA SECURITY LTD | | | | [illegible] | | | | [illegible] |
| COUTTS & CO | | | | [illegible] | | | | [illegible] |
| COUTTS FINANCE CO | | | | [illegible] | | | | [illegible] |
| CREDIT FACTORING INTERNATIONAL | | | | [illegible] | | | | [illegible] |
| CREDIT FACTORING INC | | | | [illegible] | | | | [illegible] |
| CREDIT FACTORING INC (USA) | | | | [illegible] | | | | [illegible] |
| CREDIT FACTORING LTD | | | | [illegible] | | | | [illegible] |
| CREDIT FACTORING (BELGIUM) | | | | [illegible] | | | | [illegible] |
| CREDIT FACTORING (GERMANY) | | | | [illegible] | | | | [illegible] |
| ISLE OF MAN BANK LTD | | | | [illegible] | | | | [illegible] |
| LOMBARD NORTH CENTRAL LTD | | | | [illegible] | | | | [illegible] |
| LOMBARD ACCEPTANCES LTD | | | | [illegible] | | | | [illegible] |
| LOMBARD & ULSTER BANKING IRELAND | | | | [illegible] | | | | [illegible] |
| LOMBARD AGENCY LTD | | | | [illegible] | | | | [illegible] |
| LOMBARD CONTINENTAL | | | | [illegible] | | | | [illegible] |
| LOMBARD AUSTRALIA | | | | [illegible] | | | | [illegible] |
| NW FINANCE BV | | | | [illegible] | | | | [illegible] |
| NW FINANCE (CI) LTD | | | | [illegible] | | | | [illegible] |
| NW FINANCIAL FUTURES | | | | [illegible] | | | | [illegible] |
| NW HOME LOANS | | | | [illegible] | | | | [illegible] |
| NW INSURANCE SERVICES | | | | [illegible] | | | | [illegible] |
| NW EXPORT FINANCE LTD | | | | [illegible] | | | | [illegible] |
| NW CAPITAL CORP | | | | [illegible] | | | | [illegible] |
| NW [illegible] (HK) LTD | | | | [illegible] | | | | [illegible] |
| NW INVESTMENT AUSTRALIA | | | | [illegible] | | | | [illegible] |
| NW FINANCE AUSTRALIA | | | | [illegible] | | | | [illegible] |
| NW COMMERCIAL SERVICES | | | | [illegible] | | | | [illegible] |
| NW [illegible] INC | | | | [illegible] | | | | [illegible] |
| ULSTER BANK LTD | | | | [illegible] | | | | [illegible] |
| ULSTER INVESTMENT BANK LTD | | | | [illegible] | | | | [illegible] |
| [illegible] LTD | | | | [illegible] | | | | [illegible] |
| NW AUSTRALIA BANK | | | | [illegible] | | | | [illegible] |
| [illegible] LEASING CO | | | | [illegible] | | | | [illegible] |
| LOMBARD LEASING FACILITY | | | | [illegible] | | | | [illegible] |
| [illegible] | | | | [illegible] | | | | [illegible] |
| NW CREDIT CORP | | | | [illegible] | | | | [illegible] |
| NW USA [illegible] | | | | [illegible] | | | | [illegible] |
| COUNTY SECURITIES | | | | [illegible] | | | | [illegible] |
| *** | | | | [illegible] | | | | [illegible] |
| *** | | | | [illegible] | | | | [illegible] |
| TOTAL | | * | | [illegible] | | ** | | [illegible] |

* [illegible] + [illegible] to agree to MS Line [illegible] — To agree to P&L Line [illegible]

** [illegible] + [illegible] to agree to MS Line [illegible] — To agree to P&L Line [illegible]

*** Please refer to Financial Control Department - prior to reporting

FINANCIAL CONTROL DEPARTMENT
INTERNATIONAL BANKING DIVISION
NOVEMBER 1988

PL1

NATIONAL WESTMINSTER BANK PLC

PROFIT AND LOSS ACCOUNT

PERIOD 1 JANUARY 1988 TO 31 DECEMBER 1988

NASSAU BRANCH

| DETAILS | LINE KEY | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| INCOME ON BILLS | | | |
| TREASURY BILLS | PAA | | |
| OTHER BILLS CCY | ICA | | |
| OTHER BILLS £ | RUA | | |
| | | | |
| SUB TOTAL | PDA | | |
| INCOME ON CD'S HELD | PYA | 14,730,861.10 × | |
| INTEREST RECEIVED ON ADVANCES | | | |
| NOSTRO ACCOUNTS | PYB | | |
| BALANCES WITH STATE/CENTRAL BANKS | FCA | | |
| MARKET PLACINGS FGN BKS CCY | PHA | 66,545,682.59 × | |
| MARKET PLACINGS FGN BKS £ | PDK | | |
| MARKET PLACINGS UK BKS CCY | PYE | | |
| MARKET PLACINGS UK BKS £ | PYL | | |
| FEDERAL FUNDS SOLD | LYA | | |
| OVERDRAFTS CCY | PWA | | |
| OVERDRAFTS £ | PDK | | |
| ADVANCES - FGN BILLS CCY | TOA | | |
| ADVANCES - FGN BILLS £ | PKB | | |
| ARBITRAGE PROFITS | PQA | | |
| STAFF LOANS | PWA | | |
| REPURCHASE AGREEMENTS - NON BANKS | PZA | | |
| REPURCHASE AGREEMENTS - BANKS | 9PA | | |
| COMMERCIAL LOANS TO BANKS CCY | IUA | | |
| LOANS UK BANKS £ | PAE | | |
| LOANS FGN BANKS CCY | TCE | | |
| LOANS FGN BANKS £ | PUK | | |
| OTHER LOANS - CCY | HHA | 72,600,837.41 × | |
| OTHER LOANS - £ | IUA | | |
| SUB TOTAL | PSA | 130,226,520.00 | |
| INTEREST ON B AND CD | PPA | | |

FINANCIAL CONTROL DEPARTMENT
MARCH 1988

46

PERIOD 1 JANUARY 1986 TO 31 DECEMBER 1986 NASSAU PL2 BRANCH

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| INTRA GROUP INTEREST RECEIVED | | | |
| NAB BRANCHES | PVA | 9,070,699.33 | |
| IHO BRANCHES | PUA | 6,242,740.06 | |
| OTHER GROUP COMPANIES | PXA | 6,736,146.35 | |
| S.H.M.O. | PLA | | |
| SUB TOTAL | PYA | 22,049,586.74 | |
| GROSS INTEREST INCOME (PDA + PEA + PSA + PTA + PYA) | GII | 175,014,946.84 | |
| INTEREST PAID CURRENT A/CS ETC | | | |
| SIGHT DEPOSITS CCY | PBC | | |
| SIGHT DEPOSITS CCY CRT PAID | PDM | | |
| SIGHT DEPOSITS £ | PCH | | |
| SIGHT DEPOSITS £ CRT PAID | PCM | | |
| NOSTRO ACCOUNTS | PDC | | |
| REBATE ON ACCEPTANCES CCY | PLC | | |
| REBATE ON ACCEPTANCES £ | PQC | | |
| CURRENT A/CS CCY | PDH | | |
| CURRENT A/CS CCY CRT PAID | PDO | | |
| CURRENT A/CS £ | PKC | | |
| CURRENT A/CS £ CRT PAID | PHE | | |
| SUB TOTAL | PCC | | |
| INTEREST PAID DEPOSIT A/CS ETC | | | |
| FEDERAL FUNDS PURCHASED | PBC | | |
| TIME DEPOSITS - NON BKS CCY | PGC | 82,045,245.03 | |
| TIME DEPOSITS - NON BKS CCY CRT PAID | PDP | | |
| TIME DEPOSITS - NON BKS £ | PDH | | |
| TIME DEPOSITS-NON BKS £ CRT PAID | PIE | | |
| SECS SOLD UNDER REP - AGT BKS | PUC | | |
| SECS SOLD UNDER REP - AGT NON BKS | PIC | | |
| CDS ISSUED | PJC | | |
| CAPITAL FUNDS/LOAN CHARGE | PMC | | |
| INTEREST ARBITRAGE COST | PNC | | |
| DISC MKT INT. PAID (TOKYO) | PNC | | |
| DEPOSITS (BANKS) CCY | POO | | |
| DEPOSITS (BANKS) £ NBC | PHC / PPC | 8,670,249.95 | |
| U.S. COMMERCIAL PAPER | PGH | | |
| U.S. $150M 7.5% DEP. NOTE 1991 | PRQ | | |
| SUB TOTAL | PQC | 90,715,494.98 | |

FINANCIAL CONTROL DEPARTMENT
JUNE 1986

PL3

PERIOD 1 JANUARY 1986 TO 31 DECEMBER 1986

NASSAU BRANCH

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| LOAN CAPITAL INTEREST PAID | | | |
| D.M. 40.6M 8% BOND 1988 | PAG | | |
| U.S.$15M 9% CAP. BOND 1986 | PBG | | |
| U.S.$150M F.R. CAP. NOTES 1990 | PCG | | |
| U.S.$75M 9% "B" CAP. BONDS 1986 | PDG | | |
| S.F. 25M "A" LOAN 1987 | PEG | | |
| S.F. 25M "B" LOAN 1987 | PFG | | |
| U.S.$100M F.R. CAP. NOTES 1994 | PGG | | |
| U.S.$50M HAM. HAM. TRUST | PHG | | |
| U.S.$50M TRADE DEVELOPMENT | PIG | | |
| D.M. 100M BOND B.V. | PJG | | |
| U.S.$100M BOND B.V. | PKG | | |
| U.S.$175M BOND B.V. | PLG | | |
| U.S.$150M BOND B.V. | PMG | | |
| £100M BOND (HOME) | PNG | | |
| U.S.$100M CAP. CORP | POG | | |
| U.S.$500M BOND B.V. | PPG | | |
| U.S.$400M F.R. CAP. NOTES 2005 | PQG | | |
| U.S.$1000M PRIMARY CAP. FRNS | PRG | | |
| U.S.$500M BOND SERIES 'C' | PVG | | |
| S.F. 300M CAP BOND 1996 | PUC | | |
| AUST $ 75M CAPITAL NOTES 1993 | PUQ | | |
| SUB TOTAL | PZG | | |
| INTRA GROUP INTEREST PAID | | | |
| HMB BRANCHES | PRC | 60,101,453.04 | |
| IHG BRANCHES | PSC | 8,275,094.54 | |
| OTHER GROUP COMPANIES | PTC | 4,498,205.45 | |
| D.D.D. TREASURERS FUNDING | PWC | | |
| SUB TOTAL | PUC | 72,874,753.03 | |
| TOTAL INTEREST PAID (PCC + PGC + PZG + PUC) | TIP | 163,590,248.01 | |

FINANCIAL CONTROL DEPARTMENT
JUNE 1986

PERIOD 1 JANUARY 1986 TO 31 DECEMBER 1986

NASSAU BRANCH

| DETAILS | LINE KEY | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| COMMISSION | | | |
| C.H.A.P.S. | PAD | | |
| TRANSMISSION - IN PAYMENTS CCY | PBD | | |
| TRANSMISSION - IN PAYMENTS £ | PCD | | |
| TRANSMISSION - OTHER CCY | PYD | | |
| TRANSMISSION - OTHER £ | PXD | | |
| TRANSMISSION PAID OOO | [illegible] | | |
| FOREIGN BUSINESS | [illegible] | | |
| ACCEPTANCES | PWD | | |
| TRUSTEE | PGD | | |
| SUNDRY RELATED | [illegible] | | |
| BROKERAGE ON FOR EXCHANGE | P1D | (394.97) | |
| BROKERAGE OTHER | PJD | (179,154.17) | |
| PAID - TRAVELLERS CHQS £ | PPD | | |
| RETURN O/D INTEREST RCLBS CCY | PQD | | |
| RETURN CREDIT INTEREST ON CCY A/CS | PDD | | |
| RETURN COMMISSION TO BRANCHES | PRD | | |
| EXPORT MANAGEMENT | PSD | | |
| EXPORT NEGOTIATION | PTD | | |
| EUROBOND CHARGES | PUD | | |
| LENDING CCY | PCD | | |
| LENDING £ | PZD | | |
| SUNDRY CHARGES O.C.L.P. | PVD | | |
| SUNDRY | PHD | | |
| SUB TOTAL | PKD | (179,549.14) | |

| | | | |
|---|---|---|---|
| FOREIGN EXCHANGE INCOME | | | |
| PROFIT (LOSS) FOR EXCHANGE | PLD | (1,367.67) | |
| PROFIT FOREIGN TILL | PMD | | |
| SUB TOTAL | PND | (1,367.67) | |

| | | | |
|---|---|---|---|
| INCOME ON INVESTMENTS | | | |
| EUROBONDS - INVESTMENTS | PKG | | |
| TRADE INV. INC. - INTEREST | PQQ | | |
| TRADE INV. INC. - DIVIDENDS | [illegible] | | |
| DIVIDENDS FROM SUBSIDIARIES | P1G | | |
| OTHER INVESTMENTS | PCG | | |
| SUB TOTAL | PLG | | |

FINANCIAL CONTROL DEPARTMENT
APRIL 1986

| DETAILS | LINE REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| **INCOME ON DEALING ASSETS** | | | |
| EUROBONDS HOLDING CCY | PAB | | |
| EUROBOND HOLDING $ | PPB | | |
| G.C.L.P. - TREASURY BILLS | PDF | | |
| G.C.L.P - NOTES/BONDS | PXB | | |
| P/L ON REVALUATION | PAB | | |
| PROFIT ON SALE OF EUROBONDS | PBB | | |
| SUB TOTAL | PLA | | |
| **OTHER MONEY MARKET INSTRUMENTS** | | | |
| FINANCIAL FUTURES | POO | | |
| INTEREST RATE SWAPS | PEH | (2,916,111.64) | |
| FUTURE RATE AGREEMENTS | PFF | | |
| SUB TOTAL | PMO | (2,916,111.64) | |
| TOTAL OTHER INCOME (PXO + PNO + POB + PLA + PMO) | TOI | (3,097,028.45) | |
| NET INTEREST INCOME (OII - TIP) | NII | 11,424,718.83 | |
| TOTAL OTHER INCOME | TOI | (3,097,028.45) | |
| TOTAL INCOME | LPC | 8,327,690.38 | |

| DETAILS | LINE REF | |
|---|---|---|
| **PERSONNEL COSTS** | | |
| SALARIES & WAGES | DAA | |
| SALARIES & WAGES - CLEANERS | ELA | |
| OVERTIME | EHA | |
| LONDON ALLOWANCE | HCA | |
| NATIONAL INSURANCE | EOA | |
| SOCIAL SECURITY | EFA | |
| MEDICAL INSURANCE | YOA | |
| STATE DISABILITY PREMIUM | IOA | |
| PENSIONS AND GRANTS | EJA | |
| OTHER PAYROLL COSTS | KJA | |
| GENERAL STAFF COSTS | DXA | |
| SUB TOTAL | PCA | |

| OTHER PAY ROLL COSTS | |
|---|---|
| DETAIL | AMOUNT |
| | |
| TO AGREE | |

| GENERAL STAFF COSTS | |
|---|---|
| DETAIL | AMOUNT |
| | |
| TO AGREE | |

| DETAILS | LINE REF | |
|---|---|---|
| **OCCUPATION COSTS** | | |
| CLEANING - MATERIALS | KFA | |
| CONTRACT CLEANING | MAA | |
| HEATING & LIGHTING | HOA | |
| RATES & WATER | EBA | |
| SUNDRY OCC. COSTS | YSA | |
| REPAIRS & MAIN COSTS | ETA | |
| RENTS PAID | EUA | |
| RENTS RECEIVED | EYA | ( ) |
| SUB TOTAL | KYO | |

FINANCIAL CONTROL DEPARTMENT
NOVEMBER 1986

INT504- 00276

PERIOD: 1 JANUARY 1986 TO 31 DECEMBER 1986 NASSAU BRANCH

| DETAILS | LINK REF | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| EQUIPMENT COSTS | | | |
| BANK XEROX RENT/HIRE | [illegible] | | |
| PHOTOCOPY MACHINE CHGS | [illegible] | | |
| COMPUTER - OTHER EQUIPMENT RENT/HIRE | [illegible] | | |
| COMPUTER - OTHER EQUIPMENT REPAIRS | [illegible] | | |
| FURNITURE & FITTINGS - REPAIRS | [illegible] | | |
| F & F - ADDITIONS UNDER £500 | [illegible] | | |
| COMPUTER - OTHER EQUIPMENT ADDITIONS UNDER £500 | KAG | | |
| MECHANICAL EQUIPMENT ADDITIONS UNDER £500 | [illegible] | | |
| SUB TOTAL | [illegible] | | |
| STATIONERY & TELEPHONE COSTS | | | |
| STATIONERY PURCHASES | [illegible] | | |
| STATIONERY SALES | [illegible] | ( ) | |
| POSTAGES | [illegible] | | |
| TELEPHONES | [illegible] | | |
| CABLES & TELEXES | [illegible] | | |
| SUB TOTAL | ESB | | |
| GENERAL EXPENSES | | | |
| INSURANCES | [illegible] | | |
| FARES & SUBS OVERSEAS | [illegible] | | |
| FARES & SUBS OTHER | EAB | | |
| INSURANCES - BK VEHICLES | [illegible] | | |
| ENTERTAINMENT - O/S VISITORS | [illegible] | | |
| ENTERTAINMENT - OTHERS | [illegible] | | |
| MILEAGE BK CARS | [illegible] | | |
| MILEAGE STAFF CARS | [illegible] | | |
| HOSPITALITY BK OFFICIALS INFORMAL | EAC | | |
| CARRIAGE/FREIGHT CHARGES | [illegible] | | |
| ADVERTISING | [illegible] | | |
| NEWSPAPERS | [illegible] | | |
| LEGAL CHARGES - GENERAL | ELC | | |
| PROFESSIONAL FEES | [illegible] | (10,923.65) | |
| DATA PROCESSING BUREAU COSTS | [illegible] | | |
| SOFTWARE (DP) COSTS | [illegible] | | |
| SUBSCRIPTIONS | [illegible] | | |
| SUB TOTAL CARRIED FWD | X | (10,923.65) | |

FINANCIAL CONTROL DEPARTMENT
FEBRUARY 1986

PERIOD 1 JANUARY 1986 TO 31 DECEMBER 1986 NASSAU FLP BRANCH

| DETAILS | LINK KEY | TOTAL (LOCAL CURRENCY) | FOR FINANCIAL CONTROL DEPARTMENT USE ONLY |
|---|---|---|---|
| REP/MARKETING OFFICE COSTS | EMC | | |
| DONATIONS CHARITABLE UK ONLY | ENC | | |
| DONATIONS NON CHARITABLE UK ONLY | EOC | | |
| DONATIONS BRANCHES ABROAD | EHD | | |
| MISCELLANEOUS | EPC | (500,000.00) | |
| GRATUITIES TO TRADESMEN | EQC | | |
| SUNDRY LOSSES | ERC | | |
| FORTUITOUS GAINS | ESC | ( ) | |
| CASH SHORTS | ETC | | |
| CASH OVERS | EUC | ( ) | |
| EXPENSES RE BOND ISSUE | EWD | | |
| SUB TOTAL | EYC | (500,000.00) | |
| DEPRECIATION | | | |
| FREE HOLD PREMISES | EWC | | |
| LEASEHOLD PREMISES | EXC | | |
| FURNITURE & FITTINGS | EYC | | |
| COMPUTER & OTHER EQUIPMENT | EZC | | |
| | | | |
| SUB TOTAL | FAD | | |
| TOTAL EXPENDITURE | ABD | (510,923.65) | |
| TOTAL INCOME | LYC | | |
| TOTAL EXPENDITURE | ABD | ( ) | |
| GROSS PROFIT (LOSS) | GPL | | |
| OTHER ITEMS | | | |
| PROFIT (LOSS) ON DISPOSAL OF PREMISES | PLP | | |
| PROFIT (LOSS) ON OTHER DISPOSALS | PLF | | |
| PENSIONS EXPATRIATE STAFF | PLC | ( ) | |
| PROFIT SHARING PAYMENTS | HPT | ( ) | |
| SUB TOTAL | PHI | | |

FINANCIAL CONTROL DEPARTMENT
FEBRUARY 1986

PERIOD 1 JANUARY 1986 TO 31 DECEMBER 1986 NASSAU BRANCH

| DETAILS | LINE REF | LOCAL CURRENCY |
|---|---|---|
| NET PROFIT (LOSS) BEFORE PROVISIONS (GPL + PMI) | NPL | $ 7,816,766.73 |

| PROVISIONS | | |
|---|---|---|
| NEW AND ADDITIONAL SPECIFIC B & D D | NPN | ( ) |
| RECOVERIES OF SPECIFIC B & D D | RPN | |
| NON-SPECIFIC B & D D PROVISION (ADDITION)/REDUCTION | NPR | ( ) |
| FORTUITOUS RECOVERIES OF AMOUNTS PREVIOUSLY WRITTEN OFF | RPS | |
| PROVISION FOR TAXATION (ADDITION)/REDUCTION | LPX | |
| PROVISION FOR GUARANTEE (HONG KONG ONLY) | NPG | |
| | | |
| SUB TOTAL | NPT | |

| | | |
|---|---|---|
| NET PROFIT (LOSS) FOR PERIOD = (NPL + NPT) | NPZ | $ 7,816,766.73 . - |

Only complete at year ends

| | | |
|---|---|---|
| ACCUMULATED PROFIT (LOSS) AS AT BEGINNING OF YEAR | APL | $ 26,947,044.42 |
| NET PROFIT (LOSS) FOR YEAR | NPZ | $ 7,816,766.73 |
| ACCUMULATED PROFIT (LOSS) AS AT END OF YEAR | APF | $ 34,763,811.15 |
| | | To agree to Balance Sheet line LZC or (ACD) |

We certify that this Profit and Loss Account is in accordance with the books, and to the best of our knowledge and belief gives a true and fair value of the profit for the YEAR ended 31 DEC 1986, and has been prepared on a basis consistent with the Profit and Loss Accounts of previous periods.

[signature] BRANCH MANAGER [signature] ACCOUNTANT JANUARY 2, 1986 DATE

Memorandum of any income included in above lines relating to placings made to satisfy local reserve requirements

| DETAILS OF PLACING | LINE REF | LOCAL CURRENCY | LOCAL CURRENCY EQUIVALENT OF FOREIGN CURRENCY | TOTAL LOCAL CURRENCY |
|---|---|---|---|---|
| | | | | |

FINANCIAL CONTROL DEPARTMENT
FEBRUARY 1986

6

NASSAU

FOR PERIOD ENDING ..31/12/86..............

