# In the United States Court of Federal Claims

**No. 95-758T**
**(Filed: March 10, 2005)**

* * * * * * * * * * * * * * * * * *

**NATIONAL WESTMINSTER BANK PLC,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER

Based on the March 9, 2005 telephonic status conference, the pre-trial schedule as set forth in the court's January 18, 2005 order is withdrawn[1] and the parties are directed to proceed as follows:

1. The plaintiff shall file a Motion for Summary Judgment and Proposed Findings of Uncontroverted Fact by **Monday, May 2, 2005.** Among the legal issues to be addressed should include:

    (a) whether the plaintiff's profits should be calculated for each individual U.S. branch office [2], as a separate branch, or in the

---

[1] The court's order with regard to supplemental expert reports and discovery are also withdrawn.

[2] The court notes that through its requests for admission, the plaintiff has admitted that three U.S. branches exist. See Pl. Second Req. Admis. 2.11. Accordingly, if the plaintiff wishes to argue that profits should be calculated as if the U.S. branches were a single U.S. branch, the plaintiff should also provide the court with an alternative approach that includes separate

aggregate; to the extent relevant here, the plaintiff should also explain what approach has been followed for post-1987 “closed” tax years; and

(b) what is the appropriate burden of proof at this stage in the litigation, where the court in the first decision has determined that the Internal Revenue Service’s tax assessment was not consistent with the applicable treaty;

2. The government shall file its response by **Thursday, July 7, 2005**. In its response to the plaintiff’s proposed findings under RCFC 56, the government “shall” draft a proposed revision for each finding with which it does not agree in addition to noting the basis for its objection;

3. The plaintiff shall file any reply in accordance with the Rules of The Court of Federal Claims unless it moves for additional time in which to file;

4. The plaintiff’s Motion for an Order Deeming its Requests for Admissions Admitted is **DENIED**. The plaintiff will have an opportunity to establish undisputed facts through the above summary judgment procedure.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

branches.