IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 95-758T
(Judge Nancy B. Firestone)

NATIONAL WESTMINSTER BANK PLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

PLAINTIFF'S MOTION FOR ENLARGEMENTS OF TIME
AND LEAVE TO FILE EXHIBITS ON CD-ROM

Pursuant to RCFC 6(b), plaintiff respectfully moves for (i) a three-day enlargement of time, until Thursday, May 5, 2005, within which to file its Motion for Summary Judgment pursuant to the Court's Order dated March 10, 2005; (ii) a corresponding enlargement of time, until Tuesday, July 12, 2005, within which defendant may file its response; and (iii) leave to file the exhibits to its Motion for Summary Judgment on CD-ROM.

1. The Court's electronic filing rules require exhibits to be filed electronically. Exhibits that exceed a certain size must be broken down into smaller files or, with leave of the Court, may be filed on paper or some other electronic format, such as CD-ROM.

2. In order to file plaintiff's exhibits electronically or on CD-ROM, it was necessary to scan numerous exhibits. During the course of scanning exhibits to plaintiff's Motion for Summary Judgment, plaintiff's counsel discovered that a significant portion of the exhibits had been scanned incorrectly.

3. Paintiff is confident that it will be able correct the scanning errors in time to file its Motion by Thursday, May 5, 2005.

4. Plaintiff's counsel has conferred with defendant's counsel, who advises that defendant has no objection to the granting of this motion.

Respectfully submitted,

/s/ D. Scott Wise by Mario J. Verdolini, Jr.
D. Scott Wise
Attorney of Record

Davis Polk & Wardwell
450 Lexington Ave.
New York, NY 10017
(212) 450-4000

May 2, 2005