# In the United States Court of Federal Claims

**No. 95-758T**
**(Filed: May 4, 2005)**

* * * * * * * * * * * * * * * * *
*
**NATIONAL WESTMINSTER** *
**BANK PLC,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER ON MOTION**

Plaintiff's motion, filed May 2, 2005, for an enlargement of time of the briefing schedule and for leave to file the exhibits to its motion for summary judgment on CD-ROM is **GRANTED**. Accordingly, the briefing schedule is amended as follows:

**May 5, 2005** Plaintiff's motion for summary judgment, with exhibits on CD-ROM;

**July 12, 2005** Defendant's response.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge