# In the United States Court of Federal Claims

**No. 95-758 T**

**Filed: May 5, 2005**

**NATIONAL WESTMINSTER BANK**

**v.**

**THE UNITED STATES**

**Sixteen Volumes of Exhibits to Plaintiff's Motion for Summary Judgment**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6406 between the hours of 8:45 am and 5:15 pm Eastern time.