**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 95-758 T**
**(Judge Nancy B. Firestone)**

**NATIONAL WESTMINSTER BANK PLC,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR LEAVE TO FILE AND SERVE EXHIBITS ON CD ROM**

Pursuant to RCFC 6(b), defendant respectfully moves for (1) a ten-day enlargement of time, until Friday, July 22, 2005, within which to file its Opposition to Plaintiff's Motion for Summary Judgment and (2) leave to file the exhibits to its Opposition on CD-ROM. In support of this motion, defendant submits the following:

1. Defendant and its experts are finalizing the documents to be filed to oppose Plaintiff's Motion for Summary Judgment and to respond to its many Proposed Findings of Uncontroverted Fact and voluminous exhibits. Declarations of witnesses have been prepared, but the declarations of two experts for defendant, and their appendices responding to specific

proposed findings, are not quite finalized. Once that is done, additional time will be needed to finalize Defendant's Statement of Genuine Issues and its Opposition to Plaintiff's Motion for Summary Judgment, as well as assemble and scan all exhibits to defendant's response. Defendant is confident it will be able to file its opposition and associated documents by July 22, 2005, and perhaps sooner.

2. This case has been designated for electronic filing. Defendant will file its Opposition to Plaintiff's Motion for Summary Judgment and Statement of Genuine Issues electronically, in accordance with that designation. Defendant's exhibits, however, comprise a significant number of pages, and, at best, it would be awkward to file those documents electronically, given the current file size limitation of the Court's software and electronic filing procedures. Under the Court's General Order 42A, leave may be granted to file exhibits other than electronically, such on a CD-ROM, as requested in this motion.

3. Defendant's counsel has contacted plaintiff's counsel, and he has advised that plaintiff consents to the granting of this motion.

Respectfully submitted,

s/ Steven I. Frahm
STEVEN I. FRAHM
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6504 (telephone)
(202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section

July 11, 2005