# In the United States Court of Federal Claims

**No. 95-758T**
**(Filed: July 13, 2005)**

* * * * * * * * * * * * * * * * *

**NATIONAL WESTMINSTER BANK PLC,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER ON MOTION FOR ENLARGEMENT OF TIME AND FOR LEAVE TO FILE AND SERVE EXHIBITS ON CD-ROM

Defendant's unopposed motion, filed July 11, 2005, for (1) a 10-day enlargement of time within which to file its opposition to plaintiff's motion for summary judgment and (2) for leave to file the exhibits to its opposition on CD-ROM is **GRANTED**. Accordingly, the deadlines are as follows:

(1) Defendant shall file its opposition to plaintiff's motion for summary judgment by **Friday, July 22, 2005**. The exhibits to defendant's opposition shall be filed on CD-ROM; and

(2) Because the defendant has been given an additional 10 days to file its response, plaintiff shall file its reply, if any, by **Thursday, August 18, 2005**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge