**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 95-758 T**
**(Judge Nancy B. Firestone)**

**NATIONAL WESTMINSTER BANK PLC,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

**DEFENDANT'S MOTION TO CORRECT AN EXHIBIT TO ITS OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to RCFC 7(b), defendant respectfully moves to correct the contents of defendant's Exhibit 11, filed with its Opposition to Plaintiff's Motion for Summary Judgment. In support of this motion, defendant submits the following:

1. Defendant is today filing its Opposition to Plaintiff's Motion for Summary Judgment and Statement of Genuine Issues. By leave of Court, defendant is filing and serving a CD ROM and courtesy paper copy of its Exhibits 1-20.

2. In the course of his final review of the filings, defendant's counsel recognized that some of the pages within Defendant's Exhibit 11 are incorrect. Exhibit 11 consists of certain portions of

plaintiff's responses to defendant's Fifth Set of Interrogatories and Requests for Production and Copying of Documents. Among the pages intended to have been included in Exhibit 11 are pages that plaintiff Bates stamped as INT524-000001 through INT524-000111. Unfortunately, the pages that were copied and placed on CD ROM and in the courtesy paper copy are INT5**3**4-000001 through INT5**3**4-000111.

2. Unfortunately it was not possible to recopy and scan the proper pages and include them on CD ROM and the paper copy in time to file today. Rather than delay the entire filing, defendant therefore moves to substitute a corrected CD ROM and Volume 4 of the paper copy (which contains Exhibit 11) by delivery to the Court and service to defendant on Monday, July 25, 2005. Plaintiff should not be prejudiced, as it already has these documents.

3. Defendant apologizes to the Court for this error.

Respectfully submitted,

s/ Steven I. Frahm

STEVEN I. FRAHM
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6504 (telephone)
(202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section

July 22, 2005