(Complete in local currency of reporting unit)

| NWB UNIT | PAID (cash paid less opening accrual) | PAYABLE (closing accrual) | P&L CHARGE (sum of paid and payable) | REF | RECEIVED (cash paid less opening accrual) | RECEIVABLE (closing accrual) | P&L CHARGE (sum of received and receivable) | REF |
|---|---|---|---|---|---|---|---|---|
| NEW YORK | 165,012.62 | | 165,012.62 | NA | 790,994.18 | 1,302,361.11 | 2,093,355.29 | NRA |
| NEW YORK I.B.F. | 18,426,172.30 | | 18,426,172.30 | NN | 697,345.85 | | 697,345.85 | NRB |
| NASSAU | | | | NB | | | | NRB |
| CHICAGO | 164,965.98 | | 164,965.98 | NC | 2,192,353.36 | 279,056.36 | 2,471,409.72 | NRC |
| SAN FRANCISCO | 1,979.17 | | 1,979.17 | ND | 2,545,234.31 | 261,690.40 | 2,806,924.71 | NRD |
| CAYMAN | 40,760.42 | 22,583.65 | 63,344.07 | NP | 363.97 | | 363.97 | NRP |
| MADRID | 4,044.35 | | 4,044.35 | NE | 172,112.04 | | 172,112.04 | NRE |
| PIRAEUS | | | | NF | | | | NRF |
| BAHRAIN | | | | NG | | | | NRG |
| SINGAPORE | | | | NH | | | | NRH |
| HONG KONG | | | | NK | | | | NRK |
| TOKYO | | | | NU | 550,478.80 | 250,078.12 | 800,556.92 | NRJ |
| LONDON OPERATIONS | 6,899,218.77 | | 6,899,218.77 | NK | 28,630.33 | | 28,630.33 | NRK |
| NWB MONEY DESK | 29,466,055.00 | 914,082.45 | 30,380,137.45 | NL | | | | NRL |
| NWB ID & TRADE DESK | 3,996,578.33 | | 3,996,578.33 | NM | | | | NRM |
| ATHENS & THESSALONIKI | | | | NN | | | | NRN |
| TOKYO OFFSHORE BKG UNIT | | | | NM | | | | NRM |
| OTHER (NON IBD*) | | | | NO | | | | NRO |
| TOTAL NWB | 59,164,786.94 | 936,666.10 | 60,101,453.04 | NT | 6,977,513.34 | 2,093,185.99 | 9,070,699.33 | NRT |
| | | To agree to DS Line NC | To agree to P&L Line NC | | | To agree to DS Line NRC | To agree to P&L Line NRA | |

*e.g. NWB domestic branches, SMMO (Sterling Money Market Office, formerly known as CMD) etc - please provide full details overleaf.

| IBD UNIT | PAID (cash paid less opening accrual) | PAYABLE (closing accrual) | P&L CHARGE (sum of paid and payable) | REF | RECEIVED (cash paid less opening accrual) | RECEIVABLE (closing accrual) | P&L CHARGE (sum of received and receivable) | REF |
|---|---|---|---|---|---|---|---|---|
| PARIS | 69,358.69 | | 69,358.69 | XA | 1,050,248.80 | | 1,050,248.80 | XRA |
| BORDEAUX | .. | | | XB | | | | XRB |
| LYONS | | | | XC | | | | XRC |
| MARSEILLES | | | | XD | | | | XRD |
| NANTES | | | | XE | | | | XRE |
| NICE | | | | XF | | | | XRF |
| BRUSSELS | 519,585.93 | 114,470.07 | 634,056.00 | XG | 1,089,857.48 | 414,375.00 | 1,504,232.48 | XRG |
| ANTWERP | | | | XH | | | | XRH |
| LONDON | 3,877,902.56 | 3,693,777.30 | 7,571,679.86 | XJ | 3,515,160.32 | 173,098.46 | 3,688,258.78 | XRJ |
| HEAD OFFICE | | | | XK | | | | XRK |
| NASSAU | | | | XL | | | | XRL |
| MONTE CARLO | | | | XM | | | | XRM |
| TOTAL IBD | 4,466,847.17 | 3,808,247.37 | 8,275,094.54 * | XT | 5,655,266.60 | 587,473.46 ** | 6,242,740.06 | XRT |
| | *See note on ILS | | To agree to P&L Line ISC | | **See note on ILS | | To agree to P&L Line IRA | |

CERTIFICATE

We hereby certify that we have agreed all NWB, IBD and Intra-Group Interest with the units/companies concerned. Details and brief explanations of any disagreements are shown overleaf.

[signature] Signature

1/1/87 Date

FINANCIAL CONTROL DEPARTMENT
INTERNATIONAL BANKING DIVISION

NOVEMBER 1986

[signature]

| GROUP COMPANY | PAID (cash paid less opening accrual) | PAYABLE (closing accrual) | P&L CHARGE (sum of paid and payable) | KEY | RECEIVED (cash received less opening accrual) | RECEIVABLE (closing accrual) | P&L CHARGE (sum of received and receivable) | KEY |
|---|---|---|---|---|---|---|---|---|
| NATIONAL WESTMINSTER BANK (USA) | | | | SPA | 657,505.14 | 335,969.23 | 993,474.37 | SHA |
| NATIONAL WESTMINSTER BANK CANADA | 221,149.45 | | 221,149.45 | [illegible] | | | | [illegible] |
| NW CAYMAN LTD | | | | [illegible] | | | | [illegible] |
| NW (IR) LTD | | | | [illegible] | | | | [illegible] |
| DEUTSCHE WESTMINSTER BANK AG | 54,251.23 | | 54,251.23 | [illegible] | 32,622.75 | | 32,622.75 | [illegible] |
| HANDELSBANK NW ZURICH | | | | [illegible] | | | | [illegible] |
| HANDELSBANK NW NASSAU | | | | [illegible] | | | | [illegible] |
| CREDIC (BELGIUM) | | | | [illegible] | | | | [illegible] |
| CREDIC (FRANCE) | | | | [illegible] | | | | [illegible] |
| CREDIC UK | | | | [illegible] | | | | [illegible] |
| COUNTY NW TRAVEL LTD | | | | [illegible] | | | | [illegible] |
| NW INVESTMENT BANK LONDON | 947,921.59 | 932,986.11 | 1,880,907.70 | [illegible] | 1,772,610.36 | 1,296,909.72 | 3,069,520.08 | [illegible] |
| COUNTY BANK INTERNATIONAL SECURITY LTD | 5,646.06 | | 5,646.06 | [illegible] | | | | [illegible] |
| COUNTY ASIA SECURITY LTD | | | | [illegible] | | | | [illegible] |
| COUTTS & CO | 269,228.45 | | 269,228.45 | [illegible] | 369,866.30 | | 369,866.30 | [illegible] |
| COUTTS NASSAU CO | 11,472.22 | | 11,472.22 | SPX | | | | [illegible] |
| CREDIT FACTORING INTERNATIONAL | | | | [illegible] | | | | [illegible] |
| CREDIT FACTORING INC | | | | [illegible] | | | | [illegible] |
| CREDIT FACTORING INC (USA) | | | | [illegible] | | | | [illegible] |
| CREDIT FACTORING LTD | | | | [illegible] | | | | [illegible] |
| CREDIT FACTORING (BELGIUM) | | | | [illegible] | | | | [illegible] |
| CREDIT FACTORING (GERMANY) | | | | [illegible] | | | | [illegible] |
| ISLE OF MAN BANK LTD | | | | [illegible] | | | | [illegible] |
| LOMBARD NORTH CENTRAL LTD | | | | [illegible] | | | | [illegible] |
| LOMBARD ASSURANCE LTD | | | | [illegible] | | | | [illegible] |
| LOMBARD & ULSTER BANKING IRELAND | | | | [illegible] | | | | [illegible] |
| LOMBARD AGENCY LTD | | | | [illegible] | | | | [illegible] |
| LOMBARD CHARTERLINE | | | | [illegible] | | | | [illegible] |
| LOMBARD AUSTRALIA | | | | [illegible] | | | | [illegible] |
| NW FINANCE BV | | | | [illegible] | | | | [illegible] |
| NW FINANCE (CI) LTD | | | | [illegible] | | | | [illegible] |
| NW FINANCIAL FUTURES | | | | [illegible] | | | | [illegible] |
| NW BANK LOANS | | | | [illegible] | | | | [illegible] |
| NW INSURANCE SERVICES | | | | [illegible] | | | | [illegible] |
| NW EXPORT FINANCE LTD | | | | [illegible] | | | | [illegible] |
| NW CAPITAL CORP | 493,475.59 | 5,371.61 | 498,847.20 | UPD | | | | [illegible] |
| NW LOMBARD (HK) LTD | | | | [illegible] | 1,930.20 | | 1,930.20 | [illegible] |
| NW INVESTMENT AUSTRALIA | | | | [illegible] | | | | [illegible] |
| NW FINANCE AUSTRALIA | | | | [illegible] | | | | [illegible] |
| NW COMMERCIAL SERVICES | | | | [illegible] | | | | [illegible] |
| NW HOLDING INC | 439,145.18 | | 439,145.18 | [illegible] | | | | [illegible] |
| ULSTER BANK LTD DUBLIN | 780,290.33 | | 780,290.33 | [illegible] | 1,381,008.11 | 129,305.56 | 1,510,313.67 | [illegible] |
| ULSTER INVESTMENT BANK LTD | 9,958.37 | | 9,958.37 | [illegible] | 23,315.84 | | 23,315.84 | [illegible] |
| ULSTER BELFAST | 170,240.84 | | 170,240.84 | UPS | 166,383.38 | 478,896.06 | 645,279.44 | [illegible] |
| NW AUSTRALIA BANK | | | | [illegible] | | | | [illegible] |
| LOMBARD LEASING CO | | | | [illegible] | | | | [illegible] |
| LOMBARD LEASING FACILITY | | | | [illegible] | | | | [illegible] |
| [illegible] | | | | [illegible] | | | | [illegible] |
| NW CREDIT CORP | | | | [illegible] | | | | [illegible] |
| NW USA INT INC | 127.25 | | 127.25 | [illegible] | | | | [illegible] |
| COUNTY SECURITIES | 47,954.81 | | 47,954.81 | [illegible] | | | | [illegible] |
| *** NWIB NEW YORK | 585,266.09 | | 585,266.09 | [illegible] | | | | [illegible] |
| *** COUNTY NW GOV'T SECS | 3,720.27 | | 3,720.27 | [illegible] | 89,823.62 | | 89,823.62 | [illegible] |
| TOTAL | 3,559,847.73 | 938,357.72 | 4,498,205.45 | ZPT | 4,495,065.78 | 2,241,080.57 | 6,736,146.35 | [illegible] |

* [illegible] to agree to [illegible] Line [illegible] — To agree to P&L Line PPC

** [illegible] to agree to [illegible] Line AUC — To agree to P&L Line [illegible]

*** Please refer to Financial Control Department - prior to reporting

FINANCIAL CONTROL DEPARTMENT
INTERNATIONAL BANKING DIVISION
NOVEMBER 1986

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 95-758T**
**(Judge Nancy B. Firestone)**

**National Westminster Bank PLC,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant.**

# EXPERT REPORT OF JAMES READ ON THE INTEREST RATE ISSUE

**Prepared for the**
**U.S. Department of Justice**

***The Brattle Group***
**44 Brattle Street**
**Cambridge, MA 02138-3736**
**617.864.7900 voice**
**617.864.1576 fax**

**March 4, 2005**

## INTRODUCTION

1. My name is James Read. I am a Principal and Director of The Brattle Group. My office is located at 44 Brattle Street in Cambridge, Massachusetts.

2. The Brattle Group is an economic, environmental, and management consulting firm. My consulting practice is focused on valuation, risk management, and capital budgeting. Before joining The Brattle Group I was a Principal and Director of Incentives Research Inc. and prior to that was Director of Financial Consulting at Charles River Associates. I hold a B.A. in Economics from Princeton University and an M.S. (Finance) from the Sloan School of Management at the Massachusetts Institute of Technology. A detailed description of my qualifications, including publications and recent testimony, is included as Appendix A.

3. I have been asked by the United States Department of Justice ("DOJ") to render an opinion as to whether the interest income and interest expense reported by National Westminster Bank PLC ("NatWest") with respect to transactions among its six U.S. branches and affiliates during the tax years 1981 through 1987 reflect arm's-length interest rates. I have also been asked, if I conclude that reported interest income and interest expense do not reflect arm's-length interest rates, to quantify, if possible, the adjustments that would be required to reported income and expenses so that they do reflect arm's-length interest rates.

4. A list of documents I have considered in the course of forming my opinion on this matter is included as Appendix B.

5. For my work in connection with this report and for my time involved with testimony at deposition and trial in this action, The Brattle Group bills at the customary rate of $360 per hour.

## SUMMARY AND PRELIMINARY CONCLUSIONS

6. My examination has focused on transactions among NatWest U.S. branches and related parties.

7. NatWest has represented to the DOJ that all interest-bearing related-party transactions of its U.S. branches, other than capital loans, fall into two categories: current account transactions and money market transactions.

8. My understanding is that NatWest is liable under Article 7(2) of the United States–United Kingdom Income Tax Convention (the "U.S.-U.K. Tax Treaty" or the "Treaty") for tax on the profits that a permanent establishment in the United States "might be expected to make if it were a distinct and separate enterprise engaged in the same or similar activities under the same or similar conditions and dealing wholly independently with the enterprise of which it is a permanent establishment."

9. The U.S. branches did not pay interest on current accounts with third parties, whereas they did pay interest on current accounts with at least two related parties. If a U.S. branch had been "dealing wholly independently with the enterprise of which it is a permanent establishment", it would not have paid interest on current accounts with related parties. Therefore, it appears to be a violation of the principles set forth in the U.S.-U.K. Tax Treaty for NatWest to deduct interest expense from related-party current accounts on its U.S. income tax returns. I have identified approximately $33 million of interest the U.S. branches paid on current accounts with these two related parties during the tax years in question.

10. So far as I have been able to determine, the U.S. branches did not pay interest on other current accounts with related parties or third parties. However, the U.S. branches computed notional interest on these current account balances, which they deducted from commission fees the accounts owed. This fee structure was equivalent to paying interest, since the higher the interest rate used to compute notional interest, the lower the net commissions the customer would be charged, up to the point that commissions net of credit interest was zero. The fee structure applied to related parties as well as third parties, but the interest rate used to compute notional interest was higher for many related-party current accounts than it was for third-party current accounts. If a U.S. branch had been "dealing wholly independently" with related parties, it would have computed notional interest on all of its current accounts at the same rate it computed notional interest on third-party accounts. Had NatWest reported its income with respect to its U.S. branches in accord with the principles of the U.S.-U.K. Tax Treaty, its income for tax purposes in the years in question would have been greater.

11. The U.S. branches extended overdraft privileges to current account customers and charged interest on overdraft (debit) balances. The interest rate charged to many related parties on debit balances was lower than the rate charged to third parties. As a result, the income reported by NatWest with respect to its U.S. branches in the tax years in question was lower than it would have been had the U.S. branches charged third-party rates on related-party accounts. This too appears to be a violation of the principles set forth in the U.S.-U.K. Tax Treaty.

12. Aside from interest paid by the U.S. branches to the two related parties, I have not been able to calculate how much greater NatWest's income with respect to its U.S. branches' current account transactions would have been had NatWest reported its income from related-party transactions in accord with the principles set forth in the Treaty. The required calculations would be very time consuming. My best estimate at this time is that this would require roughly one man-year of effort.

13. With respect to money market transactions, I have found evidence that during the tax years in question, the interest rates the U.S. branches received from related parties for overnight placings were less than the rates they received from third parties. I have also found evidence that the interest rates the U.S. branches paid to related parties for overnight deposits were greater than the rates they paid to third parties. These findings suggest that NatWest may have overstated its interest expense and understated its interest income with respect to its money market transactions at U.S. branches in the tax years in question. However, the

findings are based on very small samples of transactions and therefore are not sufficient to reach a conclusion.

14. I am unable at this time to render an opinion as to whether the interest income and interest expense reported by NatWest with respect to money market transactions by its U.S. branches with related parties reflect arm's-length interest rates. The impediments to making such a determination are formidable:

    a. The U.S. branch records that NatWest has made available to the DOJ are not in a computer-readable format. In order to use data from these records, they must first be entered into electronic files, and the data entry process must be audited. Furthermore, some of the relevant records are illegible and others are missing altogether.

    b. I estimate that the U.S. branches had over 250,000 money market transactions during the tax years in question. Testing the arm's-length nature of interest rates on each related-party transaction would therefore be impractical. On the other hand, in order to rely on a subset of the transactions to test the arm's-length nature of the interest rates used by NatWest to compute interest income and expenses for its U.S. branches, one would need to develop and implement an appropriate statistical sampling methodology. Developing a satisfactory statistical sampling methodology would entail substantial time and effort. I have not undertaken to develop a sampling methodology for the U. S. branches' money market transactions in the short time since the close of discovery.

15. Because I have not been able to test whether U.S. branch money market transactions with related parties reflect arm's-length interest rates, I have of course not been in a position to calculate what NatWest's interest income and interest expense would have been with respect to its U.S. branches if the U.S. branches' income and expenses had been maintained in a manner consistent with the U.S.-U.K. Tax Treaty.

**BACKGROUND**

16. The six U.S. branches of NatWest are New York, New York International Banking Facility ("IBF"), Nassau, Chicago, San Francisco, and Cayman Islands.

17. The principal businesses of the U.S. branches of NatWest during the years in question were wholesale banking—in particular, lending money to large corporations and money market trading.

18. Due to the nature of its business, NatWest's income with respect to its U.S. branches consisted chiefly of interest income and its expenses consisted chiefly of interest expense. The interest rates on borrowing and lending by the U.S. branches are key determinants of NatWest's interest income and interest expense with respect to the U.S. branches for the tax years in question.

**Legal Standards**

19. My understanding is that the determination of NatWest's taxable income with respect to the operations of its six U.S. branches is governed by Article 7(2) of the 1975 United States–United Kingdom Income Tax Convention (the "U.S.-U.K. Tax Treaty" or the "Treaty"). My further understanding is that NatWest is liable under Article 7(2) of the Treaty for tax on the profits that a permanent establishment (i.e., a branch) in the United States "might be expected to make if it were a distinct and separate enterprise engaged in the same or similar activities under the same or similar conditions and dealing wholly independently with the enterprise of which it is a permanent establishment."

20. The application of the Treaty to NatWest's branch operations in the United States has been interpreted in two U.S. Court of Federal Claims decisions, one by Judge Turner in July 1999 and the other by Judge Firestone in November 2003.

    a. Judge Turner held that the profits of a U.S. branch that are subject to tax "should be based on the books of account of such branch maintained as if the branch were a distinct and separate enterprise dealing wholly independently with the remainder of the foreign corporation, provided that the financial records of the branch, especially those reflecting intra-corporate lending transactions, are subject to adjustment as may be necessary for imputation of adequate capital to the branch and to insure use of market rates in computing interest expense." 44 Fed. Cl. 120, 128 (1999).

    b. Judge Firestone held that the Treaty "requires the government to use the properly maintained books of the branch to determine each element affecting the profits … and may only allot additional capital to the branch, if, in fact, capital allotted to the branch was not properly noted on its books as 'capital'." 58 Fed. Cl. 491, 492 (2003). Although the books may be adjusted if they do not properly identify capital infusions that are "in fact" made, Treaty Article 7 does not permit adjustments to reflect "hypothetical" infusions "based upon banking and market requirements that do not apply to the branch." 58 Fed. Cl. at 498.

    c. Judge Firestone continued and upheld NatWest's view that branch books may be adjusted in three circumstances: "(1) an interest expense was deducted for advances to the branch that were not used in the ordinary course of its banking business; (2) an interest expense was deducted on amounts designated as capital on its books or on amounts that were in fact allotted to it for capital purposes, such as funding capital infrastructure; and (3) interest paid on inter-branch borrowings was not at arms' length." 58 Fed. Cl. at 505.

    d. Finally, Judge Firestone ruled that the historic position of the United Kingdom, reflected in the Inland Revenue Manual, "will provide an adequate basis for the parties to resolve the 'capital' accounts of the branch and the interest deduction allowed by the branch." 58 Fed. Cl. at 506.

21. As a result, the assessment of interest expense for tax purposes is divided into two issues: 1) How much capital did the branches have? 2) What were arm's-length interest rates on its

interest bearing obligations? This evaluation of interest expense using two segregated issues is problematic, because the interest rates a firm pays depend on its capital. The two issues are not independent. For example, the more capital the firm has outstanding, the lower the interest rate it will have to pay, other things being equal. Nevertheless, I am constrained by the Court's legal opinions to confine my attention to the question of whether the interest rates used to compute the interest income and interest expense reported by NatWest with respect to its U.S. branches in the tax years at issue are consistent with arm's-length transactions. I am aware that the U.S. branches were not separately incorporated and thus that the arm's-length rates at which the branches could borrow reflected the capital and credit quality of NatWest as a whole.

**Determinants of Arm's-Length Interest Rates**

22. An "arm's-length" transaction is a transaction between unrelated parties, each of whom is acting in its own self interest, neither being under any compulsion to deal with the other. The interest rate on an interest bearing debt obligation, therefore, can be characterized as an arm's-length interest rate if the rate is that which would prevail between a borrower and lender who are unrelated and are acting in their respective self interests. In the balance of my report, I will use the term "loan" as shorthand for "interest bearing debt obligation".

23. Interest rates prevailing in competitive money and capital markets are arm's-length interest rates.

24. Many factors can influence the arm's-length interest rate on a loan, including (but not necessarily limited to) the following:

    a. The currency in which the loan is denominated. For example, interest rates on U.S. dollar-denominated loans will in general differ from interest rates on U.K. sterling-denominated but otherwise comparable loans.

    b. The origination date of the loan. Market rates, especially on short-term loans, vary from day to day and even within a day.

    c. The delivery date of the loan. The time funds are made available to the borrower often lags the origination date of a loan.

    d. Maturity date of loan. The interest rate on a loan extended for one month will differ from the interest rate on a loan extended for one year, for example.

    e. Repayment schedule. The interest rates on two otherwise identical loans will differ if one loan will be repaid in installments whereas the other will be repaid in a lump sum at maturity.

25. In addition to these timing attributes, arm's-length interest rates depend on the prospects that the borrower will default and, in the event of default, how much the lender will recover.

a. The credit quality of the borrower is closely related to the amount and quality of assets the borrower holds and the amount and quality of the other liabilities the borrower has outstanding.

b. The seniority of the debt obligation. The term "seniority" refers to the rank of a debt obligation in the priority of claims. Other things being the same, the interest rate on a senior debt issue will be lower than the rate on a subordinated debt issue.

c. The security, if any, pledged for the loan. Some loans are secured by specified assets (e.g., real estate for mortgage debt). The interest rate on a secured loan is usually lower than the rate on an otherwise equivalent unsecured loan to the same borrower.

d. Most loans are extended at interest rates that are fixed at origination. However, in some cases the rate is adjusted from time to time according to a formula. The formula is another factor that influences competitive rates at the inception and over the life of a loan. The interest rate might be determined based on a specified index (one-month LIBOR plus a fixed spread) and adjusted with a specified frequency (e.g., monthly).

26. Other factors, too, can affect arm's-length interest rates. Among these are, e.g., the borrower's rights to prepay the loan and associated prepayment penalties, if any; and the lender's rights, if any, to demand payment of principal and interest prior to the maturity of the loan. Interest rates may be affected by other terms and conditions of a loan, such as requirements that certain financial ratios be maintained.

27. Finally, competitive interest rates are affected by costs related to marketing, credit evaluation, negotiation, and administering loans. A lender needs to charge an all-in interest rate (or interest rate plus additional fees) that cover(s) its costs of doing business. These related costs might be reflected, e.g., in interest rates that differ by size of loan.

## ANALYSIS OF NATWEST U.S. BRANCH TRANSACTIONS

28. My efforts have been focused on assessing whether the interest rates on loans among the U.S. branches and related parties were at arm's length. I distinguished related parties from third parties using the A220 reports. Specifically, I treated counterparties identified on the A220 reports as "NWB/IWB Group"—and other counterparties identifiable as such but for which no A220 entry was found—as U.S. branch related parties. I treated all other counterparties as third parties.

29. My understanding is that Plaintiff has represented that all relevant interest-bearing related party transactions of the U. S. branches during the tax years at issue are reported in either the A220 or M262 reports.[1] The A220 reports describe activity in "current accounts". Current accounts consist of demand deposits, i.e., funds that customers were entitled to withdraw with no notice. The M262 reports describe "money market" transactions. Money market

[1] Plaintiff's response to Interrogatory No. 8.16.

transactions are short-term, usually with maturities of less than one year. Money market transactions amongst the U.S. branches and related parties included "placings" (loans to banks or other financial companies) and deposits. Most of these were very short term, often only one day.

**NatWest Records of the Transactions of the U.S. Branches**

30. Records made available by NatWest include A220 reports, M262 (or M070) reports, B118 reports, and B126 reports for each of the six U.S. branches. A220 reports are monthly records of current account transactions. M262 reports are daily records of money market transactions. (M070 reports contain the same information as M262 reports but are organized differently.) B118 reports are profit and loss (P/L) reports. B126 reports are balance sheets. Not all of these documents are legible. Some of the reports prepared during the tax years at issue are missing.

31. NatWest has also made available some manually prepared P/L reports and balance sheets, which were prepared on a quarterly basis. My understanding is that the manually prepared reports corrected some errors in the computer-generated reports, but that these manually prepared reports were prepared on a short deadline and would have been corrected again at the head office of NatWest.[2]

32. The A220, M262, B118, and B126 reports are available in hard copy or microfiche only. They are not available in a computer-readable format. Therefore, data processing and auditing are required before analyzing data contained in these reports.

33. A220 reports are monthly summaries of current account transactions prepared at each of the six U. S. branches. They show for each customer account daily debits and credits, balance, interest rates, interest credited or debited (in the case of an overdraft), and commissions.

34. M262 reports are daily summaries of money market transactions. They identify the counterparty, type of instrument, currency, amount of transaction, interest rate, maturity date, and value date of new, outstanding, and matured positions. Lending included loans to banks ("placings"), loans to non-bank corporate customers, and sales of federal funds. Borrowing included certificates of deposit, commercial paper, purchases of federal funds, and customer deposits.

35. The P/L reports were not structured to break out related party income and expense or balances by type of transaction. As a result, one cannot tell how much of the reported income and expenses for a given related party, or all related parties, is from current account transactions and how much from money market transactions, or within money market transactions how much is from different types of transactions. It also is not possible to confirm NatWest's representation that all of the related party interest income and expense (except interest expense on capital loans) is attributable to current accounts and money market transactions without re-computing interest from balances and interest rates.

---

[2] Deposition of Harrylall Samaroo, January 23, 2002, p. 82.

36. In addition to data available in the aforementioned NatWest reports, evidence about arm's-length interest rates is available in the form of historical money market interest rates, including for example London Interbank Offer Rates (LIBOR) and federal funds rates. These data are available for each business day.

**Current Account Transactions**

37. During the tax years in question, the U.S. branches 1) paid interest on certain related-party current accounts but did not pay interest on third-party current accounts; 2) computed notional interest expense on the credit balances of certain other related-party current accounts using a higher interest rate than the one used to compute interest expense on third-party current accounts; and 3) computed interest income on the debit balances of certain related-party current accounts using a lower interest rate than the one used to compute interest on third-party current accounts. Income and expenses reported by NatWest with respect to its U.S. branches reflect these practices. This appears to be a violation of the arm's length standard and the U.S.-U.K. Tax Treaty, which states that the U.S. branch of a U.K. bank shall be assessed taxes on profits the U.S. branch "might be expected to make if it were a distinct and separate enterprise engaged in the same or similar activities under the same or similar conditions and dealing wholly independently with the enterprise of which it is a permanent establishment." NatWest's profits would have been higher had it computed interest for all related-party current accounts using the same rates it used to compute interest for third-party current accounts.

Interest Paid to NWB London and IWB London

38. So far as I have been able to determine, the U.S. branches did not pay interest on current accounts with third parties. In contrast, the U.S. branches did pay interest on at least two related-party current accounts: NWB London Branch and IWB London Branch.

39. According to NatWest's deposition testimony, presented through Mr. Roger Walmsley, the NatWest New York Branch paid interest on current accounts with NWB London Branch.[3] Through my review of P/L reports for the tax years in question and an interest rate analysis prepared by counsel for the Plaintiff for this litigation, I have identified approximately $30 million of interest payments by the New York Branch to NWB London. I identified interest payments for the 1983 through 1987 tax years by examining the corresponding year-end hand-written P/L reports for the New York Branch. Interest payments for the 1981 and 1982 tax years were obtained from Plaintiff's interest rate analysis submitted on June 8, 2001.[4] The payments are shown in Exhibit A.

40. I have found evidence that the U.S. branches of NatWest also paid interest on current accounts with IWB London Branch. Specifically, by letter written in April 1981, IWB

3 Deposition of Roger Walmsley, February 1, 2005, pp. 141-42.
4 Plaintiff's interest rate analysis was attached to a letter from Michael C. Moetell to Steven I. Frahm dated June 8, 2001.

London Branch informed NWB New York Branch that IWB London believed that it, like NWB London, should receive interest on current accounts.[5] This position was supported in a letter from NWB New York to IWB London written in the same month.[6] It is confirmed in a December 1983 note describing particulars of the interest rate calculations.[7] I have been able to identify over $2 million in interest payments on current accounts paid to IWB London Branch in the 1983 to 1987 tax years by examining the New York Branch year-end P/L reports for the corresponding years. These interest payments too are reported in Exhibit A. I have not identified interest payments to IWB London in 1981 and 1982 because the P/L reports prepared for those years are for the New York and New York IBF Branches combined. Plaintiff's interest rate analysis of June 8, 2001 did not identify interest payments to IWB London.

41. The total interest payments I have identified from the U.S. branches to NWB London and IWB London are shown in Exhibit A. The total is approximately $33 million for the tax years at issue. However, given that Mr. Walmsley was unaware that the U.S. branches paid interest on current accounts with IWB London, I cannot conclude with confidence that the U.S. branches did not also pay interest on current accounts with other related parties.

Notional Interest Deducted from Commission Fees

42. So far as I have been able to determine, the U.S. branches of NatWest did not pay interest on current accounts with related parties, other than NWB London and IWB London. However, the U.S. branches had in place a fee structure for other current accounts that was under certain circumstances equivalent to paying interest. Specifically, the U.S. branches established a fee ("commission") for current account transactions, but the charge for commissions each month was offset by a notional interest on current account balances.[8] If the commissions on a current account exceeded the notional interest on credit balances in a given month, then the U.S. branches charged the commissions minus the notional interest. If the notional interest exceeded commissions, then the U.S. branches charged the customer nothing.

43. This fee structure applied both to related-party customers and third-party customers. However, the interest rates that the U.S. branches used to compute notional interest on many of its related-party accounts were higher than the interest rates it used to compute notional interest on third-party accounts. Specifically, roughly half of the accounts with related customers were credited interest at the federal funds rate, whereas the other related-party accounts and all third-party accounts were credited interest at a rate substantially less than the federal funds rate.[9] The consequence of this policy of computing notional interest on certain

---

5 Letter from A. J. Welch, Chief Manager, IWB London Branch to J. D. S. Crossman, Manager, NWB New York Branch, dated April 3, 1981 (NWP 0000353-354).

6 Letter to A. J. Welch from J. D. S. Crossman dated April 20, 1981 (NWP0000357-359).

7 Note from B. T. Sharpe to H. P. Kilfoyle dated December 15, 1983 (NWP 0000360).

8 This fee structure is described by Roger Walmsley in his deposition testimony of February 1, 2005 at pp. 149-52.

9 The New York Branch A220 report for December 31, 1986 shows that notional interest on current account credit balances was computed using the federal funds rate on roughly half of the related-party accounts.

related-party current accounts with a higher interest rate than third-party accounts is that the net commissions the U.S. branches charged these related-party current accounts were lower than the net commissions that would have been charged to a third party under identical circumstances.

44. The crediting of certain related-party accounts with interest at a higher rate than the one used to credit third-party accounts reduced the profits NatWest reported for income tax purposes below what it would have reported had it computed interest instead at the third-party rates. This appears to be a violation of the arm's-length principles of the U.S.-U.K. Tax Treaty.

Interest on Overdraft Balances

45. The U.S. branches extended overdraft privileges to current account customers. I have found that the U.S. branches charged interest on overdraft (debit) balances and that the interest rates charged to many related-party accounts were less than the rates charged to third-party accounts. Specifically, about half of the related-party current accounts were charged interest on overdraft balances at the federal funds rates, whereas third parties were charged a higher rate of interest. Had the business relationship between the U.S. branches and the related parties been independent, the related parties would have paid interest at the same, higher rates as third parties. Therefore, the U.S. branches' books underreported the profits that would be expected under the principles set forth in Article 7(2) of the U.S.-U.K. Tax Treaty, that is, had interest income been reported using third-party interest rates.

Adjusting NatWest's Profits to Reflect Third-Party Interest Rates

46. To see how the U.S. branches' use of higher interest rates to compute notional interest expense on credit balances and lower interest rates to compute interest income on debit balances of certain related parties vis a vis third parties, consider an example taken from the current account records of the New York Branch. Exhibit B shows NatWest Singapore's current account balances in December 1986. NatWest Singapore had a credit balance on some days in December and a debit balance on other days, as shown in Column 1. Column 3 shows the federal funds rate that NatWest applied each day to compute interest on these balances and Column 4 shows the resulting interest. The bottom of Column 4 shows the net credit interest of $460, gross commissions of $5,388, and net commissions of ($4,928) that result. (Negative net commissions represent a charge to the account.) Columns 5 through 7 re-compute notional interest based on the credit and debit interest rates the New York Branch applied to third-party current accounts that month. The bottom of Column 7 shows the consequences. Net credit interest of ($518), i.e., an interest charge to NWB Singapore, and thus net commissions of ($5,906) are affected.[10] In other words, in the case of NatWest Singapore in December 1986, applying third-party interest rates instead of the more favorable related-party rates would result in an increase in profits of $977.

47. Exhibit B also conveys something of the level of effort that would be involved to calculate the amount by which all the branches understated their profits with respect to their related party current account customers as a result of using a higher interest rate to compute notional

10 Here and in Exhibit B I follow the accounting convention of stating negative amounts in parentheses.

interest on credit balances and a lower rate to compute interest on debit balances of certain related parties. One would have to 1) identify the related party current accounts that received favorable interest rate treatment; and 2) for each of these current accounts in each month during the seven tax years in question, re-compute credit and debit interest at the third-party rates and then re-compute net commissions.

48. In December 1986, there were 56 related-party current accounts at the New York Branch, on 29 of which credit and debit interest were computed at the federal funds rate rather than the third-party rate. There are 84 months in the seven tax years at issue. If there were 29 related-party current accounts that needed adjustments over the entire seven-year period at issue—there may have been more or less—then there would be roughly 2,400 monthly accounts that would have to be re-computed. Based in part on the effort involved in creating Exhibit B, I estimate that it would require roughly a man-year of effort to calculate the adjustments to the relevant related-party current accounts. Of course, given the limited time available since the close of discovery, it has been impossible to perform all of the required calculations.

**Money Market Transactions**

49. In principle, one could perform two types of tests of whether interest rates on interest bearing money market obligations between the U.S. branches and related parties reflected arm's-length interest rates: 1) compare interest rates on related-party transactions with interest rates observed in money markets; 2) compare interest rates on related-party transactions with interest rates on third-party transactions of the U.S. branches.

50. To test whether the interest rate on an interest bearing obligation with a related party was an arm's-length rate, one would need to identify comparable third-party obligations, e.g., obligations of the same type and credit quality that were originated at the same time and extended for the same term.

51. The U.S. branches executed a very large number of money market transactions during the tax years in question. Based on my examination of M262 reports for a limited number of days, I would estimate that there were approximately 150 new money market transactions on average each business day during the seven tax years at issue. That works out to over 35,000 new transactions a year and over 250,000 transactions over seven years. Therefore, testing whether the interest rate on each transaction was an arm's-length rate is not practical. In order to perform a satisfactory test of whether the interest rates on loans among the U.S. branches and related parties were consistent with arm's-length interest rates, one would have to develop and implement a statistical sampling methodology.

52. Developing a statistical sampling methodology suited to the problem at hand would itself entail considerable time and effort. To begin, one would need to identify all of the attributes that render the money market transactions at issue "comparable". It is clear that transaction type (e.g., deposits), transaction date, and term (e.g., overnight) are important, but other attributes, such as whether transaction involved a broker, may be important too. For each

category of transactions, the sampling methodology would need to take into account such factors as the sizes of the populations of related-party and third-party transactions and the variances of the underlying interest rates. I have not undertaken to develop a sampling methodology for the U. S. branches' money market transactions in the short time since the close of discovery.

NatWest's Test of Related Party Interest Rates

53. DOJ has provided me with an analysis prepared by NatWest's counsel, which purports to show that on a particular day—June 2, 1986—the interest rates the U.S. branches' *paid* on deposits (borrowings) from related parties were essentially the same as the interest rates the U.S. branches paid on deposits from third parties, as well as published money market rates.[11] NatWest provided results by maturity, including overnight, three-week, one-month, two-month, and three-month deposits. The average rate the U.S. branches paid on overnight deposits from third parties was 6.90 percent whereas the average rate it paid on overnight deposits from related parties was 6.85 percent, i.e., the U.S. branches paid related parties about 5 basis points less than third parties.[12]

54. I performed several interest rate calculations to evaluate the analysis provided for June 2, 1986. I worked with overnight transactions because they represent the bulk of the U.S. branches' money market activity. First, I computed the average interest rates the U.S. branches *received* from related and third parties on overnight placings (lending). I found that the average interest rate on U.S. branches' overnight placings was 6.959 percent for related parties and 6.966 percent for third parties, i.e., the U.S. branches received about 1 basis point less from related parties than they did from third parties. Thus, based on the June 2, 1986 records, the U.S. branches appear to have paid to and received from related parties and third parties interest at comparable rates for overnight money market transactions.

55. I then applied this methodology to four additional days during the tax years in question. Specifically, I identified all overnight deposits with (borrowing) and placings from (lending) the U.S. branches on December 15, 1983, December 31, 1984, January 17, 1985, and December 31, 1987; determined whether each transaction was from or to a related party or a third party; and then computed the weighted average interest rates for related parties and for third parties. The results for the four additional days, which are summarized in Exhibit C, are very different than for June 2, 1986—the date NatWest selected.

    a. On December 15, 1983, the U.S. branches paid on average a rate of 9.794 percent on related party deposits, whereas they paid 9.697 percent on third party deposits, i.e., about 10 basis points *more* interest (in contrast to 5 basis points less interest on June 2, 1986) to related parties than to third parties. On December 31, 1984, the U.S. branches paid on average about 14 basis points more interest to related parties than to third parties. On January 17, 1985 they paid related parties 9 basis points more than third parties. And on December 31, 1987 the U.S. branches paid related parties about 12 basis points more than

---

11 Schedule 1 attached to a letter from M. Carr Ferguson to Steven I. Frahm, September 19, 2000.

12 A basis point is one one-hundredth of a percentage point. In other words, one percentage point is equal to 100 basis points.

third parties. In other words, on all four of the additional days I checked, the U.S. branches paid related parties a *higher* rate of interest on average than they paid third parties.

b. The average rates received by the U.S. branches for overnight placings with related parties ranged from 1 to 89 basis points less than the average rates received for overnight placings with third parties on four of the five days I examined. (The M262 report for January 17, 1985 did not show any third-party overnight placings, so I could not make a comparison for that day.)

c. All of these results, including those for June 2, 1986, are summarized in Exhibit C. To reiterate, when I examined four additional days, I found *in each case* that interest rates the U.S. branches paid on overnight borrowing from related parties were higher, not lower, than third party rates. When I examined overnight lending rates, I found in each case that the average rate received from related parties was lower than the average rate received from third parties. These results suggest that the U.S. branches' related-party money market transactions may not have been at arm's-length rates. However, the data do not allow me to reach this conclusion with any confidence. Interest rates on U.S. branch money market transactions on a single day or even on several arbitrarily selected days are not sufficient statistically to ascertain whether related-party transactions reflected arm's-length interest rates. Furthermore, I am unable to draw a conclusion about the arm's-length nature of these related-party transactions based on the overnight federal funds rates, also reported in Exhibit C.

56. Paying a higher rate of interest to, and receiving a lower rate of interest from related parties vis a vis third parties would favor NatWest from a U.S. income tax perspective. Due to the limited number of comparable transactions, the results I have just described are not sufficient to reach the conclusion that even on this subset of transactions (overnight deposits and placings) the interest rates on U.S. branch borrowing from and lending to related parties were or were not at arm's length. One of the nine average interest rates on placings is based on only one observation, for example.

**CONCLUSION**

57. My investigation into this matter is ongoing. I therefore reserve the right to revise my opinion in light of new information and analysis.

James Read

Date

**Exhibit A**
**NetWest New York Branch's Interest Expenses Paid on Current Accounts ($)**

| NWB/IWB Unit | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | Total |
|---|---|---|---|---|---|---|---|---|
| NWB London Overseas | 5,161,815 | 3,439,695 | 2,729,147 | 4,037,739 | 3,251,504 | 3,189,170 | 8,772,930 | 30,582,000 |
| IWB London | | | 123,335 | 227,782 | 1,370,596 | 124,928 | 328,316 | 2,174,956 |
| Total | 5,161,815 | 3,439,695 | 2,852,482 | 4,265,521 | 4,622,100 | 3,314,098 | 9,101,245 | 32,756,956 |

Sources and Notes:
(1) The amounts for 1983 to 1987 are based on NWB New York branch's year-end manually prepared P/L reports.
(2) The interest paid to NWB London Overseas for 1981 and 1982 were obtained from Plaintiff's interest rate analysis submitted on June 8, 2001.
[Attachments to letter dated June 8, 2001 from: Michael C. Moetell of Shaw Pittman, to: Steven I. Frahm, Esq. (DOJ) Enclosures include 'Plaintiff's FRE 1006 Summaries With Respect To Interbranch Interest Expense 1981, 1982, 1983, 1984, 1985, and 1987 Tax Years.' Values obtained from: (1) Section 2(A) '1981 New York and IBF Borrowings From London Overseas'; (2) Attachment 1981-A; (3) Section 3(A) '1982 New York and IBF Branch Borrowing From London Overseas'; (4) Attachment 1982-A.]
(3) The interest expenses paid to IWB London for 1981 and 1982 are assumed to be zero.

**Exhibit B**
**Analysis of New York Branch's A220 Interest Calculation: Related Party versus Third Party**
**NatWest Singapore -- December 1986**

| Date | True Balance ($) [1] | No. of Days [2] | Related Party Rate: Interest Rate (%) [3] | Related Party Rate: Interest ($) [4] | Third Party Rates: Debit Rate (%) [5] | Third Party Rates: Credit Rate (%) [6] | Third Party Rates: Interest ($) [7] | Difference ($) [8] |
|---|---|---|---|---|---|---|---|---|
| 11/30/1986 | 330,473 | 1 | 6.2500 | 57 | 9.0000 | 3.5000 | 32 | 25 |
| 12/1/1986 | (3,070) | 1 | 6.2500 | (1) | 9.0000 | 3.5000 | (1) | 0 |
| 12/2/1986 | (641,045) | 1 | 6.6250 | (118) | 9.0000 | 3.5000 | (160) | 42 |
| 12/3/1986 | (94,810) | 1 | 6.7500 | (18) | 9.0000 | 3.5000 | (24) | 6 |
| 12/4/1986 | 21,696 | 1 | 6.2500 | 4 | 9.0000 | 3.5000 | 2 | 2 |
| 12/5/1986 | (45,481) | 3 | 6.0000 | (23) | 9.0000 | 3.5000 | (34) | 11 |
| 12/8/1986 | 348,666 | 1 | 5.8750 | 57 | 9.0000 | 3.5000 | 34 | 23 |
| 12/9/1986 | 258,533 | 1 | 5.9375 | 43 | 9.0000 | 3.5000 | 25 | 18 |
| 12/10/1986 | (42,957) | 1 | 5.7500 | (7) | 9.0000 | 3.5000 | (11) | 4 |
| 12/11/1986 | (84,687) | 1 | 5.8750 | (14) | 9.0000 | 3.5000 | (21) | 7 |
| 12/12/1986 | 904,303 | 3 | 6.0000 | 452 | 9.0000 | 3.5000 | 264 | 188 |
| 12/15/1986 | (2,257,695) | 1 | 6.5000 | (408) | 9.0000 | 3.5000 | (564) | 157 |
| 12/16/1986 | 730,132 | 1 | 6.3750 | 129 | 9.0000 | 3.5000 | 71 | 58 |
| 12/17/1986 | 1,107,752 | 1 | 7.6250 | 235 | 9.0000 | 3.5000 | 108 | 127 |
| 12/18/1986 | 1,192,083 | 1 | 6.5000 | 215 | 9.0000 | 3.5000 | 116 | 99 |
| 12/19/1986 | 269,375 | 3 | 6.1250 | 137 | 9.0000 | 3.5000 | 79 | 59 |
| 12/22/1986 | (405,867) | 1 | 6.2500 | (70) | 9.0000 | 3.5000 | (101) | 31 |
| 12/23/1986 | (1,168,634) | 1 | 6.3125 | (205) | 9.0000 | 3.5000 | (292) | 87 |
| 12/24/1986 | (39,558) | 2 | 6.1250 | (13) | 9.0000 | 3.5000 | (20) | 6 |
| 12/26/1986 | (40,547) | 3 | 6.2500 | (21) | 9.0000 | 3.5000 | (30) | 9 |
| 12/29/1986 | 98,483 | 1 | 7.8125 | 21 | 9.0000 | 3.5000 | 10 | 12 |
| 12/30/1986 | 15,628 | 1 | 14.000 | 6 | 9.0000 | 3.5000 | 2 | 5 |
| 12/31/1986 | 49,183 | 0 | 8.0000 | | 9.0000 | 3.5000 | | |
| Total Net Credit Interest ($) | | | | 460 | | | (518) | 977 |
| Number of Entries | | | | 1,796 | | | 1,796 | |
| Commission per entry ($) | | | | 3 | | | 3 | |
| Commisions ($) | | | | 5,388 | | | 5,388 | 0 |
| Net Credit Interest minus Commissions ($) | | | | **(4,928)** | | | **(5,906)** | |
| Net Charge to customer ($, less of Net Credit Interest minus Commissions and 0) | | | | **(4,928)** | | | **(5,906)** | **977** |

Sources and Notes:
[1]-[3]: New York Branch A220 report for December 1986 [INT537-001097-99].
[4] = [1] x ([2]/360) x ([3]/100).
[5]-[6]: New York Branch A220 report for December 1986 [INT537-000106-110].
[7]: If [1] < 0: [7] = [1] x ([2]/360) x ([5]/100);
- or -
If [1] >= 0: [7] = [1] x ([2]/360) x ([6]/100).
[8] = [4] - [7].

**Exhibit C**
**Analysis of NatWest U.S. Branches' M262 Average Interest Rates for New Transactions: Related Party versus Third Party**

| | | Overnight Deposits | | | Overnight Placements | | |
|---|---|---|---|---|---|---|---|
| | Overnight Fed Funds | Related Party | Third Party | Difference | Related Party | Third Party | Difference |
| 12/15/1983 | 9.940% | 9.794% | 9.697% | 0.096% | 9.754% | 9.921% | -0.167% |
| 12/31/1984 | 8.740% | 8.935% | 8.798% | 0.137% | 9.112% | 10.000% | -0.888% |
| 1/17/1985 | 8.270% | 8.184% | 8.094% | 0.090% | 8.190% | - | |
| 6/2/1986 | 7.050% | 6.85% | 6.90% | -0.050% | 6.959% | 6.966% | -0.007% |
| 12/31/1987 | 6.890% | 6.523% | 6.400% | 0.123% | 6.756% | 6.991% | -0.235% |

Source: NatWest M262 reports for all branches available for the dates specified.
Notes:
[1]: Boxed cells indicate analysis prepared by plaintiff.
[3]: Transactions identified as "new" but initiated prior to date of M262 report, and transactions with zero interest are excluded from this analysis.

# APPENDIX A

# QUALIFICATIONS OF

# JAMES READ

**JAMES A. READ, JR.** **Principal**

---

James Read is an expert in asset valuation, risk management and capital budgeting. His consulting practice focuses on the electric power and natural gas industries. Mr. Read makes extensive use of option pricing methods to calculate the value and risk of real assets and non-financial contracts as well as derivatives. He has given many presentations on this and related topics at industry conferences and professional seminars. Prior to joining *The Brattle Group*, Mr. Read was a Principal with Incentives Research Inc., and before that was Director of Financial Consulting with Charles River Associates. He holds a B.A. in economics from Princeton University and an M.S. (concentration in finance) from the Sloan School of Management at Massachusetts Institute of Technology.

## CONSULTING EXPERIENCE

- Worked with an electric utility to develop custom methodology for measuring the risk of its supply portfolio and evaluating candidate power contracts.

- Advised several clients in the electric utility industry in connection with the design, pricing and risk management of "provider of last resort" and similar retail transition services created as part of industry restructuring.

- Analyzed the impact of credit risk on the pricing of energy contracts. Analysis was performed in the context of a regulatory review of energy procurement decisions.

- Provided legal counsel with economic analysis of structured finance transactions in a litigation matter involving companies in the energy and financial services industries.

- Advised power companies in connection with the valuation of generation assets. Projects entailed development and use of options-based valuation tools as well as development of long-term forward price curves and volatility term structures.

- Developed derivatives-based methodology for estimating the cost of capital for investments in merchant power generation.

- Developed methodology for allocating capital requirements to lines of business in multiple-line insurance companies.

- Prepared testimony on behalf of New York State Electric & Gas in connection with its Price Protection Program (New York Public Service Commission, Case 01-E-0359). Testimony addressed risk and cost of capital for an electric utility that has sold its generation but continues to have retail service obligations.

- For the Electric Power Research Institute, directed development of the Energy Book System (EBS), a suite of software tools for valuation and management of energy resources. This includes tools for portfolio risk management, valuation and pricing of wholesale contracts and retail service agreements, and valuation and management of thermal and nuclear generation (with project evaluation and capital budgeting capabilities). The EBS exploits concepts and methods of derivative asset valuation to facilitate integration of valuation, risk analysis and asset management.

- Developed and taught professional training courses on the application of derivatives methods for understanding the value and risk of commodity contracts and physical assets. EPRI-sponsored courses currently on offer include *Value & Risk in Energy Markets*, *Applied Valuation & Risk Management*, and *Generation Asset Valuation*.

- Used option pricing methods to estimate the premium over cost required to compensate investors for the long-term irreversibility of investments in railroad assets. Analysis was used in a revenue adequacy proceeding before the Surface Transportation Board.

- Designed methodology for pricing a new product in the natural gas pipeline industry that would allow shippers to purchase options on pipeline capacity expansion.

- Developed valuation algorithm for a novel retail electric service that allows supplier to buy back electric energy when wholesale market conditions are tight.

- Advised the developer of a new energy storage technology regarding marketing to the power industry.

- Developed a valuation and decision-making model of nuclear power plants that explicitly incorporates flexibility to shut down prior to expiration of operating license.

- Advised Tennessee Valley Authority and other companies in connection with their evaluations of bids received in response to power purchase RFPs. These “paper” power plants represented an alternative to conventional “bricks and mortar” capacity expansion. Engagements involved development of models for evaluating option-type

bids, formulation of bid selection strategy, and development of forward price and volatility curves.

- For EPRI, prepared a report that describes how the theory and methods of option pricing can be exploited to help evaluate investment projects and contracts.

- Helped an electric utility renegotiate several long-term power purchase agreements. The key aspect of this engagement was the valuation of option terms.

- Mr. Read is a principal author of the *Utility Capital Budgeting Notebook*, which integrates previous EPRI studies in finance and project evaluation into a single text.

- Part of a project team that advised an investor-owned utility that wanted to spin off an electric power station as a stand-alone generating company. A key issue in this case is the risk sharing defined by a novel power purchase contract.

- Helped an electric utility with surplus generating capacity identify opportunities for selling electric power outside its traditional service territory. Also evaluated the threat posed by competitive power producers.

- For an interstate natural gas pipeline, was part of a team working to implement a form of the "gas inventory charge" (GIC) propounded by the FERC in Order No. 500. This project involved estimating the costs associated with maintaining a reliable supply of gas and evaluating alternative pricing mechanisms for cost recovery.

- For a client in the natural gas industry, was part of a team working to identify and evaluate new products for the gas market.

- Helped a client in the natural gas industry evaluate alternative capital recovery schemes for new and existing pipeline assets.

- Mr. Read prepared an affidavit on behalf of a natural gas pipeline company that challenged a FERC order on the allowed rate of return. The principal issue in this case concerned the use of *ex post* data to infer the cost of capital.

- Advised an electric utility engaged in a major capacity planning decision in which the central issue was whether to delay or abandon a nuclear construction program.

- In a study for EPRI, identified a conceptual problem that arises in the application of the revenue requirements method when utility ratemaking procedures are inflexible. The study pointed out that there is feedback between demand and rates, which may undermine the logic for cost-based evaluation of projects.

- In another study for EPRI, developed a rigorous procedure for calculating the cost of holding fuel and other commodity inventories. The procedure exploits information in commodity futures and money markets.

- Part of a study team that developed new methods for evaluating natural gas contracts. These procedures, which are derived from the theory of option pricing, explicitly incorporate uncertainty about future spot prices. They have been applied, for example, to estimate the cost of standby rights on gas pipelines.

- In a project for a client in the petroleum industry, Mr. Read worked with an academic expert in finance to develop testimony concerning the value of expropriated oil fields in the Persian Gulf. This testimony was submitted to the Iran-U.S. Claims Tribunal in the Hague.

- In a study for EPRI, developed a methodology for selecting project-specific discount rates. The methodology is based on the idea that cash flows can be partitioned into risk classes, and hence that the value of an investment project can be found by adding up the values of the parts.

- In another study for EPRI, prepared an exposition of the revenue requirements method. Among other findings, the report concluded that the appropriate risk-adjusted discount rate for calculating the present value of revenue requirements may differ from the discount rate used to calculate net present value. It also identified the logical errors involved in the use of customer discount rates for calculating the present value of revenue requirements.

- For the U.S. Department of Energy, Mr. Read was part of a team studying the problem of earnings attrition in the electric utility industry. The project used case studies, statistical analysis, and financial simulations to determine the sources and extent of attrition.

- In a project for the California Public Utilities Commission, Mr. Read was a key member of a team to prepare a guide to alternative methods of estimating the cost of

equity capital. All of the major methods now in use were evaluated, including the discounted cash flow (DCF) model, the comparable earnings test, the capital asset pricing model (CAPM), and market to book method. Each method was evaluated on the basis of theoretical, empirical, and practical criteria.

- For the Edison Electric Institute (EEI), prepared a discussion paper of electric utility shocks and power plant phase-ins. The paper identified the sources of rate shocks, outlined the major proposals for plant phase-ins, and developed criteria for choosing among alternative phase-in mechanisms.

- Project manager in a study for the U.S. Department of Energy to assess the cost of capital for public and private investments in petroleum stockpiles. The objective of the research was to assess the investment value of private oil stocks and thereby determine the effectiveness of government policies aimed at stimulating private stockpile formation. A major focus of this research was the unusual risk profile of petroleum prices and its implications for investment value.

- For a client in the telecommunications industry, investigated the effects of diversification into a high-risk line of business on the cost of capital for a public utility. The analysis distinguished the effects on the cost of debt, the cost of equity, and the overall cost of capital. It also assessed how the proposed capital structure affected the conclusions.

- In a study for EPRI, was part of study team that developed theoretical and empirical analysis of a bias that exists in conventional measures of market risk when applied to the shares of public utility companies. It explained why a bias is likely to arise, provided empirical confirmation of the bias, and devised corrected measures of market risk.

- Advised legal counsel on issues related to the acquisition of a public utility by a closely held corporation. Evaluated the implications of a proposed financing plan on the ability to attract capital for future utility investments.

- For the U.S. Department of Energy, part of a team analyzing markets for natural gas imported from Canada. His work focused on the availability and cost of pipeline capacity among domestics markets, domestic sources, and Canadian sources.

- Prepared a statistical analysis of gold and silver markets for a client in the minerals industry. This work included an analysis of the time series properties of gold and silver prices, an analysis of the gold-silver price ratio, and analyses of the correlation between gold and silver price movements and the stock market, credit markets, foreign exchange and other macroeconomic factors.

- In a project for a major motor carrier, Mr. Read was part of a team exploring a new business concept in the truckload freight market. This work included concept development, market research, and an implementation plan.

- For a private client engaged in a rate of return proceeding, Mr. Read evaluated the impact of deregulation on business risk. His work considered two aspects of the problem: the theoretical basis for a linkage between regulation and business risk, and an empirical investigation of the investment risk of industries recently subject to deregulation.

- In a major antitrust case, Mr. Read worked with an academic expert in finance to critique the damages study submitted by the plaintiff. Among other issues, the critique identified a fundamental conceptual error: the damages were calculated using a mixture of foresight and hindsight.

- In the Penn Central bankruptcy, Mr. Read worked on the valuation of the Intercity Freight Lines. He was responsible for extensive analysis of U.S. capital market data to determine the cost of capital in the railroad industry. In addition, he worked with academic experts in finance theory to evaluate alternative approaches to valuation.

- Project manager for a study to analyze the competitive impact of differences in national health and safety regulations. The OSHA standard for occupational exposure to lead was used as a case study. Cost differentials arising directly from workplace standards and indirectly from government tax and investment policy were assessed using a financial analysis framework.

- For the U.S. Department of the Interior, prepared a report describing methodologies for using corporate financial information to assess the state of metals and minerals industries. The report focused on publicly available data, but it also offered recommendations for industries dominated by privately held companies.

- For a private client involved in antitrust litigation, Mr. Read was responsible for critiquing the testimony of an opposing witness who had used corporate financial data to draw inferences about risk and profitability. The critique identified two major errors, one computational and one conceptual, which, when corrected, reversed the conclusions of the original analysis.

- Helped prepare testimony on rates of compensation for owners of private rail cars. This testimony addressed the cost of capital for rail cars, the concept of "vintage year" interest, and the appropriate treatment of certain tax provisions. It also addressed whether compensation should be based on the original cost or replacement cost of rail cars.

- For a gas distribution company, developed a model for selecting a portfolio of natural gas contracts in a way that minimized costs. Contract size, contract price, and "take or pay" provisions were incorporated in the model.

- Conducted a study for the U.S. Department of Transportation to compare the response of the for-hire trucking industry during the recessions of 1980 and 1974-75. This research considered such factors as financial performance, prices, output and entry. The results were used as background for congressional oversight hearings on trucking deregulation.

**OTHER EXPERIENCE**

Financial Analyst, Corporate Financial Staff, General Motors Corporation. Mr. Read worked in forward product programs and corporate transfer pricing.

Staff Economist, Mail Classification Research Division, United States Postal Service. Mr. Read's responsibilities included writing statements of work, technical evaluation of analytical study proposals, and directing contractors in the Postal Service's Long Range Classification Research Program.

Staff Economist, Office of Rates, United States Postal Service. Mr. Read was engaged in the preparation of testimony filed with the Postal Rate Commission in support of requests for changes in rates. His responsibilities included cost analysis, revenue forecasting, econometric analysis of postal markets, and rate design.

**PUBLICATIONS**

*Retail Risk Management: A Primer* (with R. Goldberg), EPRI, Palo Alto: 2003. 1002225.

*Analytic Approximations for Generation Option Values* (with R. Goldberg), EPRI, Palo Alto: 2003. 1002209.

*Portfolio Optimization: Concepts and Challenges,* EPRI, Palo Alto: 2002. 1001567.

"Capital Allocation for Insurance Companies" (with Stewart C. Myers), *Journal of Risk and Insurance*, December 2001. (Selected by the Casualty Actuarial Society as the most valuable paper published by the American Risk and Insurance Association in 2001. Winner of the Robert C. Witt Research Award for outstanding feature article in the Journal of Risk and Insurance in 2001.)

*Optimization and Valuation of Natural Gas Storage* (with R. Goldberg), EPRI, Palo Alto: 2001. 1005947.

*Describing Commodity Prices in the Energy Book System* (with R. Goldberg), EPRI 1001170, Palo Alto: EPRI, 2000.

"Energy Derivatives and Price Risk Management" (with A. Altman and R. Goldberg), in *Pricing in Competitive Electricity Markets*, A. Faruqui and K. Eakin (eds.), Kluwer Academic Publishers, 2000.

*Residual Obligations Following Electric Utility Restructuring* (with F. Graves), Edison Electric Institute, May 2000.

"Dealing With a Price Spike World" (with R. Goldberg), *Energy & Power Risk*, May 2000.

*Valuation and Management of Nuclear Assets*, EPRI TR 107541, Palo Alto: Electric Power Research Institute, 1998.

"Capacity Prices in a Competitive Power Market" (with F. Graves), in *The Virtual Utility*, Kluwer Academic Publishers, 1997.

*Option Pricing for Project Evaluation: An Introduction*, EPRI TR-104755, Palo Alto: Electric Power Research Institute, 1995.

*The Utility Capital Budgeting Notebook* (with others), EPRI TR-104369, Palo Alto: Electric Power Research Institute, 1994.

"It's All Downstream From Here" (with S. Thomas), *Energy Risk*, June 1994.

"Analysis for Changing Minds" (with S. Thomas), *Energy Risk*, April 1994.

*Project-Specific Discount Rates*, report prepared for Electric Power Research Institute, 1992.

"Rates of Return that Include New Gas Industry Risks," *Natural Gas*, November 1989.

"Estimating the Cost of Switching Rights on Natural Gas Pipelines" (with F. Graves and P. Carpenter), *Energy Journal*, October 1989.

*Holding Costs for Fuel Inventories*, EPRI P-6184, Palo Alto: Electric Power Research Institute, 1989.

"Option Pricing: A New Approach to Mine Valuation" (with S. Palm and N. Pearson), in *Selected Readings in Mineral Economics*, Pergamon Press, 1987.

*Capital Budgeting for Utilities: The Revenue Requirements Method*, EPRI EA-4879, Palo Alto: Electric Power Research Institute, 1986.

"Determining the Cost of Capital for Utility Investments" (with A.L. Kolbe and R. Lincoln), in *Energy Markets in the Longer Term: Planning Under Uncertainty*, Ed. A.S. Kydes and D.M. Geraghty, Elsevier Science Publishers, 1985.

*The Cost of Capital: Estimating the Rate of Return for Public Utilities* (with A.L. Kolbe and G. Hall), Cambridge: MIT Press, 1984.

*Rate Shock and Power Plant Phase-Ins* (with A.L. Kolbe), Charles River Associates, Washington, DC: Edison Electric Institute, 1984.

*Critique of Conventional Betas as Risk Indicators for Electric Utilities* (with A.L. Kolbe), EPRI EA-3392, Palo Alto: Electric Power Research Institute, 1984.

## PRESENTATIONS

"Fundamentals of Portfolio Risk Management" (with R. Goldberg), Tutorial presented to *Portfolio Optimization*, Infocast, Houston, November 14-16, 2001.

"Retail Transition Services in Electric Utility Restructuring," Presentation to Illinois Energy Leadership, Chicago, October 29-30, 2001.

"Provider of Last Resort: Retrospect & Prospect," Presentation to Staff Subcommittee on Accounting and Finance, National Association of Regulatory Utility Commissioners, Portland, Maine, October 1, 2001.

"Theory & Methods of Portfolio Risk Management" (with T. Parkinson), Tutorial presented to *Portfolio Risk Analysis & Management*, Infocast, Houston, February 16-18, 2000 and Chicago, October 2-4, 2000.

"Using Option Pricing Formulas," Presentation to *Pricing Wholesale Energy Products & Services*, Infocast, Houston, November 28-30, 2000.

"The Effect of Volatility Modeling on Management Decisions," Presentation to *Market Price Volatility*, Infocast, October 30 - November 1, 2000.

"Option Pricing in a Price Spike World," Presentation to *International Energy Pricing Conference*, EPRI, Washington, D.C., July 26-28, 2000.

"Applications of Portfolio Techniques to Fuel Decisions," Presentation to *Fuel & Power Supply Seminar*, EPRI, Cleveland, November 9-11, 1998.

"Managing Nuclear Generation Assets," Presentation to *Generation Asset Management: Opportunities and Challenges in the Electric Marketplace*, EPRI, Baltimore, July 13-15, 1998.

"Managing the Risks of Generation Assets," Presentation to *Integrating Risk Management for Fuel Supply & Power Sales*, Center for Business Intelligence, Houston, February 5-6, 1998.

"Tactics for Matching Strategy & Market Opportunity through Hedging," Presentation to *Fuel Management: Innovative Fuel Strategies for a Price-Competitive Power Market*, Center for Business Intelligence, Colorado Springs, August 14-15, 1997.

"Implementing Risk Management in Electric Power," Presentation to *European Electricity Trading*, ICM Marketing Ltd., London, January 29-30, 1997.

"Integrating Fuel & Power Price Risk Management," Presentation to *Managing Fuel Risk*, Center for Business Intelligence, Dallas, December 12-13, 1996.

"Lessons From Deregulated Industries," Presentation to *Workshop on New Directions in Electricity Pricing*, EPRI, Palo Alto, May 7, 1996.

"Capacity Prices in a Competitive Power Market," Presentation to *Symposium on The Virtual Utility*, Saratoga Springs, March 31-April 2, 1996.

"Evaluating OPAs: The Art of Pricing Electricity Derivatives," Presentation to *Resource Acquisition in a Competitive Power Market*, International Business Communications, Chicago, October 30-31, 1995.

"Basis Risk in Energy Markets," Presentation to *Achieving Success in Evolving Electricity Markets*, EPRI, Atlanta, October 10-12, 1995.

"Risk and the Revolution in Finance: Implications for Planning," Presentation to *Strategic Resource Planning and Asset Management Forum*, EPRI, St. Petersburg, Florida, December 8-9, 1993.

"Why Small Firms Shun Discounted Cash Flow Analysis," Presentation to the Financial Management Association, Annual Meeting, San Francisco, October 22, 1992.

"Discount Rates in Utility Planning," Lecture to American Gas Association/Edison Electric Institute, Chicago, May 22, 1991.

"Weighted Average Cost of Capital: Before-Tax or After-Tax?" Presentation to the Budgeting and Financial Forecasting Committee, Edison Electric Institute/American Gas Association, Denver, September 10, 1990.

"Economic Evaluation of Utility Projects and Contracts," Seminar sponsored by the Electric Power Research Institute, San Diego, March 2-3, 1989.

"Planning for Utilities: The Value of Service," Paper presented to the Conference of Integrated Value-Based Planning, New Orleans, December 2, 1987.

"Capital Budgeting and the Cost of Capital," Lecture to the Marginal Cost Working Group, Boston, May 6, 1986.

"Capital Budgeting for Electric Utilities," Seminar sponsored by the Electric Power Research Institute, New Orleans, February 26-27, 1986.

"Risk and Capital Budgeting in the Electric Utility Industry," Paper presented to Rutgers University Advanced Workshop in Public Utility Economics and Regulation, New Paltz, New York, May 30, 1985.

"Critique of Rate of Return Methods in Public Utility Rate Cases," Lecture to Advanced Regulatory Studies Program, National Association of Regulatory Utility Commissioners, Williamsburg, Virginia, February 15, 1984.

"Utility Rate Shocks: The Problem and Possible Solutions," Paper presented to the Tenth Annual Rate Symposium, Institute for the Study of Regulation, Washington, DC, February 6, 1984.

**TESTIMONY**

United States District Court, Southern District of New York, New York Mercantile Exchange, Inc. v. IntercontinentalExchange, Inc., Civil Action No. 02 Civ. 9277 (JGK) (DF), deposition, October 2004.

Federal Energy Regulatory Commission, Docket No. EL03-180-000 et al. (in the matter of Enron Power Marketing, Inc. and Enron Energy Services, Inc.), Prepared Direct Testimony dated February 27, 2004 and deposition on April 28, 2004, on behalf of the California Parties.

State of New York Public Service Commission, Case 01-E-0359, Testimony dated August 2, 2001, Rebuttal Testimony dated September 12, 2001, and appearance before the Commission on February 5, 2002, on behalf of New York State Electric & Gas Corporation.

# APPENDIX B

# DOCUMENTS CONSIDERED BY

# JAMES READ

APPENDIX B

DOCUMENTS CONSIDERED
BY JAMES A. READ, JR.

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 07/07/99 | | | Judge Turner, Opinion and Order (National Westminster Bank PLC v. United States, Ct. Fed. Cl. No. 95-758T) |
| 11/14/03 | | | Judge Firestone, Opinion on Partial Summary Judgment (National Westminster Bank PLC v. United States, Ct. Fed. Cl. No. 95-758T) |
| 11/15/01 | | | Report of Plaintiff's Expert, Dr. Marcia L. Stigum |
| 01/31/01 | | | Plaintiff's Description of the Operation of NatWest's U.S. Money Market Desks, 1981-1987 |
| 01/31/01 | | | Memorandum re Plaintiff's FRE 1006 Summaries with Respect to 1986 Interbranch Interest Expense Attached National Westminster Bank: U.S. Branches' Affiliated and Non-Affiliated Interest; 1981-1987 Analysis of Affiliated and Non-Affiliated Interest Income and Expense |
| 2/15/02 | | | National Westminster Bank PLC Amended FRE 1006 Summary: December 31, 1986 Combined U.S. Branch Balance Sheet (in dollars) Submitted to Justice Department February 15, 2002 |
| 05/14/04 | | | Defendant's Status Report and Motion for Leave to File (In The United States Court of Federal Claims, No. 95-758T (Judge Nancy B. Firestone) National Westminster Bank PLC, Plaintiff v. The United States, Defendant) |
| 09/23/96 | | | Ltr. from Rodney H. Standage (Davis Polk & Wardwell) to Steven I. Frahm (DOJ) w/attachments:<br>- Samples of Plaintiff's U.S. Branch's books and records (reflects samples relating to 1985 & 1986)<br>- Updated copy of the spreadsheet outlining the U.S. Branchs' reporting system |
| 06/15/04 | | | Plaintiff's Response to Defendant's Second Set of Interrogatories with attachments A through N, U.S. Court of Federal Claims, No. 95-758T (Judge Eric G. Bruggink), National Westminster Bank PLC, Plaintiff v. U.S., Defendant |
| 08/95 | | | Photocopy of Federal Reserve's "Examination Manual for U.S. Branches and Agencies of Foreign Banking Organizations" |
| 05/26/83 | H 0001 | H 00065 | **PX022:** National Westminster Bank PLC Form 20-F Year ended 31 December 1982 |
| 04/06/84 | I 0001 | I 00070 | **PX023:** National Westminster Bank PLC Form 20-F Year ended 31 December 1983 |
| 04/10/85 | J 0001 | J 00069 | **PX024:** National Westminster Bank PLC Form 20-F Year ended December 31, 1984 |
| 04/04/86 | K 0001 | K 00069 | **PX025:** National Westminster Bank PLC Form 20-F Year ended December 31, 1985 |
| 03/27/87 | L 0001 | L 00078 | **PX026:** National Westminster Bank PLC Form 20-F Year ended December 31, 1986 |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 03/30/88 | M 0001 | M 00074 | **PX027:** National Westminster Bank PLC Form 20-F Year ended December 31, 1987 |
| 09/19/00<br><br>06/08/86 | | | Ltr. From M. Carr Ferguson (Davis Polk & Wardwell) to Steven Frahm (DOJ) w/attachments:<br>- Sample printouts of the microfiched M262 Reports (Money market Deal Extract) for the U.S. branches (June 2, 1986);<br>- The Bank's current chart of accounts explaining the three letter source codes used in producing its internal reports; and<br>- A list of the Bank's IBS Codes which correspond to the instrument "types" listed in the M262 Reports |
| 12/31/86 | INT537-002668 | INT537-002753 | NatWest NY Branch Report No. A001 |
| 12/31/86 | INT537-001272 | INT537-001274 | NatWest NY Branch Report No. A002 |
| 12/31/86 | INT537-001275 | INT537-001278 | NatWest NY Branch Report No. A003 |
| 12/31/86 | INT537-001279 | INT537-001280 | NatWest NY Branch Report No. A004 |
| 12/31/86 | INT537-001281 | INT537-001304 | NatWest NY Branch Report No. A005 |
| 12/31/86 | INT537-001305 | INT537-001305 | NatWest NY Branch Report No. A006 |
| 12/31/86 | INT537-001306 | INT537-001306 | NatWest NY Branch Report No. A008 |
| 12/31/86 | INT537-001307 | INT537-001308 | NatWest NY Branch Report No. A010 |
| 12/31/86 | INT537-001309 | INT537-001316 | NatWest NY Branch Report No. A011 |
| 12/31/86 | INT537-001317 | INT537-001324 | NatWest NY Branch Report No. A019 |
| 12/31/86 | INT537-001325 | INT537-001333 | NatWest NY Branch Report No. A020 |
| 12/31/86 | INT537-000001 | INT537-001190 | NatWest NY Branch Report No. A220 |
| 12/31/86 | INT537-001191 | INT537-001271 | NatWest NY Branch Report No. A021 |
| 12/31/86 | INT537-001334 | INT537-001386 | NatWest NY Branch Report No. A025 |
| 12/31/86 | INT537-002754 | INT537-002760 | NatWest NY Branch Report No. A031 |
| 12/31/86 | INT537-002761 | INT537-002779 | NatWest NY Branch Report No. A032 |
| 12/31/86 | INT537-002780 | INT537-002780 | NatWest NY Branch Report No. A035 |
| 12/31/86 | INT537-002781 | INT537-002833 | NatWest NY Branch Report No. A036 |
| 12/31/86 | INT537-002958 | INT537-002996 | NatWest NY Branch Report No. A202 |
| 12/31/86 | INT537-001387 | INT537-001481 | NatWest NY Branch Report No. A207 |
| 12/31/86 | INT537-002957 | INT537-002957 | NatWest NY Branch Report No. A208 |
| 12/31/86 | INT537-002840 | INT537-002954 | NatWest NY Branch Report No. OL01 |
| 12/31/86 | INT537-001965 | INT537-001972 | NatWest NY Branch Report No. F041 |
| 12/31/86 | INT537-002418 | INT537-002424 | NatWest NY Branch Report No. F042 |
| 12/31/86 | INT537-002094 | INT537-002122 | NatWest NY Branch Report No. F043 |
| 12/31/86 | INT537-002320 | INT537-002345 | NatWest NY Branch Report No. F044 |
| 12/31/86 | INT537-002123 | INT537-002130 | NatWest NY Branch Report No. F045 |
| 12/31/86 | INT537-002834 | INT537-002839 | NatWest NY Branch Report No. F046 |
| 12/31/86 | INT537-002131 | INT537-002151 | NatWest NY Branch Report No. F048 |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 12/31/86 | INT537-002152 | INT537-002152 | NatWest NY Branch Report No. F051 |
| 12/31/86 | INT537-002153 | INT537-002175 | NatWest NY Branch Report No. F054 |
| 12/31/86 | INT537-002584 | INT537-002619 | NatWest NY Branch Report No. F056 |
| 12/31/86 | INT537-002620 | INT537-002621 | NatWest NY Branch Report No. F057 |
| 12/31/86 | INT537-002622 | INT537-002665 | NatWest NY Branch Report No. F058 |
| 12/31/86 | INT537-002666 | INT537-002667 | NatWest NY Branch Report No. F059 |
| 12/31/86 | INT537-002207 | INT537-002259 | NatWest NY Branch Report No. F060 |
| 12/31/86 | INT537-002428 | INT537-002469 | NatWest NY Branch Report No. F072 |
| 12/31/86 | INT537-002176 | INT537-002206 | NatWest NY Branch Report No. F073 |
| 12/31/86 | INT537-001793 | INT537-002093 | NatWest NY Branch Report No. F242 |
| 12/31/86 | INT537-001482 | INT537-001494 | NatWest NY Branch Report No. M061 |
| 12/31/86 | INT537-001516 | INT537-001539 | NatWest NY Branch Report No. M066 |
| 12/31/86 | INT537-001554 | INT537-001686 | NatWest NY Branch Report No. M070 |
| 12/31/86 | INT537-002997 | INT537-003033 | NatWest NY Branch Report No. M079 |
| 12/31/86 | INT537-001930 | INT537-001938 | NatWest NY Branch Report No. M080 |
| 12/31/86 | INT537-001687 | INT537-001856 | NatWest NY Branch Report No. M082 |
| 12/31/86 | INT537-001857 | INT537-001884 | NatWest NY Branch Report No. M083 |
| 12/31/86 | INT537-001885 | INT537-001929 | NatWest NY Branch Report No. M084 |
| 12/31/86 | INT537-001939 | INT537-001950 | NatWest NY Branch Report No. M261 |
| 12/31/86 | INT537-001951 | INT537-001964 | NatWest NY Branch Report No. M262 |
| 12/31/86 | INT537-001540 | INT537-001553 | NatWest NY Branch Report No. M263 |
| 12/31/86 | INT537-002346 | INT537-002351 | NatWest NY Branch Report No. G081 |
| 12/31/86 | INT537-002425 | INT537-002427 | NatWest NY Branch Report No. G085 |
| 12/31/86 | INT537-002352 | INT537-002402 | NatWest NY Branch Report No. G090 |
| 12/31/86 | INT537-002403 | INT537-002417 | NatWest NY Branch Report No. G092 |
| 12/31/86 | INT537-002470 | INT537-002512 | NatWest NY Branch Report No. B107 |
| 12/31/86 | INT537-002513 | INT537-002535 | NatWest NY Branch Report No. B118 |
| 12/31/86 | INT537-002536 | INT537-002536 | NatWest NY Branch Report No. B120 |
| 12/31/86 | INT537-002537 | INT537-002539 | NatWest NY Branch Report No. B121 |
| 12/31/86 | INT537-002540 | INT537-002583 | NatWest NY Branch Report No. B126 |
| 12/31/86 | INT537-002260 | INT537-002319 | NatWest NY Branch Report No. B133 |
| 03/31/82 | NWM0119 | NWM0309 | NatWest Branch Report re Nassau 03/31/82: Nos. M262, A220, M061, A020, M071,M061, M070 |
| 03/31/82 | NWM0310 | NWM0374 | NatWest Branch Report re IBF 03/31/82: Nos. M061, M070, M071, M262, A020, A220 |
| 03/31/82 | NWM0375 | NWM0392 | NatWest Branch Report re NY 03/31/82: Nos. M262, A020 |
| 04/30/84 | NWM0393 | NWM0591 | NatWest Branch Report re Nassau 04/30/84: Nos. M262, M061, A220, A020, M070 |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 04/30/84 | NWM0592 | NWM0677 | NatWest Branch Report re IBF 04/30/84: Nos. M262, A220, M061, M070, M071, A020 |
| 04/30/84 | NWM0678 | NWM0952 | NatWest Branch Report re NY 04/30/84: Nos. A220, A020, M061,M070, M071, M262 |
| 08/30/85 | NWM0953 | NWM1006 | NatWest Branch Report re IBF 08/30/85: Nos. M061, M070, M071, M262 |
| 08/30/85 | NWM1007 | NWM1217 | NatWest Branch Report re Nassau 08/30/85: Nos. A220, M071, A020, M262, M061, M070 |
| 08/30/85 | NWM1218 | NWM1518 | NatWest Branch Report re NY 08/30/85: Nos. M061, M070, M071, M262, A220, A020 |
| 09/30/87 | NWM1519 | NWM1788 | NatWest Branch Report re NY 09/30/87: Nos. A020, M061, M263, M070, M262 |
| 09/30/87 | NWM1789 | NWM2316 | NatWest Branch Report re Nassau 09/30/87: Nos. M262, M263, M061, M070 |
| 09/30/87 | NWN2317 | NWN2441 | NatWest Branch Report re IBF 09/30/87: Nos. A020, M263, A220, M262, M070 |
| undated | | | Index of Daily Reports (Microfiche) available in document repository |
| 09/24/87 | NWM2445 | NWM2600 | NatWest Branch Report re Nassau 09/24/87: Nos. A020, M061, M263, M262 |
| 09/24/87 | NWM2601 | NWM2671 | NatWest Branch Report re NY 09/24/87: Nos. A020, M061, M263, M262 |
| 09/24/87 | NWM2672 | NWM2706 | NatWest Branch Report re IBF 09/24/87: Nos. A020, M061, M263, M262 |
| 09/24/87 | NWM2707 | NWM2871 | NatWest Branch Report re Nassau 09/25/87: Nos. A020, M061, M263, M262 |
| 09/25/87 | NWM2872<br><br>NWM3359 | NWM2906<br><br>NWM3375 | NatWest Branch Report re NY 09/25/87: Nos. A020, M061, M263,<br>M262 |
| 09/25/87 | NWM2907 | NWM2937 | NatWest Branch Report re IBF 09/25/87: Nos. A020, M061, M263, M262 |
| 09/28/87 | NWM2938 | NWM3057 | NatWest Branch Report re Nassau 09/28/87: Nos. A020, M061, M263, M262 |
| 09/28/87 | NWM3058 | NWM3120 | NatWest Branch Report re NY 09/28/87: Nos. A020, M061, M263, M262 |
| 09/28/87 | NWM3121<br><br>NWM3376 | NWM3147<br><br>NWM3387 | NatWest Branch Report re IBF 09/28/87: Nos. A020, M262, M263,<br>M061 |
| 09/29/87 | NWM3148 | NWM3272 | NatWest Branch Report re Nassau 09/29/87: Nos. A020, M061, M263, M262 |
| 09/29/87 | NWM3272 | NWM3336 | NatWest Branch Report re NY 09/29/87: Nos. A020, M061, M263, M262 |
| 09/29/87 | NWM3337 | NWM3358 | NatWest Branch Report re IBF 09/29/87: Nos. A020, M061, M263 |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 09/30/87 | NWM1789 | NWM2316 | NatWest Branch Report re Nassau 09/30/87: Nos. M070, M061, M263, M262 |
| 09/30/087 | NWM1519 | NWM1788 | NatWest Branch Report re NY 09/30/87: Nos. A020, M061, M263, M070, M262 |
| 09/30/087 | NWM2317 | NWM2441 | NatWest Branch Report re IBF 09/30/87: Nos. A020, M263, A220, M070, M262 |
| 08/30/85 | NWM1007 | NWM1217 | NatWest Branch Report re Nassau 08/30/85: Nos. A220, M071, A020, M262, M061, M070 |
| 08/30/85 | NWM1218 | NWM1518 | NatWest Branch Report re NY 08/30/85: Nos. M061, M070, M071, M262, A220, A020 |
| 08/30/85 | NWM0953 | NWM1006 | NatWest Branch Report re IBF 08/30/85: Nos. M061, M070, M071, M262 |
| 04/30/84 | NWM0393 | NWM0591 | NatWest Branch Report re Nassau 04/30/84: Nos. M262, M061, A220, A020, M070 |
| 04/30/84 | NWM0678 | NWM0952 | NatWest Branch Report re NY 04/30/84: Nos. A220, A020, M061, M070, M071, M262, |
| 04/30/84 | NWM0592 | NWM0677 | NatWest Branch Report re IBF 04/30/84: Nos. M262, A220, M061, M070, M071, A020 |
| 03/31/82 | NWM0119 | NWM0309 | NatWest Branch Report re Nassau 03/31/82: Nos. M262, A220, A020, M071, M061, M070 |
| 03/31/82 | NWM0375 | NWM0392 | NatWest Branch Report re NY 03/31/82: Nos. M262, A020 |
| 03/31/82 | NWM0310 | NWM0374 | NatWest Branch Report re IBF 03/31/82: Nos. M061, M070, M071, M262, A020, A220 |
| 11/24/04<br><br>11/19/04 | | | Defendant's Motion for Reconsideration of Court's July 16, 2004, Order, Limiting Scope of Capital Issue w/attached Exhibits 1 and 2:<br>- Exhibit 1: Farrant, Richard Henry, "U.K. Regulatory Capital Requirements Applicable to the Operations of U.S. Branches by U.K. Banks," Report for the USDoJ Tax Division, Case No. 95-758T w/attached Exhibits A and B<br>- Exhibit 2: X Bank Decision |
| 12/19/97 | | | Defendant's Opposition to the United Kingdom's Motion for Leave to File a Brief *Amicus Curiae* |
| 2/27/04 | | | Confidential draft: Stipulation of Facts the Capital Issue |
| 05/04/04 | | | Draft: Joint Stipulation of Facts (Capital Issue) |
| 11/22/04 | | | Plaintiff's Responses and Objections to Defendant's Eighth Set of Requests for Production and Copying of Documents |
| 11/22/04 | | | Plaintiff's Responses and Objections to Defendant's First Set of Requests for Admissions |
| 11/22/04 | | | Plaintiff's Responses and Objections to Defendant's Eighth Set of Interrogatories |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 12/07/04 | | | Plaintiff's Supplemental Answers and Objections to Defendant's Interrogatories 8.40 and 8.43 |
| 06/05/01 | | | Letter from M.C. Ferguson (Davis, Polk & Wardwell) to S. Frahm (DoJ) re National Westminster Bank PLC v. US, No. 95-758T w/attached definitive statement of refund claims in revised claim, detailed explanation of interest income and expense claimed pursuant to Treaty |
| | | | **PX069:** Chart of Accounts |
| | DR503-000081 | DR503-000481 | NWB Group Accounting Manual |
| | INT534-016292<br>INT534-016301<br>INT534-016326 | INT534-016296<br>INT534-016317<br>INT534-016347 | **PX073:** Transaction tickets and memoranda regarding certain currency loans |
| | INT534-013488 | INT534-013505 | **PX114:** Miscellaneous documents regarding review of Reconciliation of Account 00154318 (IBF current A/C in NY Branch) |
| | INT534-013506 | INT534-013515 | **PX115:** Miscellaneous documents regarding Overnight Deals with NY Branch/Nassau (Fed Funds Bought and Sold) |
| 12/30/83 | INT534-000899 | INT534-000900 | **PX116:** Current DC lines as of Dec. 30, 1983. |
| 01/01-06/30 1981 | INT504-00001 | INT504-00008 | **PX123:** Profit & Loss Account NY Branch 1/1/81-6/30/81 |
| 01/01-06/30 1981 | INT522-000199 | INT522-000206 | **PX124:** Profit & Loss Account NY Branch 1/1/81-6/30/81 |
| 01/01-06/30 1981 | INT504-00009 | INT504-00015 | **PX125:** Profit & Loss Account Chicago Branch 1/1/81-6/30/81 |
| 01/01-06/30 1981 | INT504-00023 | INT504-00029 | **PX126:** Profit & Loss Account SF Branch 1/1/81-6/30/81 |
| 01/01-06/30 1981 | INT504-00016 | INT504-00022 | **PX127:** Profit & Loss Account Nassau Branch 1/1/81-6/30/81 |
| 07/1 - 12/31 1981 | INT522-000151 | INT522-000157 | **PX133:** Profit & Loss Account NY Branch 7/1/81-12/31/81 |
| 07/1 - 12/31 1981 | INT504-00037 | INT504-00043 | **PX134:** Profit & Loss Account Chicago Branch 7/1/81-12/31/81 |
| 07/1 - 12/31 1981 | INT504-00044 | INT504-00048 | **PX135:** Profit & Loss Account SF Branch 7/1/81-12/31/81 |
| 07/1 - 12/31 1981 | INT504-00049 | INT504-00057 | **PX136:** Profit & Loss Account Nassau Branch 7/1/81-12/31/81 |
| 07/1 - 12/31 1981 | INT522-000166 | INT522-000183 | **PX137:** Profit & Loss Account Nassau Branch 7/1/81-12/31/81 |
| 01/01-12/31 1982 | INT504-00058 | INT504-00064 | **PX152:** Profit & Loss Account NY Branch 1/1/82-12/31/82 |
| 01/01-12/31 1982 | INT504-00065 | INT504-00071 | **PX153:** Profit & Loss Account Chicago Branch 1/1/82-12/31/82 |
| 01/01-12/31 1982 | INT504-00072 | INT504-00078 | **PX154:** Profit & Loss Account SF Branch 1/1/82-12/31/82 |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 01/01-12/31 1982 | INT504-00079 | INT504-00085 | **PX155:** Profit & Loss Account Nassau Branch 1/1/82-12/31/82 |
| 01/01-12/31 1983 | INT504-00086 | INT504-00092 | **PX169:** Profit & Loss Account NY Branch 1/1/83-12/31/83 |
| 01/01-12/31 1983 | INT504-00093 | INT504-00099 | **PX170:** Profit & Loss Account Chicago Branch 1/1/83-12/31/83 |
| 01/01-12/31 1983 | INT504-00100 | INT504-00106 | **PX171:** Profit & Loss Account SF Branch 1/1/83-12/31/83 |
| 01/01-12/31 1983 | INT504-00107 | INT504-00113 | **PX172:** Profit & Loss Account Nassau Branch 1/1/83-12/31/83 |
| 01/01-12/31 1983 | INT504-00114 | INT504-00120 A-G | **PX173:** Profit & Loss Account IBF Branch 1/1/83-12/31/83 |
| 01/01-12/31 1984 | INT504-00121 | INT504-00127 | **PX189:** Profit & Loss Account NY Branch 1/1/84-12/31/84 |
| 01/01-12/31 1984 | INT504-00128 | INT504-00134 | **PX190:** Profit & Loss Account Chicago Branch 1/1/84-12/31/84 |
| 01/01-12/31 1984 | INT504-00135 | INT504-00141 | **PX191:** Profit & Loss Account SF Branch 1/1/84-12/31/84 |
| 01/01-12/31 1984 | INT504-00142 | INT504-00154 | **PX192:** Profit & Loss Account Nassau Branch 1/1/84-12/31/84 |
| 01/01-12/31 1984 | INT504-00155 | INT504-00161 | **PX193:** Profit & Loss Account IBF Branch 1/1/84-12/31/84 |
| 01/01-12/31 1985 | INT504-00162 | INT504-00170 | **PX209:** Profit & Loss Account NY Branch 1/1/85-12/31/85 |
| 01/01-12/31 1985 | INT504-00171 | INT504-00181 | **PX210:** Profit & Loss Account Chicago Branch 1/1/85-12/31/85 |
| 01/01-12/31 1985 | INT504-00182 | INT504-00192 | **PX211:** Profit & Loss Account SF Branch 1/1/85-12/31/85 |
| 01/01-12/31 1985 | INT504-00193 | INT504-00201 | **PX212:** Profit & Loss Account Nassau Branch 1/1/85-12/31/85 |
| 01/01-12/31 1985 | INT504-00202 | INT504-00212 | **PX213:** Profit & Loss Account IBF Branch 1/1/85-12/31/85 |
| 01/01-12/31 1985 | INT504-00213 | INT504-00221 | **PX214:** Profit & Loss Account Grand Cayman Branch 1/1/85-12/31/85 |
| 01/01-12/31 1986 | INT504-00222 | INT504-00230 | **PX233:** Profit & Loss Account NY Branch 1/1/86-12/31/86 |
| 01/01-12/31 1986 | INT504-00252 | INT504-00261 | **PX234:** Profit & Loss Account Chicago Branch 1/1/86-12/31/86 |
| 01/01-12/31 1986 | INT504-00242 | INT504-00251 | **PX235:** Profit & Loss Account SF Branch 1/1/86-12/31/86 |
| 01/01-12/31 1986 | INT504-00272 | INT504-00281 | **PX236:** Profit & Loss Account Nassau Branch 1/1/86-12/31/86 |
| 01/01-12/31 1986 | no Bates Nos. | | **PX237:** Profit & Loss Account IBF Branch 1/1/86-12/31/86 |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 01/01-12/31 1986 | INT504-00262 | INT504-00271 | **PX238:** Profit & Loss Account Grand Cayman Branch 1/1/86-12/31/86 |
| 01/01-12/31 1987 | INT504-00282 | INT504-00291 | **PX257:** Profit & Loss Account NY Branch 1/1/87-12/31/87 |
| 01/01-12/31 1987 | INT504-00292 | INT504-00301 | **PX258:** Profit & Loss Account Chicago Branch 1/1/87-12/31/87 |
| 01/01-12/31 1987 | INT504-00302 | INT504-00311 | **PX259:** Profit & Loss Account SF Branch 1/1/87-12/31/87 |
| 01/01-12/31 1987 | INT504-00322 | INT504-00331 | **PX260:** Profit & Loss Account Nassau Branch 1/1/87-12/31/87 |
| 01/01-12/31 1987 | INT504-00312 | INT504-00321 | **PX261:** Profit & Loss Account IBF Branch 1/1/87-12/31/87 |
| 01/01-12/31 1987 | INT504-00332 | INT504-00340 | **PX262:** Profit & Loss Account Grand Cayman Branch 1/1/87-12/31/87 |
| 01/31/01 | | | **PX046:** Analysis of Plaintiff's 1986 Interbranch Interest Expense, including schedules and attachments (schedules include reports A220, M262, M263, M070) |
| 06/08/01 | | | **PX047:** Analysis of Plaintiff's 1981-1985 and 1987 Interbranch Interest Expense, including schedules and attachments |
| 06/05/01 | FRE1006-001 | FRE1006-160 | Plaintiff's Revised Claim; includes Plaintiff's FRE 1006 Evidentiary Summaries with Respect to Interest Income and Expense at Issue.<br>**Tab A:** Interest Income and Expense Being Claimed<br>**Tab B:** Attachment to Plaintiff's Response to Defendant's Interrogatory 1.05 and Supplement thereto.<br>**Tab C:** Attachment to Plaintiff's Response to Defendant's Interrogatories 5.04 through 5.06 and Supplement thereto |
| 1980 | NY-BS-8012-01<br>CH-BS-8012-01<br>SF-BS-8012-01<br>SF-CL-8012-01<br>NS-BS-8012-01<br>NS-CL-8012-01 | NY-BS-8012-06<br>CH-BS-8012-06<br>SF-BS-8012-13<br>SF-CL-8012-05<br>NS-BS-8012-15<br>NS-CL-8012-14 | 1980 Folder: 12/31/80 Branch balance sheets and reports B126, M261, B121 |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 1981 | NY-BS-8013-01<br>CH-BS-8013-01<br>SF-BS-8013-01<br>NS-BS-8103-01<br>NY-BS-8106-01<br>NY-PL-8106-01<br>CH-BS-8106-01<br>CH-PL-8106-01<br>SF-BS-8106-01<br>SF-PL-8106-01<br>NS-BS-8106-01<br>NS-PL-8106-01<br>NY-BS-8109-01<br>NY-PL-8109-01<br>CH-BS-8109-01<br>CH-PL-8109-01<br>SF-BS-8109-01<br>SF-PL-8109-01<br>NS-BS-8109-01<br>NS-PL-8109-01<br>NY-BS-8112-01<br>NY-PL-8112-01<br>CH-BS-8112-01<br>CH-PL-8112-01<br>SF-BS-8112-01<br>SF-PL-8112-01<br>NS-BS-8112-01<br>NS-PL-8112-01 | NY-BS-8013-06<br>CH-BS-8013-06<br>SF-BS-8013-06<br>NS-BS-8013-06<br>NY-BS-8106-06<br>NY-PL-8106-01<br>CH-BS-8106-06<br>CH-PL-8106-01<br>SF-BS-8106-05<br>SF-PL-8106-01<br>NS-BS-8016-15<br>NS-PL-8106-01<br>NY-BS-8109-06<br>NY-PL-8109-01<br>CH-BS-8109-15<br>CH-PL-8109-01<br>SF-BS-8109-06<br>SF-PL-8109-01<br>NS-BS-8109-20<br>NS-PL-8109-01<br>NY-BS-8112-10<br>NY-PL-8112-01<br>CH-BS-8112-06<br>CH-BS-8112-01<br>SF-BS-8112-06<br>SF-PL-8112-01<br>NS-BS-8112-06<br>NS-PL-8112-01 | 1981 Folder: Branch balance sheets (quarterly) |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 1982 | NY-BS-8203-01<br>NY-PL-8203-01<br>CH-BS-8203-01<br>CH-PL-8203-01<br>SF-BS-8203-01<br>SF-PL-8203-01<br>NS-BS-8203-01<br>NS-PL-8203-01<br>NY-BS-8206-01<br>NY-PL-8206-01<br>NY-CL-8206-01<br>CH-BS-8206-01<br>CH-PL-8206-01<br>SF-BS-8206-01<br>SF-PL-8206-01<br>NS-BS-8206-01<br>NS-PL-8206-01<br>IBF-BS-8206-01<br>IBF-CL-8206-01<br>NY-BS-8209-01<br>NY-PL-8209-01<br>CH-BS-8209-01<br>CH-PL-8209-01<br>SF-BS-8209-01<br>SF-PL-9209-01<br>NS-BS-8209-01<br>NS-PL-8209-01<br>IBF-BS-8209-01<br>IBF-CL-8209-01<br>NY-BS-8212-01<br>NY-PL-8212-01<br>CH-BS-8212-01<br>CH-PL-8212-01<br>SF-BS-8212-01<br>SF-PL-8212-01<br>NS-BS-8212-01<br>NS-PL-8212-01 | NY-BS-8203-06<br>NY-PL-8203-01<br>CH-BS-8203-06<br>CH-PL-8203-01<br>SF-BS-8203-016<br>SF-PL-8203-01<br>NS-BS-8203-19<br>NS-PL-8203-01<br>NY-BS-8206-31<br>NY-PL-8206-01<br>NY-CL-8206-02<br>CH-BS-8206-06<br>CH-PL-8206-01<br>SF-BS-8206-06<br>SF-PL-8206-01<br>NS-BS-8206-06<br>NS-PL-8206-01<br>IBF-BS-8206-13<br>IBF-CL-8206-02<br>NY-BS-8209-31<br>NY-PL-8209-01<br>CH-BS-8209-06<br>CH-PL-8209-01<br>SF-BS-8209-06<br>SF-PL-9209-01<br>NS-BS-8209-06<br>NS-PL-8209-01<br>IBF-BS-8209-13<br>IBF-CL-8209-01<br>NY-BS-8212-06<br>NY-PL-8212-01<br>CH-BS-8212-06<br>CH-PL-8212-01<br>SF-BS-8212-06<br>SF-PL-8212-01<br>NS-BS-8212-08<br>NS-PL-8212-01 | 1982 Folder: Branch balance sheets (quarterly) |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 1983 | NY-BS-8303-01<br>CH-BS-8303-01<br>SF-BS-8303-01<br>NS-BS-8303-01<br>IBF-BS-8303-0<br>NS-BS-8306-06<br>IBF-BS-8306-01<br>CH-BS-8306-01<br>NY-BS-8306-01<br>SF-BS-8306-01<br>SF-BS-8712-19<br>NS-BS-8306-01<br>NY-BS-8309-01<br>CH-BS-8309-01<br>SF-BS-8309-01<br>NS-BS-8309-01<br>IBF-BS-8309-01<br>NY-BS-8312-01<br>NY-PL-8312-01<br>CH-BS-8312-01<br>CH-PL-8312-01<br>SF-BS-8312-01<br>SF-II-8712-01<br>NS-BS-8312-01<br>NS-PL-8312-01<br>IBF-BS-8312-01<br>IBF-PL-8312-01 | NY-BS-8303-14<br>CH-BS-8303-10<br>SF-BS-8303-05<br>NS-BS-8303-07<br>IBF-BS-8303-07<br>NS-BS-8306-27<br>IBF-BS-8306-19<br>CH-BS-8306-23<br>NY-BS-8306-51<br>SF-BS-8306-18<br>SF-BS-8712-22<br>NS-BS-8306-05<br>NY-BS-8309-13<br>CH-BS-8309-11<br>SF-BS-8309-05<br>NS-BS-8309-08<br>IBF-BS-8309-08<br>NY-BS-8312-13<br>NY-PL-8312-01<br>CH-BS-8312-06<br>CH-PL-8312-01<br>SF-BS-8312-08<br>SF-II-8712-01<br>NS-BS-8312-06<br>NS-PL-8312-01<br>IBF-BS-8312-01<br>IBF-PL-8312-01 | 1983 Folder: Branch balance sheets (quarterly) |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 1984 | NY-BS-8403-01<br>NY-PL-8403-01<br>CH-BS-8403-01<br>CH-PL-8403-01<br>SF-BS-8403-01<br>SF-PL-8403-01<br>NS-BS-8403-01<br>NS-PL-8403-01<br>IBF-PL-8403-01<br>IBF-BS-8403-01<br>NY-BS-8406-01<br>NY-PL-8406-01<br>CH-BS-8406-01<br>CH-PL-8406-01<br>SF-BS-8406-01<br>SF-PL-8406-01<br>NS-BS-8406-01<br>NS-PL-8406-01<br>IBF-BS-8406-01<br>IBF-PL-8406-01<br>NY-BS-8409-01<br>NY-PL-8409-01<br>CH-BS-8409-01<br>CH-PL-8409-01<br>SF-BS-8409-01<br>SF-PL-8409-01<br>NS-BS-8409-01<br>NS-P-8409-01<br>IBF-BS-8409-01<br>NY-BS-8412-01<br>NY-PL-8412-01<br>CH-BS-8412-01<br>CH-PL-8412-01<br>SF-BS-8412-01<br>SF-PL-8412-01<br>NS-BS-8412-01<br>NS-PL-8412-01<br>BF-BS-8412-01<br>IBF-PL-8412-01 | NY-BS-8403-46<br>NY-PL-8403-01<br>CH-BS-8403-20<br>CH-PL-8403-01<br>SF-BS-8403-06<br>SF-PL-8403-01<br>NS-BS-8403-23<br>NS-PL-8403-01<br>IBF-PL-8403-01<br>IBF-BS-8403-19<br>NY-BS-8406-46<br>NY-PL-8406-01<br>CH-BS-8406-20<br>CH-PL-8406-01<br>SF-BS-8406-17<br>SF-PL-8406-01<br>NS-BS-8406-19<br>NS-PL-8406-01<br>IBF-BS-8406-09<br>IBF-PL-8406-01<br>NY-BS-8409-46<br>NY-PL-8409-01<br>CH-BS-8409-20<br>CH-PL-8409-01<br>SF-BS-8409-20<br>SF-PL-8409-01<br>NS-BS-8409-27<br>NS-P-8409-01<br>IBF-BS-8409-20<br>NY-BS-8412-06<br>NY-PL-8412-01<br>CH-BS-8412-06<br>CH-PL-8412-01<br>SF-BS-8412-05<br>SF-PL-8412-01<br>NS-BS-8412-06<br>NS-PL-8412-01<br>BF-BS-8412-06<br>IBF-PL-8412-01 | 1984 Folder: Branch balance sheets (quarterly) |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 1985 | NY-BS-8403-01<br>NY-PL-8503-01<br>CH-BS-8503-01<br>CH-PL-8503-01<br>SF-BS-8403-01<br>SF-PL-8503-01<br>NS-BS-8503-01<br>NS-PL-8503-01<br>IBF-BS-8503-01<br>IBF-PL-8503-01<br>NY-BS-8506-01<br>NY-PL-8506-01<br>CH-BS-8506-01<br>CH-PL-8506-01<br>SF-BS-8506-01<br>SF-PL-8506-01<br>NS-BS-8506-01<br>NS-PL-8506-01<br>IBF-BS-8506-01<br>IBF-PL-8506-01<br>NY-BS-8509-01<br>NY-PL-8509-01<br>CH-BS-8509-01<br>CH-PL-8509-01<br>SF-BS-8509-01<br>SF-PL-8509-01<br>NS-BS-8509-01<br>NS-PL-8509-01<br>IBF-BS-8509-01<br>IBF-PL-8509-01<br>NY-BS-8512-01<br>NY-PL-8512-01<br>CH-BS-8512-01<br>CH-PL-8512-01<br>SF-BS-8512-01<br>SF-PL-8512-01<br>NS-BS-8512-01<br>NS-PL-8512-01<br>IBF-BS-8512-01<br>IBF-PL-8512-01<br>GC-BS-8512-01<br>GC-PL-8512-01 | NY-BS-8503-06<br>NY-PL-8503-07<br>CH-BS-8503-05<br>CH-PL-8503-07<br>SF-BS-8403-06<br>SF-PL-8503-07<br>NS-BS-8503-06<br>NS-PL-8503-07<br>IBF-BS-8503-06<br>IBF-PL-8503-07<br>NY-BS-8506-08<br>NY-PL-9506-09<br>CH-BS-8506-07<br>CH-PL-8506-09<br>SF-BS-8506-08<br>SF-PL-8506-11<br>NS-BS-8506-17<br>NS-PL-8506-09<br>IBF-BS-8506-08<br>IBF-PL-8506-09<br>NY-BS-8509-46<br>NY-PL-8509-09<br>CH-BS-8509-08<br>CH-PL-8509-11<br>SF-BS-8509-08<br>SF-PL-8509-11<br>NS-BS-8509-08<br>NS-PL-8509-09<br>IBF-BS-8509-08<br>IBF-PL-8509-09<br>NY-BS-8512-08<br>NY-PL-8512-01<br>CH-BS-8512-09<br>CH-PL-8512-01<br>SF-BS-8512-08<br>SF-PL-8512-01<br>NS-BS-8512-08<br>NS-PL-8512-01<br>IBF-BS-8512-08<br>IBF-PL-8512-01<br>GC-BS-8512-10<br>GC-PL-8512-01 | 1985 Folder: Branch balance sheets (quarterly) |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 1986 | NY-BS-8603-01<br>NY-PL-8603-01<br>CH-BS-8603-01<br>SF-BS-8603-01<br>SF-PL-8603-01<br>CH-PL-8603-01<br>NS-BS-8603-01<br>NS-PL-8603-01<br>IBF-BS-8603-01<br>IBF-PL-8603-01<br>GC-BS-8603-01<br>GC-II-86103-01<br>NY-BS-8606-01<br>NY-PL-8606-01<br>CH-BS-8606-01<br>CH-PL-8606-01<br>SF-BS-8606-01<br>SF-PL-8606-01<br>NS-BS-8606-01<br>IBF-BS-8606-01<br>IBF-PL-8606-01<br>GC-BS-8606-01<br>GC-PL-8606-01<br>NY-BS-8609-01<br>NY-PL-8609-01<br>CH-BS-8609-01<br>CH-PL-9609-01<br>SF-BS-8609-01<br>SF-PL-8609-01<br>NS-BS-8609-01<br>NS-PL-8609-01<br>IBF-BS-8609-01<br>IBF-PL-8609-01<br>GC-BS-8609-01<br>GC-PL-8609-01<br>NY-BS-8612-01<br>NY-PL-8612-01<br>CH-BS-8612-01<br>CH-PL-8612-01<br>SF-BS-8612-01<br>SF-PL-8612-01<br>NS-BS-8612-01<br>NS-PL-8612-01<br>IBF-BS-8612-01<br>IBF-PL-8612-01<br>GC-BS-8612-01<br>BC-PL-8612-01 | NY-BS-8603-36<br>NY-PL-8603-01<br>CH-BS-8603-08<br>SF-BS-8603-08<br>SF-PL-8603-01<br>CH-PL-8603-01<br>NS-BS-8603-08<br>NS-PL-8603-01<br>IBF-BS-8603-16<br>IBF-PL-8603-01<br>GC-BS-8603-08<br>GC-II-86103-01<br>NY-BS-8606-08<br>NY-PL-8606-01<br>CH-BS-8606-08<br>CH-PL-8606-01<br>SF-BS-8606-08<br>SF-PL-8606-01<br>NS-BS-8606-08<br>IBF-BS-8606-08<br>IBF-PL-8606-01<br>GC-BS-8606-10<br>GC-PL-8606-01<br>NY-BS-8609-08<br>NY-PL-8609-01<br>CH-BS-8609-08<br>CH-PL-9609-01<br>SF-BS-8609-08<br>SF-PL-8609-01<br>NS-BS-8609-19<br>NS-PL-8609-01<br>IBF-BS-8609-08<br>IBF-PL-8609-01<br>GC-BS-8609-08<br>GC-PL-8609-01<br>NY-BS-8612-08<br>NY-PL-8612-01<br>CH-BS-8612-08<br>CH-PL-8612-01<br>SF-BS-8612-08<br>SF-PL-8612-01<br>NS-BS-8612-08<br>NS-PL-8612-01<br>IBF-BS-8612-08<br>IBF-PL-8612-01<br>GC-BS-8612-08<br>BC-PL-8612-01 | 1986 Folder: Branch balance sheets (quarterly) |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 1987 | NY-BS-8703-01<br>NY-PL-8703-01<br>CH-BS-8703-01<br>CH-PL-8703-01<br>SF-BS-8703-01<br>SF-PL-8703-01<br>NS-BS-8703-01<br>NS-PL-8703-01<br>IBF-BS-8703-01<br>IBF-PL-8703-01<br>GC-BS-8703-01<br>GC-PL-8703-01<br>NY-BS-8706-01<br>NY-PL-8706-01<br>CH-BS-8706-01<br>CH-PL-8706-01<br>SF-BS-8706-01<br>SF-PL-8706-01<br>NS-BS-8706-01<br>NS-0L-870601<br>IBF-BS-8706-01<br>IBF-PL-8706-01<br>GC-BS-8706-01<br>GC-PL-8706-01<br>NY-BS-8709-01<br>NY-PL-8709-01<br>CH-BS-8709-01<br>CH-PL.8709-01<br>SF-BS-8709-01<br>SF-PL-8709-01<br>NS-BS-8709-01<br>NS-PL-8709-01<br>IBF-BS-8709-01<br>IBF-PL-8709-01<br>GC-BS-8709-01<br>GC-PL-8709-01<br>NY-BS-8712-01<br>NY-PL-8712-01<br>CH-BS-8712-01<br>CH-PL-8712-01<br>SF-BS-8712-01<br>SF-PL-8712-01<br>NS-BS-8712-01<br>NS-PL-8712-01<br>IBF-BS-8712-01<br>IBF-PL-8712-01<br>GC-BS-8712-01<br>GC-PL-8712-01 | NY-BS-8703-08<br>NY-PL-8703-01<br>CH-BS-8703-08<br>CH-PL-8703-01<br>SF-BS-8703-07<br>SF-PL-8703-01<br>NS-BS-8703-09<br>NS-PL-8703-01<br>IBF-BS-8703-08<br>IBF-PL-8703-01<br>GC-BS-8703-07<br>GC-PL-8703-01<br>NY-BS-8706-08<br>NY-PL-8706-01<br>CH-BS-8706-08<br>CH-PL-8706-01<br>SF-BS-8706-11<br>SF-PL-8706-01<br>NS-BS-8706-08<br>NS-0L-870601<br>IBF-BS-8706-08<br>IBF-PL-8706-01<br>GC-BS-8706-11<br>GC-PL-8706-01<br>NY-BS-8709-09<br>NY-PL-8709-01<br>CH-BS-8709-08<br>CH-PL.8709-0<br>SF-BS-8709-06<br>SF-PL-8709-01<br>NS-BS-8709-08<br>NS-PL-8709-01<br>IBF-BS-8709-08<br>IBF-PL-8709-01<br>GC-BS-8709-08<br>GC-PL-8709-01<br>NY-BS-8712-09<br>NY-PL-8712-01<br>CH-BS-8712-12<br>CH-PL-8712-01<br>SF-BS-8712-11<br>SF-PL-8712-01<br>NS-BS-8712-11<br>NS-PL-8712-01<br>IBF-BS-8712-09<br>IBF-PL-8712-01<br>GC-BS-8712-08<br>GC-PL-8712-01 | 1987 Folder: Branch balance sheets (quarterly) |
| 1981 | | | NY B121 Reports, Balances with/of NWB Branches, Jan. - Dec, 1981 (August missing) |
| 1982 | | | IBF B121 Reports, Balances with/of NWB Branches, Jan. - Dec, 1982 |
| 1983 | | | IBF B121 Reports, Balances with/of NWB Branches, Jan. - Dec, 1983 |
| 1984 | | | IBF B121 Reports, Balances with/of NWB Branches, Jan. - Dec,1984 (July missing) |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 1985 | | | IBF B121 Reports, Balances with/of NWB Branches, Jan. - Dec, 1985 (April missing) |
| 1987 | | | IBF B121 Reports, Balances with/of NWB Branches, Jan. - Dec, 1987 |
| 1981 | | | Nassau B121 Reports, Balances with/of NWB Branches, Jan. - Dec, 1981 |
| 1982 | | | Nassau B121 Reports, Balances with/of NWB Branches, Jan. - Dec, 1982 |
| 1983 | | | Nassau B121 Reports, Balances with/of NWB Branches, Jan. - Dec, 1983 |
| 1984 | | | Nassau B121 Reports, Balances with/of NWB Branches, Jan. - Dec,1984 |
| 1985 | | | Nassau B121 Reports, Balances with/of NWB Branches, Jan. - Dec, 1985 |
| 1987 | | | Nassau B121 Reports, Balances with/of NWB Branches, Jan. - Dec, 1987 (February, March, April and May missing) |
| 12/31/84 | NWM3359 | NWM3359 | A020 Interest Ladders/Chicago |
| 12/31/84 | NWM3473 | NWM3492 | B118 Profit and Loss/Chicago |
| 12/31/84 | NWM3493 | NWM3493 | B120 Balances w/of Group Cos./Chicago |
| 12/31/84 | NWM3494 | NWM3500 | M061 All Accounts Data Changes/Chicago |
| 12/31/84 | NWM3501 | NWM3526 | M070 Certificate of Balance/Chicago |
| 12/31/84 | NWM3527 | NWM3527 | M071 Certificate of Deposit/Chicago |
| 12/31/84 | NWM3528 | NWM3532 | M262 Money Market Deal Extract/Chicago |
| 12/31/84 | NWM3360 | NWM3472 | A220 Interest Ladders/Chicago, 12/31/84 |
| 12/31/84 | NWM3533 | NWM3533 | A020 Interest Ladders/IBF |
| 12/31/84 | NWM3534 | NWM3554 | A220 Interest Ladders/IBF |
| 12/31/84 | NWM3555 | NWM3573 | B118 Profit and Loss/IBF |
| 12/31/84 | NWM3574 | NWM3574 | B120 Balances w/of Group Cos./IBF |
| 12/31/84 | NWM3575 | NWM3579 | M061 All Accounts Data Changes/IBF |
| 12/31/84 | NWM3580 | NWM3632 | M070 Certificate of Balance/IBF |
| 12/31/84 | NWM3633 | NWM3633 | M071 Certificate of Deposit/IBF |
| 12/31/84 | NWM3634 | NWM3662 | M262 Money Market Deal Extract/IBF |
| 12/31/84 | NWM3642 | NWM3642 | A020 Interest Ladders/Nassau |
| 12/31/84 | NWM3643 | NWM3643 | A220 Interest Ladders/Nassau |
| 12/31/84 | NWM3644 | NWM3662 | B118 Profit and Loss/Nassau |
| 12/31/84 | NWM3663 | NWM3663 | B120 Balances w/of Group Cos./Nassau |
| 12/31/84 | NWM3664 | NWM3690 | M061 All Accounts Data Changes/Nassau |
| 12/31/84 | NWM3691 | NWM3836 | M070 Certificate of Balance/Nassau |
| 12/31/84 | NWM3837 | NWM3837 | M071 Certificate of Deposit/Nassau |
| 12/31/84 | NWM3838 | NWM3854 | M262 Money Market Deal Extract/Nassau |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 12/31/84 | NWM3855 | NWM3870 | A020 Interest Ladders/NY |
| 12/31/84 | NWM3871 | NWM5232 | A220 Interest Ladders/NY |
| 12/31/84 | NWM5233 | NWM5256 | B118 Profit and Loss/NY |
| 12/31/84 | NWM5257 | NWM5257 | B120 Balances w/of Group Cos./NY |
| 12/31/84 | NWM5258 | NWM5264 | M061 All Accounts Data Changes/NY |
| 12/31/84 | NWM 0007140 | NWM0007201 | M070 Certificate of Balance/NY |
| 12/31/84 | NWM 0007202 | NWM 0007207 | M071 Certificate of Deposit/NY |
| 12/31/84 | NWM 0007208 | NWM 0007222 | M262 Money Market Deal Extract/NY |
| 12/31/84 | NWM5265 | NWM5303 | A220 Interest Ladders/SF |
| 12/31/84 | NWP 0000310 | NWP 0000329 | B118 Profit and Loss/SF |
| 12/31/84 | NWP 0000330 | NWP 0000330 | B120 Balances w/of Group Cos./SF |
| 12/31/84 | NWM5304 | NWM5317 | M061 All Accounts Data Changes/SF |
| 12/31/84 | NWM5318 | NWM5359 | M070 Certificate of Balance/SF |
| 12/31/84 | NWM5360 | NWM5360 | M071 Certificate of Deposit/SF |
| 12/31/84 | NWM5361 | NWM5368 | M262 Money Market Deal Extract/SF |
| 12/31/86 | NWM5369 | NWM5369 | A020 Interest Ladders/Chicago |
| 12/31/86 | NWM5370 | NWM5465 | A220 Interest Ladders/Chicago |
| 12/31/86 | NWM5466 | NWM5486 | B118 Profit and Loss/Chicago |
| 12/31/86 | NWM5487 | NWM5487 | B120 Balances w/of Group Cos./Chicago |
| 12/31/86 | NWM5488 | NWM5496 | M061 All Accounts Data Changes/Chicago |
| 12/31/86 | NWM5497 | NWM5534 | M070 Certificate of Balance/Chicago |
| 12/31/86 | NWM5535 | NWM5546 | M262 Money Market Deal Extract/Chicago |
| 12/31/86 | NWM7128 | NWM7139 | M263 Money Market Deal Extract by Maturity/Chicago |
| 12/31/86 | NWM5547 | NWM5547 | A020 Interest Ladders/Grand Cayman |
| 12/31/86 | NWM5548 | NWM5548 | A220 Interest Ladders/Grand Cayman |
| 12/31/86 | NWM5549 | NWM5567 | B118 Profit and Loss/Grand Cayman |
| 12/31/86 | NWM5568 | NWM5568 | B120 Balances w/of Group Cos./Grand Cayman |
| 12/31/86 | NWM5569 | NWM5569 | M061 All Accounts Data Changes/Grand Cayman |
| 12/31/86 | NWM5570 | NWM5574 | M070 Certificate of Balance/Grand Cayman |
| 12/31/86 | NWM5575 | NWM5577 | M262 Money Market Deal Extract/Grand Cayman |
| 12/31/86 | NWM5578 | NWM5580 | M263 Money Market Deal Extract by Maturity/Grand Cayman |
| 12/31/86 | NWM5581 | NWM5581 | A020 Interest Ladders/IBF |
| 12/31/86 | NWM5582 | NWM5594 | A220 Interest Ladders/IBF |
| 12/31/86 | NWM5595 | NWM5613 | B118 Profit and Loss/IBF |
| 12/31/86 | NWM5614 | NWM5614 | B120 Balances w/of Group Cos./IBF |
| 12/31/86 | NWM5615 | NWM5621 | M061 All Accounts Data Changes/IBF |
| 12/31/86 | NWM5622 | NWM5663 | M070 Certificate of Balance/IBF |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 12/31/86 | NWM5664 | NWM5673 | M262 Money Market Deal Extract/IBF |
| 12/31/86 | NWM5674 | NWM5683 | M263 Money Market Deal Extract by Maturity/IBF |
| 12/31/86 | NWP0000003 | NWP0000063 | M061 All Accounts Data Changes/Nassau |
| 12/31/86 | NWP0000064 | NWP0000309 | M070 Certificate of Balance/Nassau |
| 12/31/86 | NWM5684 | NWM5684 | A020 Interest Ladders/SF |
| 12/31/86 | NWM5685 | NWM5721 | A220 Interest Ladders/SF |
| 12/31/86 | NWM5722 | NWM5742 | B118 Profit and Loss/SF |
| 12/31/86 | NWM5743 | NWM5743 | B120 Balances w/of Group Cos./SF |
| 12/31/86 | NWM5744 | NWM5749 | M061 All Accounts Data Changes/SF |
| 12/31/86 | NWM5750 | NWM5808 | M070 Certificate of Balance/SF |
| 12/31/86 | NWM5809 | NWM5817 | M262 Money Market Deal Extract/SF |
| 12/31/86 | NWM5818 | NWM5826 | M263 Money Market Deal Extract by Maturity/SF |
| 12/31/87 | NWM5827 | NWM5827 | A020 Interest Ladders/Chicago |
| 12/31/87 | NWM5828 | NWM5910 | A220 Interest Ladders/Chicago |
| 12/31/87 | NWM0007223 | NWM0007243 | B118 Profit and Loss/Chicago |
| 12/31/87 | NWM0007244 | NWM0007244 | B120 Balances w/of Group Cos./Chicago |
| 12/31/87 | NWM5911 | NWM5922 | M061 All Accounts Data Changes/Chicago |
| 12/31/87 | NWM5923 | NWM5983 | M070 Certificate of Balance/Chicago |
| 12/31/87 | NWM5984 | NWM5991 | M262 Money Market Deal Extract/Chicago |
| 12/31/87 | NWM5992 | NWM5999 | M263 Money Market Deal Extract by Maturity/Chicago |
| 12/31/87 | NWM6000 | NWM6000 | A020 Interest Ladders/Grand Cayman |
| 12/31/87 | NWM6001 | NWM6001 | A220 Interest Ladders/Grand Cayman |
| 12/31/87 | NWM6002 | NWM6020 | B118 Profit and Loss/Grand Cayman |
| 12/31/87 | NWM6021 | NWM6021 | B120 Balances w/of Group Cos./Grand Cayman |
| 12/31/87 | NWM6022 | NWM6023 | M061 All Accounts Data Changes/Grand Cayman |
| 12/31/87 | NWM6024 | NWM6032 | M070 Certificate of Balance/Grand Cayman |
| 12/31/87 | NWM6033 | NWM6036 | M262 Money Market Deal Extract/Grand Cayman |
| 12/31/87 | NWM6037 | NWM6040 | M263 Money Market Deal Extract by Maturity/Grand Cayman |
| 12/31/87 | NWM6041 | NWM6041 | A020 Interest Ladders/IBF |
| 12/31/87 | NWM6042 | NWM6054 | A220 Interest Ladders/IBF |
| 12/31/87 | NWM6055 | NWM6073 | B118 Profit and Loss/IBF |
| 12/31/87 | NWM6074 | NWM6074 | B120 Balances w/of Group Cos./IBF |
| 12/31/87 | NWM6075 | NWM6084 | M061 All Accounts Data Changes/IBF |
| 12/31/87 | NWM6085 | NWM6184 | M070 Certificate of Balance/IBF |
| 12/31/87 | NWM6185 | NWM6199 | M262 Money Market Deal Extract/IBF |
| 12/31/87 | WNM6200 | NWM6214 | M263 Money Market Deal Extract by Maturity/IBF |
| 12/31/87 | NWM6215 | NWM6215 | A020 Interest Ladders/Nassau |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 12/31/87 | NWM6216 | NWM6217 | A220 Interest Ladders/Nassau |
| 12/31/87 | NWM6218 | NWM6238 | B118 Profit and Loss/Nassau |
| 12/31/87 | NWM6239 | NWM6240 | B120 Balances w/of Group Cos./Nassau |
| 12/31/87 | NWM6241 | NWM6309 | M061 All Accounts Data Changes/Nassau |
| 12/31/87 | NWM6310 | NWM6720 | M070 Certificate of Balance/Nassau |
| 12/31/87 | NWM6721 | NWM6751 | M262 Money Market Deal Extract/Nassau |
| 12/31/87 | NWM6752 | NWM6782 | M263 Money Market Deal Extract by Maturity/Nassau |
| 12/31/87 | NWM6783 | NWM6788 | A020 Interest Ladders/NY |
| 12/31/87 | NWM0007245 | NWM0008502 | A220 Interest Ladders/NY |
| 12/31/87 | NWM6789 | NWM6813 | B118 Profit and Loss/NY |
| 12/31/87 | NWM6816 | NWM6836 | M061 All Accounts Data Changes/NY |
| 12/31/87 | NWM6837 | NWM7045 | M070 Certificate of Balance/NY |
| 12/31/87 | NWM7046 | NWM7065 | M262 Money Market Deal Extract/NY |
| 12/31/87 | NWM7066 | NWM7085 | M263 Money Market Deal Extract by Maturity/NY |
| 12/31/87 | NWM7086 | NWM7086 | A020 Interest Ladders/SF |
| 12/31/87 | NWM7087 | NWM7093 | B118 Profit and Loss/SF |
| 12/31/87 | NWM7094 | NWM7094 | B120 Balances w/of Group Cos./SF |
| 12/31/87 | NWM7095 | NWM7105 | M061 All Accounts Data Changes/SF |
| 12/31/87 | NWM7106 | NWM7116 | M262 Money Market Deal Extract/SF |
| 12/31/87 | NWM7117 | NWM7127 | M263 Money Market Deal Extract by Maturity/SF |
| 08/25/04 | | | Letter from M. Verdolini (Davis Polk & Wardwell) to S. Frahm (DoJ) re National Westminister Bank PLC v. U.S., Ct. Fed Cl. No. 95-758T, response to S. Frahm's inquiries |
| 08/10/04 | | | Letter from M. Verdolinii (Davis Polk & Wardwell) to S. Frahm (DoJ) re National Westminister Bank PLC v. U.S., Ct. Fed Cl. No. 95-758T with attached copies of "repo" account statements |
| 11/01/90 | | | Defendant's Exhibit A: Confidential memorandum from J.L. Carr and M.C. Moetell (Shaw Pittman) to A.J. Schibani and C.T. Plambeck re National Westminster PLC Competent Authority Proceedings |
| 11/01/90 | | | Confidential memorandum from Shaw Pittman re National Westminster PLC: Recognition of Branch Capital for U.S. Tax Purposes Under the Separate Entity Method ("1990 Memorandum") |
| 11/02/04 | | | Plaintiff's Motion for Leave to Replace Exhibits to Plaintiff's Report on the Capital Issue with Corrected Copies w/exhibits A-C attached |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| | | | Page B-36 from Exhibit B from document “Plaintiff’s Motion for Leave to Replace Exhibits to Plaintiff’s Report on the Capital Issue with Corrected Copies,” Expert Report of Kevin D. Bandoian, PricewaterhouseCoopers, LLP dated October 29, 2004 |
| 04/23/01 | | | Plaintiff’s Responses to Defendant’s Fifth Set of Requests for Production and Copying of Documents |
| 04/23/01<br>1981-1987<br>11/15/01 | | | Plaintiff’s Answers and Objections to Defendant’s Fifth Set of Interrogatories w/<br>- Attachment A: Tables: Interrogatory 5.04<br>- Plaintiff’s Supplemental Answer and Objections to Defendant’s Interrogatory 5.16 |
| 11/27/01 | | | - Plaintiff’s Supplemental Answer and Objections to Defendant’s Interrogatory 5.30 |
| Various | NWP 0000331 | NWP 0000334 | **Folder 93A-8:** NWB Overseas DI - Various Years account info |
| 1982 | NWP 0000335 | NWP 0000343 | **Folder 97B-1:** NatWest Madrid 1982 account info |
| 1983 | NWP 0000344 | NWP 0000351 | **Folder 97B-11:** F Van Lanschof 1983 account info |
| 1981-1984 | NWP 0000352 | NWP 0000383 | **Folder 98-1:** Charges Calculations 1981-1984 account info |
| 1986 | NWP 0000384 | NWP 0000423 | **Folder 98-3:** IWB London 1986 account info |
| Various | NWP 0000424 | NWP 0000474 | **Folder 102B-1:** NWB London backvaluation and interest ladder account info |
| 08/21/87 | NWP 0000500 | NWP 0000508 | **Folder 150.A.1:** Combined Money Book, August 21, 1987 |
| <br>07/29/87<br>08/26/87 | NWP 0000509<br>NWP 0000510<br>NWP 0000514 | NWP 0000522<br>NWP 0000513<br>NWP 0000522 | **Folder 150.A.3:**<br>Toronto US$2 Money Book, July 29, 1987<br>Combined Money Book, August 26, 1987 |
| <br>01/04/82<br>06/10/81 | NWP 0000523<br>NWP 0000524<br>NWP 0000528 | NWP 0000541<br>NWP 0000527<br>NWP 0000541 | **Folder 152-1:**<br>**Folder 152-1.A:** Interest Procedure, January 1, 1982<br>**Folder 152-1.B:** Interest Charges on Ledger Overdrafts, June 10, 1981. |
| Various | NWP 0000981 | NWP 0000990 | **Folder 154A-3:** various documents on reserve costs |
| 04/19/02 | | | Plaintiff’s Exhibit List Submitted Pursuant to Appendix G, ¶10a (National Westminster Bank, PLC v. US, No. 95-758T). |
| 01/18/05 | | | Order Denying Reconsideration (National Westminster Bank, PLC v. US, No. 95-758T, U.S. Court of Federal Claims, Judge Nancy B. Firestone) |
| 01/18/05 | | | Order (National Westminster Bank, PLC v. US, No. 95-758T, U.S. Court of Federal Claims, Judge Nancy B. Firestone) |
| 07/26/04 | | | Defendant’s Motion to Clarify Scope of Inquiries re Capital Issue (National Westminster Bank PLC v. U.S., No. 95-758T, U.S. Court of Federal Claims) |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 08/13/04 | | | Reply to Plaintiff's Response to Defendant's Motion to Clarify Scope of Inquiries re Capital Issue (National Westminster Bank PLC v. U.S., No. 95-758T, U.S. Court of Federal Claims) |
| 01/03/05 | | | Defendant's Ninth Set of Interrogatories (National Westminster Bank PLC v. U.S., No. 95-758T, U.S. Court of Federal Claims) |
| 01/03/05 | | | Defendant's Ninth Set of Requests for Production and Copying of Documents (National Westminster Bank PLC v. U.S., No. 95-758T, U.S. Court of Federal Claims) |
| 10/05/81 | NWM 0008503<br>NWM 0008503<br>NWM 0008523<br>NWM 0008541<br>NWM 0008548 | NWM 0008551<br>NWM 0008522<br>NWM 0008540<br>NWM 0008547<br>NWM 0008551 | **M262**: Money Market Deal Extracts<br>New York<br>Nassau<br>San Francisco<br>Chicago |
| 12/31/81 | NWM 0008552<br>NWM 0008552<br>NWM 0008559<br>NWM 0008575<br>NWM 0008594<br>NWM 0008600 | NWM 0008599<br>NWM 0008558<br>NWM 0008574<br>NWM 0008593<br>NWM 0008599<br>NWM 0008605 | **M262**: Money Market Deal Extracts<br>IBF<br>New York<br>Nassau<br>Chicago<br>San Francisco |
| 09/25/82 | NWM 0008606<br>NWM 0008606<br>NWM 0008621<br>NWM 0008644<br>NWM 0008652<br>NWM 0008658 | NWM 0008662<br>NWM 0008620<br>NWM 0008643<br>NWM 0008651<br>NWM 0008657<br>NWM 0008662 | **M262**: Money Market Deal Extracts<br>New York<br>Nassau<br>IBF<br>San Francisco<br>Chicago |
| 12/31/82 | NWM 0008663<br>NWM 0008663<br>NWM 0008679<br>NWM 0008701<br>NWM 0008711<br>NWM 0008717 | NWM 0008721<br>NWM 0008678<br>NWM 0008700<br>NWM 0008710<br>NWM 0008716<br>NWM 0008721 | **M262**: Money Market Deal Extracts<br>New York<br>Nassau<br>IBF<br>San Francisco<br>Chicago |
| 12/15/83 | NWM 0008722<br>NWM 0008722<br>NWM 0008739<br>NWM 0008754<br>NWM 0008762 | NWM 0008765<br>NWM 0008738<br>NWM 0008753<br>NWM 0008761<br>NWM 0008765 | **M262**: Money Market Deal Extracts<br>New York<br>Nassau<br>IBF<br>Chicago |
| 12/30/83 | NWM 0008766<br>NWM 0008766<br>NWM 0008784<br>NWM 0008803<br>NWM 0008811 | NWM 0008816<br>NWM 0008783<br>NWM 0008802<br>NWM 0008810<br>NWM 0008816 | **M262**: Money Market Deal Extracts<br>New York<br>Nassau<br>IBF<br>Chicago |
| 09/18/84 | NWM 0008817<br>NWM 0008817<br>NWM 0008832<br>NWM 0008850<br>NWM 0008858<br>NWM 0008866 | NWM 0008870<br>NWM 0008831<br>NWM 0008849<br>NWM 0008857<br>NWM 0008865<br>NWM 0008870 | **M262**: Money Market Deal Extracts<br>New York<br>Nassau<br>IBF<br>San Francisco (09/19/84)<br>Chicago |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| 01/17/85 | NWM 0008871<br>NWM 0008871<br>NWM 0008885<br>NWM 0008902<br>NWM 0008910 | NWM 0008913<br>NWM 0008884<br>NWM 0008901<br>NWM 0008909<br>NWM 0008913 | **M262**: Money Market Deal Extracts<br>New York<br>Nassau<br>IBF<br>Chicago |
| 12/31/85 | NWM 0008914<br>NWM 0008914<br>NWM 0008931<br>NWM 0008950<br>NWM 0008957<br>NWM 0008965 | NWM 0008975<br>NWM 0008930<br>NWM 0008949<br>NWM 0008956<br>NWM 0008964<br>NWM 0008975 | **M262**: Money Market Deal Extracts<br>New York<br>Nassau<br>IBF<br>San Francisco<br>Chicago |
| 12/30/86 | NWM 0008976 | NWM 0008999 | **M262**: Money Market Deal Extracts<br>Nassau |
| 02/07/86 | NWM 0009000<br>NWM 0009000<br>NWM 0009016<br>NWM 0009032<br>NWM 0009039<br>NWM 0009048 | NWM 0009055<br>NWM 0009015<br>NWM 0009031<br>NWM 0009038<br>NWM 0009047<br>NWM 0009055 | **M262**: Money Market Deal Extracts<br>New York<br>Nassau<br>IBF<br>San Francisco<br>Chicago |
| 06/16/87 | NWM 0009056<br>NWM 0009056<br>NWM 0009074<br>NWM 0009100<br>NWM 0009111<br>NWM 0009120 | NWM 0009129<br>NWM 0009073<br>NWM 0009099<br>NWM 0009110<br>NWM 0009119<br>NWM 0009129 | **M262**: Money Market Deal Extracts<br>New York<br>Nassau<br>IBF<br>San Francisco<br>Chicago |
| Various | NWP 0001692 | NWP 0001710 | **Box 145:** Artoc Bank & Trust Limited |
| Various | NWP 0001711 | NWP 0001747 | **Box 145:** Banco Central S.A. |
| Various | NWP 0001748 | NWP 0001805 | **Box 145:** Banco de Chile |
| Various | NWP 0001806 | NWP 0001809 | **Box 145:** Bancohio National Bank |
| Various | NWP 0001810 | NWP 0001825 | **Box 145:** Banco Industrial del Peru |
| Various | NWP 0001826 | NWP 0001832 | **Box 145:** Banco de la Provincia de Buenos Aires |
| Various | NWP 0001833 | NWP 0001855 | **Box 145:** Banco Industrial de Venezuela |
| Various | NWP 0001856 | NWP 0001884 | **Box 145:** Banco Mexicano S.A. |
| Various | NWP 0001885 | NWP 0001930 | **Box 145:** Banca Nazionale Dell'Agricoltura Rome |
| Various | NWP 0001931 | NWP 0001969 | **Box 145:** Banco Portugues do Atlantico |
| Various | NWP 0001970 | NWP 0001977 | **Box 145:** Banco Nacional de Credito Rural S.A. "Banrural" |
| Various | NWP 0001978 | NWP 0002017 | **Box 145:** Banco Provincial Saica |
| Various | NWP 0002018 | NWP 0002065 | **Box 145:** Bank Leumi Le Israel |
| Various | NWP 0002066 | NWP 0002098 | **Box 145:** Bank of Montreal |
| Various | NWP 0002099 | NWP 0002122 | **Box 145:** Bank of Montreal International Ltd. |
| Various | NWP 0002123 | NWP 0002140 | **Box 145:** Bank of Hiroshima Ltd. |
| Various | NWP 0002141 | NWP 0002167 | **Box 145:** The Bank of Fukuoka Ltd. |
| Various | NWP 0002168 | NWP 0002182 | **Box 145:** Banco Union de Venezuela |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| Various | NWP 0002183 | NWP 0002190 | **Box 145:** Banco Sudameris Internacional S.A. |
| Various | NWP 0002191 | NWP 0002205 | **Box 145:** Bank of NT Butterfield & Son Ltd. |
| Various | NWP 0002206 | NWP 0002249 | **Box 145:** Banco Nacional de Comercio - Mexico |
| Various | NWP 0002250 | NWP 0002281 | **Box 145:** Banco Mercantil y Agricola |
| Various | NWP 0002282 | NWP 0002305 | **Box 145:** Bank of America, New York |
| Various | NWP 0002306 | NWP 0002328 | **Box 145:** Bank Hapoalim B.M. |
| Various | NWP 0002329 | NWP 0002369 | **Box 145:** Bank Bumiputra Malaysia |
| Various | NWP 0002370 | NWP 0002388 | **Box 145:** Bangkok Metropolitan Bank |
| Various | NWP 0002389 | NWP 0002406 | **Box 145:** Banco Totta & Acores |
| Various | NWP 0002407 | NWP 0002417 | **Box 145:** Banco Sudameris Colombiano |
| Various | NWP 0002418 | NWP 0002432 | **Box 145:** Bank of Tokyo Trust Co. |
| Various | NWP 0002433 | NWP 0002465 | **Box 145:** Bankers Trust Co. |
| Various | NWP 0002466 | NWP 0002476 | **Box 145:** Bank of Tokyo Ltd. |
| Various | NWP 0002477 | NWP 0002485 | **Box 145:** Bank One of Columbus N.A. |
| Various | NWP 0002486 | NWP 0002512 | **Box 145:** Banque de L'Union Europeane |
| Various | NWP 0002513 | NWP 0002514 | **Box 145:** The Boatman's National Bank of St. Louis (folder is labeled "Barfield Bank & Trust") |
| Various | NWP 0002515 | NWP 0002531 | **Box 145:** Bayerische Hypotheken — und Wechsel— Bank |
| 06/29/79 | NWP 0002532 | NWP 0002572 | **Box 151, Folder 1:** A001 Balance Listing, New York |
| 12/28/79 | NWP 0002573 | NWP 0002614 | **Box 151, Folder 1:** A001 Balance Listing, New York |
| Various | NWP 0002615 | NWP 0002625 | **Boxes 146-148:** Reports of Accommodation & White Forms, Citibank |
| Various | NWP 0002626 | NWP 0002627 | **Boxes 146-148:** Reports of Accommodation & White Forms, Carolina Bank Ltd. |
| Various | NWP 0002628 | NWP 0002672 | **Boxes 146-148:** Reports of Accommodation & White Forms, Capital Bank N.A. |
| Various | NWP 0002673 | NWP 0002684 | **Boxes 146-148:** Reports of Accommodation & White Forms, California First Bank |
| Various | NWP 0002685 | NWP 0002703 | **Boxes 146-148:** Reports of Accommodation & White Forms, Commercial Bank of Korea Ltd. |
| Various | NWP 0002704 | NWP 0002707 | **Boxes 146-148:** Reports of Accommodation & White Forms, Commercial Bank of Dubai Ltd. |
| Various | NWP 0002708 | NWP 0002713 | **Boxes 146-148:** Reports of Accommodation & White Forms, Commerce Bank of Kansas City N.A. |
| Various | NWP 0002714 | NWP 0002746 | **Boxes 146-148:** Reports of Accommodation & White Forms, Chase Manhattan Bank, N.A. |
| Various | NWP 0002747 | NWP 0002768 | **Boxes 146-148:** Reports of Accommodation & White Forms, Chiba Bank Ltd. |
| Various | NWP 0002769 | NWP 0002812 | **Boxes 146-148:** Reports of Accommodation & White Forms, Chuo Trust & Banking Co. Ltd. |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| Various | NWP 0002813 | NWP 0002830 | **Boxes 146-148:** Reports of Accommodation & White Forms, Coutts & Co. |
| Various | NWP 0002831 | NWP 0002837 | **Boxes 146-148:** Reports of Accommodation & White Forms, Credit Bank |
| Various | NWP 0002838 | NWP 0002872 | **Boxes 146-148:** Reports of Accommodation & White Forms, Credit du Nord |
| Various | NWP 0002873 | NWP 0002894 | **Boxes 146-148:** Reports of Accommodation & White Forms, Credit Lyonnaise Bank Nederland |
| Various | NWP 0002895 | NWP 0002913 | **Boxes 146-148:** Reports of Accommodation & White Forms, Daiwa Bank Trust Co. |
| Various | NWP 0002914 | NWP 0002933 | **Boxes 146-148:** Reports of Accommodation & White Forms, Deutsche Westminster Bank A.G. |
| Various | NWP 0002934 | NWP 0002965 | **Boxes 146-148:** Reports of Accommodation & White Forms, Elders Finance and Investment Co. Ltd. |
| Various | NWP 0002966 | NWP 0002977 | **Boxes 146-148:** Reports of Accommodation & White Forms, Dubai Bank Ltd. |
| Various | NWP 0002978 | NWP 0002983 | **Boxes 146-148:** Reports of Accommodation & White Forms, The Equitable Trust Co. |
| Various | NWP 0002984 | NWP 0003002 | **Boxes 146-148:** Reports of Accommodation & White Forms, Fidelity Union Trust Co. |
| Various | NWP 0003003 | NWP 0003025 | **Boxes 146-148:** Reports of Accommodation & White Forms, First National Bank N.A. |
| Various | NWP 0003026 | NWP 0003049 | **Boxes 146-148:** Reports of Accommodation & White Forms, First Maryland Bancorp. |
| Various | NWP 0003050 | NWP 0003056 | **Boxes 146-148:** Reports of Accommodation & White Forms, Flagship National Bank of Miami |
| Various | NWP 0003057 | NWP 0003119 | **Boxes 146-148:** Reports of Accommodation & White Forms, Grindlays Bank Ltd. |
| Various | NWP 0003120 | NWP 0003137 | **Boxes 146-148:** Reports of Accommodation & White Forms, Gulf International Bank |
| Various | NWP 0003138 | NWP 0003173 | **Boxes 146-148:** Reports of Accommodation & White Forms, Gunma Bank Ltd. |
| Various | NWP 0003174 | NWP 0003217 | **Boxes 146-148:** Reports of Accommodation & White Forms, Hachijuni Bank Ltd. |
| Various | NWP 0003218 | NWP 0003222 | **Boxes 146-148:** Reports of Accommodation & White Forms, Hakrinbank N.V. |
| Various | NWP 0003223 | NWP 0003225 | **Boxes 146-148:** Reports of Accommodation & White Forms, Handelsbank, Zurich |
| Various | NWP 0003226 | NWP 0003234 | **Boxes 146-148:** Reports of Accommodation & White Forms, Hessische Landesbank Girozentrale |
| Various | NWP 0003235 | NWP 0003245 | **Boxes 146-148:** Reports of Accommodation & White Forms, Hokkaido Bank Ltd. |
| Various | NWP 0003246 | NWP 0003260 | **Boxes 146-148:** Reports of Accommodation & White Forms, Hokuriku Bank Ltd. |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| Various | NWP 0003261 | NWP 0003270 | **Boxes 146-148:** Reports of Accommodation & White Forms, Hong Kong and Shanghai Banking Corp. |
| Various | NWP 0003271 | NWP 0003283 | **Boxes 146-148:** Reports of Accommodation & White Forms, Industrial National Bank of Rhode Island |
| Various | NWP 0003284 | NWP 0003289 | **Boxes 146-148:** Reports of Accommodation & White Forms, Oesterreichische Postsparkasse |
| Various | NWP 0003290 | NWP 0003387 | **Boxes 146-148:** Reports of Accommodation & White Forms, Orion Royal Bank Ltd —subscription accounts only |
| Various | NWP 0003388 | NWP 0003397 | **Boxes 146-148:** Reports of Accommodation & White Forms, National Bank of Yugoslavia & all Yugoslav authorised banks |
| Various | NWP 0003398 | NWP 0003428 | **Boxes 146-148:** Reports of Accommodation & White Forms, National Commercial Bank Ltd. |
| Various | NWP 0003429 | NWP 0003451 | **Boxes 146-148:** Reports of Accommodation & White Forms, National City Bank |
| Various | NWP 0003452 | NWP 0003474 | **Boxes 146-148:** Reports of Accommodation & White Forms, National Financial Investments Co. Ltd. |
| Various | NWP 0003475 | NWP 0003498 | **Boxes 146-148:** Reports of Accommodation & White Forms, North Carolina National Bank |
| Various | NWP 0003499 | NWP 0003535 | **Boxes 146-148:** Reports of Accommodation & White Forms, National Bank of Canada (International) Ltd. |
| Various | NWP 0003536 | NWP 0003590 | **Boxes 146-148:** Reports of Accommodation & White Forms, National Bank of Hungary |
| Various | NWP 0003591 | NWP 0003634 | **Boxes 146-148:** Reports of Accommodation & White Forms, National Bank of North America - General |
| Various | NWP 0003635 | NWP 0003761 | **Boxes 146-148:** Reports of Accommodation & White Forms, National Bank of Abu Dhabi |
| Various | NWP 0003762 | NWP 0003769 | **Boxes 146-148:** Reports of Accommodation & White Forms, Mitsui Trust & Banking Co Ltd. |
| Various | NWP 0003770 | NWP 0003778 | **Boxes 146-148:** Reports of Accommodation & White Forms, Morgan Guaranty Trust Co. |
| Various | NWP 0003779 | NWP 0003798 | **Boxes 146-148:** Reports of Accommodation & White Forms, Nagrafin Bank Ltd. |
| Various | NWP 0003799 | NWP 0003800 | **Boxes 146-148:** Reports of Accommodation & White Forms, Midlantic National Bank |
| Various | NWP 0003801 | NWP 0003848 | **Boxes 146-148:** Reports of Accommodation & White Forms, Middle East Banking Co. |
| Various | NWP 0003849 | NWP 0003880 | **Boxes 146-148:** Reports of Accommodation & White Forms, Lombard & Ulster Banking Ireland Ltd. |
| Various | NWP 0003881 | NWP 0003891 | **Boxes 146-148:** Reports of Accommodation & White Forms, Irving Trust Co. |
| Various | NWP 0003892 | NWP 0003938 | **Boxes 146-148:** Reports of Accommodation & White Forms, Israel Discount Bank of NY |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| Various | NWP 0003939 | NWP 0003997 | **Boxes 146-148:** Reports of Accommodation & White Forms, Korea Exchange Bank |
| Various | NWP 0003998 | NWP 0004072 | **Boxes 146-148:** Reports of Accommodation & White Forms, Libra Bank Ltd. & Libra International Bank S.A. Panama |
| Various | NWP 0004073 | NWP 0004077 | **Boxes 146-148:** Reports of Accommodation & White Forms, Interfirst Bank Houston |
| Various | NWP 0004078 | NWP 0004084 | **Boxes 146-148:** Reports of Accommodation & White Forms, International Commercial Bank of Cathay (Canada) |
| Various | NWP 0004085 | NWP 0004111 | **Boxes 146-148:** Reports of Accommodation & White Forms, Intermex Holding SA |
| Various | NWP 0004112 | NWP 0004143 | **Boxes 146-148:** Reports of Accommodation & White Forms, Orion (Carribean) Ltd. |
| Various | NWP 0004144 | NWP 0004147 | **Boxes 146-148:** Reports of Accommodation & White Forms, P K Banken |
| Various | NWP 0004148 | NWP 0004184 | **Boxes 146-148:** Reports of Accommodation & White Forms, Peoples Bank of Sri Lanka |
| Various | NWP 0004185 | NWP 0004205 | **Boxes 146-148:** Reports of Accommodation & White Forms, Pierson, Heldring & Pierson |
| Various | NWP 0004206 | NWP 0004223 | **Boxes 146-148:** Reports of Accommodation & White Forms, Provinsbanken International (Luxembourg) SA |
| Various | NWP 0004224 | NWP 0004255 | **Boxes 146-148:** Reports of Accommodation & White Forms, Riggs National Bank of Washington, DC |
| Various | NWP 0004256 | NWP 0004273 | **Boxes 146-148:** Reports of Accommodation & White Forms, Rea Brothers PLC |
| Various | NWP 0004274 | NWP 0004339 | **Boxes 146-148:** Reports of Accommodation & White Forms, Santam Bank Ltd. |
| Various | NWP 0004340 | NWP 0004369 | **Boxes 146-148:** Reports of Accommodation & White Forms, Royal Bank of Canada |
| Various | NWP 0004370 | NWP 0004411 | **Boxes 146-148:** Reports of Accommodation & White Forms, Rural & Industries Bank of Western Australia |
| Various | NWP 0004412 | NWP 0004339 | **Boxes 146-148:** Reports of Accommodation & White Forms, SFE Banking Corp. |
| Various | NWP 0004440 | NWP 0004505 | **Boxes 146-148:** Reports of Accommodation & White Forms, Sumitomo Bank Ltd. |
| Various | NWP 0004506 | NWP 0004577 | **Boxes 146-148:** Reports of Accommodation & White Forms, Shanghai Commercial Bank |
| Various | NWP 0004578 | NWP 0004645 | **Boxes 146-148:** Reports of Accommodation & White Forms, Trust Bank of Africa |
| Various | NWP 0004646 | NWP 0004653 | **Boxes 146-148:** Reports of Accommodation & White Forms, South Trust Bank of Alabama |
| Various | NWP 0004654 | NWP 0004673 | **Boxes 146-148:** Reports of Accommodation & White Forms, State Bank of New South Wales |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| Various | NWP 0004674 | NWP 0004695 | **Boxes 146-148:** Reports of Accommodation & White Forms, Ulster Investment Bank |
| Various | NWP 0004696 | NWP 0004726 | **Boxes 146-148:** Reports of Accommodation & White Forms, Union Bank of Israel |
| 01/31/86 | NWM 0009130 | NWM 0009330 | A220 Interest Ladders/NY |
| 01/31/86 | NWM 0009331 | NWM 0009331 | A220 Interest Ladders/Nassau |
| 01/31/86 | NWM 0009332 | NWM 0009345 | A220 Interest Ladders/IBF |
| 01/31/86 | NWM 0009346 | NWM 0009373 | A220 Interest Ladders/San Francisco |
| 01/31/86 | NWM 0009374 | NWM 0009392 | A220 Interest Ladders/Chicago |
| 01/31/86 | NWM 0009393 | NWM 0009393 | A220 Interest Ladders/Grand Cayman |
| 02/28/86 | NWM 0009394 | NWM 0009592 | A220 Interest Ladders/New York |
| 02/28/86 | NWM 0009593 | NWM 0009593 | A220 Interest Ladders/Nassau |
| 02/28/86 | NWM 0009594 | NWM 0009607 | A220 Interest Ladders/IBF |
| 02/28/86 | NWM 0009608 | NWM 0009634 | A220 Interest Ladders/San Francisco |
| 02/28/86 | NWM 0009635 | NWM 0009652 | A220 Interest Ladders/Chicago |
| 02/28/86 | NWM 0009653 | NWM 0009653 | A220 Interest Ladders/Grand Cayman |
| 03/31/86 | NWM 0009654 | NWM 0009912 | A220 Interest Ladders/New York |
| 03/31/86 | NWM 0009913 | NWM 0009913 | A220 Interest Ladders/Nassau |
| 03/31/86 | NWM 0009914 | NWM 0009925 | A220 Interest Ladders/IBF |
| 03/31/86 | NWM 0009926 | NWM 0009955 | A220 Interest Ladders/San Francisco |
| 03/31/86 | NWM 0009956 | NWM 0010035 | A220 Interest Ladders/Chicago |
| 03/31/86 | NWM 0010036 | NWM 0010036 | A220 Interest Ladders/Grand Cayman |
| 04/30/86 | NWM 0010037 | NWM 0010232 | A220 Interest Ladders/New York |
| 04/30/86 | NWM 0010233 | NWM 0010233 | A220 Interest Ladders/Nassau |
| 04/30/86 | NWM 0010234 | NWM 0010245 | A220 Interest Ladders/IBF |
| 04/30/86 | NWM 0010246 | NWM 0010271 | A220 Interest Ladders/San Francisco |
| 04/30/86 | NWM 0010272 | NWM 0010289 | A220 Interest Ladders/Chicago |
| 04/30/86 | NWM 0010290 | NWM 0010290 | A220 Interest Ladders/Grand Cayman |
| 01/31/05 | | | Deposition of Roger Walmsley, January 31, 2005 (National Westminster Bank PLC vs. U.S., No. 95-758T) w/index and min-u-script. |
| 02/01/05 | | | Deposition of Roger Walmsley, February 1, 2005 (National Westminster Bank PLC vs. U.S., No. 95-758T) w/index, exhibits, and min-u-script. |
| 01/28/05 | | | Deposition of Patricia Wharwood, January 28, 2005 (National Westminster Bank PLC vs. U.S., No. 95-758T) — "Dirty copy" |

| Date of Doc | Beginning Doc ID Number | Ending Doc ID Number | Description |
|---|---|---|---|
| | | | United States-United Kingdom Income Tax Convention General Effective Date: 01/01/75 Entered into Force: 04/25/80 |
| | | | Technical Explanation of the Convention between the Government of the United States of America and the Goverment of the United Kingdom of Great Britain and Northern Ireland for the Avoidance of Double Taxation and the Prevention of Fiscal Evasion with Respect to Taxes on Income and Capital Gains signed at London, On December 31, 1975, As Amended by the Notes Exchanged at London on April 13, 1976, the Protocol Signed at London On August 26, 1976, and the Second Protocol Signed at London on March 31, 1977. |
| | | | "Cross-border lending: outward investment—legislation and case law," online reprint from http://www.inlandrevenue.gov.uk/manuals/ intmanual/INTM501010.htm, 2/7/05 |
| 01/23/02 | | | Deposition of Harrylall Samaroo (National Westminster Bank PLC vs. U.S., No. 95-758T) |
| 02/13/02 | | | Deposition of Marcia L. Stigum, Ph.D. (National Westminster Bank PLC vs. U.S., No. 95-758T) |
| 08/18/04 | | | Proceedings of meeting before Hon. Nancy B. Firestone, Judge (National Westminster Bank PLC vs. U.S., No. 95-758T) between Plaintiff (Mario Verdolini and Scott Wise) and Defendant (Steven Frahm). |
| 01/31/01 | | | Plaintiff's Summary of Contentions Treaty Method (National Westminster Bank PLC vs. U.S., No. 95-758 T, U.S. Court of Federal Claims) |
| 06/02 | | | Chrystal Pozin, "Sweep Accounts" Chapter V.4: in *Corporate Treasury Management Manual*, pp. V.4-i - V.4-20. |
| 1993 | | | Marvin Goodfriend and William Whelpley, "Federal Funds," Chapter 2 in *Instruments of the Money Market* (Richmond, VA: Federal Reserve Bank of Richmond, 1998), pp. 7-21; found online at http://www.rich.frb.org/ pubs/instruments/ch2.html. |
| 1986 | | | Frederic S. Mishkin, "The Banking Firm: Asset and Liability Management" and "Financial Innovation," Chapters 8 and 11 in *The Economics of Money, Banking, and Financial Markets* (Boston: Little, Brown and Company, 1986); pp. 154-171 and 215-236. |
| 12/11/00 | | | *Revenue Policy, Business Tax Banking Manual*, Millenium Edition, found online at http://www.inlandrevenue.gov.uk/manuals/bammanual/ holding.htm |