IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 95-758T
(Judge Nancy B. Firestone)

NATIONAL WESTMINSTER BANK PLC,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

# PLAINTIFF'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

D. SCOTT WISE
Attorney of Record for Plaintiff

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
(212) 450-4000 (telephone)
(212) 450-3800 (facsimile)

# TABLE OF CONTENTS

Page

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

TABLE OF EXHIBITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iv

PRELIMINARY STATEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

I. Defendant has Not Identified a Material Question of Fact on the Interest Rate Issue . . . . 5

II. Defendant has Not Identified a Material Question of Fact on the Capital Issue . . . . . . . . 9

A. Defendant's responses to plaintiff's proposed findings are legally insufficient . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

B. Defendant has not identified specific facts that support an adjustment or prevent summary judgment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

## TABLE OF AUTHORITIES

**Cases** **Page**

*Arthur A. Collins, Inc. v. Northern Telecom Ltd.*,
216 F.3d 1042 (Fed. Cir. 2000) . . . . . 5

*Ferguson Propeller, Inc. v. United States*,
59 Fed. Cl. 51 (2003) . . . . . 5

*Gregory Lumber Co. v. United States*,
11 Cl. Ct. 489 (1986) . . . . . 4

*Johnston v. IVAC Corp.*,
885 F.2d 1574 (Fed. Cir. 1989) . . . . . 5

*Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*,
475 U.S. 574 (1986) . . . . . 5

*National Westminster Bank PLC v. United States*,
58 Fed. Cl. 491 (2003) . . . . . 9, 11

*Novartis Corp. v. Ben Venue Labs., Inc.*,
271 F.3d 1043 (Fed. Cir. 2001) . . . . . 5

*Precision Pine & Timber, Inc. v. United States*,
63 Fed. Cl. 122 (2004) . . . . . 4-5

*Seal-Flex, Inc. v. Athletic Track & Court Construction*,
98 F.3d 1318 (Fed. Cir. 1996) . . . . . 4

*SRI Int'l v. Matsushita Elec. Corp. of Am.*,
775 F.2d 1107 (Fed. Cir. 1985) . . . . . 5

*Union Carbide Corp. v. Am. Can Co.*,
724 F.2d 1567 (Fed. Cir. 1984). . . . . . 5

**Statutes & Rules**

RCFC 16(f) . . . . . . . . . . 10

RCFC 56 . . . . . . . . . . 1

RCFC 56(e) . . . . . . . . . . 4

RUSCC 56(c) . . . . . . . . . . 4

Treas. Reg. § 1.482-1(d)(2) (as amended in 1968) . . . . . . . . . . 7

Treas. Reg. § 1.882-5 . . . . . . . . . . 7

**TABLE OF EXHIBITS**

Supplemental Declaration of Roger Walmsley
dated August 15, 2005 ("Walmsley Supp. Decl.") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . H

Supplemental Affidavit of Robert T. Clair, Ph.D,
KPMG LLP dated August 16, 2005 ("Clair Supp. Aff."). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . I

Supplemental Declaration of Kevin D. Bandoian,
Partner, PricewaterhouseCoopers LLP dated
August 18, 2005 ("Bandoian Supp. Decl.") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . J

Supplemental Declaration of Edward Jukes
dated August 16, 2005 ("Jukes Supp. Decl.") . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . K

Supplemental Affidavit of Mario J. Verdolini, Jr.
dated August 18, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . L

Plaintiff's FRE summary with respect to NatWest
Holdings Inc. and Subsidiaries - Summary of Taxable
Income for Tax Years 1983-1987 and excerpts of the
United States Federal Income Tax Returns of NatWest
Holding Inc. and Subsidiaries for the years 1983-1987 . . . . . . . . . . . . . . . . . . . . . . . . . . 90

Excerpts from Plaintiff's Responses and Objections
to Defendant's Eighth Set of Requests for Production
and Copying of Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91

Excerpts from the Transcript of the Status Conference
before Judge Firestone on July 13, 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92

A220 report from the New York branch, for the account of
NatWest Commercial Services, Inc., dated June 30, 1982 . . . . . . . . . . . . . . . . . . . . . . . . 93

Excerpts from the Transcript of the Status Conference
before Judge Firestone on March 9, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**No. 95-758T**
**(Judge Nancy B. Firestone)**

---

**NATIONAL WESTMINSTER BANK PLC,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

**PLAINTIFF'S REPLY**
**IN FURTHER SUPPORT OF**
**ITS MOTION FOR SUMMARY JUDGMENT**

---

Plaintiff respectfully submits this Reply in further support of its Motion for Summary Judgment pursuant to Rule 56 of the Rules of the United States Court of Federal Claims.

**PRELIMINARY STATEMENT**

In its initial moving papers, NatWest established that it was entitled to summary judgment because the evidence was uncontroverted that (i) the interest paid and received by its U.S. branch operations on interbranch and intercompany borrowings was at arm's-length rates and (ii) the interest expense deducted from NatWest's U.S. branch profits was incurred in the ordinary course of NatWest's banking business and was not deducted on amounts designated as capital or in fact allotted to the branch for capital purposes.

In its opposition papers, defendant makes no serious attempt to address the substantial evidence plaintiff has adduced in support of its motion, or to identify, as it must, *any* evidence in the record that would create a genuine issue of material fact requiring trial. Indeed, apart from a proposal by defendant's tax computation specialist to reduce plaintiff's refund claim by $426,260 in taxes (which plaintiff is willing to accept solely for purposes of this motion), defendant's opposition papers amount to nothing more than a patchwork of previously rejected legal arguments, unsupported opinion, unfounded speculation and petty complaints that are all legally insufficient to delay further the proper resolution of this case.

Although defendant expresses disagreement with many of plaintiff's proposed findings of uncontroverted fact, it defies the Court's March 10, 2005 order by failing to include "a proposed revision for each finding with which it does not agree in addition to noting the basis for its objection." Defendant ignores uncontroverted testimony on the interest rate issue, despite its own expert's admission that a direct comparison of the transactions he examined "is consistent with arm's-length rates . . . ." (Read Decl. App. ¶ 69.)[1]

As to the clearing accounts, defendant's expert has abandoned his prior criticisms and now proposes an adjustment based almost entirely on a contention that one of NatWest's U.S. subsidiaries should have paid an overdraft rate of interest on a revolving loan facility (not a clearing account). Even if defendant had based its proposal on a comparable transaction, the proposal would be inappropriate because income from a U.S. affiliate has never been at issue in

[1] Defendant also complains that it did not have sufficient time to perform a sampling analysis of NatWest's money market transactions, even though the Court ordered plaintiff to establish the repository over a year ago after defendant's counsel argued that "[w]e haven't ever had an opportunity to do that sort of [sampling] analysis" and requested six months to do it. (Conf. Tr. 30:9-10, 33:12-14, July 13, 2004 (Pl.'s Ex. 92).)

this case and is not within the scope of the pleadings. Moreover, any increases to income from a U.S. affiliate – if proposed by the I.R.S. on audit – would have required corresponding decreases to the income of the U.S. affiliate, with no net effect on taxes paid to the U.S. government. In any event, defendant's proposed adjustment is unacceptably speculative. It is based on Mr. Read's extrapolations from data for just three months selected from the last two of the seven years at issue, and includes adjustments for periods in which the records indicate that at least one of the accounts did not even exist.

As to the capital issue, neither defendant nor any of its experts has proposed any adjustment. Indeed, Mr. Akin concedes that the "methodology adopted by Plaintiff could conceivably have been accepted by [Inland] Revenue" (Akin Decl. ¶ 16(b)), while Dr. Kolbe states that he is "unable to propose particular adjustments" (Kolbe Decl. ¶ 77). Defendant also improperly disputes nearly all of plaintiff's proposed findings of fact with respect to the capital issue on the basis of evasive, nonresponsive allegations or statements of experts unsupported by specific facts. In some cases, defendant bases its denial on the lack of specific documentation – ignoring the direct testimony of witnesses and documents made available to defendant in the repository for six months. Defendant proposes factual inquiries far beyond those contemplated by the Treaty and for which it adduces no meaningful evidence. And defendant's experts continue to advance their theory, previously rejected by the Court, that "economic" principles of bank capital should determine the outcome here.

In sum, defendant's opposition papers do not and cannot controvert the substantial evidence NatWest has adduced in support of its motion. The law is clear that the Court need not accept defendant's efforts to create a triable issue of fact on the basis of unsupported opinion and

speculation. For this reason, and the additional reasons set forth below, summary judgment in the amount of $65,808,076, plus interest, should be granted in favor of NatWest. (Def.'s Ex. 5 ¶ 8.)

**ARGUMENT**

As the moving party in this summary judgment motion, plaintiff must establish the absence of any dispute of material fact. *Seal-Flex, Inc. v. Athletic Track & Court Construction*, 98 F.3d 1318, 1321 (Fed. Cir. 1996). Plaintiff has met its initial burden for summary judgment. "When the movant has met its initial burden, the non-movant must respond with sufficient evidence to show that there is a material factual dispute and that, on the non-movant's evidence, the movant is not entitled to judgment as a matter of law." *Id.* For the reasons set forth below, it is clear that defendant has failed to respond with any evidence to demonstrate a material factual dispute.

First, defendant's responses to plaintiff's proposed findings of fact are similar to its responses to plaintiff's earlier requests for admission in that they are nothing more than argument. Responses of this nature are inadequate in a summary judgment proceeding, and in this case they violate the Court's order specifically directing defendant to propose revisions to plaintiff's proposed findings. Defendant "may not rest upon the mere allegations or denials of his pleading, but his response . . . must set forth specific facts showing that there is a genuine issue for trial." RCFC 56(e).[2] Denials in the form of "[u]nsupported assertions or conclusory allegations are insufficient to withstand summary judgment." *Precision Pine & Timber, Inc. v. United States*, 63

---

[2] *See also Gregory Lumber Co. v. United States*, 11 Cl. Ct. 489, 497-98 (1986) ("In the case where the moving party makes the proper showing pursuant to the standards of RUSCC 56(c), the entry of summary judgment, therefore, will *not* be withheld based simply on naked allegations or unsupported conclusions of the non-moving party . . . [rather] the non-movant must go forward and identify specific credible facts . . . .").

Fed. Cl. 122, 127 (2004) (citing *SRI Int'l v. Matsushita Elec. Corp. of Am.*, 775 F.2d 1107 (Fed. Cir. 1985)); *see also Ferguson Propeller, Inc. v. United States*, 59 Fed. Cl. 51, 57-58 (2003) (Firestone, J.) ("The non-moving party must do more than simply show that there is some metaphysical doubt as to the material facts.") (quoting *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 586 (1986)).

Second, defendant's experts offer no credible evidence of a material fact in dispute. The Federal Circuit consistently has held that an expert's "conclusory statement" will be "wholly insufficient to raise a genuine evidentiary dispute . . . ." *Johnston v. IVAC Corp.*, 885 F.2d 1574, 1578 (Fed. Cir. 1989); *see also Novartis Corp. v. Ben Venue Labs., Inc.*, 271 F.3d 1043, 1051 (Fed. Cir. 2001) ("'[T]he expert must set forth the factual foundation for his opinion' . . . [t]he factual predicate of an expert's opinion must find some support in the record, and . . . mere theoretical speculations lacking a basis in the record will not create a genuine issue of fact.") (quoting *Arthur A. Collins, Inc. v. Telecom Ltd.*, 216 F.3d 1042, 1047-48 (Fed. Cir. 2000)); *Union Carbide Corp. v. Am. Can Co.*, 724 F.2d 1567, 1572 (Fed. Cir. 1984) (holding "unsupported conclusory opinion" of expert did not raise genuine issue of material fact). In order to justify proceeding to trial in this case, defendant must do more than rely on general denials. It has not done so.

**I. Defendant has Not Identified a Material Question of Fact on the Interest Rate Issue.**

Roger Walmsley testified in his deposition and by declaration that in his 11 years of experience in the New York and San Francisco operations, the interest rates used by the U.S. operations at all times were "market rates" and "no favors [were] given by any of the units . . . to any other units . . . ." (*E.g.*, Walmsley Decl. ¶ 11.) In his experience, he was unaware of any

money market transactions that were undertaken with other than market rates of interest. (*E.g.*, Walmsley Decl. ¶ 47.) Scott Payseur, a trader on the money market desks in New York and Chicago during the years at issue, testified to the same effect in his deposition and affidavit. (*E.g.*, Payseur Aff. ¶ 22.) Mr. Walmsley also testified that he always insisted on terms for clearing accounts that would yield a commercially reasonable profit for the U.S. branch operations and that those accounts reflected commercial interest rates. (*E.g.*, Walmsley Decl. ¶¶ 29, 47.) Plaintiff's expert Dr. Clair has corroborated this testimony in his expert report and affidavits.

Defendant has offered no evidence to controvert this record. In the case of the money market transactions, defendant's expert Mr. Read still offers no conclusion of his own, and indeed concedes that a "direct comparison of the interest rates on the underlying transactions [in the records he chose to examine] is consistent with arm's-length pricing . . . ." (Read Decl. App. ¶ 69.) As before, he suggests that the best way to evaluate whether the money market transactions reflected arm's-length interest rates is to perform a sampling analysis, but he admits that he, unlike Dr. Clair, has still not attempted to do so. (Read Decl. ¶ 8.) Mr. Read's and defendant's suggestion that defendant's failure is somehow plaintiff's responsibility is absurd. The Court ordered plaintiff to open up a repository of its business records over a year ago in response to defendant's request for an opportunity to perform such an analysis (Conf. Tr. 32:11-33:18, July 13, 2004 (Pl.'s Ex. 92)), and plaintiff complied fully with the Court's order. Finally, Mr. Read's criticisms of Dr. Clair's sampling analysis, including his assertion that the sample is representative only of itself and not of the population of the U.S. branch's placements and deposits, is without merit. (*See* Clair Supp. Aff. ¶¶ 25-30.)

In the case of the clearing accounts, Mr. Read has abandoned the suggestion advanced in his prior report that interest expense paid by the New York branch to NatWest's London Overseas Branch and its subsidiary International Westminster Bank did not reflect arm's-length practice. Mr. Read now asserts a $10,553,577 adjustment to income that relates almost entirely to income received by the New York branch on a revolving loan facility provided to NatWest Commercial Services, Inc., a U.S. affiliate. (*See* Walmsley Supp. Decl. ¶ 3; Clair Supp. Aff. ¶¶ 46-48.)

Interest income received from a U.S. affiliate has never been part of the adjustment at issue in this case.[3] Even if interest income received from U.S. affiliates were at issue here, the adjustment Mr. Read proposes would be inappropriate. If the New York branch had charged the indirect U.S. subsidiary the additional amount of interest income asserted by Mr. Read, there would have been no net effect on taxes paid to the U.S. government because an increase in taxable income of the U.S. branches would have been offset by a corresponding decrease in taxable income reported by NatWest Commercial Services, Inc. If the I.R.S. had made such an adjustment to the income of the New York branch, it would have been required to make a correlative offsetting adjustment to the income of the U.S. affiliate.[4] Defendant should not be

---

[3] The Court permitted defendant to conduct discovery with respect to interest income of the U.S. branches on the grounds that plaintiff had put in issue the interest income received from non-U.S. branches and foreign affiliates when it rejected the I.R.S.'s Treasury Regulations section 1.882-5 calculations, which excluded those amounts from taxable income. *See* Conf. Tr. 9:5-10:25, July 13, 2004 (Pl.'s Ex. 92) (defendant's description of how "interest income from foreign subsidiaries" and interest income "received on an inter-branch basis" were put in issue by plaintiff because they were excluded from income under the Treasury Regulations section 1.882-5 calculations disputed by plaintiff). Interest income received from U.S. affiliates, in contrast, was fully included in taxable income under the I.R.S.'s Treasury Regulations section 1.882-5 calculations and therefore has never been at issue in this case.

[4] *See* Treas. Reg. § 1.482-1(d)(2) (as amended in 1968) ("Whenever the district director makes adjustments to the income of one member of a group of controlled taxpayers . . . he shall (continued...)

permitted to derive a windfall from its own delay by asserting Mr. Read's newly proposed adjustment two decades after the years at issue, long after the returns of NatWest Commercial Services, Inc. closed.

In any event, the adjustment Mr. Read proposes is not at arm's-length. It assumes that the revolving loan facility should have borne interest at the overdraft rates NatWest established for certain dollar clearing accounts. (*See* Clair Supp. Aff. ¶¶ 47-52.) This does not withstand scrutiny. The rate that Mr. Read applies, prime plus 1.5%, was intended to discourage overdrafts, and, in fact, the accounts to which it applied were rarely overdrawn; in other words, third parties did not borrow significant sums from NatWest at this rate. (Walmsley Decl. ¶¶ 28, 30; *see also* Clair Supp. Aff. ¶ 51.) In contrast, the revolving loan facility provided to NatWest Commercial Services, Inc. was an approved extension of credit at an interbank rate. (*See* Walmsley Supp. Decl. ¶¶ 3, 5.) Mr. Walmsley testifies that if the U.S. branches had sought to charge interest on that facility at overdraft rates, NatWest Commercial Services, Inc. would have declined the offer of such expensive funds and would have had no difficulty in finding alternative sources of funding at the interbank rates it was actually charged. (*Id.* ¶ 5.)

Leaving aside Mr. Read's faulty assumption that dollar clearing accounts are comparable to revolving loan facilities, there is no justification for his reliance on just three months of data taken from the last two years at issue to create a speculative adjustment covering all seven years. This is especially true given the volume of data plaintiff has made available to defendant. (*See*

[4] (...continued)
also make appropriate correlative adjustments to the income of any other member of the group involved in the allocation."). During the years 1983 through 1987, there was sufficient taxable income to absorb the increased interest deductions of NatWest Commercial Services, Inc. *See* Pl.'s Ex. 90.

Index of Materials Made Available to the United States Pursuant to Judge Firestone's July 16, 2004 Order (Pl.'s Ex. 91).) In addition, there is no evidence that he selected those months randomly, and his proposed adjustment for the seven years ignores the fact that the revolving loan facility for NatWest Commercial Services, Inc. was not even opened until mid-1982. (*See* June 30, 1982 A220 report for NatWest Commercial Services, Inc. (Pl.'s Ex. 93).)

Mr. Read's declaration does not identify evidence raising a triable issue of fact. His assumptions are contrary to facts supported by uncontradicted direct testimony, and his extrapolation is wildly speculative and specious. Assuming that Mr. Read even qualifies as an expert on the interest rates of commercial banks,[5] his submission does not suffice to defeat summary judgment.

## II. Defendant has Not Identified a Material Question of Fact on the Capital Issue.

In 2003, the Court ruled that the Treaty requires profits of NatWest's U.S. operations to be determined from the properly maintained books of account of the branch, and that the *government* could examine those books and adjust them where "interest expense was deducted on amounts designated as capital on its books or on amounts that were in fact allotted to it for capital purposes, such as funding capital infrastructure." *National Westminster Bank PLC v. United States*, 58 Fed. Cl. 491, 505 (2003) ("*NatWest II*").

Defendant has not proposed any adjustments with respect to capital under the Court's 2003 opinion.[6] Rather, Defendant's opposition papers merely continue its effort to avoid the

---

[5] *Compare* Pl.'s Prop. Finding 70 (proposing that Mr. Read's resume does not disclose any experience with banks) *with* Read Decl. App. ¶ 70 (responding that his resume describes experience with insurance companies).

[6] *See, e.g.*, Def.'s Resp. to Pl.'s Req. Admis. 2.69 (Pl.'s Ex. 67) ("Defendant's position
(continued...)

Court's opinion, ignoring established facts and attempting to resurrect previously considered and rejected legal theories. Defendant disputes nearly all of plaintiff's proposed findings on the capital issue without proposing any alternative findings of its own, as it was expressly required to do under the Court's March 10, 2005 order.[7] In addition, defendant attempts to find in the U.K. Inland Revenue Manual an economic capital imputation approach similar to that previously rejected by this Court, despite the fact that defendant's own U.K. tax expert Mr. Akin does not offer support for that approach and acknowledges that the most common approach of Inland Revenue inspectors was to determine branch capital based on the cost of fixed assets. (Akin Decl. ¶ 34.) Defendant also argues for a range of potential factual inquiries relating back to the inception of the U.S. operations – inquiries that would impose an extraordinary burden on any taxpayer attempting to establish that it had met the requirements of the Treaty. This cannot be what the drafters of the Treaty had in mind when they adopted the separate accounting method with the aim of "interfering as little as possible with existing business organization and refraining from inflicting demands on foreign enterprises, which are necessarily onerous." OECD Model Treaty 81-82, Commentary on Art. 7(1) ¶ 9.

**A. Defendant's responses to plaintiff's proposed findings are legally insufficient.**

Defendant disputes plaintiff's proposed findings of fact relating to the capital issue on the

[6] (...continued)
on this request will be expressed in and consistent with its experts' report."); Kolbe Report 4 (Pl.'s Ex. 61) ("I am unable to identify an economically reasonable approach to determine the amounts to be treated as allotted capital for NatWest's U.S. branches."); Kolbe Decl. ¶ 77 (Def.'s Ex. 3) (". . . I have been unable to propose particular adjustments.")

[7] RCFC 16(f) describes the Court's authority, among other things, to treat plaintiff's proposed findings of fact as having been established.

basis of evasive, nonresponsive allegations or statements of experts unsupported by specific facts.[8] In some cases, defendant bases its denial on the lack of specific documentation, ignoring testimony of witnesses and documents made available to it in the repository for six months.[9] In other cases, defendant incorporates the objections of its experts who rely on defendant's previously rejected theory that either the Court's opinion or the Inland Revenue Manual requires "economic" principles of bank capital to determine the outcome here.[10] Specifically, defendant and Dr. Kolbe allege that "the language 'designated as or in fact allotted as'" capital is "Plaintiff's, not the Manual's or the Court's, and it materially misinterprets the plain language of the Manual" (Kolbe Decl. App. ¶ 121; Def.'s Opp'n 35-36), even though the Court expressly agreed with NatWest that under the Treaty the government could examine plaintiff's books and adjust them where "interest expense was deducted on amounts *designated as capital* on its books or on amounts that were *in fact allotted* to it for capital purposes, such as funding capital infrastructure." *NatWest II* at 505 (emphasis added).

Defendant's response to Plaintiff's Proposed Finding of Fact 115 is one example of defendant's nonresponsiveness. Plaintiff proposed a finding that "the New York branch posted its capital loan charges to account 89072103, entitled 'Interest Paid, Capital Funds.'" As support for this statement, plaintiff cited to copies of account statements that had been attached to Mr. Bandoian's October 29, 2004 report on the capital issue. For its response, defendant states "disputed" and – rather than addressing the specific facts proposed or proposing a revision – refers

[8] *See, e.g.*, Def.'s Resp. to Pl.'s Prop. Findings 95-97, 101-105, 110-112, 114-117, 120-123, 125, 127-137.

[9] Def.'s Resp. to Pl.'s Prop. Findings 95-97, 99-101, 103, 106-108.

[10] Def.'s Resp. to Pl.'s Prop. Findings 102, 104, 105, 107-109, 121, 129, 130.

generally to the Inland Revenue Manual and its experts' declarations. Dr. Kolbe offers his own response to Proposed Finding of Fact 115, but, like defendant, he never addresses the specific fact that plaintiff proposed, i.e., that the New York branch posted those entries to account 89072103 Interest Paid, Capital Funds. Defendant's response is inadequate to controvert the point and certainly cannot establish that there is any genuine dispute that would justify a trial.

In another example, defendant disputes Plaintiff's Proposed Finding of Fact 39, which states that during the years at issue, "NatWest's U.S. branch operations had accurate and reliable records." Defendant does this even though it has not disputed the following key facts: The daily activity of the U.S. branches was captured on a computer system which automatically generated numerous reports each day, including profit and loss statements and balance sheets. (Pl.'s Prop. Finding 41; Def.'s Resp.) There were daily procedures for confirming the accuracy of entries into the computer system. (Pl.'s Prop. Finding 42; Def.'s Resp.) Reconciliation processes are a normal and important aspect of reliable recordkeeping in the banking business. (Pl.'s Prop. Finding 44; Def.'s Resp.) Consistent with common banking practice, the U.S. operations performed ongoing reconciliations of account differences resulting from misdirected payments or from items in transit, in clearing, or awaiting settlement, as was typical in a banking operation of NatWest's size and scope. (Pl.'s Prop. Finding 43; Def.'s Resp.) During the years at issue, NatWest's U.S. branches prepared profit and loss statements, balance sheets and other reports for each branch using data from the computer-generated reports. (Pl.'s Prop. Finding 46; Def.'s Resp.) During the years at issue, NatWest's U.S. branches regularly submitted financial statements and reports for each branch to the head office and certified them to be in accordance with the books and, to the best of their knowledge and belief, to be true and accurate. (Pl.'s Prop.

Finding 47; Def.'s Resp.) Defendant does not dispute any of these facts, and plaintiff submits that they establish the reliability and accuracy of the books and records of its U.S. branches.

Defendant nevertheless attempts to dispute the accuracy and reliability of plaintiff's books and records by making unsupported and speculative statements. Defendant disputes testimony that bank regulators examined the books of the U.S. branches and consistently found them to be satisfactory, but the documents defendant cites (management charts) have nothing to do with books and records. (Def.'s Resp. to Pl.'s Prop. Finding 49 (citing Def.'s Ex. 11).) Defendant implies that the London office performed error checking that was not reflected in the books of the U.S. branches (Def.'s Opp'n 13; Def.'s Resp. to Pl.'s Prop. Findings 40, 42, 43, 45), but the deposition transcript it cites supports the opposite conclusion (Samaroo Dep. 80:24-82:23 (Def.'s Ex. 9) (describing a collaborative reconciliation process between New York and the head office and entry of adjustments in New York's records resulting therefrom)). Contrary to defendant's assertion, the "quick close" nature of the U.S. branch financial statements is not evidence of their unreliability; if it were, the financial statements of most public companies would be unreliable. (*See* Bandoian Supp. Decl. ¶ 12.) The fact that some operational matters for the U.S. branches were accounted for centrally on the books of the New York branch (Def.'s Opp'n 17) is evidence that the U.S. branches should be viewed in the aggregate – not that their records were inaccurate or unreliable. Defendant asserts that the books and records of the U.S. branches are not complete even though the record contains profit and loss statements and balance sheets for each of the branches for each year at issue and the repository plaintiff made available to defendant and its experts contained daily microfiche records for the great majority of the business days during the years at issue. (*See* Pl.'s Exs. 28-42, 51.)

**B. Defendant has not identified specific facts that support an adjustment or prevent summary judgment.**

Although defendant professes to dispute proposed findings of fact, it declines to identify any additional amounts of interest deducted on capital that it asserts was in fact allotted to the U.S. branches. Instead, it speculates that additional areas of factual inquiry might uncover evidence of interest deducted on amounts advanced to the U.S. branches for capital purposes. This unfounded speculation is insufficient to prevent summary judgment.

Defendant contends that NatWest must establish by a tracing of funds that its purchases of fixed assets were undertaken with a branch's retained profits rather than capital from the head office. (Def.'s Opp'n 26.) This argument is based upon a misreading of the paragraph 10.1a of Appendix 9A. of the Inland Revenue Manual, which states that, even where a newly established branch receives an advance from the head office to fund the purchase of fixed assets, the interest expense on that advance may be deductible if the taxpayer is able to trace the advance to an external borrowing by the head office.[11] Where, as here, the branch was in existence for some time and the evidence establishes that the head office did not fund fixed asset purchases, the Manual does not suggest that direct tracing would be required. (Jukes Supp. Decl. ¶ 22.)

Defendant asserts that NatWest lacks records necessary to determine the amount the U.S. branches spent on fixed assets and therefore that it is not entitled to summary judgment:

> NatWest has not retained (or at least has not made available) records of the amounts its U.S. branches spent on fixed assets over the years. Without records of the branches' total cost of fixed assets, it is impossible to determine how much to presume (in the absence of

[11] Inland Revenue Banking Manual, App. 9.A ¶10.1a ("If premises are acquired when the branch is set up they are capital assets and prima facie where the funds came from Head Office it will be treated as allotted capital. . . . [B]ut it is up to the bank to show that the acquisition is not to be treated in this way. The bank can do this by tracing the cost of the building through to a specific borrowing. . . .").

> tracing) should be treated as allotted capital. Without records, NatWest can't trace the funding of fixed assets purchases in an effort to meet its heavy burden of showing that funds other than capital from the head office were actually used in the acquisitions.

(Def.'s Opp'n 26-27.) Defendant is or should be aware (i) that the repository contained contemporaneous records (on a form "Ret 9") of fixed asset purchases for each of the years at issue;[12] (ii) that the certified balance sheets and daily microfiche records plaintiff made available for the years 1979 through 1987 contained detailed information relating to the fixed asset accounts during those years;[13] (iii) that financial statements from 1977 included a policy statement that fixed assets should not be paid for with interest-bearing funds and that the policy continued during the years at issue;[14] and (iv) that from 1977 through 1981, the U.S. branches made adjustments to an interest-free balance sheet line item entitled "balance due to head office re: fixed assets" to reflect periodic changes in the amount of fixed assets shown on the balance sheet.[15] These records are more than sufficient to evaluate fixed asset purchases. Moreover, the evidence establishes that the U.S. branches had retained profits and other branch capital sufficient to cover their fixed assets as of the beginning of the years at issue, so there is no need to consider records of fixed asset purchases going back to the inception of the U.S. operations. (*See* Def.'s Opp'n 26-27; Jukes Supp. Decl. ¶ 23.)

---

[12] *See* Pl.'s Ex. 48 (available in Repository Box 112).

[13] *See* Pl.'s Ex. 28-42 (profit and loss statements and balance sheets for years at issue); Pl.'s Ex. 51 (index of microfiche available for the years at issue); *see also* Pl.'s Ex. 91 (index of boxes in repository); Boxes 115, 159 (microfiche for U.S. branches for years 1979 and 1980); Box 112 (Folders 3, 5, 6, 7), Box 113 (Folders 2-4) (pre-1981 paper records, including financial statements from the 1970s).

[14] *See* Scott Decl. and Ex. A thereto which was available to defendant in Box 112 (Folder 3); *see also* Pl.'s October 29, 2004 Report on the Capital Issue.

[15] *See* Pl.'s Ex. 51 (regarding microfiche for 1981); Boxes 112, 113, 115, 159.

Defendant asserts that "[p]ayments over the years that reduce the balance of the branches' so-called 'capital loans' could be considered repatriations which, as the Court has indicated, are a problem that require adjustments to the books," citing to the Court's January 18, 2005 Order Denying Motion for Reconsideration. (Def.'s Opp'n 28.) Plaintiff submits that the repatriations to which the Court was referring were related to the capital loan charges plaintiff described as having been paid on retained profits, which could be viewed as having been automatically repatriated and advanced back to the branch as a loan. Plaintiff has identified and conceded all of those amounts, and defendant's attempt here and in the reports of its "experts" to find a broader capital imputation principle in the Court's language should again be rejected.

Defendant asserts that plaintiff is not entitled to summary judgment because when the U.S. branches are viewed separately from each other, some of their books reflect losses. Although defendant recites the Inland Revenue Banking Manual's instruction that losses merely present "grounds for a detailed examination" and directs inquiry to whether "funds have come into the branch from Head Office to cover losses or bad debts" (Def.'s Opp'n 30), defendant does not pursue such an inquiry, and simply asserts that summary judgment should be denied. Plaintiff and its experts did in fact undertake such an inquiry. Uncontroverted testimony establishes that, if there had been advances from the head office for capital purposes, as a matter of bank policy they would have been separately identified in the books and records. (Scott Decl. ¶ 12.) Plaintiff and its experts have scrutinized plaintiff's books to identify any interest deducted on capital advances. (See plaintiff's October 29, 2004 Report on the Capital Issue). The only interest payments identified (the "capital loan charges") were paid in respect of retained profits, not advances to fund losses, and plaintiff has conceded all such amounts. Moreover, plaintiff has shown that

when viewed together the U.S. branches had sufficient capital and cash flow to fund their own operations and that, when viewed separately by physical location, in the only case where cash flow was not sufficient (Chicago during the years 1981 and 1982), the only advances from head office consisted of short-term money market transactions that were repaid within the taxable year. (Bandoian Supp. Decl. ¶ 43 and Ex. H thereto.) Dr. Kolbe's speculation without evidence that the New York branch might have acted as a conduit from the head office to Chicago is plainly insufficient to raise a material issue of fact. (Kolbe Decl. ¶¶ 63-65.)

In an attempt to avoid the consequence of these facts, defendant asserts that the "branches' respective accumulated retained profits can't simply be added together." (Def.'s Opp'n 33.) Given the fact that the U.S. branches were required to and did file a single U.S. tax return, and therefore were required to add up their results at some point at or prior to the "taxable income" line on that return, plaintiff submits that it is appropriate to treat all of the profits reported on that return as part of the capital of the operations reflected on that return. Notably, defendant has not responded to plaintiff's argument that where the Internal Revenue Code calculates the capital of the U.S. branch operations of a foreign corporation, it does so on an aggregate basis, and there is nothing in the Treaty contrary to that rule. (*See* Pl.'s Mot. 32-33.)

Defendant's U.K. tax expert Barrie Akin states that he "never encountered a foreign bank operating in the United Kingdom through more than one branch." (Akin Decl. ¶ 44.) Plaintiff's expert Mr. Jukes confirms that while serving in the International Division of Inland Revenue from 1985 through 1995, he was in fact aware of a foreign bank that operated in the United Kingdom through more than one branch and that he was not aware of any effort on the part of Inland Revenue to determine the U.K. capital of that foreign bank on a branch-by-branch basis. (Jukes

Supp. Decl. ¶ 19.) He confirms that, in his view, the International Division would not have taken that position. (*Id.*)

Defendant ignores the factual basis for evaluating the capital of the branches operated out of New York as a whole. There is no factual dispute that the operational expenditures of the New York operations (including the IBF and Nassau and Cayman branches) were reflected entirely on the books of the New York branch, that the IBF and Nassau and Cayman branches had no separate employees or offices of their own, and that beginning in 1986, the assets of all the U.S. branches were reflected on those books. Despite defendant's protestation (Def.'s Resp. to Pl.'s Prop. Finding 16), as a definitional matter the IBF was merely a "set of asset and liability accounts segregated on the books and records of a . . . U.S. branch." (Pl.'s Mot. 35 n.21.) The dispute, if there is one, is over what conclusion should be drawn from these facts. Defendant suggests that these facts are evidence of unreliability or inaccuracy in the books and records. Far from discrediting its books, these facts support the conclusion that the New York operations must be examined as a unit when evaluating their profits. Indeed, the "loss" on the New York books was really not a loss at all from NatWest's perspective because it resulted from the fact that the New York branch bore the operational expenses for the operations located in New York and the "bank regarded the four books [in New York] as elements of a single unit." (Walmsley Decl. ¶ 18.) In any event, the uncontroverted fact remains: if there had been advances for capital purposes, they would have been separately identified in the books and records. (Scott Decl. ¶ 12.)

Defendant's experts Kolbe and Dorfman attempt to find in the Inland Revenue Banking Manual support for previously rejected legal arguments that U.S. branch capital should be restated under "economic" principles. (*See, e.g.*, Kolbe Decl. ¶¶ 20-35 ("In short, the 'economic'

principles I introduce are entirely consistent with the statements in paragraph 9 of the Manual's Appendix 9.A."); Dorfman Decl. ¶ 26, 27 ("[A]n arm's length analysis of the branch's activities and the economic activity of the bank (including its use of capital) must be applied to determine the amount of capital the branch actually used . . . .").) The Court has repeatedly rejected this argument, as the Court itself observed in the March 9, 2005 conference. (Conf. Tr. 12:21-13:21, March 9, 2005 (Pl.'s Ex. 94).)

Notably, the declaration of defendant's U.K. tax expert does not advance the economic argument.[16] Indeed, Mr. Akin testifies that "the most common negotiated settlement was to increase [London Free Capital] by reference to premises and fixed assets cost" (Akin Decl. ¶ 34), and that the "methodology adopted by Plaintiff could conceivably have been accepted by [Inland] Revenue . . . ." (*Id.* ¶ 16(b)). Because the amounts of capital acknowledged by plaintiff exceed fixed assets and plaintiff has identified and conceded any interest deducted on those amounts, no further inquiry is required on the capital issue. (*See* Jukes Supp. Decl. ¶ 15.)

Neither defendant nor any of the Declarations of Mr. Akin, Dr. Kolbe, or Mr. Dorfman has demonstrated the existence of a genuine issue of material fact or any legal basis for denial of summary judgment in favor of plaintiff with respect to the capital issue.

---

[16] Neither Dr. Kolbe nor Mr. Dorfman describes experience that would support their qualification to testify as experts with respect to the Inland Revenue Banking Manual.

## CONCLUSION

For the foregoing reasons, plaintiff respectfully requests that the Court grant its Motion for Summary Judgment and enter judgment in favor of plaintiff in the amount of $65,808,076 in taxes, plus interest.

Dated: New York, New York
August 18, 2005

/s/D. Scott Wise
D. Scott Wise

Attorney of Record
Davis Polk & Wardwell
450 Lexington Avenue
New York, N.Y. 10017
(212) 450-4000

Of Counsel:

Mario J. Verdolini, Jr.
Leslie J. Altus
Davis Polk & Wardwell
450 Lexington Avenue
New York, N.Y. 10017

John L. Carr, Jr.
Michael C. Moetell
Thomas M. Buchanan
Winston & Strawn LLP
1400 L Street, N.W.
Washington, D.C. 20005

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 95-758T
(Judge Nancy B. Firestone)

NATIONAL WESTMINSTER BANK PLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# SUPPLEMENTAL DECLARATION OF ROGER WALMSLEY

| | | |
|---|---|---|
| United Kingdom)<br>)<br>County of Essex) | ss | 7 Grosvenor Gardens<br>Upminster<br>Essex,<br>United Kingdom |

I, ROGER WALMSLEY, of 7 Grosvenor Gardens, Upminster, Essex, in accordance with 28 U.S.C. § 1746 (2000), hereby DECLARE as follows:

1. I have previously provided testimony in connection with this litigation in a deposition on January 31, 2005 and February 1, 2005 as well as in a declaration dated April 28, 2005. I submit this supplemental declaration in order to provide information relating to transactions entered into between National Westminster Bank PLC's New York branch and Natwest Commercial Services, Inc., an indirect United States subsidiary of Natwest PLC.

2. I understand that Mr. James Read has proposed an adjustment to Natwest's U.S. branch income by comparing Natwest's overdraft charges on its U.S. dollar clearing accounts with the interest it charged on an account of Natwest Commercial Services, Inc. held at the New York branch. Mr. Read suggests that the interest rate the New York branch charged Natwest Commercial Services, Inc., which was based on the interbank Federal funds rate, should have been set at the Prime Rate plus 1.5%, the rate applied to overdrafts on smaller clearing accounts.

3. I recall that the account of NatWest Commercial Services, Inc. was a revolving loan facility to fund its factoring operations. The facility would have been sanctioned and approved by the NatWest Advances Department of New York. My recollection is consistent with the substantial debit balances reflected on the A220s relating to the NatWest Commercial Services account on which Mr. Read based his adjustment and with a document located by NatWest in the files of NatWest Commercial Services, Inc. See the attached A220s for the NatWest Commercial Services account for certain months during the years at issue and the attached copy of 1986 and 1987 Consolidated Financial Statements for Natwest Commercial Services, Inc. with KPMG Report theron.

4. A line of credit is very different from a clearing account, on which, as I noted in my April 28, 2005 Declaration, overdrafts were generally discouraged. Because the computer system required data to be entered into an interest rate field, all accounts had to have an interest rate allocated to them when opened in the books of New York. Such rate cannot be interpreted when looking

at the computer print-outs as an indicator that the customer had approval to overdraw the account or even that the customer had any knowledge that a rate of interest had been allocated to it.

5. I understand that Mr. Read attempts to impose the overdraft rate from the Prime Rate accounts onto the sanctioned extension of credit to Natwest Commercial Services. Charging the Prime Rate on that extension of credit would not have been commercially feasible. If Natwest PLC had attempted to charge the overdraft rate on a loan like the one to Natwest Commercial Services, Inc., Natwest Commercial Services, Inc. would surely have declined the loan and would have had no trouble opening lines of credit at other banks at rates similar to those actually charged by Natwest.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON AUGUST 15 2005.

Roger Walmsley

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 95-758T
(Judge Nancy B. Firestone)

NATIONAL WESTMINSTER BANK PLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

SUPPLEMENTAL AFFIDAVIT OF ROBERT T. CLAIR, Ph.D.

I, ROBERT T. CLAIR, Ph.D. do solemnly swear that the following facts are true to the best of my knowledge and belief:

## Overview

1. KPMG LLP ("KPMG") has been engaged by The Royal Bank of Scotland on behalf of National Westminster Bank PLC ("NatWest") in connection with the case, National Westminster Bank PLC v. the United States, No. 95-758T (Judge Firestone), in the United States Court of Federal Claims ("NatWest Case"). The NatWest Case concerns the dispute between the United States ("US") government and NatWest over whether some part of the interest expense of NatWest's US branches ("NatWest US Branches") during the tax years 1981 through 1987 ("Tax Years") should be disallowed.

2. My report, *Report of Robert T. Clair on the Arm's-Length Nature of National Westminster Bank PLC's Money Market Transactions*, dated March 4, 2005 ("my March 4 report") focused on the issue as to whether the money market transactions conducted between NatWest US Branches and non-US branches or affiliates were conducted at interest rates or yields that would meet the arm's-length standard.

3. In that report I concluded that there is no evidence that interest rates paid for deposits or received on loans or placements by NatWest US Branches during the Tax Years were other than arm's-length. My conclusion was based on an examination of money market transactions of NatWest US Branches for a sample of 21 randomly selected days from the Tax Years.

4. In the report *The Expert Report of James Read on the Interest Rate Issue* ("Read Expert Report") prepared by the Government's expert James Read, dated March 4, 2005, Mr. Read examined some of the money market transactions of NatWest US Branches but failed to draw a conclusion regarding them. He also advanced several assertions regarding NatWest U.S. branches' clearing accounts.

5. My affidavit dated May 2, 2005 ("my May 2 affidavit") addressed Mr. Read's assertions in the Read Expert Report. In that affidavit I concluded that Mr. Read's analysis did not change the conclusion in my March 4 report that there is no evidence that the pricing on related party money market transactions was other than arm's-length.

6. I also argued that the Read Expert Report failed to identify a valid basis for concluding that NatWest US Branches' clearing accounts did not reflect arm's-length interest rates since 1) Mr. Read's assertion that interest paid on the clearing

accounts of NatWest London and IWB London was not at arm's length was based on the incorrect observation that NatWest did not pay interest with respect to third-party clearing accounts and 2) in the case of NatWest Singapore's clearing account, Mr. Read compared that clearing account relationship to a clearing account that was not comparable.

7. In Mr. Read's declaration dated July 12, 2004 ("Read Declaration") Mr. Read made the following assertions about my analysis in my March 4 report and my May 2 affidavit:

Money Market Transactions

- Mr. Read accepted that there was no evidence of pricing being other than arm's-length in my sample of money market transactions but questioned the adequacy of my sample to draw conclusions regarding NatWest US Branches' money market transactions during the Tax Years. He also questioned the sampling of trading days instead of transactions;
- Mr. Read identified two conditions that need to be met for classical regression analyses and stated that if those conditions were not met, it could bias my inference from the regression analysis;
- Mr. Read reiterated that the pattern of more favorable interest rates for related parties on overnight deposits that he noted in the Read Expert Report remained when intra-US branch transactions are dropped from the set of transactions underlying the average interest rate calculations, although he no longer maintained that his observed pattern for overnight placements remains.

Clearing Accounts

- Based on a rule he devised, namely that customers with an average turnover and number of entries lower than those of the Bank of England must receive prime rate pricing, Mr. Read computed adjustments to the income received from related party customers that had lower activity levels than the Bank of England and received Fed Funds pricing;
- Mr. Read estimated an adjustment to NatWest US Branches' profits for the Tax Years of $10,553,577.

8. I have now been asked to address Mr. Read's assertions in the Read Declaration.

***Summary of Conclusions***

Money Market Transactions

9. None of Mr. Read's objections to the money market analysis in my March 4 report or my May 2 affidavit withstand closer scrutiny:

- The strong results observed in my sample of 21 days do extend to the entire population of transactions during the Tax Years with a high level of certainty, contrary to Mr. Read's assertion;
- The two conditions identified by Mr. Read regarding my regression analysis make no difference to my conclusion that there is no statistically significant association between the interest rates on deposits or placements and the identity of the customer as a related or unrelated party;
- Mr. Read's interpretation of the average rates when intra-US branch observations are excluded is flawed.

10. Hence, I maintain that there is no evidence that interest rates charged to or received from related parties are significantly different from those charged to or received from unrelated parties.

Clearing Accounts

11. Mr. Read's analysis of the clearing accounts, including his adjustment computation, is flawed in many respects.

- Mr. Read's adjustment computation is almost entirely (96.6 percent) attributable to one entity – NatWest Commercial Services, Inc. – whose account is not a clearing account but a revolving borrowing facility for funding its factoring business. The imposition of the prime rate pricing regime applicable to overdrafts on some of NatWest's clearing accounts to NatWest Commercial Services' loan facility is not a justifiable exercise.
- Mr. Read's analysis is flawed in various other ways that I discuss in this affidavit, including his unjustified extrapolation from a non-random sample of three months to the Tax Years.

12. Hence, I conclude that there is no valid basis for the income adjustment Mr. Read computed for NatWest US Branches' clearing accounts.

## Professional Background and Qualifications of Robert T. Clair

13. I am a graduate of the University of Pennsylvania, from which I received a Ph.D. in Economics in 1984. From 1982 until mid-year 1995, I was employed by the Federal Reserve Bank of Dallas. When I left the Dallas Fed, my position was Senior Economist and Policy Advisor. While at the Federal Reserve, I published research on the payments system and commercial banking. I received the Abram's

Scroll from the National Association of Business Economists for outstanding research for work I conducted jointly with my colleague, Harvey Rosenblum.

14. In 1995, I joined KPMG in their Economic Consulting Services unit (which is now known as Economic and Valuation Services). My current title is Managing Director. My work at KPMG has been primarily focused on establishing arm's-length prices for transactions between related entities (more commonly referred to as related parties) within the financial services industry or between a bank's head office and its branches. This is more commonly referred to as transfer pricing. I have published articles on the subject of transfer pricing in general and establishing arm's-length interest rates for related party loans, specifically. I have given presentations on the subject, including a presentation entitled, "Related-Party Loans, Credit Guarantees, and Thin Capitalization," that was presented to the staff of the Advance Pricing Agreement Office of the Internal Revenue Service on August 2, 2004.

15. I have also published research in the area of clearing accounts and in particular the large value dollar based payment systems. I authored an article on CHIPS titled "The Clearing House Interbank Payment System" in Research in Financial Services: Private and Public, Volume III, edited by George G. Kaufman, in 1991. An earlier version of this paper was published in Large-Value Funds Transfer Systems in The Group of Ten Countries, Bank of International Settlement in May 1990 without attribution. I authored an article on the Federal Reserve System's Fedwire titled "Daylight Overdrafts: Who Really Bears the Risk?" which was published in Governing Banking's Future, edited by Catherine England, in 1991.

## Money Market Transactions

16. I address the issues raised by Mr. Read regarding the analysis of NatWest US Branches' money market transactions in my March 4 report and my May 2 affidavit below:

***Sample Size***[1]

17. Sampling consists of selecting some part of a population to observe in order to estimate parameters related to the whole population. In stratified sampling, the population is partitioned into regions or strata, and a sample is selected by some design within each stratum. Then, even though one stratum may differ markedly from another, a stratified sample with the desired number of units from each stratum in the population will tend to be "representative" of the population as a whole.

18. Since converting all the paper and microfiche records from the Tax Years into electronic format would have been prohibitively costly, I devised a sampling method to draw a representative sample of NatWest US Branches' transactions during the Tax Years that I could analyze and draw meaningful conclusions from about the arm's-length nature of NatWest US Branches' related party transactions.

19. In order to have a sufficiently large sample, I decided to sample at least one percent of the total trading days in the Tax Years. Since there could be variations in the economic and regulatory conditions, and internal NatWest policies across the years, I decided to stratify my sample so that each year was represented in my final sample. Since each year has approximately 252 trading days, one percent of the

[1] Some paragraphs in this section are based on "Sampling" by Steven K. Thompson, John Wiley & Sons, Inc., 1992, Chapters 1, 3 and 11.

trading days in a year amounts to approximately 2.5 trading days. I, therefore, drew a stratified random sample of three days from each of the Tax Years. My March 4 report describes my sampling technique in detail.[2]

20. I performed a stratified random sampling of trading days rather than of transactions since in order to select a random sample of transactions I would have needed to first list all the related party transactions in the Tax Years, which would have been prohibitively costly. I took special care to ensure that the sample of days I selected was a representative random sample – I took care not to include days for which it was known that information was missing, and I reviewed the sample dates to make sure that the dates that I drew were representative of the Tax Years. Further, I tested all the testable related party transactions in the sample days so that I did not bias my tests.

21. In cases where the volume of transactions is high, it is not uncommon to draw a sample based on trading days or some other such unit, instead of individual transactions.

22. Having selected a sample and used the sample data to make an estimate of the population mean or total, it is possible to make an assessment regarding the accuracy of the estimate. This is most often done by constructing a "confidence interval" within which one is sufficiently sure the true population value lies or, equivalently, placing a bound on the probable error of the estimate. This means that with a properly drawn sample it is possible to make statements about the properties and characteristics of the total population within certain specified limits of certainty and sampling variability.

[2] My March 4 report, Section 5.

23. Using the Direct Comparison Method ("DCM")[3], I showed in my March 4 report that of the 204 testable[4] related party deposits and placements, 195 trades or 95.6 percent were within the range of interest rates from comparable unrelated trades. Based on the DCM analysis, along with corroborating evidence from the regression analysis, I concluded that there is no evidence that interest rates charged to or received from related parties are significantly different from those charged to or received from unrelated parties.

24. Mr. Read disputes that my "sample is sufficient to establish that the money market transactions of the U.S. branches were at arm's length." He states that I should have instead said that, "*In the sample of transactions I examined* there is no statistically significant association between the interest rates on deposits or placements with the identity of the customer as a related or unrelated party."

25. The objective of drawing a sample is to draw inferences regarding the entire population, not just the sample as Mr. Read states. Once a representative sample is drawn that provides sufficiently strong estimates of the population parameters, there is no further need to increase the sample size. I include here a quotation from a popular statistics textbook that aptly summarizes this principle: "the idea is to take a small sample, and if the result is unambiguous...the job is done; but if the sample result is ambiguous...a second, and perhaps even further stage of sampling is required until the ambiguity is resolved. This procedure is justified if the advantage

[3] I defined the Direct Comparison Method as a comparison of the prices on related trades to a range of prices on comparable unrelated trades.
[4] My March 4 report defined testable related party trades as those with at least four comparable unrelated party trades. See my March 4 report for a definition of comparability.

of the smaller average sample size exceeds the disadvantage of having to sample several times."[5]

26. The high proportion of related party prices that were within the range of comparable unrelated party prices (95.6 percent) and the relatively large sample size (204 transactions) led me to conclude that my sample results provide a good approximation for the population's proportion of related party trades within the range of unrelated party trades.

27. As discussed in paragraph 22, it is also possible to quantify the accuracy of the sample results statistically using confidence intervals. In other words, we can determine at any desired confidence level the bounds on the population estimates based on the sample results. A confidence level of 95 percent is common in econometric and statistical analyses.

28. Thus, I have computed the bounds on the estimated proportion of related trades within the range of unrelated party trades during the Tax Years at the 95 percent confidence level. I have computed the confidence interval around my estimate at the 95 percent confidence level[6] to be 92.8 percent to 98.4 percent. In other words, I am 95 percent certain that between 92.8 percent and 98.4 percent of related party trades *in the population* are definitively at arm's-length prices. To state it in yet another way, the sampling error of my estimate of the proportion of related party trades that are within the range of unrelated party trades is not more than 2.8 percent at the 95 percent confidence level.

---

[5] "Introductory Statistics for Business and Economics" by Thomas H. Wonnacott and Ronald J. Wonnacott, John Wiley & Sons, Inc. 1972.

[6] These numbers are based on the normal approximation for a confidence interval for a proportion. See "Sampling" by Steven K. Thompson, John Wiley & Sons, Inc., 1992, Chapter 5 for a discussion.

29. Being outside the range of the daily high and low of the unrelated party trades is not necessarily evidence that the remaining trades over all the Tax Years were not arm's-length. The actual number of arm's-length trades is expected to be higher since the test I consider is a conservative one. In the normal course of trading, we would expect the daily high or low to be distributed between related and unrelated trades.

30. To conclude, the strong results observed in my sample of 21 days do extend to the entire population of transactions during the Tax Years with a high level of certainty, contrary to Mr. Read's assertion.

*Regression Tests*

31. The DCM is sufficient to draw conclusions regarding the arm's-length nature of NatWest US Branches' related-party transactions. However, in order to obtain further support I conducted regression analysis, which corroborated the results I obtained from the DCM.

32. Regarding my regression analysis, Mr. Read questions whether two additional statistical tests (for collinearity and heteroscedasticity)[7] ought to have been performed. His contention is that if these tests produced positive results then my regression results could lead to faulty inferences.

33. The tests Mr. Read mentions are likely to have an impact on statistical inference when the regression results are relatively ambiguous. With the kind of strong results that I reported in my regression analysis, I did not anticipate that the issues

---

[7] Collinearity refers to the existence of a strong relationship between some of the explanatory variables in a regression. Heteroscedasticity refers to the existence of error terms in a regression that have different variances.

raised by Mr. Read would influence my results. Hence, I did not consider it necessary to perform these tests.

34. Since Mr. Read raises the issue of the two tests, I performed standard statistical tests to discern the presence of either of these conditions in my data.[8] As expected, neither collinearity nor heteroscedasticity affects any of my conclusions from the regression analysis in my March 4 report.

35. Thus, I reaffirm my prior conclusion that the regression analysis shows that there is no statistically significant association between the interest rates on deposits or placements with the identity of the customer as a related or unrelated party.

***Replication of Mr. Read's Method without Intra-Branch Transactions***

36. In my May 2 affidavit I reported that I was unable to replicate Mr. Read's analysis of money market transactions in the Read Expert Report. Unlike Mr. Read, I found no consistent relationship between average related party interest rates and average unrelated party interest rates.

---

[8] I found very little collinearity between the explanatory variables by examining correlation coefficients between all the explanatory variables. None of the correlation coefficients were greater than 0.2 (collinearity would exist if the correlation coefficients were high, for instance 0.8 or more; perfect collinearity would give a correlation coefficient of 1.0). I also computed the Condition Index, a standard method for detecting collinearity between multiple variables. A high condition index, for instance 30 or more, detects the presence of collinearity. The condition index for the deposits regression is 1.4 and the condition index of the placements regression is 1.2 – both are very small indicating an absence of collinearity among the variables.

I also performed the standard Breusch-Pagan test for heteroscedasticity in my base case deposits and placements regressions. The Breusch-Pagan test discerned some heteroscedasticity in the regressions. Hence, I reran both regressions using the standard Huber-White correction for heteroscedasticity. The coefficient on the variable indicating the identity of a counterparty as related or unrelated has an estimated value of 2.8 basis points before and after the correction for heteroscedasticity in the deposits regression and an estimated value of 5.8 basis points before and after the correction for heteroscedasticity in the placements regression. The p-value, which indicates how statistically significant the variable is, was 0.439 in the deposits regression before the correction and 0.448 after the correction – both strongly indicating a coefficient not significantly different from zero at the 95 percent confidence level. The p-value in the placements regression was 0.421 before the correction and 0.163 after the correction – again both strongly indicating a coefficient not significantly different from zero at the 95 percent confidence level even though the p-value is much lower after the correction.

37. My investigation into the causes of differences in results led me to believe that Mr. Read included intra-US branch transactions in his analysis, which should have been excluded since intra-US branch transactions do not impact NatWest US Branches' tax returns and including both sides of a transaction can lead to mathematical distortions.

38. In paragraph 67 of the Read Declaration, Mr. Read states that, "When intra-U.S. branch observations are dropped from the set of transactions underlying the average interest rate calculations I presented in my Report, the observed pattern (i.e., more favorable interest rates for related parties) for overnight deposits remains."

39. I note here that Mr. Read no longer maintains that his observed pattern for overnight placements remains.

40. A re-creation of Mr. Read's averages, but excluding intra-US branch transactions, shows that for three out of the five days analyzed by Mr. Read, the average overnight deposit rates for related parties were higher than the average rates for unrelated parties and for the remaining two days were lower on average. Mr. Read interprets these results as the average rates on overnight deposits being more favorable to related parties.

41. The observed pattern that Mr. Read refers to is in 3 out of 5 days examined in a population of approximately 1,750 days. From this sample of less than 0.3 percent of the population, Mr. Read observed what is in his opinion a pattern of favorable interest rates for related parties. This "pattern" is similar to flipping a coin 5 times and getting heads 3 times, which is just as probable as getting 2 heads when the coin is fair.

42. Appropriately, neither Mr. Read nor I have drawn any conclusions from Mr. Read's method for analyzing money market transactions.

*Conclusion*

43. None of Mr. Read's objections to the money market analysis in my March 4 report or my May 2 affidavit withstand closer scrutiny. Hence, I maintain that there is no evidence that interest rates charged to or received from related parties are significantly different from those charged to or received from, unrelated parties.

## Clearing Accounts

44. Mr. Read now agrees with the argument in my March 4 report that cash-managed accounts are comparable in economic substance to paying interest on clearing accounts.

45. However, in the Read Declaration, Mr. Read turns his attention to some of the related party clearing accounts that received Fed Funds pricing. Based on a rule he devised, namely that customers with an average turnover and number of entries lower than those of the Bank of England must receive prime rate pricing, Mr. Read computes adjustments to the income received from related party customers that had activity levels lower than the Bank of England and had Fed Funds pricing. He computes the adjustments for a sample of three months – December 1986, July 1986 and August 1985. The adjustments are computed as a difference in interest income using prime rate pricing versus the actual charges. Mr. Read then extrapolates the average adjustment computed for the three months to the Tax Years by first annualizing the adjustment and then multiplying by seven, which is the number of years in Tax Years.

46. An overwhelming fraction of Mr. Read's adjustment is attributable to just one customer – NatWest Commercial Services, Inc. ("NatWest Commercial Services"). On average, over the months December 1986, July 1986 and August 1985, NatWest Commercial Services accounted for 96.6 percent of Mr. Read's adjustment. This average is comprised of a proportion of 93.3 percent in December 1986, 99.4 percent in July 1986, and 96.7 percent in August 1985.

47. Given the overwhelming contribution of this one customer to Mr. Read's adjustment number, I examined its account in greater detail. My investigations have led me to the conclusion that this customer's account is not comparable to other NatWest clearing accounts and, hence, should not be included in a computation of income adjustments.

48. NatWest Commercial Services' account with NatWest's New York branch did not function as a clearing account. Rather it was an account maintained with NatWest's New York branch to obtain revolving borrowings to fund NatWest Commercial Services' factoring operations. [9]

49. According to Mr. Walmsley, NatWest Commercial Services' account with NatWest's New York branch would have been an approved line of credit. [10] This description of NatWest Commercial Services' account is consistent with the large debit balances in its account seen on its A220 reports. See Appendix 1 for sample A220 reports for NatWest Commercial Services.

---

[9] Factoring refers to the purchase or sale of accounts receivable at a discount. Note 4 in the 1986 and 1987 financial statements of NatWest Commercial Services describes the related party transactions including revolving borrowing to fund factoring operations. The financial statements are attached in Appendix 1. Mr. Walmsley also recalls NatWest Commercial Services' account being a revolving loan facility to fund its factoring operations in paragraph 3 of his supplemental declaration dated August 15, 2005, attached in Appendix 2.

[10] Supplemental Declaration of Roger Walmsley, dated August 15, 2005.

50. As Mr. Walmsley notes in his supplemental declaration, a line of credit is very different from a clearing account, on which overdrafts were generally discouraged. In the case of NatWest Commercial Services, the extension of credit would have been approved by the NatWest credit department in New York.

51. Mr. Walmsley's statement is consistent with the data presented by Mr. Read in his declaration. Other than NatWest Commercial Services all the other accounts in his analysis had small charges because their debit balances were low, if they existed at all. These differences are evident in the tables appended to Mr. Read's declaration.[11]

52. Hence, any analysis of NatWest US Branches' clearing accounts must exclude NatWest Commercial Services since its account with NatWest US Branches was not a clearing account.

53. In addition, Mr. Read imposes a different pricing regime on the related parties without considering whether an unrelated party transacting at arm's-length might have modified its behavior in response to different prices. For example, my willingness to occasionally run a debit position and incur interest charges is to some extent under my control. When interest rate charges are lower, I may manage my position more liberally. If the interest rate were increased from the Federal Funds rate to the prime rate plus 1.5 percentage points, then I would take action to reduce the likelihood of having a debit balance. Mr. Read's calculation ignores the impact of price on the quantity demanded. It calculates the adjustment as though the demand for funding is completely insensitive to interest rates. Consistent with this observation, Mr. Walmsley states in his declaration that, "If Natwest PLC had

[11] See the Read Declaration, Exhibits G1 – G3.

attempted to charge the overdraft rate on a loan like the one to Natwest Commercial Services, Inc., Natwest Commercial Services, Inc. would surely have declined the loan and would have had no trouble opening lines of credit at other banks at rates similar to those actually charged by Natwest."[12]

54. Further, without regard to whether NatWest Commercial Services is included in Mr. Read's adjustment, Mr. Read provides no justification for his choice of the sample of three months as evidence of a possible understatement of profit in all seven years of the Tax Years. Mr. Read's selection does not appear to be random and hence cannot be considered representative of the population of clearing account transactions. Further, it is unclear that Mr. Read performed any analysis to determine the adequacy of his sample in inferring adjustments for all the Tax Years. Given Mr. Read's objections to my money market sample, which I drew such that I would have a sufficiently large number of observations and went to great lengths to ensure was random, his choice of sample would not pass the unwarranted criticisms he himself leveled at my money market sample.

55. By choosing three months late in the period of the Tax Years, Mr. Read has likely biased his estimate upward. As the bank grew over time, the adjustment in the later months could be much larger than in the earlier months. If a random sample of 84 months in the Tax Years had been drawn then it would have been as likely to include months early in the period. This is one of the reasons why drawing a random sample is so important in attempting to project from a sample to the total population.

[12] Supplemental Declaration of Roger Walmsley, paragraph 5.

56. To summarize, Mr. Read's adjustment computation is flawed due to various reasons, and hence is not valid.

## Conclusions

57. Nothing in the Read Declaration leads me to change any of my conclusions in my March 4 report or my May 2 affidavit.

58. With regard to money market transactions, I maintain that there is no evidence that interest rates charged to or received from related parties were significantly different from those charged to or received from unrelated parties. I can say with a high degree of confidence that the strong results I observed in my sample of 21 days extend to the entire population of NatWest US Branches' money market transactions.

59. Regarding the clearing accounts, Mr. Read's analysis in the Read Declaration is flawed in many respects.

60. Mr. Read's adjustment computation is almost entirely (96.6 percent) attributable to one entity – NatWest Commercial Services, Inc. – whose account was not a clearing account but a revolving borrowing facility for funding its factoring business. Given that in the case of NatWest Commercial Services extension of credit would have been approved, whereas overdrafts were generally discouraged in clearing accounts, the imposition of the prime rate pricing regime for clearing accounts to NatWest Commercial Services is not justifiable.

61. I also present various other reasons why Mr. Read's analysis is flawed, including his unjustified extrapolation from a non-random sample of three months to the Tax Years.

62. Thus, Mr. Read's adjustment computation is not valid.

Robert T Clair Ph.D.

Robert T. Clair, Ph.D.

Sworn to before me this
16th day of August, 2005

Diane F. Gruberger

Notary Public

**DIANE F. GRUBERGER**
**Notary Public, State of New York**
**No. 0GR4769436**
**Qualified in Richmond County**
**Certificate Filed in New York County**
**Commission Expires Nov. 30, 2006**

# Appendix 1

## 1986 and 1987 Consolidated Financial Statements for NatWest Commercial Services, Inc.

KPMG Peat Marwick

NATWEST COMMERCIAL SERVICES, INC.
(a wholly owned subsidiary of
NatWest Holdings Inc.)

Consolidated Financial Statements

December 31, 1987 and 1986

(With Accountant's Report Thereon)

KPMG Peat Marwick

Certified Public Accountants

Peat Marwick Main & Co.
345 Park Avenue
New York, NY 10154

To the Stockholder and Board of Directors of
NatWest Commercial Services, Inc.:

We have examined the consolidated balance sheets of NatWest Commercial Services, Inc. (a wholly owned subsidiary of NatWest Holdings Inc.) as of December 31, 1987 and 1986 and the related consolidated statements of operations, changes in stockholder's equity and changes in financial position for the years then ended. Our examinations were made in accordance with generally accepted auditing standards and, accordingly, included such tests of the accounting records and such other auditing procedures as we considered necessary in the circumstances.

In our opinion, the aforementioned consolidated financial statements present fairly the financial position of NatWest Commercial Services, Inc. at December 31, 1987 and 1986 and the results of its operations and the changes in its financial position for the years then ended, in conformity with generally accepted accounting principles applied on a consistent basis.

Peat Marwick Main & Co.

January 19, 1988

NATWEST COMMERCIAL SERVICES, INC.
(a wholly owned subsidiary of
NatWest Holdings Inc.)

Consolidated Balance Sheets

December 31, 1987 and 1986

| Assets | 1987 | 1986 |
|---|---|---|
| Cash and due from banks | $ 3,520,688 | $ 7,156,238 |
| Accounts and loans receivable (notes 2 and 4): | | |
| Factored accounts receivable, net of trade discounts of $1,242,767 and $1,119,122 | 111,249,283 | 138,652,346 |
| Loans and advances to factoring clients | 30,399,548 | 17,329,821 |
| | 141,648,831 | 155,982,167 |
| Less allowance for doubtful accounts | (2,824,958) | (1,750,000) |
| | 138,823,873 | 154,232,167 |
| Due from customers on acceptances | 1,109,085 | 1,553,001 |
| Income tax benefit (note 5) | 951,710 | 462,645 |
| Premises and equipment, net (note 3) | 639,860 | 510,307 |
| Cost of factoring business acquired (note 1) | 466,082 | 819,114 |
| Due from affiliates (note 1) | 1,271,233 | - |
| Other assets | 171,474 | 248,789 |
| | $146,954,005 | $164,982,261 |

| Liabilities and Stockholder's Equity | 1987 | 1986 |
|---|---|---|
| Due to National Westminster Bank PLC (note 4) | $ 72,719,915 | $ 78,924,364 |
| Due to factoring clients: | | |
| On demand | 41,964,345 | 45,353,036 |
| At maturity | 18,365,753 | 28,830,834 |
| | 60,330,098 | 74,183,870 |
| Acceptances outstanding | 1,109,085 | 1,553,001 |
| Deferred interest income | 375,487 | 211,696 |
| Accounts payable and accrued liabilities | 2,366,064 | 1,307,345 |
| Total liabilities | 136,900,649 | 156,180,276 |
| Stockholder's equity: | | |
| Common stock, par value $100 per share. Authorized, issued and outstanding 10 shares | 1,000 | 1,000 |
| Capital surplus | 12,613,274 | 12,613,274 |
| Accumulated deficit | (2,560,918) | (3,812,289) |
| Total stockholder's equity | 10,053,356 | 8,801,985 |
| Commitments and contingencies (notes 6 and 7) | | |
| | $146,954,005 | $164,982,261 |

See accompanying notes to consolidated financial statements.

NATWEST COMMERCIAL SERVICES, INC.
(a wholly owned subsidiary of
NatWest Holdings Inc.)

Consolidated Statements of Operations

Years ended December 31, 1987 and 1986

| | 1987 | 1986 |
|---|---|---|
| Revenues: | | |
| Commission income | $ 8,321,800 | $ 6,229,961 |
| Interest income | 11,063,253 | 8,177,908 |
| | 19,385,053 | 14,407,869 |
| Expenses: | | |
| Interest on borrowings from National Westminster Bank PLC (note 4) | 5,529,400 | 3,680,781 |
| Provision for losses on doubtful accounts (note 2) | 1,330,524 | 2,951,648 |
| Operating expenses: | | |
| Salaries and benefits | 5,155,419 | 4,541,481 |
| Occupancy | 792,432 | 666,043 |
| Data processing (note 4) | 721,542 | 317,836 |
| Amortization of cost of factoring business acquired | 353,032 | 443,032 |
| Other (notes 3 and 4) | 2,616,233 | 1,921,633 |
| CFIL charges (note 4) | 689,100 | 445,000 |
| | 17,187,682 | 14,967,454 |
| Income (loss) before income tax expense (benefit) | 2,197,371 | (559,585) |
| Income tax expense (benefit) (note 5) | 946,000 | (221,439) |
| Net income (loss) | $ 1,251,371 | $ (338,146) |

See accompanying notes to consolidated financial statements.

NATWEST COMMERCIAL SERVICES, INC.
(a wholly owned subsidiary of
NatWest Holdings Inc.)

Consolidated Statements of Changes
in Stockholder's Equity

Years ended December 31, 1987 and 1986

| | Common stock | Capital surplus | Accumulated deficit |
|---|---|---|---|
| Balance at December 31, 1985 | $1,000 | 12,613,274 | (3,474,143) |
| Net loss | - | - | (338,146) |
| Balance at December 31, 1986 | 1,000 | 12,613,274 | (3,812,289) |
| Net income | - | - | 1,251,371 |
| Balance at December 31, 1987 | $1,000 | 12,613,274 | (2,560,918) |

See accompanying notes to consolidated financial statements.

NATWEST COMMERCIAL SERVICES, INC.
(a wholly owned subsidiary of
NatWest Holdings Inc.)

Consolidated Statements of Changes
in Financial Position

Years ended December 31, 1987 and 1986

| | 1987 | 1986 |
|---|---|---|
| Sources of funds: | | |
| Net income (loss) | $ 1,251,371 | (338,146) |
| Add (deduct) non-fund items: | | |
| Depreciation and amortization of premises and equipment | 108,154 | 87,800 |
| Amortization of cost of factoring business acquired | 353,032 | 443,032 |
| Deferred income taxes | (426,143) | (417,469) |
| Provision for loan losses | 1,330,524 | 2,951,648 |
| Charge-offs, net | (255,566) | (1,981,824) |
| Funds provided from operations | 2,361,372 | 745,041 |
| Increases in: | | |
| Due to affiliates | - | 62,737,359 |
| Accounts payable and accrued liabilities and deferred interest income | 1,222,510 | 574,044 |
| Current income taxes | - | 111,810 |
| Decreases in: | | |
| Accounts and loans receivable, net | 14,333,336 | - |
| Cash and due from banks | 3,635,550 | - |
| Other assets | 77,315 | - |
| | $21,630,083 | $64,168,254 |
| Uses of funds: | | |
| Increases in: | | |
| Accounts and loans receivable, net | - | 57,475,322 |
| Cash and due from banks | - | 4,356,136 |
| Premises and equipment | 237,707 | 35,724 |
| Other assets | - | 77,494 |
| Due from affiliates | 1,271,233 | - |
| Decreases in: | | |
| Due to factoring clients | 13,853,772 | 2,223,578 |
| Due to affiliates | 6,204,449 | - |
| Current income taxes | 62,922 | - |
| | $21,630,083 | $64,168,254 |

See accompanying notes to consolidated financial statements.

NATWEST COMMERCIAL SERVICES, INC.
(a wholly owned subsidiary of
NatWest Holdings Inc.)

Notes to Consolidated Financial Statements

December 31, 1987 and 1986

(1) Summary of Significant Accounting Policies and Related Matters

Basis of Presentation

NatWest Commercial Services, Inc. (Company) is a wholly owned subsidiary of NatWest Holdings, Inc. (Holdings); Holdings is a wholly owned United States subsidiary of National Westminster Bank PLC (NatWest), a London-based international bank. The Company commenced operations May 1, 1982, and presently maintains offices in Philadelphia, Pennsylvania; Los Angeles, California; and New York, New York.

The consolidated financial statements include the accounts of the Company and its wholly owned subsidiary CF International, Inc. (CFI). All significant intercompany balances and transactions have been eliminated in consolidation. CFI collects factoring receivables for customers of NatWest affiliates (outside the Holdings group) and such affiliates make collections for CFI customers. At December 31, 1987, CFI was owed $1,271,233 from such affiliates which represented the net collections receivable.

The following are the significant accounting policies of the Company and its subsidiary. These policies conform with generally accepted accounting principles and to general practices within the finance industry.

Factoring Commissions

Commissions charged on factored accounts receivable are taken into income in the month the receivables are purchased from factoring clients.

Interest Income

Interest earned on advances, overadvances, and on term loans is accrued monthly and charged to the factoring clients' accounts. Interest charged to clients before having been earned is deferred and taken into income ratably over the applicable period of the advance.

Allowance for Doubtful Accounts

Allowance for doubtful accounts represents the amount which, in management's judgment, is necessary to absorb potential losses inherent in the accounts and loans receivable portfolio. This judgment is based on past charge-off experience, current delinquencies, the nature and characteristics of the accounts and loans receivable portfolios, and general economic conditions and trends. Accounts are charged off as soon as probability of loss is established, taking into consideration such factors as the customer or client's financial condition, underlying collateral and guarantees.

NATWEST COMMERCIAL SERVICES, INC.
(a wholly owned subsidiary of
NatWest Holdings Inc.)

Notes to Consolidated Financial Statements

(1), Continued

Premises and Equipment

Premises and equipment are stated at cost, less accumulated depreciation and amortization computed on the straight-line method over the estimated useful lives of the assets.

Cost of Factoring Business Acquired

The cost of factoring business acquired represents the original cost of $2,750,000, related to the Company's purchase of the factoring business of First Pennsylvania Bank, N.A. in 1982, assigned to tangible and identifiable intangible assets as well as goodwill. The allocation of cost related to such assets and the periods over which they are being amortized are as follows:

| | Amount | Amortization period (years) |
|---|---|---|
| Computer software | $1,500,000 | 5 |
| Customer and client credit files | 450,000 | 10 |
| Factoring client list | 262,000 | 10 |
| Covenant not to compete | 300,000 | 5 |
| Miscellaneous assets | 88,000 | 2 to 10 |
| Goodwill | 150,000 | 20 |
| | ========= | |

Income Taxes

The Company files a consolidated Federal income tax return with Holdings, with each subsidiary providing taxes or, in the case of losses, tax benefits at current corporate rates on its separately computed taxable income or loss as reported in its respective financial statements. New York State and City, Pennsylvania and Philadelphia, and California tax returns are filed separately by the Company. Deferred income taxes are provided for timing differences between the period in which certain income and expense items are recognized for financial reporting purposes and the period in which they affect taxable income.

Retirement and Other Benefit Plans

There is a non-contributory retirement benefit plan maintained by National Westminster Bank USA (a wholly owned subsidiary of Holdings) (NWBUSA) covering substantially all employees of the Company. The Company's contribution to this plan is determined by the Company's percentage of total covered payroll of the plan and is charged to expense. The Company's employees also participate in NWBUSA's Savings and Investment Plan.

NWM-KPMG 0006073

(Continued)

NATWEST COMMERCIAL SERVICES, INC.
(a wholly owned subsidiary of
NatWest Holdings Inc.)

Notes to Consolidated Financial Statements

(2) Accounts and Loans Receivable

Factored accounts receivable are generally due within six months. Loans and advances to factoring clients are revolving in nature and are contractually due on demand.

The Company, through CFI, offers factoring services to clients conducting multinational businesses from the United States. This service involves the extension of credit to customers of clients domiciled in foreign countries.

At December 31, 1987 and 1986, approximately $13,892,817 and $10,435,798, respectively (12.5% and 7.5% of the respective total factored accounts receivable outstanding balances), are from customers domiciled outside the United States (primarily in Europe).

An analysis of the allowance for doubtful accounts for the years ended December 31, 1987 and 1986 is as follows:

| | 1987 | 1986 |
|---|---|---|
| Balance at beginning of year | $1,750,000 | $ 780,176 |
| Add provision for losses on doubtful accounts | 1,330,524 | 2,951,648 |
| Deduct charge-offs, net | (255,566) | (1,981,824) |
| Balance at end of year | $2,824,958 | $1,750,000 |

(3) Premises and Equipment

A summary of premises and equipment at December 31, 1987 and 1986 is as follows:

| | Estimated Useful Life | Cost 1987 | Cost 1986 |
|---|---|---|---|
| Furniture and fixtures | 10 years/7 years | $ 451,295 | $385,538 |
| Equipment/automobiles | 7 years/5 years | 358,142 | 234,884 |
| Leasehold improvements | Life of Lease | 231,985 | 189,725 |
| | | 1,041,442 | 810,147 |
| Accumulated depreciation and amortization | | (401,562) | (299,840) |
| Net Book Value | | $639,860 | $510,307 |

Included in operating expenses in 1987 and 1986 were amortization and depreciation expenses of $108,154 and $87,800, respectively. Rental expense on premises and equipment amounted to $648,828 in 1987 and $601,522 in 1986.

NWM-KPMG 0006074

(Continued)

NATWEST COMMERCIAL SERVICES, INC.
(a wholly owned subsidiary of
NatWest Holdings Inc.)

Notes to Consolidated Financial Statements

(4) Related Party Transactions

Interest-bearing advances due to NatWest represent revolving borrowings necessary to fund the factoring operations. For the years ended December 31, 1987 and 1986, daily average borrowings approximated $79,358,000 and $52,890,000 at weighted average interest rates of 7.0% for each year. The maximum amount outstanding during 1987 and 1986 was $97,700,000 and $99,000,000, respectively.

In the normal course of operations, CFI insures as to collectibility substantially all of its factored receivables from foreign-based customers with an affiliate, Credit Factoring International Limited (CFIL), a wholly owned subsidiary of NatWest. Total fees of $265,000 and $180,000, for the years ended December 31, 1987 and 1986, respectively, have been paid to such affiliate for this guarantee service, which amount is included in other operating expenses. The weighted average fees in effect as a percentage of factored sales were .343% during 1987 and .341% during 1986.

In addition, CFIL provides CFI with operating factoring services at contractually agreed-upon rates. Total fees paid for such services were approximately $424,100 and $265,000, respectively, for the years ended December 31, 1987 and 1986.

NWBUSA provides data processing services to the Company. Fees for such services amounted to approximately $721,542 in 1987 and $317,836 in 1986 and are included in data processing expenses.

(5) Income Taxes

The provision for income tax expense (benefit) for 1987 and 1986 consist of current and deferred taxes as follows (The allocation between current and deferred income taxes is based on estimates. Prior years have been restated, where necessary, to conform to the tax returns as filed):

| | 1987 | 1986 |
|---|---|---|
| Current: | | |
| Federal | $1,312,143 | $ 148,030 |
| State and local | 60,000 | 48,000 |
| | 1,372,143 | 196,030 |
| Deferred: Federal | (426,143) | (417,469) |
| | $ 946,000 | $(221,439) |

The primary source of Federal deferred taxes is the provision for losses on doubtful accounts.

(Continued)

NWM-KPMG 0006075

NATWEST COMMERCIAL SERVICES, INC.
(a wholly owned subsidiary of
NatWest Holdings Inc.)

Notes to Consolidated Financial Statements

5), Continued

The recorded income tax expense (benefit) varied from the tax expense (benefit) computed by applying the statutory Federal income tax rates of 40% and 46% for 1987 and 1986, respectively. The reasons for the difference between these amounts are as follows:

| | 1987 | 1986 |
|---|---|---|
| Federal income tax expense (benefit) at statutory rates | $878,948 | $(257,409) |
| Increase (decrease) in expense (benefit) due to: | | |
| State and local income taxes, net of Federal income tax benefit | 36,000 | 25,920 |
| Non-deductible portion of amortization of cost of factoring business acquired | 21,000 | 31,050 |
| Tax exempt interest | (5,322) | (6,900) |
| Investment tax credit | - | (14,100) |
| Other | 15,374 | - |
| Income tax expense (benefit) | $946,000 | $(221,439) |

6) Lease Commitments

Various long-term operating leases have been entered into covering premises and equipment. A summary of minimum future rental obligations under noncancellable operating leases follows:

| Period | |
|---|---|
| 1988 | $ 727,728 |
| 1989 | 681,974 |
| 1990 | 482,555 |
| 1991 | 475,856 |
| 1992 | 475,856 |
| 1993 and thereafter | 73,152 |
| Total | $2,917,121 |

Certain leases on premises provide for rental escalation based on increased real estate taxes and property service costs.

(Continued)

NATWEST COMMERCIAL SERVICES, INC.
(a wholly owned subsidiary of
NatWest Holdings Inc.)

Notes to Consolidated Financial Statements

) Commitments and Contingencies

In the normal course of business, the Company arranges for banks to extend letters of credit in favor of certain factoring clients. Commitments under letters of credit outstanding aggregated approximately $9,280,000 at December 31, 1987. Management does not anticipate any losses as a result of these transactions.

# Appendix 2

## Supplemental Declaration of Roger Walmsley

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 95-758T
(Judge Nancy B. Firestone)

NATIONAL WESTMINSTER BANK PLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# SUPPLEMENTAL DECLARATION OF ROGER WALMSLEY

United Kingdom) ss
)
County of Essex)

7 Grosvenor Gardens
Upminster
Essex,
United Kingdom

I, ROGER WALMSLEY, of 7 Grosvenor Gardens, Upminster, Essex, in accordance with 28 U.S.C. § 1746 (2000), hereby DECLARE as follows:

1. I have previously provided testimony in connection with this litigation in a deposition on January 31, 2005 and February 1, 2005 as well as in a declaration dated April 28, 2005. I submit this supplemental declaration in order to provide information relating to transactions entered into between National Westminster Bank PLC's New York branch and Natwest Commercial Services, Inc., an indirect United States subsidiary of Natwest PLC.

2. I understand that Mr. James Read has proposed an adjustment to Natwest's U.S. branch income by comparing Natwest's overdraft charges on its U.S. dollar clearing accounts with the interest it charged on an account of Natwest Commercial Services, Inc. held at the New York branch. Mr. Read suggests that the interest rate the New York branch charged Natwest Commercial Services, Inc., which was based on the interbank Federal funds rate, should have been set at the Prime Rate plus 1.5%, the rate applied to overdrafts on smaller clearing accounts.

3. I recall that the account of NatWest Commercial Services, Inc. was a revolving loan facility to fund its factoring operations. The facility would have been sanctioned and approved by the NatWest Advances Department of New York. My recollection is consistent with the substantial debit balances reflected on the A220s relating to the NatWest Commercial Services account on which Mr. Read based his adjustment and with a document located by NatWest in the files of NatWest Commercial Services, Inc. See the attached A220s for the NatWest Commercial Services account for certain months during the years at issue and the attached copy of 1986 and 1987 Consolidated Financial Statements for Natwest Commercial Services, Inc. with KPMG Report theron.

4. A line of credit is very different from a clearing account, on which, as I noted in my April 28, 2005 Declaration, overdrafts were generally discouraged. Because the computer system required data to be entered into an interest rate field, all accounts had to have an interest rate allocated to them when opened in the books of New York. Such rate cannot be interpreted when looking

at the computer print-outs as an indicator that the customer had approval to overdraw the account or even that the customer had any knowledge that a rate of interest had been allocated to it.

5. I understand that Mr. Read attempts to impose the overdraft rate from the Prime Rate accounts onto the sanctioned extension of credit to Natwest Commercial Services. Charging the Prime Rate on that extension of credit would not have been commercially feasible. If Natwest PLC had attempted to charge the overdraft rate on a loan like the one to Natwest Commercial Services, Inc., Natwest Commercial Services, Inc. would surely have declined the loan and would have had no trouble opening lines of credit at other banks at rates similar to those actually charged by Natwest.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON AUGUST 15 2005.

Roger Walmsley

# Appendix 3

## Sample A220 Reports of NatWest Commercial Services, Inc.

.J19

NEW YORK A220 INTEREST LADDERS TO 31DEC86 BY 31DEC86 1126

***** 140 USA DOLLAR 00153338 00 NATWEST COMM SER INC NWB/IWB GROUP.

| V/DATE | DEBITS | CREDITS | TRUE BALANCE | DAYS | DEBIT INTEREST | CREDIT INTEREST |
|---|---|---|---|---|---|---|
| 30NOV86 | FED. FUND RATE 6.250000% | | | | | |
| | B/F BALANCE | | 61,179,450.36- | 1 | 10,621.43 | |
| 1DEC86 | FED. FUND RATE 6.250000% | | | | | |
| | 5,435,000.00 | 396,709.31 | 66,217,741.05- | 1 | 11,496.13 | |
| 2DEC86 | FED. FUND RATE 6.625000% | | | | | |
| | 10,000.00 | 981,229.11 | 65,246,511.94- | 1 | 12,007.17 | |
| 3DEC86 | FED. FUND RATE 6.750000% | | | | | |
| | 65,000.00 | 1,391,523.63 | 63,919,988.31- | 1 | 11,984.99 | |
| 4DEC86 | FED. FUND RATE 6.250000% | | | | | |
| | 1,560,000.00 | | 65,479,988.31- | 1 | 11,368.05 | |
| 5DEC86 | FED. FUND RATE 6.000000% | | | | | |
| | | | 65,479,988.31- | 3 | 32,739.99 | |
| 8DEC86 | FED. FUND RATE 5.875000% | | | | | |
| | 500,000.00 | | 65,979,988.31- | 1 | 10,767.56 | |
| 9DEC86 | FED. FUND RATE 5.937500% | | | | | |
| | 225,000.00 | 3,000,000.00 | 63,204,988.31- | 1 | 10,424.43 | |
| 10DEC86 | FED. FUND RATE 5.750000% | | | | | |
| | 5,025,000.00 | | 68,229,988.31- | 1 | 11,057.56 | |
| 11DEC86 | FED. FUND RATE 5.875000% | | | | | |
| | 161,000.00 | 5,000,000.00 | 64,390,988.31- | 1 | 10,508.25 | |
| 12DEC86 | FED. FUND RATE 6.000000% | | | | | |
| | 10,000.00 | 1,150,000.00 | 63,250,988.31- | 3 | 31,625.49 | |
| 13DEC86 | FED. FUND RATE 6.500000% | | | | | |
| | 1,662,000.00 | 280,000.00 | 64,632,988.31- | 1 | 11,669.84 | |
| 16DEC86 | FED. FUND RATE 6.375000% | | | | | |
| | 1,476,089.51 | | 66,109,077.82- | 1 | 11,706.81 | |
| 17DEC86 | FED. FUND RATE 7.625000% | | | | | |
| | | 6,500,000.00 | 59,609,077.82- | 1 | 12,625.53 | |
| 18DEC86 | FED. FUND RATE 6.500000% | | | | | |
| | 2,600,000.00 | | 62,209,077.82- | 1 | 11,232.19 | |
| 19DEC86 | FED. FUND RATE 6.125000% | | | | | |
| | | 1,000,000.00 | 61,209,077.82- | 3 | 31,242.13 | |
| 22DEC86 | FED. FUND RATE 6.250000% | | | | | |
| | 16,870,000.00 | | 78,079,077.82- | 1 | 13,555.39 | |
| 23DEC86 | FED. FUND RATE 6.312500% | | | | | |
| | 10,000.00 | 5,000,000.00 | 73,089,077.82- | 1 | 12,815.96 | |
| 24DEC86 | FED. FUND RATE 6.125000% | | | | | |
| | 180,000.00 | | 73,269,077.82- | 2 | 24,931.83 | |
| 26DEC86 | FED. FUND RATE 6.250000% | | | | | |
| | | 1,600,000.00 | 71,669,077.82- | 3 | 37,327.64 | |
| 29DEC86 | FED. FUND RATE 7.812500% | | | | | |
| | 13,003,974.15 | | 84,673,051.97- | 1 | 18,375.22 | |
| 30DEC86 | FED. FUND RATE 14.000000% | | | | | |
| | 12,000.00 | 230,000.00 | 84,455,051.97- | 1 | 32,843.63 | |
| 31DEC86 | FED. FUND RATE 8.000000% | | | | | |
| | | 9,000,000.00 | 75,455,051.97- | | | |

INT537-001121

.K19

| | | | | | |
|---|---|---|---|---|---|
| | | 1,000,000.00 | 61,269,077.82- | 3 | 31,292.13 |
| 22DEC86 FED. FUND RATE 6.250000% | | | | | |
| | 16,870,000.00 | | 78,079,077.82- | 1 | 13,555.39 |
| 23DEC86 FED. FUND RATE 6.312900% | | | | | |
| | 10,000.00 | 5,000,000.00 | 73,089,077.82- | 1 | 12,815.96 |
| 24DEC86 FED. FUND RATE 6.125000% | | | | | |
| | 180,000.00 | | 73,269,077.82- | 2 | 24,931.83 |
| 26DEC86 FED. FUND RATE 6.250000% | | | | | |
| | | 1,600,000.00 | 71,669,077.82- | 3 | 37,327.64 |
| 29DEC86 FED. FUND RATE 7.812500% | | | | | |
| | 13,003,974.15 | | 84,673,051.97- | 1 | 18,375.22 |
| 30DEC86 FED. FUND RATE 14.000000% | | | | | |
| | 12,000.00 | 230,000.00 | 84,455,051.97- | 1 | 32,843.63 |
| 31DEC86 FED. FUND RATE 8.000000% | | | | | |
| | | 5,000,000.00 | 79,455,051.97- | | |

.K14

NEW YORK A220 INTEREST LADDERS TO 31DEC86 BY 31DEC86 1127

***** 140 USA DOLLAR 00153338 00 NATWEST COMM SER INC NWB/INB GROUP.

| V/DATE | DEBITS | CREDITS | TRUE BALANCE | DAYS | DEBIT INTEREST | CREDIT INTEREST |
|---|---|---|---|---|---|---|

**************************************************

| SUMMARY - | DEBIT | CREDIT | | DEBIT | CREDIT |
|---|---|---|---|---|---|
| AVERAGE BALANCE | 67,389,408 | 0 | INT ADJ PREVIOUS | 0.00 | 0.00 |
| NO OF DAYS | 31 | 0 | INTEREST CURRENT | 382,927.22- | 0.00 |
| HIGHEST DR BAL | 84,673,051 | | COMM RE HIGH D/D | 0.00 | |
| TURNOVER | 49,805,063 | | COMM CODE 1 | 165.00- | |
| NUMBER OF ENTRIES | 55 | | | | |
| NO AUTOMATIC POSTING - R1 | | | NET INT COMM | 383,092.22- | |
| | | | ANC CHARGES | 0.00 | |
| - LADDER REQUESTED- | | | LOCAL TAXES | 0.00 | 0.00 |
| | | | UNPAID INTEREST | | 0.00 |
| | | | TOTALS | 383,092.22- | 0.00 |
| | | | NET CHARGE | 383,092.22- | |

.L14

INT537-001122

NEW YORK A220 INTEREST LADDERS TO 31JUL86 BY 31JUL86 186
***** 140 USA DOLLAR 00153338 00 NATWEST COMM SER INC NWB/IWB GROUP.

| V/DATE | DEBITS | CREDITS | TRUE BALANCE | DAYS | DEBIT INTEREST | CREDIT INTEREST |
|---|---|---|---|---|---|---|
| 30JUN86 | FED. FUND RATE 7.250000% B/F BALANCE | | 59,423,195.82- | 1 | 11,967.17 | |
| 1JUL86 | FED. FUND RATE 6.812500% 1,875,000.00 | | 61,298,195.82- | 1 | 11,599.83 | |
| 2JUL86 | FED. FUND RATE 7.000000% | 2,320,000.00 | 58,978,195.82- | 1 | 11,467.98 | |
| 3JUL86 | FED. FUND RATE 6.812500% 2,540,000.00 | 520,000.00 | 60,998,195.82- | 4 | 46,172.24 | |
| 7JUL86 | FED. FUND RATE 6.875000% 2,500,000.00 | | 63,498,195.82- | 1 | 12,126.39 | |
| 8JUL86 | FED. FUND RATE 6.875000% 1,130,000.00 | 3,000,000.00 | 61,628,195.82- | 1 | 11,769.27 | |
| 9JUL86 | FED. FUND RATE 6.875000% | | 61,628,195.82- | 1 | 11,769.27 | |
| 10JUL86 | FED. FUND RATE 6.875000% | 500,000.00 | 61,128,195.82- | 1 | 11,673.78 | |
| 11JUL86 | FED. FUND RATE 6.437500% 750,000.00 | 170,000.00 | 61,708,195.82- | 3 | 33,103.87 | |
| 14JUL86 | FED. FUND RATE 6.437500% 5,000,000.00 | 400,000.00 | 66,308,195.82- | 1 | 11,857.19 | |
| 15JUL86 | FED. FUND RATE 6.375000% 155,000.00 | 1,400,000.00 | 65,063,195.82- | 1 | 11,521.60 | |
| 16JUL86 | FED. FUND RATE 6.500000% 660,970.28 | 5,000,000.00 | 60,724,166.10- | 1 | 10,964.08 | |
| 17JUL86 | FED. FUND RATE 6.437500% 1,810,000.00 | | 62,534,166.10- | 1 | 11,182.32 | |
| 18JUL86 | FED. FUND RATE 6.375000% 1,000.00 | 3,000,000.00 | 59,535,166.10- | 3 | 31,628.05 | |
| 21JUL86 | FED. FUND RATE 6.375000% 1,260,000.00 | | 60,795,166.10- | 1 | 10,765.81 | |
| 22JUL86 | FED. FUND RATE 6.312500% 378,000.00 | 1,500,000.00 | 59,673,166.10- | 1 | 10,463.52 | |
| 23JUL86 | FED. FUND RATE 6.312500% 1,170,000.00 | 120,000.00 | 60,723,166.10- | 1 | 10,647.63 | |
| 24JUL86 | FED. FUND RATE 6.312500% 4,130,000.00 | | 64,853,166.10- | 1 | 11,371.82 | |
| 25JUL86 | FED. FUND RATE 6.250000% 540,000.00 | 1,000,000.00 | 64,393,166.10- | 3 | 33,538.10 | |
| 28JUL86 | FED. FUND RATE 6.312500% | | 64,393,166.10- | 1 | 11,291.16 | |
| 29JUL86 | FED. FUND RATE 6.250000% 13,974.15 | 3,000,000.00 | 61,407,140.25- | 1 | 10,660.96 | |
| 30JUL86 | FED. FUND RATE 6.187500% 10,000.00 | 1,230,000.00 | 60,187,140.25- | 1 | 10,344.66 | |
| 31JUL86 | FED. FUND RATE 6.250000% 5,931,000.00 | 100,000.00 | 66,018,140.25- | | | |

.G16

NWM 0012045

58-1 CP11 LP16 132 x 64

NEW YORK A220 INTEREST LADDERS TD 31JUL86 BY 31JUL86 187

*****. 140 USA DOLLAR 00153338 00 NATWEST COMM SER INC NWB/IWB GROUP.

| V/DATE | DEBITS | CREDITS | TRUE BALANCE | DAYS | DEBIT INTEREST | CREDIT INTEREST |
|---|---|---|---|---|---|---|

*************************************************

| SUMMARY - | DEBIT | CREDIT | | DEBIT | CREDIT |
|---|---|---|---|---|---|
| AVERAGE BALANCE | 61,778,921 | 0. | INT ADJ PREVIOUS | 0.00 | 0.00 |
| NO OF DAYS | 31 | 0 | INTEREST CURRENT | 347,886.70- | 0.00 |
| HIGHEST DR BAL | 66,308,195 | | COMM RE HIGN O/D | 0.00 | |
| TURNOVER | 29,854,944 | | COMM CODE 1 | 162.00- | |
| NUMBER OF ENTRIES : | 54 | | | | |
| NO AUTOMATIC POSTING - RI | | | NET INT COMM | 348,048.70- | |
| | | | ANC CHARGES | 0.00 | |
| | - LADDER REQUESTED | | LOCAL TAXES | 0.00 | 0.00 |
| | | | UNPAID INTEREST | | 0.00 |
| | | | TOTALS | 348,048.70- | 0.00 |
| | | | NET CHARGE | 348,048.70- | |

.H16

NWM 0012046

SR-1 CP11 LP16 132 X 64

8-132 7 84 10-6

NEW YORK AZZO INTEREST LADDERS TO 31AUG85 8Y 30AUG85 186
***** 140 USA DOLLAR 00153338 00 NATWEST COMM SER INC NWB/IWB GROUP.

| V/DATE | DEBITS | CREDITS | TRUE BALANCE | DAYS | DEBIT INTEREST | CREDIT INTEREST |
|---|---|---|---|---|---|---|
| 31JUL85 | FED. FUND RATE 8.187500% B/F BALANCE | | 22,363,904.38- | 1 | 5,086.23 | |
| 1AUG85 | FED. FUND RATE 8.000000% | 350,000.00 | 22,013,904.38- | 1 | 4,891.97 | |
| 2AUG85 | FED. FUND RATE 7.687500% 1,500,000.00 | | 23,513,904.38- | 3 | 15,063.59 | |
| 5AUG85 | FED. FUND RATE 7.687500% | | 23,513,904.38- | 1 | 5,021.19 | |
| 6AUG85 | FED. FUND RATE 7.625000% 6,000.00 | | 23,519,904.38- | 1 | 4,981.64 | |
| 7AUG85 | FED. FUND RATE 7.687500% | 100,000.00 | 23,419,904.38- | 1 | 5,001.12 | |
| 8AUG85 | FED. FUND RATE 7.562500% 1,007,000.00 | 100,000.00 | 24,326,904.38- | 1 | 5,110.33 | |
| 9AUG85 | FED. FUND RATE 7.500000% 900,000.00 | 200,000.00 | 25,026,904.38- | 3 | 15,641.81 | |
| 12AUG85 | FED. FUND RATE 7.687500% | | 25,026,904.38- | 1 | 5,344.28 | |
| 13AUG85 | FED. FUND RATE 7.875000% 402,906.82 | 500,000.00 | 24,929,811.20- | 1 | 5,453.39 | |
| 14AUG85 | FED. FUND RATE 8.500000% | 1,100,000.00 | 23,829,811.20- | 1 | 5,626.48 | |
| 15AUG85 | FED. FUND RATE 8.500000% | 500,000.00 | 23,329,811.20- | 1 | 5,508.42 | |
| 16AUG85 | FED. FUND RATE 8.500000% 207,000.00 | 1,000,000.00 | 22,536,811.20- | 3 | 15,963.57 | |
| 19AUG85 | FED. FUND RATE 7.812500% | 2,125,000.00 | 20,411,811.20- | 1 | 4,429.64 | |
| 20AUG85 | FED. FUND RATE 7.750000% | 2,000,000.00 | 18,411,811.20- | 1 | 3,963.65 | |
| 21AUG85 | FED. FUND RATE 7.250000% | 914,000.00 | 17,497,811.20- | 1 | 3,523.86 | |
| 22AUG85 | FED. FUND RATE 7.750000% 8,000.00 | 850,000.00 | 16,655,811.20- | 1 | 3,585.62 | |
| 23AUG85 | FED. FUND RATE 7.562500% 103,905.41 | | 16,759,716.61- | 3 | 10,562.11 | |
| 26AUG85 | FED. FUND RATE 7.687500% 183,000.00 | 500,000.00 | 16,442,716.61- | 1 | 3,511.20 | |
| 27AUG85 | FED. FUND RATE 7.687500% 130,000.00 | | 16,572,716.61- | 1 | 3,538.96 | |
| 28AUG85 | FED. FUND RATE 7.687500% | 500,000.00 | 16,072,716.61- | 1 | 3,432.19 | |
| 29AUG85 | FED. FUND RATE 7.562500% | 200,000.00 | 15,872,716.61- | 1 | 3,334.37 | |
| 30AUG85 | FED. FUND RATE 7.562500% 500,000.00 | 150,000.00 | 16,222,716.61- | 1 | 3,407.89 | |

NWM1498

.616

CONFIDENTIAL

NEW YORK A220 INTEREST LADDERS TO 31AUG85 BY 30AUG85 187

***** 140 USA DOLLAR 00153338 00 NATWEST COMM SER INC NWB/IWB GROUP.

| V/DATE | DEBITS | CREDITS | TRUE BALANCE | DAYS | DEBIT INTEREST | CREDIT INTEREST |
|---|---|---|---|---|---|---|

**************************************************************

| SUMMARY - | DEBIT | CREDIT | | DEBIT | CREDIT |
|---|---|---|---|---|---|
| AVERAGE BALANCE | 21,095,083 | 0 | INT ADJ PREVIOUS | 0.00 | 0.00 |
| NO OF DAYS | 31 | 0 | INTEREST CURRENT | 141,983.51- | 0.00 |
| HIGHEST DR BAL | 25,026,904 | | COMM RE HIGH O/D | 0.00 | |
| TURNOVER | 4,947,811 | | COMM CODE 1 | 123.00- | |
| NUMBER OF ENTRIES | 41 | | | | |
| NO AUTOMATIC POSTING - RI | | | NET INT COMM | 142,106.51- | |
| | | | ANC CHARGES | 0.00 | |
| | - LADDER REQUESTED | | LOCAL TAXES | 0.00 | 0.00 |
| | | | UNPAID INTEREST | | 0.00 |
| | | | TOTALS | 142,106.51- | 0.00 |
| | | | NET CHARGE | 142,106.51- | |

NWM1499

.H16

CONFIDENTIAL

8-132 x 84 10-6

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 95-758 T

(Judge Nancy B. Firestone)

NATIONAL WESTMINSTER BANK, PLC,

Plaintiff

v.

THE UNITED STATES,

Defendant

SUPPLEMENTAL DECLARATION OF KEVIN D. BANDOIAN

STATE OF NEW YORK )
)
COUNTY OF NEW YORK )

Kevin D. Bandoian hereby declares:

## I. BACKGROUND

1. I submit this supplemental declaration in connection with Plaintiff's Reply in Further Support of its Motion for Summary Judgment in the above-captioned matter. This supplemental declaration incorporates by reference, and should be read in conjunction with, my previous declaration dated April 30, 2005. All capitalized terms not otherwise defined herein shall have the same meanings as in my previous declaration.

2. For purposes of this supplemental declaration, I and members of my staff, under my supervision and review, have performed the research and analyses described in paragraphs 26 to 43 below. In addition, I have read the following documents: (i) Defendant's Opposition to Plaintiff's Motion for Summary Judgment, dated July 22, 2005; (ii) Defendant's Statement of Genuine Issues, dated July 22, 2005; (iii) Defendant's Motion to Correct an Exhibit to its Opposition to Plaintiff's Motion for Summary Judgment, dated July 22, 2005; (iv) Declaration of A. Lawrence Kolbe, dated July 12, 2005, together with the appendix attached thereto ("Kolbe Declaration"); (v) Declaration of Jeffrey L. Dorfman, dated July 6, 2005; and (vi) Declaration of Barrie Akin, dated July 8, 2005.

3. In connection with this matter, I have previously issued three separate reports, an affidavit and a declaration on behalf of NatWest, as follows: (i) I performed an independent assessment of the accounting matters raised by two of the Defendant's experts in this litigation and issued my report thereon dated January 14, 2002; (ii) I issued an affidavit on May 30, 2002 in connection with Defendant's Motion In Limine Regarding the Admissibility of Consolidated U.S. Branch Balance Sheets dated April 24, 2002, and in response to the accompanying declaration of one of the Defendant's experts; (iii) I and other members of my firm, PricewaterhouseCoopers LLP, under my direction, performed an independent calculation of certain capital loan charges and an analysis of the related interest paid or deducted, or received or included, in NatWest's U.S. federal income tax returns for the U.S. Branches during the Covered Period, pursuant to the Court's Scheduling Order dated July 16, 2004, and issued my report thereon dated October 29, 2004; (iv) I performed an analysis to determine whether the amounts included in NatWest's U.S. federal income tax returns for the U.S. Branches during the Covered Period agreed to the amounts shown in their books and records, and to evaluate the components of those amounts relating to interest income and interest expense, and issued my report thereon dated March 4, 2005; and (v) I issued a declaration on April 30, 2005 in connection with Plaintiff's Motion for Summary Judgment, dated May 5, 2005.

4. I hereby reaffirm the opinions, findings and conclusions contained in my January 14, 2002 report; my May 30, 2002 affidavit; my October 29, 2004 report, as supplemented for certain clarifying additions as of March 4, 2005; my March 4, 2005 report, as revised by Exhibit A to my April 30, 2005 declaration; and my April 30, 2005 declaration as supplemented by this declaration. My opinions are based on my knowledge of generally accepted accounting principles ("GAAP"), my years of experience in providing accounting, auditing and related services to wholesale banks, my experience with similar transactions, and the work I have performed as part of my analysis in this matter.

5. In the course of my work in this matter, I have performed certain procedures as part of my analysis of the pertinent issues. Generally, my work has involved: (1) understanding the issues raised by the Defendant's experts and the bases for their expert opinions; (2) obtaining, inspecting and analyzing various financial information and accounting and business records that support balances and transactions recorded in the books of NatWest's U.S. Branches during the Covered Period; (3) evaluating the accounting for certain transactions by NatWest; (4) performing a hypothetical computation of capital loan interest charges, by branch, by quarter; (5) analyzing the accounting records to determine whether payments associated with capital loan charges were made during the Covered Period; (6) comparing the amounts of capital loan interest charges conceded by NatWest to amounts included in NatWest's U.S. federal income tax returns during the Covered Period; (7) performing an independent assessment of the sources of the amounts of interest income and interest expense included in NatWest's U.S. federal income tax returns for its U.S. Branches during the Covered Period; and (8) forming my independent expert opinions concerning these matters.

6. During the course of my work in this matter, I have obtained, inspected and analyzed many of NatWest's records including, but not limited to, account statements, balance sheets, profit and loss statements, accounting ledgers such as the M070, M262, M066, B118, A220 and A207 reports, back valuation documentation, memoranda and

other internal records. For a description of these records, see pages 5 and 6 of my March 4, 2005 report.

7. My personal qualifications are described in my declaration of April 30, 2005.

## II. RELIABILITY OF BRANCH BOOKS AND RECORDS

8. In his declaration, Dr. Kolbe states that "concerns are certainly warranted for the books and records of NatWest U.S. branches"[1] and, by doing so, attempts to impugn the credibility of the books and records of NatWest's U.S. Branches. In my opinion, those concerns are not warranted.

9. My responses to the specific concerns expressed by Dr. Kolbe are supported by the fundamental accounting concepts that were discussed in my report dated January 14, 2002. The reader may find it useful to review that report in connection with this discussion (attached as Exhibit 55 to Plaintiff's Motion for Summary Judgment, dated May 5, 2005).

10. One of Dr. Kolbe's concerns about NatWest's U.S. Branches' books and records was that "[t]hey were prepared primarily to report internally within a short deadline to the head office in the U.K. Subsequent error checking and reconciliations performed by an office in the U.K. are not available."[2]

11. I understand that, in accordance with applicable banking regulations, each of NatWest's U.S. Branches maintained a separate set of books and records and was subject to regulatory supervision as a branch of a foreign bank. Among other things, those books and records were used to prepare reports to the U.S. state banking regulators and Federal Reserve Banks, to prepare reporting packages for submission to the Head Office for

---

[1] Kolbe Declaration, par. 5.
[2] Kolbe Declaration, par. 5 (footnote reference omitted).

management purposes and for use in preparing NatWest's consolidated financial statements for external reporting purposes, to prepare internal management reports, and to file U.S. federal and state income tax returns. Reports for each U.S. Branch were transmitted to NatWest's Head Office in London where all reconciliations required to arrive at the final consolidated financial statements were performed. I have been informed that the consolidation schedules and related working papers from 1981 to 1987 that were maintained in London could not be located.

12. Balance sheets and profit and loss statements (the same forms used by NatWest for all overseas branches) were contemporaneously prepared during the Covered Period for the purpose of reporting to the Head Office for its use in monitoring the activities of the U.S. Branches and for preparing consolidated financial statements for external reporting purposes. Based on my experience, this is a standard practice for an affiliate or division reporting to its parent. Additionally, many large companies require all of their affiliates and divisions to report to the parent almost immediately after year-end, commonly referred to as a "quick close." In my experience, financial statements of most, if not all, large corporations are prepared under a "quick close" because of the need to timely report financial information to stockholders, regulators, and other users of the financial statements. In fact, timeliness is a fundamental concept within GAAP.[3] The "quick close" nature of those reports is not evidence of any inaccuracy or unreliability.

13. I have been informed that the accounting department at the Head Office performed the analysis and consolidation of the branch financial reporting packages into NatWest's consolidated financial statements. I understand that the record in this matter

[3] Financial Accounting Standards Board Statement of Financial Accounting Concepts No. 2, *Qualitative Characteristics of Accounting Information*, par. 56, states, "If information is not available when it is needed or becomes available only so long after the reported events that it has no value for future action, it lacks relevance and is of little or no use. Timeliness in the present context means having information available to decision makers before it loses its capacity to influence decisions. Timeliness alone cannot make information relevant, but a lack of timeliness can rob information of relevance it might otherwise have had." This is not to imply that accuracy in reporting should be subordinated to timeliness. Under GAAP, errors found after a close (i.e., in a subsequent period), whether a "quick close" or not, are, unless material, recorded in the period in which they are identified.

describes the consolidation process and that if corrections were necessary, those corrections would have been communicated back to the branches.[4] I also have observed in the records, which were available to Defendant, that the U.S. Branches also performed their own on-going monitoring of their accounts (such as back valuations) and posted the necessary adjustments to their books and records.

14. Dr. Kolbe also suggests that one should be concerned about the books and records of the U.S. Branches because:

> *Salaries and other operating expenses of the Grand Cayman, IBF and Nassau branches are not recorded on their books but instead are recorded on the books of the New York branch.*[5]

15. This concern is misplaced. The absence of salaries and other operating expenses on the books of the Grand Cayman, Nassau and IBF branches was expected as those branches had no employees and were not branches in the physical sense of the word. The New York branch and its personnel managed and controlled the operations of Grand Cayman, Nassau and IBF. As such, any expenses for operating those branches were appropriately accounted for on the New York branch's books and not double counted on another branch's set of books and records. In any event, this had no impact on the aggregate expenses of NatWest's U.S. Branches since they were reported on a consolidated (combined) basis in NatWest's U.S. federal income tax returns.

16. Two other reasons Dr. Kolbe suggests that one should be concerned about the books and records of NatWest's U.S. Branches are: (i) "[e]ven the original 'PWC Report' acknowledges 'unexplained adjustments' to NatWest's U.S. branches' books, amounts that continue to be unexplained in the subsequent report by Mr. Bandoian" and (ii) "[t]he books are records are not complete, and some of those that do exist are illegible."[6]

---

[4] *See* Deposition of Harrylall Samaroo, dated January 23, 2002, at pp. 80-82.
[5] Kolbe Declaration, par. 5.
[6] Kolbe Declaration, par. 5 (footnote references omitted).

17. Dr. Kolbe is correct that I have noted certain adjustments that as yet remain unexplained. I should first note that I am impressed at the relative completeness of the records available. In many instances, although a document may not have been located, the books and records were such that the information was usually obtainable via another source within the records. I have considered the unexplained adjustments in the formulation of my opinions.

18. Dr. Kolbe does not specify which adjustments he is referring to when he states "[t]he calculations of Exhibit 6 in the [March 4, 2005] Bandoian Report, 'Interest Income Breakdown' and 'Interest Expense Breakdown,' contain adjustments to the intra-branch income and expense, not all of which are explained."[7] I believe all reconciling items have been referenced and explained.

19. During the course of my involvement in this matter, since December 2001, I have performed several analyses that assess the reliability of NatWest's U.S. Branches' books and records. Explanations of the procedures performed and the results of those analyses have been included in my previous reports and filings in this matter. Each of those analyses has further supported my views concerning NatWest's records. The analyses performed have included the following:

- Rollforward of retained profits, included in my January 14, 2002 report;
- Assessment and response to issues raised by Defendant's expert(s), included in my January 14, 2002 report;
- Determination of actual capital loan charges, calculation of hypothetical capital loan charges, and interest expense analysis, all as included in my October 29, 2004 report;
- Comparison of the U.S. Branches' federal income tax returns to the books and records, as described in my March 4, 2005 report; and
- Detailed analysis of the components of interest income and interest expense for NatWest's U.S. Branches, as described in my March 4, 2005 report.

[7] Kolbe Declaration, par. 5.

20. As I have indicated in the past, based on my experience, NatWest's records and record keeping practices were consistent, and in fact compared favorably, with the types of records maintained and practices followed by other wholesale banks during the Covered Period.

**III. CAPITAL ACCOUNTS**

21. In his declaration, Dr. Kolbe makes numerous allegations concerning the capital of the U.S. Branches and, by doing so, mischaracterizes the nature of the accounts of NatWest's U.S. Branches.

22. Dr. Kolbe alleges that "[i]t should be accepted as a matter of uncontroverted fact that NatWest's U.S. branches had no allotted capital on their books. The branches' balance sheets show only liabilities and assets."[8] In making these statements, it is obvious that Dr. Kolbe has ignored the record in this litigation. Similar allegations concerning the U.S. Branches' capital were previously raised by Defendant's other experts (Drs. John M. Lacey and John J. Mingo) and rebutted by me in my report of January 14, 2002.

23. Dr. Kolbe ignores the capital accounts that the U.S. Branches actually maintained (e.g., Balance Due to Head Office re: Capital Loans, Balance Due to Head Office re: Fixed Assets, and Retained Profits or Accumulated Losses (both including Profit and Loss)). Dr. Kolbe suggests that such accounts were liabilities instead of capital because the U.S. Branches' individual "balance sheets show only liabilities and assets."[9] Dr. Kolbe is presumably referring to the fact that the Certified Balance Sheets, preprinted Head-Office-designed internal reporting forms, were divided into two sections, assets and liabilities, and that the capital accounts appeared in the liabilities section. Dr. Kolbe is aware that capital accounts always appear in the liabilities side of the balance sheet since

[8] Kolbe Declaration, par. 16.

[9] Ibid.

he quotes from "one standard text" to that effect, which states, "[t]he final category on the liabilities side of the balance sheet is bank capital…."[10] Just because the U.S. Branches' capital accounts are included in the liability section in the internal forms, and there is no separate capital heading segregating those accounts from the liability accounts, does not change the nature of those accounts. Separately, as noted in my January 14, 2002 report (at p. 19), Defendant's other expert, Dr. Mingo, expressed his concurrence with NatWest's treatment of bad debt reserves as capital.

24. Similarly, the Defendant in its Opposition to Plaintiff's Motion for Summary Judgment states that the U.S. Branches' balance sheets "do not identify any amount as capital. On the handwritten balance sheets, all line items are identified as either 'Assets,' or 'Liabilities.' Each line item is identified by a three-letter code, beginning either with an 'L,' identifying the line item as a liability, or an 'A,' identifying it as an asset. There are no three-letter codes for capital."[11]

25. It is common for companies to use account or line references or both that are comprised of either numbers or letters or both, as part of their accounting system. The points made by both Defendant[12] and Dr. Kolbe are entirely irrelevant. The fact that NatWest used a coding system that labeled accounts on the asset (or debit) side as "A" and accounts on the liability (or credit) side as "L" is a product of the internal reporting template used by NatWest and does not obscure the true nature of the capital accounts, such as the account for retained profits (assigned line reference "LZC").

## IV. FIXED ASSETS AND RELATED DEPRECIATION

26. In his declaration, Dr. Kolbe states that:

> *[a]t or soon after the end of 1985, fixed assets on the books of the Chicago and San Francisco branches appear to have been transferred to the New York branch, but I have been unable to discover any evidence on NatWest's branch books and records of any remuneration received by Chicago and San Francisco in exchange*

[10] Kolbe Declaration, par. 29.
[11] Defendant's Opposition to Plaintiff's Motion for Summary Judgment, dated July 22, 2005, p. 15.
[12] Ibid.

*for this transfer of assets. Moreover, Chicago and San Francisco continued to charge depreciation expense, apparently against those same assets, on their income statements even after the assets were supposedly transferred away.*[13]

27. Dr. Kolbe included the following footnote reference to his statement set forth in paragraph 27 above:

> *[t]he NWB Group Accounting Manual as of January 1, 1993 states, 'Where freehold, long leasehold and short leasehold properties are transferred between one Group company and another the transfer should take place at a valuation agreed between the two parties on an arm's length basis' (p. 119, DR503-000362). I have not been able to verify that this policy, if it existed during the dispute period, was followed for the apparent transfer of fixed assets among NatWest's U.S. branches.*[14]

This reference to the NWB Group Accounting Manual is misplaced because none of the U.S. Branches are considered Group companies by NatWest.

28. My analysis demonstrates, however, that the fixed assets of the Chicago and San Francisco branches were transferred to the New York branch on December 23, 1985 and that there was remuneration for these asset transfers. The ledger entries reflecting the transfer of assets from the Chicago and San Francisco branches to the New York branch clearly identify the remuneration that Dr. Kolbe asserts he could not discover.

29. The books and records of the Chicago and San Francisco branches just prior to the date of the transfer reflect the following asset balances:[15]

| | **Chicago** | **San Francisco** |
|---|---|---|
| Fixed Assets – Cost Basis | $4,118,720.30 | $1,858,188.13 |
| Accumulated Depreciation | (1,519,793.77) | (548,975.48) |
| Fixed Assets – Net Book Value | $2,598,926.53 | $1,309,212.65 |

[13] Kolbe Declaration, par. 5 (footnote references omitted).
[14] Kolbe Declaration, fn. 8.
[15] December 16, 1985 NWB RET 9 report for the Chicago branch and the unsigned (uncertified) December 31, 1985 NWB RET 9 report for the San Francisco branch. The amounts on the RET 9s reflect the balance of fixed assets before the transfer to the New York branch on December 23, 1985; however, the date reflected on the San Francisco RET 9 is December 31, 1985 (post-transfer). This unsigned copy is most likely a draft prepared prior to the transfer of assets. The RET 9s are annual summaries of the premises and equipment (fixed assets) accounts.

30. On the date of the transfer, the books of the relevant branches include entries made to reflect the transfer of the net book value of fixed assets to the New York branch and the related remuneration (see **Exhibit A** for the detailed entries recorded in Chicago and New York).[16] The entries made by Chicago and San Francisco to record the asset transfers can be summarized as follows:

| | | Chicago | San Francisco |
|---|---|---|---|
| Debit | Accumulated Depreciation | $ 1,519,793.77 | $ 548,975.48 |
| Debit | Cash at NWB New York | 2,598,926.53 | 1,309,212.65 |
| Credit | Fixed Assets | (4,118,720.30) | (1,858,188.13) |

31. On the date of the transfer, the books of the New York branch include entries made to reflect the transfer of the net book value of assets from Chicago and San Francisco and the related remuneration (see **Exhibit A**).[17] The entries made by New York to record the asset transfers can be summarized as follows:

| | | Chicago | San Francisco |
|---|---|---|---|
| Debit | Fixed Assets | $ 4,118,720.30 | $ 1,858,188.13 |
| Credit | Accumulated Depreciation | (1,519,793.77) | (548,975.48) |
| Credit | Current Account | (2,598,926.53) | (1,309,212.65) |

32. Chicago and San Francisco's *Cash at NWB New York* accounts are asset accounts on their books, representing cash balances maintained at the New York branch. That is, Chicago and San Francisco were depositors of the New York branch. The *Current Accounts* for Chicago and San Francisco are liability accounts on the New York branch's books, representing balances owed by the New York branch to Chicago and San Francisco. The remuneration for the asset transfers flowed through these accounts.

33. Dr. Kolbe is correct that Chicago and San Francisco continued to record depreciation expense even after the transfer of assets to New York. What Dr. Kolbe fails to explain, however, is the mechanics of the accounting for these assets and the related

[16] December 23, 1985 A207, Non-Dealing Transactions report. The December 23, 1985 A207 for the San Francisco branch was unavailable. The information listed for San Francisco is based on information obtained from the New York branch's December 23, 1985 A207 report and San Francisco's December 16, 1985 NWB RET 9.
[17] December 23, 1985 A207 report for the New York branch.

depreciation expense subsequent to the transfer to the New York branch. As discussed below, the post-transfer accounting methodology does not result in double counting of depreciation expense.

34. The Chicago and San Francisco branches continued to record depreciation expense on a quarterly basis (see **Exhibit B** for an example of the post-transfer entries made by the Chicago branch in 1986), as follows:

| | |
|---|---|
| Debit | Depreciation Expense |
| Credit | Cash at NWB New York |

35. The New York branch continued to record depreciation expense related to the New York fixed assets (i.e., those assets not related to the transfer from Chicago and San Francisco) on a quarterly basis. Post-transfer, the New York branch also adjusted the accumulated depreciation account balance for the depreciation expense reflected on the books of the Chicago and San Francisco branches. As an example, the entry on New York's books for the first quarter of 1986 can be summarized as follows:

| | | | |
|---|---|---|---|
| Debit | Depreciation Expense – New York | $605,639.85 | |
| Debit | Current Account – Chicago | 85,306.41 | |
| Debit | Current Account – San Francisco | 11,491.74 | |
| Credit | Accumulated Depreciation | | ($702,438.00) |

(See **Exhibit C** for detail of the first quarter 1986 entry recorded by the New York branch.)

36. The entries recorded on Chicago, San Francisco and New York's books appropriately reflect depreciation expense and the transfer of the net book value of assets.

## V. CASH FLOWS

37. Dr. Kolbe is of the opinion that the cash flow analysis that I performed and included in my declaration of April 30, 2005 "contains a material and clear error" because "it does not acknowledge that Chicago actually had 'accumulated losses' (i.e., negative retained profits) of $4.0 million at the end of 1980."[18]

38. I have been asked by counsel to perform another analysis of the U.S. Branches' estimated cash flows, excluding cash flows from ordinary course borrowings, that would have been available for the purchase of fixed assets during the Covered Period, incorporating the $4.0 million accumulated loss for Chicago as of December 31, 1980 (see **Exhibit D** attached hereto).

39. I disagree with Dr. Kolbe's characterization of the omission as a "material and clear error" because the analysis shown in **Exhibit D** does not change the overall result for any year during the Covered Period (i.e., it does not change a previously reported cumulative excess in any one year to a cumulative deficiency) for Chicago or the U.S. Branches (in aggregate), as shown in **Exhibit E**. As such, I reaffirm my conclusion that the U.S. Branches in the aggregate had sufficient cash flow (exclusive of cash flows from ordinary course borrowings) to fund their purchases of fixed assets during the Covered Period. Additionally, if the U.S. Branches are evaluated by physical location (i.e., New York Operations, Chicago and San Francisco), there was cumulative excess estimated cash flows for each of these separate locations for all years except Chicago in 1981 and 1982 and the New York Operations in 1987.

40. As shown in detail in **Exhibit E**, the following summarizes the cumulative excess (deficiency) of estimated cash flows, excluding cash flows from ordinary course borrowings, available for the purchase of fixed assets during the Covered Period for the U.S. Branches in the aggregate and for the New York Operations and Chicago and San Francisco branches (in thousands):

---

[18] Kolbe Declaration, par. 46.

| Cumulative excess (deficiency) of estimated cash flows | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 |
|---|---|---|---|---|---|---|---|
| U.S. Branches | $11,314 | $15,862 | $34,132 | $29,886 | $53,970 | $59,341 | $15,545 |
| New York Operations | $12,564 | $17,491 | $26,012 | $19,185 | $39,618 | $41,155 | ($8,840) |
| Chicago | ($5,679) | ($8,171) | $1,155 | $3,280 | $5,804 | $9,911 | $14,381 |
| San Francisco | $4,429 | $6,541 | $6,965 | $7,422 | $8,547 | $8,275 | $10,004 |

41. As the table in paragraph 40 above shows, my analysis confirms that the U.S. Branches in the aggregate had sufficient cash flow (exclusive of cash flows from ordinary course borrowings) to fund their purchases of fixed assets during the Covered Period. Additionally, if the U.S. Branches are evaluated separately (i.e., New York Operations, Chicago and San Francisco), there was cumulative excess estimated cash flow for each of these separate locations for all years except Chicago in 1981 and 1982 and the New York Operations in 1987.

42. With respect to the New York Operations, the deficiency of estimated cash flows in 1987 was a result of a reserve for specific bad debts for IBF posted on December 31, 1987 in the amount of $16,322,174 relating to "new sovereign risk" (see **Exhibit F** attached hereto). But for this book entry on the last day of the year, there would have been a cumulative excess of estimated cash flows of $7,482,440, rather than the cumulative deficiency at the end of 1987. In any event, all of the fixed asset purchases in 1987 occurred prior to the recording of this specific bad debt reserve amount on December 31, 1987 (see **Exhibit G** attached hereto). Thus, there was sufficient cash flow in the New York Operations in 1987 to fund its purchases of fixed assets.

43. With respect to Chicago, there was a cumulative deficiency of estimated cash flows in 1981 and 1982. In my October 29, 2004 report, as supplemented, I determined that the entire $1,153,365 of interest expense incurred in 1981 by the Chicago branch on transactions with the Head Office was related to specific short-term money market transactions, all of which matured in 1981 (see M070 reports attached as **Exhibit H** hereto). There was no other interest related to the Head Office in 1981. In 1982, there

was no interest incurred or paid by the Chicago branch related to transactions with the Head Office as shown in my October 29, 2004 report.

I declare that the statements contained herein are true to the best of my knowledge and belief.

Executed in New York, New York on this 18th day of August, 2005.

Kevin D. Bandoian

# Exhibits to Supplemental Declaration of Kevin D. Bandoian, dated August 18, 2005

| | |
|---|---|
| Exhibit A | Fixed Asset Transfer Entries Recorded on December 23, 1985 |
| Exhibit B | Relevant Depreciation Expense Entries Recorded – 1986 |
| Exhibit C | New York Depreciation Related Entry – March 27, 1986 |
| Exhibit D | Cumulative Excess (Deficiency) of Estimated Cash Flows – 1980 |
| Exhibit E | Estimated Cash Flow Available for Fixed Asset Purchases, Excluding Cash Flow from Ordinary Course Borrowings – 1981 to 1987 |
| Exhibit F | Excerpt of IBF's December 31, 1987 A207, Non-Dealing Transactions Report |
| Exhibit G | New York Fixed Asset Balances – Year End 1987 |
| Exhibit H | Interest Paid to Head Office – Chicago 1981 |

**Exhibit A**

# Fixed Asset Transfer Entries Recorded on December 23, 1985

**Fixed Asset Transfer Entries Recorded on December 23, 1985**
**in U.S.$**

| Account | Chicago Dr. | Chicago Cr. | New York Dr. | New York Cr. |
|---|---|---|---|---|
| **CHICAGO** | | | | |
| 89006801 - Fixed Assets Re Bank Car | | (23,701.51) | | |
| 89008502 - F/A Freehold Premises SA | | (954,185.55) | | |
| 89008618 - F/A Re F/F Office | | (396,575.51) | | |
| 89008707 - F/A Re F/F S/A | | (260,389.86) | | |
| 89008804 - F/A Re Office Equip | | (157,828.32) | | |
| 89008901 - F/A HRO Re Bank Cars | | (49,111.77) | | |
| 89008928 - F/A Hro Freehold Prem | | (371,285.47) | | |
| 89008936 - F/A HRO F/F Office | | (156,560.44) | | |
| 89008944 - F/A HRO F/F S/A | | (102,593.38) | | |
| 89008952 - F/A HRO Office Equip | | (60,128.95) | | |
| 89008960 - F/A HRO Leasehold Improv | | (191,944.12) | | |
| 89008979 - F/A HRO Mech Equip S/A | | (15,343.18) | | |
| 89009002 - F/A Dallas Bank Car | | (11,905.32) | | |
| 89009010 - F/A Dallas Freehold Prem | | (188,315.00) | | |
| 89009029 - F/A Dallas F&F Office | | (83,841.07) | | |
| 89009037 - F/A Dallas F&F Staff | | (60,957.43) | | |
| 89009045 - F/A Dallas Leasehold | | (111,145.88) | | |
| 89009053 - F/F Dallas RE Mech Equip | | (12,163.01) | | |
| 89009061 - F/F Dallas Office Equip | | (43,862.35) | | |
| 89009606 - Leasehold Improvements | | (731,467.05) | | |
| 89009800 - F/A Mech Equip S/A | | (135,415.13) | | |
| 89010108 - Res Dep F/F | 652,675.33 | | | |
| 89010124 - Res Dep Comp/Other Equip | 142,148.60 | | | |
| 89010132 - Res Dep Refeehold Prem | 194,757.53 | | | |
| 89010140 - Res Dep Leashold Imps | 530,212.31 | | | |
| 89001222 - Cash at NWB New York | 2,598,926.53 | | | |
| | 4,118,720.30 | (4,118,720.30) | | |
| 89008502 - Freehold Premises | | | 1,513,786.02 | |
| 89009606 - Leasehold Improvements | | | 1,034,557.05 | |
| 89008618 - Furniture & Fixtures Office | | | 1,223,839.01 | |
| 89007905 - Computer & Other Equipment | | | 346,538.22 | |
| 89010124 - Computer & Other Equipment Reserve for Depreciation | | | | (142,148.60) |
| 89010132 - Freehold Premises Reserve for Depreciation | | | | (194,757.53) |
| 89010140 - Leasehold Improvements Reserve for Depreciation | | | | (530,212.31) |
| 89010167 - Furniture & Fittings Office Reserve for Depreciation | | | | (652,675.33) |
| 00151009 - Chicago Branch Current Account | | | | (2,598,926.53) |
| | | | 4,118,720.30 | (4,118,720.30) |
| **SAN FRANCISCO** | | | | |
| 89008502 - Freehold Premises | | | 1,023,689.19 | |
| 89009606 - Leasehold Improvements | | | 264,713.43 | |
| 89008618 - Furniture & Fixtures Office | | | 392,516.78 | |
| 89007905 - Computer & Other Equipment | | | 177,268.73 | |
| 89010132 - Freehold Premises Reserve for Depreciation | | | | (92,785.44) |
| 89010140 - Leasehold Improvements Reserve for Depreciation | | | | (136,837.36) |
| 89010167 - Furniture & Fittings Office Reserve for Depreciation | | | | (236,682.64) |
| 89010124 - Computer & Other Equipment Reserve for Depreciation | | | | (82,670.04) |
| 00151904 - Current Account - San Fran | | | | (1,309,212.65) |
| | | | 1,858,188.13 | (1,858,188.13) |

**Notes:**

1. Top portion of the schedule above shows the transfer of assets from Chicago to New York, and the respective entries used to record that transfer on the books of Chicago and New York.
2. Bottom portion of the schedule above shows the transfer of assets from San Francisco to New York, as recorded in New York's books. The San Francisco records of the entries reflecting the transfer to New York could not be located.

**Sources:**

Chicago A207, Non-Dealing Transactions report (attached hereto).
New York A207, Non-Dealing Transactions report (attached hereto).

CHICAGO BCH A207 NON-DEALING TRANSACTIONS 3Y 23DEC85 2

***** US DOLLAR 140

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| 539.19 DR | | | 089001605 | 000000000 | STARNET NOV | 23DEC85 | 100109 |
| 655.80 DR | | | 089001818 | 000000000 | ILL BELL | 23DEC85 | 100204 |
| 657.55 DR | | | 089000900 | 000024372 | CHECK | 23DEC85 | 100303 |
| 670.00 CR | | | 000513709 | 000000000 | TSF TO LOAN A/C | 23DEC85 | 100103 |
| 670.00 DR | | | 000513725 | 000000000 | FEDS ON DEMAND | 20DEC85 | 100104 |
| 695.70 DR | | | 089000900 | 000024351 | CHECK | 23DEC85 | 100305 |
| 735.00 CR | | | 089007409 | 000000000 | CTG 231255621 | 23DEC85 | 100708 |
| 750.00 DR | | | 000501530 | 000000000 | CTG 231255621 | 23DEC85 | 100709 |
| 775.51 DR | | | 089000900 | 000024367 | CHECK | 23DEC85 | 100315 |
| 844.67 DR | | | 000501530 | 000000000 | CTG 201252258 | 23DEC85 | 100706 |
| 844.67 CR | | | 089007409 | 000000000 | CTG 201252258 | 23DEC85 | 100802 |
| 853.29 CR | | | 089070526 | 000000000 | BISSELL | 23DEC85 | 100611 |
| 895.76 DR | | | 089000900 | 000024326 | CHECK | 23DEC85 | 100313 |
| 1,058.75 CR | | | 089000900 | 000024389 | | 23DEC85 | 100115 |
| 1,058.75 DR | | | 089013816 | 000000000 | 3200 LSD RENT | 23DEC85 | 100114 |
| 1,311.63 DR | | | 089015800 | 000000000 | ILL BELL | 23DEC85 | 100205 |
| 1,435.15 DR | | | 089001818 | 000000000 | STARNET NOV | 23DEC85 | 100111 |
| 1,457.00 DR | | | 089000900 | 000024386 | CHECK | 23DEC85 | 100311 |
| 2,071.00 CR | | | 089000900 | 000024395 | | 23DEC85 | 100113 |
| 2,852.01 CR | | | 089070402 | 000000000 | CHECKS CASHED | 23DEC85 | 100212 |
| 2,887.00 DR | | | 089000900 | 000024376 | CHECK | 23DEC85 | 100310 |
| 3,512.50 DR | | | 000501530 | 000000000 | CTG 201255007 | 23DEC85 | 100714 |
| 3,512.50 CR | | | 089007409 | 000000000 | CTG 201255007 | 23DEC85 | 100715 |
| 3,881.26 CR | | | 089011821 | 000000000 | CONTROL DATA | 23DEC85 | 100211 |
| 4,590.64 DR | | | 089001605 | 000000000 | ILL BELL | 23DEC85 | 100110 |
| 6,558.07 CR | | | 089000900 | 000024385 | | 23DEC85 | 100203 |
| 10,000.00 CR | | | 089015703 | 000000000 | TAX OVEREXPENSE | 23DEC85 | 100818 |
| 10,386.06 CR | | | 089070100 | 000000000 | GENERATED L/E | 23DEC85 | 950000 |
| 11,409.05 DR | | | 000504408 | 000000000 | TSFR TO REP DALLAS | 23DEC85 | 100807 |
| 11,409.05 CR | | | 089007409 | 000000000 | BELMONT | 23DEC85 | 100810 |
| 11,905.32 CR | | | 089009002 | 000000000 | CLOSE A/C | 23DEC85 | 100415 |
| 12,163.01 CR | | | 089009053 | 000000000 | CLOSE A/C | 23DEC85 | 100502 |
| 15,000.00 DR | | | 000504408 | 000000000 | TSFR TO HARRIS | 23DEC85 | 100803 |
| 15,000.00 CR | | | 089007409 | 000000000 | BELMONT | 23DEC85 | 100814 |
| 15,343.18 CR | | | 089008979 | 000000000 | CLOSE A/C | 23DEC85 | 100414 |
| 16,890.00 DR | | | 089013204 | 000000000 | 1985 PENSION EXP | 23DEC85 | 101110 |
| 17,160.33 DR | | | 089007409 | 000000000 | CHECKS PAID IN | 23DEC85 | 100214 |
| 23,701.51 CR | | | 089006801 | 000000000 | CLOSE A/C | 23DEC85 | 100403 |
| 25,000.00 CR | | | 000522104 | 000000000 | B/O HILL SAMUEL | 19DEC85 | 100316 |
| 25,000.00 DR | | | 089006607 | 000000000 | INTERLITE | 23DEC85 | 100304 |
| 25,965.79 DR | | | 000504408 | 000000000 | TSFR TO HARRIS | 23DEC85 | 100805 |
| 25,965.79 CR | | | 089007409 | 000000000 | BELMONT | 23DEC85 | 100812 |
| 42,179.00 DR | | | 089001605 | 000000000 | PENSION EXPENSE | 23DEC85 | 101109 |
| 43,862.35 CR | | | 089009061 | 000000000 | CLOSE A/C | 23DEC85 | 100503 |
| 46,291.28 DR | | | 089000900 | 000024379 | CHECK | 23DEC85 | 100308 |
| 49,111.77 CR | | | 089008981 | 000000000 | CLOSE A/C | 23DEC85 | 100408 |
| 54,539.96 CR | | | 089007409 | 000000000 | CLEARING | 23DEC85 | 100302 |
| 56,640.00 DR | | | 000501530 | 000000000 | CTG 201251409 | 23DEC85 | 100711 |
| 56,640.00 CR | | | 089007409 | 000000000 | CTG 201251409 | 23DEC85 | 100712 |
| 59,069.00 CR | | | 089001222 | 000000000 | PENSION | 23DEC85 | 101108 |
| 60,128.95 CR | | | 089008952 | 000000000 | CLOSE A/C | 23DEC85 | 100412 |
| 60,957.43 CR | | | 089009037 | 000000000 | CLOSE A/C | 23DEC85 | 100418 |

PwC-NWB 0000911

.C12

8-132 X 64 10-6

CHICAGO BCH A207 NON-DEALING TRANSACTIONS 3Y 23DEC85 3

***** US DOLLAR 140

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| 83,841.07 CR | | | 089009029 | 000000000 | CLOSE A/C | 23DEC85 | 100417 |
| 84,056.70 DR | | | 000501530 | 000000000 | CTG 201251690 | 23DEC85 | 100717 |
| 84,056.70 CR | | | 089007409 | 000000000 | CTG 201251690 | 23DEC85 | 100718 |
| 102,593.38 CR | | | 089008944 | 000000000 | CLOSE A/C | 23DEC85 | 100411 |
| 103,124.97 DR | | | 000504408 | 000000000 | TSFR TO AMER NB | 23DEC85 | 100806 |
| 103,124.97 CR | | | 089007409 | 000000000 | BELMONT | 23DEC85 | 100811 |
| 111,145.88 CR | | | 089009045 | 000000000 | CLOSE A/C | 23DEC85 | 100501 |
| 127,989.76 CR | | | 089000900 | 000024403 | | 23DEC85 | 100615 |
| 127,989.76 DR | | | 089070100 | 000000000 | GENERATED L/E | 23DEC85 | 950000 |
| 135,415.13 CR | | | 089009800 | 000000000 | CLOSE A/C | 23DEC85 | 100505 |
| 142,148.60 DR | | | 089010124 | 000000000 | CLOSE A/C | 23DEC85 | 100507 |
| 150,357.00 CR | | | 000501530 | 000000000 | EXTRA $ AT NY | 23DEC85 | 100106 |
| 150,357.00 DR | | | 089001222 | 000000000 | LDN EXTRA MONIES | 23DEC85 | 100105 |
| 156,560.44 CR | | | 089008936 | 000000000 | CLOSE A/C | 23DEC85 | 100410 |
| 157,828.32 CR | | | 089008804 | 000000000 | CLOSE A/C | 23DEC85 | 100407 |
| 188,315.00 CR | | | 089009010 | 000000000 | CLOSE A/C | 23DEC85 | 100416 |
| 191,944.12 CR | | | 089008960 | 000000000 | CLOSE A/C | 23DEC85 | 100413 |
| 194,000.00 DR | | | 089001222 | 000000000 | TSFR FROM NY | 23DEC85 | 100701 |
| 194,000.00 CR | | | 089007409 | 000000000 | TSFR TO NY | 23DEC85 | 100702 |
| 194,757.53 DR | | | 089010132 | 000000000 | CLOSE A/C | 23DEC85 | 100508 |
| 199,487.00 DR | | | 000504408 | 000000000 | TSFR TO CONT | 23DEC85 | 100804 |
| 199,487.00 CR | | | 089007409 | 000000000 | BELMONT | 23DEC85 | 100813 |
| 200,000.00 CR | | | 089001265 | 000000000 | BISSELL | 23DEC85 | 100612 |
| 200,853.29 DR | | | 089007409 | 000000000 | BISSELL | 23DEC85 | 100613 |
| 260,389.86 CR | | | 089008707 | 000000000 | CLOSE A/C | 23DEC85 | 100406 |
| 354,986.81 CR | | | 000504408 | 000000000 | TSFR FROM DEPOSIT | 23DEC85 | 100808 |
| 354,986.81 DR | | | 089007409 | 000000000 | BELMONT | 23DEC85 | 100809 |
| 360,482.00 DR | | | 089008200 | 000000000 | WHEELS | 23DEC85 | 100108 |
| 360,482.00 CR | | | 089009703 | 000000000 | WHEELS | 23DEC85 | 100107 |
| 371,285.47 CR | | | 089008928 | 000000000 | CLOSE A/C | 23DEC85 | 100409 |
| 379,377.25 DR | | | 000527327 | 000000000 | TSFR FROM LIBOR | 23DEC85 | 100616 |
| 379,377.25 CR | | | 089001265 | 000000000 | MCMORAN | 23DEC85 | 100617 |
| 396,575.51 CR | | | 089008618 | 000000000 | CLOSE A/C | 23DEC85 | 100405 |
| 420,977.00 CR | | | 000501530 | 000000000 | TT 2633 DRG | 23DEC85 | 101105 |
| 421,007.00 DR | | | 089007409 | 000000000 | TT 2633 DRG | 23DEC85 | 101103 |
| 428,924.00 CR | | | 089008200 | 000000000 | L/C 156 BURROUGHS | 23DEC85 | 101107 |
| 428,924.00 DR | | | 089009703 | 000000000 | L/C 156 BURROUGHS | 23DEC85 | 101106 |
| 500,357.00 DR | | | 000501530 | 000000000 | TSFFR TO NY | 23DEC85 | 100301 |
| 500,357.00 CR | | | 089007409 | 000000000 | TSFR TO NY FOR LDN | 23DEC85 | 100317 |
| 530,212.31 DR | | | 089010140 | 000000000 | CLOSE A/C | 23DEC85 | 100509 |
| 652,675.33 DR | | | 089010108 | 000000000 | CLOSE A/C | 23DEC85 | 100506 |
| 731,467.05 CR | | | 089009606 | 000000000 | CLOSE A/C | 23DEC85 | 101002 |
| 785,313.94 CR | | | 089010205 | 000000000 | 1985 EXPENSE | 23DEC85 | 100815 |
| 785,313.94 DR | | | 089015118 | 000000000 | 1985 EXPENSE | 23DEC85 | 100816 |
| 954,185.55 CR | | | 089008502 | 000000000 | CLOSE A/C | 23DEC85 | 100404 |
| 1,115,000.00 CR | | | 089010000 | 000000000 | 1985 EXPENSE | 23DEC85 | 100901 |
| 1,125,000.00 DR | | | 089015711 | 000000000 | 1985 EXPENSE | 23DEC85 | 100817 |
| 2,598,926.53 DR | | | 089001222 | 000000000 | REIMBURSE F/ASSETS | 23DEC85 | 100402 |
| 3,000,000.00 CR | | | 089001265 | 000000000 | STONE | 23DEC85 | 100608 |
| 3,000,000.00 DR | | | 089007409 | 000000000 | STONE | 23DEC85 | 100607 |
| 3,100,000.00 DR | | | 089001265 | 000000000 | ODECO | 23DEC85 | 100703 |
| 3,100,000.00 CR | | | 089007409 | 000000000 | ODECO | 23DEC85 | 100704 |

PwC-NWB 0000912

.D12

8-132 X 64 10-6

NEW YORK A207 NON-DEALING TRANSACTIONS 3Y 23DEC85 37

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** USA DOLLAR 140 | | | | | | | |
| 79,795.09 CR | | | 000151203 | 230049350 | BANK OF BERMUDA LI | 23DEC85 | 972341 |
| 80,000.00 CR | | | 000152609 | 230014310 | ROYAL BANK OF CANA | 23DEC85 | 970420 |
| 80,357.00 CR | | | 000151203 | 000000000 | HARRIS | 23DEC85 | 105014 |
| 80,357.00 DR | | | 089016807 | 000000000 | | 23DEC85 | 105006 |
| 81,175.00 DR | | | 000151203 | 200005540 | FX04045353 | 23DEC85 | 970678 |
| 81,986.40 DR | | | 000151203 | 190044430 | BKRSTSTNY | 23DEC85 | 970587 |
| 82,570.04 CR | | | 089010124 | 000017674 | | 23DEC85 | 102011 |
| 84,705.37 CR | | | 000151203 | 000000000 | | 23DEC85 | 101316 |
| 84,705.37 DR | | | 089016807 | 000000000 | OS | 23DEC85 | 101307 |
| 85,050.00 CR | | | 000151203 | 230023820 | LLOYDS BANK LTD | 23DEC85 | 971083 |
| 85,438.80 DR | | | 089016807 | 000000000 | CARGILL | 23DEC85 | 103907 |
| 85,875.32 DR | | | 000150509 | 230007570 | JM+KH YASSAWI | 23DEC85 | 971215 |
| 86,109.65 CR | | | 000151203 | 000000000 | ORG-APV | 23DEC85 | 103212 |
| 86,109.65 DR | | | 089016807 | 000000000 | | 23DEC85 | 103203 |
| 87,296.37 DR | | | 000151203 | 230011250 | UT/SB/24549 | 23DEC85 | 971283 |
| 87,679.69 DR | | | 000150800 | 200004210 | COUTTS & COMPANY | 23DEC85 | 970621 |
| 89,730.81 DR | | | 000151009 | 200049720 | NATIONAL WESTMINST | 23DEC85 | 970153 |
| 89,730.81 CR | | | 000151904 | 200049720 | NATIONAL WESTMINST | 23DEC85 | 970154 |
| 89,935.75 DR | | | 000151203 | 230006360 | IP4IC85122300045 | 23DEC85 | 971143 |
| 90,000.00 CR | | | 000150509 | 230029550 | SWISS BANK CORPORA | 23DEC85 | 971353 |
| 90,000.00 DR | | | 000151807 | 230008540 | MANUFACTURERS HANO | 23DEC85 | 971675 |
| 91,494.00 DR | | | 000151203 | 000000000 | ICN4056-1223 | 23DEC85 | 104405 |
| 91,494.00 DR | | | 000151203 | 230040560 | NATIONAL WESTMINST | 23DEC85 | 972292 |
| 91,494.00 CR | | | 000151602 | 000000000 | ICN 4056-1223 | 23DEC85 | 104413 |
| 92,785.54 CR | | | 089010132 | 000017668 | | 23DEC85 | 102017 |
| 92,885.60 CR | | | 000151602 | 230036650 | COUTTS & COMPANY | 23DEC85 | 971659 |
| 93,005.95 CR | | | 000151203 | 230036740 | BANCO PORTUGUESE D | 23DEC85 | 971664 |
| 93,868.00 CR | | | 000151203 | 230018660 | BANK HANDLOWY W.K. | 23DEC85 | 970699 |
| 94,791.67 CR | | | 000150509 | 230041010 | BARCLAYS BK INTL E | 23DEC85 | 971868 |
| 94,840.92 CR | | | 000151203 | 000000000 | | 20DEC85 | 105113 |
| 94,840.92 DR | | | 089016807 | 000000000 | | 20DEC85 | 105104 |
| 97,031.00 CR | | | 089000307 | 000017682 | | 23DEC85 | 104012 |
| 99,960.00 CR | | | 000151203 | 230022160 | BANK OF AMERICA NT | 23DEC85 | 970954 |
| 99,966.00 CR | | | 000151203 | 230014000 | UNION BANK OF SWIT | 23DEC85 | 970399 |
| 100,000.00 DR | | | 000013803 | 200012070 | P846080734 | 23DEC85 | 970332 |
| 100,000.00 CR | | | 000013803 | 230030010 | CREDIT FONCIER ET | 23DEC85 | 971370 |
| 100,000.00 DR | | | 000047503 | 230012280 | NATIONAL BANK OF D | 23DEC85 | 971337 |
| 100,000.00 DR | | | 000056006 | 230013890 | REA BROTHERS (GUER | 23DEC85 | 971356 |
| 100,000.00 CR | | | 000150304 | 230017750 | BANQUE CANTONALE V | 23DEC85 | 970636 |
| 100,000.00 CR | | | 000150509 | 230036770 | CIC-UNION EUROPEEN | 23DEC85 | 971668 |
| 100,000.00 CR | | | 000150509 | 230048800 | BANK OF YOKOHAMA ( | 23DEC85 | 972312 |
| 100,000.00 DR | | | 000151203 | 200004820 | FX07815353 | 23DEC85 | 970645 |
| 100,000.00 DR | | | 000151203 | 200037130 | CTG201255469 | 23DEC85 | 971041 |
| 100,000.00 DR | | | 000151203 | 230006640 | MIDLAND BANK P.L.C | 23DEC85 | 971521 |
| 100,000.00 CR | | | 000151203 | 000000000 | CITI BK | 23DEC85 | 105507 |
| 100,000.00 CR | | | 000151203 | 230031800 | SECURITY PACIFIC N | 23DEC85 | 971474 |
| 100,000.00 CR | | | 000151203 | 230039540 | CROCKER NATIONAL B | 23DEC85 | 971939 |
| 100,000.00 CR | | | 000151203 | 230041320 | AMERICAN EXPRESS I | 23DEC85 | 971875 |
| 100,000.00 CR | | | 000151203 | 230052110 | GULF BANKING & TRU | 23DEC85 | 972559 |
| 100,000.00 DR | | | 000151602 | 200010700 | NATIONAL WESTMINST | 23DEC85 | 970087 |
| 100,000.00 CR | | | 000152102 | 200010700 | NATIONAL WESTMINST | 23DEC85 | 970088 |
| 100,000.00 DR | | | 089016807 | 000000000 | | 23DEC85 | 105502 |

PwC-NWB 0000913



B-137 r 64 10-5

NEW YORK A207 NON-DEALING TRANSACTIONS 2Y 23DEC85 39

***** USA DOLLAR 140

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| 117,285.82 DR | | | 000151203 | 190041040 | WFSLN76998 | 23DEC85 | 970553 |
| 118,116.85 CR | | | 000151203 | 230050430 | BARCLAYS BANK PLC | 23DEC85 | 972419 |
| 118,800.00 CR | | | 000151203 | 230043860 | A P BANK LIMITED | 23DEC85 | 972018 |
| 119,132.62 DR | | | 000151807 | 190011200 | IRVINGTSTNY | 23DEC85 | 970439 |
| 120,000.00 DR | | | 000151203 | 190028640 | FX05575353 | 23DEC85 | 970521 |
| 120,566.11 CR | | | 000151203 | 230037370 | FN&M LONDON | 23DEC85 | 971686 |
| 120,701.38 DR | | | 000061301 | 190042640 | ESSESS9375IWBLDN | 23DEC85 | 970047 |
| 120,701.38 CR | | | 000150509 | 190042640 | ESSESS9375IW8LDN | 23DEC85 | 970048 |
| 123,131.04 DR | | | 000151203 | 190027820 | NWBK2L8425ULSB2D | 23DEC85 | 970511 |
| 123,367.00 DR | | | 000151300 | 000549199 | CHECK | 23DEC85 | 010117 |
| 125,000.00 CR | | | 000151203 | 230022300 | MIDLAND BANK P L C | 23DEC85 | 970966 |
| 125,000.00 DR | | | 000151904 | 200009570 | NATIONAL WESTMINST | 23DEC85 | 970806 |
| 125,135.00 CR | | | 000151203 | 230052160 | INTERNATIONAL WEST | 23DEC85 | 972567 |
| 125,493.00 CR | | | 000152609 | 230036830 | COUTTS & COMPANY | 23DEC85 | 971670 |
| 126,000.00 DR | | | 000151203 | 190010100 | KYWAJTO126NWBK2L | 23DEC85 | 970424 |
| 127,446.22 CR | | | 000011614 | 000000000 | DEPOSITS | VARIOUS | 020238 |
| 127,910.51 CR | | | 000151203 | 230045290 | STATE BANK OF INDI | 23DEC85 | 972105 |
| 127,926.31 DR | | | 000150118 | 230041000 | CREDIT CONMERCIAL | 23DEC85 | 972161 |
| 128,106.58 DR | | | 000151602 | 200010990 | BKOFNYNY | 23DEC85 | 970826 |
| 128,821.44 CR | | | 000151203 | 230049210 | THE ROYAL BANK OF | 23DEC85 | 972333 |
| 129,357.30 CR | | | 000047503 | 230034820 | UNION BANK OF OMAN | 23DEC85 | 971594 |
| 129,466.60 DR | | | 000150304 | 200017950 | . | 23DEC85 | 970107 |
| 129,466.60 CR | | | 000150606 | 200017950 | INTERNATIONAL WEST | 23DEC85 | 970108 |
| 129,540.00 CR | | | 000151203 | 230052380 | F. VAN LANSCHOT BA | 23DEC85 | 972587 |
| 130,357.00 DR | | | 000151203 | 000000000 | FSW001802125357 | 23DEC85 | 101108 |
| 130,357.00 DR | | | 000151203 | 000000000 | FSW005602235357 | 23DEC85 | 101208 |
| 130,357.00 CR | | | 089016807 | 000000000 | FSW00180215357 | 23DEC85 | 101117 |
| 130,357.00 CR | | | 089016807 | 000000000 | FSW005602235357 | 23DEC85 | 101217 |
| 132,010.00 CR | | | 000061301 | 230028280 | SKANDINAVISKA ENSK | 23DEC85 | 971317 |
| 133,832.19 CR | | | 000047309 | 230027200 | NATIONAL BANK OF A | 23DEC85 | 971278 |
| 133,900.00 CR | | | 000151203 | 230052340 | SWISS BANK CORPORA | 23DEC85 | 972585 |
| 133,971.21 DR | | | 000151203 | 200029610 | CTG201255356 | 23DEC85 | 970973 |
| 136,226.71 CR | | | 089000412 | 000000000 | INT GATES LEAR | 23DEC85 | 104313 |
| 136,837.36 CR | | | 089010140 | 000017670 | | 23DEC85 | 102015 |
| 136,986.30 DR | | | 000047503 | 230008850 | AMSTERDAM-ROTTERDA | 23DEC85 | 971237 |
| 137,083.33 CR | | | 000151203 | 230046210 | MORGAN GUARANTY TR | 23DEC85 | 972154 |
| 139,399.78 DR | | | 089016807 | 000000000 | | 23DEC85 | 105106 |
| 139,399.78 CR | | | 089016807 | 000000000 | | 23DEC85 | 105115 |
| 139,895.00 DR | | | 000005509 | 230034330 | BANKERS TRUST COMP | 23DEC85 | 971948 |
| 139,957.35 CR | | | 000004502 | 230035710 | INTERNATIONAL WEST | 23DEC85 | 972028 |
| 139,957.35 DR | | | 000150509 | 230035710 | BK OF ENG 190 | 23DEC85 | 972027 |
| 140,654.38 CR | | | 000150509 | 230050990 | CREDIT LYONNAIS | 23DEC85 | 972468 |
| 140,956.91 DR | | | 000150304 | 200006120 | . | 23DEC85 | 970705 |
| 141,423.47 CR | | | 089001206 | 000000001 | | 23DEC85 | 010137 |
| 142,000.00 CR | | | 000152005 | 230000640 | NATIONAL WESTMINST | 23DEC85 | 970369 |
| 142,000.00 DR | | | 000152102 | 230000640 | 293882 | 23DEC85 | 970368 |
| 142,000.00 DR | | | 089000307 | 000000000 | NWC ACCRUAL | 23DEC85 | 101407 |
| 142,000.00 CR | | | 089000307 | 000000000 | NWC ACCR | 23DEC85 | 101416 |
| 142,050.00 CR | | | 000151203 | 230028510 | PIERSON, HELDRING | 23DEC85 | 971323 |
| 142,100.00 CR | | | 000151203 | 200000440 | NATIONAL WESTMINST | 23DEC85 | 970068 |
| 142,100.00 DR | | | 000152005 | 200000440 | FX230066 | 23DEC85 | 970067 |
| 142,148.60 CR | | | 089010124 | 000017673 | | 23DEC85 | 102012 |

PwC-NWB 0000914



B-132 x 64 10-5

NEW YORK A207 NON-DEALING TRANSACTIONS 3Y 23DEC85 41

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** USA DOLLAR 14C | | | | | | | |
| 170,712.00 DR | | | 000150118 | 230040940 | CREDIT COMMERCIAL | 23DEC85 | 972158 |
| 170,954.37 DR | | | 000013803 | 230024360 | P813194 | 23DEC85 | 971649 |
| 171,050.00 DR | | | 000010006 | 000001107 | CHECK | 23DEC85 | 010224 |
| 172,206.71 DR | | | 089016807 | 000000000 | | 23DEC85 | 104304 |
| 172,920.32 CR | | | 000151203 | 230030890 | IRVING TRUST CO. N | 23DEC85 | 971399 |
| 173,638.50 CR | | | 000151203 | 230042480 | BANK OF NEW ZEALAN | 23DEC85 | 971951 |
| 175,000.00 CR | | | 000151203 | 230043920 | BANCO TOTTA & ACOR | 23DEC85 | 972021 |
| 175,478.22 DR | | | 000150509 | 230035200 | UBS ZURICH | 23DEC85 | 971605 |
| 177,268.73 DR | | | 089007905 | 000017666 | | 23DEC85 | 102001 |
| 178,255.21 CR | | | 000150509 | 230038360 | CHASE MANHATTAN BA | 23DEC85 | 971739 |
| 178,814.10 DR | | | 000153648 | 200010580 | CAPEL COURT CORP. | 23DEC85 | 970812 |
| 178,831.25 CR | | | 000151602 | 230012380 | BANK OF AMERICA NT | 23DEC85 | 970320 |
| 179,000.00 CR | | | 000150509 | 230008660 | CBC BANK | 23DEC85 | 970246 |
| 180,000.00 DR | | | 000151203 | 200019330 | CTG201255109 | 23DEC85 | 970889 |
| 180,000.00 CR | | | 000153648 | 230029540 | HAMBRO AUSTRALIA L | 23DEC85 | 971690 |
| 181,062.40 DR | | | 000151203 | 200013100 | BANK OF SCOTLAND | 23DEC85 | 970848 |
| 181,752.09 DR | | | 000151203 | 190032340 | CITIBANKNY | 23DEC85 | 970539 |
| 182,455.12 DR | | | 000005509 | 230034280 | N.M. ROTHSCHILD & | 23DEC85 | 971896 |
| 183,485.60 CR | | | 000150509 | 230007140 | BANCO DI SICILIA | 23DEC85 | 970229 |
| 183,885.56 DR | | | 000150509 | 200016510 | PIC CO GEN | 23DEC85 | 970862 |
| 184,730.00 DR | | | 000151602 | 200010770 | NATIONAL BANK OF C | 23DEC85 | 970823 |
| 185,000.00 DR | | | 000150118 | 230040970 | NORTHERN BANK LIMI | 23DEC85 | 972160 |
| 185,400.00 DR | | | 000150509 | 230035120 | NAF/CFE ASSET SW | 23DEC85 | 971986 |
| 187,800.00 CR | | | 000151203 | 230039110 | BARCLAYS BANK PLC | 23DEC85 | 971786 |
| 190,000.00 DR | | | 000013803 | 200017740 | P846080813 | 23DEC85 | 970336 |
| 193,410.79 DR | | | 000150509 | 230019140 | NWB HK | 23DEC85 | 971439 |
| 193,410.79 CR | | | 000150509 | 230038320 | NATIONAL COMMERCIA | 23DEC85 | 971737 |
| 193,410.79 CR | | | 000151602 | 230019140 | INTERNATIONAL WEST | 23DEC85 | 971440 |
| 194,000.00 CR | | | 000151009 | 000000000 | NW CHIC | 23DEC85 | 103213 |
| 194,000.00 DR | | | 089016807 | 000000000 | | 23DEC85 | 103204 |
| 194,300.52 CR | | | 000150304 | 230023980 | UNION BANK OF INDI | 23DEC85 | 971095 |
| 194,757.53 CR | | | 089010132 | 000017667 | | 23DEC85 | 102018 |
| 195,151.86 CR | | | 000151203 | 230023990 | THE TORONTO DOMINI | 23DEC85 | 971097 |
| 196,840.71 CR | | | 000151904 | 230000630 | NATIONAL WESTMINST | 23DEC85 | 970361 |
| 196,840.71 DR | | | 000152102 | 230000630 | 293911 | 23DEC85 | 970360 |
| 197,405.53 CR | | | 000013803 | 230004700 | GENOSSENSCHAFTLICH | 23DEC85 | 970169 |
| 199,362.04 DR | | | 000047503 | 230012450 | DEUTSCHE BANK A G | 23DEC85 | 971344 |
| 199,985.75 CR | | | 000150118 | 230031890 | NATIONAL WESTMINST | 23DEC85 | 971811 |
| 199,985.75 DR | | | 000151203 | 230031890 | IP4IC85122300083 | 23DEC85 | 971810 |
| 200,000.00 CR | | | 000013803 | 230033510 | CREDIT DU NORD | 23DEC85 | 971542 |
| 200,000.00 DR | | | 000047503 | 230012270 | NATIONAL BANK OF D | 23DEC85 | 971336 |
| 200,000.00 DR | | | 000060003 | 230019800 | CLARIDEN BANK | 23DEC85 | 971541 |
| 200,000.00 CR | | | 000060003 | 230047520 | CREDIT LYONNAIS BA | 23DEC85 | 972242 |
| 200,000.00 CR | | | 000150118 | 230035950 | INTERNATIONAL WEST | 23DEC85 | 972289 |
| 200,000.00 DR | | | 000150509 | 230035950 | NW FIN JSY | 23DEC85 | 972288 |
| 200,000.00 CR | | | 000150509 | 230022320 | SWISS BANK CORPORA | 23DEC85 | 970968 |
| 200,000.00 CR | | | 000150509 | 230033650 | YOKOHAMA ASIA LTD. | 23DEC85 | 971548 |
| 200,000.00 CR | | | 000150509 | 230051120 | TAKUGIN INTERNATIO | 23DEC85 | 972477 |
| 200,000.00 DR | | | 000151203 | 200006810 | NWBK2L5506OKOYHH | 23DEC85 | 970726 |
| 200,000.00 DR | | | 000151203 | 230028080 | BILL US | 23DEC85 | 971709 |
| 200,000.00 CR | | | 000151203 | 000000000 | LAING CRUICK | 23DEC85 | 102813 |
| 200,000.00 CR | | | 000151203 | 230015670 | CREDIT LYONNAIS LO | 23DEC85 | 970489 |

PwC-NWB 0000915

.F15

8-132 X 64 10-6

8-132 X 64 10-6

NEW YORK A207 NON-DEALING TRANSACTIONS 3Y 23DEC85 42

***** USA DOLLAR 140

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| 200,000.00 CR | | | 000151203 | 230024510 | BANQUE LIBANO FRAN | 23DEC85 | 971123 |
| 200,000.00 CR | | | 000151203 | 230031740 | THE DAI-ICHI KANGY | 23DEC85 | 971473 |
| 200,000.00 CR | | | 000151203 | 230047280 | COPENHAGEN HANDELS | 23DEC85 | 972223 |
| 200,000.00 DR | | | 000151718 | 000000000 | RALSTON RYDER | 23DEC85 | 103706 |
| 200,000.00 DR | | | 089001222 | 230039210 | SECURITY PACIFIC I | 23DEC85 | 972266 |
| 200,000.00 CR | | | 089001222 | 230032780 | COMMERZBANK AG | 23DEC85 | 971918 |
| 200,000.00 DR | | | 089001257 | 000000000 | RALSTON RYDER | 23DEC85 | 104709 |
| 200,000.00 CR | | | 089001257 | 000000000 | RALSTON RYDER | 23DEC85 | 103714 |
| 200,000.00 DR | | | 089016807 | 000000000 | OS | 23DEC85 | 102804 |
| 200,000.00 CR | | | 089016807 | 000000000 | RALSTON RYDER | 23DEC85 | 104718 |
| 200,258.33 DR | | | 000150304 | 200021510 | . | 23DEC85 | 970903 |
| 200,300.00 CR | | | 000151203 | 230046470 | ALLIED ARAB BANK L | 23DEC85 | 972171 |
| 200,312.73 DR | | | 000003611 | 000000004 | CHECK | 23DEC85 | 010014 |
| 200,357.00 DR | | | 000151203 | 230026770 | FSW001002155357 | 23DEC85 | 971274 |
| 200,751.00 CR | | | 000151203 | 230029640 | MORGAN GUARANTY TR | 23DEC85 | 971705 |
| 201,334.72 DR | | | 000150304 | 200021500 | . | 23DEC85 | 970902 |
| 202,222.22 DR | | | 089001249 | 230030640 | RETURN OF FUNDS | 23DEC85 | 972191 |
| 203,286.09 CR | | | 000150118 | 230037840 | CIG WESTERN HEMISP | 23DEC85 | 971716 |
| 204,000.00 CR | | | 000151203 | 230044820 | HAMBROS BANK, LTD | 23DEC85 | 972074 |
| 204,076.04 DR | | | 000150509 | 200016610 | SBC GEN | 23DEC85 | 970866 |
| 210,000.00 CR | | | 000151203 | 230051330 | CHARTERHOUSE JAPHE | 23DEC85 | 972497 |
| 211,932.00 CR | | | 000151203 | 230023440 | CITIBANK, N.A. | 23DEC85 | 971058 |
| 212,000.00 CR | | | 000150304 | 230034170 | SWISS BANK CORPORA | 23DEC85 | 971573 |
| 212,850.00 CR | | | 000151203 | 230008770 | CREDIT LYONAIS BAN | 23DEC85 | 970255 |
| 213,000.00 DR | | | 000150908 | 230009110 | NATIONAL WESTMINST | 23DEC85 | 970801 |
| 213,000.00 CR | | | 000151203 | 230009110 | NATIONAL WESTMINST | 23DEC85 | 970802 |
| 213,150.00 CR | | | 000151203 | 230016790 | FOSPGG142)NWBK2L | 23DEC85 | 970563 |
| 213,150.00 CR | | | 000151602 | 230012390 | BANK OF AMERICA NT | 23DEC85 | 970327 |
| 213,750.00 CR | | | 000151203 | 230017720 | ADCA-BANK AG | 23DEC85 | 970632 |
| 216,149.31 CR | | | 000025232 | 000000000 | TRWEADWAY | 23DEC85 | 103216 |
| 216,149.31 DR | | | 089016807 | 000000000 | | 23DEC85 | 103207 |
| 218,662.10 DR | | | 000152307 | 230033640 | TT8739.85 | 23DEC85 | 971849 |
| 219,123.51 CR | | | 000025518 | 230037080 | BROWN, SHIPLEY & C | 23DEC85 | 971677 |
| 219,142.05 DR | | | 000151203 | 200024840 | FX09715353 | 23DEC85 | 970926 |
| 220,000.00 DR | | | 000151203 | 230024060 | PAEXE2117 | 23DEC85 | 971946 |
| 220,630.49 DR | | | 000151203 | 200039320 | UNITED OVERSEAS BA | 23DEC85 | 971053 |
| 221,925.70 DR | | | 000151203 | 230032520 | BANCO HISPANO AMER | 23DEC85 | 972227 |
| 225,407.25 DR | | | 000151203 | 230018150 | CTG231220175 | 23DEC85 | 971492 |
| 225,642.33 DR | | | 000150509 | 200027270 | HANG SENG IBF NY | 23DEC85 | 970944 |
| 225,642.33 CR | | | 000150509 | 190011720 | NATIONAL WESTMINST | 23DEC85 | 970030 |
| 225,642.33 DR | | | 000151602 | 190011720 | INTERNATIONAL WEST | 23DEC85 | 970029 |
| 228,247.16 DR | | | 000151203 | 230029040 | CTG231220246 | 23DEC85 | 971747 |
| 230,000.00 DR | | | 000150509 | 230007280 | SBC GEN 399 | 23DEC85 | 971151 |
| 230,000.00 CR | | | 000151203 | 230050060 | ATLANTIC BANK OF N | 23DEC85 | 972555 |
| 233,519.38 CR | | | 000150509 | 230050420 | MYANMA FOREIGN TRA | 23DEC85 | 972418 |
| 235,203.34 CR | | | 000151203 | 230049940 | THE ROYAL BANK OF | 23DEC85 | 972389 |
| 236,682.64 CR | | | 089010167 | 000017672 | | 23DEC85 | 102013 |
| 236,710.06 CR | | | 000150304 | 230033130 | DEUTSCHE AUSSENHAN | 23DEC85 | 971324 |
| 236,910.68 DR | | | 000047503 | 230012580 | SWISS BANK CORPORA | 23DEC85 | 971347 |
| 241,485.00 CR | | | 000151203 | 230018840 | DAH SING BANK LTD. | 23DEC85 | 970711 |
| 241,536.13 DR | | | 000151203 | 230037150 | PAEXE2182 | 23DEC85 | 972073 |
| 242,000.00 CR | | | 000150509 | 230039770 | BANQUE DE GESTION | 23DEC85 | 971826 |

PwC-NWB 0000916



8-132 X 64 10-5

NEW YORK A207 NON-DEALING TRANSACTIONS 3Y 23DEC85 43

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** USA DOLLAR 140 | | | | | | | |
| 242,247.50 CR | | | 000151203 | 230045580 | MOSCOW NARODNY BAN | 23DEC85 | 972112 |
| 247,942.67 DR | | | 000151807 | 190011190 | IRVING TRUST COMPA | 23DEC85 | 970438 |
| 249,000.00 CR | | | 000152609 | 230050940 | MCLEOD YOUNG WEIR | 23DEC85 | 972461 |
| 250,000.00 CR | | | 000013803 | 230047560 | BOLLORE INC | 23DEC85 | 972245 |
| 250,000.00 DR | | | 000025518 | 230007020 | DZZAA 41833 | 23DEC85 | 971196 |
| 250,000.00 CR | | | 000150509 | 230028210 | MITSUI TRUST & FIN. | 23DEC85 | 971316 |
| 250,000.00 CR | | | 000150509 | 230049510 | KREDIETBANK N.V. | 23DEC85 | 972351 |
| 250,000.00 CR | | | 000150509 | 230051850 | KREDIETBANK INTERN | 23DEC85 | 972538 |
| 250,000.00 DR | | | 000151203 | 19000934 | NATMNMOO58NWBK2L | 23DEC85 | 970394 |
| 250,000.00 DR | | | 000151203 | 200005220 | FX06795353 | 23DEC85 | 970653 |
| 250,000.00 DR | | | 000151203 | 200005370 | FX07735353 | 23DEC85 | 970669 |
| 250,000.00 DR | | | 000151203 | 200006000 | NWBK2L7012PEKASS | 23DEC85 | 970692 |
| 250,000.00 CR | | | 000151203 | 230007030 | BANK OF CREDIT & C. | 23DEC85 | 970224 |
| 250,000.00 CR | | | 000151203 | 230009610 | DABALL1708NWBK2L | 23DEC85 | 970282 |
| 250,000.00 CR | | | 000151203 | 230034520 | ULSTER BANK LTD. | 23DEC85 | 971582 |
| 250,000.00 DR | | | 000151718 | 230045610 | ULSTER BANK LTD. | 23DEC85 | 972355 |
| 250,434.70 DR | | | 089001249 | 230030710 | RETURN OF FUNDS | 23DEC85 | 972193 |
| 250,507.61 DR | | | 089011600 | 000017684 | | 23DEC85 | 102102 |
| 250,507.61 CR | | | 089012631 | 000017685 | | 23DEC85 | 102111 |
| 251,718.75 DR | | | 000004901 | 230038880 | IMT1483JMV | 23DEC85 | 972137 |
| 251,718.75 CR | | | 000151203 | 230038880 | BANK OF NT BUTTERF | 23DEC85 | 972138 |
| 251,998.00 CR | | | 000151203 | 230027600 | NEDERLANDSCHE MIDD | 23DEC85 | 971297 |
| 252,000.00 CR | | | 000004901 | 230041480 | BANK OF N.T.BUTTER | 23DEC85 | 971882 |
| 253,277.78 CR | | | 000005509 | 230034040 | N.M. ROTHSCHILD & | 23DEC85 | 971565 |
| 254,675.00 DR | | | 000150509 | 200027390 | HNDLSBK ZCH | 23DEC85 | 970949 |
| 255,960.00 DR | | | 000025518 | 200030050 | NATIONAL WESTMINST | 23DEC85 | 970121 |
| 255,960.00 CR | | | 000151203 | 200030050 | DEUTSCHE WESTMINST | 23DEC85 | 970122 |
| 256,069.67 DR | | | 000025518 | 230012690 | ULSTER INVESTMENT | 23DEC85 | 971790 |
| 256,069.67 CR | | | 000152404 | 230012690 | DEUTSCHE WESTMINST | 23DEC85 | 971791 |
| 256,250.00 CR | | | 000151203 | 000000000 | | 23DEC85 | 101317 |
| 256,250.00 DR | | | 089016807 | 000000000 | DS. | 23DEC85 | 101308 |
| 262,644.50 DR | | | 000150118 | 230040950 | CREDIT COMMERCIAL | 23DEC85 | 972159 |
| 262,784.55 DR | | | 000151203 | 230023600 | IP4JC85122300071 | 23DEC85 | 971264 |
| 264,713.43 DR | | | 089009606 | 000017662 | | 23DEC85 | 102005 |
| 265,166.00 DR | | | 000151203 | 200005570 | FX02965353 | 23DEC85 | 970079 |
| 265,166.00 CR | | | 000152005 | 200005570 | NATIONAL WESTMINST | 23DEC85 | 970080 |
| 265,420.19 DR | | | 000151203 | 230038330 | BILLS USD CALL | 23DEC85 | 972139 |
| 269,279.83 CR | | | 000152102 | 000000000 | TKY71 | 23DEC85 | 105008 |
| 270,000.00 DR | | | 000151203 | 200018410 | CTG201255097 | 23DEC85 | 970886 |
| 273,822.56 DR | | | 000151203 | 200019310 | CTG201252027 | 23DEC85 | 970888 |
| 274,467.86 DR | | | 000151203 | 000000000 | CL | 23DEC85 | 104301 |
| 274,467.86 CR | | | 000151300 | 000000000 | CL | 23DEC85 | 104309 |
| 275,000.00 DR | | | 000150509 | 200027300 | NWB PLC MAD | 23DEC85 | 970117 |
| 275,000.00 CR | | | 000153508 | 200027300 | NATIONAL WESTMINST | 23DEC85 | 970118 |
| 275,120.64 CR | | | 089006445 | 000000000 | TKY71 | 23DEC85 | 105007 |
| 275,120.64 DR | | | 089006453 | 000000000 | TKY71 | 23DEC85 | 105001 |
| 275,120.64 DR | | | 089006925 | 000000000 | TKY71 | 23DEC85 | 105002 |
| 277,776.00 DR | | | 000059226 | 000000000 | ADJ VAL DATE | 12DEC85 | 104305 |
| 277,776.00 CR | | | 000059226 | 000000000 | VAL DATE ADJ | 9DEC85 | 104312 |
| 278,241.51 CR | | | 000025518 | 000000000 | CITI BK | 23DEC85 | 105215 |
| 278,241.51 DR | | | 089016807 | 000000000 | . | 23DEC85 | 105206 |
| 279,503.10 DR | | | 000151203 | 200004880 | FX10025353 | 23DEC85 | 970646 |

PwC-NWB 0000917

.H15

8-132 x 64 10-5

8-132 x 64 10-6

NEW YORK* A207 NON-DEALING TRANSACTIONS 3Y 23DEC85 45

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** USA DOLLAR 140 | | | | | | | |
| 346,538.22 DR | | | 089007905 | 000017665 | | 23DEC85 | 102002 |
| 349,882.03 DR | | | 000150509 | 200027230 | HANG SENG IBF NY | 23DEC85 | 97094[illegible] |
| 349,882.02 CR | | | 000150509 | 190011690 | NATIONAL WESTMINST | 23DEC85 | 970026 |
| 349,882.03 DR | | | 000151602 | 190011690 | INTERNATIONAL WEST | 23DEC85 | 970025 |
| 350,000.00 CR | | | 000150509 | 2300049[illegible] | MITSUBISHI BANK LI | 23DEC85 | 970171 |
| 350,000.00 DR | | | 000151203 | 190008300 | NWBK2L7716SWEDSS | 23DEC85 | 970390 |
| 350,000.00 DR | | | 000151203 | 190026950 | NWBK2L5506PSPBHH | 23DEC85 | 970482 |
| 350,000.00 DR | | | 000151203 | 200004940 | FX09775353 | 23DEC85 | 970650 |
| 350,000.00 CR | | | 000151203 | 230043040 | ROBERT FLEMING & C | 23DEC85 | 971975 |
| 350,000.00 DR | | | 000152005 | 230000700 | ACBKSG1725NWBKSG | 23DEC85 | 971164 |
| 350,000.00 DR | | | 089001222 | 230025620 | NWBK337185PARBPP | 23DEC85 | 972358 |
| 352,112.68 CR | | | 000151203 | 230011950 | BANK HAPOALIM U K | 23DEC85 | 970316 |
| 352,411.11 DR | | | 000150118 | 230042200 | R W N | 23DEC85 | 972189 |
| 353,000.00 CR | | | 000150509 | 230020370 | SWISS BANK CORPORA | 23DEC85 | 970816 |
| 354,875.00 CR | | | 000151203 | 230021780 | ULSTER BANK LTD. | 23DEC85 | 970921 |
| 354,925.00 DR | | | 000151203 | 200005240 | FX07215353 | 23DEC85 | 970655 |
| 355,111.11 CR | | | 000150509 | 230022120 | CITIBANK, N.A. | 23DEC85 | 970951 |
| 355,625.00 DR | | | 000151203 | 200007440 | KREDB84225NWBK2L | 23DEC85 | 970746 |
| 355,825.00 CR | | | 000025518 | 230006080 | BANK FUR GEMEINWI | 23DEC85 | 970203 |
| 355,900.00 DR | | | 089001222 | 200048900 | 8512190039 | 23DEC85 | 971087 |
| 356,000.00 DR | | | 000151009 | 200049710 | HARRIS TRUST & SAV | 23DEC85 | 971093 |
| 356,893.75 DR | | | 000151203 | 230027530 | NWBK2L7575VOLK22 | 23DEC85 | 971692 |
| 360,000.00 DR | | | 000013803 | 200012040 | P846080738 | 23DEC85 | 970331 |
| 360,000.00 CR | | | 000150304 | 230035750 | SAUDI FINANCE CORP | 23DEC85 | 971621 |
| 360,932.00 DR | | | 000151203 | 190023730 | THE FUJI BANK LTD. | 23DEC85 | 970464 |
| 3[illegible]2,240.8[illegible] DR | | | 000151904 | 000000000 | PACIFIC WESTERN | 23DEC85 | 100603 |
| 362,240.85 CR | | | 089016807 | 000000000 | PACIFIC WEST | 23DEC85 | 100612 |
| 364,117.00 DR | | | 000071706 | 230040010 | CHEMICAL BANK | 23DEC85 | 972327 |
| 373,193.00 DR | | | 000151203 | 230039620 | 1223-1174-0 | 23DEC85 | 972286 |
| 375,000.00 CR | | | 000151203 | 230049860 | LETTER OF CREDIT | 23DEC85 | 972381 |
| 377,604.17 DR | | | 000150509 | 230007190 | BQ PRIV GVA | 23DEC85 | 971146 |
| 379,372.34 DR | | | 000151203 | 200035160 | CSD/CFD/10274/KM | 23DEC85 | 971017 |
| 380,000.00 DR | | | 089016807 | 000000000 | CWF | 23DEC85 | 101301 |
| 380,000.00 CR | | | 089016807 | 000000000 | OGECC | 23DEC85 | 101310 |
| 385,369.58 DR | | | 000004502 | 200049670 | INTERNATIONAL WEST | 23DEC85 | 970151 |
| 385,36[illegible].58 CR | | | 000150509 | 200049670 | BANK OF ENGLAND | 23DEC85 | 970152 |
| 390,357.00 CR | | | 000151203 | 000000000 | NORTHERN TR | 23DEC85 | 105111 |
| 390,357.00 DR | | | 089016807 | 000000000 | OS | 23DEC85 | 105102 |
| 392,516.78 DR | | | 089008618 | 000017664 | | 23DEC85 | 102003 |
| 396,226.41 DR | | | 000151203 | 190027400 | ABNASG0212NWBK2L | 23DEC85 | 970502 |
| 396,694.21 CR | | | 000151203 | 230007340 | MIDLAND BANK PLC | 23DEC85 | 970232 |
| 397,172.13 DR | | | 000151602 | 200010740 | DEUTSCHE BANK (AS1 | 23DEC85 | 970820 |
| 397,298.37 CR | | | 000151602 | 230024290 | WESTDEUTSCHE LANDE | 23DEC85 | 971110 |
| 397,680.67 CR | | | 000151203 | 230038740 | BANCO DI NAPOLI | 23DEC85 | 971760 |
| 398,803.59 CR | | | 000151203 | 230037790 | A P BANK LIMITED | 23DEC85 | 971712 |
| 400,000.00 DR | | | 000150509 | 230007350 | SBC GEN 397 | 23DEC85 | 971153 |
| 400,000.00 CR | | | 000150509 | 230039900 | BA ASIA LTD. | 23DEC85 | 971831 |
| 400,000.00 DR | | | 000151203 | 000000000 | CSDCFD10555 | 23DEC85 | 100608 |
| 400,000.00 DR | | | 000151203 | 230006660 | GUYERZELLER BANK A | 23DEC85 | 971522 |
| 400,000.00 DR | | | 000151203 | 230007170 | BANQUE BELGO ZAIRO | 23DEC85 | 971892 |
| 400,000.00 DR | | | 089001249 | 230030540 | RETURN OF FUNDS | 23DEC85 | 972188 |
| 400,000.00 CR | | | 089016807 | 000000000 | CSDCFD10555 | 23DEC85 | 100617 |

I-132 x 64 10-6

PwC-NWB 0000918

NEW YORK A207 NON-DEALING TRANSACTIONS 3Y 23DEC85 47

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO : | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** USA DOLLAR 140 | | | | | | | |
| 500,000.00 CR | | | 000150509 | 230051590 | S.F.E. BANK LIMITE | 23DEC85 | 972525 |
| 500,000.00 DR | | | 000151203 | 190009490 | CITIPP7733NWBK2L | 23DEC85 | 970404 |
| 500,000.00 DR | | | 000151203 | 190010510 | SECPACBKNY | 23DEC85 | 970436 |
| 500,000.00 DR | | | 000151203 | 200005390 | FX02375353 | 23DEC85 | 970671 |
| 500,000.00 DR | | | 000151203 | 200023660 | CRLY2L1422NWBK2L | 23DEC85 | 970918 |
| 500,000.00 DR | | | 000151203 | 200027920 | HBNWZZ[illegible]88NWBK2L | 23DEC85 | 970961 |
| 500,000.00 DR | | | 000151203 | 200028200 | BPPBBBS144NWBK2L | 23DEC85 | 970964 |
| 500,000.00 DR | | | 000151203 | 230011480 | UT/SB/24536 | 23DEC85 | 971275 |
| 500,000.00 CR | | | 000151203 | 230025440 | STANDARD CHARTERED | 23DEC85 | 971171 |
| 500,000.00 CR | | | 000151203 | 230033480 | BANCA POPOLARE DI | 23DEC85 | 971540 |
| 500,000.00 CR | | | 000151203 | 230040620 | THE SUMITOMO BANK, | 23DEC85 | 971855 |
| 500,000.00 CR | | | 000151602 | 230030840 | STATE STREET ASIA | 23DEC85 | 971397 |
| 500,000.00 DR | | | 000152404 | 230003490 | 514987 | 23DEC85 | 970470 |
| 500,000.00 CR | | | 089016807 | 000000000 | D/DOWN | 23DEC85 | 104013 |
| 500,328.13 DR | | | 000150509 | 230007440 | ULST BK DUB | 23DEC85 | 971155 |
| 500,357.00 CR | | | 000151203 | 000000000 | NW CHIC | 23DEC85 | 103214 |
| 500,357.00 DR | | | 089016807 | 000000000 | | 23DEC85 | 103205 |
| 500,765.63 DR | | | 000151602 | 190011790 | STATE STREET ASIA | 23DEC85 | 970444 |
| 507,000.00 DR | | | 000150509 | 200033510 | CITICORP ZCH | 23DEC85 | 971002 |
| 509,092.00 CR | | | 000151203 | 230030810 | SWISS BANK CORPORA | 23DEC85 | 971395 |
| 511,000.00 CR | | | 000150509 | 230030930 | SWISS BANK CORPORA | 23DEC85 | 971401 |
| 515,222.22 CR | | | 000151602 | 230041380 | CHASE MANHATTAN BA | 23DEC85 | 972367 |
| 518,000.51 DR | | | 000151203 | 190009320 | NWBK2L7722SCBLHH | 23DEC85 | 970393 |
| 522,340.00 CR | | | 000151203 | 230049560 | BARCLAYS NATIONAL | 23DEC85 | 972354 |
| 525,000.00 CR | | | 000150304 | 230017760 | BANQUE CANTONALE V | 23DEC85 | 970637 |
| 530,212.31 CR | | | 089010140 | 000017669 | | 23DEC85 | 102016 |
| 541,348.00 DR | | | 000151602 | 200011460 | NWBUSANY | 23DEC85 | 970837 |
| 543,661.87 DR | | | 000150304 | 200006100 | . | 23DEC85 | 970703 |
| 546,464.68 CR | | | 000151718 | 230044980 | COATS & CLARK INC. | 23DEC85 | 972463 |
| 546,585.17 DR | | | 000151718 | 000000000 | COATS CLARK - | 23DEC85 | 104306 |
| 546,585.17 CR | | | 089016807 | 000000000 | COATS CLARK | 23DEC85 | 104315 |
| 550,000.00 DR | | | 000050326 | 000000000 | 853520032 | 4DEC85 | 100908 |
| 550,000.00 CR | | | 000050326 | 000000000 | 853520032 | 3DEC85 | 100916 |
| 554,190.00 CR | | | 000151602 | 230052430 | NATWEST LOMBANK (N | 23DEC85 | 972590 |
| 555,000.00 CR | | | 000150509 | 230031420 | SWISS BANK CORPORA | 23DEC85 | 971419 |
| 559,500.00 DR | | | 000151203 | 200007010 | NWBK2L03735BZAJJ | 23DEC85 | 970734 |
| 560,780.00 DR | | | 000151203 | 190010120 | KOPIHH2745NWBK2L | 23DEC85 | 970425 |
| 562,026.79 DR | | | 000151203 | 200005500 | FX03645353 | 23DEC85 | 970677 |
| 567,400.00 DR | | | 000025518 | 200030010 | A P BANK LIMITED | 23DEC85 | 970975 |
| 568,400.00 CR | | | 000151203 | 230019830 | NWBK2L1421WERMSS | 23DEC85 | 970773 |
| 568,920.00 CR | | | 000150908 | 000000000 | IRV. TR | 23DEC85 | 105210 |
| 568,920.00 DR | | | 089016807 | 000000000 | | 23DEC85 | 105201 |
| 571,428.57 CR | | | 000151203 | 230006420 | COMMERZBANK, A.G. | 23DEC85 | 970211 |
| 571,600.00 CR | | | 000151203 | 230051100 | ALRAJHI COMMERCIAL | 23DEC85 | 972476 |
| 571,960.00 DR | | | 000151602 | 230017950 | AUSTRALIAN BANK LT | 23DEC85 | 971488 |
| 574,000.00 DR | | | 000020508 | 000000000 | SYSTRON DONNER | 23DEC85 | 104707 |
| 574,000.00 CR | | | 089016807 | 000000000 | SYSTRON DONNER | 23DEC85 | 104716 |
| 580,000.00 DR | | | 000150509 | 000000000 | CCS853180021 | 14NOV85 | 100902 |
| 580,000.00 CR | | | 000150509 | 000000000 | 853180021 | 13NOV85 | 100911 |
| 583,430.57 DR | | | 000013803 | 190027390 | BCITMM1714NORDPP | 23DEC85 | 970501 |
| 587,000.00 CR | | | 000151203 | 230037640 | ABNA2A1T74NWBK2L | 23DEC85 | 971701 |
| 588,080.21 CR | | | 000053716 | 000000000 | | 23DEC85 | 101712 |

.L15

PwC-NWB 0000919

B-132 X 54 10-5

NEW YORK A207 NON-DEALING TRANSACTIONS BY 23DEC85 48

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** USA DOLLAR 140 | | | | | | | |
| 588,080.21 DR | | | 089016807 | 000000000 | | 23DEC85 | 101703 |
| 591,468.00 CR | | | 000151203 | 230004570 | BANCO NATWEST MARC | 23DEC85 | 970164 |
| 596,820.00 DR | | | 000152005 | 190052120 | 230079002 | 23DEC85 | 970603 |
| 600,000.00 DR | | | 000004502 | 200036760 | (T66460/357) | 23DEC85 | 971030 |
| 600,000.00 DR | | | 000151203 | 190027800 | NWBK2L7025XIANKK | 23DEC85 | 970510 |
| 600,000.00 CR | | | 000151203 | 230004600 | NWBK2L5055UNITHH | 23DEC85 | 970167 |
| 600,000.00 CR | | | 000151203 | 230050140 | CITIBANK, BRUSSELS | 23DEC85 | 972401 |
| 600,712.66 CR | | | 089001206 | 000000001 | DEPOSITS | VARIOUS | 020298 |
| 600,712.66 DR | | | 089007409 | 000000001 | S3000 REMITTANCES | VARIOUS | 020297 |
| 606,613.60 CR | | | 000150509 | 230050390 | MYANMA FOREIGN TRA | 23DEC85 | 972416 |
| 611,589.00 DR | | | 000150118 | 230041100 | NATIONAL WESTMINST | 23DEC85 | 972174 |
| 613,040.53 CR | | | 000151203 | 230045740 | BANK MENDES GANS N | 23DEC85 | 972455 |
| 614,430.00 CR | | | 000150118 | 230042600 | FOREIGN EXCHANGE | 23DEC85 | 971959 |
| 628,000.00 CR | | | 000151904 | 230044780 | FOREIGN EXCHANGE | 23DEC85 | 972071 |
| 634,721.48 DR | | | 000025518 | 230000720 | DZ13096 | 23DEC85 | 971165 |
| 634,731.48 CR | | | 000025518 | 000000000 | | 23DEC85 | 103417 |
| 634,731.48 DR | | | 089016807 | 000000000 | | 23DEC85 | 103408 |
| 639,900.00 DR | | | 000150118 | 230041070 | HILL, SAMUEL & CO | 23DEC85 | 972175 |
| 640,700.97 CR | | | 000150509 | 230004580 | IWBK2L8125SKARSS | 23DEC85 | 970165 |
| 644,843.75 CR | | | 000151203 | 230050050 | BANCA COMMERCIALE | 23DEC85 | 972397 |
| 647,624.82 DR | | | 000151203 | 230036080 | PAEXE2185 | 23DEC85 | 972039 |
| 647,624.82 CR | | | 000151807 | 230036080 | NATIONAL WESTMINST | 23DEC85 | 972040 |
| 650,000.00 DR | | | 000151203 | 230000880 | FX01545354 | 23DEC85 | 971166 |
| 650,000.00 DR | | | 000151203 | 230030620 | CSDCFDCYH10030 | 23DEC85 | 971777 |
| 650,000.00 CR | | | 000151203 | 230037560 | BANK BRUSSELS LAMB | 23DEC85 | 971696 |
| 650,446.88 CR | | | 000150509 | 000000000 | CRED WEST | 23DEC85 | 105706 |
| 650,446.88 DR | | | 089016807 | 000000000 | IWB LDN | 23DEC85 | 105702 |
| 652,675.33 CR | | | 089010167 | 000017671 | | 23DEC85 | 102014 |
| 653,236.74 DR | | | 000150118 | 230042140 | NATIONAL WESTMINST | 23DEC85 | 572230 |
| 657,000.00 CR | | | 000150509 | 230052230 | HANDELSBANK N.W. | 23DEC85 | 972575 |
| 662,000.00 CR | | | 000150509 | 230022150 | SWISS BANK CORPORA | 23DEC85 | 970953 |
| 667,503.06 DR | | | 000150509 | 230035250 | HANDLBK ZCH | 23DEC85 | 971994 |
| 669,167.81 DR | | | 000150304 | 200006090 | . | 23DEC85 | 970702 |
| 676,446.13 CR | | | 089001222 | 230009310 | GENERAL ELECTRIC C | 23DEC85 | 970274 |
| 684,000.00 DR | | | 000151203 | 230036320 | BILLS USD CALL | 23DEC85 | 972043 |
| 684,000.00 CR | | | 000151203 | 230049370 | BANCA POPOLARE DI | 23DEC85 | 972342 |
| 691,722.39 CR | | | 000025518 | 230039090 | STANDARD CHARTERED | 23DEC85 | 971785 |
| 691,864.19 DR | | | 000025518 | 200036910 | HONGKONG & SHANGH | 23DEC85 | 971034 |
| 696,461.50 CR | | | 000151203 | 230008880 | BANKERS TRUST COM | 23DEC85 | 970259 |
| 700,000.00 CR | | | 000150304 | 230020170 | SAUDI FINANCE CORP | 23DEC85 | 970799 |
| 700,000.00 DR | | | 000151203 | 190027590 | BERGKK8405NWBK2L | 23DEC85 | 970508 |
| 700,000.00 DR | | | 000151203 | 200006060 | COBA332511NWBK2L | 23DEC85 | 970700 |
| 702,160.90 DR | | | 000013803 | 190005230 | NORDPP4835NORD2L | 23DEC85 | 970346 |
| 702,247.19 CR | | | 000013803 | 230027190 | BFALPP3595NORDPP | 23DEC85 | 971277 |
| 704,225.35 DR | | | 000151203 | 230032550 | ALGEMENE BANK NEDE | 23DEC85 | 972253 |
| 705,078.00 DR | | | 000150606 | 200004360 | 19.12.85 | 23DEC85 | 970628 |
| 707,000.00 DR | | | 000150509 | 000000000 | 853360035 | 27NOV85 | 104506 |
| 707,000.00 CR | | | 000150509 | 000000000 | 853360035 | 26NOV85 | 104515 |
| 708,549.83 DR | | | 000151203 | 190027050 | HSBC2L2117NWBK2L | 23DEC85 | 970485 |
| 709,000.00 DR | | | 000151203 | 200007800 | NWBK2L1418SBZAJJ | 23DEC85 | 970768 |
| 709,500.00 CR | | | 000151203 | 200010790 | NATIONAL WESTMINST | 23DEC85 | 970090 |
| 709,500.00 DR | | | 000151602 | 200010790 | NATIONAL WESTMINST | 23DEC85 | 970089 |

.M15

PwC-NWB 0000920

8-132 X 64 10-6

NEW YORK A207 NON-DEALING TRANSACTIONS 3Y 23DEC85 51

***** USA DOLLAR 140

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| 1,000,000.00 DR | | | 000151203 | 190006680 | ABNA2A3635NWBK2L | 23DEC85 | 970376 |
| 1,000,000.00 DR | | | 000151203 | 190006720 | NAGRRD6975NW8K2L | 23DEC85 | 970379 |
| 1,000,000.00 DR | | | 000151203 | 190008280 | CHASPP7735NWBK2L | 23DEC85 | 970389 |
| 1,000,000.00 DR | | | 000151203 | 190027000 | AKBA221723NWBK2L | 23DEC85 | 970484 |
| 1,000,000.00 DR | | | 000151203 | 190028800 | FX05525353 | 23DEC85 | 970526 |
| 1,000,000.00 DR | | | 000151203 | 200005430 | FX06755353 | 23DEC85 | 970673 |
| 1,000,000.00 DR | | | 000151203 | 200005740 | MAHA2L5208NWBK2L | 23DEC85 | 970687 |
| 1,000,000.00 DR | | | 000151203 | 200006850 | MELN2L4226NWBK2L | 23DEC85 | 970732 |
| 1,000,000.00 DR | | | 000151203 | 200007050 | NWBK2L5203ZKBKZZ | 23DEC85 | 970736 |
| 1,000,000.00 DR | | | 000151203 | 200007710 | FNBC2L2119NWBK2L | 23DEC85 | 970765 |
| 1,000,000.00 DR | | | 000151203 | 200035930 | NATIONAL WESTMINST | 23DEC85 | 970129 |
| 1,000,000.00 DR | | | 000151203 | 230001680 | FX01295354 | 23DEC85 | 971186 |
| 1,000,000.00 DR | | | 000151203 | 230006230 | CTG231256886 | 23DEC85 | 971190 |
| 1,000,000.00 CR | | | 000151203 | 230006690 | INDIAN OVERSEAS BA | 23DEC85 | 970220 |
| 1,000,000.00 CR | | | 000151203 | 230009940 | BANK OF HELSINKI L | 23DEC85 | 970296 |
| 1,000,000.00 CR | | | 000151203 | 230014320 | ENSO GUTZEIT OSAKE | 23DEC85 | 970421 |
| 1,000,000.00 CR | | | 000151203 | 230021830 | BANKKOMMANDITGESEL | 23DEC85 | 970925 |
| 1,000,000.00 CR | | | 000151203 | 230026160 | NATIONAL WESTMINST | 23DEC85 | 971616 |
| 1,000,000.00 CR | | | 000151203 | 230028550 | PIERSON, HELDRING | 23DEC85 | 971325 |
| 1,000,000.00 CR | | | 000151203 | 230029900 | SWISS BANK CORPORA | 23DEC85 | 971365 |
| 1,000,000.00 CR | | | 000151203 | 230045140 | HANDELSBANK N.W. | 23DEC85 | 972096 |
| 1,000,000.00 DR | | | 000151602 | 200010720 | SECURITY PACIFIC N | 23DEC85 | 970819 |
| 1,000,000.00 DR | | | 000151602 | 200010750 | MANUFACTURERS HANO | 23DEC85 | 970821 |
| 1,000,000.00 DR | | | 000151602 | 200011020 | SOCIETE GENERALE D | 23DEC85 | 970833 |
| 1,000,000.00 CR | | | 000151602 | 230007130 | NAN TUNG BANK LTD. | 23DEC85 | 970228 |
| 1,000,000.00 CR | | | 000151602 | 230018620 | WING HANG BANK LTD | 23DEC85 | 970697 |
| 1,000,000.00 CR | | | 000151602 | 230026380 | THE KYOWA BANK LIM | 23DEC85 | 971234 |
| 1,000,000.00 CR | | | 000151602 | 230029110 | CITY BANK OF TAIPE | 23DEC85 | 971341 |
| 1,000,000.00 DR | | | 000152005 | 190052060 | 228952002 | 23DEC85 | 970598 |
| 1,000,000.00 CR | | | 000152005 | 200035930 | NATIONAL WESTMINST | 23DEC85 | 970130 |
| 1,000,000.00 DR | | | 000152102 | 230000660 | 293891 | 23DEC85 | 971162 |
| 1,000,000.00 CR | | | 000152102 | 200016490 | NATIONAL WESTMINST | 23DEC85 | 970106 |
| 1,000,000.00 DR | | | 000152609 | 230026160 | 125005002 | 23DEC85 | 971615 |
| 1,000,000.00 DR | | | 089001222 | 200047660 | 8512190029 | 23DEC85 | 971075 |
| 1,000,000.00 CR | | | 089001222 | 230036250 | M.H.T. CO | 23DEC85 | 971921 |
| 1,000,000.00 CR | | | 089001222 | 230041370 | FOREIGN EXCHANGE | 23DEC85 | 972365 |
| 1,000,000.00 DR | | | 089018400 | 230039990 | HANDELSBANK N.W. | 23DEC85 | 972311 |
| 1,000,000.00 CR | | | 089018400 | 230005740 | UNION BANK OF SWIT | 23DEC85 | 971418 |
| 1,000,666.67 DR | | | 000150509 | 200033740 | UTD MAL KUAL LUM | 23DEC85 | 971009 |
| 1,003,000.00 CR | | | 000151203 | 230045440 | MERRILL LYNCH PIER | 23DEC85 | 972447 |
| 1,005,000.00 CR | | | 000150509 | 230027220 | SWISS BANK CORPORA | 23DEC85 | 971282 |
| 1,017,446.52 DR | | | 000151203 | 230036690 | BILLS USD CALL | 23DEC85 | 972179 |
| 1,018,105.95 CR | | | 000150509 | 230048170 | BANK OF AMERICA NT | 23DEC85 | 972280 |
| 1,020,013.89 CR | | | 000150908 | 230039550 | ARAB BANK FOR INVE | 23DEC85 | 971816 |
| 1,023,689.19 DR | | | 089008502 | 000017660 | | 23DEC85 | 102007 |
| 1,024,652.67 CR | | | 000150118 | 230029440 | STANDARD CHARTERED | 23DEC85 | 971457 |
| 1,024,905.20 DR | | | 000150118 | 230041080 | STANDARD CHARTERED | 23DEC85 | 972172 |
| 1,026,456.95 CR | | | 000151203 | 000000000 | | 23DEC85 | 101716 |
| 1,026,456.95 DR | | | 089016807 | 000000000 | | 23DEC85 | 101707 |
| 1,034,557.05 DR | | | 089009606 | 000017661 | | 23DEC85 | 102006 |
| 1,036,006.62 DR | | | 000150606 | 200000570 | BANCO DI ROMA PER | 23DEC85 | 970610 |
| 1,038,541.67 DR | | | 000150509 | 200007600 | ULST BK BELF | 23DEC85 | 970761 |

PwC-NWB 0000921



B-132 x 54 10-6

NEW YORK A207 NON-DEALING TRANSACTIONS 3Y 23DEC85 52

***** USA DOLLAR 140

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| 1,039,184.03 CR | | | 000150509 | 230000590 | NATIONAL WESTMINST | 23DEC85 | 970358 |
| 1,039,184.03 DR | | | 000152102 | 230000590 | 700746 | 23DEC85 | 970357 |
| 1,041,432.29 DR | | | 000150118 | 230016580 | SCANDINAVIAN BANK | 23DEC85 | 971847 |
| 1,046,798.02 DR | | | 000151203 | 190009770 | NWBK2L1624UNBKIT | 23DEC85 | 970407 |
| 1,062,750.00 DR | | | 000151203 | 200005930 | BOFM221417NWBK2L | 23DEC85 | 970690 |
| 1,064,175.00 DR | | | 000151203 | 200008340 | NWBK2L4189SBZAJJ | 23DEC85 | 970783 |
| 1,065,975.00 CR | | | 000151203 | 230026150 | NWBK2L4213RBOS2L | 23DEC85 | 971220 |
| 1,071,000.00 CR | | | 000151203 | 230035140 | BROWN, SHIPLEY & C | 23DEC85 | 971601 |
| 1,095,255.35 DR | | | 000025518 | 230029360 | PRIVATBANKEN LIMIT | 23DEC85 | 971749 |
| 1,100,000.00 DR | | | 000152609 | 230045350 | MELLON BANK OF CAN | 23DEC85 | 972308 |
| 1,104,375.00 CR | | | 000151203 | 230008910 | BRLA221425NWBK2L | 23DEC85 | 970260 |
| 1,110,000.00 DR | | | 000150509 | 200033570 | NWB PLC MAD | 23DEC85 | 970127 |
| 1,110,000.00 CR | | | 000153508 | 200033570 | NATIONAL WESTMINST | 23DEC85 | 970128 |
| 1,111,111.11 DR | | | 000025518 | 200030100 | ORION ROYAL BANK L | 23DEC85 | 970978 |
| 1,116,277.78 CR | | | 000150509 | 000000000 | MORGNA | 23DEC85 | 105418 |
| 1,116,277.78 DR | | | 089016807 | 000000000 | | 23DEC85 | 105409 |
| 1,134,621.28 CR | | | 000151203 | 230009900 | MORGAN GUARANTY TR | 23DEC85 | 970294 |
| 1,135,984.06 CR | | | 000151203 | 230045430 | CITIBANK NA | 23DEC85 | 972446 |
| 1,136,000.00 CR | | | 000150118 | 230044920 | FOREIGN EXCHANGE | 23DEC85 | 972082 |
| 1,136,400.00 CR | | | 000151203 | 230005380 | NWBK2L4205SUNB22 | 23DEC85 | 970189 |
| 1,137,200.00 DR | | | 000152005 | 190052100 | 230077002 | 23DEC85 | 970601 |
| 1,141,700.00 DR | | | 000025518 | 230030210 | NATIONAL WESTMINST | 23DEC85 | 971761 |
| 1,141,700.00 CR | | | 000151203 | 230030210 | DEUTSCHE WESTMINST | 23DEC85 | 971762 |
| 1,144,356.83 DR | | | 000151203 | 230018640 | CTG231220249 | 23DEC85 | 971871 |
| 1,145,287.96 CR | | | 000151203 | 230022490 | BPPBBB1528NWBK2L | 23DEC85 | 970982 |
| 1,146,277.78 CR | | | 000151203 | 230018070 | BANCO HISPANO AMER | 23DEC85 | 970661 |
| 1,147,000.00 CR | | | 000150509 | 000000000 | CHEM | 23DEC85 | 105213 |
| 1,147,000.00 DR | | | 089016807 | 000000000 | | 23DEC85 | 105204 |
| 1,152,487.28 CR | | | 000153508 | 230038230 | DEUTSCHE BANK | 23DEC85 | 971732 |
| 1,169,631.68 DR | | | 000150304 | 200006360 | . | 23DEC85 | 970718 |
| 1,170,000.00 DR | | | 000025518 | 230044060 | SCHROEDER, MUENCHM | 23DEC85 | 972277 |
| 1,178,768.50 CR | | | 000151203 | 230052330 | SWISS BANK CORPORA | 23DEC85 | 972584 |
| 1,198,862.11 CR | | | 000151203 | 000000000 | GULFSTREAM | 23DEC85 | 101717 |
| 1,198,862.11 DR | | | 089016807 | 000000000 | | 23DEC85 | 101708 |
| 1,200,000.00 DR | | | 000151203 | 230032540 | DEUTSCH-IRANISCHE | 23DEC85 | 972233 |
| 1,209,975.00 CR | | | 089001222 | 230036540 | M.H.T. CO | 23DEC85 | 971931 |
| 1,219,716.53 CR | | | 000150509 | 230036750 | CIG WESTERN HEMISP | 23DEC85 | 971665 |
| 1,223,839.01 DR | | | 089008618 | 000017663 | | 23DEC85 | 102004 |
| 1,226,223.71 DR | | | 000151602 | 190011750 | NATIONAL WESTMINST | 23DEC85 | 970031 |
| 1,226,223.71 CR | | | 000151602 | 230001210 | NATIONAL WESTMINST | 23DEC85 | 970410 |
| 1,226,223.71 DR | | | 000152005 | 230001210 | 717879001 | 23DEC85 | 970409 |
| 1,226,223.71 CR | | | 000152005 | 190011750 | NATIONAL WESTMINST | 23DEC85 | 970032 |
| 1,228,320.00 CR | | | 000150118 | 230032570 | FOREIGN EXCHANGE | 23DEC85 | 971502 |
| 1,230,000.00 CR | | | 000151203 | 230029990 | CA8VWW2118NWBK2L | 23DEC85 | 971369 |
| 1,234,792.08 DR | | | 000150606 | 200004290 | 19/12/85 | 23DEC85 | 970622 |
| 1,238,880.00 CR | | | 000150118 | 230031340 | AMSTERDAM-ROTTERDA | 23DEC85 | 971415 |
| 1,250,000.00 CR | | | 000151203 | 230042030 | NATIONAL AUSTRALIA | 23DEC85 | 971915 |
| 1,250,000.00 CR | | | 000151203 | 230047720 | FIRST INTERSTATE B | 23DEC85 | 972255 |
| 1,250,807.29 DR | | | 000150509 | 000000000 | | 23DEC85 | 100205 |
| 1,250,807.29 CR | | | 089016807 | 000000000 | | 23DEC85 | 100214 |
| 1,257,000.00 DR | | | 000152005 | 190052070 | CITI2L1257NWBKSG | 23DEC85 | 970599 |
| 1,257,812.39 DR | | | 000150509 | 200033360 | BANORIENT GENEVA | 23DEC85 | 970991 |

.E16

PwC-NWB 0000922

8-132 X 54 10-5

NEW YORK A207 NON-DEALING TRANSACTIONS 3Y 23DEC85 53

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** USA DOLLAR 140 | | | | | | | |
| 1,271,600.00 DR | | | 000151203 | 190010200 | FX06005171 | 23DEC85 | 970429 |
| 1,276,286.31 CR | | | 000151203 | 000000000 | NATW USA | 23DEC85 | 105216 |
| 1,276,286.31 DR | | | 089016807 | 000000000 | | 23DEC85 | 105207 |
| 1,277,100.00 DR | | | 000151203 | 200008240 | ESSESG1419NWBK2L | 23DEC85 | 970779 |
| 1,277,550.00 CR | | | 000151203 | 230008170 | UNION BANK OF SWIT | 23DEC85 | 970237 |
| 1,278,450.00 DR | | | 000150118 | 230041040 | MORGAN GUARANTY TR | 23DEC85 | 972169 |
| 1,278,999.00 DR | | | 089001230 | 230051130 | 853570068 | 23DEC85 | 972534 |
| 1,280,115.00 CR | | | 000151203 | 190052000 | NWBKSG2235NWBK2L | 23DEC85 | 970064 |
| 1,280,115.00 DR | | | 000152005 | 190052000 | NWBKSG2235NWBK2L | 23DEC85 | 970063 |
| 1,281,420.00 CR | | | 000152005 | 230041230 | THAI FARMERS BANK | 23DEC85 | 971998 |
| 1,287,553.65 CR | | | 000150606 | 230034090 | THE TORONTO DOMINI | 23DEC85 | 971568 |
| 1,294,833.61 DR | | | 000151009 | 200049730 | NATIONAL WESTMINST | 23DEC85 | 970155 |
| 1,294,833.61 CR | | | 000151904 | 200049730 | NATIONAL WESTMINST | 23DEC85 | 970156 |
| 1,295,000.00 CR | | | 000150509 | 230020940 | SWISS BANK CORPORA | 23DEC85 | 970857 |
| 1,295,336.79 DR | | | 000151904 | 200009580 | CHEMICALBKNY | 23DEC85 | 970807 |
| 1,296,000.00 CR | | | 000150118 | 230035590 | SHARPS PIXLEY | 23DEC85 | 971610 |
| 1,297,858.53 CR | | | 000150118 | 230048660 | SINGER& FRIEDLANDE | 23DEC85 | 972307 |
| 1,297,8[illegible].53 CR | | | 000150304 | 230005260 | ASLK-CGER BANK | 23DEC85 | 970180 |
| 1,298,1[illegible].50 DR | | | 000150418 | 230040910 | FOREIGN EXCHANGE | 23DEC85 | 972153 |
| 1,300,000.00 DR | | | 000150509 | 230007610 | UDRUZENA BKA | 23DEC85 | 971222 |
| 1,300,400.00 CR | | | 000150118 | 230030790 | BANK FOR FOREIGN T | 23DEC85 | 971394 |
| 1,302,000.00 DR | | | 000150118 | 230002800 | N M ROTHSCHILD & S | 23DEC85 | 971332 |
| 1,302,604.17 DR | | | 000150509 | 000000000 | KLEID CO | 23DEC85 | 104104 |
| 1,302,604.17 CR | | | 000150509 | 000000000 | | 23DEC85 | 105705 |
| 1,302,604.17 DR | | | 089016807 | 000000000 | | 23DEC85 | 105701 |
| 1,302,604.17 CR | | | 089016807 | 000000000 | KLEID CO | 23DEC85 | 104113 |
| 1,309,165.45 CR | | | 000150606 | 230051990 | BANK OF INDIA, NEW | 23DEC85 | 972548 |
| 1,309,212.65 CR | | | 000151904 | 0000:7676 | | 23DEC85 | 102009 |
| 1,315,165.00 CR | | | 000150118 | 230041790 | FOREIGN EXCHANGE | 23DEC85 | 972072 |
| 1,315,802.93 CR | | | 000004502 | 230044600 | SHARPS PIXLEY | 23DEC85 | 972061 |
| 1,321,227.55 CR | | | 000004502 | 230034440 | MORGAN GUARANTY TR | 23DEC85 | 971578 |
| 1,359,000.00 DR | | | 000150509 | 200027290 | UBS ZCH | 23DEC85 | 970946 |
| 1,372,137.00 CR | | | 000060305 | 230028790 | SCHLUMBERGER OVERS | 23DEC85 | 971452 |
| 1,383,000.00 CR | | | 000150509 | 230030950 | SWISS BANK CORPORA | 23DEC85 | 971402 |
| 1,383,000.00 CR | | | 000151203 | 230044130 | HONGKONG & SHANGHA | 23DEC85 | 972030 |
| 1,388,778.67 DR | | | 000025518 | 200030110 | STANDARD CHARTERED | 23DEC85 | 970979 |
| 1,400,000.00 DR | | | 000025518 | 200036370 | B METZLER SEEL SOH | 23DEC85 | 971023 |
| 1,400,000.00 DR | | | 000151904 | 000000000 | SEC LA | 23DEC85 | 104201 |
| 1,400,000.00 CR | | | 089016807 | 000000000 | SEC LA | 23DEC85 | 104210 |
| 1,400,962.50 CR | | | 000150509 | 230009860 | NATIONAL WESTMINST | 23DEC85 | 971592 |
| 1,400,962.50 DR | | | 000150908 | 230009860 | INTERNATIONAL WEST | 23DEC85 | 971591 |
| 1,400,969.79 CR | | | 000152609 | 230050870 | MCLEOD YOUNG WEIR | 23DEC85 | 972458 |
| 1,412,628.90 CR | | | 000013803 | 230030580 | AMSTERDAM - ROTTER | 23DEC85 | 971388 |
| 1,413,094.67 DR | | | 000151203 | 190009920 | FX04585324 | 23DEC85 | 970413 |
| 1,417,200.00 DR | | | 000151203 | 200007670 | EABC334172NWBK2L | 23DEC85 | 970763 |
| 1,418,000.00 DR | | | 000004502 | 200004420 | BKEN2L1418NWBK33 | 23DEC85 | 970630 |
| 1,418,200.00 DR | | | 000013803 | 190027350 | BOFS2L4182NORDPP | 23DEC85 | 970496 |
| 1,418,300.00 DR | | | 000004502 | 200004400 | BKEN2L41B3NWBK33 | 23DEC85 | 970629 |
| 1,419,000.00 CR | | | 000151203 | 230044270 | CREDITANSTALT- BAN | 23DEC85 | 972041 |
| 1,419,500.00 CR | | | 000151203 | 230044260 | FOREIGN EXCHANGE | 23DEC85 | 972038 |
| 1,419,500.00 CR | | | 000151203 | 230049200 | GENERAL LEDGER | 23DEC85 | 972332 |
| 1,419,700.00 DR | | | 000151203 | 200005330 | FX06625353 | 23DEC85 | 970666 |

PwC-NWB 0000923

.F16

B-132 • 64 10-5

NEW YORK A207 NON-DEALING TRANSACTIONS 3Y 23DEC85 55

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** USA DOLLAR 140 | | | | | | | |
| 1,507,000.00 CR | | | 000150304 | 230028410 | MORGAN GUARANTY TR | 23DEC85 | 971319 |
| 1,508,231.75 CR | | | 000151203 | 230024260 | CHASE MANHATTAN BA | 23DEC85 | 971107 |
| 1,512,218.90 DR | | | 000150509 | 230008130 | NWB HK | 23DEC85 | 970659 |
| 1,512,218.90 CR | | | 000150509 | 230033350 | NATIONAL COMMERCIA | 23DEC85 | 971533 |
| 1,512,218.90 CR | | | 000151602 | 230008130 | INTERNATIONAL WEST | 23DEC85 | 970660 |
| 1,513,786.02 DR | | | 089008502 | 000017659 | | 23DEC85 | 102008 |
| 1,530,807.29 DR | | | 000150509 | 200016590 | SBC GEN | 23DEC85 | 970865 |
| 1,546,391.78 DR | | | 000151203 | 190009810 | NWBK2L0194VOLK22 | 23DEC85 | 970408 |
| 1,561,450.00 CR | | | 000151203 | 230006110 | CITIBANK FOREIGN E | 23DEC85 | 970209 |
| 1,563,870.00 CR | | | 000151203 | 230028470 | LLOYDS BANK INTERN | 23DEC85 | 971321 |
| 1,564,790.00 DR | | | 000151203 | 200006580 | HBNWZ24225NWBK2L | 23DEC85 | 970722 |
| 1,589,957.83 DR | | | 000025518 | 230029390 | AUSTRALIA AND NEW | 23DEC85 | 971750 |
| 1,600,000.00 DR | | | 000025518 | 230044100 | MORGAN GUARANTY TR | 23DEC85 | 972403 |
| 1,600,000.00 CR | | | 000150509 | 853570071 | | 18DEC85 | 104417 |
| 1,600,000.00 DR | | | 000151203 | 200007620 | AMRO2A0284NWBK2L | 23DEC85 | 970762 |
| 1,600,000.00 DR | | | 089001230 | 853570071 | | 23DEC85 | 104408 |
| 1,613,820.21 DR | | | 000150509 | 230007770 | NAT COMM BK HK | 23DEC85 | 971223 |
| 1,613,820.21 CR | | | 000150509 | 190011760 | NATIONAL WESTMINST | 23DEC85 | 970034 |
| 1,613,820.21 DR | | | 000151602 | 190011760 | INTERNATIONAL WEST | 23DEC85 | 970033 |
| 1,632,926.16 CR | | | 000025518 | 230043780 | THE SUMITOMO BANK, | 23DEC85 | 972013 |
| 1,647,498.91 DR | | | 000150509 | 200027820 | SBS GEN | 23DEC85 | 970959 |
| 1,691,370.14 DR | | | 089001230 | 230051020 | 85370064 | 23DEC85 | 972531 |
| 1,700,198.35 DR | | | 000151203 | 190023760 | BANCA COMMERCIALE | 23DEC85 | 970467 |
| 1,710,600.00 CR | | | 000150118 | 230051310 | BANK MEES & HOPE N | 23DEC85 | 972583 |
| 1,714,944.00 DR | | | 000152005 | 230002900 | NWBKSG2912WPAC2L | 23DEC85 | 970339 |
| 1,780,000.00 DR | | | 000150509 | 200016450 | NWB PLC MAD | 23DEC85 | 970103 |
| 1,780,000.00 CR | | | 000153508 | 200016450 | NATIONAL WESTMINST | 23DEC85 | 970104 |
| 1,785,959.00 DR | | | 000150509 | 230035960 | NWB 09 BCH EC | 23DEC85 | 972032 |
| 1,785,959.00 CR | | | 000151203 | 230035960 | INTERNATIONAL WEST | 23DEC85 | 972033 |
| 1,801,218.75 DR | | | 000152609 | 230042300 | CHASE MANHATTAN BA | 23DEC85 | 972187 |
| 1,844,700.00 CR | | | 000151203 | 230006200 | THE BANK OF NOVA S | 23DEC85 | 970206 |
| 1,845,740.00 CR | | | 000151203 | 230009980 | CHASE MANHATTAN BA | 23DEC85 | 970299 |
| 1,850,000.00 DR | | | 000025518 | 200036320 | NWBPLCNY | 23DEC85 | 970131 |
| 1,850,000.00 CR | | | 000152005 | 200036320 | DEUTSCHE WESTMINST | 23DEC85 | 970132 |
| 1,850,030.00 DR | | | 089001222 | 200048740 | DRES2L4231NWBK33 | 23DEC85 | 971082 |
| 1,850,550.00 DR | | | 000151203 | 190028720 | MIDL224235NWBK2L | 23DEC85 | 970524 |
| 1,859,260.00 CR | | | 000152005 | 230025940 | THE INDUSTRIAL BAN | 23DEC85 | 971206 |
| 1,862,891.83 CR | | | 000152005 | 230044320 | ELDR2S1418NWBKSG | 23DEC85 | 972045 |
| 1,871,909.60 CR | | | 000025518 | 230044200 | ULSTER BANK LTD. | 23DEC85 | 972035 |
| 1,889,466.23 DR | | | 000150118 | 230040960 | UNION BANK OF SWIT | 23DEC85 | 972165 |
| 1,894,495.54 CR | | | 000150118 | 230017740 | UNION BANK OF SWIT | 23DEC85 | 970635 |
| 1,900,357.00 DR | | | 000151203 | 230033760 | FSW008702225357 | 23DEC85 | 971554 |
| 1,919,025.00 CR | | | 000152404 | 230044210 | ULSTER BANK LTD. | 23DEC85 | 972036 |
| 1,940,491.59 CR | | | 000150304 | 230018480 | DEUTDD0773EABC33 | 23DEC85 | 970686 |
| 1,949,265.69 CR | | | 000151203 | 230009650 | DABALL1235NWBK2L | 23DEC85 | 970283 |
| 1,951,320.31 DR | | | 000150118 | 230042170 | ULSTER INVESTMENT | 23DEC85 | 972181 |
| 1,951,320.31 CR | | | 000152404 | 230042170 | COUNTY BANK LTD | 23DEC85 | 972182 |
| 1,954,617.71 DR | | | 000150304 | 200021490 | . | 23DEC85 | 970901 |
| 1,964,998.46 DR | | | 000151203 | 190010520 | BANCO EXTERIOR - U | 23DEC85 | 970437 |
| 2,000,000.00 DR | | | 000005509 | 230034360 | BARING BROTHERS & | 23DEC85 | 971964 |
| 2,000,000.00 DR | | | 000013803 | 190005310 | NORDPP0209U85WZH | 23DEC85 | 970356 |
| 2,000,000.00 DR | | | 000013803 | 190005330 | BKNZ2L0549NORDPP | 23DEC85 | 970362 |

PwC-NWB 0000924

.H16

9-132 x 54 10-6

NEW YORK A207 NON-DEALING TRANSACTIONS 3Y 23DEC85 58

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** USA DOLLAR 140 | | | | | | | |
| 2,518,055.56 CR | | | 000151602 | 230039830 | STATE BANK OF INDI | 23DEC85 | 971828 |
| 2,519,631.90 DR | | | 000050326 | 230037250 | 81 | 23DEC85 | 972054 |
| 2,530,000.00 DR | | | 000151602 | 230017940 | BANCO PORTUGUESE D | 23DEC85 | 971482 |
| 2,534,286.02 CR | | | 000151602 | 230033170 | YOKOHAMA ASIA LTD. | 23DEC85 | 971526 |
| 2,559,600.00 DR | | | 000151602 | 200011450 | THE INDUSTRIAL BAN | 23DEC85 | 970836 |
| 2,563,539.15 CR | | | 000151203 | 230016940 | BANK OF AMERICA NT | 23DEC85 | 970576 |
| 2,588,159.17 CR | | | 000150304 | 230018470 | SOCIETE GENERALE A | 23DEC85 | 970685 |
| 2,593,192.87 CR | | | 000150304 | 230008500 | FOREIGN EXCHANGE D | 23DEC85 | 970242 |
| 2,598,000.00 DR | | | 000151009 | 000000000 | NORTHERN CHGO | 23DEC85 | 104203 |
| 2,598,000.00 CR | | | 089016807 | 000000000 | NORTHERN CHGO | 23DEC85 | 104212 |
| 2,598,926.53 CR | | | 000151009 | 000017675 | | 23DEC85 | 102010 |
| 2,600,000.00 DR | | | 000151203 | 200027670 | FX03915354 | 23DEC85 | 970957 |
| 2,600,000.00 CR | | | 000151203 | 230031670 | ABNA2A3521NWBK2L | 23DEC85 | 971471 |
| 2,625,000.00 DR | | | 000152609 | 230026710 | 125021003 | 23DEC85 | 971685 |
| 2,636,000.00 CR | | | 000151203 | 230047910 | BACBBB1318NWBK2L | 23DEC85 | 972264 |
| 2,697,674.42 CR | | | 000151203 | 230020710 | ORION ROYAL BANK L | 23DEC85 | 970842 |
| 2,701,814.06 CR | | | 000151718 | 230049730 | ABN CANADA LTD. | 23DEC85 | 972369 |
| 2,705,068.02 CR | | | 000025518 | 230008760 | DWBDHH5138HSBC2L | 23DEC85 | 970254 |
| 2,715,466.35 DR | | | 000151203 | 190030190 | FX05565353 | 23DEC85 | 970536 |
| 2,717,134.49 CR | | | 000151203 | 230030820 | KUWAIT ASIA BANK | 23DEC85 | 971396 |
| 2,739,425.82 DR | | | 089001222 | 230025490 | DABA2L9126NWBK33 | 23DEC85 | 972106 |
| 2,750,000.00 DR | | | 000150606 | 200004310 | 20/12/85 | 23DEC85 | 970624 |
| 2,778,000.00 CR | | | 000151203 | 230016650 | NWBK2L1389WPAC2L | 23DEC85 | 970548 |
| 2,779,045.99 DR | | | 000025518 | 230029400 | EUROPEAN-AMERICAN | 23DEC85 | 971754 |
| 2,797,868.92 CR | | | 000150509 | 230039320 | KANSALLIS OSAKE PA | 23DEC85 | 971806 |
| 2,800,000.00 DR | | | 000025518 | 230030200 | STANDARD CHARTERED | 23DEC85 | 971770 |
| 2,800,000.00 CR | | | 000151602 | 230043530 | FEBTMM1875NWBKHK | 23DEC85 | 972001 |
| 2,837,200.00 DR | | | 000151203 | 200008590 | NWBK2L4186UBSWZH | 23DEC85 | 970790 |
| 2,838,300.00 DR | | | 000151602 | 200010980 | NCNB NATIONAL BANK | 23DEC85 | 970325 |
| 2,838,400.35 CR | | | 000151602 | 230030870 | THE FUJI BANK LIMI | 23DEC85 | 971398 |
| 2,839,600.00 DR | | | 000151203 | 190030020 | FX02935353 | 23DEC85 | 970534 |
| 2,840,000.00 CR | | | 000151203 | 230013720 | BAYERISCHE LANDESB | 23DEC85 | 970384 |
| 2,840,000.00 CR | | | 000151203 | 230033950 | BANKERS TRUST COMP | 23DEC85 | 971562 |
| 2,840,200.00 DR | | | 000151203 | 200005200 | FX02905353 | 23DEC85 | 970652 |
| 2,840,600.00 CR | | | 000151203 | 230006180 | THE BANK OF NOVA S | 23DEC85 | 970205 |
| 2,842,000.00 CR | | | 000025518 | 230050270 | HESSE NEWMAN & CO | 23DEC85 | 972411 |
| 2,842,500.00 CR | | | 000151203 | 230033260 | BARC221137NWBK2L | 23DEC85 | 971530 |
| 2,842,600.00 DR | | | 000152005 | 190052110 | NATA3M4213NWBKSG | 23DEC85 | 970602 |
| 2,843,400.00 DR | | | 000151203 | 190030040 | FX04945353 | 23DEC85 | 970535 |
| 2,844,000.00 DR | | | 000151203 | 190025740 | FX04985353 | 23DEC85 | 970477 |
| 2,844,000.00 CR | | | 000151203 | 230007900 | MIDLAND BANK PLC | 23DEC85 | 970236 |
| 2,845,200.00 CR | | | 000151602 | 230039260 | NORDIC ASIA LTD. | 23DEC85 | 971803 |
| 2,845,200.00 CR | | | 000152005 | 230044750 | HANDELSBANK N.W. | 23DEC85 | 972069 |
| 2,845,400.00 DR | | | 000151203 | 200008220 | HSAM2L4227NWB[illegible]L | 23DEC85 | 970778 |
| 2,846,000.00 DR | | | 000150118 | 230037910 | PHILADELPHIA INTER | 23DEC85 | 972097 |
| 2,846,000.00 CR | | | 000151203 | 230033790 | BANKERS TRUST COMP | 23DEC85 | 971553 |
| 2,846,240.00 DR | | | 000151602 | 200011700 | MITSUBISHIBKNY | 23DEC85 | 970840 |
| 2,846,400.00 CR | | | 000151203 | 230016630 | CHEMSG4232NWBK2L | 23DEC85 | 970547 |
| 2,847,000.00 CR | | | 000151203 | 230005980 | SOCIETE GENERALE | 23DEC85 | 970201 |
| 2,848,000.00 DR | | | 000150118 | 230041030 | NATIONAL AUSTRALIA | 23DEC85 | 972168 |
| 2,848,600.00 DR | | | 000151203 | 200005460 | FX09995353 | 23DEC85 | 970675 |
| 2,850,000.00 DR | | | 089018400 | 230050720 | HANDELSBANK N.W. | 23DEC85 | 972307 |

.K16.

PwC-NWB 0000925

8-132 X 64 10-6

**Exhibit B**

# Relevant Depreciation Expense Entries Recorded – 1986

**Relevant Depreciation Expense Entries Recorded - 1986**
**in U.S.$**

| Account | Narrative | Chicago Dr. | Chicago Cr. |
|---|---|---|---|
| 89011902 - Dep Freehold Prem | 1st Quarter | 8,697.54 | |
| 89011910 - Dep Leasehold Prem | 1st Quarter | 29,325.48 | |
| 89011929 - Dep FF | 1st Quarter | 8,847.50 | |
| 89011937 - Dep Comp Other Equip | 1st Quarter | 9,128.43 | |
| 89011953 - Dep F&F Staff Acc | 1st Quarter | 29,307.46 | |
| 89001222 - Cash at NWB New York | Depreciation 1st Qtr | | (85,306.41) |
| 89011902 - Dep Freehold Prem | Adjustment | 2,222.90 | |
| 89011902 - Dep Freehold Prem | 2nd Quarter | 5,214.62 | |
| 89011910 - Dep Leasehold Prem | Adjustment | | (3,908.26) |
| 89011910 - Dep Leasehold Prem | 2nd Quarter | 31,195.18 | |
| 89011929 - Dep FF | Adjustment | | (3,638.73) |
| 89011929 - Dep FF | 2nd Quarter | 16,676.44 | |
| 89011929 - Dep FF | Reversal 2nd Qtr | | (5,385.90) |
| 89011937 - Dep Comp Other Equip | Adjustment | | (4,555.61) |
| 89011937 - Dep Comp Other Equip | 2nd Quarter | 9,330.03 | |
| 89011937 - Dep Comp Other Equip | 2nd Quarter | 3,091.34 | |
| 89011953 - Dep F&F Staff Acc | Adjustment | 3,892.35 | |
| 89011953 - Dep F&F Staff Acc | 2nd Quarter | 4,771.62 | |
| 89011953 - Dep F&F Staff Acc | 2nd Quarter | 2,294.56 | |
| 89001222 - Cash at NWB New York | Depreciation 2nd Qtr | 5,987.35 | |
| 89001222 - Cash at NWB New York | Depreciation 2nd Qtr | | (67,187.89) |
| 89011902 - Dep Freehold Prem | 3rd Quarter | 7,437.52 | |
| 89011910 - Dep Leasehold Prem | 3rd Quarter | 27,286.92 | |
| 89011929 - Dep FF | 3rd Quarter | 18,673.29 | |
| 89011937 - Dep Comp Other Equip | 3rd Quarter | 7,865.76 | |
| 89001222 - Cash at NWB New York | Depreciation 3rd Qtr | | (61,263.49) |
| 89011902 - Dep Freehold Prem | 4th Quarter | 7,437.26 | |
| 89011910 - Dep Leasehold Prem | 4th Quarter | 35,147.86 | |
| 89011929 - Dep FF | 4th Quarter | 19,194.96 | |
| 89011937 - Dep Comp Other Equip | 4th Quarter | 9,383.42 | |
| 89011953 - Dep F&F Staff Acc | 4th Quarter | 11,021.27 | |
| 89001222 - Cash at NWB New York | Depreciation 4th Qtr | | (82,184.77) |

**Note:**
Schedule above shows the 1986 depreciation expense entries recorded in Chicago's books

**Sources:**
Chicago A207, Non-Dealing Transactions report (attached hereto).

CHICAGO BCH A207 NON-DEALING TRANSACTIONS 3Y 27MAR86 2

| AMOUNT | | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|---|
| ***** US DOLLAR 140 | | | | | | | | |
| 333.50 | DR | | | 089008405 | 000000000 | PD 5230 @ 1.45 | 27MAR86 | 100404 |
| 400.18 | DR | | | 089000900 | 000024711 | CHECK | 27MAR86 | 100805 |
| 400.18 | CR | | | 089000900 | 000025187 | | 27MAR86 | 100806 |
| 641.26 | CR | | | 089070402 | 000000000 | CHECKS CASHED | 27MAR86 | 100105 |
| 1,102.50 | DR | | | 000501530 | 000000000 | ED 3237 | 27MAR86 | 100517 |
| 1,500.00 | DR | | | 000501530 | 000000000 | CTG 260331090 | 27MAR86 | 100213 |
| 1,500.00 | CR | | | 089007409 | 000000000 | CTG 260331090 | 27MAR86 | 100211 |
| 1,520.55 | CR | | | 089000900 | 000025184 | | 27MAR86 | 100607 |
| 1,626.50 | DR | | | 089000900 | 000025139 | CHECK | 27MAR86 | 100413 |
| 1,666.75 | CR | | | 089000900 | 000025183 | | 27MAR86 | 100605 |
| 1,824.14 | CR | | | 089070100 | 000000000 | GENERATED L/E | 27MAR86 | 950000 |
| 2,100.00 | CR | | | 000501530 | 000000000 | BC 360714010 | 27MAR86 | 100108 |
| 4,200.00 | DR | | | 000501530 | 000000000 | CTG 260331986 | 27MAR86 | 100502 |
| 4,200.00 | CR | | | 089000900 | 000025175 | | 27MAR86 | 100504 |
| 5,810.00 | DR | | | 000501530 | 000000000 | CTG 26033204532 | 27MAR86 | 100207 |
| 5,810.00 | CR | | | 089007409 | 000000000 | CTG 260332045 | 27MAR86 | 100205 |
| 7,130.92 | DR | | | 089000900 | 000025144 | CHECK | 27MAR86 | 100409 |
| 7,806.04 | CR | | | 089000900 | 000025185 | | 27MAR86 | 100609 |
| 8,697.54 | DR | | | 089011902 | 000000000 | EXPENSE 1ST QTR | 27MAR86 | 100715 |
| 8,847.50 | DR | | | 089011929 | 000000000 | EXPENSE 1ST QTR | 27MAR86 | 100713 |
| 8,875.00 | DR | | | 000501530 | 000000000 | CTG 260331630 | 27MAR86 | 100511 |
| 8,875.00 | CR | | | 089000900 | 000025178 | | 27MAR86 | 100513 |
| 9,000.00 | DR | | | 000501530 | 000000000 | CTG 260331888 | 27MAR86 | 100505 |
| 9,000.00 | CR | | | 089000900 | 000025174 | | 27MAR86 | 100507 |
| 9,128.43 | DR | | | 089011937 | 000000000 | EXPENSES 1ST QTR | 27MAR86 | 100712 |
| 10,000.00 | CR | | | 000501530 | 000000000 | TT 2723 | 27MAR86 | 100103 |
| 11,017.34 | DR | | | 089070100 | 000000000 | GENERATED L/E | 27MAR86 | 950000 |
| 14,256.26 | DR | | | 089007409 | 000000000 | CHECKS PAID IN | 27MAR86 | 100110 |
| 26,441.50 | DR | | | 000501530 | 000000000 | ED 3231 | 27MAR86 | 100518 |
| 26,692.11 | DR | | | 089000900 | 000025113 | CHECK | 27MAR86 | 100414 |
| 27,374.00 | CR | | | 089000900 | 000025179 | | 27MAR86 | 100514 |
| 29,307.46 | DR | | | 089011953 | 000000000 | EXPENSE 1ST QTR | 27MAR86 | 100714 |
| 29,325.48 | DR | | | 089011910 | 000000000 | EXPENSE 1ST QTR | 27MAR86 | 100716 |
| 30,972.34 | DR | | | 089000900 | 000025114 | CHECK | 27MAR86 | 100410 |
| 31,497.11 | DR | | | 000501530 | 000000000 | MT 26031227 | 27MAR86 | 100202 |
| 31,497.11 | CR | | | 089007409 | 000000000 | MT 26031227 | 27MAR86 | 100217 |
| 38,009.17 | DR | | | 000501530 | 000000000 | CTG 260331694 | 27MAR86 | 100210 |
| 38,009.17 | CR | | | 089007409 | 000000000 | CTG 260331694 | 27MAR86 | 100208 |
| 38,209.45 | DR | | | 000501530 | 000000000 | CTG 260331917 | 27MAR86 | 100215 |
| 38,209.45 | CR | | | 089007409 | 000000000 | CTG 260331917 | 27MAR86 | 100201 |
| 44,446.93 | DR | | | 089000900 | 000025084 | CHECK | 27MAR86 | 100411 |
| 47,592.00 | CR | | | 089007409 | 000000000 | PAHXE02211 | 27MAR86 | 100301 |
| 47,607.00 | DR | | | 000501530 | 000000000 | PAHXE02211 | 27MAR86 | 100203 |
| 85,306.41 | CR | | | 089001222 | 000000000 | DEPRECIATION | 27MAR86 | 100717 |
| 110,988.80 | CR | | | 089007409 | 000000000 | CLEARING | 27MAR86 | 100408 |
| 155,783.00 | CR | | | 089001265 | 000000000 | DEUTZ ALLIS | 27MAR86 | 100402 |
| 155,783.00 | DR | | | 089007409 | 000000000 | DEUTZ ALLIS | 27MAR86 | 100416 |
| 170,986.00 | CR | | | 000501530 | 000000000 | EXTRA $ AT NY | 27MAR86 | 100114 |
| 170,986.00 | DR | | | 089001222 | 000000000 | EXTRA $ LDN | 27MAR86 | 100112 |
| 207,986.00 | DR | | | 000501530 | 000000000 | TSFR TO NY | 27MAR86 | 100610 |
| 207,986.00 | CR | | | 089007409 | 000000000 | TSFR TO NY FOR LDN | 27MAR86 | 100601 |
| 462,000.00 | DR | | | 089006607 | 000000000 | TSFR FROM TNT | 27MAR86 | 100701 |

PwC-NWB 0000926

C12

SB-1 CP11 LP16 132 X 64

CHICAGO BCH

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** US DOLLAR 140 | | | | | | | |
| 1,417.00 CR | | | 089000900 | 000025926 | | 30JUN86 | 101306 |
| 1,461.90 DR | | | 089000900 | 000025886 | CHECK | 30JUN86 | 101108 |
| 1,493.33 CR | | | 089003500 | 000000000 | ACC ON CD | 30JUN86 | 101601 |
| 1,493.33 DR | | | 089070518 | 000000000 | ACC ON CD | 30JUN86 | 101602 |
| 1,591.67 CR | | | 089070402 | 000000000 | CHECKS CASHED | 30JUN86 | 100411 |
| 1,660.24 DR | | | 089000900 | 000025897 | CHECK | 30JUN86 | 101117 |
| 1,777.00 DR | | | 089000900 | 000025894 | CHECK | 30JUN86 | 101115 |
| 2,222.90 DR | | | 089011902 | 000000000 | ADJUST | 30JUN86 | 101805 |
| 2,294.56 DR | | | 089011953 | 000000000 | 2ND QTR | 30JUN86 | 100404 |
| 2,462.97 DR | | | 089007409 | 000000000 | PLACID REFINING CO | 30JUN86 | 100706 |
| 2,462.97 CR | | | 089070526 | 000000000 | PLACID REFINING CO | 30JUN86 | 100701 |
| 2,686.25 CR | | | 089070100 | 000000000 | GENERATED L/E | 30JUN86 | 950000 |
| 2,864.58 DR | | | 089001109 | 000000000 | IC IND O/D (FX) | 30JUN86 | 101416 |
| 2,864.58 CR | | | 089007409 | 000000000 | O/D IC IND | 30JUN86 | 101417 |
| 3,091.34 DR | | | 089011937 | 000000000 | 2ND QTR | 30JUN86 | 100405 |
| 3,116.44 DR | | | 000547409 | 000000000 | SECOND QTR FEES | 30JUN86 | 100106 |
| 3,116.44 CR | | | 089011821 | 000000000 | WENDYS | 30JUN86 | 100105 |
| 3,418.35 DR | | | 089000900 | 000025896 | CHECK | 30JUN86 | 101202 |
| 3,607.13 CR | | | 089000900 | 000025924 | | 30JUN86 | 101311 |
| 3,615.13 DR | | | 000501530 | 000000000 | MT 20060767 | 30JUN86 | 101310 |
| 3,631.78 DR | | | 089014618 | 000000000 | SOC SEC | 30JUN86 | 101401 |
| 3,638.73 CR | | | 089011929 | 000000000 | ADJUST | 30JUN86 | 101801 |
| 3,892.35 DR | | | 089011953 | 000000000 | ADJUST | 30JUN86 | 101806 |
| 3,908.26 CR | | | 089011910 | 000000000 | ADJUST | 30JUN86 | 101803 |
| 3,930.74 DR | | | 089016807 | 000000000 | SAVINGS | 30JUN86 | 101402 |
| 4,555.61 CR | | | 089011937 | 000000000 | ADJUST | 30JUN86 | 101802 |
| 4,820.88 DR | | | 089007409 | 000000000 | DEUTZALLIS | 30JUN86 | 101704 |
| 4,820.88 CR | | | 089070526 | 000000000 | DEUTZ ALLIS | 30JUN86 | 101703 |
| 4,876.31 CR | | | 089011821 | 000000000 | MEAD CORP | 30JUN86 | 100501 |
| 4,925.95 DR | | | 089007409 | 000000000 | PLACID BLDG & SERV | 30JUN86 | 100709 |
| 4,925.95 CR | | | 089070526 | 000000000 | PLACID BLDG&SERV | 30JUN86 | 100704 |
| 5,000.00 CR | | | 089001001 | 000000000 | ACC ON CALL REPORT | 30JUN86 | 101415 |
| 5,000.00 DR | | | 089012623 | 000000000 | ACC ON CALL REPORT | 30JUN86 | 101414 |
| 5,242.90 DR | | | 089000900 | 000025884 | CHECK | 30JUN86 | 101114 |
| 5,250.00 DR | | | 000501530 | 000000000 | CTG 270646241 | 30JUN86 | 100604 |
| 5,250.00 CR | | | 089007409 | 000000000 | CTG 270646241 | 30JUN86 | 100603 |
| 5,385.90 CR | | | 089011929 | 000000000 | REVERSAL 2ND QTR | 30JUN86 | 100403 |
| 5,987.35 DR | | | 089001222 | 000000000 | DEPRECIATION | 30JUN86 | 101804 |
| 5,992.00 DR | | | 089000900 | 000025885 | CHECK | 30JUN86 | 101113 |
| 6,514.67 DR | | | 089008200 | 000000000 | VALERO | 30JUN86 | 100102 |
| 6,514.67 CR | | | 089009703 | 000000000 | VALERO | 30JUN86 | 100202 |
| 7,479.45 CR | | | 089011821 | 000000000 | ASHLAND OIL | 30JUN86 | 100502 |
| 7,815.96 CR | | | 089000900 | 000025925 | | 30JUN86 | 101308 |
| 8,077.05 DR | | | 089007409 | 000000000 | PLACID INV CO | 30JUN86 | 100707 |
| 8,077.05 CR | | | 089070526 | 000000000 | PLACID INVESTMENT | 30JUN86 | 100702 |
| 9,251.18 DR | | | 089070100 | 000000000 | GENERATED L/E | 30JUN86 | 950000 |
| 10,995.55 DR | | | 089000900 | 000025916 | CHECK | 30JUN86 | 101201 |
| 12,292.18 CR | | | 089013506 | 000000000 | REVALUATION | 30JUN86 | 950000 |
| 12,292.18 DR | | | 089070100 | 000000000 | REVALUATION | 30JUN86 | 950000 |
| 13,975.69 DR | | | 089007409 | 000000000 | DETROIT EDISON | 30JUN86 | 101705 |
| 13,975.69 CR | | | 089070526 | 000000000 | DETROIT EDISON | 30JUN86 | 101706 |
| 18,000.00 DR | | | 000501530 | 000000000 | CTG 260645399 | 30JUN86 | 100109 |

.C10

PwC-NWB 0000927

8-132 x 64 10-6

CHICAGO BCH A207 NON-DEALING TRANSACTIONS 3Y 27JUN86 1

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** STERLING 440 | | | | | | | |
| 27.57 DR | 1.49000000 | 41.08 | 089100409 | 000000000 | DC 866 BATTLES | 27JUN86 | 100414 |
| 619.35 CR | 1.55000000 | 960.00 | 089100409 | 000000000 | STG CK 11677 | 27JUN86 | 100413 |
| 1,280.65 CR | 1.55000000 | 1,985.00 | 089100409 | 000000000 | TT 2847 LEVENE | 27JUN86 | 100605 |

CURRENCY ENTRY TOTAL IS 000003 DEBIT TOTAL IS 27.57 CREDIT TOTAL IS 1,900.00

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** US DOLLAR 140 | | | | | | | |
| 8.00 DR | | | 000501530 | 000000000 | CHG CTG 260645291 | 27JUN86 | 100110 |
| 8.00 DR | | | 000501530 | 000000000 | CHG CTG260641970 | 27JUN86 | 100113 |
| 8.00 DR | | | 000501530 | 000000000 | CHG CTG260642108 | 27JUN86 | 100101 |
| 9.68 DR | | | 089016041 | 000000000 | D. HANNAH JUNE EXP | 27JUN86 | 100410 |
| 10.00 CR | | | 089011813 | 000000000 | STG CK CHRG | 27JUN86 | 100412 |
| 15.00 DR | | | 000501530 | 000000000 | CHG CTG260641782 | 27JUN86 | 100303 |
| 15.00 DR | | | 000501530 | 000000000 | CHG CTG260642194 | 27JUN86 | 100305 |
| 15.00 DR | | | 000501530 | 000000000 | CHG CTG260646027 | 27JUN86 | 100212 |
| 15.00 CR | | | 089011813 | 000000000 | CHARGES FOR TT | 27JUN86 | 100604 |
| 15.00 CR | | | 089011813 | 000000000 | 1 PYMT | 27JUN86 | 100214 |
| 22.00 CR | | | 089011813 | 000000000 | TT CHARGE | 27JUN86 | 100405 |
| 30.00 CR | | | 089011813 | 000000000 | 2 PYMTS | 27JUN86 | 100313 |
| 32.00 CR | | | 089011813 | 000000000 | 4 PAYMENTS | 27JUN86 | 100115 |
| 41.08 DR | | | 089070100 | 000000000 | GENERATED L/E | 27JUN86 | 950000 |
| 41.08 CR | | | 089070402 | 000000000 | BATTLES | 27JUN86 | 100401 |
| 48.00 DR | | | 000546003 | 000000290 | CHECK | 27JUN86 | 100609 |
| 82.50 DR | | | 089000900 | 000025877 | CHECK | 27JUN86 | 100105 |
| 82.50 CR | | | 089070402 | 000000000 | GRINDLAY | 27JUN86 | 100107 |
| 85.39 DR | | | 089000900 | 000025872 | CHECK | 27JUN86 | 100613 |
| 140.00 DR | | | 089017587 | 000000000 | KKOWALEWSKI 06/EXP | 27JUN86 | 100106 |
| 140.00 CR | | | 089070402 | 000000000 | KOWALEWSKI EXPS | 27JUN86 | 100117 |
| 146.55 DR | | | 089016025 | 000000000 | HANNAH JUNE EXPS | 27JUN86 | 100408 |
| 160.00 DR | | | 089000900 | 000025892 | CHECK | 27JUN86 | 100615 |
| 169.65 CR | | | 000503800 | 000000000 | REV COMM ED APRIL | 27JUN86 | 100407 |
| 169.65 DR | | | 089001818 | 000000000 | COMM ED APRIL | 27JUN86 | 100403 |
| 195.00 DR | | | 000501530 | 000000000 | CTG 260645231 | 27JUN86 | 100104 |
| 195.00 CR | | | 089000900 | 000025918 | | 27JUN86 | 100109 |
| 5[illegible].23 DR | | | 089000900 | 000025845 | CHECK | 27JUN86 | 100610 |
| 52[illegible].15 DR | | | 089000900 | 000025890 | CHECK | 27JUN86 | 100612 |
| 653.24 DR | | | 089016009 | 000000000 | HANNAH JUNE EXPS | 27JUN86 | 100502 |
| 809.47 CR | | | 089000900 | 000025922 | | 27JUN86 | 100411 |
| 970.00 DR | | | 089070402 | 000000000 | STG CK | 27JUN86 | 100402 |
| 1,036.40 CR | | | 089070402 | 000000000 | CHECKS CASHED | 27JUN86 | 100603 |
| 1,075.00 DR | | | 089000900 | 000025862 | CHECK | 27JUN86 | 100616 |
| 1,748.96 DR | | | 089000900 | 000025827 | CHECK | 27JUN86 | 100608 |
| 2,945.00 CR | | | 089070100 | 000000000 | GENERATED L/E | 27JUN86 | 950000 |
| 3,036.40 DR | | | 089007409 | 000000000 | CKS PAID IN | 27JUN86 | 100602 |
| 4,771.62 DR | | | 089011953 | 000000000 | 2ND QTR | 27JUN86 | 100701 |
| 5,000.00 DR | | | 000501530 | 000000000 | CTG 260641782 | 27JUN86 | 100302 |
| 5,000.00 CR | | | 089007409 | 000000000 | CTG 260641782 | 27JUN86 | 10031[illegible] |
| 5,214.62 DR | | | 089011902 | 000000000 | 2ND QTR | 27JUN86 | 100704 |
| 6,528.00 DR | | | 000501530 | 000000000 | CTG 260641970 | 27JUN86 | 100118 |
| 6,528.00 CR | | | 089000900 | 000025917 | | 27JUN86 | 100112 |
| 9,330.03 DR | | | 089011937 | 000000000 | 2ND QTR | 27JUN86 | 100702 |
| 10,307.62 DR | | | 000501530 | 000000000 | CTG 260642194 | 27JUN86 | 100312 |

PwC-NWB 0000928



58-1 CP11 LP16 132 X 54

CHICAGO BCH A207 NON-DEALING TRANSACTIONS 31 27JUN86 2

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** US DOLLAR 140 | | | | | | | |
| 10,307.62 CR | | | 089007409 | 000000000 | CTG 260642194 | 27JUN86 | 100304 |
| 10,995.55 DR | | | 000501530 | 000000000 | CTG 260642108 | 27JUN86 | 100111 |
| 10,995.55 CR | | | 089000900 | 000025916 | | 27JUN86 | 100102 |
| 14,252.37 DR | | | 089000900 | 000025866 | CHECK | 27JUN86 | 100614 |
| 16,676.44 DR | | | 089011929 | 000000000 | 2ND QTR | 27JUN86 | 100705 |
| 17,777.99 DR | | | 089000900 | 000025899 | CHECK | 27JUN86 | 100611 |
| 30,000.00 CR | | | 089001265 | 000000000 | KW BATTERY | 27JUN86 | 100601 |
| 30,000.00 DR | | | 089007409 | 000000000 | KW BATTERY | 27JUN86 | 100606 |
| 31,195.18 DR | | | 089011910 | 000000000 | 2ND QTR | 27JUN86 | 100703 |
| 34,991.54 CR | | | 089000900 | 000025919 | | 27JUN86 | 100114 |
| 34,999.54 DR | | | 000501530 | 000000000 | MT 25061241 | 27JUN86 | 100116 |
| 41,599.00 DR | | | 089000900 | 000025887 | CHECK | 27JUN86 | 100617 |
| 50,000.00 DR | | | 000501530 | 000000000 | CTG 260646027 | 27JUN86 | 100211 |
| 50,000.00 CR | | | 089007409 | 000000000 | CTG 260646027 | 27JUN86 | 100213 |
| 63,884.56 CR | | | 089070526 | 000000000 | TOTAL | 27JUN86 | 100207 |
| 67,187.89 CR | | | 089001222 | 000000000 | DEPRECIATION | 27JUN86 | 100706 |
| 75,000.00 DR | | | 000504408 | 000000000 | TSFR TO HARRIS | 27JUN86 | 100308 |
| 75,000.00 CR | | | 089007409 | 000000000 | BELMONT | 27JUN86 | 100316 |
| 77,794.09 CR | | | 089007409 | 000000000 | CLEARING | 27JUN86 | 100607 |
| 83,257.93 DR | | | 000534404 | 000000000 | FEDS | 27JUN86 | 100201 |
| 101,177.00 CR | | | 000501530 | 000000000 | CDT NY | 26JUN86 | 100103 |
| 101,177.00 DR | | | 089001222 | 000000000 | CDT LDN | 27JUN86 | 100108 |
| 150,000.00 DR | | | 000504408 | 000000000 | TSFR TO CITIBANK | 27JUN86 | 100307 |
| 150,000.00 CR | | | 089007409 | 000000000 | BELMONT | 27JUN86 | 100315 |
| 205,063.37 DR | | | 000534447 | 000000000 | FEDS | 27JUN86 | 100205 |
| 225,000.00 CR | | | 000504408 | 000000000 | TSFR FROM DEP | 27JUN86 | 100314 |
| 225,000.00 DR | | | 089007409 | 000000000 | BELMONT | 27JUN86 | 100306 |
| 275,000.00 CR | | | 000501530 | 000000000 | TT 2848 | 27JUN86 | 100406 |
| 275,022.00 DR | | | 089007409 | 000000000 | AUTOTYPE | 27JUN86 | 100404 |
| 400,000.00 CR | | | 000539724 | 000000000 | REPAYMENT | 27JUN86 | 100209 |
| 400,000.00 DR | | | 089007409 | 000000000 | SIX FLAGS | 27JUN86 | 100210 |
| 410,126.74 DR | | | 000534420 | 000000000 | FEDS | 27JUN86 | 100202 |
| 467,349.00 DR | | | 089001265 | 000000000 | DEUTZ ALLIS | 27JUN86 | 100317 |
| 467,349.00 CR | | | 089007409 | 000000000 | DEUTZ ALLIS | 27JUN86 | 100309 |
| 672,483.47 DR | | | 000534439 | 000000000 | FED | 27JUN86 | 100204 |
| 2,145,000.00 CR | | | 089008200 | 000000000 | QUAKER OATS | 27JUN86 | 100301 |
| 2,145,000.00 DR | | | 089009703 | 000000000 | QUAKER OATS | 27JUN86 | 100310 |
| 2,870,887.20 DR | | | 000534412 | 000000000 | FEDS | 27JUN86 | 100203 |
| 4,241,818.71 CR | | | 089007409 | 000000000 | PLACID | 27JUN86 | 100217 |
| 5,222,000.00 DR | | | 089001222 | 000000000 | TSFR FROM TNT | 27JUN86 | 100216 |
| 5,222,000.00 CR | | | 089007409 | 000000000 | TSFR TO NY | 27JUN86 | 100215 |
| 6,000,000.00 CR | | | 089001265 | 000000000 | TOTAL | 27JUN86 | 100208 |
| 6,063,884.56 DR | | | 089007409 | 000000000 | TOTAL | 27JUN86 | 100206 |

CURRENCY ENTRY TOTAL IS 000088 DEBIT TOTAL IS 19,664,577.06 CREDIT TOTAL IS 19,664,577.06

END OF PRINTOUT A207 CHICAGO BCH

PwC-NWB 0000929

CHICAGO BCH A207 NON-DEALING TRANSACTIONS 3Y 24SEP86 3

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** US DOLLAR 140 | | | | | | | |
| 5,500.00 DR | | | 000501530 | 000000000 | UTFPA86092300267 | 24SEP86 | 100602 |
| 6,096.94 CR | | | 089008200 | 000000000 | VALERO | 24SEP86 | 100907 |
| 6,096.94 DR | | | 089009703 | 000000000 | VALERO | 24SEP86 | 100906 |
| 7,437.52 DR | | | 089011902 | 000000000 | 3RD QUARTER | 24SEP86 | 100913 |
| 7,865.76 DR | | | 089011937 | 000000000 | 3RD QUARTER | 24SEP86 | 100912 |
| 8,040.00 CR | | | 089007409 | 000000000 | UTFPA86092401010 | 24SEP86 | 100402 |
| 8,055.00 DR | | | 000501530 | 000000000 | UTFPA86092401010 | 24SEP86 | 100403 |
| 8,656.70 DR | | | 000509205 | 000001008 | CHECK | 24SEP86 | 100207 |
| 8,700.29 DR | | | 089007409 | 000000000 | CKS PAID IN | 24SEP86 | 100917 |
| 8,886.10 DR | | | 089007409 | 000000000 | CELFOR/CLARK | 24SEP86 | 100202 |
| 8,886.10 CR | | | 089011821 | 000000000 | CELFOR/CLARK | 24SEP86 | 100201 |
| 8,976.69 DR | | | 089000900 | 000026646 | CHECK | 24SEP86 | 100215 |
| 10,000.00 CR | | | 000503800 | 000000000 | REV | 24SEP86 | 101016 |
| 10,036.22 DR | | | 000509205 | 000001014 | CHECK | 24SEP86 | 100218 |
| 11,500.00 DR | | | 000501530 | 000000000 | UTFPA86092300024 | 24SEP86 | 100505 |
| 11,500.00 CR | | | 089007409 | 000000000 | UTFPA86092300024 | 24SEP86 | 100503 |
| 14,985.00 CR | | | 089007409 | 000000000 | UTFPA86092301257 | 24SEP86 | 100517 |
| 15,000.00 DR | | | 000501530 | 000000000 | UTFPA86092301257 | 24SEP86 | 100516 |
| 15,985.00 CR | | | 089007409 | 000000000 | PACXH 500607 | 24SEP86 | 100405 |
| 16,000.00 DR | | | 000501530 | 000000000 | PACXH 500607 | 24SEP86 | 100404 |
| 18,673.29 DR | | | 089011929 | 000000000 | 3RD QUARTER | 24SEP86 | 100911 |
| 22,495.91 DR | | | 089007409 | 000000000 | FMCO | 24SEP86 | 100811 |
| 22,495.91 CR | | | 089070526 | 000000000 | FMC | 24SEP86 | 100810 |
| 25,597.60 DR | | | 089000900 | 000026664 | CHECK | 24SEP86 | 100205 |
| 27,286.92 DR | | | 089011910 | 000000000 | 3RD QUARTER | 24SEP86 | 100910 |
| 35,046.61 DR | | | 089000900 | 000026623 | CHECK | 24SEP86 | 100206 |
| 42,163.92 DR | | | 089008200 | 000000000 | PLACID | 24SEP86 | 100909 |
| 42,163.92 CR | | | 089009703 | 000000000 | PLACID | 24SEP86 | 100908 |
| 50,637.75 CR | | | 000546208 | 000000000 | REPAY | 24SEP86 | 100805 |
| 50,637.75 DR | | | 089007409 | 000000000 | VALERO | 24SEP86 | 100804 |
| 61,263.49 CR | | | 089001222 | 000000000 | DEPRECIATION | 24SEP86 | 100914 |
| 66,051.82 DR | | | 089007409 | 000000000 | FMC | 24SEP86 | 100110 |
| 66,051.82 CR | | | 089070526 | 000000000 | FMC | 24SEP86 | 100109 |
| 70,904.99 CR | | | 089000900 | 000026700 | | 24SEP86 | 100803 |
| 71,005.58 DR | | | 089070100 | 000000000 | GENERATED L/E | 24SEP86 | 950000 |
| 73,432.70 CR | | | 089007409 | 000000000 | UTFPA86092301309 | 24SEP86 | 100514 |
| 73,447.70 DR | | | 000501530 | 000000000 | UTFPA86092301309 | 24SEP86 | 100515 |
| 75,000.00 DR | | | 000501530 | 000000000 | UTFPA86092201675 | 24SEP86 | 100412 |
| 75,000.00 CR | | | 089007409 | 000000000 | UTFPA86092201675 | 24SEP86 | 100414 |
| 110,192.57 CR | | | 089007409 | 000000000 | CLEARING | 24SEP86 | 100203 |
| 200,000.00 CR | | | 089001222 | 000000000 | TSF TO TNT | 24SEP86 | 100916 |
| 200,000.00 DR | | | 089007409 | 000000000 | TSF FROM NY | 24SEP86 | 100915 |
| 257,870.79 CR | | | 000501530 | 000000000 | TT 2947 | 22SEP86 | 100903 |
| 257,900.79 DR | | | 089007409 | 000000000 | DRG | 22SEP86 | 100904 |
| 443,181.82 DR | | | 000514705 | 000000000 | FEDS | 24SEP86 | 100812 |
| 443,181.82 CR | | | 089007409 | 000000000 | FMC CORP | 24SEP86 | 100813 |

CURRENCY ENTRY TOTAL IS 000143 DEBIT TOTAL IS 1,612,782.77 CREDIT TOTAL IS 1,612,782.77

END OF PRINTOUT A207 . CHICAGO BCH

PwC-NWB 0000930

.D12

56 : CP11 LP16 132 x 64

CHICAGO BCH A207 NON-DEALING TRANSACTIONS SY 31DEC86 3

***** US DOLLAR 140

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| 2,558.75 CR | | | 089070526 | 000000000 | JOHN EWING | 31DEC86 | 100703 |
| 2,835.77 DR | | | 089070526 | 000000000 | FIRESTONE ACCRUALS | 31DEC86 | 101504 |
| 2,835.77 CR | | | 089072561 | 000000000 | FIRESTONE ACCRUALS | 31DEC86 | 101502 |
| 3,302.00 DR | | | 000501530 | 000000000 | UTFPA 861230000B: | 31DEC86 | 100317 |
| 3,302.00 CR | | | 089007409 | 000000000 | UTFPA 861230000B1 | 31DEC86 | 100315 |
| 3,908.49 DR | | | 089070100 | 000000000 | GENERATED L/E | 31DEC86 | 950000 |
| 4,735.57 CR | | | 089070526 | 000000000 | VALERO | 31DEC86 | 101202 |
| 5,000.00 DR | | | 000501530 | 000000000 | UTFPA 86123000202 | 31DEC86 | 100401 |
| 5,000.00 CR | | | 089007409 | 000000000 | UTFPA 86123000202 | 31DEC86 | 100403 |
| 5,239.74 CR | | | 089070526 | 000000000 | VALERO | 31DEC86 | 101205 |
| 5,814.79 DR | | | 089007409 | 000000000 | VALERO | 31DEC86 | 101208 |
| 6,315.81 CR | | | 089007409 | 000000000 | STFBR86122950803 | 31DEC86 | 100404 |
| 6,330.81 DR | | | 000501530 | 000000000 | STFBR86122950803 | 31DEC86 | 100405 |
| 7,000.00 DR | | | 000530700 | 000000126 | CHECK | 31DEC86 | 101111 |
| 7,000.00 DR | | | 089015800 | 000000000 | ACCRUAL | 31DEC86 | 101214 |
| 7,437.26 DR | | | 089011902 | 000000000 | 4TH QTR | 31DEC86 | 100717 |
| 8,317.54 CR | | | 089070526 | 000000000 | VALERO | 31DEC86 | 101201 |
| 8,591.97 DR | | | 089006925 | 000000000 | SEARS | 31DEC86 | 100807 |
| 8,591.97 CR | | | 089072839 | 000000000 | SEARS | 31DEC86 | 100809 |
| 9,383.42 DR | | | 089011937 | 000000000 | 4TH QTR | 31DEC86 | 100715 |
| 9,414.37 DR | | | 000501530 | 000000000 | STFBR86122950335 | 31DEC86 | 100506 |
| 9,414.37 CR | | | 089007409 | 000000000 | STFBR86122950335 | 31DEC86 | 100508 |
| 9,743.06 DR | | | 089000900 | 000027725 | CHECK | 31DEC86 | 101118 |
| 9,985.00 CR | | | 089007409 | 000000000 | STFBR86122951035 | 31DEC86 | 100310 |
| 10,000.00 DR | | | 000501530 | 000000000 | STFBR86122951035 | 31DEC86 | 100311 |
| 10,127.55 DR | | | 000546208 | 000000000 | FEDS | 31DEC86 | 100302 |
| 10,127.55 CR | | | 089007409 | 000000000 | VALERO | 31DEC86 | 100301 |
| 10,609.49 DR | | | 089000900 | 000027728 | CHECK | 31DEC86 | 101115 |
| 11,021.27 DR | | | 089011953 | 000000000 | 4TH QTR | 31DEC86 | 100713 |
| 12,935.87 CR | | | 089008200 | 000000000 | FMC | 31DEC86 | 101106 |
| 12,935.87 DR | | | 089009703 | 000000000 | FMC | 31DEC86 | 101103 |
| 13,389.20 CR | | | 089013506 | 000000000 | REVALUATION | 31DEC86 | 950000 |
| 13,389.20 DR | | | 089070100 | 000000000 | REVALUATION | 31DEC86 | 950000 |
| 14,453.53 CR | | | 089070526 | 000000000 | VALERO | 31DEC86 | 101203 |
| 15,059.05 CR | | | 089072553 | 000000000 | SEARS | 31DEC86 | 100817 |
| 15,291.75 DR | | | 000501530 | 000000000 | UTFPA 86123001414 | 31DEC86 | 100505 |
| 15,291.75 CR | | | 089007409 | 000000000 | UTFPA 86123001414 | 31DEC86 | 100503 |
| 15,800.00 DR | | | 089014618 | 000000000 | ACCRUAL | 31DEC86 | 101211 |
| 18,326.74 DR | | | 089001265 | 000000000 | SLOUGH PARKS | 31DEC86 | 100208 |
| 18,326.74 CR | | | 089007409 | 000000000 | SLOUGH PARKS | 31DEC86 | 100207 |
| 19,194.96 DR | | | 089011929 | 000000000 | 4TH QTR | 31DEC86 | 100714 |
| 19,500.00 DR | | | 089012623 | 000000000 | ACCRUAL | 31DEC86 | 101212 |
| 21,220.90 CR | | | 089007409 | 000000000 | SEARS | 31DEC86 | 100811 |
| 22,069.23 DR | | | 089007409 | 000000000 | FMC | 31DEC86 | 100304 |
| 22,069.23 CR | | | 089070526 | 000000000 | FMC | 31DEC86 | 100303 |
| 24,046.82 CR | | | 089001702 | 000000000 | REIM EDNA | 31DEC86 | 100702 |
| 27,204.71 DR | | | 089001508 | 000000000 | INCOME 12-31 | 31DEC86 | 101602 |
| 27,204.71 CR | | | 089011821 | 000000000 | INCOME 12-31 | 31DEC86 | 101601 |
| 27,506.64 DR | | | 089007409 | 000000000 | VALERO | 31DEC86 | 101204 |
| 30,989.58 DR | | | 089001265 | 000000000 | SLOUGH PARKS | 31DEC86 | 100209 |
| 30,989.58 CR | | | 089007409 | 000000000 | SLOUGH PARKS | 31DEC86 | 100210 |
| 34,073.19 DR | | | 000501530 | 000000000 | UTFPA 86123000110 | 31DEC86 | 100412 |

PwC-NWB 0000931

CHICAGO BCH A207 NON-DEALING TRANSACTIONS 3Y 31DEC86

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** US DOLLAR 140 | | | | | | | |
| 34,073.19 CR | | | 089007409 | 000000000 | UTFPA 86123000110 | 31DEC86 | 100414 |
| 35,147.86 DR | | | 089011910 | 000000000 | 4TH.QTR | 31DEC86 | 100716 |
| 41,696.96 DR | | | 089006976 | 000000000 | SEARS | 31DEC86 | 100812 |
| 41,696.96 CR | | | 089072839 | 000000000 | SEARS | 31DEC86 | 100814 |
| 45,573.98 CR | | | 000546232 | 000000000 | REPAYMENT | 31DEC86 | 100214 |
| 45,573.98 DR | | | 089007409 | 000000000 | VALERO | 31DEC86 | 100213 |
| 46,000.00 CR | | | 089008200 | 000000000 | FMC L/C 216 | 31DEC86 | 101107 |
| 46,000.00 DR | | | 089009703 | 000000000 | FMC L/C 216 | 31DEC86 | 101108 |
| 47,906.00 CR | | | 089001001 | 000000000 | ACCRUAL | 31DEC86 | 101301 |
| 51,323.17 CR | | | 089006941 | 000000000 | SEARS | 31DEC86 | 100810 |
| 55,043.18 CR | | | 089007409 | 000000000 | FMC | 31DEC86 | 101404 |
| 55,043.18 DR | | | 089070526 | 000000000 | FMC | 31DEC86 | 101403 |
| 55,993.28 CR | | | 089001222 | 000000000 | CAPITAL FUNDING | 31DEC86 | 100802 |
| 55,993.28 DR | | | 089072405 | 000000000 | 4TH QTR | 31DEC86 | 100801 |
| 64,176.35 DR | | | 000504408 | 000000000 | TSFR TO HARRIS CHG | 31DEC86 | 100308 |
| 64,176.35 CR | | | 000504408 | 000000000 | TSFR FROM DEPOSIT | 31DEC86 | 100306 |
| 64,176.35 DR | | | 089007409 | 000000000 | BELMONT | 31DEC86 | 100305 |
| 64,176.35 CR | | | 089007409 | 000000000 | BELMONT | 31DEC86 | 100307 |
| 67,750.00 DR | | | 000501530 | 000000000 | UTFPA 86123000734 | 31DEC86 | 100406 |
| 67,750.00 CR | | | 089007409 | 000000000 | UTFPA 86123000583 | 31DEC86 | 100408 |
| 70,736.33 DR | | | 089007409 | 000000000 | SEARS | 31DEC86 | 100806 |
| 82,184.77 CR | | | 089001222 | 000000000 | DEPRECIATION | 31DEC86 | 100718 |
| 83,963.00 CR | | | 089008200 | 000000000 | FMC | 31DEC86 | 101105 |
| 83,963.00 DR | | | 089009703 | 000000000 | FMC | 31DEC86 | 101102 |
| 134,583.69 DR | | | 089001265 | 000000000 | SLOUGH PARKS | 31DEC86 | 100206 |
| 134,583.69 CR | | | 089007409 | 000000000 | SLOUGH PARKS | 31DEC86 | 100205 |
| 156,750.00 CR | | | 000505129 | 000000000 | WRITE OFF | 31DEC86 | 100516 |
| 158,305.00 CR | | | 000501530 | 000000000 | CSWFX86123190262 | 31DEC86 | 100510 |
| 158,365.00 DR | | | 089001222 | 000000000 | CDT LDN | 31DEC86 | 100509 |
| 252,146.95 CR | | | 089007409 | 000000000 | SEARS | 31DEC86 | 100815 |
| 282,242.88 DR | | | 089000900 | 000027699 | CHECK | 31DEC86 | 101112 |
| 285,200.00 CR | | | 000527327 | 000000000 | REPAYMENT | 31DEC86 | 100211 |
| 285,200.00 DR | | | 089007409 | 000000000 | MCMORAN | 31DEC86 | 100212 |
| 312,048.79 CR | | | 089007409 | 000000000 | CLEARING | 31DEC86 | 101109 |
| 328,331.44 CR | | | 089015126 | 000000000 | BLOCKER | 31DEC86 | 100513 |
| 328,331.44 DR | | | 089016718 | 000000000 | BLOCKER | 31DEC86 | 100514 |
| 350,000.00 CR | | | 089006607 | 000000000 | TSF TO TNT | 31DEC86 | 100104 |
| 350,000.00 DR | | | 089007409 | 000000000 | FEDERAL RESERVE | 31DEC86 | 100105 |
| 381,481.33 DR | | | 089001222 | 000000000 | REIM EONA HRO | 31DEC86 | 100902 |
| 381,481.33 CR | | | 089001702 | 000000000 | REIM EONA | 31DEC86 | 100803 |
| 410,748.82 CR | | | 000513725 | 000000000 | REPAYMENT | 31DEC86 | 100704 |
| 439,527.84 DR | | | 089007409 | 000000000 | CKS PAID IN | 31DEC86 | 100701 |
| 450,000.00 CR | | | 089001222 | 000000000 | TSF TO TNT | 31DEC86 | 100512 |
| 450,000.00 DR | | | 089007409 | 000000000 | TSF FROM NY | 31DEC86 | 100511 |
| 496,875.66 CR | | | 089007018 | 000000000 | SEARS | 31DEC86 | 100816 |
| 622,392.00 DR | | | 089011104 | 000000000 | OAR CORP. | 31DEC86 | 100603 |
| 622,392.00 CR | | | 089015126 | 000000000 | OAR CORP. | 31DEC86 | 100602 |
| 632,884.18 CR | | | 089011821 | 000000000 | ACCRUAL 12-31 | 31DEC86 | 101603 |
| 632,884.18 DR | | | 089070534 | 000000000 | ACCRUAL 12-31 | 31DEC86 | 101604 |
| 758,592.70 DR | | | 089070518 | 000000000 | ACCT ACCRUAL | 31DEC86 | 961002 |
| 758,592.70 CR | | | 089072561 | 000000000 | ACCT ACCRUAL | 31DEC86 | 961001 |
| 764,081.66 DR | | | 089007409 | 000000000 | SEARS | 31DEC86 | 100813 |

PwC-NWB 0000932

.E10

**Exhibit C**

# New York Depreciation Related Entry – March 27, 1986

**New York Depreciation Related Entry - March 27, 1986**
**in U.S.$**

| Account | Name | New York Dr. | New York Cr. |
|---|---|---|---|
| **NY - Depreciation Expense** | | | |
| 89011902 | Dep. Freehold Prem. | 86,571.00 | |
| 89011945 | Dep. Bank Cars | 20,611.44 | |
| 89011961 | Dep. Mech. Equip. Staff | 26,311.18 | |
| 89011929 | Dep. F&F | 57,885.15 | |
| 89011953 | Dep. F&F Staff | 111,387.91 | |
| 89011910 | Dep. Leasehold Prem | 150,724.70 | |
| 89011937 | Dep. Comp. & O.E. | 152,148.47 | |
| | | 605,639.85 | |
| **Current Account** | | | |
| 00151009 | Chicago Current Account | 85,306.41 | |
| 00151904 | San Fran Current Account | 11,491.74 | |
| | | 96,798.15 | |
| **Accumulated Depreciation** | | | |
| 89010108 | Res. Dep. F&F Staff | | (130,262.09) |
| 89010116 | Res. Dep. Bank Cars | | (22,913.09) |
| 89010124 | Res. Dep. Comp. &O.E. | | (163,537.63) |
| 89010132 | Res. Dep. Freehld Staf | | (96,925.45) |
| 89010140 | Res. Dep. Lease Improve | | (183,909.14) |
| 89010159 | Res Dep. Mech Equip St | | (37,364.30) |
| 89010167 | Res. Dep. Furn & Fitt | | (67,526.30) |
| | | 702,438.00 | (702,438.00) |

**Note:**
Schedule above shows the first quarter 1986 depreciation related entry recorded in New York's books.

**Source:**
New York A207, Non-Dealing Transactions report (attached hereto).

NEW YORK A209 NON-DEALING TRANSACTIONS BY 27MAR86 27

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** USA DOLLAR 140 | | | | | | | |
| 10,815.28 DR | | | 000150509 | 270044420 | WOODHLD LTD | 27MAR86 | 972973 |
| 10,891.72 CR | | | 000151203 | 270018030 | DRESDNER BANK AG | 27MAR86 | 971750 |
| 10,905.13 CR | | | 000151203 | 270025390 | SWISS BANK CORPORA | 27MAR86 | 972073 |
| 10,910.20 CR | | | 089001206 | 000000001 | | 27MAR86 | 010253 |
| 10,921.16 CR | | | 000151203 | 270045220 | VEREINS-UND WESTBA | 27MAR86 | 973027 |
| 11,000.00 CR | | | 000151203 | 270042730 | BARCLAYS BANK PLC | 27MAR86 | 972872 |
| 11,000.00 DR | | | 000151807 | 270023430 | CHASEBKNY | 27MAR86 | 971979 |
| 11,000.15 CR | | | 000151203 | 270065690 | SVENSKA HANDELSBAN | 27MAR86 | 973819 |
| 11,023.92 DR | | | 000150509 | 270006270 | GNSTR CONT COR | 27MAR86 | 971422 |
| 11,034.98 CR | | | 000042501 | 270030420 | COUTTS & COMPANY | 27MAR86 | 972289 |
| 11,207.34 DR | | | 000150509 | 260025430 | SEATTLE FIRST NATI | 27MAR86 | 970856 |
| 11,207.34 DR | | | 000150509 | 260025440 | FIRST NATIONAL BAN | 27MAR86 | 970857 |
| 11,207.34 CR | | | 089001230 | 270063140 | PAYMENT SERVICES D | 27MAR86 | 973696 |
| 11,307.92 CR | | | 000151203 | 270071900 | INTERDEPARTMENTALS | 27MAR86 | 974089 |
| 11,491.74 DR | | | 000151904 | 000003299 | | 27MAR86 | 102301 |
| 11,552.00 CR | | | 000013803 | 270033340 | HILL SAMUEL AND CO | 27MAR86 | 972431 |
| 11,568.73 DR | | | 089018400 | 270039780 | RETURN OF FUNDS | 27MAR86 | 972685 |
| 11,568.73 CR | | | 089018400 | 270017700 | THE CHASE MANHATTA | 27MAR86 | 971732 |
| 11,595.68 DR | | | 000151203 | 260045690 | CTG260335409 | 27MAR86 | 971204 |
| 11,679.53 CR | | | 000151203 | 270044290 | BARCLAYS BANK PLC | 27MAR86 | 972966 |
| 11,695.00 CR | | | 000151602 | 270044270 | HANDELSBANK N.W. | 27MAR86 | 972964 |
| 11,708.09 DR | | | 000151815 | 000010766 | CHECK | 27MAR86 | 010178 |
| 11,777.38 CR | | | 089072820 | 000010607 | TOKYO 99 | 27MAR86 | 106109 |
| 11,790.04 CR | | | 000152102 | 270050510 | THE MITSUI BANK LT | 27MAR86 | 973288 |
| 11,805.56 CR | | | 000150118 | 270041540 | WESTDEUTSCHE LANDE | 27MAR86 | 972799 |
| 11,859.00 CR | | | 000151203 | 270042910 | LLOYDS BANK PLC | 27MAR86 | 972880 |
| 11,866.67 DR | | | 000150509 | 270012580 | COLSM FIN CORP | 27MAR86 | 971540 |
| 11,870.00 DR | | | 000151203 | 260048670 | MELLONBKNY | 27MAR86 | 971218 |
| 11,926.36 CR | | | 000035106 | 000000000 | DEPOSITS | VARIOUS | 020171 |
| 11,967.61 DR | | | 000067202 | 000000765 | CHECK | 27MAR86 | 010004 |
| 11,975.00 CR | | | 000151203 | 270067680 | BANCO DO BRASIL SA | 27MAR86 | 973910 |
| 11,980.80 DR | | | 000064203 | 000015579 | CHECK | 27MAR86 | 010191 |
| 12,000.00 CR | | | 000150703 | 270014760 | CENTRAL BANK OF MA | 27MAR86 | 971635 |
| 12,000.00 DR | | | 000151203 | 260045000 | CTG260335541 | 27MAR86 | 971201 |
| 12,000.00 CR | | | 089001230 | 270070060 | FOREIGN EXCHANGE | 27MAR86 | 974009 |
| 12,017.17 CR | | | 000151203 | 000000000 | CITI NA SAN | 27MAR86 | 106413 |
| 12,017.17 DR | | | 089007409 | 000000000 | OS | 27MAR86 | 106406 |
| 12,152.07 DR | | | 000005509 | 270040710 | BARCLAYS BANK PLC | 27MAR86 | 972744 |
| 12,404.00 DR | | | 000151203 | 260037690 | PAHXE2157 | 27MAR86 | 971103 |
| 12,479.66 DR | | | 000150509 | 250033200 | BKNOVASCOTIANY | 27MAR86 | 970124 |
| 12,479.66 DR | | | 000150509 | 250033220 | STANDARD CHARTERED | 27MAR86 | 970125 |
| 12,479.66 DR | | | 000150509 | 250033230 | BANK OF CALIFORNIA | 27MAR86 | 970126 |
| 12,500.00 DR | | | 000151300 | 000741272 | CHECK | 27MAR86 | 010193 |
| 12,500.00 CR | | | 000151602 | 270070120 | BANK OF EAST ASIA | 27MAR86 | 974012 |
| 12,638.89 CR | | | 089000439 | 270066140 | BROKEN HILL PROPRI | 27MAR86 | 973845 |
| 12,700.00 CR | | | 000032700 | 000000000 | DEPOSITS | 28MAR86 | 020184 |
| 12,765.63 CR | | | 000151203 | 270017030 | CATER ALLEN PLC | 27MAR86 | 971696 |
| 12,772.22 CR | | | 000151203 | 270041450 | LONDON INTERSTATE | 27MAR86 | 972792 |
| 12,800.00 DR | | | 000013803 | 250040680 | GRND2L8125NORDPP | 27MAR86 | 970169 |
| 12,986.00 CR | | | 000005509 | 270049790 | BANK OF NEW PROVID | 27MAR86 | 973253 |
| 13,006.08 CR | | | 000150509 | 270048340 | LLOYDS BANK PLC | 27MAR86 | 973191 |
| 13,029.64 DR | | | 000000507 | 000000049 | CHECK | 27MAR86 | 010036 |

PwC-NWB 0000933

D14

58-1 CP11 CP16 137 X 64

NEW YORK A207 NON-DEALING TRANSACTIONS 3Y 27MAR86 30

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** USA DOLLAR 140 | | | | | | | |
| 18,412.02 DR | | | 000041718 | 000001450 | CHECK | 27MAR86 | 010363 |
| 18,441.68 CR | | | 000152005 | 270064650 | NATIONAL BANK OF F | 27MAR86 | 973756 |
| 18,447.68 CR | | | 000151203 | 270059580 | BANCO DE BILBAO | 27MAR86 | 973561 |
| 18,601.52 DR | | | 089002105 | 000013228 | CHECK | 27MAR86 | 010352 |
| 18,678.90 DR | | | 000150509 | 260025410 | NATIONAL WESTMINST | 27MAR86 | 970854 |
| 19,096.54 DR | | | 000151203 | 260054320 | CITIBANKNY | 27MAR86 | 971241 |
| 19,123.51 CR | | | 000151203 | 270057910 | THOMAS COOK FOREIG | 27MAR86 | 973472 |
| 19,236.60 DR | | | 000150509 | 270044390 | CR SW ZUR | 27MAR86 | 972972 |
| 19,342.31 CR | | | 000057215 | 000003283 | | 27MAR86 | 102402 |
| 19,342.31 DR | | | 089006712 | 000003282 | | 27MAR86 | 102311 |
| 19,523.62 DR | | | 000013803 | 250040690 | GRND2L2561NORDPP | 27MAR86 | 970170 |
| 19,531.25 CR | | | 089011805 | 000000000 | PEMEX 208 | 27MAR86 | 100709 |
| 19,565.00 CR | | | 000151203 | 270022170 | NEDERLANDSCHE MIDD | 27MAR86 | 971916 |
| 19,570.00 DR | | | 000150606 | 270016420 | F. VAN LANSCHOT BA | 27MAR86 | 971675 |
| 19,673.72 CR | | | 000150509 | 270018510 | VOLKSKAS MERCHANT | 27MAR86 | 971775 |
| 19,777.77 DR | | | 000150304 | 260008370 | . | 27MAR86 | 970447 |
| 19,824.23 CR | | | 000013803 | 270009500 | NORDPP5665PEKASS | 27MAR86 | 971440 |
| 19,895.84 CR | | | 000150509 | 270064400 | BANKERS TRUST COMP | 27MAR86 | 973738 |
| 19,929.04 CR | | | 000001007 | 000000000 | DEPOSITS | VARIOUS | 020051 |
| 20,000.00 DR | | | 000032700 | 000002250 | CHECK | 27MAR86 | 010148 |
| 20,000.00 DR | | | 000150304 | 260025570 | . | 27MAR86 | 970868 |
| 20,000.00 CR | | | 000150304 | 270065700 | BANCO DI ROMA PER | 27MAR86 | 973820 |
| 20,000.00 DR | | | 000151203 | 250024820 | PAHXE1883 | 27MAR86 | 970049 |
| 20,000.00 DR | | | 000151203 | 260002750 | MEES2R1509NWBK2L | 27MAR86 | 970310 |
| 20,000.00 DR | | | 000151203 | 260015800 | CTG260330405 | 27MAR86 | 970588 |
| 20,000.00 DR | | | 000151203 | 260016020 | CTG260331692 | 27MAR86 | 970596 |
| 20,000.00 CR | | | 000151203 | 270036400 | ALGEMENE BANK NEDE | 27MAR86 | 972547 |
| 20,000.00 CR | | | 000151203 | 270065400 | CANADIAN IMPERIAL | 27MAR86 | 973798 |
| 20,030.00 CR | | | 000151203 | 270059290 | COUTTS & COMPANY | 27MAR86 | 973547 |
| 20,349.89 CR | | | 000056901 | 270010690 | N.M. ROTHSCHILD & | 27MAR86 | 971458 |
| 20,358.61 DR | | | 000047503 | 000000000 | | 27MAR86 | 105005 |
| 20,358.61 CR | | | 089016807 | 000000000 | | 27MAR86 | 105014 |
| 20,389.00 CR | | | 000151203 | 270041410 | DEUTSCHE-SKANDINAV | 27MAR86 | 972791 |
| 20,571.75 CR | | | 000042501 | 270043040 | COUTTS & COMPANY | 27MAR86 | 972886 |
| 20,611.44 DR | | | 089011945 | 000003291 | | 27MAR86 | 102309 |
| 20,634.16 DR | | | 000151203 | 240048190 | CREDIT COMMERCIAL | 27MAR86 | 970005 |
| 20,664.00 DR | | | 000047309 | 000000000 | NW-DB-6027 | 27MAR86 | 104403 |
| 20,708.33 CR | | | 000154318 | 270010610 | CITIBANK, N.A. MAN | 27MAR86 | 971452 |
| 20,714.65 DR | | | 000151203 | 260011100 | CTG260331339 | 27MAR86 | 970555 |
| 20,798.42 DR | | | 000150509 | 250033190 | BANK OF SCOTLAND | 27MAR86 | 970123 |
| 20,800.14 CR | | | 000151203 | 000000000 | MAZEN AHMED | 27MAR86 | 106313 |
| 20,800.14 DR | | | 089016807 | 000000000 | OS | 27MAR86 | 106304 |
| 20,801.06 CR | | | 000151203 | 270046060 | ALGEMENE BANK NEDE | 27MAR86 | 973076 |
| 20,819.19 CR | | | 000151203 | 270056760 | COMPENSATION | 27MAR86 | 973437 |
| 20,935.00 CR | | | 000151203 | 270059110 | MIDLAND BANK P L C | 27MAR86 | 973539 |
| 20,935.10 CR | | | 000151203 | 270040880 | GRINDLAYS BANK P.L | 27MAR86 | 972758 |
| 20,946.01 CR | | | 000150509 | 270012120 | THE NATIONAL BANK | 27MAR86 | 971520 |
| 21,103.90 DR | | | 000041718 | 000001448 | CHECK | 27MAR86 | 010077 |
| 21,300.00 DR | | | 000150118 | 270017620 | CREDIT DU NORD | 27MAR86 | 971729 |
| 21,439.96 DR | | | 000005509 | 270040700 | N.M. ROTHSCHILD & | 27MAR86 | 972743 |
| 21,481.86 DR | | | 089016807 | 000000000 | CWF | 27MAR86 | 106206 |
| 21,481.86 CR | | | 089016807 | 000000000 | BK AMER INT NY | 27MAR86 | 106215 |

PwC-NWB 0000934

GT4

58-1 CP11 LP15 132 x 64

NEW YORK A207 NON-DEALING TRANSACTIONS 3Y 27MAR86 31

***** USA DOLLAR 140

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| 21,481.86 DR | | | 089018400 | 270068270 | RETURN OF FUNDS | 27MAR86 | 973934 |
| 21,481.86 CR | | | 089018400 | 270030720 | BANK HAPOALIM B M | 27MAR86 | 972298 |
| 21,489.26 CR | | | 000041718 | 270066260 | LLOYDS BANK PLC | 27MAR86 | 973849 |
| 21,660.17 DR | | | 000151203 | 270041050 | CTG270340302 | 27MAR86 | 972768 |
| 21,690.00 DR | | | 000151203 | 260001310 | FX03826084 | 27MAR86 | 970233 |
| 21,704.08 CR | | | 000150509 | 270041120 | COMPAGNIE LUXEMBOU | 27MAR86 | 972772 |
| 21,989.48 DR | | | 000050326 | 270053440 | 10 | 27MAR86 | 973340 |
| 22,000.00 DR | | | 000042501 | 250028250 | LOMBARD BANKING (J | 27MAR86 | 970095 |
| 22,000.00 CR | | | 000151505 | 250028250 | LOMBARD NORTH CENT | 27MAR86 | 970096 |
| 22,261.44 DR | | | 000001007 | 000000414 | CHECK | 27MAR86 | 010327 |
| 22,282.31 CR | | | 089001206 | 000000001 | | 27MAR86 | 010411 |
| 22,310.00 CR | | | 000151203 | 270071140 | KANSALLIS INTERNAT | 27MAR86 | 974063 |
| 22,330.00 CR | | | 000150606 | 270055770 | CITY TRUST COMM A/ | 27MAR86 | 973411 |
| 22,565.39 DR | | | 000032700 | 000000000 | TRANS | 27MAR86 | 104302 |
| 22,565.39 CR | | | 000032905 | 000000000 | TRANS | 27MAR86 | 104310 |
| 22,755.72 DR | | | 000001007 | 000000391 | CHECK | 27MAR86 | 010127 |
| 22,806.02 DR | | | 000001007 | 000000498 | CHECK | 27MAR86 | 010126 |
| 22,824.07 CR | | | 000150509 | 270017250 | SWISS BANK CORPORA | 27MAR86 | 971709 |
| 22,913.09 CR | | | 089010116 | 000003284 | | 27MAR86 | 102318 |
| 23,076.92 DR | | | 000151602 | 270017540 | HONG KONG & SHANGH | 27MAR86 | 971725 |
| 23,305.56 DR | | | 000150509 | 270012990 | HK GVNMT EX FN | 27MAR86 | 971563 |
| 23,466.00 DR | | | 000151203 | 270015190 | CITIBANK NA | 27MAR86 | 971643 |
| 23,500.00 DR | | | 000151807 | 270023440 | MIDLAND BANK PLC | 27MAR86 | 971980 |
| 23,578.00 CR | | | 000151203 | 270061990 | CITY TRUST | 27MAR86 | 973650 |
| 23,995.20 CR | | | 000042501 | 270062370 | MIDLAND BANK P.L.C | 27MAR86 | 973667 |
| 24,100.00 DR | | | 000151203 | 260037590 | PAHXE2147 | 27MAR86 | 971100 |
| 24,100.00 DR | | | 000152005 | 270002710 | IPD 01838/86 | 27MAR86 | 971377 |
| 24,100.00 CR | | | 000152005 | 260037590 | NATIONAL WESTMINST | 27MAR86 | 971101 |
| 24,110.13 CR | | | 000150509 | 270037100 | INTERFIRST BANK DA | 27MAR86 | 972562 |
| 24,268.00 CR | | | 000151203 | 270009180 | FIRST NATIONAL BAN | 27MAR86 | 971439 |
| 24,325.00 DR | | | 000004901 | 260061380 | IMT3535PG | 27MAR86 | 971246 |
| 24,325.00 CR | | | 000151203 | 260061380 | BANK OF NT BUTTERF | 27MAR86 | 971247 |
| 24,496.87 CR | | | 000150509 | 270040410 | CITICORP IVESTMENT | 27MAR86 | 972726 |
| 24,662.00 CR | | | 000150703 | 270044540 | COPENHAGEN HANDELS | 27MAR86 | 972982 |
| 24,714.27 CR | | | 000151203 | 270045800 | MANUFACTURERS HANO | 27MAR86 | 973063 |
| 24,842.03 DR | | | 000151203 | 260052510 | BKOFCANY | 27MAR86 | 971237 |
| 24,955.44 CR | | | 000151203 | 270015250 | NWBK2L4025SKARSS | 27MAR86 | 971644 |
| 24,979.50 DR | | | 000151203 | 250043990 | BKRSTSTNY | 27MAR86 | 970209 |
| 25,000.00 DR | | | 000150509 | 270030900 | NWB HONG KONG | 27MAR86 | 972316 |
| 25,000.00 DR | | | 000151203 | 260022620 | UT/5807 | 27MAR86 | 970782 |
| 25,000.00 DR | | | 000151203 | 270023620 | CTG270340087 | 27MAR86 | 971984 |
| 25,000.00 CR | | | 000151602 | 270030900 | INTERNATIONAL WEST | 27MAR86 | 972317 |
| 25,000.00 CR | | | 000152005 | 270023620 | NATIONAL WESTMINST | 27MAR86 | 971985 |
| 25,031.25 CR | | | 000150118 | 270069570 | MORGAN GUARANTY TR | 27MAR86 | 973988 |
| 25,088.50 CR | | | 000013803 | 000000000 | ALEX BROWN | 27MAR86 | 106314 |
| 25,088.50 DR | | | 089016807 | 000000000 | CRED DU NORD | 27MAR86 | 106305 |
| 25,109.65 CR | | | 000032700 | 000000000 | BK OF NYC | 26MAR86 | 102917 |
| 25,109.65 DR | | | 089016807 | 000000000 | HORNBLOWER | 26MAR86 | 102908 |
| 25,144.14 CR | | | 000150509 | 270032270 | NATIONAL WESTMINST | 27MAR86 | 972397 |
| 25,144.14 DR | | | 000151602 | 270032270 | INTERNATIONAL WEST | 27MAR86 | 972396 |
| 25,386.50 DR | | | 000151203 | 270047080 | AIPCLNSIZ | 27MAR86 | 973124 |
| 25,461.20 CR | | | 000151203 | 270019090 | UNION BANK OF ISRA | 27MAR86 | 971800 |

PwC-NWB 0000935

.H19

58-1 CP11 LP16 132 X 64

NEW YORK A207 NON-DEALING TRANSACTIONS 3Y 27MAR86 32

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** USA DOLLAR 140 | | | | | | | |
| 25,528.77 CR | | | 000151203 | 270062070 | THE BANK OF TOKYO, | 27MAR86 | 973656 |
| 26,000.00 CR | | | 000150118 | 270013990 | UNION BANK OF SWIT | 27MAR86 | 971610 |
| 26,000.00 CR | | | 000150606 | 000000000 | ALLIED BNK | 27MAR86 | 104515 |
| 26,000.00 DR | | | 089016807 | 000000000 | IWB PARIS | 27MAR86 | 104506 |
| 26,135.60 CR | | | 000151203 | 270031730 | CITIBANK, N.A. | 27MAR86 | 972360 |
| 26,311.18 DR | | | 089011961 | 000003297 | | 27MAR86 | 102303 |
| 26,347.72 DR | | | 000020508 | 000000000 | CASH MGMT | 27MAR86 | 103206 |
| 26,347.72 CR | | | 089016807 | 000000000 | CSH MGMT | 27MAR86 | 103212 |
| 26,717.56 CR | | | 000151203 | 270041250 | EUROPEAN BRAZILIAN | 27MAR86 | 972782 |
| 26,945.93 CR | | | 000150509 | 000000000 | REP DALLAS | 27MAR86 | 105409 |
| 26,945.93 DR | | | 089007409 | 000000000 | IWB | 27MAR86 | 105403 |
| 27,228.67 CR | | | 000047503 | 270022920 | AL-AHLI COMMERCIAL | 27MAR86 | 971953 |
| 27,253.67 CR | | | 000151203 | 270048590 | UNITED MIZRAHI BAN | 27MAR86 | 973208 |
| 27,269.27 CR | | | 000150509 | 270036920 | INTERFIRST BANK DA | 27MAR86 | 972558 |
| 27,417.23 DR | | | 000150606 | 260003660 | 25.03.86 | 27MAR86 | 970332 |
| 27,441.67 DR | | | 000150509 | 250025180 | CHEMICALBKNY | 27MAR86 | 970065 |
| 27,515.05 CR | | | 000151203 | 270066290 | BANK OF TOKYO | 27MAR86 | 973850 |
| 27,710.87 CR | | | 000151203 | 270012740 | SOCIETE GENERALE A | 27MAR86 | 971555 |
| 27,981.98 CR | | | 000151602 | 270030800 | BERGEN BANK | 27MAR86 | 972308 |
| 28,000.00 CR | | | 000150304 | 270019150 | MEBCO BANK S.A. | 27MAR86 | 971802 |
| 28,083.12 DR | | | 000151203 | 260032400 | CTG260332035 | 27MAR86 | 971007 |
| 28,101.10 DR | | | 000151602 | 270025900 | PHILADELPHIA INT'L | 27MAR86 | 972090 |
| 28,274.35 CR | | | 000152102 | 270048690 | THE YASUDA TRUST & | 27MAR86 | 973214 |
| 28,278.41 CR | | | 000151203 | 270049690 | BANCO DI NAPOLI. | 27MAR86 | 973249 |
| 28,836.00 DR | | | 000153648 | 260019120 | CAPEL COURT CORP. | 27MAR86 | 970685 |
| 28,878.06 DR | | | 000005509 | 270040730 | CREDIT COMMERCIAL | 27MAR86 | 972746 |
| 28,905.33 DR | | | 000151203 | 270034910 | IP4IC86032700074 | 27MAR86 | 972494 |
| 29,062.50 DR | | | 000150509 | 000000000 | BCA REPBC BOGT | 27MAR86 | 100501 |
| 29,062.50 CR | | | 089016807 | 000000000 | BCA REPBLC | 27MAR86 | 100510 |
| 29,169.45 DR | | | 000151904 | 000000000 | CTG260335489 | 27MAR86 | 100605 |
| 29,169.45 CR | | | 089016807 | 000000000 | CTG260335489 | 27MAR86 | 100612 |
| 29,188.88 DR | | | 000151203 | 853520015 | | 21MAR86 | 101205 |
| 29,188.88 CR | | | 000151203 | 853520015 | | 21MAR86 | 101215 |
| 29,188.88 DR | | | 089016807 | 853520015 | | 21MAR86 | 101206 |
| 29,188.88 CR | | | 089016807 | 853520015 | | 27MAR86 | 101214 |
| 29,293.37 DR | | | 000150509 | 270045070 | HNDLBK NW ZUR | 27MAR86 | 973020 |
| 29,431.00 CR | | | 000151203 | 270058480 | THE DAI-ICHI KANGY | 27MAR86 | 973508 |
| 29,531.25 CR | | | 000047503 | 270054660 | THE UNITED BANK OF | 27MAR86 | 973368 |
| 29,955.29 DR | | | 000150118 | 270045660 | INTERNATIONAL WEST | 27MAR86 | 973054 |
| 29,955.29 CR | | | 000150509 | 270045660 | COUNTY BANK LTD | 27MAR86 | 973055 |
| 29,973.00 CR | | | 000151203 | 270056650 | BARCLAYS BANK PLC | 27MAR86 | 973431 |
| 30,000.00 CR | | | 000029009 | 000000000 | TRANS | 27MAR86 | 104315 |
| 30,000.00 DR | | | 000032700 | 000000000 | TRANS | 27MAR86 | 104307 |
| 30,000.00 DR | | | 000032700 | 000002239 | CHECK | 27MAR86 | 010142 |
| 30,000.00 DR | | | 000151203 | 260049320 | PAHXE02180 | 27MAR86 | 971226 |
| 30,000.00 CR | | | 000151203 | 270023640 | BANQUE SCANDINAVE | 27MAR86 | 971987 |
| 30,000.00 CR | | | 000151203 | 270042650 | ULSTER BANK LTD. | 27MAR86 | 972865 |
| 30,000.00 CR | | | 000151203 | 270067740 | BYBLOS BANK S.A.L. | 27MAR86 | 973914 |
| 30,000.00 DR | | | 000151807 | 260024680 | BANQUE DE GRECE | 27MAR86 | 970837 |
| 30,000.00 CR | | | 000151807 | 260049320 | NATIONAL WESTMINST | 27MAR86 | 971227 |
| 30,000.00 CR | | | 000151904 | 000000000 | SF | 27MAR86 | 106211 |
| 30,000.00 DR | | | 089016807 | 000000000 | SF | 27MAR86 | 106202 |

PwC-NWB 0000936



58-1 CP11 LP16 132 x 64

58-1 CP11 LP16 132 x 64

NEW YORK A207 NON-DEALING TRANSACTIONS 3Y 27MAR86 34

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** USA DOLLAR 140 | | | | | | | |
| 35,000.00 DR | | | 000151203 | 260043330 | UT5868 | 27MAR86 | 971190 |
| 35,051.55 DR | | | 000152404 | 270024700 | 518014 | 27MAR86 | 972045 |
| 35,554.76 DR | | | 000001007 | 000000456 | CHECK | 27MAR86 | 010192 |
| 35,982.00 DR | | | 000061301 | 260055180 | 31753527026 | 27MAR86 | 971242 |
| 36,128.56 DR | | | 000150606 | 260003590 | 25.03.86 | 27MAR86 | 970327 |
| 36,224.59 DR | | | 000151203 | 270033480 | PAHXE02286 | 27MAR86 | 972438 |
| 36,808.20 DR | | | 000151203 | 000000000 | 860690122 | 5MAR86 | 104008 |
| 36,808.20 DR | | | 000151203 | 270062790 | NATIONAL WESTMINST | 27MAR86 | 973678 |
| 36,808.20 CR | | | 000151203 | 000000000 | 860690122 | 27MAR86 | 104017 |
| 36,950.00 CR | | | 000152005 | 270029540 | ALGEMENE BANK NEDE | 27MAR86 | 972249 |
| 37,000.00 CR | | | 000151602 | 260019180 | NATIONAL WESTMINST | 27MAR86 | 970690 |
| 37,000.00 DR | | | 000153648 | 260019180 | NATIONAL WESTMINST | 27MAR86 | 970689 |
| 37,016.43 CR | | | 000150509 | 000000000 | IRVING NY | 27MAR86 | 104514 |
| 37,016.43 DR | | | 089016807 | 000000000 | IWB LDN | 27MAR86 | 104505 |
| 37,176.00 CR | | | 000013803 | 270036740 | STANDARD CHARTERED | 27MAR86 | 972553 |
| 37,364.30 CR | | | 089010159 | 000003290 | | 27MAR86 | 102312 |
| 37,406.25 DR | | | 000041017 | 000000000 | TRAN | 27MAR86 | 103001 |
| 37,406.25 CR | | | 000150509 | 000000000 | TRAN | 27MAR86 | 103011 |
| 37,500.00 DR | | | 000151203 | 260051360 | IP2IC | 27MAR86 | 971236 |
| 37,780.00 CR | | | 000047503 | 270048060 | UBAF BANK LTD | 27MAR86 | 973182 |
| 37,815.57 DR | | | 000151203 | 250046110 | CREDIT COMMERCIAL | 27MAR86 | 970214 |
| 37,840.00 CR | | | 000151203 | 270011810 | ZENTRALSPARKASSE U | 27MAR86 | 971509 |
| 39,134.16 DR | | | 000151203 | 270039090 | CTG270340216 | 27MAR86 | 972656 |
| 39,221.01 CR | | | 000150509 | 270057460 | UNIROYAL INC | 27MAR86 | 973455 |
| 39,231.05 CR | | | 000151203 | 270031820 | BANCA COMMERCIALE | 27MAR86 | 972368 |
| 39,750.76 CR | | | 000151203 | 270060020 | BANK OF TOKYO | 27MAR86 | 973573 |
| 40,000.00 DR | | | 000151203 | 260009780 | NWBK2L1795ULSB2D | 27MAR86 | 970531 |
| 40,000.00 DR | | | 000151203 | 260038290 | FX09276084 | 27MAR86 | 971109 |
| 40,000.00 CR | | | 000151203 | 270042740 | ULSTER BANK LTD. | 27MAR86 | 972873 |
| 40,000.00 CR | | | 000151203 | 270057680 | ALLIED ARAB BANK L | 27MAR86 | 973464 |
| 40,170.00 CR | | | 000013803 | 270046560 | BANK OF IRELAND - | 27MAR86 | 973103 |
| 40,248.63 CR | | | 000152005 | 270039000 | MORGAN GUARANTY TR | 27MAR86 | 972651 |
| 40,333.44 DR | | | 000151904 | 000000000 | CTG270336310 | 27MAR86 | 105305 |
| 40,333.44 CR | | | 089016807 | 000000000 | CTG270336310 | 27MAR86 | 105311 |
| 40,488.97 CR | | | 000151203 | 270035150 | BARCLAYS BANK PLC | 27MAR86 | 972507 |
| 40,611.11 CR | | | 000150509 | 270037430 | MORGAN GUARANTY TR | 27MAR86 | 972574 |
| 40,762.50 CR | | | 000151203 | 270059190 | MIDLAND BANK P L C | 27MAR86 | 973542 |
| 40,953.35 DR | | | 000151203 | 270010720 | IP4IC86032700014 | 27MAR86 | 971461 |
| 40,968.02 CR | | | 000151203 | 270066230 | BANCA ANTONIANA DI | 27MAR86 | 973848 |
| 40,992.64 CR | | | 089001222 | 270070940 | MORGAN GUARANTY TR | 27MAR86 | 974055 |
| 41,092.74 CR | | | 000151203 | 270055740 | BANCO DO BRASIL SA | 27MAR86 | 973409 |
| 41,291.27 CR | | | 000001007 | 000000000 | DEPOSITS | VARIOUS | 020063 |
| 41,380.45 DR | | | 000151203 | 260020140 | CTG260331385 | 27MAR86 | 970696 |
| 41,439.00 CR | | | 000151203 | 270017940 | BANK FUR ARBEIT UN | 27MAR86 | 971745 |
| 41,537.00 DR | | | 000151203 | 250026340 | KOREA FIRST BANK | 27MAR86 | 970093 |
| 41,687.50 CR | | | 000150118 | 270021960 | THE BANK OF NOVA S | 27MAR86 | 971905 |
| 41,805.56 DR | | | 000019100 | 270040640 | LLOYDS BANK PLC | 27MAR86 | 972739 |
| 41,813.36 CR | | | 000150509 | 270010650 | THE CHASE MANHATTA | 27MAR86 | 971456 |
| 41,891.46 CR | | | 000013803 | 270018470 | BANCA TOSCANA | 27MAR86 | 971771 |
| 42,240.00 DR | | | 000013803 | 250005710 | BKNZ2L0528NORDPP | 27MAR86 | 970030 |
| 42,704.63 DR | | | 000151203 | 000000000 | SECX51101DJH | 27MAR86 | 105809 |
| 42,704.63 CR | | | 089016807 | 000000000 | SECX51101DJH | 27MAR86 | 105818 |

PwC-NWB 0000937

K3.4

SB-1 CP11 LP16 132 X 64

NEW YORK 6297 NON-DEALING TRANSACTIONS 3Y 27MAR86 37

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** USA DOLLAR 140 | | | | | | | |
| 56,039.58 DR | | | 000151203 | 270023200 | IP4IC86032700055 | 27MAR86 | 971966 |
| 56,054.25 CR | | | 000151203 | 270042170 | NATIONAL AUSTRALIA | 27MAR86 | 972833 |
| 56,056.83 DR | | | 000150509 | 270030400 | NWB HK | 27MAR86 | 972286 |
| 56,056.83 CR | | | 000150509 | 270068710 | NATIONAL WESTMINST | 27MAR86 | 973957 |
| 56,056.83 DR | | | 000151602 | 270068710 | INTERNATIONAL WEST | 27MAR86 | 973956 |
| 56,056.83 CR | | | 000151602 | 270030400 | INTERNATIONAL WEST | 27MAR86 | 972287 |
| 56,125.00 DR | | | 000004502 | 260011410 | (S67004/086) | 27MAR86 | 970568 |
| 56,135.47 CR | | | 000150509 | 270066880 | INSTITUTO BANCARIO | 27MAR86 | 973872 |
| 56,265.22 DR | | | 000150606 | 260003620 | 25.03.86 | 27MAR86 | 970330 |
| 56,700.00 DR | | | 000151203 | 270026430 | CTG270340213 | 27MAR86 | 972121 |
| 56,812.50 CR | | | 000151203 | 270043070 | NATIONAL AUSTRALIA | 27MAR86 | 972889 |
| 57,142.86 CR | | | 000151203 | 270027050 | SWISS BANK CORPORA | 27MAR86 | 972143 |
| 57,334.00 DR | | | 000151203 | 260056130 | PHILINTBKNY | 27MAR86 | 971243 |
| 57,482.00 DR | | | 000151602 | 270033900 | AUSTRALIA & NEW ZE | 27MAR86 | 972454 |
| 57,885.15 DR | | | 089011929 | 000003293 | | 27MAR86 | 102307 |
| 58,019.45 DR | | | 000016411 | 000000000 | CERT FREIGHT | 27MAR86 | 100305 |
| 58,019.45 CR | | | 089016807 | 000000000 | CERT FREIGHT | 27MAR86 | 100314 |
| 58,247.10 CR | | | 000150509 | 270067960 | BANCO ITAU S.A. | 27MAR86 | 973922 |
| 58,480.00 DR | | | 000025518 | 260021540 | DZK083602 | 27MAR86 | 970730 |
| 58,480.00 CR | | | 000151203 | 260021540 | DEUTSCHE WESTMINST | 27MAR86 | 970731 |
| 58,520.00 DR | | | 000151602 | 270029840 | BANK OF AMERICA NT | 27MAR86 | 972261 |
| 58,594.75 DR | | | 000150509 | 260016830 | BC MEX MEX CTY | 27MAR86 | 970614 |
| 58,635.00 CR | | | 000151203 | 270058270 | BANK OF CREDIT AND | 27MAR86 | 973494 |
| 59,027.78 CR | | | 000150509 | 270041470 | WESTDEUTSCHE LANDE | 27MAR86 | 972793 |
| 59,100.10 CR | | | 000150509 | 270045120 | THE CHASE MANHATTA | 27MAR86 | 973021 |
| 59,238.10 CR | | | 000150509 | 270070030 | MANUFACTURERS HANO | 27MAR86 | 974007 |
| 59,322.08 DR | | | 089072146 | 000000000 | 9570D WITTER | 27MAR86 | 101506 |
| 59,339.53 DR | | | 000151203 | 250037400 | UNION BANK OF SWIT | 27MAR86 | 970142 |
| 59,733.64 DR | | | 000020508 | 000000000 | BKS NYC | 27MAR86 | 103207 |
| 59,733.64 CR | | | 089016807 | 000000000 | BKS NYC | 27MAR86 | 103213 |
| 59,991.03 DR | | | 000151203 | 270033570 | PAHXE02305 | 27MAR86 | 972445 |
| 59,991.03 CR | | | 000151807 | 270033570 | NATIONAL WESTMINST | 27MAR86 | 972446 |
| 60,000.00 DR | | | 000151203 | 260014930 | CTG260331125 | 27MAR86 | 970579 |
| 60,000.00 DR | | | 000151203 | 260027620 | FX05476084 | 27MAR86 | 970927 |
| 60,000.00 CR | | | 000151203 | 270058240 | BANQUE PASCHE S A | 27MAR86 | 973491 |
| 60,000.00 CR | | | 000151203 | 270058950 | SWISS BANK CORPORA | 27MAR86 | 973532 |
| 60,181.25 DR | | | 000150304 | 260008380 | . | 27MAR86 | 970448 |
| 60,537.89 CR | | | 000042501 | 270043350 | COUTTS & COMPANY | 27MAR86 | 972908 |
| 60,862.32 CR | | | 000151203 | 270016900 | CITICORP IVESTMENT | 27MAR86 | 971690 |
| 61,000.00 CR | | | 000151807 | 270059620 | BANKERS TRUST AG | 27MAR86 | 973562 |
| 61,193.07 CR | | | 000151203 | 270039130 | HAMBROS BANK (JERS | 27MAR86 | 972659 |
| 61,588.59 CR | | | 000151203 | 270064220 | BANKERS TRUST COMP | 27MAR86 | 973732 |
| 61,875.00 CR | | | 000152609 | 270037270 | THE BANK OF NOVA S | 27MAR86 | 972569 |
| 62,000.00 DR | | | 000004901 | 270026170 | IMT3534PG | 27MAR86 | 972100 |
| 62,000.00 CR | | | 000151203 | 270026170 | BANK OF NT BUTTERF | 27MAR86 | 972101 |
| 62,228.61 CR | | | 000152102 | 270061750 | THE SUMITOMO BANK, | 27MAR86 | 973643 |
| 62,300.00 CR | | | 000151203 | 270011840 | BANK LEU AG | 27MAR86 | 971512 |
| 62,331.71 CR | | | 000151203 | 270062870 | SWISS BANK CORPORA | 27MAR86 | 973681 |
| 62,839.28 CR | | | 000150509 | 270053820 | HILL, SAMUEL & CO | 27MAR86 | 973349 |
| 62,893.08 CR | | | 000151203 | 270014500 | DEN NORSKE CREDITB | 27MAR86 | 971626 |
| 63,000.00 CR | | | 000150509 | 270014980 | BANQUE SUISSE DE C | 27MAR86 | 971639 |
| 63,156.25 DR | | | 000019100 | 000000000 | REFUND | 27MAR86 | 103002 |

PwC-NWB 0000938

B15

SB-1 CP11 LP16 132 x 64

SB-1 CP11 LP16 132 x 64

NEW YORK A207 NON-DEALING TRANSACTIONS BY 27MAR86 38

**** USA DOLLAR 140

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| 63,156.25 CR | | | 000150509 | 000000000 | REFUND | 27MAR86 | 103012 |
| 63,408.86 DR | | | 000008206 | 260034650 | BANCO URQUIJO UNIO | 27MAR86 | 971041 |
| 63,604.16 DR | | | 000019100 | 270040800 | BARCLAYS BANK PLC | 27MAR86 | 972752 |
| 63,918.18 DR | | | 000151203 | 250037410 | UNION BANK OF SWIT | 27MAR86 | 970143 |
| 63,979.53 CR | | | 000151203 | 270064790 | FINANSBANK LIMITED | 27MAR86 | 973760 |
| 64,218.75 CR | | | 000151203 | 270017760 | MIDLAND BANK P L C | 27MAR86 | 971735 |
| 64,462.90 CR | | | 000008206 | 270023010 | BANKINTER | 27MAR86 | 971958 |
| 64,691.32 DR | | | 000151203 | 270038730 | IP4IC86032700033 | 27MAR86 | 972641 |
| 64,909.24 DR | | | 000038318 | 270001040 | TK 100121403 | 27MAR86 | 971336 |
| 64,909.24 CR | | | 000152102 | 270001040 | KYOWA BANK LTD | 27MAR86 | 971337 |
| 64,959.00 DR | | | 000047309 | 000000000 | NW-DSB-5234 | 27MAR86 | 104402 |
| 64,980.00 CR | | | 000151203 | 270063270 | MELLON BANK N.A. | 27MAR86 | 973705 |
| 65,000.00 DR | | | 000032700 | 000002248 | CHECK | 27MAR86 | 010150 |
| 65,000.00 CR | | | 000151203 | 270031810 | UNION BANK OF SWIT | 27MAR86 | 972367 |
| 65,387.96 DR | | | 000151203 | 260031160 | FX03546085 | 27MAR86 | 970995 |
| 66,740.82 CR | | | 000150606 | 260002000 | IWBKPP1798NWBK2L | 27MAR86 | 970276 |
| 66,740.82 DR | | | 000151203 | 260002000 | IWBKPP1798NWBK2L | 27MAR86 | 970275 |
| 67,206.85 CR | | | 000011614 | 260014620 | CREDIT FACTORING I | 27MAR86 | 970576 |
| 67,206.85 DR | | | 000151203 | 260014620 | CTG260331817 | 27MAR86 | 970575 |
| 67,403.65 CR | | | 000151203 | 270012890 | CITIBANK, N.A. | 27MAR86 | 971561 |
| 67,526.30 CR | | | 089010167 | 000003286 | | 27MAR86 | 102316 |
| 67,813.20 CR | | | 000151602 | 270032200 | BANK OF AMERICA NT | 27MAR86 | 972393 |
| 68,329.81 DR | | | 000150509 | 270040250 | DSC BK TS GVA | 27MAR86 | 972714 |
| 68,541.67 CR | | | 000150509 | 270035190 | JOSIAH WEDGWOOD AN | 27MAR86 | 972511 |
| 69,825.00 DR | | | 000151203 | 260002550 | FX06916029 | 27MAR86 | 970304 |
| 70,000.00 CR | | | 000013803 | 270067599 | PRUDENTIAL-BACHE S | 27MAR86 | 973905 |
| 70,000.00 CR | | | 000150509 | 000000000 | SAGA INTL HOLIDAY | 27MAR86 | 101414 |
| 70,000.00 CR | | | 000151203 | 270042640 | ULSTER BANK LTD. | 27MAR86 | 972864 |
| 70,000.00 CR | | | 000151203 | 270042660 | ULSTER BANK LTD. | 27MAR86 | 972866 |
| 70,000.00 CR | | | 000151203 | 270053320 | LLOYDS BANK PLC | 27MAR86 | 973336 |
| 70,000.00 DR | | | 085016807 | 000000000 | IWB LDN | 27MAR86 | 101405 |
| 71,000.00 DR | | | 000150509 | 260041450 | SBC BASLE 3 | 27MAR86 | 971182 |
| 71,100.00 DR | | | 000151203 | 260001670 | NWBK2L0711SBZAJJ | 27MAR86 | 970257 |
| 71,145.00 DR | | | 000013803 | 250005720 | PB2 612386 2503 | 27MAR86 | 970031 |
| 71,808.00 DR | | | 000013803 | 250005700 | BKNZ2L0528NORDPP | 27MAR86 | 970029 |
| 71,813.28 DR | | | 000151203 | 260001680 | FX03366057 | 27MAR86 | 970258 |
| 71,836.00 CR | | | 000151203 | 270065220 | THE ROYAL BANK OF | 27MAR86 | 973785 |
| 72,034.38 DR | | | 000150509 | 250025160 | SKANDINAVISKA ENSK | 27MAR86 | 970064 |
| 72,134.50 CR | | | 000151203 | 270050420 | MIDLAND BANK LTD O | 27MAR86 | 973283 |
| 72,296.12 CR | | | 000151203 | 270068280 | BARCLAYS BANK PLC | 27MAR86 | 973935 |
| 72,330.00 CR | | | 000151203 | 270022480 | UNION BANK OF ISRA | 27MAR86 | 971939 |
| 72,475.00 CR | | | 000151602 | 270024240 | BANK OF AMERICA NT | 27MAR86 | 972018 |
| 72,550.00 CR | | | 000024007 | 000000000 | FINSBURY | 27MAR86 | 104914 |
| 72,550.00 DR | | | 089015807 | 000000000 | FINSBURY | 27MAR86 | 104905 |
| 72,750.00 DR | | | 000151602 | 270029630 | BANK OF AMERICA NT | 27MAR86 | 972253 |
| 73,200.00 CR | | | 000151602 | 270024210 | BANK OF AMERICA NT | 27MAR86 | 972017 |
| 73,280.00 DR | | | 000151203 | 260031260 | FX09026084 | 27MAR86 | 970996 |
| 73,305.00 DR | | | 000008206 | 260034780 | NATIONAL WESTMINST | 27MAR86 | 971048 |
| 73,305.00 CR | | | 000151203 | 260034780 | BANCO NATWEST MARC | 27MAR86 | 971049 |
| 73,800.00 DR | | | 000151602 | 270022240 | BKOFMAERICANY | 27MAR86 | 971922 |
| 73,825.00 CR | | | 000152005 | 270048540 | CHUNG KHIAW BANK L | 27MAR86 | 973203 |
| 73,825.00 CR | | | 000152005 | 270050110 | NATIONAL AUSTRALIA | 27MAR86 | 973268 |

PwC-NWB 0000939

.C15

NEW YORK A207 NON-DEALING TRANSACTIONS 3Y 27MAR86 40

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** USA DOLLAR 140 | | | | | | | |
| 84,433.86 CR | | | 000152005 | 270065810 | NATWEST LOMBANK CN | 27MAR86 | 973827 |
| 85,000.00 DR | | | 000005509 | 270040720 | BANQUE NATIONALE D | 27MAR86 | 972745 |
| 85,211.26 DR | | | 000042501 | 250028840 | BKOFNYNY | 27MAR86 | 970111 |
| 85,306.41 DR | | | 000151009 | 000003298 | | 27MAR86 | 102302 |
| 85,432.65 CR | | | 189000412 | 270035200 | CANADIAN IMPERIAL | 27MAR86 | 972512 |
| 85,623.00 DR | | | 089001249 | 270050040 | NATIONAL WESTMINST | 27MAR86 | 973265 |
| 85,623.00 CR | | | 089001249 | 000000000 | DOC CRED | 27MAR86 | 104411 |
| 85,755.60 CR | | | 000152609 | 270040930 | FOREIGN EXCHANGE | 27MAR86 | 972762 |
| 86,519.75 CR | | | 000151203 | 270014020 | CO-OPERATIVE BANK | 27MAR86 | 971612 |
| 86,571.00 DR | | | 089011902 | 000003295 | | 27MAR86 | 102305 |
| 87,244.97 CR | | | 000151203 | 270037240 | GRINDLAYS BANK P.L | 27MAR86 | 972567 |
| 87,540.00 DR | | | 000025518 | 260006700 | DZK083455 | 27MAR86 | 970412 |
| 87,540.00 CR | | | 000152404 | 260006700 | DEUTSCHE WESTMINST | 27MAR86 | 970413 |
| 87,750.10 DR | | | 000151203 | 270033690 | IP4IC86032700062 | 27MAR86 | 972449 |
| 87,810.00 DR | | | 000151203 | 260024650 | CAIXBA4635NWBK2L | 27MAR86 | 970835 |
| 87,837.00 CR | | | 000013803 | 270032950 | HILL SAMUEL AND CO | 27MAR86 | 972413 |
| 88,000.00 CR | | | 000150509 | 270035300 | CREDIT SUISSE | 27MAR86 | 972519 |
| 88,635.00 DR | | | 000013803 | 250025950 | NORDPP4665SCBL2L | 27MAR86 | 970086 |
| 88,650.00 CR | | | 000151602 | 270025280 | SHANGHAI COMMERCIA | 27MAR86 | 972067 |
| 89,373.62 CR | | | 000042501 | 270043380 | COUTTS & COMPANY | 27MAR86 | 972910 |
| 89,858.79 DR | | | 000151203 | 260004550 | FINBJJ0779NWBK2L | 27MAR86 | 970366 |
| 90,000.00 DR | | | 089018400 | 270040860 | RETURN OF FUNDS | 27MAR86 | 972757 |
| 90,543.12 DR | | | 000150304 | 260030500 | . | 27MAR86 | 970981 |
| 90,818.17 DR | | | 000151203 | 270033490 | IP4IC86032700048 | 27MAR86 | 972439 |
| 90,986.00 DR | | | 000151203 | 270067460 | NATIONAL WESTMINST | 27MAR86 | 973897 |
| 91,919.40 DR | | | 000151203 | 270030120 | CSDCFDIJC10563 | 27MAR86 | 972272 |
| 92,043.08 CR | | | 000047309 | 270066440 | NATIONAL BANK OF A | 27MAR86 | 973857 |
| 92,691.02 CR | | | 000150509 | 270071020 | CP#6348049 | 27MAR86 | 974059 |
| 93,100.00 CR | | | 000151203 | 270064140 | MORGAN GUARANTY TR | 27MAR86 | 973727 |
| 93,706.59 CR | | | 000151203 | 270037530 | STANDARD BANK OF S | 27MAR86 | 972579 |
| 93,773.75 CR | | | 000151203 | 270037550 | NW X2L3585SBZAJJ | 27MAR86 | 972581 |
| 95,000.00 DR | | | 000151203 | 260033230 | E[illegible]BK2645NWBK2L | 27MAR86 | 971015 |
| 95,000.00 DR | | | 000151300 | 000576819 | CHECK | 27MAR86 | 010215 |
| 96,478.17 DR | | | 000150509 | 270031050 | HILL SAM EC | 27MAR86 | 972322 |
| 96,500.00 CR | | | 000151203 | 270031320 | MIDLAND BANK P.L.C. | 27MAR86 | 972334 |
| 96,775.00 CR | | | 000151203 | 270065940 | HILL, SAMUEL & CO | 27MAR86 | 973833 |
| 96,925.45 CR | | | 089010132 | 000003288 | | 27MAR86 | 102314 |
| 97,238.42 DR | | | 000151203 | 270001240 | FX07776085 | 27MAR86 | 971354 |
| 97,989.94 CR | | | 000151203 | 270042110 | ULSTER BANK LTD. | 27MAR86 | 972829 |
| 98,000.00 DR | | | 089001230 | 860850016 | | 27MAR86 | 101204 |
| 98,000.00 CR | | | 089016807 | 550850016 | | 27MAR86 | 101213 |
| 98,073.55 DR | | | 000150304 | 260022900 | .. | 27MAR86 | 970802 |
| 98,073.55 CR | | | 000150606 | 260022900 | INTERNATIONAL WEST | 27MAR86 | 970803 |
| 98,177.08 CR | | | 000150118 | 270018940 | THE BANK OF HIROSH | 27MAR86 | 971794 |
| 99,000.00 DR | | | 000151203 | 260032580 | CTG260331229 | 27MAR86 | 971008 |
| 99,476.04 DR | | | 000150509 | 250025110 | BANK OF NOVA SCOTI | 27MAR86 | 970060 |
| 99,476.04 DR | | | 000150509 | 250025130 | CITIBANKNY | 27MAR86 | 970061 |
| 99,934.00 CR | | | 000041718 | 270059300 | CHARTERHOUSE JAPHE | 27MAR86 | 973548 |
| 99,988.00 CR | | | 000151203 | 270056370 | ARAB BANK LTD. | 27MAR86 | 973429 |
| 100,000.00 DR | | | 000004502 | 260053980 | INTERNATIONAL WEST | 27MAR86 | 971239 |
| 100,000.00 CR | | | 000004502 | 270012140 | CENTRAL TRUSTEE SA | 27MAR86 | 971521 |
| 100,000.00 DR | | | 000005509 | 000000000 | CITZ COML PHDSAN | 27MAR86 | 105302 |

SB-1 CPI1 LP16 132 x 64

PwC-NWB 0000940



SB-1 CPI1 LP16 132 x 64

NEW YORK A207 NON-DEALING TRANSACTIONS BY 27MAR86 42

***** USA DOLLAR 140

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| 102,827.08 CR | | | 000152005 | 270063070 | ARAB MALAYSIAN DEV | 27MAR86 | 973690 |
| 102,986.00 DR | | | 000151203 | 000000000 | FSW003902146086 | 27MAR86 | 104802 |
| 102,986.00 CR | | | 089016807 | 000000000 | FSW003902146086 | 27MAR86 | 104811 |
| 103,082.00 DR | | | 000152404 | 270007730 | 612444 | 27MAR86 | 971436 |
| 103,118.06 CR | | | 000152005 | 270073530 | CHASE MANHATTAN AS | 27MAR86 | 974105 |
| 103,986.00 DR | | | 000151203 | 000000000 | FSW002602226086 | 27MAR86 | 104605 |
| 103,986.00 CR | | | 089016807 | 000000000 | FSW002602226086 | 27MAR86 | 104614 |
| 104,125.00 CR | | | 000151203 | 270066120 | AMRO BANK ROTTERDA | 27MAR86 | 973844 |
| 104,986.00 DR | | | 000151203 | 000000000 | FSW002902256086 | 27MAR86 | 104601 |
| 104,986.00 CR | | | 089016807 | 000000000 | FSW002902256086 | 27MAR86 | 104610 |
| 105,000.00 DR | | | 000041718 | 270039240 | MORGAN GUARANTY TR | 27MAR86 | 972665 |
| 105,000.00 CR | | | 000151203 | 270021340 | NATIONAL WESTMINST | 27MAR86 | 971882 |
| 105,000.00 DR | | | 000151807 | 270021340 | NATIONAL WESTMINST | 27MAR86 | 971881 |
| 105,169.00 CR | | | 000151203 | 000000000 | 860490078 | 21MAR86 | 104013 |
| 105,169.00 DR | | | 089001230 | 000000000 | 860490078 | 27MAR86 | 104004 |
| 105,836.35 DR | | | 000150304 | 260008680 | . | 27MAR86 | 970468 |
| 106,800.00 CR | | | 000005509 | 270069730 | ROYAL TRUST CORP O | 27MAR86 | 973995 |
| 107,000.00 CR | | | 000069809 | 270023290 | UNION BANK OF ISRA | 27MAR86 | 971969 |
| 107,980.43 CR | | | 000151203 | 270069590 | BANQUE NATIONALE D | 27MAR86 | 973990 |
| 108,000.00 CR | | | 000151203 | 270023900 | CITIBANK, N.A. | 27MAR86 | 972000 |
| 108,406.19 CR | | | 000150908 | 270068250 | FIRST CHICAGO LTD. | 27MAR86 | 973933 |
| 109,765.60 DR | | | 000151203 | 260049000 | CTG260335238 | 27MAR86 | 971221 |
| 110,000.00 CR | | | 000150509 | 270017420 | CHASE MANHATTAN BA | 27MAR86 | 971721 |
| 110,000.00 CR | | | 000151904 | 000000000 | TOKAI BK | 27MAR86 | 104512 |
| 110,000.00 DR | | | 089001249 | 270050300 | RETURN OF FUNDS | 27MAR86 | 973278 |
| 110,000.00 CR | | | 089001249 | 270023130 | SWISS BANK CORPORA | 27MAR86 | 971963 |
| 110,000.00 DR | | | 089016807 | 000000000 | SF | 27MAR86 | 104503 |
| 110,634.22 DR | | | 000150509 | 260040410 | CHS MANH GVA | 27MAR86 | 971138 |
| 110,803.32 DR | | | 000151203 | 270018750 | FXCLN10311/DRBIG | 27MAR86 | 971783 |
| 110,862.50 CR | | | 000151203 | 270047900 | AMRO BANK AMSTERDA | 27MAR86 | 973172 |
| 110,869.75 CR | | | 000151203 | 270017590 | REPUBLIC NATIONAL | 27MAR86 | 971727 |
| 110,937.50 CR | | | 000150509 | 000000000 | BCO INTL | 27MAR86 | 105114 |
| 110,937.50 CR | | | 000151203 | 270068490 | BANCO INTERNACIONA | 27MAR86 | 973946 |
| 110,937.50 DR | | | 089016807 | 000000000 | IWB LDN | 27MAR86 | 105105 |
| 110,986.00 DR | | | 000151203 | 000000000 | FSW002202196086 | 27MAR86 | 104604 |
| 110,986.00 CR | | | 000151203 | 000000000 | WACHOVIA | 27MAR86 | 105512 |
| 110,986.00 DR | | | 089016807 | 000000000 | OS | 27MAR86 | 105503 |
| 110,986.00 CR | | | 089016807 | 000000000 | FSW002202196086 | 27MAR86 | 104613 |
| 111,122.20 DR | | | 000063126 | 000000000 | MORGAN ADVANCE | 27MAR86 | 104308 |
| 111,122.20 CR | | | 089016807 | 000000000 | MORGAN ADVANCE | 27MAR86 | 104316 |
| 111,387.91 DR | | | 089011953 | 000003294 | | 27MAR86 | 102306 |
| 112,073.41 DR | | | 000150509 | 260025360 | SWISS BANK CORPORA | 27MAR86 | 970850 |
| 112,073.41 DR | | | 000150509 | 260025370 | STANDARD CHARTERED | 27MAR86 | 970851 |
| 112,218.16 CR | | | 002042501 | [illegible] | [illegible]ELVES | 27MAR86 | 971819 |
| 112,218.16 DR | | | 000151203 | 270019470 | CTG270341186 | 27MAR86 | 971818 |
| 112,343.75 CR | | | 089010639 | 000000000 | PEMEX 208 | 27MAR86 | 100712 |
| 112,505.14 DR | | | 000001007 | 000000601 | CHECK | 27MAR86 | 010012 |
| 113,059.11 DR | | | 000151203 | 260022500 | UT/5770 | 27MAR86 | 970773 |
| 113,307.62 CR | | | 000025518 | 270037680 | INTERNATIONAL WEST | 27MAR86 | 972592 |
| 113,307.62 DR | | | 000150509 | 270037680 | DEUTSCHE WESTMINST | 27MAR86 | 972591 |
| 113,307.62 DR | | | 000150509 | 270037690 | COUTTS & COMPANY | 27MAR86 | 972593 |
| 113,307.62 DR | | | 000150509 | 270037710 | TOKAI BANK NEDERLA | 27MAR86 | 972594 |

NEW YORK A207 NON-DEALING TRANSACTIONS BY 27MAR86 43

***** USA DOLLAR 140

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| 115,000.00 CR | | | 000150509 | 270041100 | SWISS BANK CORPORA | 27MAR86 | 972771 |
| 115,885.00 DR | | | 000153648 | 260019050 | CAPEL COURT CORP. | 27MAR86 | 970680 |
| 116,000.00 DR | | | 000042501 | 250028770 | COUTTS & COMPANY | 27MAR86 | 970107 |
| 116,000.00 CR | | | 000150509 | 270034530 | SWISS BANK CORPORA | 27MAR86 | 972477 |
| 116,327.05 CR | | | 000042501 | 270043020 | COUTTS & COMPANY | 27MAR86 | 972884 |
| 116,688.00 CR | | | 000153648 | 270065840 | NATWEST LOMBANK (N | 27MAR86 | 973828 |
| 117,440.00 CR | | | 000152005 | 270070130 | NATIONAL DEVELOPME | 27MAR86 | 974013 |
| 118,286.06 DR | | | 000151203 | 270034760 | IP4IC86032700072 | 27MAR86 | 972489 |
| 118,920.00 CR | | | 000151203 | 270045380 | ARAB BANK LTD. | 27MAR86 | 973036 |
| 119,235.10 CR | | | 000152102 | 270044260 | HANDELSBANK N.W. | 27MAR86 | 972963 |
| 120,000.00 CR | | | 000151203 | 270015040 | SWISS BANK CORPORA | 27MAR86 | 971641 |
| 120,000.00 CR. | | | 000151203 | 270029730 | BANK OF AMERICA NT | 27MAR86 | 972255 |
| 120,670.54 DR | | | 000013803 | 250005740 | I8SP2L5331NORDPP | 27MAR86 | 970033 |
| 120,986.00 DR | | | 000151203 | 000000000 | FSW003302086086 | 27MAR86 | 104607 |
| 120,986.00 DR | | | 000151203 | 000000000 | FSW003802136086 | 27MAR86 | 104803 |
| 120,986.00 DR | | | 000151203 | 270070210 | FSW002502216086 | 27MAR86 | 974018 |
| 120,986.00 CR | | | 000151203 | 270069580 | NATIONAL WESTMINST | 27MAR86 | 973989 |
| 120,986.00 CR | | | 089016807 | 000000000 | FSW003302086086 | 27MAR86 | 104616 |
| 120,986.00 CR | | | 089016807 | 000000000 | FSW003802136086 | 27MAR86 | 104812 |
| 121,132.71 CR | | | 000150509 | 270055330 | BANKERS TRUST COMP | 27MAR86 | 973395 |
| 121,405.90 CR | | | 000151203 | 270047820 | AKBANK T.A.S. | 27MAR86 | 973166 |
| 122,422.69 DR | | | 000151203 | 260004410 | STANDARD CHARTERED | 27MAR86 | 970358 |
| 122,688.37 DR | | | 000151203 | 270043910 | CTG270340538 | 27MAR86 | 972949 |
| 122,700.00 CR | | | 000151203 | 270042150 | FIRST WISCONSIN NA | 27MAR86 | 972831 |
| 123,117.33 DR | | | 000151203 | 260019600 | NWBK2L4367SCBKHH | 27MAR86 | 970694 |
| 123,192.59 CR | | | 000041718 | 270061910 | HAMBROS BANK (JERS | 27MAR86 | 973647 |
| 123,253.90 DR | | | 000151203 | 260022520 | FX01546084 | 27MAR86 | 970774 |
| 123,253.90 CR | | | 089001230 | 270071550 | CUST SRVC SAME DAY | 27MAR86 | 974074 |
| 123,267.41 CR | | | 000151203 | 270042550 | RIYAD BANK LIMITED | 27MAR86 | 972861 |
| 123,352.10 DR | | | 000151203 | 260041390 | SWISS BANK CORPORA | 27MAR86 | 971179 |
| 123,600.00 CR | | | 000151203 | 270062930 | CROWN AGENTS FOR O | 27MAR86 | 973683 |
| 123,985.33 DR | | | 000151203 | 270032890 | IP4IC86032700068 | 27MAR86 | 972410 |
| 125,000.00 CR | | | 000151203 | 270056870 | GULF INTERNATIONAL | 27MAR86 | 973443 |
| 125,120.00 CR | | | 000152005 | 270039910 | DEUTSCHE BANK (ASI | 27MAR86 | 972694 |
| 125,260.13 DR | | | 000150606 | 260003540 | 25.03.86 | 27MAR86 | 970324 |
| 125,485.50 CR | | | 000153648 | 270028170 | INDOSUEZ AUSTRALIA | 27MAR86 | 972185 |
| 125,559.00 DR | | | 000152102 | 270000540 | 005881 | 27MAR86 | 971271 |
| 126,000.00 DR | | | 000151203 | 270016140 | BARCLAYS BANK PLC | 27MAR86 | 971666 |
| 126,132.10 CR | | | 000217603 | 270064800 | ORION ROYAL BANK L | 27MAR86 | 973761 |
| 127,000.00 DR | | | 000151203 | 270002550 | GUYERZELLER BANK A | 27MAR86 | 971376 |
| 128,287.36 DR | | | 000151203 | 260004530 | FINBJJ7795NWBK2L | 27MAR86 | 970364 |
| 128,639.60 CR | | | 000013803 | 270047340 | ESSESS2295NORDPP | 27MAR86 | 973144 |
| 129,000.00 CR | | | 000151203 | 270017910 | MIDLAND BANK P L C | 27MAR86 | 971743 |
| 129,366.00 CR | | | 000153648 | 270066000 | NATWEST LOMBANK (N | 27MAR86 | 973835 |
| 129,645.64 DR | | | 000008206 | 260034680 | BANQUE NATIONALE D | 27MAR86 | 971042 |
| 129,785.85 DR | | | 000151203 | 260004460 | NWBK2L7705ULSB2D | 27MAR86 | 970361 |
| 129,870.12 DR | | | 000151203 | 260021000 | FX10716084 | 27MAR86 | 970727 |
| 130,290.13 CR | | | 000151203 | 270039290 | HAMBROS BANK, LTD | 27MAR86 | 972667 |
| 130,262.09 CR | | | 089010108 | 000003287 | | 27MAR86 | 102315 |
| 130,886.72 DR | | | 000150509 | 000000000 | | 27MAR86 | 100101 |
| 130,886.72 DR | | | 000150509 | 260022660 | BANCO BORGES IRMAO | 27MAR86 | 970786 |
| 130,886.72 DR | | | 000150509 | 260022700 | SALZBURGER SPARKAS | 27MAR86 | 970790 |

PwC-NWB 0000942



S8-1 CP11 LP16 132 x 64

NEW YORK A207 NON-DEALING TRANSACTIONS 3Y 27MAR86 45

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** USA DOLLAR 140 | | | | | | | |
| 146,490.00 CR | | | 000151203 | 270013500 | SOCIETE GENERALE | 27MAR86 | 971596 |
| 146,530.00 CR | | | 000151203 | 260009040 | NWBKSG4653NWBK2L | 27MAR86 | 970477 |
| 146,530.00 DR | | | 000152005 | 260009040 | NWBKSG4653NWBK2L | 27MAR86 | 970476 |
| 146,560.00 DR | | | 000151009 | 270011550 | NATIONAL WESTMINST | 27MAR86 | 971497 |
| 146,560.00 CR | | | 000151203 | 270011550 | NATIONAL WESTMINST | 27MAR86 | 971498 |
| 146,700.00 CR | | | 000151203 | 270020020 | PIERSON, HELDRING | 27MAR86 | 971838 |
| 146,900.00 CR | | | 000151203 | 260009050 | NWBKSG1469NWBK2L | 27MAR86 | 970479 |
| 146,900.00 DR | | | 000152005 | 260009050 | NWBKSG1469NWBK2L | 27MAR86 | 970478 |
| 147,050.00 CR | | | 000152005 | 270068380 | MACQUARIE BANK LIM | 27MAR86 | 973940 |
| 147,250.00 CR | | | 000150908 | 270061390 | KOREA EXCHANGE BAN | 27MAR86 | 973628 |
| 147,250.00 CR | | | 000152005 | 270065200 | BAN HIN LEE BANK B | 27MAR86 | 973784 |
| 147,300.00 CR | | | 089001222 | 270067700 | BANK JULIUS BAER & | 27MAR86 | 973911 |
| 147,490.00 CR | | | 000151602 | 270001200 | NATIONAL WESTMINST | 27MAR86 | 971352 |
| 147,490.00 DR | | | 000152102 | 270001200 | 296398 | 27MAR86 | 971351 |
| 147,500.00 DR | | | 000151602 | 260016860 | NATIONAL WESTMINST | 27MAR86 | 970617 |
| 147,500.00 CR | | | 000152102 | 260016860 | NATIONAL WESTMINST | 27MAR86 | 970618 |
| 147,600.00 CR | | | 000025518 | 270011610 | LANDESBANK RHEINLA | 27MAR86 | 971503 |
| 147,620.00 CR | | | 000152005 | 270039170 | DEUTSCHE BANK (ASI | 27MAR86 | 972663 |
| 147,632.31 DR | | | 000152005 | 260009090 | NWBKJT1795NWBKSG | 27MAR86 | 970484 |
| 147,632.31 CR | | | 000152102 | 260009090 | NWBKJT1795NWBKSG | 27MAR86 | 970485 |
| 147,673.45 CR | | | 000152005 | 270066010 | NATWEST LOMBANK (N | 27MAR86 | 973836 |
| 147,750.00 CR | | | 000151602 | 270041090 | BANK OF YOKOHAMA L | 27MAR86 | 972770 |
| 148,000.00 DR | | | 000152005 | 260009100 | NWBKJT0148NWBKSG | 27MAR86 | 970486 |
| 148,000.00 CR | | | 000152102 | 260009100 | NWBKJT0148NWBKSG | 27MAR86 | 970487 |
| 148,000.00 CR | | | 089001222 | 270063200 | FOREIGN EXCHANGE | 27MAR86 | 973699 |
| 148,364.05 CR | | | 000151203 | 270056100 | BANK HANDLOWY W WA | 27MAR86 | 973421 |
| 148,500.00 CR | | | 000151203 | 270060260 | BANCA MAS SARDA | 27MAR86 | 973580 |
| 148,850.00 DR | | | 000151203 | 260001030 | BBA02L4885NWBK2L | 27MAR86 | 970228 |
| 150,000.00 DR | | | 000004901 | 270046450 | IMT4146CC | 27MAR86 | 973095 |
| 150,000.00 CR | | | 000008206 | 260034510 | NATMMM3285NWBK2L | 27MAR86 | 971037 |
| 150,000.00 DR | | | 000013803 | 260032840 | P846080370 | 27MAR86 | 971011 |
| 150,000.00 DR | | | 000025518 | 260006000 | ZAA 4376! | 27MAR86 | 970388 |
| 150,000.00 DR | | | 000025518 | 270049930 | DZK083400 | 27MAR86 | 973261 |
| 150,000.00 CR | | | 000025518 | 270034700 | THE MITSUBISHI BAN | 27MAR86 | 972485 |
| 150,000.00 CR | | | 000150304 | 270022380 | BANQUE NATIONALE D | 27MAR86 | 971932 |
| 150,000.00 CR | | | 000150509 | 270030810 | MORGAN GUARANTY TR | 27MAR86 | 972309 |
| 150,000.00 DR | | | 000151203 | 260034510 | NATMMM3285NWBK2L | 27MAR86 | 971036 |
| 150,000.00 DR | | | 000151203 | 260038370 | FX08856084 | 27MAR86 | 971110 |
| 150,000.00 DR | | | 000151203 | 270047170 | AIPCLNWIZ | 27MAR86 | 973129 |
| 150,000.00 CR | | | 000151203 | 270012830 | CITIBANK, N.A. | 27MAR86 | 971560 |
| 150,000.00 CR | | | 000151203 | 270037540 | DAI-ICHI KANGYO BA | 27MAR86 | 972580 |
| 150,000.00 CR | | | 000151203 | 270046240 | ALGEMENE BANK NEDE | 27MAR86 | 973083 |
| 150,000.00 CR | | | 000151203 | 270046450 | BANK OF NT BUTTERF | 27MAR86 | 973096 |
| 150,000.00 DR | | | 000152005 | 260009410 | 719571001 | 27MAR86 | 970506 |
| 150,000.00 CR | | | 089018354 | 000000000 | 1154 CAR | 26MAR86 | 101805 |
| 150,000.00 DR | | | 089018400 | 270068600 | RETURN OF FUNDS | 27MAR86 | 973951 |
| 150,000.00 CR | | | 089018400 | 270062090 | BARCLAYS BANK PLC | 27MAR86 | 973657 |
| 150,724.70 DR | | | 089011910 | 000003298 | | 27MAR86 | 102304 |
| 150,986.00 DR | | | 000151203 | 270067420 | NATIONAL WESTMINST | 27MAR86 | 973894 |
| 151,000.00 CR | | | 000150304 | 270012040 | E GUTZWILLER & CIE | 27MAR86 | 971518 |
| 151,161.94 CR | | | 000150509 | 000000000 | CHASE | 27MAR86 | 102915 |
| 151,161.94 DR | | | 089016807 | 000000000 | IWB LDN | 27MAR86 | 102906 |

PwC-NWB 0000943

JT5

5B-1 CP11 LP16 132 X 64

NEW YORK A207 NON-DEALING TRANSACTIONS BY * 27MAR86 46

***** USA DOLLAR 140

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| 152,148.47 DR | | | 089011937 | 000003292 | | 27MAR86 | 102308 |
| 152,924.13 CR | | | 000151203 | 000000000 | CHASE NY | 27MAR86 | 105513 |
| 152,924.13 DR | | | 089016807 | 000000000 | OS | 27MAR86 | 105602 |
| 152,992.31 DR | | | 000026506 | 000000000 | MFRS NYC | 27MAR86 | 102702 |
| 152,992.31 CR | | | 089016807 | 000000000 | MFRS NYC | 27MAR86 | 102717 |
| 153,257.81 DR | | | 000150509 | 250014820 | AL SAUDI BANQUE | 27MAR86 | 970047 |
| 153,300.00 DR | | | 000152102 | 270001190 | 296306 | 27MAR86 | 971350 |
| 153,531.01 CR | | | 000047309 | 270016540 | NATIONAL BANK OF A | 27MAR86 | 971677 |
| 155,900.94 DR | | | 000150304 | 260008420 | ARBIDEP | 27MAR86 | 970451 |
| 156,583.63 DR | | | 000151203 | 250046090 | FXCLN10311KMH8CS | 27MAR86 | 970212 |
| 156,583.63 DR | | | 000151203 | 250046100 | FXCLN10311DR8GGT | 27MAR86 | 970213 |
| 156,850.04 DR | | | 000150509 | 260044190 | BQ GST PRV GVA | 27MAR86 | 971191 |
| 157,000.00 CR | | | 000151203 | 270047250 | ANZ MERCHANT BANK | 27MAR86 | 973136 |
| 158,100.00 DR | | | 000004502 | 260011520 | (S67006/086) | 27MAR86 | 970569 |
| 159,502.62 CR | | | 000151203 | 270067580 | AUSTRALIA AND NEW | 27MAR86 | 973904 |
| 160,000.00 CR | | | 000150304 | 270015930 | BANQUE CIC-UE SUIS | 27MAR86 | 971657 |
| 160,000.00 DR | | | 000151203 | 270014040 | BANQUE BELGO ZAIRO | 27MAR86 | 971613 |
| 160,000.00 CR | | | 000151203 | 270037210 | AUSTRALIA AND NEW | 27MAR86 | 972566 |
| 160,000.00 CR | | | 000151203 | 270067730 | FIRST INTERSTATE B | 27MAR86 | 973913 |
| 150,000.00 DR | | | 089016807 | 000000000 | CW FED | 27MAR86 | 101901 |
| 160,000.00 CR | | | 089016807 | 000000000 | | 27MAR86 | 101904 |
| 160,205.06 DR | | | 000008206 | 260034920 | BERLINER BANK AG | 27MAR86 | 971059 |
| 160,320.19 CR | | | 000151203 | 270071600 | HONG KONG & SHANGH | 27MAR86 | 974077 |
| 160,592.89 CR | | | 000151203 | 270040150 | LLOYDS BANK INT(L. | 27MAR86 | 972709 |
| 160,600.60 CR | | | 000151203 | 260016920 | NATIONAL WESTMINST | 27MAR86 | 970625 |
| 160,600.60 DR | | | 000151602 | 260016920 | NATIONAL WESTMINST | 27MAR86 | 970624 |
| 160,986.00 DR | | | 000151203 | 000000000 | FSW003402096086 | 27MAR86 | 104608 |
| 160,986.00 DR | | | 000151203 | 000000000 | FSW008302326086 | 27MAR86 | 105806 |
| 160,986.00 CR | | | 089016807 | 000000000 | FSW003402096085 | 27MAR86 | 104617 |
| 160,986.00 CR | | | 089016807 | 000000000 | FSW008302326086 | 27MAR86 | 105815 |
| 161,370.00 CR | | | 000151203 | 270061730 | STANDARD CHARTERED | 27MAR86 | 973642 |
| 162,000.00 DR | | | 000151203 | 260022390 | FX11836084 | 27MAR86 | 970766 |
| 162,134.25 DR | | | 000151203 | 270049330 | BANCA NAZIONALE DE | 27MAR86 | 973241 |
| 163,537.63 CR | | | 089010124 | 000003285 | | 27MAR86 | 102317 |
| 163,700.00 DR | | | 000151203 | 250034380 | FX01206084 | 27MAR86 | 970130 |
| 164,500.00 DR | | | 000150509 | 000000000 | 860510063 | 14FEB86 | 104005 |
| 164,500.00 CR | | | 000151203 | 000000000 | 860510063 | 14FEB86 | 104014 |
| 166,657.65 DR | | | 000047503 | 270019300 | CREDIT SUISSE | 27MAR86 | 971811 |
| 166,666.66 CR | | | 000150509 | 000000000 | GENSTAR | 27MAR86 | 104716 |
| 165,666.66 DR | | | 089016807 | 000000000 | IWB LDN | 27MAR86 | 104707 |
| 167,142.68 DR | | | 000005509 | 270035140 | MORGANGTYNY | 27MAR86 | 972506 |
| 167,330.03 CR | | | 000151203 | 270016940 | BANK OF SCOTLAND | 27MAR86 | 971692 |
| 168,000.00 CR | | | 000150509 | 270042810 | SWISS BANK CORPORA | 27MAR86 | 972876 |
| 169,682.50 DR | | | 000152005 | 260009340 | 233824002 | 27MAR86 | 970502 |
| 170,000.00 DR | | | 000013803 | 260002820 | P846080314 | 27MAR86 | 970313 |
| 130,000.00 CR | | | 000150606 | 270019160 | ARAB BANK (SWITZER | 27MAR86 | 971803 |
| 170,220.01 CR | | | 000008206 | 270034300 | BEBEBB3499NATMMM | 27MAR86 | 972468 |
| 170,547.83 DR | | | 000151203 | 270028330 | IP4IC860327000019 | 27MAR86 | 972195 |
| 170,942.39 DR | | | 000151203 | 270040900 | CTG270340311 | 27MAR86 | 972759 |
| 170,986.00 CR | | | 000151009 | 270041140 | NATIONAL WESTMINST | 27MAR86 | 972774 |
| 170,986.00 DR | | | 000151203 | 270041140 | FSW003502106086 | 27MAR86 | 972773 |
| 172,030.75 DR | | | 000150304 | 260008480 | . | 27MAR86 | 970455 |

PwC-NWB 0000944

K15

58-1 CP11 LP16 132 x 64

NEW YORK A207 NON-DEALING TRANSACTIONS 3Y 27MAR86 47

| AMOUNT | RATE | LOCAL EQUIV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** USA DOLLAR 140 | | | | | | | |
| 172,330.40 DR | | | 089016807 | 000000000 | CAR | 27MAR86 | 101701 |
| 173,160.17 CR | | | 000008206 | 270037000 | BANK OF LONDON & S | 27MAR86 | 972561 |
| 173,523.29 CR | | | 000150509 | 270028440 | BANK OF NEW YORK, | 27MAR86 | 972199 |
| 174,859.22 CR | | | 000151203 | 270072640 | BANQUE NATIONALE D | 27MAR86 | 974095 |
| 175,746.92 CR | | | 000013803 | 270020930 | BPPBBB4225NORDPP | 27MAR86 | 971870 |
| 176,242.50 DR | | | 000150304 | 260022910 | . | 27MAR86 | 970804 |
| 176,242.50 CR | | | 000150606 | 260022910 | INTERNATIONAL WEST | 27MAR86 | 970805 |
| 176,910.61 CR | | | 089001206 | 000000001 | | 27MAR86 | 010276 |
| 177,414.38 DR | | | 000152609 | 270052630 | VELCO - VV | 27MAR86 | 973322 |
| 177,500.00 CR | | | 000151203 | 270059410 | SHEARSON AMERICAN | 27MAR86 | 973555 |
| 178,000.00 CR | | | 000150509 | 270045710 | SWISS BANK CORPORA | 27MAR86 | 973058 |
| 178,423.83 DR | | | 000150118 | 270045590 | NWBUSANY | 27MAR86 | 973045 |
| 179,280.00 DR | | | 000152404 | 270022460 | 613892/2675 | 27MAR86 | 971937 |
| 180,015.84 CR | | | 000152404 | 270067470 | ALLIED IRISH INVES | 27MAR86 | 973898 |
| 180,016.95 CR | | | 000151203 | 270012190 | CREDIT LYONNATS | 27MAR86 | 971524 |
| 180,037.90 CR | | | 000013803 | 270057850 | BCITZL1583NORDPP | 27MAR86 | 973468 |
| 180,062.50 DR | | | 000151203 | 270019560 | CTG270341072 | 27MAR86 | 971825 |
| 180,098.31 CR | | | 000151203 | 270065260 | JONES LANG WOOTEN | 27MAR86 | 973788 |
| 180,986.00 CR | | | 000151203 | 270071560 | NATIONAL WESTMINST | 27MAR86 | 974075 |
| 181,518.29 DR | | | 089072146 | 000000000 | 9569 LEHMAN | 27MAR86 | 101508 |
| 182,000.00 DR | | | 089001249 | 270050670 | RETURN OF FUNDS | 27MAR86 | 973295 |
| 182,000.00 CR | | | 089001249 | 270032630 | SWISS BANK CORPORA | 27MAR86 | 972405 |
| 182,500.00 DR | | | 000151203 | 260049640 | PAHXE02206 | 27MAR86 | 971232 |
| 183,909.14 CR | | | 089010140 | 000003289 | | 27MAR86 | 102313 |
| 184,536.69 DR | | | 000151203 | 270018340 | UT/5934 | 27MAR86 | 971764 |
| 184,687.34 CR | | | 000150509 | 270037880 | MORGAN GUARANTY TR | 27MAR86 | 972602 |
| 184,785.96 CR | | | 000151203 | 270036210 | BANK OF CREDIT & C | 27MAR86 | 972543 |
| 185,107.92 DR | | | 000150509 | 260029000 | SBS GENVA | 27MAR86 | 970971 |
| 185,625.00 DR | | | 000152102 | 000000000 | TKY 104 | 27MAR86 | 101006 |
| 185,625.00 DR | | | 089006445 | 000000000 | TKY 104 | 27MAR86 | 101005 |
| 185,625.00 CR | | | 089006453 | 000000000 | TKY 104 | 27MAR86 | 101014 |
| 185,625.00 CR | | | 089006925 | 000000000 | TKY 104 | 27MAR86 | 101015 |
| 186,000.00 CR | | | 000150509 | 270041340 | SWISS BANK CORPORA | 27MAR86 | 972787 |
| 186,200.00 CR | | | 000013803 | 270026370 | THE RURAL & INDUST | 27MAR86 | 972119 |
| 186,439.17 DR | | | 000151203 | 270036850 | IP4ICFS032700076 | 27MAR86 | 972557 |
| 188,245.72 DR | | | 089001222 | 270037740 | FOREIGN EXCHANGE | 27MAR86 | 972595 |
| 188,621.51 CR | | | 000150509 | 000000000 | REP DALLAS | 27MAR86 | 105412 |
| 188,621.51 DR | | | 089007409 | 000000000 | IWB | 27MAR86 | 105406 |
| 189,050.00 CR | | | 000150509 | 270016810 | COMPAGNIE LUXEMBOU | 27MAR86 | 971687 |
| 189,574.69 DR | | | 000150509 | 260028490 | SBC GVA | 27MAR86 | 970949 |
| 190,592.44 DR | | | 000042501 | 250028830 | COUTTS & COMPANY | 27MAR86 | 970110 |
| 190,771.86 DR | | | 000150304 | 260030470 | ARBIDEP. | 27MAR86 | 970980 |
| 190,986.00 DR | | | 000151203 | 270067410 | FIRST INTERSTATE B | 27MAR86 | 973893 |
| 191,000.00 CR | | | 000150509 | 270035280 | SWISS BANK CORPORA | 27MAR86 | 972517 |
| 191,100.00 CR | | | 000151203 | 270036610 | BANK MEES AND HOPE | 27MAR86 | 972551 |
| 191,200.08 CR | | | 000150509 | 000000000 | CHASE | 27MAR86 | 102914 |
| 191,200.08 DR | | | 089016807 | 000000000 | IWB LDN. | 27MAR86 | 102905 |
| 192,549.95 CR | | | 000151203 | 270056160 | SOCIETE GENERALE M | 27MAR86 | 973423 |
| 193,329.55 CR | | | 000150509 | 270060290 | BANQUE INDOSUEZ | 27MAR86 | 973582 |
| 194,220.00 DR | | | 000151203 | 260004690 | NWBK2L4316UNBKIT | 27MAR86 | 970373 |
| 195,734.00 DR | | | 000055905 | 270019000 | POSTIPANKKI | 27MAR86 | 971796 |
| 196,420.78 DR | | | 000025518 | 260006310 | DZK083358 | 27MAR86 | 970399 |

CTS

**Exhibit D**

# Cumulative Excess (Deficiency) of Estimated Cash Flows – 1980

CONFIDENTIAL

National Westminster Bank, PLC

Exhibit D

## Estimated Cash Flow Available for Fixed Asset Purchases, Excluding Cash Flow from Ordinary Course Borrowings
## Increase (Decrease) in Cash
## In U.S. $
## (Unaudited)

| | (See Note Below) New York Operations (in Aggregate) December 31, 1980 | Chicago December 31, 1980 | San Francisco December 31, 1980 |
|---|---|---|---|
| Retained profits (Accumulated losses) | 17,692,348 | (4,024,002) | 2,009,222 |
| Adjustments for non-cash and related items: | | | |
| Provision for loan losses (non-specific) | 7,351,298 | 2,612,024 | 575,880 |
| Provision for interest in suspense | 9,597 | - | - |
| Accumulated depreciation and amortization | 2,636,570 | 380,209 | 214,649 |
| Earnings before general loan loss provisions, depreciation and amortization and profit and loss on disposals | 27,689,813 | (1,031,769) | 2,799,750 |
| Financing from Head Office: | | | |
| Proceeds from receipt of balance due H.O. re: capital loans | 2,494,463 | 175,807 | 552,914 |
| Proceeds from receipt of balance due H.O. re: fixed assets | 6,723,537 | 909,193 | 712,086 |
| Repayment of balance due H.O. re: capital loans | - | - | - |
| Repayment of balance due H.O. re: fixed assets | - | - | - |
| Repatriation of earnings to H.O. | - | - | - |
| Total estimated cash flow available for fixed asset purchases | 36,907,813 | 53,231 | 4,064,750 |
| Fixed assets - gross | (10,189,529) | (1,600,113) | (609,755) |
| Cumulative excess (deficiency) of estimated cash flows | 26,718,284 | (1,546,882) | 3,454,995 |

**Note:** IBF did not begin operations until 1981; Grand Cayman branch did not begin operations until 1985.

**Sources:** Certified balance sheets or B126 reports as of December 31, 1980 for the New York, Nassau, Chicago and San Francisco branches
Certified NWB RET 9 reports for 1981 for the New York, Chicago and San Francisco branches

Prepared by PricewaterhouseCoopers LLP solely in connection with the matter of National Westminster Bank, PLC v. USA

8/18/05

**Exhibit E**

# Estimated Cash Flow Available for Fixed Asset Purchases, Excluding Cash Flow from Ordinary Course Borrowings – 1981 to 1987

**Estimated Cash Flow Available for Fixed Asset Purchases, Excluding Cash Flow from Ordinary Course Borrowings**
**Increase (Decrease) in Cash**
**In U.S. $**
**(Unaudited)**

| | U.S. Branches (in Aggregate) | | | | | | |
|---|---|---|---|---|---|---|---|
| | **1981** | **1982** | **1983** | **1984** | **1985** | **1986** | **1987** |
| Net profit (loss) | 3,678,377 | 5,884,115 | 16,294,188 | 6,359,613 | 20,600,797 | 11,595,427 | (39,641,830) |
| Adjustments for non-cash and related items: | | | | | | | |
| Addition (reduction) in provision for loan losses (non-specific) | 268,116 | 2,556,675 | 2,744,412 | (1,256,919) | 827,961 | 7,333,731 | 0 |
| Depreciation and amortization | 1,139,713 | 1,501,511 | 1,753,630 | 2,271,755 | 4,041,751 | 2,900,268 | 1,289,607 |
| (Profit) loss on disposals | (524,974) | (135,711) | (36,695) | (93,847) | (790,046) | (49,248) | (446,594) |
| Earnings before general loan loss provisions, depreciation and amortization and profit and loss on disposals | 4,561,232 | 9,806,590 | 20,755,534 | 7,280,602 | 24,680,462 | 21,780,177 | (38,798,817) |
| Financing from Head Office: | | | | | | | |
| Proceeds from receipt of balance due H.O. re: capital loans | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from receipt of balance due H.O. re: fixed assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repayment of balance due H.O. re: capital loans | (1,665,042) | 0 | 0 | 0 | 0 | (1,085,000) | 0 |
| Repayment of balance due H.O. re: fixed assets | 0 | 0 | 0 | 0 | 0 | (8,817,958) | 0 |
| Repatriation of earnings to H.O. | (16,792,108) | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from sales of fixed assets | 1,064,410 | 315,288 | 267,232 | 2,124,389 | 1,347,048 | 210,737 | 1,790,193 |
| Estimated cash flow available for fixed asset purchases | (12,831,508) | 10,121,878 | 21,022,766 | 9,404,991 | 26,027,510 | 12,087,956 | (37,008,624) |
| Cumulative excess (deficiency) of estimated cash flows from prior year | 28,626,396 | 11,314,009 | 15,861,897 | 34,132,076 | 29,886,289 | 53,969,630 | 59,340,545 |
| Total estimated cash flow available for fixed asset purchases | 15,794,888 | 21,435,887 | 36,884,663 | 43,537,067 | 55,913,799 | 66,057,586 | 22,331,921 |
| Purchases of fixed assets | (4,480,879) | (5,573,990) | (2,752,587) | (13,650,777) | (1,944,169) | (6,717,040) | (6,786,795) |
| Cumulative excess (deficiency) of estimated cash flows | 11,314,009 | 15,861,897 | 34,132,076 | 29,886,289 | 53,969,630 | 59,340,545 | 15,545,127 |

(Subject to Rounding)

**Sources:** Certified profit and loss statements for years 1981 - 1987 for the New York, IBF, Grand Cayman, Nassau, Chicago and San Francisco branches
Certified balance sheets or B126 reports for years 1980 - 1986 for the New York, IBF, Grand Cayman, Nassau, Chicago and San Francisco branches
Certified NWB RET 9 reports for years 1981 - 1987 for the New York, Chicago and San Francisco branches

**Estimated Cash Flow Available for Fixed Asset Purchases, Excluding Cash Flow from Ordinary Course Borrowings**
**Increase (Decrease) in Cash**
**In U.S. $**
**(Unaudited)**

| | New York Operations (in Aggregate) (New York, IBF, Nassau and Grand Cayman) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 |
| Net profit (loss) | 6,348,721 | 8,349,132 | 6,179,802 | 3,797,405 | 18,549,652 | 6,931,722 | (45,414,993) |
| Adjustments for non-cash and related items: | | | | | | | |
| Addition (reduction) in provision for loan losses (non-specific) | 340,383 | (473,820) | 2,037,908 | (1,400,000) | (510,591) | 6,159,326 | 0 |
| Depreciation and amortization | 967,690 | 1,252,251 | 1,371,915 | 1,752,697 | 3,486,206 | 2,553,983 | 863,441 |
| (Profit) loss on disposals | (537,107) | (108,404) | (29,057) | (89,177) | (705,996) | (49,248) | (446,594) |
| Earnings before general loan loss provisions, depreciation and amortization and profit and loss on disposals | 7,119,688 | 9,019,160 | 9,560,568 | 4,060,925 | 20,819,271 | 15,595,783 | (44,998,146) |
| Financing from Head Office: | | | | | | | |
| Proceeds from receipt of balance due H.O. re: capital loans | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from receipt of balance due H.O. re: fixed assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repayment of balance due H.O. re: capital loans | (1,665,042) | 0 | 0 | 0 | 0 | 0 | 0 |
| Repayment of balance due H.O. re: fixed assets | 0 | 0 | 0 | 0 | 0 | (7,552,958) | 0 |
| Repatriation of earnings to H.O. | (16,792,108) | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from sales of fixed assets | 907,366 | 221,566 | 119,367 | 1,950,160 | 1,088,112 | 210,737 | 1,790,193 |
| Estimated cash flow available for fixed asset purchases | (10,430,096) | 9,240,725 | 9,679,935 | 6,011,085 | 21,907,383 | 8,253,562 | (43,207,953) |
| Cumulative excess (deficiency) of estimated cash flows from prior yea | 26,718,284 | 12,564,025 | 17,491,046 | 26,012,157 | 19,184,705 | 39,618,493 | 41,155,014 |
| Total estimated cash flow available for fixed asset purchases | 16,288,188 | 21,804,751 | 27,170,981 | 32,023,242 | 41,092,088 | 47,872,055 | (2,052,939) |
| Purchases of fixed assets | (3,724,162) | (4,313,705) | (1,158,824) | (12,838,537) | (1,473,596) | (6,717,040) | (6,786,795) |
| Cumulative excess (deficiency) of estimated cash flows | 12,564,025 | 17,491,046 | 26,012,157 | 19,184,705 | 39,618,493 | 41,155,014 | (8,839,734) |

(Subject to Rounding)

**Note:** The deficiency of estimated cash flows in 1987 was a result of a reserve for specific bad debts for IBF posted on December 31, 1987 in the amount of $16,322,174 relating to "new sovereign risk." If not for this book entry on the last day of the year, there would have been a cumulative excess of estimated cash flows of $7,482,440, rather than the cumulative deficiency at the end of 1987. In any event, all of the fixed asset purchases in 1987 occurred prior to the recording of this specific bad debt reserve amount on December 31, 1987.

**Sources** Certified profit and loss statements for years 1981 - 1987 for the New York, IBF, Grand Cayman and Nassau branches
Certified balance sheets or B126 reports for years 1980 - 1986 for the New York, IBF, Grand Cayman and Nassau branches
Certified NWB RET 9 reports for years 1981 - 1987 for the New York branch

**Estimated Cash Flow Available for Fixed Asset Purchases, Excluding Cash Flow from Ordinary Course Borrowings**
**Increase (Decrease) in Cash**
**In U.S. $**
**(Unaudited)**

| | Chicago | | | | | | |
|---|---|---|---|---|---|---|---|
| | **1981** | **1982** | **1983** | **1984** | **1985** | **1986** | **1987** |
| Net profit (loss) | (3,101,344) | (1,833,252) | 9,326,817 | 1,977,368 | 1,549,588 | 4,145,774 | 4,132,661 |
| Adjustments for non-cash and related items: | | | | | | | |
| Addition (reduction) in provision for loan losses (non-specific) | (584,263) | 30,495 | 468,335 | 143,081 | 755,503 | 755,981 | 0 |
| Depreciation and amortization | 122,182 | 197,612 | 310,562 | 402,175 | 414,980 | 289,955 | 337,600 |
| (Profit) loss on disposals | 12,163 | (25,419) | (11,674) | (4,218) | (83,736) | 0 | 0 |
| Earnings before general loan loss provisions, depreciation and amortization and profit and loss on disposals | (3,551,262) | (1,630,564) | 10,094,040 | 2,518,406 | 2,636,334 | 5,191,710 | 4,470,261 |
| Financing from Head Office: | | | | | | | |
| Proceeds from receipt of balance due H.O. re: capital loans | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from receipt of balance due H.O. re: fixed assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repayment of balance due H.O. re: capital loans | 0 | 0 | 0 | 0 | 0 | (1,085,000) | 0 |
| Repayment of balance due H.O. re: fixed assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repatriation of earnings to H.O. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from sales of fixed assets | 156,964 | 82,845 | 139,486 | 162,229 | 253,691 | 0 | 0 |
| Estimated cash flow available for fixed asset purchases | (3,394,298) | (1,547,719) | 10,233,526 | 2,680,635 | 2,890,025 | 4,106,710 | 4,470,261 |
| Cumulative excess (deficiency) of estimated cash flows from prior year | (1,546,882) | (5,678,882) | (8,170,513) | 1,155,413 | 3,279,682 | 5,803,917 | 9,910,627 |
| Total estimated cash flow available for fixed asset purchases | (4,941,180) | (7,226,600) | 2,063,013 | 3,836,048 | 6,169,707 | 9,910,627 | 14,380,888 |
| Purchases of fixed assets | (737,702) | (943,912) | (907,600) | (556,366) | (365,790) | | |
| Cumulative excess (deficiency) of estimated cash flows | (5,678,882) | (8,170,513) | 1,155,413 | 3,279,682 | 5,803,917 | 9,910,627 | 14,380,888 |

**Sources:** Certified profit and loss statements for years 1981 - 1987 for the Chicago branch
Certified balance sheets or B126 reports for years 1980 - 1986 for the Chicago branch
Certified NWB RET 9 reports for years 1981 - 1985 for the Chicago branch

**Estimated Cash Flow Available for Fixed Asset Purchases, Excluding Cash Flow from Ordinary Course Borrowings**
**Increase (Decrease) in Cash**
**In U.S. $**
**(Unaudited)**

| | San Francisco | | | | | | |
|---|---|---|---|---|---|---|---|
| | **1981** | **1982** | **1983** | **1984** | **1985** | **1986** | **1987** |
| Net profit (loss) | 430,999 | (631,765) | 787,568 | 584,840 | 501,557 | 517,931 | 1,640,503 |
| Adjustments for non-cash and related items: | | | | | | | |
| Addition (reduction) in provision for loan losses (non-specific) | 511,996 | 3,000,000 | 238,169 | 0 | 583,049 | 418,424 | 0 |
| Depreciation and amortization | 49,841 | 51,648 | 71,153 | 116,883 | 140,565 | 56,329 | 88,566 |
| (Profit) loss on disposals | (30) | (1,889) | 4,036 | (452) | (314) | 0 | 0 |
| Earnings before general loan loss provisions, depreciation and amortization and profit and loss on disposals | 992,806 | 2,417,994 | 1,100,926 | 701,271 | 1,224,857 | 992,684 | 1,729,068 |
| Financing from Head Office: | | | | | | | |
| Proceeds from receipt of balance due H.O. re: capital loans | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from receipt of balance due H.O. re: fixed assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repayment of balance due H.O. re: capital loans | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repayment of balance due H.O. re: fixed assets | 0 | 0 | 0 | 0 | 0 | (1,265,000) | 0 |
| Repatriation of earnings to H.O. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from sales of fixed assets | 80 | 10,877 | 8,379 | 11,999 | 5,245 | 0 | 0 |
| Estimated cash flow available for fixed asset purchases | 992,886 | 2,428,871 | 1,109,304 | 713,271 | 1,230,102 | (272,316) | 1,729,068 |
| Cumulative excess (deficiency) of estimated cash flows from prior year | 3,454,995 | 4,428,866 | 6,541,364 | 6,964,506 | 7,421,902 | 8,547,220 | 8,274,904 |
| Total estimated cash flow available for fixed asset purchases | 4,447,881 | 6,857,737 | 7,650,668 | 7,677,776 | 8,652,004 | 8,274,904 | 10,003,972 |
| Purchases of fixed assets | (19,015) | (316,373) | (686,163) | (255,874) | (104,784) | | |
| Cumulative excess (deficiency) of estimated cash flows | 4,428,866 | 6,541,364 | 6,964,506 | 7,421,902 | 8,547,220 | 8,274,904 | 10,003,972 |

**Sources:** Certified profit and loss statements for years 1981 - 1987 for the San Francisco branch
Certified balance sheets or B126 reports for years 1980 - 1986 for the San Francisco branch
Certified NWB RET 9 reports for years 1981 - 1985 for the San Francisco branch

**Exhibit F**

# Excerpt of IBF's December 31, 1987 A207, Non-Dealing Transactions Report

NEW YORK IBF A207 NON-DEALING TRANSACTIONS 3Y 31DEC87

| AMOUNT | RATE | LOCAL EQUTV | ACCT NO | CHQ/REF | NARRATIVE | VAL DAT | SEQ NO |
|---|---|---|---|---|---|---|---|
| ***** US DOLLAR 140 | | | | | | | |
| 6,919.64 CR | | | 089072596 | 000000000 | ACCT ACCRUAL | 31DEC87 | 961002 |
| 15,000.00 DR | | | 089000234 | 000000000 | DEC ACCURALS | 31DEC87 | 100106 |
| 15,000.00 CR | | | 089070607 | 000000000 | DEC ACCURALS | 31DEC87 | 100105 |
| 18,500.42 DR | | | 089000005 | 000000000 | CITIBANK MANILA | 31DEC87 | 100102 |
| 18,500.42 CR | | | 089072545 | 000000000 | CITIBANK MANILA | 31DEC87 | 100101 |
| 41,548.03 DR | | | 089000323 | 000000000 | CITIBANK ACCR | 31DEC87 | 100107 |
| 41,548.03 CR | | | 089070607 | 000000000 | CITIBANK ACCR | 31DEC87 | 100108 |
| 57,079.55 CR | | | 089013506 | 000000000 | REVALUATION | 31DEC87 | 950000 |
| 57,079.55 DR | | | 089070100 | 000000000 | REVALUATION | 31DEC87 | 950000 |
| 429,270.96 CR | | | 089011104 | 000000000 | PETROBRAS INT | 31DEC87 | 100109 |
| 429,270.96 DR | | | 089017218 | 000000000 | PETROBRAS INT | 31DEC87 | 100110 |
| 530,361.35 DR | | | 089070518 | 000000000 | ACCRUAL/DEC | 31DEC87 | 100104 |
| 530,361.35 CR | | | 089072804 | 000000000 | ACCRUAL/DEC | 31DEC87 | 100103 |
| 572,304.57 CR | | | 089072588 | 000000000 | ACCT ACCRUAL | 31DEC87 | 961001 |
| 579,224.21 DR | | | 089070518 | 000000000 | ACCT ACCRUAL | 31DEC87 | 961003 |
| 16,322,174.00 CR | | | 089011104 | 000000000 | SOVEREIGN PROV | 31DEC87 | 100111 |
| 16,322,174.00 DR | | | 089017218 | 000000000 | NEW SOVEREIGN RISK | 31DEC87 | 100112 |

CURRENCY ENTRY TOTAL IS 000017 DEBIT TOTAL IS 17,993,158.52 CREDIT TOTAL IS 17,993,158.52

END OF PRINTOUT A207 NEW YORK IBF

**Exhibit G**

# New York Fixed Asset Balances – Year End 1987

## New York Fixed Asset Balances - 1987
## in U.S.$

| Account | 31-Dec-87 | 30-Dec-87 | 29-Dec-87 | Difference |
|---|---|---|---|---|
| Freehold Premises | 17,119,899.23 | 17,119,899.23 | 17,119,899.23 | 0 |
| Leasehold Premises | 6,952,521.47 | 6,952,521.47 | 6,952,521.47 | 0 |
| Furniture and Fittings | 2,458,833.69 | 2,458,833.69 | 2,458,833.69 | 0 |
| Computer | 2,946,375.67 | 2,946,375.67 | 2,946,375.67 | 0 |
| | 29,477,630.06 | 29,477,630.06 | 29,477,630.06 | 0 |

**Note:**
Schedule above shows that the fixed asset balances in the books of New York did not change during the last three days in December 1987.

**Source:**
New York B126, Balance Sheet reports (attached hereto).

NEW YORK B126 BALANCE SHEET 10Y 31DEC87 37

| | REF | | STERLING BALANCES | US DOLLAR BALANCES | CURRENCY BALANCES | TOTAL US DOLLARS |
|---|---|---|---|---|---|---|
| P&L AND RESERVES | | | | | | |
| P&L EXP. | ABD | | | | | |
| | | | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCUM LOSS | ACD | FROM P+L RETURN | | | 80,288,790.34- | |
| | | | 0.00 | 80,288,790.34- | 0.00 | 80,288,790.34- |
| -SUB-TOTAL | ADD | | 0.00 | 80,288,790.34- | 0.00 | 80,288,790.34- |
| INVESTMENTS | | | | | | |
| OTHER | AFD | | | | | |
| | | | 0.00 | 0.00 | 0.00 | 0.00 |
| -SUB-TOTAL | AKD | | 0.00 | 0.00 | 0.00 | 0.00 |
| PREMISES AND EQUIP | | | | | | |
| FH PREM | ARD | | | | | |
| 140 | 089008502 | FREEHOLD PREM STAFF GL | | | 19,355,948.20- | |
| 140 | 089010132 | RES DEP FREEHLD STAF GL | | | 2,236,048.97 | |
| | | | 0.00 | 17,119,899.23- | 0.00 | 17,119,899.23- |
| LH PREM | ASD | | | | | |
| 140 | 089009606 | LEASEHOLD IMPROV GL | | | 10,050,706.27- | |
| 140 | 089010140 | RES DEP LEASE IMPROVE GL | | | 3,098,184.80 | |
| | | | 0.00 | 6,952,521.47- | 0.00 | 6,952,521.47- |
| F&F | ATD | | | | | |
| 140 | 089008618 | FURNITURE & FITTINGS GL | | | 3,288,820.40- | |
| 140 | 089008707 | FURN & FITTS STAFF GL | | | 2,553,479.19- | |
| 140 | 089010108 | RES DEP F & F STAFF GL | | | 1,991,693.43 | |
| 140 | 089010167 | RES DEP FURN & FITT GL | | | 1,391,772.47 | |
| | | | 0.00 | 2,458,833.69- | 0.00 | 2,458,833.69- |

PwC-NWB 0000947

.B10

NEW YORK B126 BALANCE SHEET 10Y 31DEC87 38

| | REF | STERLING BALANCES | US DOLLAR BALANCES | CURRENCY BALANCES | TOTAL US DOLLARS |
|---|---|---|---|---|---|
| COMPUTER | AUD | | | | |
| 140 | 089006801 | BANK CARS | GL | 264,975.47- | |
| 140 | 089007905 | COMP & O.E. | GL | 5,025,249.60- | |
| 140 | 089009800 | MECH EQUIP STAFF ACC | GL | 689,238.11- | |
| 140 | 089010116 | RES DEP BANK CARS | GL | 159,158.95 | |
| 140 | 089010124 | RES DEP COMP.& O.E. | GL | 2,324,321.80 | |
| 140 | 089010159 | RES DEP MECH EQUP ST | GL | 549,606.76 | |
| | | 0.00 | 2,946,375.67- | 0.00 | 2,946,375.67- |
| -SUB-TOTAL | AWD | 0.00 | 29,477,630.06- | 0.00 | 29,477,630.06- |
| -TOTAL ASSETS | AZD | 33,474,347.29- | 2118,065,524.89- | 6,968,591.60- | 2158,508,463.78- |

| | | | |
|---|---|---|---|
| MONEY LODGED ACCOUNTING | | 563,268,414.37+ | 31,705,199.60+ |
| | DEALING | 563,268,414.37+ | 31,705,199.59+ |

ACCOUNTS NOT INCLUDED

| | | | | | |
|---|---|---|---|---|---|
| 089071034 | 230 | MM INT RCBLE LOAN | | 503 | 0.00 |
| 099999994 | 980 | COMPUTER REJECTIONS | | 671 | 0.00 |
| 089006429 | 140 | ACCEPTS DUE US(CONTRA) | GL | 999 | 51,430,000.00- |
| 089006437 | 140 | ACCEPS DUE FGN(CONTRA) | GL | 999 | 47,244,524.78- |
| 089006453 | 140 | ACCEPS DUE GRP(CONTRA) | GL | 999 | 97,758,051.12- |
| 089009703 | 140 | LIABLILTIES ENGAGEMTS | GL | 999 | 448,553.33- |
| 089010728 | 140 | DISCOUNTS SOLD GROUP | GL | 999 | 39,364,295.13 |
| 089010736 | 140 | DISCOUNT SLD GRP (CNTRA) | | 999 | 39,364,295.13- |
| 089010744 | 140 | DISCOUNTS SOLD FGNRS | GL | 999 | 38,125,000.00 |
| 089010752 | 140 | DISCOUNT SLD FGN (CNTRA) | | 999 | 38,125,000.00- |
| 089010760 | 140 | DISCOUNTS SOLD US | GL | 999 | 47,280,000.00 |
| 089010779 | 140 | DISCS SOLD US(CONTRA) | GL | 999 | 47,280,000.00- |
| 089011007 | 140 | DEF LTRS CR CONTR | GL | 999 | 0.00 |
| 089071018 | 140 | MM INT RCBLE PLCG | IM | 999 | 9,189,344.00 |
| 089071034 | 140 | MM INT RCBLE LOAN | IM | 999 | 24,453,986.54 |
| 089071042 | 140 | MM INT RCBLE LN CONT | IM | 999 | 24,453,986.54- |
| 089071107 | 140 | MM INT RCBLE ACC PLCG | IM | 999 | 2,491,150.78 |
| 089071115 | 140 | MM INT RC ACC PLC CT | IM | 999 | 2,491,150.78- |
| 089071123 | 140 | MM INT RC ACC LOAN | IM | 999 | 9,181,743.56 |
| 089071131 | 140 | MM INT RC ACC LN CNT | IM | 999 | 9,181,743.56- |
| 089071603 | 140 | MM INTEREST PAYABLE | IM | 999 | 21,929,449.20- |
| 089071611 | 140 | MM INT PAYABLE CONTRA | IM | 999 | 21,929,449.20 |
| 089071700 | 140 | MM INT PAYABLE ACC | IM | 999 | 10,508,383.45- |
| 089071719 | 140 | MM INT PAY ACC CONT | IM | 999 | 10,508,383.45 |
| 089074734 | 140 | FIN FUTURES SALES CNT | IM | 999 | 0.00 |
| 089074742 | 140 | FIN FUTURES PURCH CNT | IM | 999 | 0.00 |
| 089080203 | 140 | COST OF COVER; CCY DEPS | | 999 | 0.00 |
| 089080211 | 140 | COST OF COVER; CCY LOANS | | 999 | 0.00 |
| 089080238 | 140 | COST OF COVER; CCY PLACS | | 999 | 0.00 |

.805

NEW YORK 8126 BALANCE SHEET 10Y 30DEC87 2

| ASSETS | REF | STERLING BALANCES | US DOLLAR BALANCES | CURRENCY BALANCES | TOTAL US DOLLARS |
|---|---|---|---|---|---|
| RESERVE BALANCES | AAA | 0.00 | 16,006,092.25- | 0.00 | 16,006,092.25- |
| INT BALS - S/C BKS | AAB | 0.00 | 0.00 | 0.00 | 0.00 |
| CASH AND FGN TILL | ABA | 0.00 | 7,675.10- | 3,009.57- | 10,684.67- |
| MONEY AT CALL | | | | | |
| NOSTRO | ACA | 0.00 | 30,980,389.80- | 310,457.64- | 31,290,847.44- |
| PL TO 1MTH | AEA | 0.00 | 0.00 | 0.00 | 0.00 |
| FED F SOLD | AFA | 0.00 | 943,000,000.00- | 0.00 | 943,000,000.00- |
| INTRA-GROUP | | | | | |
| NWB BRS. | AJA | 173,138.80- | 123,078,591.47- | 46,350.52- | 123,298,080.79- |
| IWB BRS. | AKA | 31,138,984.63- | 67,858,953.42- | 13,082.54- | 99,011,020.59- |
| OTHER | ALA | 0.00 | 97,297,501.34- | 260,325.76- | 97,557,827.10- |
| -SUB-TOTAL | AMA | 31,312,123.43- | 1262,215,436.03- | 630,216.46- | 1294,157,775.92- |
| BILLS DISCOUNTED | | | | | |
| TREASURY | APA | 0.00 | 99,431,755.34- | 0.00 | 99,431,755.34- |
| UK BILLS | AQA | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER | ARA | 0.00 | 81,156,901.62- | 0.00 | 81,156,901.62- |
| -SUB-TOTAL | AVA | 0.00 | 180,588,656.96- | 0.00 | 180,588,656.96- |
| CERTS OF DEP HELD | AWA | 0.00 | 282,500,000.00- | 0.00 | 282,500,000.00- |
| ADVANCES | | | | | |
| PL OV.1MTH | ACB | 0.00 | 0.00 | 0.00 | 0.00 |
| LN TO BKS. | AEB | 0.00 | 2,594,885.63- | 0.00 | 2,594,885.63- |
| LN OTHER | AFB | 0.00 | 384,854,023.99- | 0.00 | 384,854,023.99- |
| OTHER FXD | | 0.00 | 283,658.93- | 0.00 | 283,658.93- |
| OTHER PRME | | 0.00 | 207,877,103.12- | 0.00 | 207,877,103.12- |
| -SUB TOTAL | | 0.00 | 593,014,786.04- | 0.00 | 593,014,786.04- |
| OVERDRAFTS | AHB | 0.00 | 5,934,682.98- | 0.00 | 5,934,682.98- |
| FGN BILLS | AIB | 0.00 | 0.00 | 0.00 | 0.00 |
| O'DUE BILL | AJB | 0.00 | 0.00 | 0.00 | 0.00 |
| INTRA-GROUP | | | | | |
| NWB BRS. | ANB | 0.00 | 43,466,663.63- | 0.00 | 43,466,663.63- |
| IWB BRS. | AOB | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER | APB | 0.00 | 69,348,003.17- | 0.00 | 69,348,003.17- |
| -SUB-TOTAL | AKB | 0.00 | 714,359,021.45- | 0.00 | 714,359,021.45- |
| -TOTAL CARRIED FWD | | 31,312,123.43- | 2455,676,881.79- | 633,226.03- | 2487,622,231.25- |
| OTHER ACCOUNTS | | | | | |
| ACC INT R | AKC | 0.00 | 701,435.62- | 0.00 | 701,435.62- |
| INTER BR R | ASC | 0.00 | 0.00 | 0.00 | 0.00 |
| INTRA GP R | AUC | 0.00 | 0.00 | 0.00 | 0.00 |
| FWD CONT. | AMC | 0.00 | 0.00 | 7,293,562.30- | 7,293,562.30- |
| IMP ACCS | AOC | 0.00 | 9,136,427.70- | 0.01 | 9,136,427.69- |
| -SUB-TOTAL | AVC | 0.00 | 9,837,863.32- | 7,293,562.29- | 17,131,425.61- |
| P&L AND RESERVES | | | | | |
| P&L EXP. | ABD | 0.00 | 24,515,072.36- | 0.00 | 24,515,072.36- |
| ACCUM LOSS | ACD | 0.00 | 61,583,236.47- | 0.00 | 61,583,236.47- |
| -SUB-TOTAL | ADD | 0.00 | 86,098,308.83- | 0.00 | 86,098,308.83- |
| INVESTMENTS | | | | | |
| OTHER | AFD | 0.00 | 0.00 | 0.00 | 0.00 |
| -SUB-TOTAL | AKD | 0.00 | 0.00 | 0.00 | 0.00 |
| PREMISES AND EQUIP | | | | | |
| FH PREM | ARD | 0.00 | 17,119,899.23- | 0.00 | 17,119,899.23- |
| LH PREM | ASD | 0.00 | 6,952,521.47- | 0.00 | 6,952,521.47- |
| F&F | ATD | 0.00 | 2,458,833.69- | 0.00 | 2,458,833.69- |
| COMPUTER | AUD | 0.00 | 2,946,375.67- | 0.00 | 2,946,375.67- |
| -SUB-TOTAL | AWD | 0.00 | 29,477,630.06- | 0.00 | 29,477,630.06- |

.BOS

NEW YORK 8126 BALANCE SHEET 10Y 29DEC87 2

| ASSETS | REF | STERLING BALANCES | US DOLLAR BALANCES | CURRENCY BALANCES | TOTAL US DOLLARS |
|---|---|---|---|---|---|
| RESERVE BALANCES | AAA | 0.00 | 1,185,536.55- | 0.00 | 1,185,536.55- |
| INT BALS - S/C BKS | AAB | 0.00 | 0.00 | 0.00 | 0.00 |
| CASH AND FGN TILL | ABA | 0.00 | 7,767.98- | 3,009.57- | 10,777.55- |
| MONEY AT CALL | | | | | |
| NOSTRO | ACA | 0.00 | 32,337,258.11- | 306,114.26- | 32,643,372.37- |
| PL TO 1MTH | AEA | 0.00 | 50,000,000.00- | 0.00 | 50,000,000.00- |
| FED F SOLD | AFA | 0.00 | 994,000,000.00- | 0.00 | 994,000,000.00- |
| INTRA-GROUP | | | | | |
| NWB BRS. | AJA | 335,587.00- | 141,598,710.39- | 45,828.68- | 141,980,126.07- |
| IWB BRS. | AKA | 31,180,894.43- | 27,870,000.00- | 15,527.27- | 59,066,421.70- |
| OTHER | ALA | 0.00 | 100,564,597.08- | 213,509.11- | 100,778,106.19- |
| -SUB-TOTAL | AMA | 31,516,481.43- | 1346,370,565.58- | 580,979.32- | 1378,468,026.33- |
| BILLS DISCOUNTED | | | | | |
| TREASURY | APA | 0.00 | 99,431,755.34- | 0.00 | 99,431,755.34- |
| UK BILLS | AQA | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER | ARA | 0.00 | 78,155,449.74- | 0.00 | 78,155,449.74- |
| -SUB-TOTAL | AVA | 0.00 | 177,587,205.08- | 0.00 | 177,587,205.08- |
| CERTS OF DEP HELD | AWA | 0.00 | 282,500,000.00- | 0.00 | 282,500,000.00- |
| ADVANCES | | | | | |
| PL OV.1MTH | ACB | 0.00 | 0.00 | 0.00 | 0.00 |
| LN TO BKS. | AEB | 0.00 | 2,594,885.63- | 0.00 | 2,594,885.63- |
| LN OTHER | AFB | 0.00 | 392,406,786.32- | 0.00 | 392,406,786.32- |
| OTHER FXD | | 0.00 | 283,658.93- | 0.00 | 283,658.93- |
| OTHER PRNE | | 0.00 | 204,095,147.41- | 0.00 | 204,095,147.41- |
| -SUB TOTAL | | 0.00 | 596,785,592.66- | 0.00 | 596,785,592.66- |
| OVERDRAFTS | AHB | 0.00 | 15,701,094.91- | 0.00 | 15,701,094.91- |
| FGN BILLS | AIB | 0.00 | 0.00 | 0.00 | 0.00 |
| O"DUE BILL | AJB | 0.00 | 0.00 | 0.00 | 0.00 |
| INTRA-GROUP | | | | | |
| NWB BRS. | ANB | 0.00 | 43,466,663.63- | 0.00 | 43,466,663.63- |
| IWB BRS. | AOB | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER | APB | 0.00 | 65,658,003.17- | 0.00 | 65,658,003.17- |
| -SUB-TOTAL | AXB | 0.00 | 724,206,240.00- | 0.00 | 724,206,240.00- |
| -TOTAL CARRIED FWD | | 31,516,481.43- | 2531,857,315.19- | 583,988.89- | 2563,957,785.51- |
| OTHER ACCOUNTS | | | | | |
| ACC INT R | AKC | 0.00 | 701,435.62- | 0.00 | 701,435.62- |
| INTER BR R | ASC | 0.00 | 0.00 | 0.00 | 0.00 |
| INTRA GP R | AUC | 0.00 | 0.00 | 0.00 | 0.00 |
| FWD CONT. | AMC | 0.00 | 0.00 | 8,128,366.55- | 8,128,366.55- |
| IMP ACCS | AOC | 0.00 | 10,941,676.37- | 0.01 | 10,941,676.36- |
| -SUB-TOTAL | AVC | 0.00 | 11,643,111.99- | 8,128,366.54- | 19,771,478.53- |
| P&L AND RESERVES | | | | | |
| P&L EXP. | ABD | 0.00 | 22,070,292.91- | 0.00 | 22,070,292.91- |
| ACCUM LOSS | ACD | 0.00 | 61,583,236.47- | 0.00 | 61,583,236.47- |
| -SUB-TOTAL | ADD | 0.00 | 83,653,529.38- | 0.00 | 83,653,529.38- |
| INVESTMENTS | | | | | |
| OTHER | AFD | 0.00 | 0.00 | 0.00 | 0.00 |
| -SUB-TOTAL | AKD | 0.00 | 0.00 | 0.00 | 0.00 |
| PREMISES AND EQUIP | | | | | |
| FH PREM | ARD | 0.00 | 17,119,899.23- | 0.00 | 17,119,899.23- |
| LH PREM | ASD | 0.00 | 6,952,521.47- | 0.00 | 6,952,521.47- |
| F&F. | ATD | 0.00 | 2,458,833.69- | 0.00 | 2,458,833.69- |
| COMPUTER | AUD | 0.00 | 2,946,375.67- | 0.00 | 2,946,375.67- |
| -SUB-TOTAL | AWD | 0.00 | 29,477,630.06- | 0.00 | 29,477,630.06- |

**Exhibit H**

# Interest Paid to Head Office – Chicago 1981

**Interest Paid to Head Office - Chicago 1981**

| Money Market Deal Number | Currency Code | Value Date | Maturity Date | (a) Number of Days Until Maturity | Customer Name | (b) Principal | (c) Interest Rate | (d) Rate of Exchange | (e) = [(b) * (c)] * [(a) /360] * (d)<br>(e)<br>Interest Paid | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00007 | 140 | 11-Dec-80 | 11-Feb-81 | 62 | NWB London | $6,000,000 | 20.7500% | 1.0000 | $214,417 | A |
| 00008 | 140 | 19-Dec-80 | 19-Feb-81 | 62 | NWB London | $13,000,000 | 21.7500% | 1.0000 | $486,958 | A |
| 00009 | 140 | 13-Apr-81 | 13-May-81 | 30 | NWB London | $9,000,000 | 15.6875% | 1.0000 | $117,656 | A |
| 00010 | 140 | 21-Apr-81 | 22-Jun-81 | 62 | NWB London | $13,000,000 | 16.0000% | 1.0000 | $358,222 | A |
| 00011 | 140 | 28-Apr-81 | 27-Aug-81 | 121 | NWB London | $2,460,000 | 16.8750% | 1.0000 | $139,528 | A |
| | | | | | | | | **Total interest (gross)** | $1,316,782 | |
| | | | | | **Less, reversal of prior-year interest accrual on money market deals** | | | | ($163,417) | B |
| | | | | | **Interest expense in 1981 on specific short-term money market transactions** | | | | **$1,153,365** | |

(Subject to Rounding)

**Note:**
Based on an analysis of the M070 reports, currency code 140 represents U.S. dollars.

**Legend:**
**A** - Amounts were traced to specific money market transactions reported in the M070, Certificate of Balance reports (attached hereto).
**B** - Represents the reversal of a money market accrual that was originally posted at the end of 1980, as shown in the NWB London Interest Paid account statement (attached hereto).

***** A 8 *****

CHICAGO BCH M070 CERTIFICATE OF BALANCE FEB81 BY 27FEB81 1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 000406503 CONTI CHI 8168 | | | 140 | | | | NO DEALS ISSUED |
| 000406902 DRESDNER BK CHI 9326 | | | 140 | | | | NO DEALS ISSUED |
| 000407003 1ST NATL BK CHI 9857 | | | 140 | | | | NO DEALS ISSUED |
| 000407518 HARRIS TR CHI 1045 | | | 140 | | | | NO DEALS ISSUED |
| 000407801 HONG KONG BKG CORP CHI 1215 | | | 140 | | | | NO DEALS ISSUED |
| 000408301 MITSUBISHI TR BKG CHI 2998 | | | 140 | | | | NO DEALS ISSUED |
| 000408344 MITSUBISHI BK 2963 | | | 140 | | | | NO DEALS ISSUED |
| 000408395 MITSUI TRUST 3048 | | | 140 | | | | NO DEALS ISSUED |
| 000408700 NORTHERN TR CHI 4117 | | | 140 | | | | |
| 00005 | 140 | 3FEB81 | 4FEB81 | 1,000,000.00- | 17.375 | 482.63- | MATURED |
| 00006 | 140 | 12FEB81 | 13FEB81 | 700,000.00- | 16.5 | 0.00 | CANCELLED |
| 00007 | 140 | 12FEB81 | 13FEB81 | 700,000.00 | 16.5 | 0.00 | MATURED |
| 00008 | 140 | 24FEB81 | 25FEB81 | 1,000,000.00- | 14.75 | 409.72- | MATURED |
| 00009 | 140 | 25FEB81 | 26FEB81 | 10,000,000.00- | 16.0 | 4,444.44- | MATURED |
| 000409391 SWISS BK CORP 5423 | | | 140 | | | | NO DEALS ISSUED |
| 000409707 TOKAI BK LA 5997 | | | 140 | | | | NO DEALS ISSUED |

SUB-TOTAL CATEGORY 001

CAPITAL ACCRUED INTEREST

EQUIVALENT

| | | |
|---|---|---|
| 000400009 FEDS PURCHASED | 140 | NO DEALS ISSUED |
| 000400033 FEDS SOLD | 140 | LAST DEAL 8DEC80 |
| 000402400 NWB LONDON | .440 | |

PwC-NWB 0000951

***** B B *****

CHICAGO BCH M070 CERTIFICATE OF BALANCE FEB81 BY 27FEB81 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00007 | 140 | 11DEC80 | 11FEB81 | 6,000,000.00 | 20.75 | 214,416.66 | MATURED |
| 00008 | 140 | 19DEC80 | 19FEB81 | 13,000,000.00 | 21.75 | 486,958.33 | MATURED |
| 000403008 NWB NASSAU | | | | 254 | | | |
| 00092 | 140 | 27JAN81 | 6FEB81 | 1,000,000.00 | 18.375 | 5,104.16 | MATURED |
| 00095 | 140 | 28JAN81 | 4FEB81 | 5,050,000.00 | 17.75 | 17,429.51 | MATURED |
| 00100 | 140 | 30JAN81 | 2FEB81 | 4,000,000.00 | 16.75 | 5,583.33 | MATURED |
| 00101 | 140 | 30JAN81 | 2FEB81 | 49,550,000.00 | 16.9484 | 69,982.76 | MATURED |
| 00102 | 140 | 30JAN81 | 4FEB81 | 23,885,000.00 | 17.375 | 57,639.14 | MATURED |
| 00103 | 140 | 2FEB81 | 9FEB81 | 2,000,000.00 | 16.875 | 6,562.50 | MATURED |
| 00105 | 140 | 2FEB81 | 3FEB81 | 89,402,000.00 | 17.1292 | 42,538.46 | MATURED |
| 00106 | 140 | 2FEB81 | 9FEB81 | 10,000,000.00 | 17.125 | 33,298.61 | MATURED |
| 00107 | 140 | 2FEB81 | 9FEB81 | 2,500,000.00 | 17.125 | 8,324.65 | MATURED |
| 00108 | 140 | 3FEB81 | 4FEB81 | 75,000,000.00 | 17.5 | 36,458.33 | MATURED |
| 00109 | 140 | 3FEB81 | 24FEB81 | 1,000,000.00 | 17.375 | 10,135.41 | MATURED |
| 00110 | 140 | 3FEB81 | 5MAR81 | 1,000,000.00 | 17.375 | 12,[illegible]48.61 | NEW |
| 00111 | 140 | 3FEB81 | 4FEB81 | 16,500,000.00 | 17.75 | 8,135.41 | MATURED |
| 00112 | 140 | 3FEB81 | 4FEB81 | 8,000,000.00 | 17.5 | 3,888.88 | MATURED |
| 00113 | 140 | 3FEB81 | 4FEB81 | 1,000,000.00 | 17.375 | 482.63 | MATURED |
| 00114 | 140 | 4FEB81 | 5FEB81 | 10,100,000.00 | 16.8118 | 4,716.64 | MATURED |
| 00115 | 140 | 5FEB81 | 6FEB81 | 9,348,000.00 | 16.5 | 4,284.50 | MATURED |
| 00116 | 140 | 6FEB81 | 27FEB81 | 2,000,000.00 | 17.125 | 19,979.16 | MATURED |
| 00117 | 140 | 6FEB81 | 23FEB81 | 1,500,000.00 | 17.0 | 12,041.66 | MATURED |
| 00118 | 140 | 6FEB81 | 9FEB81 | 34,000,000.00 | 16.8676 | 47,791.53 | MATURED |
| 00119 | 140 | 9FEB81 | 10FEB81 | 47,000,000.00 | 16.7407 | 21,855.91 | MATURED |
| 00120 | 140 | 10FEB81 | 11FEB81 | 17,100,000.00 | 16.5 | 7,837.50 | MATURED |
| 00121 | 140 | 11FEB81 | 13FEB81 | 5,000,000.00 | 12.5 | 3,472.22 | MATURED |
| 00122 | 140 | 11FEB81 | 13FEB81 | 16,100,000.00 | 16.25 | 14,534.72 | MATURED |
| 00123 | 140 | 13FEB81 | 17FEB81 | 31,100,000.00 | 16.471 | 56,916.45 | MATURED |
| 00124 | 140 | 17FEB81 | 25FEB81 | 3,000,000.00 | 17.0 | 11,333.33 | MATURED |
| 00125 | 140 | 17FEB81 | 18FEB81 | 8,100,000.00 | 16.3241 | 3,672.92 | MATURED |
| 00126 | 140 | 18FEB81 | 19FEB81 | 13,100,000.00 | 16.187 | 5,890.26 | MATURED |
| 00127 | 140 | 18FEB81 | 19FEB81 | 10,000,000.00- | 15.875 | 4,409.72- | MATURED |
| 00128 | 140 | 19FEB81 | 20FEB81 | 11,100,000.00 | 15.1374 | 4,667.36 | MATURED |
| 00129 | 140 | 20FEB81 | 23FEB81 | 12,000,000.00 | 14.125 | 14,125.00 | MATURED |
| 00130 | 140 | 23FEB81 | 24FEB81 | 14,934,000.00 | 14.4754 | 6,004.87 | MATURED |
| 00131 | 140 | 24FEB81 | 27FEB81 | 1,000,000.00 | 14.75 | 1,229.16 | MATURED |
| 00132 | 140 | 24FEB81 | 27FEB81 | 8,000,000.00 | 14.75 | 9,833.33 | MATURED |
| 00133 | 140 | 24FEB81 | 25FEB81 | 15,000,000.00 | 14.75 | 6,145.83 | MATURED |
| 00134 | 140 | 24FEB81 | 26FEB81 | 37,700,000.00 | 14.875 | 31,154.86 | MATURED |
| 00135 | 140 | 24FEB81 | 25FEB81 | 1,000,000.00 | 14.75 | 409.72 | MATURED |
| 00136 | 140 | 25FEB81 | 26FEB81 | 12,000,000.00 | 14.5 | 4,833.33 | MATURED |
| 00137 | 140 | 25FEB81 | 27MAR81 | 10,000,000.00 | 15.5625 | 17,291.66 | NEW |
| 00138 | 140 | 26FEB81 | 27FEB81 | 7,000,000.00 | 14.875 | 2,892.36 | MATURED |
| 00140 | 140 | 27FEB81 | 2MAR81 | 38,000,000.00 | 15.3092 | 32,319.42 | NEW |

| | CAPITAL | ACCRUED INTEREST |
|---|---|---|
| US DOLLAR | 49,000,000.00 | 62,159.69 |
| EQUIVALENT | 49,000,000.00 | 62,159.69 |

***** A 8 *****

CHICAGO BCH M070 CERTIFICATE OF BALANCE MAY81 8Y 29MAY81 1

| Deal | Code | Start | Maturity | Amount | Rate | Accrued interest | Status |
|---|---|---|---|---|---|---|---|
| 000406503 CONTI CHI 8168 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000407003 1ST NATL BK CHI 9857 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000407518 HARRIS TR CHI 1045 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000408301 MITSUBISHI TR BKG CHI 2998 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000408344 MITSUBISHI BK 2963 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000408700 NORTHERN TR CHI 4117 | | | | 140 | | | |
| 00012 | 140 | 27MAY81 | 28MAY81 | 15,600,000.00- | 16.75 | 7,258.33- | MATURED |
| 00013 | 140 | 28MAY81 | 29MAY81 | 4,600,000.00- | 16.75 | 2,140.27- | MATURED |
| 000409391 SWISS BK CORP 5423 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000409707 TOKAI BK LA 5997 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |

SUB-TOTAL CATEGORY 001

| | CAPITAL | ACCRUED INTEREST |
|---|---|---|
| EQUIVALENT | | |

| Deal | Code | Start | Maturity | Amount | Rate | Accrued interest | Status |
|---|---|---|---|---|---|---|---|
| 000400009 FEDS PURCHASED | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000400033 FEDS SOLD | | | | 140 | | | |
| | | | | | | | LAST DEAL 8DEC80 |
| 000402400 NWB LONDON | | | | 440 | | | |
| 00009 | 140 | 13APR81 | 13MAY81 | 9,000,000.00 | 15.6875 | 117,656.25 | MATURED |
| 00010 | 140 | 21APR81 | 22JUN81 | 13,000,000.00 | 16.0 | 236,888.88 | |
| 00011 | 140 | 28APR81 | 27AUG81 | 2,460,000.00 | 16.875 | 39,206.25 | |

| | CAPITAL | ACCRUED INTEREST |
|---|---|---|
| US DOLLAR | 15,460,000.00 | 276,095.13 |
| EQUIVALENT | 15,460,000.00 | 276,095.13 |

| Deal | Code | Start | Maturity | Amount | Rate | Accrued interest | Status |
|---|---|---|---|---|---|---|---|
| 000403008 NWB NASSAU | | | | 254 | | | |
| 00178 | 140 | 3APR81 | 2JUL81 | 2,000,000.00 | 14.75 | 48,347.22 | |
| 00183 | 140 | 9APR81 | 8MAY81 | 1,500,000.00 | 15.4375 | 18,653.64 | MATURED |

PwC-NWB 0000953

***** A 8 *****

CHICAGO BCH M070 CERTIFICATE OF BALANCE JUN81 8Y 30JUN81 1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 000406503 CONTI CHI 8168 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000407003 1ST NATL BK CHI 9857 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000407518 HARRIS TR CHI 1045 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000408301 MITSUBISHI TR BKG CHI 2998 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000408344 MITSUBISHI BK 2963 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000408700 NORTHERN TR CHI 4117 | | | | 140 | | | |
| 00014 | 140 | 19JUN81 | 22JUN81 | 1,000,000.00- | 18.0 | 1,500.00- | MATURED |
| 00015 | 140 | 25JUN81 | 26JUN81 | 250,000.00- | 18.375 | 127.60- | MATURED |
| 000409391 SWISS BK CORP 5423 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000409707 TOKAI BK LA 5997 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| SUB-TOTAL CATEGORY 001 | | | | | | | |
| | CAPITAL | | | | | ACCRUED INTEREST | |
| EQUIVALENT | | | | | | | |
| 000400009 FEDS PURCHASED | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000400033 FEDS SOLD | | | | 140 | | | |
| | | | | | | | LAST DEAL 8DEC80 |
| 000402400 NWB LONDON | | | | 440 | | | |
| 00010 | 140 | 21APR81 | 22JUN81 | 13,000,000.00 | 16.0 | 358,222.22 | MATURED |
| 00011 | 140 | 28APR81 | 27AUG81 | 2,460,000.00 | 16.875 | 73,800.00 | |
| | CAPITAL | | | | | ACCRUED INTEREST | |
| US DOLLAR | 2,460,000.00 | | | | | 73,800.00 | |
| EQUIVALENT | 2,460,000.00 | | | | | 73,800.00 | |
| 000403008 NWB NASSAU | | | | 254 | | | |
| 00178 | 140 | 3APR81 | 2JUL81 | 2,000,000.00 | 14.75 | 72,930.55 | |
| 00217 | 140 | 5MAY81 | 5JUN81 | 1,000,000.00 | 19.5 | 16,791.66 | MATURED |
| 00219 | 140 | 6MAY81 | 4AUG81 | 2,000,000.00 | 19.1875 | 59,694.44 | |

***** A *****

CHICAGO BCH M070 CERTIFICATE OF BALANCE AUG81 BY 31AUG81 1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 000433012 W TCHELL ENERGY LINE 1 COMM | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000406503 CONTI CHI 8168 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000407003 1ST NATL BK CHI 9857 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000407518 HARRIS TR CHI 1045 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000408301 MITSUBISHI TR BKG CHI 2998 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000408344 MITSUBISHI BK 2963 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000408700 NORTHERN TR CHI 4117 | | | | 140 | | | |
| 00017 | 140 | 31JUL81 | 3AUG81 | 300,000.00- | 17.375 | 434.37- | MATURED |
| 00018 | 140 | 6AUG81 | 7AUG81 | 6,600,000.00- | 19.25 | 3,529.16- | MATURED |
| 000409391 SWISS BK CORP 5423 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000409707 TOKAI BK LA 5997 | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| SUB-TOTAL CATEGORY 001 | | | | | | | |
| | | CAPITAL | | | | ACCRUED INTEREST | |
| EQUIVALENT | | | | | | | |
| 000400009 FEDS PURCHASED | | | | 140 | | | |
| | | | | | | | NO DEALS ISSUED |
| 000400033 FEDS SOLD | | | | 140 | | | |
| | | | | | | | LAST DEAL 8DEC80 |
| 000402400 NWB LONDON | | | | 440 | | | |
| 00011 | 140 | 28APR81 | 27AUG81 | 2,460,000.00 | 16.875 | 139,328.12 | MATURED |
| 000403008 NWB NASSAU | | | | 254 | | | |
| 00219 | 140 | 6MAY81 | 4AUG81 | 2,000,000.00 | 19.1875 | 95,937.50 | MATURED |
| 00326 | 140 | 9JUL81 | 10AUG81 | 2,000,000.00 | 19.1875 | 34,111.11 | MATURED |
| 00355 | 140 | 24JUL81 | 7AUG81 | 105,330.55 | 18.25 | 747.55 | MATURED |
| 00357 | 140 | 27JUL81 | 3AUG81 | 508,292.41 | 17.875 | 1,766.66 | MATURED |
| 00360 | 140 | 28JUL81 | 11AUG81 | 190,665.00 | 17.0 | 1,260.50 | MATURED |
| 00362 | 140 | 28JUL81 | 4AUG81 | 4,811,752.37 | 17.9616 | 16,805.20 | MATURED |

PwC-NWB 0000955

***** B 8 *****

9

L 8

SHEET 4
IMPERSONAL
89072251 US DOLLAR

National Westminster
Bank Limited
CHICAGO BRANCH
33 NORTH DEARBORN STREET
CHICAGO, ILLINOIS 60602

NWB LONDON
INTEREST PAID

1980/81

DEPOSITS NOT INSURED BY THE FDIC

| DATE | DETAILS | REF/SERIAL NO. | VALUE DATE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 31DEC | BALANCE B/F | | | | | 2,826,555.21DR |
| 2JAN | MMKT ACCRUAL REV | ¬999999999 | 31DEC80 | | 163,416.66 | |
| | B/S ENTRY | ¬ | 2JAN81 | | 2,826,555.21 | 163,416.66 |

P

PwC-NWB 0000956

NYB 4050(9-78)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 95-758T
(Judge Nancy B. Firestone)

NATIONAL WESTMINSTER BANK PLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

SUPPLEMENTAL DECLARATION OF EDWARD JUKES

United Kingdom) ss
)
City of London )

148 New Road
Chingford
London E4 9SJ
England

I, EDWARD JUKES, of 148 New Road, Chingford, London E4 9SJ, in accordance with 28 U.S.C. § 1746 (2000), hereby DECLARE as follows:

Overview

1. I have been retained by Royal Bank of Scotland through its counsel, Davis Polk & Wardwell, in connection with litigation between National Westminster Bank, PLC and the Government of the United States concerning the taxation of NatWest's U.S. operations during the years 1981 through 1987.

2. In the course of this litigation, I have provided an Expert Report, dated 4 March 2004, and a Declaration, dated 2 May 2005.

## Assignment

3. I have been asked to address points relating to my Expert Report and Declaration found in the Defendant's Opposition to Plaintiff's Motion for Summary Judgment and certain exhibits thereto. I also have been asked to advise whether any of my prior conclusions has changed.

4. In preparing this declaration, I have reviewed the Defendant's Opposition to Plaintiff's Motion for Summary Judgment, dated 22 July 2005, the Declaration of Barrie Akin, dated 8 July 2005, the Declaration of Jeffrey L. Dorfman, dated 6 July 2005, and the Declaration of A. Lawrence Kolbe, dated 12 July 2005.

5. For the avoidance of doubt, I would like to make clear that I have read only the documents listed above (and those identified in my Declaration and Expert Report) and have not had access to any Inland Revenue files for my assignments. I intend to address the points asserted with respect to my opinions in defendant's brief and the declarations of defendant's experts.

## Confirmation of Prior Conclusions

6. As part of these assignments, I have reached the following conclusions (which I confirm):

a. The Inland Revenue Banking Manual accurately reflects the manner in which the United Kingdom Inland Revenue applied the U.S.-U.K. income tax treaty during the years at issue;

b. The Court's 2003 opinion in this case is consistent with Inland Revenue's actual practice during the years at issue;

c. On the basis of the information set forth in Plaintiff's Report on the Capital Issue dated 29 October 2004, including the report of Kevin Bandoian attached as exhibit C thereto, Inland Revenue would not have sought any further adjustments in respect of capital, including working capital;

d. In the appropriate circumstances, Inland Revenue would have accepted a taxpayer's position that a reserve for specific bad debts with respect to sovereign risk did not diminish cash available for other uses;

e. With respect to the Chicago branch during the years in which it did not have cumulative excess cash flows, Inland Revenue would not have had grounds for asserting that any amounts, other than amounts previously identified and conceded by NatWest, should be disallowed as interest paid on capital or amounts treated as allotted capital because there were not any interest-bearing advances from the head office that could have been used to fund fixed asset purchases;

f. The approach outlined by Dr. A. Lawrence Kolbe in his report on the Capital Issue, dated 4 March 2005, would not have been followed by Inland Revenue; and

g. Inland Revenue would not have used separate underlying records reflecting a loss in one physical location to create an adjustment to capital when there were adequate profits in another location reported on the same tax return, let alone used separate books maintained within a single

physical location to create such an adjustment where their aggregate capital was sufficient.

Qualifications

7. Defendant's brief states that I purport to speak for every Inland Revenue Inspector. I should make clear that I served in the International Division of Inland Revenue, which had a dual operational role whilst I was there, from early 1985 to 1995. It advised Inspectors on interpretations of the law and it assumed responsibility for some of the more difficult cases, including those where litigation seemed a strong possibility. Inspectors were required to submit to the International Division those cases where an impasse had been reached.

8. The International Division in conjunction with the Board's Solicitor would then decide whether to proceed to litigation. The procedures were such that it should not have been possible for a case to proceed to litigation on the Free Working Capital Issue without the agreement of the International Division. For that reason I can confirm that where an impasse had been reached the Inspector could be persuaded to drop lines of argument that did not accord with Inland Revenue's interpretation of a treaty. Thus, even though I cannot speak for every Inspector, I would likely have been aware of any issues as to which there was any controversy.

Relevance of the Inland Revenue Banking Manual

9. In his declaration, Mr. Akin questions the relevance of the Banking Manual to the years at issue. He states that the Banking Manual likely represents the position of Inland Revenue as "it evolved over time" and concludes that "since the Manual was not published in 1981 through 1987 and contains clear indicators that an

extremely relevant part of it did not exist in those years, I cannot see that the application of what is in the Manual as at 1994 is directly relevant to earlier years." (Akin Para. 9). Although Mr. Akin is correct in understanding that no single manual existed in the same form as the Banking Manual before its publication, I can attest that Inland Revenue, generally, and the International Division, specifically, maintained a number of precedent files, each relating to particular points of difficulty in administering the tax law. The International Division's precedent files were created to give consistent and, what was in Inland Revenue's view, correct advice to Inspectors on the interpretation of tax law in international matters.

10. Such a precedent file was maintained in respect of Free Working Capital. This file included correspondence relating to the Counsel's Opinion included in Appendix 9A of the Banking Manual and copies of subsequent submissions from, and advice to, Inspectors in the districts. As specific points were argued on behalf of taxpayers, the Revenue's advice evolved in light of particular facts. I cannot now recall the precise year when the International Division promulgated each aspect of the advice reflected in the Banking Manual. I can say, however, that it is clear in my mind that there was no U-turn by the International Division on any major aspect of Free Working Capital after acceptance of Counsel's Opinion of 1978, which resulted in Inland Revenue dropping attempts to impute to the U.K. branches of U.S. banks a share of the worldwide capital that they might be deemed to use. Therefore, I believe that the International Division of Inland Revenue would have taken the same view of the issues in this case regardless of whether they were raised in 1981, 1985 or 1995.

11. Based on his recollections, Mr. Akin relates that in his experience Inspectors did not follow the criteria on Free Working Capital found in Appendix 9A "slavishly" and that he "encountered a very wide range of attitudes from inspectors as to how London Free Capital should be calculated." (Akin Para. 33). I accept that a particularly robust Inspector of Taxes might, on a particular case, have argued for and achieved more than the International Division would have required to reach a settlement (Akin Para. 30) and that arguments unacceptable to the International Division, such as the net loan position Mr. Akin described, were on occasion conceded. The more important point in this case is that the International Division established consistency on the general principle that, leaving aside the situation where the actual branch capital was higher, fixed assets were the main factor in determining the minimum amount of capital treated as allotted to a branch. Mr. Akin appears to agree with this point. (Akin Para. 34).

Mr. Akin's Analysis of Mr. Bandoian's Report

12. Mr. Akin, in paragraphs 51-66 of his Declaration, explains why he believes that the method used by Mr. Bandoian in his October 29, 2004 report for identifying capital on the books of NatWest is not consistent with the Banking Manual.

13. My understanding is that the import of the NatWest report on the Capital Issue which includes Mr. Bandoian's report of 29 October 2004, is that, after concessions by NatWest, no interest is being claimed in respect of a sum equal to the total of "Balance due Head Office in Fixed Assets," "Balance due Head Office re Capital Loan" and Retained Profits. Also, Mr. Bandoian's report showed that the aggregate of those amounts exceeded Fixed Assets for all of the years at issue.

14. To use the example discussed by Mr. Akin, for the San Francisco branch in 1981, the figures were:

| | |
|---|---|
| Retained Profits | 2,009,222 |
| Due Head Office re Capital Loan | 712,086 |
| Due Head Office re Fixed Assets | 552,914 |
| Premises and Equipment | (395,106) |
| | 2,879,116 |

15. In this example, the Retained Profits, the amounts Due to Head Office re Capital Loan and Due to Head Office re Fixed Assets are all amounts that Inland Revenue would have viewed either as allotted capital or amounts that should be treated as allotted capital. These amounts total $3,274,222. Mr. Bandoian's analysis shows that NatWest did not deduct any interest on these amounts. Since they exceeded the fixed assets of $395,106, no further inquiry would be necessary.

16. Mr. Akin appears to get caught up in the difference between amounts that are "allotted capital" and amounts that are "treated as allotted capital." Mr. Akin assumes for discussion that the sum of amounts due re capital loan and fixed assets is "allotted capital" of $1,265,000 and that the sum of retained profits plus the amount of premises and equipment is an amount "treated as allotted capital" of $2,404,328. He concludes from this that Mr. Bandoian's figure of $2,879,116 is "a higher figure than the Manual requires" (Mr. Akin Paras. 59 and 60). Mr. Akin appears to be opining that the total capital is only $2,404,328 (the "higher of allotted and amounts treated as allotted Free Capital") and not the $3,274,222 of capital that NatWest has conceded. The implication is that NatWest has made an over-concession – that it did not need to concede the capital loan charges to the extent its retained profits exceeded fixed assets. I disagree. In doing

this, Mr. Akin disregards the fact that two of the balances due the Head Office ('re Capital Loan' and 're Fixed Assets') appear to be capital in nature and would, in my view, be treated as such.

17. This may be because Mr. Akin misinterprets the "higher of" allotted capital or amounts treated as allotted capital in the Manual. The Manual simply contemplates that when the head office allots more capital to a branch than the branch uses for capital purposes (as in the case of the $3,274,222 in the example), the branch cannot deduct interest on the excess allotted capital. If the head office allots less capital than it, in fact, advances to the branch for capital purposes, then the total amount that the head office in fact advances for capital purposes (consisting of the amount allotted plus the amount treated as allotted) is treated as capital on which interest may not be deducted. That is all the "higher of" language in the Manual means. I note that Mr. Akin's recollection of actual practice is consistent with this and not with the computations he now proposes. (Akin Para. 41).

18. Mr. Akin raises concerns over the proper determination of working capital and the possible recharacterization of advances from the head office as capital funding where a branch had Premises and Equipment exceeding allotted capital, which was the case in Chicago in 1983 (Mr. Akin Para. 61). Mr. Akin's point would arise, if at all, only if each branch were treated as a separate permanent establishment. In my view, Inland Revenue would not have sought to do this.

19. Whereas Mr. Akin acknowledges that he had no experience with a foreign bank that had more than one branch in the U.K., I did have such experience. As I stated in my Declaration of 2 May 2005 at paragraph 27, I was involved in such a case, which

included the issue of Free Working Capital, while I was within the International Division. I am confident that only one assessment to tax was made on that bank. In negotiating the settlement (involving adjustments to Free Working Capital, claims to double taxation relief and attribution of profit) the branches were treated as a single permanent establishment. I recall consulting the Inland Revenue precedent files and Instruction Manuals as to the correct procedures, although I do not recall whether there were losses in one branch and profits in another. I also recall that Inland Revenue was relaxed as to whether the taxpayer filed their accounts on an aggregate basis or by reference to physical locations. I do not think that it would have been appropriate to evaluate the branches separately for purposes of computing amounts to be treated as Allotted Capital, even if they maintained separate sets of books, when the bank submitted its tax return as a single permanent establishment. If the permanent establishment was in profit overall, Inland Revenue would not, in my view, have argued that nevertheless capital should have been injected to cover the losses of what would have been just one part of a single profitable business for U.K. tax purposes.

20. Mr. Akin appears to confuse the intent of the Banking Manual when he questions my opinion with regard to my acceptance of NatWest's cash flow analysis as evidence of sufficient funding for fixed assets, notwithstanding the bad debt reserve made on the last day of 1987. I have been satisfied that, taking the branches as a whole, the sum of "Retained Profits", "Balance Due Head Office re Capital Loan" and "Balance Due Head Office re Fixed Assets" was more than sufficient to cover expenditures on Fixed Assets and to absorb any losses until the year ended 31 December 1987. I believe the cash-flow analysis coupled with the A207 report for 31 December 1987 showing the

"New Sovereign Risk" bad debt allocation on the last day of the year is further evidence demonstrating that the U.S. operations did not require capital infusions during 1987 to fund fixed assets. Mr. Akin recognizes this as a "valid point". (Akin Para. 71).

21. Mr. Bandoian's Declaration of 30 April 2005 concentrated on cash flows to show that, if the Inspector took the position that the branches should be dealt with separately and focused on the interaction between losses and expenditures on fixed assets, the cash flow was adequate to fund the expenditure on fixed assets or to absorb the effect of the losses, other than for the years identified. Although I do not believe Inland Revenue would have argued for the evaluation of allotted capital on a branch-by-branch basis for U.K. tax purposes, I do not think that even the most robust Inspector could have argued successfully, in light of these facts, that further sums should be treated as allotted capital. Even if such an argument had been developed by an Inspector, in my opinion the International Division would not have been prepared to take this position in litigation.

22. In its opposition brief, defendant states that the Inland Revenue Banking Manual (in Appendix 9A., Para. 10.1a) places a "tracing burden squarely on the bank" to show that a purchase of fixed assets was undertaken with a branch's retained profits. (Def. pp. 25-26). I disagree. That paragraph contemplates the likelihood that in a start up situation, Fixed Assets will be acquired with funds that will be treated as capital. In this scenario, the paragraph requires the bank to provide evidence if it is to be argued that the premises were acquired with borrowed money, and suggests tracing. It should be borne in mind that a U.K. branch of a foreign bank would typically have been established to participate in the Eurodollar market, and therefore would have conducted a substantial

amount of its London business in U.S. dollars, but nevertheless would have required sterling to purchase its U.K. fixed assets. In this situation, tracing could be possible.

Where, however, a branch has been in existence for some time, the paragraph recognizes that any further acquisition of assets may be acquired with funds that will be treated as capital but may alternatively be funded out of retained profits. It is silent as to what evidence should be adduced if it was to be argued that the bank acquired further fixed assets out of retained profits. In my view, the factors listed at Para. 14 of my Declaration of 2 May 2005 are such that Inland Revenue would have accepted that, in the years at issue, no interest bearing loans from the head office were used to fund further fixed asset acquisitions but rather that such acquisitions were made out of interest free monies such as retained profits.

23. Defendant also argues that the Inland Revenue Banking Manual (in Example 4) would have required NatWest to retain records from the inception of its operations in the United States in the early 1970s as evidence of all of its purchases of fixed assets throughout the years (Def. pp. 26-27). The facts in this case, in which the sum of the interest-free capital loans and retained profits for the U.S. operations exceeded the fixed assets in the United States, establish that there was adequate capital to fund fixed assets at the commencement of the period in issue. Under these circumstances, in my view, Inland Revenue would not have looked back to years prior to the years at issue to determine how fixed asset purchases were funded.

24. Where there was inadequate cashflow with respect to Chicago in 1981 and 1982, I am inclined to the view that Inland Revenue would not have pursued the point in

light of the information provided by Mr. Bandoian in his 4 March 2005 Declaration, to wit that no interest was paid to the head office in 1982 and that all the interest paid to the head office in 1981 was associated with specific short-term money market transactions (Mr. Bandoian Para. 23). However, as I still take the view that Inland Revenue would have dealt with the branches in aggregate, this is, for me, somewhat academic.

25. Although I have been provided the Declaration of Mr. Jeffrey L. Dorfman, I am not sure that it is appropriate for me to comment overly on what is seemingly a proposed draft of instructions that Mr. Dorfman will issue to his International Examiners. I must observe, however that it does appear that Mr. Dorfman is construing the Banking Manual as if it were a statute, rather than guidance to Inspectors. Additionally, it bears pointing out that beginning with paragraph 26 and continuing with paragraphs 27, 30 and subsequent paragraphs, Mr. Dorfman, although asserting an interpretation of the Banking Manual, seems to be trying again to introduce an economic argument and ignore the requirement that it is the actual conditions that have to be taken into account and that no notional capital base can be assumed.

26. I have already commented on Dr. Kolbe's economic arguments in my prior declaration at paragraph 24.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON AUGUST 16, 2005.

Edward Jukes

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 95-758T
(Judge Nancy B. Firestone)

NATIONAL WESTMINSTER BANK PLC,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

SUPPLEMENTAL AFFIDAVIT OF MARIO J. VERDOLINI, JR.

I, MARIO J. VERDOLINI, JR, do solemnly swear that the following facts are true to the best of my knowledge and belief:

1. I am a member in good standing of the Bar of the State of New York and of this Court. I am a member of the firm of Davis Polk & Wardwell, counsel for National Westminster Bank PLC ("Plaintiff").

2. I make this affidavit in support of Plaintiff's Reply in Further Support of its Motion for Summary Judgment, submitted pursuant to RCFC 56(a). The purpose of this affidavit is to place before the Court documentary evidence in support of Plaintiff's motion. Excerpts of certain documents are being submitted, but complete copies are available upon request.

3. Exhibit 90 hereto is a true and correct copy of Plaintiff's FRE summary with respect to NatWest Holdings Inc. and Subsidiaries - Summary of Taxable Income for Tax Years 1983-1987 and excerpts of the United States Federal Income Tax Returns of NatWest Holdings Inc. and Subsidiaries for the years 1983-1987.

4. Exhibit 91 hereto is a true and correct copy of excerpts from Plaintiff's Responses and Objections to Defendant's Eighth Set of Requests for Production and Copying of Documents.

5. Exhibit 92 hereto is a true and correct copy of excerpts from the Transcript of the Status Conference before Judge Firestone on July 13, 2004.

6. Exhibit 93 hereto is a true and correct copy of an A220 report from the New York branch, for the account of NatWest Commercial Services, Inc., dated June 30, 1982.

7. Exhibit 94 hereto is a true and correct copy of excerpts from the Transcript of the Status Conference before Judge Firestone on March 9, 2005.

Mario J. Verdolini, Jr.

Sworn to before me this
18th day of August, 2005

Notary Public

DIANE F. GRUBERGER
Notary Public, State of New York
No. 0GR4769436
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Nov. 30, 2006

National Westminster Bank, PLC v. United States
Docket No. 95-758T
Plaintiff's FRE 1006 summary with respect to NatWest Holdings Inc. and Subsidiaries
Summary of Taxable Income for Tax Years 1983 – 1987
August 17, 2005

| Tax Year | Taxable Income |
|---|---|
| 1983 | $ 35,582,639 |
| 1984 | $ 28,152,790 |
| 1985 | $ 26,796,605 |
| 1986 | $ 20,812,408 |
| 1987 | $ 31,893,807 |

Form **1120** Department of the Treasury Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 1983 or other tax year beginning ............., 1983, ending ............., 19 .....

▶ For Paperwork Reduction Act Notice, see page 1 of the Instructions.

OMB No. 1545-0123

**1983**

Check if a—
A. Consolidated return [X]
B. Personal Holding Co. [ ]
C. Business Code No. (See page 9 of Instructions) 6090

Use IRS label. Otherwise please print or type.

Name: NatWest Holdings Inc. and Subsidiaries
Number and street: 175 Water Street
City or town, State, and ZIP code: New York, New York 10038

D. Employer identification number: 51-0231981
E. Date incorporated: 9-29-78
F. Total assets (see Specific Instructions): $ 7,810,893,837

G. Check box if there has been a change in address from the previous year ▶ [ ]

**Gross Income**

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 1 | (a) Gross receipts or sales $ ........ (b) Less returns and allowances $ ........ Balance ▶ | | | 1(c) | |
| 2 | Cost of goods sold (Schedule A) and/or operations (attach schedule) | | | 2 | |
| 3 | Gross profit (subtract line 2 from line 1(c)) | | | 3 | |
| 4 | Dividends (Schedule C) | | | 4 | 303,174 |
| 5 | Interest | | | 5 | 674,824,562 |
| 6 | Gross rents | | | 6 | 3,733,174 |
| 7 | Gross royalties | | | 7 | |
| 8 | Capital gain net income (attach separate Schedule D) | | | 8 | 3,264,621 |
| 9 | Net gain or (loss) from Form 4797, line 14(a), Part II (attach Form 4797) | | | 9 | (445,271) |
| 10 | Other income (see instructions—attach schedule) | | | 10 | 70,638,423 |
| 11 | TOTAL income—Add lines 3 through 10 and enter here ▶ | | | 11 | 752,318,683 |

**Deductions**

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 12 | Compensation of officers (Schedule E) | | | 12 | 3,642,911 |
| 13 | (a) Salaries and wages $ 103,421,358 (b) Less jobs credit $ 19,199 Balance ▶ | | | 13(c) | 103,402,159 |
| 14 | Repairs (see instructions) | | | 14 | 3,919,111 |
| 15 | Bad debts (Schedule F if reserve method is used) | | | 15 | 26,376,025 |
| 16 | Rents | | | 16 | 18,553,085 |
| 17 | Taxes | | | 17 | 11,221,621 |
| 18 | Interest | | | 18 | 447,001,367 |
| 19 | Contributions (not over 10% of line 30 adjusted per instructions) | | | 19 | 768,775 |
| 20 | Depreciation (attach Form 4562) | 20 | 5,422,348 | | |
| 21 | Less depreciation claimed in Schedule A and elsewhere on return | 21(a) | ( -0- ) | 21(b) | 5,422,348 |
| 22 | Depletion | | | 22 | -0- |
| 23 | Advertising | | | 23 | 8,206,753 |
| 24 | Pension, profit-sharing, etc. plans (see instructions) | | | 24 | 8,205,847 |
| 25 | Employee benefit programs (see instructions) | | | 25 | 8,642,584 |
| 26 | Other deductions (attach schedule) | | | 26 | 63,919,870 |
| 27 | TOTAL deductions—Add lines 12 through 26 and enter here ▶ | | | 27 | 709,282,456 |
| 28 | Taxable income before net operating loss deduction and special deductions (subtract line 27 from line 11) | | | 28 | 43,036,227 |
| 29 | Less: (a) Net operating loss deduction (see instructions—attach schedule) | 29(a) | 7,453,588 | | |
| | (b) Special deductions (Schedule C) | 29(b) | | 29 | 7,453,588 |
| 30 | Taxable income (subtract line 29 from line 28) | | | 30 | 35,582,639 |

**Tax**

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 31 | TOTAL TAX (Schedule J) | | | 31 | 452,493 |
| 32 | Credits: (a) Overpayment from 1982 allowed as a credit | | | | |
| | (b) 1983 estimated tax payments | | | | |
| | (c) Less refund of 1983 estimated tax applied for on Form 4466 | ( ) | | | |
| | (d) Tax deposited with Form 7004 | | | | |
| | (e) Credit from regulated investment companies (attach Form 2439) | | | | |
| | (f) Federal tax on special fuels and oils (attach Form 4136) | | | 32 | |
| 33 | TAX DUE (subtract line 32 from line 31—If line 32 is greater than line 31, skip line 33 and go to line 34). See instruction C3 for depositary method of payment (Check ▶ [ ] if Form 2220 is attached. See instruction D.) ▶ $ | | | 33 | 452,493 |
| 34 | OVERPAYMENT (subtract line 31 from line 32) ▶ | | | 34 | |
| 35 | Enter amount of line 34 you want: Credited to 1984 estimated tax ▶ | Refunded ▶ | | 35 | |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

[signature] Signature of officer | 9-14-84 Date | SVP + Secretary Title

**Paid Preparer's** | Preparer's signature ▶ | Date | Check if self-employed

NWP 0004790

## SCHEDULE A.—Cost of Goods Sold
(See instructions for Schedule A)

| | | |
|---|---|---|
| 1 Inventory at beginning of year | 1 | |
| 2 Merchandise bought for manufacture or sale | 2 | |
| 3 Salaries and wages | 3 | |
| 4 Other costs (attach schedule) N/A | 4 | |
| 5 Total—Add lines 1 through 4 | 5 | |
| 6 Inventory at end of year | 6 | |
| 7 Cost of goods sold—Subtract line 6 from line 5. Enter here and on line 2, page 1 | 7 | |

8 (a) Check all methods used for valuing closing inventory:
- (i) ☐ Cost
- (ii) ☐ Lower of cost or market as described in Regulations section 1.471–4 (see instructions)
- (iii) ☐ Writedown of "subnormal" goods as described in Regulations section 1.471–2(c) (see instructions)
- (iv) ☐ Other (Specify method used and attach explanation) ▶

(b) Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ☐

(c) If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO

(d) If you are engaged in manufacturing, did you value your inventory using the full absorption method (Regulations section 1.471–11)? ☐ Yes ☐ No

(e) Was there any substantial change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
If "Yes," attach explanation.

## SCHEDULE C.—Dividends and Special Deductions
(See instructions for Schedule C)

| | (A) Dividends received | (B) % | (C) Special deductions: multiply (A) X (B) |
|---|---|---|---|
| 1 Domestic corporations subject to 85% deduction | | 85 | |
| 2 Certain preferred stock of public utilities | | 59.13 | |
| 3 Foreign corporations subject to 85% deduction | | 85 | |
| 4 Wholly-owned foreign subsidiaries subject to 100% deduction (section 245(b)) | | 100 | |
| 5 Total—Add lines 1 through 4. See instructions for limitation | | | |
| 6 Affiliated groups subject to the 100% deduction (section 243(a)(3)) | | 100 | |
| 7 Other dividends from foreign corporations not included in lines 3 and 4 | | | |
| 8 Income from controlled foreign corporations under subpart F (attach Forms 5471) | | | |
| 9 Foreign dividend gross-up (section 78) | | | |
| 10 DISC or former DISC dividends not included in line 1 (section 246(d)) | | | |
| 11 Other dividends | 303,174 | | |
| 12 Deduction for dividends paid on certain preferred stock of public utilities (see instructions) | | | |
| 13 Total dividends—Add lines 1 through 11. Enter here and on line 4, page 1 ▶ | 303,174 | | |
| 14 Total deductions—Add lines 5, 6 and 12. Enter here and on line 29(b), page 1 ▶ | | | -0- |

## SCHEDULE E.—Compensation of Officers (See instruction for line 12, page 1)
Complete Schedule E only if your total receipts (line 1(a), plus lines 4 through 10, of page 1, Form 1120) are $150,000 or more.

| 1. Name of officer | 2. Social security number | 3. Percent of time devoted to business | Percent of corporation stock owned: 4. Common | 5. Preferred | 6. Amount of compensation |
|---|---|---|---|---|---|
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| See Attached Schedule | | % | % | % | |
| | | % | % | % | |
| | | % | % | | |
| | | % | % | | |

NWP 0004791

Total compensation of officers—Enter here and on line 12, page 1

## SCHEDULE F.—Bad Debts—Reserve Method (See instruction for line 15, page 1) (NatWest Bank USA Only)

| 1. Year | 2. Trade notes and accounts receivable outstanding at end of year | 3. Sales on account | Amount added to reserve: 4. Current year's provision | 5. Recoveries | 6. Amount charged against reserve | 7. Reserve for bad debts at end of year |
|---|---|---|---|---|---|---|
| 1979 | 1/01-4/16 | | 10,890,495 | 1,486,749 | 2,277,244 | 16,600,0 |
| 1979 | 4/17-12/31 | | 235,967 | 1,652,373 | 9,112,340 | 9,376,0 |
| 1980 | | | 13,232,057 | 3,634,432 | 24,242,489 | 2,000,0 |
| 1981 | | | 46,064,921 | 4,729,951 | 19,994,872 | 32,800,0 |
| 1982 | | | [illegible] | 5,065,912 | 23,997,860 | 37,732,0 |

## SCHEDULE J.—Tax Computation

(See instructions for Schedule J on page 7)

1 Check if you are a member of a controlled group (see sections 1561 and 1563) ▶ [x]

2 If line 1 is checked, see instructions and enter your portion of the $25,000 amount in each taxable income bracket:

(i) $ 25,000 (ii) $ 25,000 (iii) $ 25,000 (iv) $ 25,000

| | | | | |
|---|---|---|---|---|
| 3 Income tax (see instructions to figure the tax; enter this tax or alternative tax from Schedule D, whichever is less). Check if from Schedule D ▶ ☐ | | | 3 | 15,760,132 00 |
| 4 (a) Foreign tax credit (attach Form 1118) | 4(a) | 13,688,311 00 | | |
| (b) Investment credit (attach Form 3468) | (b) | 1,764,798 00 | | |
| (c) Jobs credit (attach Form 5884) | (c) | 44,096 00 | | |
| (d) Employee stock ownership credit (attach Form 8007) | (d) | | | |
| (e) Research credit (attach Form 6765) | (e) | | | |
| (f) Possessions tax credit (attach Form 5735) | (f) | | | |
| (g) ~~Alcohol fuel credit (attach Form 6478)~~ Other Credits | (g) | 4,432 00 | | |
| (h) Credit for fuel produced from a nonconventional source (see instructions) | (h) | | | |
| 5 Total—Add lines 4(a) through 4(h) | | | 5 | 15,501,637 00 |
| 6 Subtract line 5 from line 3 | | | 6 | 258,495 00 |
| 7 Personal holding company tax (attach Schedule PH (Form 1120)) | | | 7 | |
| 8 Tax from recomputing prior-year investment credit (attach Form 4255) | | | 8 | |
| 9 Minimum tax on tax preference items (see instructions—attach Form 4626) | | | 9 | 193,998 00 |
| 10 Total tax—Add lines 6 through 9. Enter here and on line 31, page 1 | | | 10 | 452,493 00 |

**Additional Information** (See page 8 of instructions)

| | Yes | No |
|---|---|---|
| H Did you claim a deduction for expenses connected with: | | |
| (1) Entertainment facility (boat, resort, ranch, etc.)? | | x |
| (2) Living accommodations (except employees on business)? | | x |
| (3) Employees attending conventions or meetings outside the North American area? (See section 274(h)) | | x |
| (4) Employees' families at conventions or meetings? | | x |
| If "Yes," were any of these conventions or meetings outside the North American area? (See section 274(h)) | | x |
| (5) Employee or family vacations not reported on Form W-2? | | x |
| I (1) Did you at the end of the tax year own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) | x | |
| If "Yes," attach a schedule showing: (a) name, address, and identifying number; (b) percentage owned; (c) taxable income or (loss) before NOL and special deductions (e.g., If a Form 1120: from Form 1120, line 28, page 1) of such corporation for the tax year ending with or within your tax year; (d) highest amount owed by you to such corporation during the year; and (e) highest amount owed to you by such corporation during the year. | | |
| (2) Did any individual, partnership, corporation, estate or trust at the end of the tax year own, directly or indirectly, 50% or more of your voting stock? (For rules of attribution, see section 267(c).) If "Yes," complete (a) through (e) | x | |
| (a) Attach a schedule showing name, address, and identifying number. | | |
| (b) Enter percentage owned ▶ 100% | | |
| (c) Was the owner of such voting stock a person other than a U.S. person? (See instructions). | x | |
| If "Yes," enter owner's country ▶ UK | | |
| (d) Enter highest amount owed by you to such owner during the year ▶ | | |
| (e) Enter highest amount owed to you by such owner during the year ▶ | | |
| (Note: For purposes of I(1) and I(2), "highest amount owed" includes loans and accounts receivable/payable.) | | |
| J Refer to page 9 of instructions and state the principal: Business activity ▶ Bank Holding Company; Product or service ▶ | | |
| K Were you a U.S. shareholder of any controlled foreign corporation? (See sections 951 and 957.) If "Yes," attach Form 5471 for each such corporation. | | x |
| L At any time during the tax year, did you have an interest in or a signature or other authority over a bank account, securities account, or other financial account in a foreign country? (See page 8 for exceptions and filing requirements for Form 90-22.1.) | x | |
| If "Yes," write the name of the foreign country ▶ | | |
| M Were you the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not you have any beneficial interest in it? | | x |
| If "Yes," you may have to file Forms 3520, 3520-A or 926. | | |
| N During this tax year, did you pay dividends (other than stock dividends and distributions in exchange for stock) in excess of your current and accumulated earnings and profits? (See sections 301 and 316) | | x |
| If "Yes," file Form 5452. If here for parent corporation a for each subsidiary. | | |
| O During this tax year did you maintain any part of your accounting/tax records on a computerized system? | | x |
| P Check method of accounting: (1) ☐ Cash (2) [x] Accrual (3) ☐ Other (specify) ▶ | | |

NWP 0004792

Form 1120 (1983) Page 4

## SCHEDULE L.—Balance Sheets

| Assets | Beginning of tax year (A) | (B) | End of tax year (C) | (D) |
|---|---|---|---|---|
| 1 Cash | | 1,397,344,910 | | 1,134,273,5 |
| 2 Trade notes and accounts receivable | 4,254,358,636 | | 5,067,060,175 | |
| (a) Less allowance for bad debts | 42,810,755 | 4,211,547,881 | 49,556,663 | 5,017,503,5 |
| 3 Inventories | | | | |
| 4 Federal and State government obligations | | 502,289,355 | | 789,644,5 |
| 5 Other current assets (attach schedule) | | | | 9,326,2 |
| 6 Loans to stockholders | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) | | 269,681,078 | | 337,116,3 |
| 9 Buildings and other depreciable assets | | | | |
| (a) Less accumulated depreciation | | 49,779,889 | | 81,245,1 |
| 10 Depletable assets | | | | |
| (a) Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12 Intangible assets (amortizable only) | | | | |
| (a) Less accumulated amortization | | | | 114,158,9 |
| 13 Other assets (attach schedule) | | 681,465,615 | | 257,625,5 |
| 14 Total assets | | 7,112,108,728 | | 7,810,893,8 |
| **Liabilities and Stockholders' Equity** | | | | |
| 15 Accounts payable | | | | 9,452, |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | 1,997, |
| 17 Other current liabilities (attach schedule) | | 6,455,563,842 | | 6,857,430, |
| 18 Loans from stockholders | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | 113,447,012 | | 105,460, |
| 20 Other liabilities (attach schedule) | | | | 175,998, |
| 21 Capital stock: (a) Preferred stock | | | | |
| (b) Common stock | 2,100 | 2,100 | 2,400 | 2, |
| 22 Paid-in or capital surplus | | 524,650,284 | | 629,879, |
| 23 Retained earnings—Appropriated (attach schedule) | | | | |
| 24 Retained earnings—Unappropriated | | 18,445,490 | | 30,671, |
| 25 Less cost of treasury stock | | ( ) | | ( |
| 26 Total liabilities and stockholders' equity | | 7,112,108,728 | | 7,810,893, |

## SCHEDULE M-1.—Reconciliation of Income Per Books With Income Per Return

Do not complete this schedule if your total assets (line 14, column (D), above) are less than $25,000

| | | | |
|---|---|---|---|
| 1 Net income per books | 12,226,468 | 7 Income recorded on books this year not included in this return (itemize): | |
| 2 Federal income tax | 6,146,453 | (a) Tax-exempt interest $ | |
| 3 Excess of capital losses over capital gains | | | 15,920 |
| 4 Income subject to tax not recorded on books this year (itemize) | 16,634,576 | 8 Deductions in this tax return not charged against book income this year (itemize) | |
| 5 Expenses recorded on books this year not deducted in this return (itemize) | | (a) Depreciation $ | |
| (a) Depreciation $ | | (b) Contributions carryover $ | |
| (b) Contributions carryover $ | | | 531 |
| | 24,480,115 | 9 Total of lines 7 and 8 | 16,451 |
| 6 Total of lines 1 through 5 | 59,487,612 | 10 Income (line 28, page 1)—line 6 less line 9 | 43,036 |

## SCHEDULE M-2.—Analysis of Unappropriated Retained Earnings Per Books (line 24 above)

Do not complete this schedule if your total assets (line 14, column (D), above) are less than $25,000

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 18,445,490 | 5 Distributions: (a) Cash | |
| 2 Net income per books | 12,226,468 | (b) Stock | |
| 3 Other increases (itemize) | | (c) Property | |
| | | 6 Other decreases (itemize) | |
| | | 7 [illegible] | |
| 4 Total of lines 1, 2 and 3 | 30,671,958 | 8 Balance at end of year | 30,671 |

NWP 0004793

Form **7004**
(Rev Oct 1983)
Department of the Treasury
Internal Revenue Service

# Application for Automatic Extension of Time to File Corporation Income Tax Return

**(Under section 6081(b) of the Internal Revenue Code)**

OMB No 1545-0233

Name of corporation: NatWest Holdings Inc.

Employer identification number: 51-0231981

Number and street: 44 Wall Street

City or town, State, and ZIP code: New York, N.Y. 10005

Check type of return to be filed.

- [X] Form 1120
- [ ] Form 1120S
- [ ] Form 1120M
- [ ] Form 990-C
- [ ] Form 1120L
- [ ] Form 1120-H
- [ ] Form 1120-POL
- [ ] Form 990-T
- [ ] Form 1120F (Check here ▶ [ ] if you do not have an office or place of business in the U.S.)

1 (a) I request an automatic 6-month extension of time until September 15, 19 84, to file the income tax return of the corporation named above for calendar year 19 83, or tax year ending ........, 19......

(b) If this tax year is for less than 12 months, check reason:
[ ] Initial return [ ] Final return [ ] Change in accounting period approved [ ] Consolidated return to be filed

2 Does this application also cover subsidiaries to be included in a consolidated return? [X] Yes [ ] No
If "Yes," attach a list showing the name, address, and EIN of each member of the affiliated group.

| | | |
|---|---|---|
| 3 Tentative tax (see instructions) | | -0- |
| 4 Credits: (a) Overpayment from prior year allowed as a credit | | |
| (b) Estimated tax payments (deposits) for the tax year | | |
| (c) Less refund of estimated tax for the tax year applied for on Form 4466 | | |
| (d) Credit from regulated investment companies; and credit for overpaid windfall profit tax | | |
| (e) Credit for Federal tax on special fuels and oils | | |
| 5 Total—Add lines 4(a) through 4(e) | | |
| 6 Balance due—Subtract line 5 from line 3. This amount should be deposited with a Federal Tax Deposit (FTD) Coupon | | -0- |

Signature.—Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application and that to the best of my knowledge and belief the statements made are true, correct, and complete.

Dominick R Salella (Signature of officer or agent) — Vice President & Treasurer (Title) — 3-5-84 (Date)

## General Instructions

*(Section references are to the Internal Revenue Code, unless otherwise noted.)*

**Note:** *The automatic extension of time to file a corporate tax return has been extended from 3-months to 6-months. Form 7004 will be used for this 6-month extension. The automatic extension does not extend the time for payment of the tax.*

Foreign corporations with an office or place of business in the United States and electing under Regulation section 1.6081-2 not to file their returns until the 15th day of the 6th month following the close of the tax year cannot use Form 7004.

**A. Paperwork Reduction Act Notice.**—We ask for this information to carry out the Internal Revenue laws of the United States. We need it to ensure that taxpayers are complying with these laws and to allow us to figure and collect the right amount of tax. You are required to give us this information.

**B. Purpose of Form.**—Form 7004 should be used by a corporation to request an automatic 6-month extension of time to file its income tax return.

The extension will be allowed if Form 7004 is filed properly by the due date and if the Balance due on line 6 is deposited with a FTD Coupon contained in FTD Coupon Book (Form 8109).

**C. When and Where to File.**—File Form 7004 by the due date of the return with the Internal Revenue Service Center where the corporation will file the return.

**D. Penalty for Not Paying Tax.**—Section 6651 provides a penalty for not paying tax (other than estimated income tax) when due.

The late payment penalty is ½% a month or part of a month unless you have reasonable cause for not paying on time. If you believe you have reasonable cause, attach an explanation to your return.

If you are allowed an extension of time to file, you will not be charged a late payment penalty if: the tax shown on line 3 (or the amount of tax paid by the regular due date of the return) is at least 90% of the tax shown on line 31 of Form 1120, or the comparable line on other returns; and you pay the balance due shown on the return by the extended due date.

**E. Termination of Extension.**—The IRS may terminate the automatic extension at any time by mailing a notice of termination to the corporation or to the person who requested the extension. The notice will be mailed at least 10 days before the termination date given in the notice.

## Specific Instructions

**Line 3—Tentative tax.**—Enter the tentative amount of income tax for the reduced by any non-refundable cre against the tax. This will usually be shown on Form 1120, line 31, or the con parable line from other returns.

**Line 6—Balance due.**—This is the amount of tax you are required to deposi Foreign corporations with an office or pla of business in the United States and domestic corporations must deposit all income tax payments with a FTD Coupor

However, if the corporation expects to have a net operating loss carryback, the corporation may reduce the amount to b deposited to the extent of the overpaym resulting from the carryback, providing a other prior year tax liabilities have been paid and a Form 1138, Extension of Tim for Payment of Taxes by a Corporation Expecting a Net Operating Loss Carryba accompanies Form 7004. See Rev. Rul. 82-47, 1982-1 C.B 201 for details. Inte will be charged on any part of the final t due not shown on this line. The interest figured from the original due date of the return to the date of payment.

**Signature.**—The person authorized by corporation to sign the return should sig the Form 7004. This person may be:

(1) An officer of the corporation

(2) A duly authorized agent holding a po of attorney

(3) A person currently enrolled to pract Revenue Service ... or certified public acco ... e before the IRS

NWP 0004794

NatWest Holdings, Inc.

I.D. #51-0231981

| Name and Address of each Member of the Affiliated Group | Employee Identification Num |
|---|---|
| National Westminster Bank USA<br>60 Hempstead Avenue<br>West Hempstead, NY 11552 | 11-0773597 |
| National Westminster Bank USA<br>International Bank<br>1200 Brickell Avenue<br>Miami, Florida 33131 | 13-5673033 |
| Mebrona Properties, Inc.<br>60 Hempstead Avenue<br>West Hempstead, NY 11552 | 11-6028683 |
| Brycon Development Corp. #2<br>60 Hempstead Avenue<br>West Hempstead NY 11552 | 11-2526354 |
| Ard-Rich Realty Corp.<br>44 Wall Street<br>New York, N Y 10005 | 13-3130604 |
| Ogasco, Inc.<br>44 Wall Street<br>New York, NY 10005 | 13-3187362 |
| NatWest Commercial Services Inc.<br>600 Madison Avenue<br>New York, NY 10022 | 51-0262561 |
| CF International Inc.<br>600 Madison Avenue<br>New York, NY 10022 | 13-2676910 |
| NatWest Capital Corporation<br>Texas Commerce Tower<br>Suite 3700<br>600 Travis<br>Houston, Texas 77002 | 76-0034586 |
| NatWest Credit Corporation<br>100 West 10th Street<br>Wilmington, Delaware | Pending |

Form **851**
(Rev. Dec. 1977)
Department of the Treasury
Internal Revenue Service

# Affiliations Schedule

(To be filed with each consolidated income tax return)

Taxable Year Ended December 31, 19 83 Page 1

Common parent corporation: NatWest Holdings, Inc.

Employer Identification Number: 51-0231981

Address (Number, street, city, State, and ZIP code): 175 Water Street, New York, New York 10038

Has the group made the election to adjust earnings and profits under section 1.1502-33(c)(4)(iii) of the Consolidated Return Regulations? ☐ Yes ☐ No

| No. | Name and Address of Corporation | Employer Identification Number | Prepayment Credits: Portion of Forms 7004 and 7005 tax deposits | Prepayment Credits: Portion of estimated tax credits and deposits |
|---|---|---|---|---|
| 1 | Common parent corporation | | -0- | -0- |
| | Subsidiary corporation: | | | |
| 2 | National Westminster Bank USA | 11-0773597 | -0- | -0- |
| 3 | National Westminster Bank USA/ International Bank | 13-5673033 | -0- | -0- |
| 4 | Mebrona Properties, Inc. | 11-0628683 | -0- | -0- |
| 5 | Ogasco, Inc. | 13-3187362 | -0- | -0- |
| 6 | Brycon Development Corp. #2 | 11-2526354 | -0- | -0- |
| 7 | Ard-Rich Realty Corp. | 13-3130604 | -0- | -0- |
| 8 | NatWest Commercial Services, Inc. | 51-0262561 | -0- | -0- |
| 9 | C F International, Inc. | 13-2676910 | -0- | -0- |
| 10 | (See Page 2 of 2) | | | |
| | Totals (Must equal amounts shown on Form 1120) → | | | |

| No. | Principal Business Activity | Did the subsidiary make distributions of the type described in Question Q, Form 1120? Yes | No | Capital Stock Outstanding at Beginning of Year, Number of shares: Voting | Nonvoting | Stock Holdings at Beginning of Year, Voting: Number of shares | Percent voting power | Nonvoting: Number of shares | Percent | Owned by corporation number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation | | | | | | | | | |
| | Subsidiary corporation: | | | | | | | | | |
| 2 | National Westminster Bank USA | | X | 7,675,138 | | | 100% | | | 1 |
| 3 | National Westminster Bank USA International Bank | | X | 20,000 | | | 100% | | | 2 |
| 4 | Mebrona Properties, Inc. | | X | 1,000 | | | 100% | | | 2 |
| 5 | Ogasco, Inc. | | X | -0- | | | 100% | | | 2 |
| 6 | Brycon Development Corp. #2 | | X | 10 | | | 100% | | | 2 |
| 7 | Ard-Rich Realty Corp. | | X | 10 | | | 100% | | | 2 |
| 8 | NatWest Commercial Services, Inc. | | X | 10 | | | 100% | | | 1 |
| 9 | CF International, Inc. | | X | 25 | | | 100% | | | 8 |
| 10 | (See Page 2 of 2) | | | | | | | | | |

Nonvoting stock which is limited and preferred as to dividends should not be shown, but information [illegible] the nature of the limitation [illegible] preference as to dividends should be furnished on back under "Remarks" regarding all classes of nonvoti[illegible]
If more than one class of nonvoting stock is outstanding, the number of shares of each class should [illegible]
List all corporations which at any time during the taxable year were members of the affiliated group [illegible] stence [illegible] the beginning of the year, show the stock outstanding at date issued.

NWP 0004796

Form **851** (Rev. Dec. 1977) Department of the Treasury Internal Revenue Service

# Affiliations Schedule

(To be filed with each consolidated income tax return)



Taxable Year Ended December 31, 19 83

Common parent corporation: NatWest Holdings, Inc.

Employer Identification Number: 51-0231981

Address (Number, street, city, State, and ZIP code): 175 Water Street, New York, New York 10038

Has the group made the election to adjust earnings and profits under section 1.1502-33(c)(4)(iii) of the Consolidated Return Regulations? . . . . . . ☐ Yes ☐ No

| No. | Name and Address of Corporation | Employer Identification Number | Prepayment Credits: Portion of Forms 7004 and 7005 tax deposits | Prepayment Credits: Portion of estimated tax credits and deposits |
|---|---|---|---|---|
| 1 | Common parent corporation | | -0- | -0- |
| | Subsidiary corporation: | | | |
| 2 | NatWest Capital Corporation, Inc. | 76-0034586 | -0- | -0- |
| 3 | NatWest Credit Corporation | Pending | -0- | -0- |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| | Totals (Must equal amounts shown on Form 1120) → | | | |

| No. | Principal Business Activity | Did the subsidiary make distributions of the type described in Question Q, Form 1120? Yes | No | Capital Stock Outstanding at Beginning of Year, Number of shares: Voting | Nonvoting | Stock Holdings at Beginning of Year, Voting: Number of shares | Percent voting power | Nonvoting: Number of shares | Percent | Owned by corporation number— |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation | | | | | | | | | |
| | Subsidiary corporation: | | | | | | | | | |
| 2 | NatWest Capital Corp., Inc. | | X | 11 | | | 100% | | | 1 |
| 3 | NatWest Credit Corp. | | X | 10 | | | 100% | | | 1 |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |

Nonvoting stock which is limited and preferred as to dividends should not be shown, but information rel[illegible] the nature of the limitation a[illegible] preference as to dividends should be furnished on back under "Remarks" regarding all classes of nonvoting [illegible] If more than one class of nonvoting stock is outstanding the number of shares of each class should be [illegible] List all corporations which at any time during the taxable year were members of the affiliated group. If [illegible] show the stock outstanding at date issued [illegible]

NWP 0004797

 AUG 22 1984
TAX DEPARTMENT

Form **1122**
(Rev. Dec. 1977)
Department of the Treasury
Internal Revenue Service

# Authorization and Consent of Subsidiary Corporation to be Included in a Consolidated Income Tax Return

For the first year a consolidated return is filed, this form must be attached for each subsidiary.
(Please type or print)

For the calendar year 19 83 , or other taxable year beginning , 19 and ending , 19

Name

Ogasco, Inc.

Number and street

44 Wall Street

City or town, State, and ZIP code

New York, New York 10005

1 Date incorporated
6-7-83

Employer Identification Number
13-3187362

2 Place incorporated

New York

3 Capital stock outstanding at beginning of taxable year:

(a) Common . . . . . . . . . . . . . . . . . . . . . . . . . . $ -0-

(b) Preferred . . . . . . . . . . . . . . . . . . . . . . . . . . $

4 Kind of business

___ Active

X Inactive

5 Name of common parent corporation

NatWest Holdings Inc.

Employer Identification Number

51-0231981

The subsidiary corporation named above hereby: (a) authorizes the common parent corporation named above to make a consolidated income tax return on its behalf for the taxable year for which this form is filed; and (b) authorizes the common parent corporation (or, in the event of its failure, the Commissioner or the District Director of Internal Revenue) to make a consolidated income tax return on its behalf for each taxable year thereafter for which a consolidated return must be made by the affiliated group under the provisions of the consolidated return regulations.

The subsidiary corporation, in consideration of the privilege of joining in the making of a consolidated return with the common parent corporation, hereby consents to and agrees to be bound by the provisions of the consolidated return regulations.

## Signature

Under penalties of perjury, I declare that the subsidiary named above has authorized me to sign this form on its behalf, and that this form has been examined by me and the information contained herein is, to the best of my knowledge and belief, true correct, and complete.

5/4/84 ............ [signature] ............ [signature]
Date Signature Title

263-216-

NWP 0004798

Form **1120**
Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar 1984 or tax year beginning ................, 1984, ending ................, 19 ....

▶ For Paperwork Reduction Act Notice, see page 1 of the instructions.

OMB No. 1545-0123

**1984**

Check if a—
Consolidated return [x]
Personal Holding Co. [ ]
Business Code No. (See the list in the instructions) 6090

Use IRS label. Otherwise please print or type.

Name: NatWest Holdings, Inc. and Subsidiaries
Number and street: 175 Water Street
City or town, State, and ZIP code: New York, New York 10038

D. Employer identification number: 51-0231981
E. Date incorporated: 9-29-78
F. Total assets (see Specific Instructions): $ 9,098,354,680

Check box if there has been a change in address from the previous year ▶ [ ]

## Gross Income

| Line | Description | | Amount |
|---|---|---|---|
| 1 | (a) Gross receipts or sales ........ (b) Less returns and allowances ........ Balance ▶ | 1(c) | |
| 2 | Cost of goods sold and/or operations (Schedule A) | 2 | |
| 3 | Gross profit (line 1(c) less line 2) | 3 | |
| 4 | Dividends (Schedule C) | 4 | 310,687 |
| 5 | Interest | 5 | 815,871,769 |
| 6 | Gross rents | 6 | 8,169,935 |
| 7 | Gross royalties | 7 | -0- |
| 8 | Capital gain net income (attach separate Schedule D) | 8 | 5,063,444 |
| 9 | Net gain or (loss) from Form 4797, line 14(a), Part II (attach Form 4797) | 9 | 3,778,825 |
| 10 | Other income (see instructions—attach schedule) | 10 | 90,306,863 |
| 11 | TOTAL income—Add lines 3 through 10 and enter here ▶ | 11 | 923,501,523 |

## Deductions

| Line | Description | | Amount |
|---|---|---|---|
| 12 | Compensation of officers (Schedule E) | 12 | 3,796,697 |
| 13 | (a) Salaries and wages 114,960,533 (b) Less jobs credit 15,839 Balance ▶ | 13(c) | 114,944,694 |
| 14 | Repairs | 14 | 3,697,706 |
| 15 | Bad debts (Schedule F if reserve method is used) | 15 | 47,728,482 |
| 16 | Rents | 16 | 32,380,908 |
| 17 | Taxes | 17 | 24,612,598 |
| 18 | Interest | 18 | 545,241,648 |
| 19 | Contributions (see instructions for 10% limitation) | 19 | 535,301 |
| 20 | Depreciation (attach Form 4562) — 20: 16,322,513 | | |
| 21 | Less depreciation claimed in Schedule A and elsewhere on return — 21(a): | 21(b) | 16,322,513 |
| 22 | Depletion | 22 | -0- |
| 23 | Advertising | 23 | 9,408,353 |
| 24 | Pension, profit-sharing, etc. plans | 24 | 9,249,792 |
| 25 | Employee benefit programs | 25 | 8,853,834 |
| 26 | Other deductions (attach schedule) | 26 | 78,576,207 |
| 27 | TOTAL deductions—Add lines 12 through 26 and enter here ▶ | 27 | 895,348,733 |
| 28 | Taxable income before net operating loss deduction and special deductions (line 11 less line 27) | 28 | 28,152,790 |
| 29 | Less: (a) Net operating loss deduction (see instructions) — 29(a): ; (b) Special deductions (Schedule C) — 29(b): | 29(c) | |
| 30 | Taxable income (line 28 less line 29(c)) | 30 | 28,152,790 |

## Tax

| Line | Description | | | | Amount |
|---|---|---|---|---|---|
| 31 | TOTAL TAX (Schedule J) | | | 31 | 1,405,025 |
| 32 | Payments: | | | | |
| | (a) 1983 overpayment allowed as a credit | | | | |
| | (b) 1984 estimated tax payments | 4,557,000 | | | |
| | (c) Less 1984 refund applied for on Form 4466 | ( ) | 4,557,000 | | |
| | (d) Tax deposited with Form 7004 | | – | | |
| | (e) Credit from regulated investment companies (attach Form 2439) | | | | |
| | (f) Credit for Federal tax on gasoline and special fuels (attach Form 4136) | | | 32 | 4,557,000 |
| 33 | Enter any PENALTY for underpayment of estimated tax—check ▶ [ ] if Form 2220 is attached | | | 33 | |
| 34 | TAX DUE—If the total of lines 31 and 33 is larger than line 32, enter AMOUNT OWED | | | 34 | |
| 35 | OVERPAYMENT—If line 32 is larger than the total of lines 31 and 33, enter AMOUNT OVERPAID | | | 35 | 3,151,975 |
| 36 | Enter amount of line 35 you want: Credited to 1985 estimated tax ▶ 3,151,975 Refunded ▶ | | | 36 | -0- |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of officer — 9/13/85 Date ▶ SVP Title

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ▶ | Preparer's social security number

Firm's name (or yours, if self-employed) and address ▶ | E.I. No. | ZIP code

NWP 0004799

**Schedule A** **Cost of Goods Sold and/or Operations** (See instructions for line 2, page 1)

| | | |
|---|---|---|
| 1 Inventory at beginning of year | 1 | |
| 2 Purchases | 2 | |
| 3 Cost of labor | 3 | |
| 4 Other costs (attach schedule) | 4 | |
| 5 Total—Add lines 1 through 4 | 5 | |
| 6 Inventory at end of year | 6 | |
| 7 Cost of goods sold and/or operations—Line 5 less line 6. Enter here and on line 2, page 1 | 7 | |

8 (a) Check all methods used for valuing closing inventory:

- (i) ☐ Cost
- (ii) ☐ Lower of cost or market as described in Regulations section 1.471–4 (see instructions)
- (iii) ☐ Writedown of "subnormal" goods as described in Regulations section 1.471–2(c) (see instructions)
- (iv) ☐ Other (Specify method used and attach explanation) ▶

(b) Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ☐

(c) If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO 8(c)

(d) If you are engaged in manufacturing, did you value your inventory using the full absorption method (Regulations section 1.471–11)? ☐ Yes ☐ No

(e) Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
If "Yes," attach explanation.

**Schedule C** **Dividends and Special Deductions** (See instructions for Schedule C)

| | (A) Dividends received | (B) % | (C) Special deductions: multiply (A) X (B) |
|---|---|---|---|
| 1 Domestic corporations subject to 85% deduction (other than debt-financed stock) | | 85 | |
| 2 Debt-financed stock of domestic corporations (section 246A) | | see instructions | |
| 3 Certain preferred stock of public utilities | | 59.13 | |
| 4 Foreign corporations subject to 85% deduction | | 85 | |
| 5 Wholly-owned foreign subsidiaries subject to 100% deduction (section 245(b)) | | 100 | |
| 6 Total—Add lines 1 through 5. See instructions for limitation | | | |
| 7 Affiliated groups subject to the 100% deduction (section 243(a)(3)) | | 100 | |
| 8 Other dividends from foreign corporations not included in lines 4 and 5 | | | |
| 9 Income from controlled foreign corporations under subpart F (attach Forms 5471) | | | |
| 10 Foreign dividend gross-up (section 78) | | | |
| 11 DISC or former DISC dividends not included in line 1 and/or 2 (section 246(d)) | | | |
| 12 Other dividends | 310,687 | | |
| 13 Deduction for dividends paid on certain preferred stock of public utilities (see instructions) | | | |
| 14 Total dividends—Add lines 1 through 12. Enter here and on line 4, page 1 ▶ | 310,687 | | |
| 15 Total deductions—Add lines 6, 7 and 13. Enter here and on line 29(b), page 1 ▶ | | | -0- |

**Schedule E** **Compensation of Officers** (See instructions for line 12, page 1)
Complete Schedule E only if total receipts (line 1(a), plus lines 4 through 10, of page 1, Form 1120) are $150,000 or more.

| 1. Name of officer | 2. Social security number | 3. Percent of time devoted to business | Percent of corporation stock owned: 4. Common | 5. Preferred | 6. Amount of compensation |
|---|---|---|---|---|---|
| Compensation of Officers | | % | % | % | |
| See | | % | % | % | |
| Schedule | | % | % | % | |
| Attached - | | % | % | | NWP 0004800 |
| Page 29 | | % | % | | |
| | | % | % | | |

Total compensation of officers—Enter here and on line 12, page 1

**Schedule F** **Bad Debts—Reserve Method** (See instructions for line 15, page 1) (NatWest Bank USA Only)

| 1. Year | 2. Trade notes and accounts receivable outstanding at end of year | 3. Sales on account | Amount added to reserve: 4. Current year's provision | 5. Recoveries | 6. Amount charged against reserve | 7. Reserve for bad debts at end of year |
|---|---|---|---|---|---|---|
| 1979 | 4/17-12/31 | | 235,967 | 1,652,373 | 9,112,340 | 9,376,000 |
| 1980 | | | 13,232,057 | 3,634,432 | 24,242,489 | 2,000,000 |
| 1981 | | | 46,064,921 | 4,729,951 | 19,994,872 | 32,800,000 |
| 1982 | | | 23,863,948 | 5,065,912 | 23,997,860 | 37,732,000 |
| 1983 | | | 24,218,168 | 8,370,145 | 32,588,313 | 37,732,000 |
| 1984 | | | 45,442,439 | 7,348,244 | 52,790,683 | 37,732,000 |

## Schedule J Tax Computation (See instructions)

1 Check if you are a member of a controlled group (see sections 1561 and 1563) . . . . . . . . ▶ [x]

2 If line 1 is checked, see instructions and enter your portion of the $25,000 amount in each taxable income bracket:

(i) $ -0- (ii) $ -0- (iii) $ -0- (iv) $ -0-

| | | | | |
|---|---|---|---|---|
| 3 Income tax (see instructions to figure the tax; enter this tax or alternative tax from Schedule D, whichever is less). Check if from Schedule D ▶ ☐ | | | 3 | 12,038,863 |
| 4 (a) Foreign tax credit (attach Form 1118) | 4(a) | 4,001,879 | | |
| (b) Possessions tax credit (attach Form 5735) | (b) | | | |
| (c) Orphan drug credit (attach Form 6765) | (c) | | | |
| (d) Credit for fuel produced from a nonconventional source (see instructions) | (d) | | | |
| (e) Research credit (attach Form 6765) | (e) | | | |
| (f) General business credit. Enter here and check which forms are attached [X] Form 3800 ☐ Form 3468 ☐ Form 5884 ☐ Form 6478 ☐ Form 8007 | (f) | 6,835,186 | | |
| 5 Total—Add lines 4(a) through 4(f) | | | 5 | 10,837,065 |
| 6 Line 3 less line 5 | | | 6 | 1,201,798 |
| 7 Personal holding company tax (attach Schedule PH (Form 1120)) | | | 7 | |
| 8 Tax from recomputing prior-year investment credit (attach Form 4255) | | | 8 | |
| 9 Minimum tax on tax preference items (see instructions—attach Form 4626) | | | 9 | 203,227 |
| 10 Total tax—Add lines 6 through 9. Enter here and on line 31, page 1 | | | 10 | 1,405,025 |

### Additional Information (See instruction F)

| | Yes | No |
|---|---|---|
| H Did the corporation claim a deduction for expenses connected with: | | |
| (1) Entertainment facility (boat, resort, ranch, etc.)? | | X |
| (2) Living accommodations (except employees on business)? | | X |
| (3) Employees attending conventions or meetings outside the North American area? (See section 274(h).) | | X |
| (4) Employees' families at conventions or meetings? | | X |
| If "Yes," were any of these conventions or meetings outside the North American area? (See section 274(h).) | | X |
| (5) Employee or family vacations not reported on Form W-2? | | X |
| I (1) Did the corporation at the end of the tax year own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) | X | |
| If "Yes," attach a schedule showing: (a) name, address, and identifying number; (b) percentage owned; (c) taxable income or (loss) before NOL and special deductions (e.g., If a Form 1120: from Form 1120, line 28, page 1) of such corporation for the tax year ending with or within your tax year; (d) highest amount owed by the corporation to such corporation during the year; and (e) highest amount owed to the corporation by such corporation during the year. | | |
| (2) Did any individual, partnership, corporation, estate or trust at the end of the tax year own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) If "Yes," complete (a) through (e) | X | |
| (a) Attach a schedule showing name, address, and identifying number. | | |
| (b) Enter percentage owned ▶ 100% | | |
| (c) Was the owner of such voting stock a person other than a U.S. person? (See instructions) (Note: If "Yes," the corporation may have to file Form 5472.) | X | |
| If "Yes," enter owner's country ▶ U.K. | | |
| (d) Enter highest amount owed by the corporation to such owner during the year ▶ | | |
| (e) Enter highest amount owed to the corporation by such owner during the year ▶ | | |

| | Yes | No |
|---|---|---|
| (Note: For purposes of I(1) and I(2), "highest amount owed" includes loans and accounts receivable/payable.) | | |
| J Refer to the list in the instructions and state the principal: Business activity ▶ Bank Holding Company; Product or service ▶ | | |
| K Was the corporation a U.S. shareholder of any controlled foreign corporation? (See sections 951 and 957.) | | X |
| If "Yes," attach Form 5471 for each such corporation. | | |
| L At any time during the tax year, did the corporation have an interest in or a signature or other authority over a bank account, securities account, or other financial account in a foreign country? | X | |
| (See instruction F for exceptions and filing requirements for form TD F 90-22.1.) If "Yes," write the name of the foreign country ▶ | | |
| M Was the corporation the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not the corporation has any beneficial interest in it? | | X |
| If "Yes," the corporation may have to file Forms 3520, 3520-A or 926. | | |
| N During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) | | X |
| If "Yes," file Form 5452. If this is a consolidated return, answer here for parent corporation and on Form 851, Affiliations Schedule, for each subsidiary. | | |
| O During this tax year did the corporation maintain any part of its accounting/tax records on a computerized system? | X | |
| P Check method of accounting: (1) ☐ Cash (2) [x] Accrual (3) ☐ Other (specify) ▶ | | |

NWP 0004801

## Schedule L Balance Sheets

| Assets | Beginning of tax year (A) | (B) | End of tax year (C) | (D) |
|---|---|---|---|---|
| 1 Cash | | 1,134,273,522 | | 1,113,102,655 |
| 2 Trade notes and accounts receivable | 5,067,060,175 | | 6,186,018,248 | |
| (a) Less allowance for bad debts | 49,556,663 | 5,017,503,512 | 78,136,186 | 6,107,882,062 |
| 3 Inventories | | | | |
| 4 Federal and State government obligations | | 789,644,589 | | 1,027,062,258 |
| 5 Other current assets (attach schedule) | | 9,326,239 | | 9,990,394 |
| 6 Loans to stockholders | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) | | 377,116,305 | | 231,427,986 |
| 9 Buildings and other depreciable assets | | | | |
| (a) Less accumulated depreciation | | 81,245,109 | | 226,813,306 |
| 10 Depletable assets | | | | |
| (a) Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12 Intangible assets (amortizable only) | | | | |
| (a) Less accumulated amortization | | 144,158,976 | | 167,646,690 |
| 13 Other assets (attach schedule) | | 257,625,585 | | 214,429,329 |
| 14 Total assets | | 7,810,893,837 | | 9,098,354,680 |
| **Liabilities and Stockholders' Equity** | | | | |
| 15 Accounts payable | | 9,452,765 | | 8,474,432 |
| 16 Mortgages, notes, bonds payable in less than 1 year | | 1,997,039 | | |
| 17 Other current liabilities (attach schedule) | | 6,857,430,640 | | 8,109,515,887 |
| 18 Loans from stockholders | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | 105,460,875 | | 103,842,255 |
| 20 Other liabilities (attach schedule) | | 175,998,187 | | 185,373,150 |
| 21 Capital stock: (a) Preferred stock | | | | |
| (b) Common stock | 2,400 | 2,400 | | 2,500 |
| 22 Paid-in or capital surplus | | 629,879,973 | | 634,879,873 |
| 23 Retained earnings—Appropriated (attach schedule) | | | | |
| 24 Retained earnings—Unappropriated | | 30,671,958 | | 56,266,583 |
| 25 Less cost of treasury stock | | ( ) | | ( ) |
| 26 Total liabilities and stockholders' equity | | 7,810,893,837 | | 9,098,354,680 |

## Schedule M-1 Reconciliation of Income Per Books With Income Per Return

Do not complete this schedule if the total assets on line 14, column (D), of Schedule L are less than $25,000.

| | | | |
|---|---|---|---|
| 1 Net income per books | 25,594,625 | 7 Income recorded on books this year not included in this return (itemize) (a) Tax-exempt interest $ | 22,607,678 |
| 2 Federal income tax | 6,612,058 | 8 Deductions in this tax return not charged against book income this year (itemize) (a) Depreciation $ (b) Contributions carryover $ | 22,857,103 |
| 3 Excess of capital losses over capital gains | | 9 Total of lines 7 and 8 | 45,464,781 |
| 4 Income subject to tax not recorded on books this year (itemize) | 14,146,687 | 10 Income (line 28, page 1)—line 6 less line 9 | 28,152,790 |
| 5 Expenses recorded on books this year not deducted in this return (itemize) (a) Depreciation $ (b) Contributions carryover $ | 27,264,201 | | |
| 6 Total of lines 1 through 5 | 73,617,571 | | |

## Schedule M-2 Analysis of Unappropriated Retained Earnings Per Books (line 24, Schedule L)

Do not complete this schedule if the total assets on line 14, column (D), of Schedule L are less than $25,000.

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 30,671,958 | 5 Distributions: (a) Cash | |
| 2 Net income per books | 25,594,625 | (b) Stock | |
| 3 Other increases (itemize) | | (c) Property | |
| | | 6 Other decreases (itemize) | |
| | | 7 Total of lines 5 and 6 | |
| 4 Total of lines 1, 2, and 3 | 56,266,583 | 8 Balance at end of year (line 4 less line 7) | 56,266,583 |

NWP 0004802

Form **7004** (Rev. October 1984) Department of the Treasury Internal Revenue Service

# Application for Automatic Extension of Time to File Corporation Income Tax Return

**(Under section 6081(b) of the Internal Revenue Code)**

OMB No. 1545-0233

Name of corporation: NatWest Holdings, Inc.

Employer identification number: 51-0231981

Number and street: 175 Water Street

City or town, State, and ZIP code: New York, N.Y. 10038

Check type of return to be filed:

- [X] Form 1120
- [ ] Form 1120S
- [ ] Form 990-T
- [ ] Form 1120-A
- [ ] Form 990-C
- [ ] Other (specify) ..........
- [ ] Form 1120F (Check here ▶ [ ] if you do not have an office or place of business in the U.S.)

1 (a) I request an automatic 6-month extension of time until September 15, 19 85, to file the income tax return of the corporation named above for calendar year 19 84, or tax year ending ........, 19 ......

(b) If this tax year is for less than 12 months, check reason:

[ ] Initial return [ ] Final return [ ] Change in accounting period approved [ ] Consolidated return to be filed

2 Does this application also cover subsidiaries to be included in a consolidated return? [X] Yes [ ] No

If "Yes," attach a list showing the name, address, and the employer identification number (EIN) of each member of the affiliated group.

| | | |
|---|---|---|
| 3 Tentative tax (see instructions) | | 4,557,000.00 |
| 4 Credits: (a) Overpayment from prior year allowed as a credit | | |
| (b) Estimated tax payments (deposits) for the tax year | | |
| (c) Less refund of estimated tax for the tax year applied for on Form 4466 | 4,557,000 | |
| (d) Credit from regulated investment companies and credit for overpaid windfall profit tax | | |
| (e) Credit for Federal tax on gasoline and special fuels | | |
| 5 Total—Add lines 4(a) through 4(e) | | 4,557,000.00 |
| 6 Balance due—Subtract line 5 from line 3. This amount should be deposited with a Federal Tax Deposit (FTD) Coupon | | -0- |

**Signature.**—Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application and that to the best of my knowledge and belief the statements made are true, correct, and complete.

Dominick R Sabella (Signature of officer or agent) — Vice President & Treasurer (Title) — 3/14/85 (Date)

## General Instructions

*(Section references are to the Internal Revenue Code, unless otherwise noted.)*

**A. Paperwork Reduction Act Notice.**—We ask for this information to carry out the Internal Revenue laws of the United States. We need it to ensure that taxpayers are complying with these laws and to allow us to figure and collect the right amount of tax. You are required to give us this information.

**B. Purpose of Form.**—Form 7004 should be used by a corporation to request an automatic 6-month extension of time to file its income tax return.

The extension will be allowed if Form 7004 is filed properly by the due date and if the Balance due on line 6 is deposited with a FTD Coupon contained in FTD Coupon Book (Form 8109).

Foreign corporations with an office or place of business in the United States and electing under Regulations section 1.6081-2(a), which provides an automatic 3-month extension of time to file, are not to use Form 7004. If a 6-month extension is anticipated, these corporations should file Form 7004 by the 15th day of the 3rd month following the close of the tax year.

However, this extension does not extend the time for payment of tax.

**C. When and Where to File.**—File Form 7004 by the due date of the return with the Internal Revenue Service Center where the corporation will file the return.

**D. Penalty for Not Paying Tax.**—Section 6651 provides a penalty for not paying tax (other than estimated income tax) when due.

The late payment penalty is ½% a month or part of a month unless you have reasonable cause for not paying on time. If you believe you have reasonable cause, attach an explanation to your return.

If you are allowed an extension of time to file, you will not be charged a late payment penalty if: the tax shown on line 3 (or the amount of tax paid by the regular due date of the return) is at least 90% of the tax shown on line 31 of Form 1120, or the comparable line on other returns; and you pay the balance due shown on the return by the extended due date.

**E. Termination of Extension.**—The IRS may terminate the automatic extension at any time by mailing a notice of termination to the corporation or to the person who requested the extension. The notice will be mailed at least 10 days before the termination date given in the notice.

## Specific Instructions

**Line 3—Tentative tax.**—Enter the tentative amount of income tax for the year, reduced by any non-refundable credits against the tax. This will usually be the tax shown on Form 1120, line 31, or the comparable line from other returns.

**Line 6—Balance due.**—This is the amount of tax you are required to deposit. Foreign corporations with an office or place of business in the United States and domestic corporations must deposit all income tax payments with an FTD Coupon.

However, if the corporation expects to have a net operating loss carryback, the corporation may reduce the amount to be deposited to the extent of the overpayment resulting from the carryback, providing all other prior year tax liabilities have been fully paid and a **Form 1138**, Extension of Time for Payment of Taxes by a Corporation Expecting a Net Operating Loss Carryback, accompanies Form 7004. See Rev. Rul. 82-47, 1982-1 C.B. 201 for details.

Interest will be charged on any part of the final tax due not shown on line 6. The interest is figured from the original due date of the return to the date of payment.

**Signature.**—The person authorized by the corporation to sign the return should sign the Form 7004. This person may be:

(1) An officer of the corporation.

(2) A duly authorized agent holding a power of attorney.

(3) A person currently enrolled to practice before the Inte[illegible]

(4) An attor[illegible] qualified to pr[illegible]

NWP 0004803

NatWest Holdings, Inc.

I.D. #51-0231981

| Name and Address of each Member of the Affiliated Group | Employer Identification Number |
|---|---|
| National Westminster Bank USA<br>175 Water Street<br>New York, N.Y. 10038 | 11-0773597 |
| National Westminster Bank USA<br>International Bank<br>1200 Brickell Avenue<br>Miami, Florida 33131 | 13-5673033 |
| Mebrona Properties, Inc.<br>3 Huntington Quadrangle<br>Melville, New York | 11-6028683 |
| Brycon Development #2, Inc.<br>3 Huntington Quadrangle<br>Melville, New York | 11-2526354 |
| ..d-Rich Realty Corporation<br>175 Water Street<br>New York, N.Y. 10038 | 13-3130604 |
| Ogasco, Inc.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3187362 |
| NWB Cable Inc.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3211790 |
| Schoolland Holding Corp.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3203489 |
| Agnew Holding Corp.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3203487 |

| | |
|---|---|
| ghold, Inc.<br>.75 Water Street<br>lew York, N.Y. 10038 | 13-3203488 |
| Vall Shipping Corp.<br>.75 Water Street<br>Jew York, N.Y. 10038 | Pending |
| JatWest USA Leasing Corp.<br>L75 Water Street<br>Jew York, N.Y. 10038 | Pending |
| JatWest Commercial Services, Inc.<br>500 Madison Avenue<br>New York, N.Y. 10022 | 51-0262561 |
| CF International Inc.<br>600 Madison Avenue<br>New York ,N.Y. 10022 | 13-2676910 |
| NatWest Capital Corporation<br>Texas Commerce Tower<br>Suite 3700<br>600 Travis<br>Houston, Texas 77002 | 76-0034586 |
| NatWest Credit Corp.<br>175 Water Street<br>New York, N.Y. 10038 | Pending |

Form **851** (Rev. May 1984) Department of the Treasury Internal Revenue Service

# Affiliations Schedule

(To be filed with each consolidated income tax return)

Tax Year Ended December 31, 19 84

OMB No 1545 0025 Expires 3 31 87



Common parent corporation: NatWest Holdings, Inc.
Employer identification number: 51-0231981
Number and street: 175 Water Street
City or town, State, and ZIP code: New York, N.Y. 10038

| No | Name and Address of Corporation | Employer Identification Number | Prepayment Credits: Portion of Form 7004 tax deposits | Prepayment Credits: Portion of estimated tax credits and deposits |
|---|---|---|---|---|
| 1 | Common parent corporation | | 4,557,000 → | - |
| | Subsidiary corporation: | | | |
| 2 | National Westminster Bank USA | 11-0773597 | - | - |
| 3 | National Westminster Bank USA/ International Bank | 13-5673033 | - | - |
| 4 | Mebrona Properties, Inc. | 11-6028683 | - | - |
| 5 | Brycon Development #2, Inc. | 11-2526354 | - | - |
| 6 | Ard-Rich Realty Corporation | 13-3130604 | - | - |
| 7 | Ogasco, Inc. | 13-3187362 | - | - |
| 8 | NWB Cable Inc. | 13-3211790 | - | - |
| 9 | Schoolland Holding Corp. | 13-3203489 | - | - |
| | (see page 2 of 2) | | | |
| | Totals (Must equal amounts shown on Form 1120) ▶ | | (see page 2 of 2) | |

| No | Principal Business Activity | Did the subsidiary make distributions of the type described in Question N, Form 1120? Yes | No | Capital Stock Outstanding at Beginning of Year: Number of shares (Voting) | Stock Holdings at Beginning of Year: Voting: Number of shares | Voting: Percent voting power | Nonvoting: Number of shares | Nonvoting: Percent | Owned by corporation number— |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation | | | | | | | | |
| | Subsidiary corporation: | | | | | | | | |
| 2 | National Westminster Bank USA | | X | 7,675,138 | 7,675,138 | 100% | | | 1 |
| 3 | National Westminster Bank USA International Bank | | X | 20,000 | 20,000 | 100% | | | 2 |
| 4 | Mebrona Properties | | X | 1,000 | 1,000 | 100% | | | 2 |
| 5 | Brycon Development #2 Inc | | X | 10 | 10 | 100% | | | 2 |
| 6 | Ard-Rich Realty Corp. | | X | 10 | 10 | 100% | | | 2 |
| 7 | Ogasco, Inc. | | X | 100 | 90 | 90% | | | 2 |
| 8 | NWB Cable Inc | | X | - | - | - | | | 2 |
| 9 | Schoolland Holding Corp. | | X | - | - | - | | | 2 |
| | (see page 2 of 2) | | | | | | | | |

Nonvoting stock which is limited and preferred as to dividends should not be shown, but information relative to the nature of the lim[illegible] should be furnished on back under "Remarks" regarding all classes of nonvoting stock not shown

If more than one class of nonvoting stock is outstanding, the number of shares of each class should be shown

List all corporations which at any time during the tax year were members of the affiliated group. If any corporation was not in existen[illegible] stock outstanding at date issued

NWP 0004806

Form **851**
(Rev. May 1984)
Department of the Treasury
Internal Revenue Service

# Affiliations Schedule

(To be filed with each consolidated income tax return)

Tax Year Ended December 31, 1984

OMB No. 1545-0025
Expires 3-31-87
Page 2 of 2

Common parent corporation: NatWest Holdings, Inc.
Employer identification number: 51-0231981
Number and street: 175 Water Street
City or town, State, and ZIP code: New York, N.Y. 10038

| No | Name and Address of Corporation | Employer Identification Number | Prepayment Credits: Portion of Form 7004 tax deposits | Prepayment Credits: Portion of estimated tax credits and deposits |
|---|---|---|---|---|
| | Common parent corporation | | | |
| | Subsidiary corporation: | | | |
| 0 | Agnew Holding Corporation | 13-3203487 | - | - |
| 1 | Aghold, Inc. | 13-3203488 | - | - |
| 2 | Wall Shipping Corp. | Pending | - | - |
| 3 | NatWest USA Leasing Corp. | 13-3251283 | - | - |
| 4 | NatWest Commercial Services Inc. | 51-0262561 | - | - |
| 5 | C F International Inc. | 13-2676910 | - | - |
| 6 | NatWest Capital Corporation | 76-0034586 | - | - |
| 7 | NatWest Credit Corp. | Pending | - | - |
| 8 | NatWest USA New Jersey Corp. | 13-3283595 | - | - |
| | Totals (Must equal amounts shown on Form 1120) | | 4,557,000 | |

| No | Principal Business Activity | Did the subsidiary make distributions of the type described in Question N, Form 1120? Yes | No | Capital Stock Outstanding at Beginning of Year (Voting): Voting | Nonvoting | Stock Holdings at Beginning of Year — Voting: Number of shares | Percent voting power | Nonvoting: Number of shares | Percent | Owned by corporation number — |
|---|---|---|---|---|---|---|---|---|---|---|
| | Common parent corporation | | | | | | | | | |
| | Subsidiary corporation: | | | | | | | | | |
| 10 | Agnew Holding Corp. | | X | - | | - | - | | | 2 |
| 11 | Aghold Inc. | | X | - | | - | - | | | 2 |
| 12 | Wall Shipping Corp. | | X | - | | - | - | | | 2 |
| 13 | NatWest USA Leasing Corp. | | X | - | | - | - | | | 2 |
| 14 | NatWest Commercial Services Inc. | | X | 10 | | 10 | 100% | | | 1 |
| 15 | CF International Inc. | | X | 25 | | 25 | 100% | | | 14 |
| 16 | NatWest Capital Corp. | | X | 11 | | 11 | 100% | | | 1 |
| 17 | NatWest Credit Corp. | | X | 10 | | 10 | 100% | | | 1 |
| 18 | NatWest USA New Jersey Corp. | - | X | - | | - | - | | | 2 |

Nonvoting stock which is limited and preferred as to dividends should not be shown, but information relative to the nature of the limita... should be furnished on back under "Remarks" regarding all classes of nonvoting stock not shown.

If more than one class of nonvoting stock is outstanding, the number of shares of each class should be shown.

List all corporations which at any time during the tax year were members of the affiliated group. If any corporation was not in existence... stock outstanding at date issued.

NWP 0004807

Form **1120** Department of the Treasury Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar 1985 or tax year beginning ................, 1985, ending ................, 19 ....

▶ For Paperwork Reduction Act Notice, see page 1 of the Instructions.

OMB No. 1545-0123

**1985**

Check if a—
A Consolidated return [X]
B Personal Holding Co. [ ]
C Business Code No. (See the list in the Instructions) 6090

Use IRS label. Otherwise please print or type.

Name: NatWest Holdings, Inc. and Subsidiaries
Number and street: 175 Water Street
City or town, state, and ZIP code: New York, N.Y. 10038

D Employer identification number: 51-0231981
E Date incorporated: 9-29-78
F Total assets (see Specific Instructions) Dollars / Cents: $10,180,730,111 --

G Check box if there has been a change in address from the previous year ▶ [ ]

| Section | Line | Description | Box | Amount |
|---|---|---|---|---|
| Income | 1 | a Gross receipts or sales ........ b Less returns and allowances ........ Balance ▶ | 1c | |
| | 2 | Cost of goods sold and/or operations (Schedule A) | 2 | |
| | 3 | Gross profit (line 1c less line 2) | 3 | |
| | 4 | Dividends (Schedule C) | 4 | 374,382 -- |
| | 5 | Interest | 5 | 804,480,698 -- |
| | 6 | Gross rents | 6 | 17,066,927 -- |
| | 7 | Gross royalties | 7 | -0- |
| | 8 | Capital gain net income (attach separate Schedule D) | 8 | 310,545 -- |
| | 9 | Net gain or (loss) from Form 4797, line 17, Part II (attach Form 4797) | 9 | 9,416,015 -- |
| | 10 | Other income (see instructions—attach schedule) | 10 | 107,289,030 -- |
| | 11 | TOTAL income—Add lines 3 through 10 and enter here ▶ | 11 | 938,937,597 -- |
| Deductions | 12 | Compensation of officers (Schedule E) | 12 | 3,940,779 -- |
| | 13 | a Salaries and wages 133,716,739 b Less jobs credit 41,035 Balance ▶ | 13c | 133,675,704 -- |
| | 14 | Repairs | 14 | 3,447,200 -- |
| | 15 | Bad debts (Schedule F if reserve method is used) | 15 | 39,018,695 -- |
| | 16 | Rents | 16 | 20,210,231 -- |
| | 17 | Taxes | 17 | 35,322,502 -- |
| | 18 | Interest | 18 | 520,232,097 -- |
| | 19 | Contributions (see instructions for 10% limitation) | 19 | 705,009 -- |
| | 20 | Depreciation (attach Form 4562) — 20: 35,123,620 -- | | |
| | 21 | Less depreciation claimed in Schedule A and elsewhere on return — 21a: | 21b | 35,123,620 -- |
| | 22 | Depletion | 22 | -0- |
| | 23 | Advertising | 23 | 10,490,880 -- |
| | 24 | Pension, profit-sharing, etc. plans | 24 | 14,607,685 -- |
| | 25 | Employee benefit programs | 25 | 11,102,366 -- |
| | 26 | Other deductions (attach schedule) | 26 | 84,264,224 -- |
| | 27 | TOTAL deductions—Add lines 12 through 26 and enter here ▶ | 27 | 912,140,992 -- |
| | 28 | Taxable income before net operating loss deduction and special deductions (line 11 less line 27) | 28 | 26,796,605 -- |
| | 29 | Less: a Net operating loss deduction (see instructions) 29a; b Special deductions (Schedule C) 29b | 29c | |
| Tax and Payments | 30 | Taxable income (line 28 less line 29c) | 30 | 26,796,605 -- |
| | 31 | TOTAL TAX (Schedule J) | 31 | 5,233,927 -- |
| | 32 | Payments: | | |
| | | a 1984 overpayment allowed as a credit 3,151,975 -- | | |
| | | b 1985 estimated tax payments 6,074,000 -- | | |
| | | c Less 1985 refund applied for on Form 4466 ( ) 9,225,975 -- | | |
| | | d Tax deposited with Form 7004 | | |
| | | e Credit from regulated investment companies (attach Form 2439) | | |
| | | f Credit for Federal tax on gasoline and special fuels (attach Form 4136) | 32 | 9,225,975 -- |
| | 33 | Enter any PENALTY for underpayment of estimated tax—check ▶ [ ] if Form 2220 is attached | 33 | |
| | 34 | TAX DUE—If the total of lines 31 and 33 is larger than line 32, enter AMOUNT OWED | 34 | |
| | 35 | OVERPAYMENT—If line 32 is larger than the total of lines 31 and 33, enter AMOUNT OVERPAID | 35 | 3,992,048 -- |
| | 36 | Enter amount of line 35 you want: Credited to 1986 estimated tax ▶ 3,992,048 Refunded ▶ | 36 | |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of officer | 9-4-86 Date | ▶ SVP & Secr. Title

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if ... | ...rity numb...

Firm's name (or yours, if self-employed) and address ▶ | ZIP code ▶

NWP 0004808

Form 1120 (1985) Page 2

## Schedule A Cost of Goods Sold and/or Operations (See instructions for line 2, page 1)

| | | |
|---|---|---|
| 1 Inventory at beginning of year | 1 | |
| 2 Purchases | 2 | |
| 3 Cost of labor | 3 | |
| 4 Other costs (attach schedule) | 4 | |
| 5 Total—Add lines 1 through 4 | 5 | |
| 6 Inventory at end of year | 6 | |
| 7 Cost of goods sold and/or operations—Line 5 less line 6. Enter here and on line 2, page 1 | 7 | |

8 a Check all methods used for valuing closing inventory:
- (i) ☐ Cost
- (ii) ☐ Lower of cost or market as described in Regulations section 1.471–4 (see instructions)
- (iii) ☐ Writedown of "subnormal" goods as described in Regulations section 1.471–2(c) (see instructions)
- (iv) ☐ Other (Specify method used and attach explanation) ▶

b Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ☐

c If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO | 8c |

d If you are engaged in manufacturing, did you value your inventory using the full absorption method (Regulations section 1.471–11)? ☐ Yes ☐ No

e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
If "Yes," attach explanation.

## Schedule C Dividends and Special Deductions (See instructions for Schedule C)

| | (a) Dividends received | (b) % | (c) Special deductions multiply (a) X (b) |
|---|---|---|---|
| 1 Domestic corporations subject to 85% deduction (other than debt-financed stock) | | 85 | |
| 2 Debt-financed stock of domestic corporations (section 246A) | | see instructions | |
| 3 Certain preferred stock of public utilities | | 59.13 | |
| 4 Foreign corporations subject to 85% deduction | | 85 | |
| 5 Wholly-owned foreign subsidiaries and FSCs subject to 100% deduction (sections 245(b) and (c)) | | 100 | |
| 6 Total—Add lines 1 through 5. See instructions for limitation | | | |
| 7 Affiliated groups subject to the 100% deduction (section 243(a)(3)) | | 100 | |
| 8 Other dividends from foreign corporations not included in lines 4 and 5 | | | |
| 9 Income from controlled foreign corporations under subpart F (attach Forms 5471) | | | |
| 10 Foreign dividend gross-up (section 78) | | | |
| 11 IC–DISC or former DISC dividends not included in line 1 and/or 2 (section 246(d)) | | | |
| 12 Other dividends | 374,382 | | |
| 13 Deduction for dividends paid on certain preferred stock of public utilities (see instructions) | | | |
| 14 Total dividends—Add lines 1 through 12. Enter here and on line 4, page 1 ▶ | 374,382 | | |
| 15 Total deductions—Add lines 6, 7 and 13. Enter here and on line 29b, page 1 ▶ | | | -0- |

## Schedule E Compensation of Officers (See instructions for line 12, page 1)

Complete Schedule E only if total receipts (line 1a, plus lines 4 through 10, of page 1, Form 1120) are $150,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | % | % | % | |
| SEE ATTACHED SCHEDULE | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | | |
| | | % | % | | |
| | | % | % | | |

NWP 0004809

Total compensation of officers—Enter here and on line 12, page 1

## Schedule F Bad Debts—Reserve Method (See instructions for line 15, page 1) (NatWest Bank USA Only)

| (a) Year | (b) Trade notes and accounts receivable outstanding at end of year | (c) Sales on account | Amount added to reserve (d) Current year's provision | (e) Recoveries | (f) Amount charged against reserve | (g) Reserve for bad debts at end of year |
|---|---|---|---|---|---|---|
| 1980 | | | 13,232,057 | 3,634,432 | 24,242,489 | 2,000,00 |
| 1981 | | | 46,064,921 | 4,729,951 | 19,994,872 | 32,800,00 |
| 1982 | | | 23,863,948 | 5,065,912 | 23,997,860 | 37,732,00 |
| 1983 | | | 24,218,168 | 8,370,145 | 32,588,313 | 37,732,00 |
| 1984 | | | 45,442,439 | 7,289,833 | 52,732,272 | 37,732,00 |
| 1985 | | | 37,848,748 | 14,674,263 | 52,523,011 | 37,732,00 |

## Schedule J Tax Computation (See instructions)

| | | | | |
|---|---|---|---|---|
| 1 Check if you are a member of a controlled group (see sections 1561 and 1563) ▶ [X] | | | | |
| 2 If line 1 is checked, see instructions and enter your portion of the $25,000 amount in each taxable income bracket: a $ 25,000 b $ 25,000 c $ 25,000 d $ 25,000 | | | | |
| 3 Income tax (see instructions to figure the tax; enter this tax or alternative tax from Schedule D, whichever is less). Check if from Schedule D ▶ [X] | | | 3 | 12,270,541 -- |
| 4 a Foreign tax credit (attach Form 1118) | 4a | 3,890,503 -- | | |
| b Possessions tax credit (attach Form 5735) | b | | | |
| c Orphan drug credit (attach Form 6765) | c | | | |
| d Credit for fuel produced from a nonconventional source (see instructions) | d | | | |
| e Research credit (attach Form 6765) | e | | | |
| f General business credit. Enter here and check which forms are attached [X] Form 3800 [ ] Form 3468 [ ] Form 5884 [ ] Form 6478 [ ] Form 8007 | f | 3,349,194 -- | | |
| 5 Total—Add lines 4a through 4f | | | 5 | 7,239,697 -- |
| 6 Line 3 less line 5 | | | 6 | 5,030,844 -- |
| 7 Personal holding company tax (attach Schedule PH (Form 1120)) | | | 7 | |
| 8 Tax from recomputing prior-year investment credit (attach Form 4255) | | | 8 | 10,725 -- |
| 9 Minimum tax on tax preference items (see instructions—attach Form 4626) | | | 9 | 192,358 -- |
| 10 Total tax—Add lines 6 through 9. Enter here and on line 31, page 1 | | | 10 | 5,233,927 -- |

### Additional Information (See instruction F)

| | Yes | No |
|---|---|---|
| H Did the corporation claim a deduction for expenses connected with: | | |
| (1) Entertainment facility (boat, resort, ranch, etc.)? | | X |
| (2) Living accommodations (except employees on business)? | | X |
| (3) Employees attending conventions or meetings outside the North American area? (See section 274(h).) | | X |
| (4) Employees' families at conventions or meetings? | | X |
| If "Yes," were any of these conventions or meetings outside the North American area? (See section 274(h).) | | |
| (5) Employee or family vacations not reported on Form W-2? | | X |
| I (1) Did the corporation at the end of the tax year own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) | X | |
| If "Yes," attach a schedule showing: (a) name, address, and identifying number; (b) percentage owned; (c) taxable income or (loss) before NOL and special deductions (e.g., If a Form 1120: from Form 1120, line 28, page 1) of such corporation for the tax year ending with or within your tax year; (d) highest amount owed by the corporation to such corporation during the year; and (e) highest amount owed to the corporation by such corporation during the year. | | |
| (2) Did any individual, partnership, corporation, estate or trust at the end of the tax year own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) If "Yes," complete (a) through (e) | X | |
| (a) Attach a schedule showing name, address, and identifying number. | | |
| (b) Enter percentage owned ▶ 100% | | |
| (c) Was the owner of such voting stock a person other than a U.S. person? (See instructions) (Note: If "Yes," the corporation may have to file Form 5472.) | X | |
| If "Yes," enter owner's country ▶ U.K. | | |
| (d) Enter highest amount owed by the corporation to such owner during the year ▶ | | |
| (e) Enter highest amount owed to the corporation by such owner during the year ▶ | | |

| | Yes | No |
|---|---|---|
| (Note: *For purposes of I(1) and I(2), "highest amount owed" includes loans and accounts receivable/payable.*) | | |
| J Refer to the list in the instructions and state the principal: Business activity ▶ Bank Holding Company; Product or service ▶ | | |
| K Was the corporation a U.S. shareholder of any controlled foreign corporation? (See sections 951 and 957.) | X | |
| If "Yes," attach Form 5471 for each such corporation. | | |
| L At any time during the tax year, did the corporation have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | X | |
| (See instruction F for exceptions and filing requirements for form TD F 90-22.1.) If "Yes," write the name of the foreign country ▶ | | |
| M Was the corporation the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not the corporation has any beneficial interest in it? | | X |
| If "Yes," the corporation may have to file Forms 3520, 3520-A or 926. | | |
| N During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) | | X |
| If "Yes," file Form 5452. If this is a consolidated return, answer here for parent corporation and on Form 851, Affiliations Schedule, for each subsidiary. | | |
| O During this tax year did the corporation maintain any part of its accounting/tax records on a computerized system? | X | |
| P Check method of accounting: (1) [ ] Cash (2) [X] Accrual (3) [ ] Other (specify) ▶ | | |

NWP 0004810

Form 1120 (1985) Page 4

## Schedule L Balance Sheets

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 1,113,102,655 | | 1,008,274,20 |
| 2 Trade notes and accounts receivable | 6,186,018,248 | | 6,960,786,289 | |
| a Less allowance for bad debts | 78,136,186 | 6,107,882,062 | 91,956,176 | 6,868,830,11 |
| 3 Inventories | | | | |
| 4 Federal and State government obligations | | 1,027,062,258 | | 1,510,721,00 |
| 5 Other current assets (attach schedule) | | 9,990,394 | | 117,834,02 |
| 6 Loans to stockholders | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) | | 231,427,986 | | 117,393,94 |
| 9 Buildings and other depreciable assets | | | | |
| a Less accumulated depreciation | | 226,813,306 | | 234,261,90 |
| 10 Depletable assets | | | | |
| a Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12 Intangible assets (amortizable only) | | | | |
| a Less accumulated amortization | | 167,646,691 | | 156,049,22 |
| 13 Other assets (attach schedule) | | 214,429,329 | | 167,365,69 |
| 14 Total assets | | 9,098,354,681 | | 10,180,730,11 |
| **Liabilities and Stockholders' Equity** | | | | |
| 15 Accounts payable | | 8,474,432 | | 149,839,42 |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach schedule) | | 8,109,515,887 | | 8,750,421,69 |
| 18 Loans from stockholders | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | 103,842,255 | | 108,118,42 |
| 20 Other liabilities (attach schedule) | | 185,373,150 | | 440,416,91 |
| 21 Capital stock: a Preferred stock | | | | |
| b Common stock | | 2,500 | | 2,50 |
| 22 Paid-in or capital surplus | | 634,879,873 | | 634,879,87 |
| 23 Retained earnings—Appropriated (attach schedule) | | | | |
| 24 Retained earnings—Unappropriated | | 56,266,584 | | 97,051,28 |
| 25 Less cost of treasury stock | | ( ) | | ( |
| 26 Total liabilities and stockholders' equity | | 9,098,354,681 | | 10,180,730,11 |

## Schedule M-1 Reconciliation of Income Per Books With Income Per Return

Do not complete this schedule if the total assets on line 14, column (d), of Schedule L are less than $25,000.

| | | | |
|---|---|---|---|
| 1 Net income per books | 40,784,703 | 7 Income recorded on books this year not included in this return (itemize) | |
| 2 Federal income tax | 13,235,421 | a Tax-exempt interest $ | |
| 3 Excess of capital losses over capital gains | | | 35,008,9 |
| 4 Income subject to tax not recorded on books this year (itemize) | 9,183,810 | 8 Deductions in this tax return not charged against book income this year (itemize) | |
| 5 Expenses recorded on books this year not deducted in this return (itemize) | | a Depreciation $ | |
| a Depreciation $ | | b Contributions carryover $ | |
| b Contributions carryover $ | 50,260,855 | | 51,659,2 |
| | | 9 Total of lines 7 and 8 | 86,668,1 |
| 6 Total of lines 1 through 5 | 113,464,789 | 10 Income (line 28, page 1)—line 6 less line 9 | 26,796,6 |

## Schedule M-2 Analysis of Unappropriated Retained Earnings Per Books (line 24, Schedule L)

Do not complete this schedule if the total assets on line 14, column (d), of Schedule L are less than $25,000.

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 56,266,584 | 5 Distributions: a Cash | |
| 2 Net income per books | 40,784,703 | b Stock | |
| 3 Other increases (itemize) | | c Property | |
| | | 6 Other decreases (itemize) | |
| | | NWP 0004811 | |
| | | 7 [illegible] | |
| 4 Total of lines 1, 2, and 3 | 97,051,287 | 8 Balance at end of year (line 4 less line 7) | 97,051,2 |

Form **7004** (Rev. October 1985) Department of the Treasury Internal Revenue Service

# Application for Automatic Extension of Time To File Corporation Income Tax Return

OMB No. 1545-0233 Expires 10-31-87

Name of corporation: NatWest Holdings, Inc. & Affiliates

Employer identification number: 51-0231981

Number and street: 175 Water Street

City or town, state, and ZIP code: New York, N.Y. 10038

Check type of return to be filed:

- [X] Form 1120
- [ ] Form 1120-A
- [ ] Form 1120F (Check here ▶ [ ] if you do not have an office or place of business in the U.S.)
- [ ] Form 1120-FSC
- [ ] Form 1120S
- [ ] Form 990-C
- [ ] Form 990-T
- [ ] Other (specify) ..........

1 a I request an automatic 6-month extension of time until September 15, 19 86, to file the income tax return of the corporation named above for calendar year 19 85, or tax year ending ........, 19......

b If this tax year is for less than 12 months, check reason:

[ ] Initial return [ ] Final return [ ] Change in accounting period approved [ ] Consolidated return to be filed

2 Does this application also cover subsidiaries to be included in a consolidated return? [X] Yes [ ] No

If "Yes," attach a list showing the name, address, and the employer identification number (EIN) of each member of the affiliated group.

| | | | |
|---|---|---|---|
| 3 Tentative tax (see instructions) | | | 9,225,975.00 |
| 4 Credits: a Overpayment from prior year allowed as a credit | | 3,151,975 | |
| b Estimated tax payments (deposits) for the tax year | 6,074,000 | | |
| c Less refund of estimated tax for the tax year applied for on Form 4466 | | | |
| d Credit from regulated investment companies and credit for overpaid windfall profit tax | | | |
| e Credit for Federal tax on gasoline and special fuels | | | |
| 5 Total—Add lines 4a through 4e | | | 9,225,975.00 |
| 6 Balance due—Subtract line 5 from line 3. This amount should be deposited with a Federal Tax Deposit (FTD) Coupon | | | -0- |

Signature.—Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application and that to the best of my knowledge and belief the statements made are true, correct, and complete.

[signature] (Signature of officer or agent) Vice President & Treasurer (Title) 3/10/86 (Date)

## General Instructions

*(Section references are to the Internal Revenue Code, unless otherwise noted.)*

**A. Paperwork Reduction Act Notice.**—We ask for this information to carry out the Internal Revenue laws of the United States. We need it to ensure that taxpayers are complying with these laws and to allow us to figure and collect the right amount of tax. You are required to give us this information.

**B. Purpose of Form.**—Form 7004 should be used by a corporation to request an automatic 6-month extension of time to file its income tax return.

The extension will be allowed if Form 7004 is filed properly by the due date and if the balance due on line 6 is deposited with a FTD Coupon contained in FTD Coupon Book **(Form 8109).**

Foreign corporations with an office or place of business in the United States and electing under Regulations section 1.6081-2(a), which provides an automatic 3-month extension of time to file, are not to use Form 7004. If a 6-month extension is anticipated, these corporations should file Form 7004 by the 15th day of the 3rd month following the close of the tax year.

However, this extension does not extend the time for payment of tax.

**C. When and Where to File.**—File Form 7004 by the due date of the return with the Internal Revenue Service Center where the corporation will file the return.

**D. Penalty for Not Paying Tax.**—Section 6651 provides a penalty for not paying tax (other than estimated income tax) when due.

The late payment penalty is ½% a month or part of a month unless you have reasonable cause for not paying on time. If you believe you have reasonable cause, attach an explanation to your return.

If you are allowed an extension of time to file, you will not be charged a late payment penalty if: the tax shown on line 3 (or the amount of tax paid by the regular due date of the return) is at least 90% of the tax shown on line 31 of Form 1120, or the comparable line on other returns; and you pay the balance due shown on the return by the extended due date.

**E. Termination of Extension.**—The IRS may terminate the automatic extension at any time by mailing a notice of termination to the corporation or to the person who requested the extension. The notice will be mailed at least 10 days before the termination date given in the notice.

## Specific Instructions

**Line 3—Tentative tax.**—Enter the tentative amount of income tax for the year, reduced by any nonrefundable credits against the tax. This will usually be the tax shown on Form 1120, line 31, or the comparable line from other returns.

**Line 6—Balance due.**—This is the amount of tax you are required to deposit. Foreign corporations with an office or place of business in the United States and domestic corporations must deposit all income tax payments with a FTD Coupon.

However, if the corporation expects to have a net operating loss carryback, the corporation may reduce the amount to be deposited to the extent of the overpayment resulting from the carryback, providing all other prior year tax liabilities have been fully paid and a **Form 1138**, Extension of Time for Payment of Taxes by a Corporation Expecting a Net Operating Loss Carryback, accompanies Form 7004. See Rev. Rul. 82-47, 1982-1 C.B. 201 for details.

Interest will be charged on any part of the final tax due not shown on line 6. The interest is figured from the original due date of the return to the date of payment.

**Signature.**—The person authorized by the corporation to sign the return should sign the Form 7004. This person may be:

(1) An officer of the corporation.

(2) A duly authorized agent holding a power of attorney.

(3) A person currently enrolled to practice before the Internal Revenue Service.

(4) An attorney or certified public accountant qualified to practice before the IRS.



☆U.S.GPO:1985-0-483-290 ☆E.I.#430814328

NATWEST HOLDINGS, INC.
I.D. #51-0231981

| Name and Address of each Member of the Affiliated Group | Employee Identification Number |
|---|---|
| National Westminster Bank USA<br>175 Water Street<br>New York, N.Y. 10038 | 11-0773597 |
| National Westminster Bank USA<br>International Bank<br>1700 Brickell Avenue<br>Miami, Florida 33131 | 13-5673033 |
| Mebrona Properties, Inc.<br>3 Huntington Quadrangle<br>Melville, New York | 11-6028683 |
| Brycon Development #2, Inc.<br>3 Huntington Quadrangle<br>Melville, New York | 11-2526354 |
| Osubco Inc.<br>175 Water Street<br>New York, N.Y. 10038 | Pending |
| Ogasco, Inc.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3187362 |
| NWB Cable Inc.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3211790 |
| Schoolland Holding Corp.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3203489 |
| Agnew Holding Corp.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3203487 |
| NatWest USA New Jersey Corp.<br>28 West State Street<br>Trenton, New Jersey 08608 | 13-3283595 |

| | |
|---|---|
| Aghold, Inc.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3203488 |
| Wall Shipping Corp.<br>175 Water Street<br>New York, N.Y. 10038 | Pending |
| NatWest USA Leasing Corp.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3251283 |
| NatWest USA Brokerage Services Corp.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3315077 |
| NatWest USA Capital Corp.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3317175 |
| NatWest Commercial Services, Inc.<br>600 Madison Avenue<br>New York, N.Y. 10022 | 51-0262561 |
| CF International Inc.<br>600 Madison Avenue<br>New York, N.Y. 10022 | 13-2676910 |
| NatWest Capital Corporation<br>Texas Commerce Tower<br>Suite 3700<br>600 Travis<br>Houston, Texas 77002 | 76-0034586 |
| NatWest Credit Corp.<br>175 Water Street<br>New York, N.Y. 10038 | Pending |
| NatWest International Securities, Inc.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3312856 |

Form **851**
(Rev. May 1984)
Department of the Treasury
Internal Revenue Service

# Affiliations Schedule

**(To be filed with each consolidated income tax return)**

**Tax Year Ended** December 31, 19 85

OMB No. 1545-0025
Expires 3-31-87
Page 1 of 3

Common parent corporation: NatWest Holdings, Inc.

Employer identification number: 51-0231981

Number and street: 175 Water Street

City or town, State, and ZIP code: New York, N.Y. 10038

| No. | Name and Address of Corporation | Employer Identification Number | Prepayment Credits: Portion of Form 7004 tax deposits | Prepayment Credits: Portion of estimated tax credits and deposits |
|---|---|---|---|---|
| 1 | Common parent corporation | | – | 9,225,975 |
| 2 | Subsidiary corporation: National Westminster Bank USA | 11-0773597 | – | – |
| 3 | National Westminster Bank USA International Bank | 13-5673033 | – | – |
| 4 | Mebrona Properties, Inc. | 11-6028683 | – | – |
| 5 | Brycon Development #2, Inc. | 11-2526354 | – | – |
| 6 | Osubco Inc. | Pending | – | – |
| 7 | Ogasco, Inc. | 13-3187362 | – | – |
| 8 | NWB Cable, Inc. | 13-3211790 | – | – |
| 9 | Schooland Holding Corp. | 13-3203489 | – | – |
| 10 | (see page 2 of 3) | | | |
| | **Totals** (Must equal amounts shown on Form 1120) . . . . . . . . . . ▶ | | (see page 3 of 3) | |

| No. | Principal Business Activity | Did the subsidiary make distributions of the type described in Question N, Form 1120? Yes | No | Capital Stock Outstanding at Beginning of Year, Number of shares: Voting | Nonvoting | Stock Holdings at Beginning of Year, Voting: Number of shares | Percent voting power | Nonvoting: Number of shares | Percent | Owned by corporation number— |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation | | | | | | | | | |
| 2 | Subsidiary corporation: National Westminster Bank USA | | X | 7,675,138 | | 7,675,138 | 100% | | | 1 |
| 3 | National Westminster Bank USA International Bank | | X | 20,000 | | 20,000 | 100% | | | 2 |
| 4 | Mebrona Properties | | X | 1,000 | | 1,000 | 100% | | | 2 |
| 5 | Brycon Development #2, Inc. | | X | | 10 | | 100% 10 | | | 2 |
| 6 | Osubco, Inc. | | X | – | | – | – | | | 2 |
| 7 | Ogasco, Inc. | | X | | 100 | | 90% 90 | | | 2 |
| 8 | NWB Cable, Inc. | | X | | 10 | | 100% 10 | | | 2 |
| 9 | Schooland Holding Corp. | | X | | 10 | | 100% 10 | | | 2 |
| 10 | (see page 2 of 3) | | | | | | | | | |

Nonvoting stock which is limited and preferred as to dividends should not be shown, but information relative to the nature of tl ... ds should be furnished on back under "Remarks" regarding all classes of nonvoting stock not shown.

If more than one class of nonvoting stock is outstanding, the number of shares of each class should be shown.

List all corporations which at any time during the tax year were members of the affiliated group. If any corporation was not in e ... w the stock outstanding at date issued.

NWP 0004815

Form **851** (Rev. May 1984) Department of the Treasury Internal Revenue Service

# Affiliations Schedule

**(To be filed with each consolidated income tax return)**

**Tax Year Ended** December 31, 19 85

OMB No. 1545-0025
Expires 3-31-87



Common parent corporation: NatWest Holdings, Inc.
Employer identification number: 51-0231981
Number and street: 175 Water Street
City or town, State, and ZIP code: New York, N.Y. 10038

| No. | Name and Address of Corporation | Employer Identification Number | Prepayment Credits: Portion of Form 7004 tax deposits | Prepayment Credits: Portion of estimated tax credits and deposits |
|---|---|---|---|---|
| 1 | Common parent corporation | | | |
| | Subsidiary corporation: | | | |
| 10 | Agnew Holding Corp. | 13-3203487 | – | – |
| 11 | NatWest USA New Jersey Corp. | 13-3283595 | – | – |
| 12 | Aghold, Inc. | 13-3203488 | – | – |
| 13 | Wall Shipping Corp. | Pending | – | – |
| 14 | NatWest USA Leasing Corp. | 13-3251283 | – | – |
| 15 | NatWest USA Brokerage Services Corp | 13-3315077 | – | – |
| 16 | NatWest USA Capital Corp. | 13-3317175 | – | – |
| 17 | NatWest Commercial Services, Inc. | 51-0262561 | – | – |
| 10 | (see page 3 of 3) | | | |
| | **Totals** (Must equal amounts shown on Form 1120) ▶ | | See page 3 of 3) | |

| No. | Principal Business Activity | Did the subsidiary make distributions of the type described in Question N, Form 1120? Yes | No | Capital Stock Outstanding at Beginning of Year – Number of shares: Voting | ~~Nonvoting~~ | Stock Holdings at Beginning of Year – Voting: Number of shares | Percent voting power | Nonvoting: Number of shares | Percent | Owned by corporation number— |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation | | | | | | | | | |
| 10 | Subsidiary corporation: Agnew Holding Corp. | | X | | 10 | | 100% 10 | | | 2 |
| 11 | NatWest USA New Jersey Corp. | | X | – | | – | – | | | 2 |
| 12 | Aghold, Inc. | | X | | 10 | | 100% 10 | | | 2 |
| 13 | Wall Shipping Corp. | | X | | 10 | | 100% 10 | | | 2 |
| 14 | NatWest USA Leasing Corp. | | X | | 100 | | 100% 100 | | | 2 |
| 15 | NatWest USA Brokerage Service Corp. | | X | – | | – | – | | | 2 |
| 16 | NatWest USA Capital Corp | | X | – | | – | – | | | 2 |
| 17 | NatWest Commercial Services Inc | | X | 10 | | 10 | 100% | | | 1 |
| 10 | (see page 3 of 3) | | | | | | | | | |

Nonvoting stock which is limited and preferred as to dividends should not be shown, but information relative to the nature of the limit should be furnished on back under "Remarks" regarding all classes of nonvoting stock not shown.
If more than one class of nonvoting stock is outstanding, the number of shares of each class should be shown.
List all corporations which at any time during the tax year were members of the affiliated group. If any corporation was not in existenc stock outstanding at date issued.

NWP 0004816

Form **851** (Rev. May 1984) Department of the Treasury Internal Revenue Service

# Affiliations Schedule

**(To be filed with each consolidated income tax return)**

**Tax Year Ended** December 31 ,19 85

OMB No. 1545-0025
Expires 3-31-87
Page 3 of 3

Common parent corporation: NatWest Holdings, Inc.

Employer identification number: 51-0231981

Number and street: 175 Water Street

City or town, State, and ZIP code: New York, N.Y. 10038

| No. | Name and Address of Corporation | Employer Identification Number | Prepayment Credits: Portion of Form 7004 tax deposits | Prepayment Credits: Portion of estimated tax credits and deposits |
|---|---|---|---|---|
| 1 | Common parent corporation | | | |
| | Subsidiary corporation: | | | |
| 18 | CF International Inc. | 13-2676910 | - | - |
| 19 | NatWest Capital Corp. | 76-0034586 | - | - |
| 20 | NatWest Credit Corp. | Pending | - | - |
| 21 | NatWest International Securities Inc | 13-3312856 | - | - |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| | Totals (Must equal amounts shown on Form 1120) . . . . . . . . . . . . ▶ | | | |

| No. | Principal Business Activity | Did the subsidiary make distributions of the type described in Question N, Form 1120? Yes | No | Capital Stock Outstanding at Beginning of Year, Number of shares: Voting | Nonvoting | Stock Holdings at Beginning of Year, Voting: Number of shares | Percent voting power | Nonvoting: Number of shares | Percent | Owned by corporation number— |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation | | | | | | | | | |
| | Subsidiary corporation: | | | | | | | | | |
| 18 | CF International Inc. | | X | 25 | | 25 | 100% | | | 17 |
| 19 | NatWest Capital Corp. | | X | 11 | | 11 | 100% | | | 1 |
| 20 | NatWest Credit Corp. | | X | 10 | | 10 | 100% | | | 1 |
| 21 | NatWest International Securities Inc. | | X | - | | - | - | | | 1 |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |

Nonvoting stock which is limited and preferred as to dividends should not be shown, but information relative to the nature of the should be furnished on back under "Remarks" regarding all classes of nonvoting stock not shown.

If more than one class of nonvoting stock is outstanding, the number of shares of each class should be shown.

List all corporations which at any time during the tax year were members of the affiliated group. If any corporation was not in exi the stock outstanding at date issued.

NWP 0004817

**For Paperwork Reduction Act Notice, see back of form.**

Form **851** (Rev. 5-84)

Form 851 (Rev. 5-84) Page 2

**Paperwork Reduction Act Notice.**— We ask for this information to carry out the Internal Revenue laws of the United States. We need it to ensure that taxpayers are complying with these laws and to allow us to figure and collect the right amount of tax. You are required to give us this information.

## Changes In Stock Holdings During the Year

| Corporation | | Stockholder (Corporation No.)* | Changes in Stock Holdings During the Year | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Date | Changes | | | | Shares held at end of year | |
| | | | | Shares acquired | | Shares disposed of | | Voting | Nonvoting |
| No.* | Name | | | Voting | Nonvoting | Voting | Nonvoting | Percent voting power | Percent of shares |
| 11 | NatWest USA New Jersey Corp. | 2 | 12/85 | 100 | | | | 100 | - |
| 15 | NatWest USA Brokerage Services Corp. | 2 | 10/85 | 1000 | | | | 100 | - |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

*The numbers used must agree with the corporation number on front.

If additional stock was issued, or if any stock was retired during the year, show the dates and amounts for these transactions.

**If the equitable owners of any capital stock shown above were other than the holders of record, give full details.**

Remarks:

### Signature

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

[signature] 9/4/86 SVP & Secre.

Signature of officer Date Title

For information about affiliated groups, see Internal Revenue Code sections 1501-1504 and related regulations.

NWP 0004818

★ U.S. Government Printing Office: 1984—421-100/306

Form **1120** — Department of the Treasury, Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar 1986 or tax year beginning ________________, 1986, ending ____________, 19 ___

▶ For Paperwork Reduction Act Notice, see page 1 of the instructions.

OMB No. 1545-0123

**1986**

Check if a—
A Consolidated return [X]
B Personal Holding Co. [ ]
C Business Code No. (See the list in the instructions) 6090

Use IRS label. Otherwise please print or type.

Name: NatWest Holdings, Inc. and Subsidiaries
Number and street: 175 Water Street
City or town, state, and ZIP code: New York, N.Y. 10038

D Employer identification number: 51-0231981
E Date incorporated: 9-29-78
F Total assets (see Specific Instructions): Dollars $12,860,412,143 Cents --

G Check box if there has been a change in address from the previous year ▶ [ ]

**Income**

| Line | Description | | |
|---|---|---|---|
| 1a | Gross receipts or sales ______ b Less returns and allowances ______ Balance ▶ | 1c | |
| 2 | Cost of goods sold and/or operations (Schedule A) | 2 | |
| 3 | Gross profit (line 1c less line 2) | 3 | |
| 4 | Dividends (Schedule C) | 4 | 525,446 -- |
| 5 | Interest | 5 | 810,001,336 -- |
| 6 | Gross rents | 6 | 19,517,136 -- |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach separate Schedule D) | 8 | 145,893 -- |
| 9 | Net gain or (loss) from Form 4797, line 17, Part II (attach Form 4797) | 9 | (4,022,539) -- |
| 10 | Other income (see instructions—attach schedule) | 10 | 141,770,939 -- |
| 11 | TOTAL income—Add lines 3 through 10 and enter here ▶ | 11 | 967,938,211 -- |

**Deductions**

| Line | Description | | | |
|---|---|---|---|---|
| 12 | Compensation of officers (Schedule E) | | 12 | 7,027,767 -- |
| 13a | Salaries and wages ______ b Less jobs credit ______ Balance ▶ | | 13c | 154,871,443 -- |
| 14 | Repairs | | 14 | 4,116,297 -- |
| 15 | Bad debts (Schedule F if reserve method is used) | | 15 | 41,795,787 -- |
| 16 | Rents | | 16 | 15,911,438 -- |
| 17 | Taxes | | 17 | 35,590,614 -- |
| 18 | Interest | | 18 | 517,197,607 -- |
| 19 | Contributions (see instructions for 10% limitation) | | 19 | 918,977 -- |
| 20 | Depreciation (attach Form 4562) | 20: 38,929,422 -- | | |
| 21 | Less depreciation claimed in Schedule A and elsewhere on return | 21a | 21b | 38,929,422 -- |
| 22 | Depletion | | 22 | |
| 23 | Advertising | | 23 | 8,475,870 -- |
| 24 | Pension, profit-sharing, etc., plans | | 24 | 14,436,401 -- |
| 25 | Employee benefit programs | | 25 | 13,190,527 -- |
| 26 | Other deductions (attach schedule) | | 26 | 94,663,653 -- |
| 27 | TOTAL deductions—Add lines 12 through 26 and enter here ▶ | | 27 | 947,125,803 -- |
| 28 | Taxable income before net operating loss deduction and special deductions (line 11 less line 27) | | 28 | 20,812,408 -- |
| 29 | Less: a Net operating loss deduction (see instructions) | 29a | | |
| | b Special deductions (Schedule C) | 29b | 29c | -0- |

**Tax and Payments**

| Line | Description | | | | |
|---|---|---|---|---|---|
| 30 | Taxable income (line 28 less line 29c) | | | 30 | 20,812,408 -- |
| 31 | TOTAL TAX (Schedule J) | | | 31 | 5,179,608 -- |
| 32 | Payments: a 1985 overpayment credited to 1986 | 3,992,048 -- | | | |
| b | 1986 estimated tax payments | 4,200,000 -- | | | |
| c | Less 1986 refund applied for on Form 4466 | ( ) | 8,192,048 -- | | |
| d | Tax deposited with Form 7004 | | | | |
| e | Credit from regulated investment companies (attach Form 2439) | | | | |
| f | Credit for Federal tax on gasoline and special fuels (attach Form 4136) | | | 32 | 8,192,048 -- |
| 33 | Enter any PENALTY for underpayment of estimated tax—check ▶ [ ] if Form 2220 is attached | | | 33 | |
| 34 | TAX DUE—If the total of lines 31 and 33 is larger than line 32, enter AMOUNT OWED | | | 34 | |
| 35 | OVERPAYMENT—If line 32 is larger than the total of lines 31 and 33, enter AMOUNT OVERPAID | | | 35 | 3,012,440 -- |
| 36 | Enter amount of line 35 you want: Credited to 1987 estimated tax ▶ 3,012,440 Refunded ▶ | | | 36 | |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ [signature] Richard J. Wall — Signature of officer | 9-15-87 — Date | ▶ SVP & TAX COUNSEL — Title

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed [ ] | Preparer's social security number

Firm's name (or yours, if self-employed) and address ▶ | E.I. No. ▶ | ZIP code ▶

NWP 0004819

**Schedule A** Cost of Goods Sold and/or Operations (See instructions for line 2, page 1)

| | | | |
|---|---|---|---|
| 1 Inventory at beginning of year | 1 | | |
| 2 Purchases | 2 | | |
| 3 Cost of labor | 3 | | |
| 4 Other costs (attach schedule) | 4 | | |
| 5 Total—Add lines 1 through 4 . . . N/A | 5 | | |
| 6 Inventory at end of year | 6 | | |
| 7 Cost of goods sold and/or operations—Line 5 less line 6. Enter here and on line 2, page 1 | 7 | | |

8a Check all methods used for valuing closing inventory:
(i) ☐ Cost (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4 (see instructions)
(iii) ☐ Writedown of "subnormal" goods as described in Regulations section 1.471-2(c) (see instructions)
(iv) ☐ Other (Specify method used and attach explanation) ▶

b Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ☐
c If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO | 8c |
d If you are engaged in manufacturing, did you value your inventory using the full absorption method (Regulations section 1.471-11)? ☐ Yes ☐ No
e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
If "Yes," attach explanation.

**Schedule C** Dividends and Special Deductions (See Schedule C instructions)

| | (a) Dividends received | (b) % | (c) Special deductions: multiply (a) X (b) |
|---|---|---|---|
| 1 Domestic corporations subject to section 243(a) deduction (other than debt-financed stock) | | see instructions | |
| 2 Debt-financed stock of domestic and foreign corporations (section 246A) | | see instructions | |
| 3 Certain preferred stock of public utilities | | see instructions | |
| 4 Foreign corporations and certain FSCs subject to section 245 deduction | | see instructions | |
| 5 Wholly-owned foreign subsidiaries and FSCs subject to 100% deduction (sections 245(b) and (c)) | | 100 | |
| 6 Total—Add lines 1 through 5. See instructions for limitation | | | |
| 7 Affiliated groups subject to the 100% deduction (section 243(a)(3)) | | 100 | |
| 8 Other dividends from foreign corporations not included in lines 4 and 5 | | | |
| 9 Income from controlled foreign corporations under subpart F (attach Forms 5471) | | | |
| 10 Foreign dividend gross-up (section 78) | | | |
| 11 IC-DISC or former DISC dividends not included in lines 1 and/or 2 (section 246(d)) | | | |
| 12 Other dividends | 525,446 | | |
| 13 Deduction for dividends paid on certain preferred stock of public utilities (see instructions) | | | |
| 14 Total dividends—Add lines 1 through 12. Enter here and on line 4, page 1 ▶ | 525,446 | | |
| 15 Total deductions—Add lines 6, 7, and 13. Enter here and on line 29b, page 1 ▶ | | | -0- |

**Schedule E** Compensation of Officers (See instructions for line 12, page 1)
Complete Schedule E only if total receipts (line 1a, plus lines 4 through 10, of page 1, Form 1120) are $150,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| See Schedule Attached | | % | % | | |
| | | % | % | | |
| | | % | % | | |
| | | % | % | % | |

NWP 0004820

Total compensation of officers—Enter here and on line 12, page 1 . . . 7,027,767

**Schedule F** Bad Debts—Reserve Method (See instructions for line 15, page 1) (NatWest Bank USA only)

| (a) Year | (b) Trade notes and accounts receivable outstanding at end of year | (c) Sales on account | Amount added to reserve: (d) Current year's provision | (e) Recoveries | (f) Amount charged against reserve | (g) Reserve for bad debts at end of year |
|---|---|---|---|---|---|---|
| 1981 | | | 46,064,921 | 4,729,951 | 19,994,872 | 32,800,000 |
| 1982 | | | 23,863,948 | 5,065,912 | 23,997,860 | 37,732,000 |
| 1983 | | | 24,218,168 | 8,370,145 | 32,588,313 | 37,732,000 |
| 1984 | | | 45,442,439 | 7,289,833 | 52,732,272 | 37,732,000 |
| 1985 | | | 37,848,748 | 14,674,263 | 52,523,011 | 37,732,000 |
| 1986 | | | 39,813,963 | 5,904,628 | 42,181,591 | 41,269,000 |

**Schedule J** Tax Computation (See instructions) (Fiscal year corporations see page 12 of instructions before completing Schedule J)

1 Check if you are a member of a controlled group (see sections 1561 and 1563) ▶ [X]

2a If line 1 is checked, see instructions. Enter your portion of each $25,000 taxable income bracket amount:
(i) $ 25,000 (ii) $ 25,000 (iii) $ 25,000 (iv) $ 25,000

b If your tax year includes July 1, 1987, see instructions and enter share of tax bracket amounts
(i) ............ (ii) ............

| | | |
|---|---|---|
| 3 Income tax (see instructions to figure the tax; enter this tax or alternative tax, whichever is less). Check if alternative tax is used ▶ [ ] | 3 | 9,541,947 |
| 4a Foreign tax credit (attach Form 1118) — 4a: 4,233,187 | | |
| b Possessions tax credit (attach Form 5735) — 4b: | | |
| c Orphan drug credit (attach Form 6765) — 4c: | | |
| d Credit for fuel produced from a nonconventional source (see instructions) — 4d: | | |
| e General business credit. Enter here and check which forms are attached [X] Form 3800 [ ] Form 3468 [ ] Form 5884 [ ] Form 6478 [ ] Form 8007 [ ] Form 6765 [ ] Form 8586 — 4e: 142,080 | | |
| 5 Total—Add lines 4a through 4e | 5 | 4,375,267 |
| 6 Line 3 less line 5 | 6 | 5,166,680 |
| 7 Personal holding company tax (attach Schedule PH (Form 1120)) | 7 | |
| 8 Tax from recomputing prior-year investment credit (attach Form 4255) | 8 | 12,928 |
| 9 Minimum tax on tax preference items (see instructions—attach Form 4626) | 9 | -0- |
| 10 Total tax—Add lines 6 through 9. Enter here and on line 31, page 1 | 10 | 5,179,608 |

**Additional Information** (See instruction F)

| | Yes | No |
|---|---|---|
| H Did the corporation claim a deduction for expenses connected with: | | |
| (1) Entertainment facility (boat, resort, ranch, etc.)? | | X |
| (2) Living accommodations (except employees on business)? | | X |
| (3) Employees attending conventions or meetings outside the North American area? (See section 274(h).) | | X |
| (4) Employees' families at conventions or meetings? | | X |
| If "Yes," were any of these conventions or meetings outside the North American area? (See section 274(h).) | | |
| (5) Employee or family vacations not reported on Form W-2? | | X |
| I (1) Did the corporation at the end of the tax year own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) | X | |
| If "Yes," attach a schedule showing: (a) name, address, and identifying number; (b) percentage owned; (c) taxable income or (loss) before NOL and special deductions (e.g., If a Form 1120: from Form 1120, line 28, page 1) of such corporation for the tax year ending with or within your tax year; (d) highest amount owed by the corporation to such corporation during the year; and (e) highest amount owed to the corporation by such corporation during the year. | | |
| (2) Did any individual, partnership, corporation, estate, or trust at the end of the tax year own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) If "Yes," complete (a) through (e) | X | |
| (a) Attach a schedule showing name, address, and identifying number. | | |
| (b) Enter percentage owned ▶ 100% | | |
| (c) Was the owner of such voting stock a person other than a U.S. person? (See instructions.) Note: *If "Yes," the corporation may have to file Form 5472.* | | |
| If "Yes," enter owner's country ▶ U.K. | | |
| (d) Enter highest amount owed by the corporation to such owner during the year ▶ | | |
| (e) Enter highest amount owed to the corporation by such owner during the year ▶ | | |

Note: *For purposes of I(1) and I(2), "highest amount owed" includes loans and accounts receivable/payable.*

| | Yes | No |
|---|---|---|
| J Refer to the list in the instructions and state the principal: Business activity ▶ Bank Holding Company; Product or service ▶ | | |
| K Was the corporation a U.S. shareholder of any controlled foreign corporation? (See sections 951 and 957.) If "Yes," attach Form 5471 for each such corporation. | X | |
| L At any time during the tax year, did the corporation have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See instruction F and filing requirements for form TD F 90-22.1.) If "Yes," enter name of foreign country ▶ | X | |
| M Was the corporation the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not the corporation has any beneficial interest in it? If "Yes," the corporation may have to file Forms 3520, 3520-A, or 926. | | |
| N During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) If "Yes," file Form 5452. If this is a consolidated return, answer here for parent corporation and on Form 851, Affiliations Schedule, for each subsidiary. | | |
| O During this tax year did the corporation maintain any part of its accounting/tax records on a computerized system? | X | |
| P Check method of accounting: (1) [ ] Cash (2) [X] Accrual (3) [ ] Other (specify) ▶ | | |
| Q Check this box if the corporation issued publicly offered debt instruments with original issue discount [ ] If so, the corporation may have to file Form 8281. | | |

**Schedule L Balance Sheets**

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 1,008,353,019 | | 1,467,246,146 |
| 2 Trade notes and accounts receivable | 6,959,976,604 | | 7,916,882,912 | |
| a Less allowance for bad debts | 91,176,000 | 6,868,800,604 | 112,299,138 | 7,804,583,774 |
| 3 Inventories | | | | |
| 4 Federal and state government obligations | | 1,510,721,000 | | 1,681,357,265 |
| 5 Other current assets (attach schedule) | | 117,834,029 | | 1,038,746,081 |
| 6 Loans to stockholders | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) | | 117,393,943 | | 296,866,125 |
| 9 Buildings and other depreciable assets | | | | |
| a Less accumulated depreciation | | 234,173,150 | | 242,880,411 |
| 10 Depletable assets | | | | |
| a Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | 156,049,226 | | 143,170,055 |
| 12 Intangible assets (amortizable only) | | | | |
| a Less accumulated amortization | | | | |
| 13 Other assets (attach schedule) | | 167,500,710 | | 185,562,286 |
| 14 Total assets | | 10,180,730,111 | | 12,860,412,143 |
| **Liabilities and Stockholders' Equity** | | | | |
| 15 Accounts payable | | 149,869,221 | | 274,047,021 |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | 1,056,074,630 |
| 17 Other current liabilities (attach schedule) | | 8,750,487,462 | | 10,210,134,236 |
| 18 Loans from stockholders | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | 108,118,426 | | 103,963,406 |
| 20 Other liabilities (attach schedule) | | 440,416,912 | | 356,591,548 |
| 21 Capital stock: a Preferred stock | | | | |
| b Common stock | 2,500 | 2,500 | 2,800 | 2,800 |
| 22 Paid-in or capital surplus | | 634,879,873 | | 712,562,360 |
| 23 Retained earnings—Appropriated (attach schedule) | | | | |
| 24 Retained earnings—Unappropriated | | 97,051,287 | | 147,036,142 |
| 25 Less cost of treasury stock | | ( ) | | ( ) |
| 26 Total liabilities and stockholders' equity | | 10,180,730,111 | | 12,860,412,143 |

**Schedule M-1 Reconciliation of Income per Books With Income per Return**

Do not complete this schedule if the total assets on line 14, column (d), of Schedule L are less than $25,000.

| | | | |
|---|---|---|---|
| 1 Net income per books | 49,984,856 | 7 Income recorded on books this year not included in this return (itemize) | |
| 2 Federal income tax | 15,177,464 | a Tax-exempt interest $ | |
| 3 Excess of capital losses over capital gains | | SEE SCHEDULE ATTACHED | 60,897,689 |
| 4 Income subject to tax not recorded on books this year (itemize) SEE SCHEDULE ATTACHED | 7,374,993 | 8 Deductions in this tax return not charged against book income this year (itemize) | |
| 5 Expenses recorded on books this year not deducted in this return (itemize) | | a Depreciation $ | |
| a Depreciation $ | | b Contributions carryover $ | |
| b Contributions carryover $ | | SEE SCHEDULE ATTACHED | 44,559,800 |
| SEE SCHEDULE ATTACHED | 53,732,584 | 9 Total of lines 7 and 8 | 105,457,489 |
| 6 Total of lines 1 through 5 | 126,269,897 | 10 Income (line 28, page 1)—line 6 less line 9 | 20,812,408 |

**Schedule M-2 Analysis of Unappropriated Retained Earnings per Books (line 24, Schedule L)**

Do not complete this schedule if the total assets on line 14, column (d), of Schedule L are less than $25,000.

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 97,051,287 | 5 Distributions: a Cash | |
| 2 Net income per books | 49,984,856 | b Stock | |
| 3 Other increases (itemize) | | c Property | |
| | | 6 Other decreases (itemize) | 1 |
| | | 7 Total of lines 5 and 6 | 1 |
| 4 Total of lines 1, 2, and 3 | 147,036,143 | 8 Balance at end of year (line 4 less line 7) | 147,036,142 |

[The next page is 2233-9.]

Form 7004 (Rev. October 1986) Department of the Treasury Internal Revenue Service

# To File Corporation Income Tax Return

OMB No. 1545-0233 Expires 9-30-89

Name of corporation: NatWest Holdings, Inc. & Subsidiaries

Employer identification number: 51-0231981

Number and street: 175 Water Street

City or town, state, and ZIP code: New York, N.Y. 10038

Check type of return to be filed:

- [x] Form 1120
- [ ] Form 1120-FSC
- [ ] Form 990-C
- [ ] Other (specify)
- [ ] Form 1120-A
- [ ] Form 1120S
- [ ] Form 990-T
- [ ] Form 1120F (Check here ▶ [ ] if you do not have an office or place of business in the U.S.)

1a I request an automatic 6-month extension of time until September 15, 19 87, to file the income tax return of the corporation named above for calendar year 19 86, or tax year ending ............ 19 ....

b If this tax year is for less than 12 months, check reason:
[ ] Initial return [ ] Final return [ ] Change in accounting period approved [ ] Consolidated return to be filed

2 Does this application also cover subsidiaries to be included in a consolidated return? [x] Yes [ ] No
If "Yes," complete the following:

| Name and address of each member of the affiliated group | Employer identification number | Tax period |
|---|---|---|
| See attached schedule. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | | |
|---|---|---|---|
| 3 | Tentative tax (see instructions) | | 8,192,048. |
| 4 | Credits: a Overpayment from prior year allowed as a credit | 3,992,048 | |
| b | Estimated tax payments (deposits) for the tax year 4,200,000 | | |
| c | Less refund of estimated tax for the tax year applied for on Form 4466 -0- | 4,200,000 | |
| d | Credit from regulated investment companies and credit for overpaid windfall profit tax | -0- | |
| e | Credit for Federal tax on gasoline and special fuels | -0- | |
| 5 | Total—Add lines 4a through 4e | | 8,192,048. |
| 6 | Balance due—Subtract line 5 from line 3. This amount should be deposited with a Federal Tax Deposit (FTD) Coupon | | -0- |

Signature.—Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application and, to the best of my knowledge and belief, the statements made are true, correct, and complete.

[signature] (Signature of officer or agent) SVP (Title) 3-13-87 (Date)

Form 7004 (Rev. 10-86)

NWP 0004823

| | |
|---|---|
| Aghold, Inc.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3203488 |
| Wall Shipping Corp.<br>175 Water Street<br>New York, N.Y. 10038 | Pending |
| NatWest USA Leasing Corp.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3251283 |
| NatWest USA Brokerage Services Corp.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3315077 |
| NatWest USA Capital Corp.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3317175 |
| NatWest Commercial Services, Inc.<br>600 Madison Avenue<br>New York, N.Y. 10022 | 51-0262561 |
| CF International Inc.<br>600 Madison Avenue<br>New York, N.Y. 10022 | 13-2676910 |
| NatWest Capital Corporation<br>Texas Commerce Tower<br>Suite 3700<br>600 Travis<br>Houston, Texas 77002 | 76-0034586 |
| NatWest Credit Corp.<br>175 Water Street<br>New York, N.Y. 10038 | Pending |
| NatWest International Securities, Inc.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3312856 |
| NatWest USA Connecticut Corporation<br>383 Main Avenue<br>Norwalk, Connecticut 06851 | 13-3351324 |

NatWest Holdings, Inc.
I.D. # 51-0231981

| Name and Address of each Member of the Affiliated Group | Employee Identification Number |
|---|---|
| National Westminster Bank USA<br>175 Water Street<br>New York, N.Y. 10038 | 11-0773597 |
| National Westminster Bank USA<br>International Bank<br>1700 Brickell Avenue<br>Miami, Florida 33131 | 13-5673033 |
| Mebrona Properties, Inc.<br>3 Huntington Quadrangle<br>Melville, New York' | 11-6028683 |
| Brycon Development #2, Inc.<br>3 Huntington Quadrangle<br>Melville, New York | 11-2526354 |
| Osubco Inc.<br>175 Water Street<br>New York, N.Y. 10038 | Pending |
| Ogasco, Inc.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3187362 |
| NWB Cable Inc.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3211790 |
| Schoolland Holding Corp.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3203489 |
| Agnew Holding Corp.<br>175 Water Street<br>New York, N.Y. 10038 | 13-3203487 |
| NatWest USA New Jersey Corp.<br>6 Becker Farm Rd.<br>Roseland, New Jersey 07068 | 13-3283595 |

| | |
|---|---|
| County Securities Corporation USA<br>100 Wall Street<br>New York, N.Y. 10005 | 13-3312778 |
| County NatWest Government Securities Inc.<br>100 Wall Street<br>New York, N.Y. 10005 | 13-3341773 |
| County International Limited<br>100 Wall Street<br>New York, N.Y. 10005 | 13-3088032 |
| NatWest Investment Banking Corp. USA<br>100 Wall Street<br>New York, N.Y. 10005 | 13-3341706 |
| National Westminster USA Credit Corporation<br>175 Water Street<br>New York, N.Y. 10038 | 13-3350401 |

Note: All of the above are calendar year taxpayers.

Form **851** (Rev. March 1987) Department of the Treasury Internal Revenue Service

# Affiliations Schedule

(To be filed with each consolidated income tax return)

Tax Year Ended DECEMBER 31, 1986

OMB No. 1545-0025 Expires 4-30-89

Common parent corporation: NATWEST HOLDINGS, INC.

Employer identification number: 51-0231981

Number and street: 175 WATER STREET

City or town, state, and ZIP code: NEW YORK, N.Y. 10038

Check here [X] and complete Part IV if Instruction E-type affiliations are included in the affiliated group.

## Part I Prepayment Credits (Complete for all members of the affiliated group.)

| No | Name and address of corporation | Employer Identification Number | Prepayment Credits: Portion of Form 7004 tax deposits | Prepayment Credits: Portion of estimated tax credits and deposits |
|---|---|---|---|---|
| 1 | Common parent corporation | | | |
| | Subsidiary corporations: | | | |
| 2 | | | | |
| 3 | SEE ATTACHED SCHEDULE | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| | Totals (Must equal amounts shown on Form 1120) ▶ | | | |

## Part II Voting Stock Information, etc. (Complete only for subsidiary members as explained in Instruction C.)

| No | Principal business activity | Did the subsidiary make distributions of the type described in Instruction C? Yes | No | Capital stock outstanding at beginning of year: Number of shares Voting | Nonvoting | Stock holdings at beginning of year: Voting Number of shares | Percent voting power | Nonvoting Number of shares | Percent | Owned by corporation number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation | | | | | | | | | |
| | Subsidiary corporations: | | | | | | % | | % | |
| 2 | | | | | | | % | | % | |
| 3 | SEE ATTACHED SCHEDULE | | | | | | % | | % | |
| 4 | | | | | | | % | | % | |
| 5 | | | | | | | % | | % | |
| 6 | | | | | | | % | | % | |
| 7 | | | | | | | % | | % | |
| 8 | | | | | | | % | | % | |
| 9 | | | | | | | % | | % | |
| 10 | | | | | | | | | % | |

NWP 0004827

L125-2 [FORM 851] 262 5-87

Form 851 (Rev. 3-87) Page 2

**Part III** Changes in Stock Holdings During the Year (Complete only for subsidiary members as explained in Instruction C.)

| Corporation | | Stockholder (Corporation No.)* | Date | Change in stock holdings during the year | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Changes | | | | Shares held at end of year | |
| | | | | Shares acquired | | Shares disposed of | | Voting | Nonvoting |
| No.* | Name | | | Voting | Nonvoting | Voting | Nonvoting | Percent voting power | Percent of shares |
| | SEE ATTACHED SCHEDULE | | | | | | | % | % |
| | | | | | | | | % | % |
| | | | | | | | | % | % |
| | | | | | | | | % | % |
| | | | | | | | | % | % |
| | | | | | | | | % | % |
| | | | | | | | | % | % |
| | | | | | | | | % | % |

*The numbers used must agree with the corporation numbers in Part I, page 1.

If additional stock was issued, or if any stock was retired during the year, show the dates and amounts for these transactions.

If the equitable owners of any capital stock shown above were other than the holders of record, give full details.

Remarks:

NWP 0004828

## Signature

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

[signature] 9-15-87 SVP + TAX COUNSEL

Signature of officer | Date | Title

**Part IV** **Information for Subsidiaries Affiliated Under Revised Section 1504 Provisions. (See Instruction E for Questions 1 through 4 and other details.)** Question 1 - DID THE CORPORATION HAVE MORE THAN ONE CLASS OF STOCK OUTSTANDING?

| No.* | Name | Answer to Question 1: Yes | No | If yes, list and describe each class of stock: |
|---|---|---|---|---|
| | SEE ATTACHED SCHEDULE | | | |
| | | | | |
| | | | | |

Question 2 - DID THE AFFILIATED GROUP OWN STOCK POSSESSING AT LEAST 80% OF VALUE OF OUTSTANDING STOCK?

| No.* | Name | Answer to Question 2: Yes | No | If yes, but such stock was not owned for the entire tax year, provide dates to show period of ownership: |
|---|---|---|---|---|
| | SEE ATTACHED SCHEDULE | | | |
| | | | | |
| | | | | |

Question 3 - DID THE AFFILIATED GROUP OWN STOCK POSSESSING AT LEAST 80% OF VOTING POWER OF OUTSTANDING STOCK?

| No.* | Name | Answer to Question 3: Yes | No | If yes, but such stock was not owned for the entire tax year, provide dates to show period of ownership: |
|---|---|---|---|---|
| | SEE ATTACHED SCHEDULE | | | |
| | | | | |
| | | | | |

Question 4 - WERE ARRANGEMENTS MADE FOR NON-MEMB TO ACQUIRE STOCK OR VOTING POWER?

| No.* | Name | Answer to Question 4(a) Yes | No | If yes, enter the percentage asked for in Item 4(b): | If yes, enter the percentage asked for in Item 4(c): | If yes, enter the percentage asked for in Item 4(d): |
|---|---|---|---|---|---|---|
| | SEE ATTACHED SCHEDULE | | | % | % | % |
| | | | | % | % | % |
| | | | | % | % | % |
| | | | | % | % | % |

| No.* | Item 4(e)—Description of arrangements: |
|---|---|
| | |
| | |
| | |
| | |

* The numbers used must agree with the corporation numbers in Part I, page 1.

NWP 0004829

[1172]

# Instructions

(Section references are to the Internal Revenue Code unless otherwise noted.)

**Paperwork Reduction Act Notice.**—We ask for this information to carry out the Internal Revenue laws of the United States. We need it to ensure that taxpayers are complying with these laws and to allow us to figure and collect the right amount of tax. You are required to give us this information.

**A. Purpose of Form.**—Form 851 is filed by the parent corporation for itself and for affiliated corporations in the affiliated group. Form 851 is filed by attaching it to Form 1120, U.S. Corporation Income Tax Return, that is the consolidated tax return for the group.

**B. Affiliated Group.**—Generally, effective for tax years beginning after 1984, the definition of an affiliated group under section 1504 was revised by Public Law 98-369 (the Deficit Reduction Act of 1984 (Act)). In general, the change requires a corporation to own 80% or more of the voting power and 80% or more of the total value of the stock of another corporation before the two are considered an affiliated group. However, a special rule under Act section 60(b)(2) generally allows a corporation that was a member of an affiliated group on June 22, 1984, and that is included in the consolidated return of the group for its tax year that includes June 22, 1984, to continue as a member of the group under the definition rules of section 1504 before revision by the Act (pre-Act provisions).

*Note: Act section 60(b)(3) makes the special rule of Act section 60(b)(2) not applicable to certain corporations that had a sell-down or issuance of more than a de minimis amount of stock after June 22, 1984. See Act sections 60(b)(3), (4), and (5) for information on sell-downs, exceptions, and other details.*

For tax years beginning after 1987, all corporations must be affiliated under the revised rules in order to qualify for filing a consolidated return.

**C. Parts I, II, and III.**—Complete Part I for all members of the affiliated group.

Parts II and III are only completed for subsidiary corporations that were affiliated on or before June 22, 1984, and that continue to be affiliated under pre-Act provisions by reason of the special rule under Act section 60(b)(2).

Distributions referred to in Part II, third column, are any dividends (other than stock dividends and distributions in exchange for stock) paid during the tax year for which the consolidated tax return is filed that were in excess of the corporation's current and accumulated earnings and profits. See sections 301 and 316.

**D. Information for Subsidiary Corporation Affiliated on June 22, 1984.**—List and provide information in Parts II and III for each corporation that was a member of the affiliated group under pre-Act provisions for its taxable year which includes June 22, 1984, and which continues to be affiliated under pre-Act provisions by reason of the special rule under Act section 60(b)(2).

If any of the events listed below occurred after June 22, 1984, with respect to any corporation purported to be a member of the affiliated group by reason of section 60(b)(2) of the Act, describe the transaction or event on an attached schedule:

1. A sale of stock of the corporation by a purported member of the affiliated group.

2. An issuance of stock of the corporation to a person that is not a member of the affiliated group.

3. A redemption of the stock of a corporation of a purported member of the affiliated group.

4. A recapitalization.

5. An arrangement entered into by which one or more persons that are not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation from the corporation or another purported member of the group. (Such an arrangement may include an option, warrant, conversion feature, or similar arrangement, but is not limited to these arrangements.)

**E. Part IV.**—Complete Part IV for:

- Corporations that become affiliated after June 22, 1984.
- Corporations affiliated on June 22, 1984, but to which the special rule under Act section 60(b)(2) does not apply because of a sell-down or issuance of stock as referred to in the Note in Instruction B.

Answer questions 1 through 4 by checking Yes or No in Part IV, and provide the other information requested based on the following questions and items:

**Question 1.**—During the tax year, did the corporation have more than one class of stock outstanding? For purposes of this question only, disregard section 1504(a)(4).

**Question 2.**—During the tax year, did the purported members of the affiliated group own stock (as the term is used in section 1504(a)) possessing at least 80% of the value of the total outstanding stock of the corporation?

**Question 3.**—During the tax year, did purported members of the affiliated group own stock (as the term is used in section 1504(a)) possessing at least 80% of the voting power of outstanding stock of the corporation?

**Question 4(a).**—During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another purported member of the affiliated group? (Such an arrangement may include an option, warrant, conversion feature, or similar arrangement, but is not limited to these arrangements.) If the answer to question 4(a) is "Yes," complete items 4(b), 4(c), 4(d), and 4(e) in Part IV.

**Item 4(b).**—If the answer to question 4(a) is "Yes," indicate the percentage of the value of the outstanding stock that the person(s) could acquire.

**Item 4(c).**—If the answer to question 4(a) is "Yes," and the arrangement was associated with voting stock, indicate the percentage of voting stock that the person(s) could acquire.

**Item 4(d).**—If the arrangement was associated with the acquisition of voting power without the acquisition of the related stock, indicate the percentage of voting power that the persons could so acquire.

**Item 4(e).**—In item 4(e), give a brief description of any arrangement by which a person that is not a member of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation. (Such an arrangement may include an option, warrant, conversion feature, or similar arrangement, but is not limited to these type of arrangements.)

NATWEST HOLDING, INC.
1986 AFFILIATION SCHEDULE - FORM 851 - PART I & II

| NO. | NAME | FEDERAL IDENT NUMBER | ADDRESS | DISTRIB PER QTN N ON 1120 (YES/NO) | CAP STK O/S BEG OF YEAR VOTING SHRS | STK HLDGS BEG OF YEAR VOTING SHRS | % | OWNED BY CORP NUMBER |
|---|---|---|---|---|---|---|---|---|
| 1 | NatWest Holdings, Inc. | 51-0231981 | 175 Water Street, New York, N.Y. 10038 | --- | --- | --- | --- | Parent |
| | Parent Subsidiaries | | | | | | | |
| 2 | CF International Inc. | 13-2676910 | 600 Madison Avenue, New York, N.Y. 10022 | NO | 25 | 25 | 100% | 7 |
| 3 | County International Limited | 13-3088032 | 100 Wall Street, New York, N.Y. 10005 | NO | --- | --- | --- | 10 |
| 4 | County Natwest Government Securities, Inc. | 13-3341773 | 100 Wall Street, New York, N.Y. 10005 | NO | --- | --- | --- | 10 |
| 5 | County Securities Corporation USA | 13-3312778 | 100 Wall Street, New York, N.Y. 10005 | NO | --- | --- | --- | 10 |
| 6 | NatWest Capital Corporation | 76-0034586 | 600 Travis, Houston, Texas 77002 | NO | 11 | 11 | 100% | 1 |
| 7 | NatWest Commercial Services, Inc. | 51-0262561 | 600 Madison Avenue, New York, N.Y. 10022 | NO | 10 | 10 | 100% | 1 |
| 8 | NatWest Credit Corporation | Pending | 175 Water Street, New York, N.Y. 10038 | NO | 10 | 10 | 100% | 1 |
| 9 | County NatWest International Securities, Inc. | 13-3312856 | 175 Water Street, New York, N.Y. 10038 | NO | 1,000 | 1,000 | 100% | 10 |
| 10 | NatWest Investment Banking Corporation USA | 13-3341706 | 100 Wall Street, New York, N.Y. 10005 | NO | --- | --- | --- | 1 |
| 11 | National Westminster Bank USA | 11-0773597 | 175 Water Street, New York, N.Y. 10038 | NO | 7,675,138 | 7,675,138 | 100% | 1 |
| | NWB USA Subsidiaries | | | | | | | |
| 12 | Aghold, Inc. | 13-3203488 | 175 Water Street, New York, N.Y. 10038 | NO | 10 | 10 | 100% | 11 |
| 13 | Agnew Holding Corporation | 13-3203487 | 175 Water Street, New York, N.Y. 10038 | NO | 10 | 10 | 100% | 11 |
| 14 | Brycon Development #2, Inc. | 11-2526354 | 3 Hunt. Quadrangle, Melville, N.Y. 11747 | NO | 10 | 10 | 100% | 11 |
| 15 | Mebrona Properties, Inc. | 11-6028683 | 3 Hunt. Quadrangle, Melville, N.Y. 11747 | NO | 1,000 | 1,000 | 100% | 11 |
| 16 | National Westminster Bank USA International Bank | 13-5673033 | 1700 Brickell Avenue, Miami, Fl. 33131 | NO | 20,000 | 20,000 | 100% | 11 |
| 17 | National Westminster USA Credit Corporation | 13-3350401 | 175 Water Street, New York, N.Y. 10038 | NO | --- | --- | --- | 11 |
| 18 | NatWest USA Brokerage Services Corporation | 13-3315077 | 175 Water Street, New York, N.Y. 10038 | NO | 1,000 | 1,000 | 100% | 11 |
| 19 | NatWest USA Capital Corporation | 13-3317175 | 175 Water Street, New York, N.Y. 10038 | NO | 20 | 20 | 100% | 11 |
| 20 | NatWest USA Connecticut Corporation | 13-3351324 | 383 Main Avenue, Norwalk, Conn. 06851 | NO | --- | --- | --- | 11 |
| 21 | NatWest USA Leasing Corporation | 13-3251283 | 175 Water Street, New York, N.Y. 10038 | NO | 100 | 100 | 100% | 11 |
| 22 | NatWest USA New Jersey Corporation | 13-3283595 | 6 Becker Farm Road, Roseland, N.J. 07068 | NO | 100 | 100 | 100% | 11 |
| 23 | NWB Cable, Inc. | 13-3211790 | 175 Water Street, New York, N.Y. 10038 | NO | 10 | 10 | 100% | 11 |
| 24 | Ogasco, Inc. | 13-3187362 | 175 Water Street, New York, N.Y. 10038 | NO | 100 | 90 | 90% | 11 |
| 25 | Osubco, Inc. | INACTIVE | 175 Water Street, New York, N.Y. 10038 | --- | --- | --- | --- | 11 |
| 26 | Schoolland Holding Corporation | 13-3203489 | 175 Water Street, New York, N.Y. 10038 | NO | 10 | 10 | 100% | 11 |
| 27 | Wall Shipping Corporation | Pending | 175 Water Street, New York, N.Y. 10038 | NO | 10 | 10 | 100% | 11 |

NWP 0004831

NATWESY HOLDING, INC.
1986 AFFILIATION SCHEDULE - FORM 851 - PART III
CHANGES IN STOCK HOLDINGS DURING THE YEAR

CHANGES IN STOCKHOLDINGS DUR...G THE YEAR

| NO. | NAME | FEDERAL IDENT NUMBER | ADDRESS | STK-HLDR CORP NO. | DATE | CHANGES: SHARES ACQUIRED VOTING | CHANGES: SHARES ACQUIRED NONVOTG | CHANGES: SHARES DISP OF VOTING | CHANGES: SHARES DISP OF NONVOTG | STK HELD-YR E[ND]: VOTING % VOTG POWER | STK HELD-YR E[ND]: NONV[OTG] % OF SHAR[ES] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NatWest Holdings, Inc. | 51-0231981 | 175 Water Street, New York, N.Y. 10038 | PARENT | | | | | | | |
| | Parent Subsidiaries | | | | | | | | | | |
| 2 | CF International Inc. | 13-2676910 | 600 Madison Avenue, New York, N.Y. 10022 | 7 | | | | | | | |
| 3 | County International Limited | 13-3088032 | 100 Wall Street, New York, N.Y. 10005 | 10 | 10/1 | 100 | | | | 100% | |
| 4 | County Natwest Government Securities, Inc. | 13-3341773 | 100 Wall Street, New York, N.Y. 10005 | 10 | 10/1 | 250,000 | | | | 100% | |
| 5 | County Securities Corporation USA | 13-3312778 | 100 Wall Street, New York, N.Y. 10005 | 10 | 10/1 | 351,000 | | | | 100% | |
| 6 | NatWest Capital Corporation | 76-0034586 | 600 Travis, Houston, Texas 77002 | 1 | | | | | | | |
| 7 | NatWest Commercial Services, Inc. | 51-0262561 | 600 Madison Avenue, New York, N.Y. 10022 | 1 | | | | | | | |
| 8 | NatWest Credit Corporation | Pending | 175 Water Street, New York, N.Y. 10038 | 1 | | | | | | | |
| 9 | County NatWest International Securities, Inc. | 13-3312856 | 175 Water Street, New York, N.Y. 10038 | 10 | | | | | | | |
| 10 | NatWest Investment Banking Corporation USA | 13-3341706 | 100 Wall Street, New York, N.Y. 10005 | 1 | 5/21 | 1999990 | | | | 100% | |
| 11 | National Westminster Bank USA | 11-0773597 | 175 Water Street, New York, N.Y. 10038 | 1 | | | | | | | |
| | NWB USA Subsidiaries | | | | | | | | | | |
| 12 | Aghold, Inc. | 13-3203488 | 175 Water Street, New York, N.Y. 10038 | 11 | | | | | | | |
| 13 | Agnew Holding Corporation | 13-3203487 | 175 Water Street, New York, N.Y. 10038 | 11 | | | | | | | |
| 14 | Brycon Development #2, Inc. | 11-2526354 | 3 Hunt. Quadrangle, Melville, N.Y. 11747 | 11 | | | | | | | |
| 15 | Mebrona Properties, Inc. | 11-6028683 | 3 Hunt. Quadrengle, Melville, N.Y. 11747 | 11 | | | | | | | |
| 16 | National Westminster Bank USA International Bank | 13-5673033 | 1700 Brickell Avenue, Miami, Fl. 33131 | 11 | | | | | | | |
| 17 | National Westminster USA Credit Corporation | 13-3350401 | 175 Water Street, New York, N.Y. 10038 | 11 | 3/17 | 10 | | | | 100% | |
| 18 | NatWest USA Brokerage Services Corporation | 13-3315077 | 175 Water Street, New York, N.Y. 10038 | 11 | | | | | | | |
| 19 | NatWest USA Capital Corporation | 13-3317175 | 175 Water Street, New York, N.Y. 10038 | 11 | | | | | | | |
| 20 | NatWest USA Connecticut Corporation | 13-3351324 | 383 Main Avenue, Norwalk, Conn. 06851 | 11 | 3/17 | 500 | | | | 100% | |
| 21 | NatWest USA Leasing Corporation | 13-3251283 | 175 Water Street, New York, N.Y. 10038 | 11 | | | | | | | |
| 22 | NatWest USA New Jersey Corporation | 13-3283595 | 6 Becker Farm Road, Roseland, N.J. 07068 | 11 | | | | | | | |
| 23 | NWB Cable, Inc. | 13-3211790 | 175 Water Street, New York, N.Y. 10038 | 11 | | | | | | | |
| 24 | Ogasco, Inc. | 13-3187362 | 175 Water Street, New York, N.Y. 10038 | 11 | | | | | | | |
| 25 | Osubco, Inc. | INACTIVE | 175 Water Street, New York, N.Y. 10038 | 11 | | | | | | | |
| 26 | Schoolland Holding Corporation | 13-3203489 | 175 Water Street, New York, N.Y. 10038 | 11 | | | | | | | |
| 27 | Wall Shipping Corporation | Pending | 175 Water Street, New York, N.Y. 10038 | 11 | | | | | | | |

NWP 0004832

NATWEST HOLDING, INC.
1986 AFFILIATION SCHEDULE - FORM 851 - PART IV
INFORMATION FOR SUBS. AFFIL. UNDER REV. SEC. 1504

| NO. | NAME | FEDERAL IDENT NUMBER | ADDRESS | MORE THAN ONE CLASS OF STOCK | DID AFFIL GROUP OWN: 80% OR MORE OF OUT-STANDING STOCK | DID AFFIL GROUP OWN: STK WITH 80% OR MORE OF VOTING POWER | ARRNGMNTS FOR NON-MEMBERS TO ACQ OR VOTING PWR |
|---|---|---|---|---|---|---|---|
| 1 | NatWest Holdings, Inc. | 51-0231981 | 175 Water Street, New York, N.Y. 10038 | --- | --- | --- | --- |
| | Parent Subsidiaries | | | | | | |
| 2 | CF International Inc. | 13-2676910 | 600 Madison Avenue, New York, N.Y. 10022 | NO | YES | YES | NO |
| 3 | County International Limited | 13-3088032 | 100 Wall Street, New York, N.Y. 10005 | NO | YES | YES | NO |
| 4 | County Natwest Government Securities, Inc. | 13-3341773 | 100 Wall Street, New York, N.Y. 10005 | NO | YES | YES | NO |
| 5 | County Securities Corporation USA | 13-3312778 | 100 Wall Street, New York, N.Y. 10005 | NO | YES | YES | NO |
| 6 | NatWest Capital Corporation | 76-0034586 | 600 Travis, Houston, Texas 77002 | NO | YES | YES | NO |
| 7 | NatWest Commercial Services, Inc. | 51-0262561 | 600 Madison Avenue, New York, N.Y. 10022 | NO | YES | YES | NO |
| 8 | NatWest Credit Corporation | Pending | 175 Water Street, New York, N.Y. 10038 | NO | YES | YES | NO |
| 9 | County NatWest International Securities, Inc. | 13-3312856 | 175 Water Street, New York, N.Y. 10038 | NO | YES | YES | NO |
| 10 | NatWest Investment Banking Corporation USA | 13-3341706 | 100 Wall Street, New York, N.Y. 10005 | NO | YES | YES | NO |
| 11 | National Westminster Bank USA | 11-0773597 | 175 Water Street, New York, N.Y. 10038 | NO | YES | YES | NO |
| | NWB USA Subsidiaries | | | | | | |
| 12 | Aghold, Inc. | 13-3203488 | 175 Water Street, New York, N.Y. 10038 | NO | YES | YES | NO |
| 13 | Agnew Holding Corporation | 13-3203487 | 175 Water Street, New York, N.Y. 10038 | NO | YES | YES | NO |
| 14 | Brycon Development #2, Inc. | 11-2526354 | 3 Hunt. Quadrangle, Melville, N.Y. 11747 | NO | YES | YES | NO |
| 15 | Mebrona Properties, Inc. | 11-6028683 | 3 Hunt. Quadrangle, Melville, N.Y. 11747 | NO | YES | YES | NO |
| 16 | National Westminster Bank USA International Bank | 13-5673033 | 1700 Brickell Avenue, Miami, Fl. 33131 | NO | YES | YES | NO |
| 17 | National Westminster USA Credit Corporation | 13-3350401 | 175 Water Street, New York, N.Y. 10038 | NO | YES | YES | NO |
| 18 | NatWest USA Brokerage Services Corporation | 13-3315077 | 175 Water Street, New York, N.Y. 10038 | NO | YES | YES | NO |
| 19 | NatWest USA Capital Corporation | 13-3317175 | 175 Water Street, New York, N.Y. 10038 | NO | YES | YES | NO |
| 20 | NatWest USA Connecticut Corporation | 13-3351324 | 383 Main Avenue, Norwalk, Conn. 06851 | NO | YES | YES | NO |
| 21 | NatWest USA Leasing Corporation | 13-3251283 | 175 Water Street, New York, N.Y. 10038 | NO | YES | YES | NO |
| 22 | NatWest USA New Jersey Corporation | 13-3283595 | 6 Becker Farm Road, Roseland, N.J. 07068 | NO | YES | YES | NO |
| 23 | NWB Cable, Inc. | 13-3211790 | 175 Water Street, New York, N.Y. 10038 | NO | YES | YES | NO |
| 24 | Ogasco, Inc. | 13-3187362 | 175 Water Street, New York, N.Y. 10038 | NO | YES | YES | NO |
| 25 | Osubco, Inc. | INACTIVE | 175 Water Street, New York, N.Y. 10038 | NO | YES | YES | NO |
| 26 | Schoolland Holding Corporation | 13-3203489 | 175 Water Street, New York, N.Y. 10038 | NO | YES | YES | NO |
| 27 | Wall Shipping Corporation | Pending | 175 Water Street, New York, N.Y. 10038 | NO | YES | YES | NO |

NWP 0004833

Form **1120** Department of the Treasury Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar 1987 or tax year beginning ____, 1987, ending ____, 19__

▶ For Paperwork Reduction Act Notice, see page 1 of the instructions.

OMB No. 1545-0123

**1987**

Check if a—
A Consolidated return ☐
B Personal Holding Co. ☐
C Business Code No. (See the list in the instructions.) 6090

Use IRS label. Otherwise please print or type.

Name: NATWEST HOLDINGS INC. AND SUBS.
Number and street: CORPORATE TAXES - 22 FLOOR, 175 WATER STREET
City or town, state, and ZIP code: NEW YORK NY 10038

D Employer identification number: 51-0231981
E Date incorporated: 09-29-78
F Total assets (See Specific Instructions.) Dollars / Cents: $ 14,807,433,397

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Change in address

| Section | Line | Description | | Line | Amount |
|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales 0 b Less returns and allowances 0 Balance ▶ | | 1c | 0 |
| | 2 | Cost of goods sold and/or operations (Schedule A) | | 2 | 0 |
| | 3 | Gross profit (line 1c less line 2) | | 3 | 0 |
| | 4 | Dividends (Schedule C) | | 4 | 186,300 |
| | 5 | Interest | | 5 | 957,956,958 |
| | 6 | Gross rents | | 6 | 21,809,026 |
| | 7 | Gross royalties | | 7 | 0 |
| | 8 | Capital gain net income (attach separate Schedule D) | | 8 | 0 |
| | 9 | Net gain or (loss) from Form 4797, line 18, Part II (attach Form 4797) | | 9 | -5,693,300 |
| | 10 | Other income (see instructions—attach schedule) | | 10 | 177,780,103 |
| | 11 | TOTAL income—Add lines 3 through 10 and enter here ▶ | | 11 | 1,152,039,087 |
| Deductions (See instructions for limitations on deductions) | 12 | Compensation of officers (Schedule E) | | 12 | 7,030,985 |
| | 13a | Salaries and wages 184,207,400 b Less jobs credit 4,800 Balance ▶ | | 13c | 184,202,600 |
| | 14 | Repairs | | 14 | 135,472 |
| | 15 | Bad debts (see instructions) | | 15 | 53,722,825 |
| | 16 | Rents | | 16 | 17,451,954 |
| | 17 | Taxes | | 17 | 28,369,343 |
| | 18 | Interest | | 18 | 628,439,592 |
| | 19 | Contributions (see instructions for 10% limitation) | 2,121,355 | 19 | 2,121,355 |
| | 20 | Depreciation (attach Form 4562) | 20: 43,210,100 | | |
| | 21 | Less depreciation claimed in Schedule A and elsewhere on return | 21a: 0 | 21b | 43,210,100 |
| | 22 | Depletion | | 22 | 0 |
| | 23 | Advertising | | 23 | 9,008,194 |
| | 24 | Pension, profit-sharing, etc., plans | | 24 | 15,471,242 |
| | 25 | Employee benefit programs | | 25 | 13,285,353 |
| | 26 | Other deductions (attach schedule) | | 26 | 117,545,200 |
| | 27 | TOTAL deductions—Add lines 12 through 26 and enter here ▶ | | 27 | 1,119,994,215 |
| | 28 | Taxable income before net operating loss deduction and special deductions (line 11 less line 27) | | 28 | 32,044,872 |
| | 29 | Less: a Net operating loss deduction (see instructions) | 29a: 0 | | |
| | | b Special deductions (Schedule C) | 29b: 151,065 | 29c | 151,065 |
| Tax and Payments | 30 | Taxable income (line 28 less line 29c) | | 30 | 31,893,807 |
| | 31 | TOTAL TAX (Schedule J) | | 31 | 10,159,599 |
| | 32 | Payments: a 1986 overpayment credited to 1987 | 3,012,440 | | |
| | b | 1987 estimated tax payments | 6,636,000 | | |
| | c | Less 1987 refund applied for on Form 4466 | ( 0 ) 0 | | |
| | d | Tax deposited with Form 7004 | 0 | | |
| | e | Credit from regulated investment companies (attach Form 2439) | 0 | | |
| | f | Credit for Federal tax on gasoline and special fuels (attach Form 4136) | 0 | 32 | 9,648,440 |
| | 33 | Enter any PENALTY for underpayment of estimated tax—check ▶ ☐ if Form 2220 is attached | | 33 | 0 |
| | 34 | TAX DUE—If the total of lines 31 and 33 is larger than line 32, enter AMOUNT OWED | | 34 | 511,159 |
| | 35 | OVERPAYMENT—If line 32 is larger than the total of lines 31 and 33, enter AMOUNT OVERPAID | | 35 | 0 |
| | 36 | Enter amount of line 35 you want: Credited to 1988 estimated tax ▶ 0 Refunded ▶ | | 36 | 0 |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Richard J. Wall (Signature of officer) | 09 15 88 (Date) | ▶ SUP & TAX COUNSEL (Title)

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security number

Firm's name (or yours, if self-employed) and address ▶ | E.I. No. ▶ | ZIP code ▶

NWP 0004834

NATWEST HOLDINGS INC. AND SUBS.
Form 1120 (1987) 51-0231981 Page 2

**Schedule A Cost of Goods Sold and/or Operations** (See instructions for line 2, page 1.)

| | | |
|---|---|---|
| 1 Inventory at beginning of year | 1 | 0 |
| 2 Purchases | 2 | 0 |
| 3 Cost of labor | 3 | 0 |
| 4a Additional section 263A costs (see instructions) | 4a | 0 |
| b Other costs (attach schedule) | 4b | 0 |
| 5 Total—Add lines 1 through 4b | 5 | 0 |
| 6 Inventory at end of year | 6 | 0 |
| 7 Cost of goods sold and/or operations—Line 5 less line 6. Enter here and on line 2, page 1 | 7 | 0 |

8a Check all methods used for valuing closing inventory:
(i) ☐ Cost (ii) ☒ Lower of cost or market as described in Regulations section 1.471-4 (see instructions)
(iii) ☐ Writedown of "subnormal" goods as described in Regulations section 1.471-2(c) (see instructions)
(iv) ☐ Other (Specify method used and attach explanation.) ▶

b Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ☐
c If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO 8c
d Do the rules of section 263A (with respect to property produced or acquired for resale) apply to the corporation? ☒ Yes ☐ No
e Was there any change (other than for section 263A purposes) in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

**Schedule C Dividends and Special Deductions** (See Schedule C instructions.)

| | (a) Dividends received | (b) % | (c) Special deductions: multiply (a) × (b) |
|---|---|---|---|
| 1 Domestic corporations subject to section 243(a) deduction (other than debt-financed stock) | 176,175 | see instructions | 140,940 |
| 2 Debt-financed stock of domestic and foreign corporations (section 246A) | 0 | see instructions | 0 |
| 3 Certain preferred stock of public utilities | 0 | see instructions | 0 |
| 4 Foreign corporations and certain FSCs subject to section 245 deduction | 0 | see instructions | 0 |
| 5 Wholly owned foreign subsidiaries and FSCs subject to 100% deduction (sections 245(b) and (c)) | 0 | 100 | 0 |
| 6 Total—Add lines 1 through 5. See instructions for limitation | | | 140,940 |
| 7 Affiliated groups subject to the 100% deduction (section 243(a)(3)) | 10,125 | 100 | 10,125 |
| 8 Other dividends from foreign corporations not included in lines 4 and 5 | 0 | | |
| 9 Income from controlled foreign corporations under subpart F (attach Forms 5471) | 0 | | |
| 10 Foreign dividend gross-up (section 78) | 0 | | |
| 11 IC-DISC or former DISC dividends not included in lines 1 and/or 2 (section 246(d)) | 0 | | |
| 12 Other dividends | 0 | | |
| 13 Deduction for dividends paid on certain preferred stock of public utilities (see instructions) | | | 0 |
| 14 Total dividends—Add lines 1 through 12. Enter here and on line 4, page 1 ▶ | 186,300 | | |
| 15 Total deductions—Add lines 6, 7, and 13. Enter here and on line 29b, page 1 ▶ | | | 151,065 |

**Schedule E Compensation of Officers** (See instructions for line 12, page 1.)
Complete Schedule E only if total receipts (line 1a, plus lines 4 through 10, of page 1, Form 1120) are $150,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| Total compensation of officers—Enter here and on line 12, page 1 | | | | | 7,030,985 |

NATWEST HOLDINGS INC. AND SUBS.
Form 1120 (1987) 51-0231981 

## Schedule J Tax Computation (See instructions.)

1 Check if you are a member of a controlled group (see sections 1561 and 1563) ▶ [X]

2 If line 1 is checked, see instructions. If your tax year includes June 30, 1987, complete both a and b below. Otherwise, complete only b.

a (i) $ 25,000 (ii) $ 25,000 (iii) $ 25,000 (iv) $ 25,000

b (i) $ 50,000 (ii) $ 25,000

| Line | Description | Sub-line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 3 | Income tax (see instructions to figure the tax; enter this tax or alternative tax from Schedule D, whichever is less). Check if from Schedule D ▶ [ ] | | | 3 | 12,747,066 |
| 4a | Foreign tax credit (attach Form 1118) | 4a | 2,634,770 | | |
| b | Possessions tax credit (attach Form 5735) | b | 0 | | |
| c | Orphan drug credit (attach Form 6765) | c | 0 | | |
| d | Credit for fuel produced from a nonconventional source (see instructions) | d | 0 | | |
| e | General business credit. Enter here and check which forms are attached [ ] Form 3800 [ ] Form 3468 [X] Form 5884 [ ] Form 6478 [ ] Form 6765 [ ] Form 8586 | e | 4,800 | | |
| 5 | Total—Add lines 4a through 4e | | | 5 | 2,639,570 |
| 6 | Line 3 less line 5 | | | 6 | 10,107,496 |
| 7 | Personal holding company tax (attach Schedule PH (Form 1120)) | | | 7 | 0 |
| 8 | Tax from recomputing prior-year investment credit (attach Form 4255) | | | 8 | 6,176 |
| 9a | Alternative minimum tax (see instructions—attach Form 4626) | | | 9a | 0 |
| b | Environmental tax (see instructions—attach Form 4626) | | | 9b | 45,927 |
| 10 | Total tax—Add lines 6 through 9b. Enter here and on line 31, page 1 | | | 10 | 10,159,599 |

## Additional Information (See instruction F.)

| Item | Question | Yes | No |
|---|---|---|---|
| H | Did the corporation claim a deduction for expenses connected with: | | |
| (1) | An entertainment facility (boat, resort, ranch, etc.)? | | X |
| (2) | Living accommodations (except employees on business)? | | X |
| (3) | Employees attending conventions or meetings outside the North American area? (See section 274(h).) | | X |
| (4) | Employees' families at conventions or meetings? | | X |
| | If "Yes," were any of these conventions or meetings outside the North American area? (See section 274(h).) | | X |
| (5) | Employee or family vacations not reported on Form W-2? | | X |
| I (1) | Did the corporation at the end of the tax year own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing: (a) name, address, and identifying number; (b) percentage owned; (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year; (d) highest amount owed by the corporation to such corporation during the year; and (e) highest amount owed to the corporation by such corporation during the year. | X | |
| (2) | Did any individual, partnership, corporation, estate, or trust at the end of the tax year own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) If "Yes," complete (a) through (d) | X | |
| (a) | Attach a schedule showing name, address, and identifying number. Enter percentage owned ▶ 100% | | |
| (b) | Was the owner of such voting stock a person other than a U.S. person? (See instructions.) Note: *If "Yes," the corporation may have to file Form 5472.* If "Yes," enter owner's country ▶ U.K. | | |
| (c) | Enter highest amount owed by the corporation to such owner during the year ▶ 0 | | |
| (d) | Enter highest amount owed to the corporation by such owner during the year ▶ 0 | | |

Note: *For purposes of I(1) and I(2), "highest amount owed" includes loans and accounts receivable/payable.*

| Item | Question | Yes | No |
|---|---|---|---|
| J | Refer to the list in the instructions and state the principal: Business activity ▶ BANK HOLDING COMPANY; Product or service ▶ | | |
| K | Was the corporation a U.S. shareholder of any controlled foreign corporation? (See sections 951 and 957.) If "Yes," attach Form 5471 for each such corporation. | X | |
| L | At any time during the tax year, did the corporation have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See instruction F and filing requirements for form TD F 90-22.1.) If "Yes," enter name of foreign country ▶ | X | |
| M | Was the corporation the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not the corporation has any beneficial interest in it? If "Yes," the corporation may have to file Forms 3520, 3520-A, or 926. | | X |
| N | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) If "Yes," file Form 5452. If this is a consolidated return, answer here for parent corporation and on Form 851, Affiliations Schedule, for each subsidiary. | | X |
| O | During this tax year did the corporation maintain any part of its accounting/tax records on a computerized system? | X | |
| P | Check method of accounting: (1) [ ] Cash (2) [X] Accrual (3) [ ] Other (specify) ▶ | | |
| Q | Check this box if the corporation issued publicly offered debt instruments with original issue discount [ ] If so, the corporation may have to file Form 8281. | | |
| R | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ 0 | | |
| S | If you are a member of a controlled group, enter the amount of taxable income for the entire group ▶ 31,859,828 | | |

NATWEST HOLDINGS INC. AND SUBS. 51-0231981

Form 1120 (1987) Page 4

**Schedule L Balance Sheets**

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 1467246146 | | 797,531,040 |
| 2 Trade notes and accounts receivable | 7916882912 | | 1362847199 | |
| a Less allowance for bad debts | 112,299,138 | 7804583774 | 0 | 1362847199 |
| 3 Inventories | | 0 | | 0 |
| 4 Federal and state government obligations | | 1681357265 | | 1865509503 |
| 5 Other current assets (attach schedule) | | 1038746081 | | 105,260 |
| 6 Loans to stockholders | | 0 | | 0 |
| 7 Mortgage and real estate loans | | 0 | | 7050762391 |
| 8 Other investments (attach schedule) | | 296,866,125 | | 586,240,936 |
| 9 Buildings and other depreciable assets | 242,880,411 | | 220,883,165 | |
| a Less accumulated depreciation | 0 | 242,880,411 | 3,925,535 | 216,957,630 |
| 10 Depletable assets | 0 | | 0 | |
| a Less accumulated depletion | 0 | 0 | 0 | 0 |
| 11 Land (net of any amortization) | | 143,170,055 | | 28,556,060 |
| 12 Intangible assets (amortizable only) | 0 | | 110,625 | |
| a Less accumulated amortization | 0 | 0 | 0 | 110,625 |
| 13 Other assets (attach schedule) | | 185,562,286 | | 2898812753 |
| 14 Total assets | | 12860412143 | | 14807433397 |
| **Liabilities and Stockholders' Equity** | | | | |
| 15 Accounts payable | | 274,047,021 | | 11157658996 |
| 16 Mortgages, notes, bonds payable in less than 1 year | | 1056074630 | | 0 |
| 17 Other current liabilities (attach schedule) | | 10210134236 | | 319,243,730 |
| 18 Loans from stockholders | | 0 | | 0 |
| 19 Mortgages, notes, bonds payable in 1 year or more | | 103,963,406 | | 104,588,290 |
| 20 Other liabilities (attach schedule) | | 356,591,548 | | 2569270735 |
| 21 Capital stock: a preferred stock | 0 | | 0 | |
| b common stock | 2,800 | 2,800 | 2,800 | 2,800 |
| 22 Paid-in or capital surplus | | 712,562,360 | | 746,608,674 |
| 23 Retained earnings—Appropriated (attach schedule) | | 0 | | 0 |
| 24 Retained earnings—Unappropriated | | 147,036,142 | | -89,939,828 |
| 25 Less cost of treasury stock | | ( 0 ) | | ( 0 ) |
| 26 Total liabilities and stockholders' equity | | 12860412143 | | 14807433397 |

**Schedule M-1 Reconciliation of Income per Books With Income per Return** You are not required to complete this schedule if the total assets on line 14, column (d), of Schedule L are less than $25,000.

| | | | |
|---|---|---|---|
| 1 Net income per books | -236,975,972 | 7 Income recorded on books this year not included in this return (itemize) | |
| 2 Federal income tax | 11,267,043 | a Tax-exempt interest $ 0 | |
| 3 Excess of capital losses over capital gains | 0 | SEE ATTACHED SCHEDULE 43,861,667 | 43,861,667 |
| 4 Income subject to tax not recorded on books this year (itemize) SEE ATTACHED SCHEDULE | 15,720,106 | 8 Deductions in this tax return not charged against book income this year (itemize) | |
| 5 Expenses recorded on books this year not deducted in this return (itemize) | | a Depreciation $ 0 | |
| a Depreciation $ 0 | | b Contributions carryover $ 0 | |
| b Contributions carryover $ 0 | | SEE ATTACHED SCHEDULE 32,588,934 | 32,588,934 |
| SEE ATTACHED SCHEDULE 318,484,296 | 318,484,296 | 9 Total of lines 7 and 8 | 76,450,601 |
| 6 Total of lines 1 through 5 | 108,495,473 | 10 Income (line 28, page 1)—line 6 less line 9 | 32,044,872 |

**Schedule M-2 Analysis of Unappropriated Retained Earnings per Books (line 24, Schedule L)** You are not required to complete this schedule if the total assets on line 14, column (d), of Schedule L are less than $25,000.

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 147,036,142 | 5 Distributions: a Cash | 0 |
| 2 Net income per books | -236,975,970 | b Stock | 0 |
| 3 Other increases (itemize) | | c Property | 0 |
| | | 6 Other decreases (itemize) | 0 |
| | 0 | 7 Total of lines 5 and 6 | 0 |
| 4 Total of lines 1, 2, and 3 | -89,939,828 | 8 Balance at end of year (line 4 less line 7) | -89,939,828 |

NATWEST HOLDINGS, INC.
1987 FEDERAL INCOME TAX RETURN
CALCULATION OF GROSS INCOME TAX
ATTACHMENT TO SCHEDULE J

| | | | |
|---|---|---|---|
| 1. | TAXABLE INCOME (LINE 30, 1120) | 31,893,807 | |
| 2. | NET CAPITAL GAIN | | |
| 3. | LINE 1 LESS 2 | 31,893,807 | |
| 4. | LESS OF 3 OR 25,000 | 25,000 | |
| 5. | LINE 3 LESS 4 | 31,868,807 | |
| 6. | LESS OF 5 OR 25,000 | 25,000 | |
| 7. | LINE 5 LESS 6 | 31,843,807 | |
| 8. | LESS OF 7 OR 25,000 | 25,000 | |
| 9. | LINE 7 LESS 8 | 31,818,807 | |
| 10. | LESS OF 9 OR 25,000 | 25,000 | |
| 11. | LINE 9 LESS 10 | 31,793,807 | |
| 12. | LINE 4 X 15% | 3,750 | |
| 13. | LINE 6 X 18% | 4,500 | |
| 14. | LINE 8 X 30% | 7,500 | |
| 15. | LINE 10 X 40% | 10,000 | |
| 16. | LINE 11 X 46% | 14,625,151 | |
| 17. | LESS OF (5% OF LINE 3 OVER 1MM) OR 20,250 | 20,250 | |
| 18. | LINES 12 THRU 17 | 14,671,151 | |
| 19. | TAXABLE INCOME (LINE 30, 1120) | 31,893,807 | |
| 20. | NET CAPITAL GAIN | | |
| 21. | LINE 19 LESS 20 | 31,893,807 | |
| 22. | LESS OF 21 OR 25,000 | 50,000 | |
| 23. | LINE 21 LESS 22 | 31,843,807 | |
| 24. | LESS OF 23 OR 25,000 | 25,000 | |
| 25. | LINE 23 LESS 24 | 31,818,807 | |
| 26. | LINE 22 X 15% | 7,500 | |
| 27. | LINE 24 X 25% | 6,250 | |
| 28. | LINE 25 X 34% | 10,818,394 | |
| 29. | LESS OF (5% OF LINE 21 OVER 1MM) OR 11750 | 11,750 | |
| 30. | LINES 26 THRU 29 | 10,843,894 | |
| 31. | AMOUNT FROM LINE 18 | 14,671,151 | DAYS |
| 32. | LINE 31 X NUM OF DAYS BEF 7-1-87 / 366 | 7,295,490 | 182 |
| 33. | LINE 30 X NUM OF DAYS AFT 7-1-87 / 366 | 5,451,575 | 184 |
| 34. | TOTAL TAX LIABILITY | 12,747,066 | |

# NatWest Holdings Inc.

) West Tenth Street
lmington
laware
01-1645

Please reply to:
Senior Vice President and Secretary
175 Water Street
New York, NY 10038-4924
Telephone: (212) 602-4280
Telex: 428070

CERTIFIED MAIL

March 15, 1988

Internal Revenue Service Center
Holtsville, N.Y. 00501

Gentlemen:

Re: NatWest Holdings, Inc. & Affiliated Members
1987 U.S. Consolidated Federal Income Tax Return
Application for Automatic Extension of Time to File
Corporation Income Tax Return (Form 7004)

Enclosed is NatWest Holdings, Inc.'s Application for Automatic Extension of Time (Form 7004) for filing its 1987 U.S. Consolidated Federal Income Tax Return. The extension indicates no balance due.

Very truly yours,

Richard J. Wall
SVP & Tax Counsel

Enclosures

NWP 0004839

3465

Form **7004** (Rev. October 1986) Department of the Treasury Internal Revenue Service

# Application for Automatic Extension of Time To File Corporation Income Tax Return

OMB No. 1545-0233 Expires 9-30-89

Name of corporation: NATWEST HOLDINGS, INC. AND SUBSIDIARIES

Employer identification number: 51-0231981

Number and street: 175 WATER STREET - 22 FLOOR - ATTENTION RICHARD J. WALL

City or town, state, and ZIP code: NEW YORK, N.Y. 10038

Check type of return to be filed:

- [X] Form 1120
- [ ] Form 1120-A
- [ ] Form 1120F (Check here ▶ [ ] if you do not have an office or place of business in the U.S.)
- [ ] Form 1120-FSC
- [ ] Form 1120S
- [ ] Form 990-C
- [ ] Form 990-T
- [ ] Other (specify)

1a I request an automatic 6-month extension of time until SEPTEMBER 15, 19 88, to file the income tax return of the corporation named above for calendar year 19 ......, or tax year ending ......, 19 ......

b If this tax year is for less than 12 months, check reason: [ ] Initial return [ ] Final return [ ] Change in accounting period approved [ ] Consolidated return to be filed

2 Does this application also cover subsidiaries to be included in a consolidated return? [ ] Yes [ ] No

If "Yes," complete the following:

| Name and address of each member of the affiliated group | Employer identification number | Tax period |
|---|---|---|
| SEE ATTACHED SCHEDULE | | |

| | | | |
|---|---|---|---|
| 3 Tentative tax (see instructions) | | | 9,648,000.00 |
| 4 Credits: a Overpayment from prior year allowed as a credit | | 3,012,000 | |
| b Estimated tax payments (deposits) for the tax year | 6,636,000 | | |
| c Less refund of estimated tax for the tax year applied for on Form 4466 | -0- | 6,636,000 | |
| d Credit from regulated investment companies and credit for overpaid windfall profit tax | | -0- | |
| e Credit for Federal tax on gasoline and special fuels | | -0- | |
| 5 Total—Add lines 4a through 4e | | | 9,648,000.00 |
| 6 Balance due—Subtract line 5 from line 3. This amount should be deposited with a Federal Tax Deposit (FTD) Coupon | | | -0- |

Signature.—Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application and, to the best of my knowledge and belief, the statements made are true, correct, and complete.

(Signature of officer or agent): [signature] SENIOR VICE PRESIDENT & TAX COUNSEL (Title) 3/15/88 (Date)



NWP 0004840

[¶ 1471F

NW HOLDINGS, INC. & SUBSIDIARIES
FEDERAL INCOME TAX RETURN
ATTACHMENT TO FORM 7004

| | CORPORATION | FEDERAL I.D. NUMBER | ADDRESS |
|---|---|---|---|
| 1 | NatWest Holdings, Inc. | 51-0231981 | 175 Water Street, New York, N.Y. 10038 |
| | **Parent Subsidiaries** | | |
| 2 | CF International Inc. | 13-2676910 | 600 Madison Avenue, New York, N.Y. 10022 |
| 3 | County NatWest Capital Markets Corp. USA | Pending | 100 Wall Street, New York, N.Y. 10005 |
| 4 | County Natwest Government Securities Inc. | 13-3341773 | 100 Wall Street, New York, N.Y. 10005 |
| 5 | County NatWest Inc. (Formerly NatWest Invt Banking Corporation USA) | 13-3341706 | 100 Wall Street, New York, N.Y. 10005 |
| 6 | County NatWest International Limited | 13-3088032 | 100 Wall Street, New York, N.Y. 10005 |
| 7 | County NatWest Mortgage Corporation (Formerly County NatWest Int'l Securities, Inc.) | 13-3312856 | 100 Wall Street, New York, N.Y. 10005 |
| 8 | County Securities Corporation USA | 13-3312778 | 100 Wall Street, New York, N.Y. 10005 |
| 9 | National Westminster Bancorp Inc. | 13-3429252 | 175 Water Street, New York, N.Y. 10038 |
| 10 | NatWest Capital Corporation | 76-0034586 | 1601 Elm Street, Dallas, Texas 75201 |
| 11 | NatWest Commercial Services, Inc. | 51-0262561 | 600 Madison Avenue, New York, N.Y. 10022 |
| 12 | NatWest Credit Corporation | Pending | 175 Water Street, New York, N.Y. 10038 |
| 13 | NWH Acquisition Corp. | 13-3429253 | (Dormant) |
| 14 | National Westminster Bank USA | 11-0773597 | 175 Water Street, New York, N.Y. 10038 |
| | **NWB USA Subsidiaries** | | |
| 15 | Aghold, Inc. | 13-3203488 | 175 Water Street, New York, N.Y. 10038 |
| 16 | Agnew Holding Corporation | 13-3203487 | 175 Water Street, New York, N.Y. 10038 |
| 17 | Brycon Development #2, Inc. | 11-2526354 | 3 Hunt. Quadrangle, Melville, N.Y. 11747 |
| 18 | Mebrona Properties Corporation | 11-6028683 | 3 Hunt. Quadrangle, Melville, N.Y. 11747 |
| 19 | National Westminster Bank USA International Bank | 13-5673033 | 1700 Brickell Avenue, Miami, Fl. 33131 |
| 20 | NatWest USA Brokerage Services Corp. | 13-3315077 | 175 Water Street, New York, N.Y. 10038 |
| 21 | NatWest USA Capital Corp. | 13-3317175 | 175 Water Street, New York, N.Y. 10038 |
| 22 | NatWest USA Connecticut Corp. | 13-3351324 | 383 Main Avenue, Norwalk, Conn. 06851 |

NW HOLDINGS, INC. & SUBSIDIARIES
FEDERAL INCOME TAX RETURN
ATTACHMENT TO FORM 7004

| | CORPORATION | FEDERAL I.D. NUMBER | ADDRESS |
|---|---|---|---|
| 23 | NatWest USA Credit Corp. | 13-3350401 | 175 Water Street, New York, N.Y. 10038 |
| 24 | NatWest USA Leasing Corporation | 13-3251283 | 175 Water Street, New York, N.Y. 10038 |
| 25 | NatWest USA New Jersey Corp. | 13-3283595 | 6 Becker Farm Road, Roseland, N.J. 07068 |
| 26 | NWB Cable Inc. | 13-3211790 | 175 Water Street, New York, N.Y. 10038 |
| 27 | Ogasco Inc. | 13-3187362 | 175 Water Street, New York, N.Y. 10038 |
| 28 | Osubco, Inc. | INACTIVE | 175 Water Street, New York, N.Y. 10038 |
| 29 | Schoolland Holding Corporation | 13-3203489 | 175 Water Street, New York, N.Y. 10038 |
| 30 | Wall Shipping Corporation | Pending | 175 Water Street, New York, N.Y. 10038 |

Form 851 (Rev. March 1987) Department of the Treasury Internal Revenue Service

# Affiliations Schedule

(To be filed with each consolidated income tax return)

Tax Year Ended DECEMBER 31, 19 87

OMB No. 1545-0025 Expires 4-30-89

Common parent corporation: NATWEST HOLDINGS, INC.

Employer identification number: 51-0231981

Number and street: 175 WATER STREET - 22 FLOOR

City or town, state, and ZIP code: NEW YORK, N.Y. 10038

Check here [X] and complete Part IV if Instruction E-type affiliations are included in the affiliated group.

**Part I** Prepayment Credits (Complete for all members of the affiliated group.)

| No. | Name and address of corporation | Employer Identification Number | Prepayment Credits: Portion of Form 7004 tax deposits | Portion of estimated tax credits and deposits |
|---|---|---|---|---|
| 1 | Common parent corporation | | | |
| | Subsidiary corporations: | | | |
| 2 | | | | |
| 3 | SEE ATTACHED SCHEDULE | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| | Totals (Must equal amounts shown on Form 1120) ▶ | | | |

**Part II** Voting Stock Information, etc. (Complete only for subsidiary members as explained in Instruction C.)

| No. | Principal business activity | Did the subsidiary make distributions of the type described in Instruction C? Yes | No | Capital stock outstanding at beginning of year: Number of shares Voting | Nonvoting | Stock holdings at beginning of year: Voting Number of shares | Percent voting power | Nonvoting Number of shares | Percent | Owned by corporation number— |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation | | | | | | | | | |
| | Subsidiary corporations: | | | | | | | | | |
| 2 | | | | | | | % | | % | |
| 3 | SEE ATTACHED SCHEDULE | | | | | | % | | % | |
| 4 | | | | | | | % | | % | |
| 5 | | | | | | | % | | % | |
| 6 | | | | | | | % | | % | |
| 7 | | | | | | | % | | % | |
| 8 | | | | | | | % | | % | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | % | | % | |

NWP 0004843

For Paperwork Reduction Act Notice, see Instructions.

Form 851 (Rev. 3-87)

Published by Tax Management Inc., a Subsidiary of The Bureau of National Affairs, Inc.

Form 851 (Rev. 3-87) Page 2

**Part III** Changes in Stock Holdings During the Year (Complete only for subsidiary members as explained in Instruction C.)

| Corporation | | Stock-holder (Corporation No.)* | Change in stock holdings during the year | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Changes | | | | Shares held at end of year | |
| | | | | Shares acquired | | Shares disposed of | | Voting | Nonvoting |
| No.* | Name | | Date | Voting | Nonvoting | Voting | Nonvoting | Percent voting power | Percent of shares |
| | SEE ATTACHED SCHEDULE | | | | | | | % | % |
| | | | | | | | | % | % |
| | | | | | | | | % | % |
| | | | | | | | | % | % |
| | | | | | | | | % | % |
| | | | | | | | | % | % |
| | | | | | | | | % | % |
| | | | | | | | | % | % |

*The numbers used must agree with the corporation numbers in Part I, page 1.

If additional stock was issued, or if any stock was retired during the year, show the dates and amounts for these transactions.

**If the equitable owners of any capital stock shown above were other than the holders of record, give full details.**

Remarks:

NWP 0004844

## Signature

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

[signature] 9-15-88 SVP & TAX COUNSEL

Signature of officer Date Title

**Attach Part IV, page 3, only if Instruction E-type affiliations are included in the group.**

Form 851 (Rev. 3-87) Page 3

**Part IV** Information for Subsidiaries Affiliated Under Revised Section 1504 Provisions. (See Instruction E for Questions 1 through 4 and other details.)

| No.* | Name | Answer to Question 1: Yes | No | If yes, list and describe each class of stock: |
|---|---|---|---|---|
| | QUESTION 1 - DID THE CORPORATION HAVE MORE THAN ONE CLASS OF STOCK OUTSTANDING? | | | |
| | SEE ATTACHED SCHEDULE | | | |
| | | | | |
| | | | | |

| No.* | Name | Answer to Question 2: Yes | No | If yes, but such stock was not owned for the entire tax year, provide dates to show period of ownership: |
|---|---|---|---|---|
| | QUESTION 2 - DID THE AFFILIATED GROUP OWN STOCK POSSESSING AT LEAST 80% OF VALUE | | | |
| | OF OUTSTANDING STOCK? | | | |
| | SEE ATTACHED SCHEDULE | | | |
| | | | | |

| No.* | Name | Answer to Question 3: Yes | No | If yes, but such stock was not owned for the entire tax year, provide dates to show period of ownership: |
|---|---|---|---|---|
| | QUESTION 3 - DID THE AFFILIATED GROUP OWN STOCK POSSESSING AT LEAST 80% OF | | | |
| | VOTING POWER OF OUTSTANDING STOCK? | | | |
| | SEE ATTACHED SCHEDULE | | | |
| | | | | |

| No.* | Name | Answer to Question 4(a) Yes | No | If yes, enter the percentage asked for in Item 4(b): | If yes, enter the percentage asked for in Item 4(c): | If yes, enter the percentage asked for in Item 4(d): |
|---|---|---|---|---|---|---|
| | QUESTION 4 - WERE ARRANGEMENTS MADE FOR NON-MEMBERS TO ACQUIRE STOCK OR VOTING | | | % | % | % |
| | POWER? | | | % | % | % |
| | SEE ATTACHED SCHEDULE | | | % | % | % |
| | | | | % | % | % |

| No.* | Item 4(e)—Description of arrangements: |
|---|---|
| | |
| | |
| | |
| | |

NWP 0004845

* The numbers used must agree with the corporation numbers in Part I, page 1.

# nstructions

*?eferences are to the Internal 'evenue Code unless otherwise noted.)*

**aperwork Reduction Act Notice.**—We sk for this information to carry out the iternal Revenue laws of the United States. 'e need it to ensure that taxpayers are omplying with these laws and to allow us to gure and collect the right amount of tax. ou are required to give us this information.

**. Purpose of Form.**—Form 851 is filed by ie parent corporation for itself and for ffiliated corporations in the affiliated 'oup. Form 851 is filed by attaching it to orm **1120**, U.S. Corporation Income Tax eturn, that is the consolidated tax return ır the group.

**. Affiliated Group.**—Generally, effective ır tax years beginning after 1984, the efinition of an affiliated group under ection 1504 was revised by Public Law 8-369 (the Deficit Reduction Act of 1984 \ct)). In general, the change requires a orporation to own 80% or more of the oting power and 80% or more of the total alue of the stock of another corporation efore the two are considered an affiliated roup. However, a special rule under Act ection 60(b)(2) generally allows a orporation that was a member of an ffiliated group on June 22, 1984, and that included in the consolidated return of the roup for its tax year that includes June 22, 984, to continue as a member of the group nder the definition rules of section 1504 efore revision by the Act (pre-Act rovisions).

*ote: Act section 60(b)(3) makes the pecial rule of Act section 60(b)(2) not oplicable to certain corporations that had a ell-down or issuance of more than a de inimis amount of stock after June 22, 984. See Act sections 60(b)(3), (4), and ) for information on sell-downs, ceptions, and other details.*

**For tax years beginning after 1987, all orporations must be affiliated under the evised rules in order to qualify for filing a onsolidated return.**

**. Parts I, II, and III.**—Complete Part I for l members of the affiliated group.

Parts II and III are only completed for ıbsidiary corporations that were affiliated ı or before June 22, 1984, and that ontinue to be affiliated under pre-Act 'ovisions by reason of the special rule ıder Act section 60(b)(2).

Distributions referred to in Part II, third column, are any dividends (other than stock dividends and distributions in exchange for stock) paid during the tax year for which the consolidated tax return is filed that were in excess of the corporation's current and accumulated earnings and profits. See sections 301 and 316.

**D. Information for Subsidiary Corporation Affiliated on June 22, 1984.**—List and provide information in Parts II and III for each corporation that was a member of the affiliated group under pre-Act provisions for its taxable year which includes June 22, 1984, and which continues to be affiliated under pre-Act provisions by reason of the special rule under Act section 60(b)(2).

If any of the events listed below occurred after June 22, 1984, with respect to any corporation purported to be a member of the affiliated group by reason of section 60(b)(2) of the Act, describe the transaction or event on an attached schedule:

1. A sale of stock of the corporation by a purported member of the affiliated group.
2. An issuance of stock of the corporation to a person that is not a member of the affiliated group.
3. A redemption of the stock of a corporation of a purported member of the affiliated group.
4. A recapitalization.
5. An arrangement entered into by which one or more persons that are not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation from the corporation or another purported member of the group. (Such an arrangement may include an option, warrant, conversion feature, or similar arrangement, but is not limited to these arrangements.)

**E. Part IV.**—Complete Part IV for:

- Corporations that become affiliated after June 22, 1984.
- Corporations affiliated on June 22, 1984, but to which the special rule under Act section 60(b)(2) does not apply because of a sell-down or issuance of stock as referred to in the **Note** in Instruction B.

Answer questions 1 through 4 by checking Yes or No in Part IV, and provide the other information requested based on the following questions and items:

**Question 1.**—During the tax year, did the corporation have more than one class of stock outstanding? For purposes of this question only, disregard section 1504(a)(4).

**Question 2.**—During the tax year, did the purported members of the affiliated group own stock (as the term is used in section 1504(a)) possessing at least 80% of the value of the total outstanding stock of the corporation?

**Question 3.**—During the tax year, did purported members of the affiliated group own stock (as the term is used in section 1504(a)) possessing at least 80% of the voting power of outstanding stock of the corporation?

**Question 4(a).**—During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another purported member of the affiliated group? (Such an arrangement may include an option, warrant, conversion feature, or similar arrangement, but is not limited to these arrangements.) If the answer to question 4(a) is "Yes," complete items **4(b)**, 4(c), 4(d), and 4(e) in Part IV.

**Item 4(b).**—If the answer to question 4(a) is "Yes," indicate the percentage of the value of the outstanding stock that the person(s) could acquire.

**Item 4(c).**—If the answer to question 4(a) is "Yes," and the arrangement was associated with voting stock, indicate the percentage of voting stock that the person(s) could acquire.

**Item 4(d).**—If the arrangement was associated with the acquisition of voting power without the acquisition of the related stock, indicate the percentage of voting power that the persons could acquire.

**Item 4(e).**—In item 4(e), give a brief description of any arrangement by which a person that is not a member of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation. (Such an arrangement may include an option, warrant, conversion feature, or similar arrangement, but is not limited to these types of arrangements.)

NATWEST HOLDING, INC.
1987 AFFILIATION SCHEDULE - FORM 851 - PART I & II

| NO. | NAME | FEDERAL IDENT NUMBER | ADDRESS | | | DISTRIB PER OTN N ON 1120 (YES/NO) | CAP STK O/S BEG OF YEAR VOTING SHRS | STK HLDGS BEG OF YEAR VOTING SHRS | % | OWNED BY CORP NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NatWest Holdings, Inc. | 51-0231981 | 175 Water Street | New York, N.Y. | 10038 | --- | --- | --- | --- | Parent |
| | **Parent Subsidiaries** | | | | | | | | | |
| 2 | CF International Inc. | 13-2676910 | 600 Madison Ave | New York, N.Y. | 10022 | NO | 25 | 25 | 100% | 11 |
| 3 | County NatWest Capital Markets Corp. USA | 13-3396018 | 100 Wall Street | New York, N.Y. | 10005 | NO | --- | --- | --- | 5 |
| 4 | County Natwest Government Securities, Inc. | 13-3341773 | 100 Wall Street | New York, N.Y. | 10005 | NO | 250,000 | 250,000 | 100% | 5 |
| 5 | County NatWest Inc. (NatWest Invt Banking Corp USA) | 13-3341706 | 100 Wall Street | New York, N.Y. | 10005 | NO | 1,999,990 | 1,999,990 | 100% | 1 |
| 6 | County NatWest International Limited | 13-3088032 | 100 Wall Street | New York, N.Y. | 10005 | NO | 100 | 100 | 100% | 5 |
| 7 | County NatWest Mortgage Corporation (County NatWest Int'l Sec., Inc.) | 13-3312856 | 175 Water Street | New York, N.Y. | 10038 | NO | 1,000 | 1,000 | 100% | 5 |
| 8 | County Securities Corporation USA | 13-3312778 | 100 Wall Street | New York, N.Y. | 10005 | NO | 351,000 | 351,000 | 100% | 5 |
| 9 | National Westminster Bancorp Inc. | 13-3429252 | 175 Water Street | New York, N.Y. | 10038 | NO | --- | --- | --- | 1 |
| 10 | NatWest Capital Corporation | 76-0034586 | 600 Travis | Houston, Texas | 77002 | NO | 11 | 11 | 100% | 1 |
| 11 | NatWest Commercial Services, Inc. | 51-0262561 | 600 Madison Ave | New York, N.Y. | 10022 | NO | 10 | 10 | 100% | 1 |
| 12 | NatWest Credit Corporation | Pending | 175 Water Street | New York, N.Y. | 10038 | NO | 10 | 10 | 100% | 1 |
| 13 | NWH Acquisition Corp. | 13-3429253 | 2 Montgomery St | Jersey City, NJ | 07032 | NO | --- | --- | --- | 9 |
| 14 | National Westminster Bank USA | 11-0773597 | 175 Water Street | New York, N.Y. | 10038 | NO | 7,675,138 | 7,675,138 | 100% | 1 |
| | **NWB USA Subsidiaries** | | | | | | | | | |
| 15 | Agnew Holding Corporation | 13-3203487 | 175 Water Street | New York, N.Y. | 10038 | NO | 10 | 10 | 100% | 14 |
| 16 | Brycon Development #2, Inc. | 11-2526354 | 3 Hunt. Quadrangle | Melville, N.Y. | 11747 | NO | 10 | 10 | 100% | 14 |
| 17 | Mebrona Properties, Inc. | 11-6028683 | 3 Hunt. Quadrangle | Melville, N.Y. | 11747 | NO | 1,000 | 1,000 | 100% | 14 |
| 18 | National Westminster Bank USA International Bank | 13-5673033 | 1700 Brickell Ave | Miami, Fl. | 33131 | NO | 20,000 | 20,000 | 100% | 14 |
| 19 | National Westminster USA Credit Corporation | 13-3350401 | 175 Water Street | New York, N.Y. | 10038 | NO | 10 | 10 | 100% | 14 |
| 20 | NatWest USA Brokerage Services Corporation | 13-3315077 | 175 Water Street | New York, N.Y. | 10038 | NO | 1,000 | 1,000 | 100% | 14 |
| 21 | NatWest USA Capital Corporation | 13-3317175 | 175 Water Street | New York, N.Y. | 10038 | NO | 20 | 20 | 100% | 14 |
| 22 | NatWest USA Connecticut Corporation | 13-3351324 | 383 Main Avenue | Norwalk, Conn. | 06851 | NO | 500 | 500 | 100% | 14 |
| 23 | NatWest USA Leasing Corporation | 13-3251283 | 175 Water Street | New York, N.Y. | 10038 | NO | 100 | 100 | 100% | 14 |
| 24 | NatWest USA New Jersey Corporation | 13-3283595 | 6 Becker Farm Road | Roseland, N.J. | 07068 | NO | 100 | 100 | 100% | 14 |
| 25 | NWB Cable, Inc. | 13-3211790 | 175 Water Street | New York, N.Y. | 10038 | NO | 10 | 10 | 100% | 14 |
| 26 | Ogaaco, Inc. | 13-3187362 | 175 Water Street | New York, N.Y. | 10038 | NO | 100 | 90 | 90% | 14 |
| 27 | Osubco, Inc. | INACTIVE | 175 Water Street | New York, N.Y. | 10038 | --- | --- | --- | --- | 14 |
| 28 | Schoolland Holding Corporation | 13-3203489 | 175 Water Street | New York, N.Y. | 10038 | NO | 10 | 10 | 100% | 14 |
| 29 | Wall Shipping Corporation | Pending | 175 Water Street | New York, N.Y. | 10038 | NO | 10 | 10 | 100% | 14 |
| 30 | CB International Securities, Inc. | 13-3088032 | 100 Wall Street | New York, N.Y. | 10005 | --- | --- | --- | --- | |

NWP 0004847

NATWEST HOLDING, INC.
987 AFFILIATION SCHEDULE - FORM 851 - PART III
:HANGES IN STOCK HOLDINGS DURING THE YEAR

| | | | | | | | CHANGES IN STOCKHOLDINGS DURING THE YEAR | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CHANGES | | | | STK HELD-YR END | |
| | | | | | | STK-HLDR CORP | | SHARES ACQUIRED | | SHARES DISP OF | | VOTING % VOTG | NONVTG % OF |
| IO. | NAME | FEDERAL IDENT NUMBER | ADDRESS | | | NO. | DATE | VOTING | NONVOTG | VOTING | NONVOTG | POWER | SHARES |
| 1 | NatWest Holdings, Inc. | 51-0231981 | 175 Water Street | New York, N.Y. | 10038 | PARENT | | | | | | | |
| | Parent Subsidiaries | | | | | | | | | | | | |
| 2 | CF International Inc. | 13-2676910 | 600 Madison Ave | New York, N.Y. | 10022 | 11 | | | | | | | |
| 3 | County NatWest Capital Markets Corp. USA | 13-3396018 | 100 Wall Street | New York, N.Y. | 10005 | 5 | 7/87 | 75,000 | | | | 100% | |
| 4 | County Natwest Government Securities, Inc. | 13-3341773 | 100 Wall Street | New York, N.Y. | 10005 | 5 | | | | | | | |
| 5 | County NatWest Inc. (NatWest Invt Banking Corp USA) | 13-3341706 | 100 Wall Street | New York, N.Y. | 10005 | 1 | | | | | | | |
| 6 | County NatWest International Limited | 13-3088032 | 100 Wall Street | New York, N.Y. | 10005 | 5 | | | | | | | |
| 7 | County NatWest Mortgage Corporation (County NatWest Int'l Sec., Inc.) | 13-3312856 | 175 Water Street | New York, N.Y. | 10038 | 5 | | | | | | | |
| 8 | County Securities Corporation USA | 13-3312778 | 100 Wall Street | New York, N.Y. | 10005 | 5 | | | | | | | |
| 9 | National Westminster Bancorp Inc. | 13-3429252 | 175 Water Street | New York, N.Y. | 10038 | 1 | 8/87 | 10 | | | | 100% | |
| 10 | NatWest Capital Corporation | 76-0034586 | 600 Travis | Houston, Texas | 77002 | 1 | | | | | | | |
| 11 | NatWest Commercial Services, Inc. | 51-0262561 | 600 Madison Ave | New York, N.Y. | 10022 | 1 | | | | | | | |
| 12 | NatWest Credit Corporation | Pending | 175 Water Street | New York, N.Y. | 10038 | 1 | | | | | | | |
| 13 | NWH Acquisition Corp. | 13-3429253 | 2 Montgomery St | Jersey City, NJ | 07032 | 9 | 8/87 | -- | | | | 100% | |
| 14 | National Westminster Bank USA | 11-0773597 | 175 Water Street | New York, N.Y. | 10038 | 1 | | | | | | | |
| | NWB USA Subsidiaries | | | | | | | | | | | | |
| 15 | Agnew Holding Corporation | 13-3203487 | 175 Water Street | New York, N.Y. | 10038 | 14 | | | | | | | |
| 16 | Brycon Development #2, Inc. | 11-2526354 | 3 Hunt. Quadrangle | Melville, N.Y. | 11747 | 14 | | | | | | | |
| 17 | Mebrona Properties, Inc. | 11-6028683 | 3 Hunt. Quadrangle | Melville, N.Y. | 11747 | 14 | | | | | | | |
| 18 | National Westminster Bank USA International Bank | 13-5673033 | 1700 Brickell Ave | Miami, Fl. | 33131 | 14 | | | | | | | |
| 19 | National Westminster USA Credit Corporation | 13-3350401 | 175 Water Street | New York, N.Y. | 10038 | 14 | | | | | | | |
| 20 | NatWest USA Brokerage Services Corporation | 13-3315077 | 175 Water Street | New York, N.Y. | 10038 | 14 | | | | | | | |
| 21 | NatWest USA Capital Corporation | 13-3317175 | 175 Water Street | New York, N.Y. | 10038 | 14 | | | | | | | |
| 22 | NatWest USA Connecticut Corporation | 13-3351324 | 383 Main Avenue | Norwalk, Conn. | 06851 | 14 | | | | | | | |
| 23 | NatWest USA Leasing Corporation | 13-3251283 | 175 Water Street | New York, N.Y. | 10038 | 14 | | | | | | | |
| 24 | NatWest USA New Jersey Corporation | 13-3283595 | 6 Becker Farm Road | Roseland, N.J. | 07068 | 14 | | | | | | | |
| 25 | NWB Cable, Inc. | 13-3211790 | 175 Water Street | New York, N.Y. | 10038 | 14 | | | | | | | |
| 26 | Ogasco, Inc. | 13-3187362 | 175 Water Street | New York, N.Y. | 10038 | 14 | | | | | | | |
| 27 | Osubco, Inc. | INACTIVE | 175 Water Street | New York, N.Y. | 10038 | 14 | | | | | | | |
| 28 | Schoolland Holding Corporation | 13-3203489 | 175 Water Street | New York, N.Y. | 10038 | 14 | | | | | | | |
| 29 | Wall Shipping Corporation | Pending | 175 Water Street | New York, N.Y. | 10038 | 14 | | | | | | | |
| 30 | CB International Securities, Inc. | 13-3088032 | 100 Wall Street | New York, N.Y. | 10005 | | | | | | | | |

NATWEST HOLDING, INC.
1987 AFFILIATION SCHEDULE - FORM 851 - PART IV
INFORMATION FOR SUBS. AFFIL. UNDER REV. SEC. 1504

| NO. | NAME | FEDERAL IDENT NUMBER | ADDRESS | | | MORE THAN ONE CLASS OF STOCK | DID AFFIL GROUP OWN: 80% OR MORE OF OUT-STANDING STOCK | DID AFFIL GROUP OWN: STK WITH 80% OR MORE OF VOTING POWER | ARRNGMNTS FOR NON-MEMBERS TO ACQ OR VOTING PWR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NatWest Holdings, Inc. | 51-0231981 | 175 Water Street | New York, N.Y. | 10038 | --- | --- | --- | --- |
| | **Parent Subsidiaries** | | | | | | | | |
| 2 | CF International Inc. | 13-2676910 | 600 Madison Ave | New York, N.Y. | 10022 | NO | YES | YES | NO |
| 3 | County NatWest Capital Markets Corp. USA | 13-3396018 | 100 Wall Street | New York, N.Y. | 10005 | NO | YES | YES | NO |
| 4 | County Natwest Government Securities, Inc. | 13-3341773 | 100 Wall Street | New York, N.Y. | 10005 | NO | YES | YES | NO |
| 5 | County NatWest Inc. (NatWest Invt Banking Corp USA) | 13-3341706 | 100 Wall Street | New York, N.Y. | 10005 | NO | YES | YES | NO |
| 6 | County NatWest International Limited | 13-3088032 | 100 Wall Street | New York, N.Y. | 10005 | NO | YES | YES | NO |
| 7 | County NatWest Mortgage Corporation (County NatWest Int'l Sec., Inc.) | 13-3312856 | 175 Water Street | New York, N.Y. | 10038 | NO | YES | YES | NO |
| 8 | County Securities Corporation USA | 13-3312778 | 100 Wall Street | New York, N.Y. | 10005 | NO | YES | YES | NO |
| 9 | National Westminster Bancorp Inc. | 13-3429252 | 175 Water Street | New York, N.Y. | 10038 | NO | YES | YES | NO |
| 10 | NatWest Capital Corporation | 76-0034586 | 600 Travis | Houston, Texas | 77002 | NO | YES | YES | NO |
| 11 | NatWest Commercial Services, Inc. | 51-0262561 | 600 Madison Ave | New York, N.Y. | 10022 | NO | YES | YES | NO |
| 12 | NatWest Credit Corporation | Pending | 175 Water Street | New York, N.Y. | 10038 | NO | YES | YES | NO |
| 13 | NWH Acquisition Corp. | 13-3429253 | 2 Montgomery St | Jersey City, NJ | 07032 | NO | YES | YES | NO |
| 14 | National Westminster Bank USA | 11-0773597 | 175 Water Street | New York, N.Y. | 10038 | NO | YES | YES | NO |
| | **NWB USA Subsidiaries** | | | | | | | | |
| 15 | Agnew Holding Corporation | 13-3203487 | 175 Water Street | New York, N.Y. | 10038 | NO | YES | YES | NO |
| 16 | Brycon Development #2, Inc. | 11-2526354 | 3 Hunt. Quadrangle | Melville, N.Y. | 11747 | NO | YES | YES | NO |
| 17 | Mabrona Properties, Inc. | 11-6028683 | 3 Hunt. Quadrangle | Melville, N.Y. | 11747 | NO | YES | YES | NO |
| 18 | National Westminster Bank USA International Bank | 13-5673033 | 1700 Brickell Ave | Miami, Fl. | 33131 | NO | YES | YES | NO |
| 19 | National Westminster USA Credit Corporation | 13-3350401 | 175 Water Street | New York, N.Y. | 10038 | NO | YES | YES | NO |
| 20 | NatWest USA Brokerage Services Corporation | 13-3315077 | 175 Water Street | New York, N.Y. | 10038 | NO | YES | YES | NO |
| 21 | NatWest USA Capital Corporation | 13-3317175 | 175 Water Street | New York, N.Y. | 10038 | NO | YES | YES | NO |
| 22 | NatWest USA Connecticut Corporation | 13-3351324 | 383 Main Avenue | Norwalk, Conn. | 06851 | NO | YES | YES | NO |
| 23 | NatWest USA Leasing Corporation | 13-3251283 | 175 Water Street | New York, N.Y. | 10038 | NO | YES | YES | NO |
| 24 | NatWest USA New Jersey Corporation | 13-3283595 | 6 Becker Farm Road | Roseland, N.J. | 07068 | NO | YES | YES | NO |
| 25 | NWB Cable, Inc. | 13-3211790 | 175 Water Street | New York, N.Y. | 10038 | NO | YES | YES | NO |
| 26 | Ogasco, Inc. | 13-3187362 | 175 Water Street | New York, N.Y. | 10038 | NO | YES | YES | NO |
| 27 | Osubco, Inc. | INACTIVE | 175 Water Street | New York, N.Y. | 10038 | NO | YES | YES | NO |
| 28 | Schoolland Holding Corporation | 13-3203489 | 175 Water Street | New York, N.Y. | 10038 | NO | YES | YES | NO |
| 29 | Wall Shipping Corporation | Pending | 175 Water Street | New York, N.Y. | 10038 | NO | YES | YES | NO |
| 30 | CB International Securities, Inc. | 13-3088032 | 100 Wall Street | New York, N.Y. | 10005 | -- | -- | -- | -- |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 95-758T
(Judge Nancy B. Firestone)

NATIONAL WESTMINSTER BANK PLC,
Plaintiff

v.

THE UNITED STATES,
Defendant

PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT'S EIGHTH SET OF REQUESTS FOR PRODUCTION AND COPYING OF DOCUMENTS

Pursuant to Rules 26 and 34 of the United States Court of Federal Claims, plaintiff hereby responds to defendant's Eighth Set of Requests for Production and Copying of Documents.

GENERAL OBJECTIONS

1. Plaintiff objects to each of defendant's requests to the extent the request is unduly burdensome and results in unnecessary expense to plaintiff.

2. Plaintiff objects to each of defendant's requests to the extent the request seeks (i) copies of original documents that are decades old, are of non-standard size or are fragile and at risk of damage from unnecessary handling, and/or (ii) documents that have been placed in the document repository and already are available to defendant. Plaintiff has added 18 boxes of additional responsive documents to the repository in response to

defendant's current set of discovery requests. Those documents, in boxes 145-159, along with the documents already in the repository, remain available for defendant's inspection and are referenced herein by box and folder numbers. Attached hereto as Exhibit A is a revised index to the boxes in the repository.

3. Plaintiff objects to each of defendant's requests to the extent the request seeks (i) documents obtainable from some other source that is more convenient, less burdensome or less expensive, (ii) documents not relevant to issues in the proceeding or (iii) information that is not reasonably calculated to lead to the discovery of admissible evidence in this proceeding and beyond the scope of proper discovery under the rules of the United States Court of Federal Claims.

4. Plaintiff objects to each of defendant's requests to the extent the request is vague, ambiguous, or does not identify with particularity the documents sought.

5. Plaintiff objects to each of defendant's requests to the extent the request seeks documents that are protected from discovery by any applicable privileges, including the attorney-client privilege and the work product doctrine.

6. Plaintiff objects to the requests to the extent they seek to impose obligations beyond those imposed by the Rules of the United States Court of Federal Claims or any other applicable rules. Plaintiff will comply with the Rules of the United States Court of Federal Claims and any other applicable rules.

Without waiving the above general objections, plaintiff has responded in accordance with the Rules of the United States Court of Federal Claims to each of defendant's requests in a manner consistent with plaintiff's understanding of such requests.

Exhibit A

**National Westminster Bank PLC v. United States**
**United States Court of Federal Claims, No. 95-758T**
**Index of Materials Available in Plaintiff's Repository**

**Index of Materials Made Available to the United States Pursuant to Judge Firestone's July 16, 2004 Order**
**August 5, 2004**

**1. Microfiche Reports**

| Year | Office | Months Covered |
|---|---|---|
| 1981 | New York | January-December |
| 1981 | IBF | November-December |
| 1981 | Nassau | January-December |
| 1981 | Chicago | January-December |
| 1981 | San Francisco | January-December |
| 1982 | New York | January-December |
| 1982 | IBF | January-December |
| 1982 | Nassau | January-December |
| 1982 | Chicago | January-December |
| 1982 | San Francisco | January-December |
| 1983 | New York | January-December |
| 1983 | IBF | January-December |
| 1983 | Nassau | January-December |
| 1983 | Chicago | January-December |
| 1983 | San Francisco | January-October 20 |
| 1984 | New York | January-December |
| 1984 | IBF | January-December |
| 1984 | Nassau | January-December |
| 1984 | Chicago | January-December |
| 1984 | San Francisco | Isolated days only |
| 1985 | New York | January-December |
| 1985 | IBF | January-December |
| 1985 | Nassau | January-December |
| 1985 | Chicago | January-December |
| 1985 | San Francisco | Isolated days only |
| 1985 | Grand Cayman | July-December |
| 1986 | New York | January-December |
| 1986 | IBF | January-December |
| 1986 | Nassau | January-December |
| 1986 | Chicago | January-December |
| 1986 | San Francisco | January-December |
| 1986 | Grand Cayman | January-December |
| 1987 | New York | January-December |
| 1987 | IBF | January-December |
| 1987 | Nassau | January 2-11; June-December |
| 1987 | Chicago | January-December |
| 1987 | San Francisco | January-December |
| 1987 | Grand Cayman | January-December |

Note: The microfiche for months described as "covered" may be missing individual days or pages. Additional microfiche may be available for isolated days outside the periods described as "covered."

**National Westminster Bank PLC v. United States**
**United States Court of Federal Claims, No. 95-758T**
**Index of Materials Available in Plaintiff's Repository**

**Index of Materials Made Available to the United States Pursuant to Judge Firestone's July 16, 2004 Order**
**August 5, 2004**

**2. Microfiche Account Statements**

| Year | Office | Months Covered |
|---|---|---|
| 1981 | New York | January-December |
| 1981 | IBF | November-December |
| 1981 | Nassau | January-December |
| 1981 | Chicago | January-December |
| 1981 | San Francisco | January-December |
| 1982 | New York | January-December |
| 1982 | IBF | January-December |
| 1982 | Nassau | January-December |
| 1982 | Chicago | January-December |
| 1982 | San Francisco | January-December |
| 1983 | New York | January-October 20 |
| 1983 | IBF | January-December |
| 1983 | Nassau | January-December |
| 1983 | Chicago | January-December |
| 1983 | San Francisco | January-October 20 |
| 1984 | New York | None |
| 1984 | IBF | January-December |
| 1984 | Nassau | January-December |
| 1984 | Chicago | January-December |
| 1984 | San Francisco | None |
| 1985 | New York | None |
| 1985 | IBF | January-December |
| 1985 | Nassau | January-December |
| 1985 | Chicago | January-December |
| 1985 | San Francisco | Isolated days only |
| 1985 | Grand Cayman | November-December |
| 1986 | New York | August only |
| 1986 | IBF | January-December |
| 1986 | Nassau | January-December |
| 1986 | Chicago | January-December |
| 1986 | San Francisco | January-December |
| 1986 | Grand Cayman | January-August 21; Sep-Dec isolated days only |
| 1987 | New York | Isolated days only |
| 1987 | IBF | January-December |
| 1987 | Nassau | January 2-9; June-December |
| 1987 | Chicago | January-December |
| 1987 | San Francisco | January-December |
| 1987 | Grand Cayman | Isolated days only |

Note: The microfiche for months described as "covered" may be missing individual days or pages. Additional microfiche may be available for isolated days outside the periods described as "covered."

National Westminster Bank PLC v. United States
United States Court of Federal Claims, No. 95-758T
Index of Materials Available in Plaintiff's Repository

Index of Materials Made Available to the United States Pursuant to Judge Firestone's July 16, 2004 Order
August 5, 2004

3. Boxed Materials

A. Account Statements

| Year | Branch | Start Date | End Date | Box Number |
|---|---|---|---|---|
| 1982 | New York | April | December | 80 |
| 1983 | New York | January | June | 1 |
| 1983 | New York | January | June | 2 |
| 1983 | New York | February | June | 5 |
| 1983 | New York | June | December | 6 |
| 1983 | New York | June | December | 8 |
| 1983 | New York | June | December | 10 |
| 1983 | New York | June | July | 4 |
| 1983 | New York | July | August | 11 |
| 1983 | New York | July | December | 9 |
| 1983 | New York | July | July | 3 |
| 1983 | New York | August | August | 12 |
| 1983 | New York | August | August | 13 |
| 1983 | New York | September | October | 16 |
| 1983 | New York | September | September | 14 |
| 1983 | New York | September | September | 15 |
| 1983 | New York | October | December | 19 |
| 1983 | New York | October | October | 17 |
| 1983 | New York | October | October | 18 |
| 1983 | New York | November | December | 22 |
| 1983 | New York | November | November | 20 |
| 1983 | New York | November | November | 21 |
| 1983 | New York | December | December | 23 |
| 1983 | New York | December | December | 24 |
| 1983 | Nassau | September | December | 81 |
| 1983 | Nassau | November | November | 82 |
| 1983 | Nassau | December | December | 84 |
| 1983 | IBF | January | December | 7 |
| 1984 | New York | January | December | 25 |
| 1984 | New York | January | January | 26 |
| 1984 | New York | January | January | 27 |
| 1984 | New York | January | January | 28 |
| 1984 | New York | January | June | 29 |
| 1984 | New York | January | March | 19 |
| 1984 | New York | February | February | 31 |
| 1984 | New York | February | February | 32 |
| 1984 | New York | March | April | 36 |
| 1984 | New York | March | April | 37 |
| 1984 | New York | March | June | 38 |
| 1984 | New York | March | March | 33 |
| 1984 | New York | March | March | 34 |
| 1984 | New York | March | March | 35 |
| 1984 | New York | April | April | 40 |
| 1984 | New York | April | May | 39 |
| 1984 | New York | April | May | 41 |

National Westminster Bank PLC v. United States
United States Court of Federal Claims, No. 95-758T
Index of Materials Available in Plaintiff's Repository

Index of Materials Made Available to the United States Pursuant to Judge Firestone's July 16, 2004 Order
August 5, 2004

3. Boxed Materials

A. Account Statements

| Year | Branch | Start Date | End Date | Box Number |
|---|---|---|---|---|
| 1984 | New York | May | June | 45 |
| 1984 | New York | May | May | 42 |
| 1984 | New York | May | May | 43 |
| 1984 | New York | May | May | 44 |
| 1984 | New York | June | June | 30 |
| 1984 | New York | June | June | 46 |
| 1984 | New York | June | June | 47 |
| 1984 | New York | June | June | 48 |
| 1984 | New York | July | December | 53 |
| 1984 | New York | July | July | 49 |
| 1984 | New York | July | July | 50 |
| 1984 | New York | July | September | 51 |
| 1984 | New York | August | August | 54 |
| 1984 | New York | August | August | 55 |
| 1984 | New York | September | November | 56 |
| 1984 | New York | September | October | 57 |
| 1984 | New York | September | October | 58 |
| 1984 | New York | September | October | 59 |
| 1984 | New York | October | October | 60 |
| 1984 | New York | November | November | 61 |
| 1984 | New York | November | November | 62 |
| 1984 | New York | December | December | 63 |
| 1984 | New York | December | December | 64 |
| 1984 | Nassau | January | December | 81 |
| 1984 | Nassau | January | January | 84 |
| 1984 | Nassau | February | February | 82 |
| 1984 | Nassau | March | April | 83 |
| 1984 | Nassau | May | June | 86 |
| 1984 | IBF | January | December | 52 |
| 1984 | IBF | April | June | 89 |
| 1984 | IBF | July | August | 90 |
| 1985 | New York | January | June | 65 |
| 1985 | New York | January | June | 66 |
| 1985 | New York | January | June | 67 |
| 1985 | New York | May | May | 68 |
| 1985 | New York | July | December | 69 |
| 1985 | New York | July | December | 70 |
| 1985 | Nassau | January | December | 81 |
| 1985 | IBF | September | December | 91 |
| 1985 | IBF | December | December | 87 |
| 1986 | New York | February | February | 71 |
| 1986 | New York | February | February | 72 |
| 1986 | New York | March | March | 73 |
| 1986 | New York | April | April | 74 |
| 1986 | New York | April | December | 75 |

National Westminster Bank PLC v. United States
United States Court of Federal Claims, No. 95-758T
Index of Materials Available in Plaintiff's Repository

Index of Materials Made Available to the United States Pursuant to Judge Firestone's July 16, 2004 Order
August 5, 2004

3. Boxed Materials

A. Account Statements

| Year | Branch | Start Date | End Date | Box Number |
|---|---|---|---|---|
| 1986 | New York | June | June | 76 |
| 1986 | New York | July | July | 77 |
| 1986 | New York | July | July | 78 |
| 1986 | Nassau | January | December | 81 |
| 1986 | Nassau | August | October | 85A |
| 1986 | Nassau | August | October | 85B |
| 1986 | IBF | April | June | 88 |
| 1987 | New York | December | December | 79 |
| 1987 | Nassau | January | March | 81 |
| 1987 | Grand Cayman | May | December | 92 |

**National Westminster Bank PLC v. United States**
**United States Court of Federal Claims, No. 95-758T**
**Index of Materials Available in Plaintiff's Repository**

**Index of Materials Made Available to the United States Pursuant to Judge Firestone's July 16, 2004 Order**
**August 5, 2004**

**3. Boxed Materials**

**B. Other Materials**

| Description | Box Number |
|---|---|
| Various Group Charges Calculations and Correspondence, New York Branch, 1984 | 93A |
| Various Group Charges Calculations and Correspondence, New York Branch, 1981-1985 | 93B |
| Various Group Charges Calculations and Correspondence, New York Branch, 1984-1987 | 94A |
| Various Group Charges Calculations and Correspondence, New York Branch, 1984-1987 | 94B |
| Various Group Charges Calculations and Correspondence, New York Branch, 1984-1987 | 95A |
| Various Group Charges Calculations and Correspondence, New York Branch, 1985-1987 | 95B |
| Various Group Charges Calculations and Correspondence, New York Branch, 1985-1987 | 96 |
| Various Group Charges Calculations and Correspondence, New York Branch, 1982-1983 | 97A |
| Various Group Charges Calculations and Correspondence, New York Branch, 1982-1983 | 97B |
| Various Group Charges Calculations and Correspondence, New York Branch, 1981-1987 | 98 |
| Various Group Charges Calculations and Correspondence, New York Branch, 1982-1983 | 99 |
| Various Group Charges Calculations and Correspondence, New York Branch, 1985-1987 | 100A |
| Various Group Charges Calculations and Correspondence, New York Branch, 1985-1987 | 100B |
| Various Group Charges Calculations and Correspondence, New York Branch, 1986-1987 | 101 |
| Various Group Charges Calculations and Correspondence, New York Branch, 1985-1987 | 102A |
| Various Group Charges Calculations and Correspondence, New York Branch, 1986-1987 | 102B |
| Various New York Branch Reports, February, March, June-September 1987 | 103 |
| Various New York Branch Reports, February 1987 | 104 |
| Various Reports for New York, IBF, Nassau, Chicago and San Francisco, 12/30/1983; New York, IBF and Chicago, 12/31/82 | 105 |
| Various Nassau and Grand Cayman Branch Reports, 1987 | 106 |
| Various Grand Cayman Branch Reports, September-October 1987 | 107 |
| Various IBF Reports, December 1985 and December 1987 | 108 |
| Various Grand Cayman Branch Reports, August-September 1987 | 109 |
| Various New York Branch Reports, January-March 1984 | 110 |
| Various Nassau Branch Reports, March and May 1987 | 111 |
| Various Fixed Asset Records | 112 |
| Various Fixed Asset Records | 113 |

**National Westminster Bank PLC v. United States**
**United States Court of Federal Claims, No. 95-758T**
**Index of Materials Available in Plaintiff's Repository**

**Additional Materials Made Available to the United States**
**August 24, 2004**

| Description | Box Number |
|---|---|
| Various group charges calculations and correspondence, 1984-1987 | 114A |
| Various group charges calculations, 1982-1984 | 114B |
| Various current account charges calculations, 1980-1982 | 114C |
| New York branch microfiche reports and statements, 1979-1980 | 115 |
| New York, IBF and Nassau branch printed reports, various dates, Jan-Feb 1987 | 116 |
| Group account correspondence, 1984 | 117 |
| New York, IBF, Nassau and Cayman branch printed reports, various dates, Oct-Dec 1986 | 118 |
| 12/31/84 printed reports - all branches; 6/30/84 printed reports - New York branch | 119 |
| New York branch and IBF printed reports, various dates, Jan-Jun 1984 | 120 |
| New York, IBF and Nassau branch printed reports, various dates, Dec 1986 and Jan 1987 | 121 |
| Nassau branch printed reports, various dates, May 1987 | 122 |
| New York branch statements, April 1986 | 123 |
| New York branch statements, June - July 1987 | 124 |
| New York branch statements, December 1986 | 125 |
| New York branch statements, July - December 1987 | 126 |
| New York branch statements, July 1986 | 127 |
| New York branch statements, August 1986 | 128 |
| New York branch statements, September 1986 - December 1987 | 129 |
| New York branch statements, March - June 1987 | 130 |
| New York branch statements, October 1986 | 131 |
| New York branch statements, September 1986 | 132 |
| New York branch statements, February 1987 | 133 |
| New York branch statements, November 1986 | 134 |
| New York branch statements, May 1986 | 135 |
| New York branch statements, October - December 1986 | 136 |
| New York branch statements, November 1986 | 137 |
| New York branch money market deal tickets, 1987 | 138 |
| New York branch money market deal tickets, 1985 | 139 |
| NewYork branch money market deal tickets, 1984-1985 | 140 |
| Nassau branch money market deal tickets, September 1984 | 141 |
| New York branch money market deal tickets, 1987 | 142 |
| New York branch money market deal tickets, 1986 | 143 |
| Nassau branch money market deal tickets, August - September 1987 | 144 |

National Westminster Bank PLC v. United States
United States Court of Federal Claims, No. 95-758T
Index of Materials Available in Plaintiff's Repository

Additional Materials Made Available to the United States
November 22, 2004

| Description | Box Number |
|---|---|
| Files Relating to Bank Customers | 145 |
| Files Relating to Bank Customers | 146 |
| Files Relating to Bank Customers | 147 |
| Files Relating to Bank Customers | 148 |
| Money Book Maturity Ladders | 149 |
| Money Book Maturity Ladders | 150 |
| Money Book Maturity Ladders | 150A |
| Balance Sheets, Profit & Loss Statements, and Accounting Records Relating to Premises and Fixed Assets, Prior to 1981 | 151 |
| Miscellaneous | 152 |
| Account Statements for National Bank of Dubai | 153 |
| Internal Audit Materials | 154A |
| Internal Audit Materials | 154B |
| Internal Audit Materials | 155A |
| Internal Audit Materials | 155B |
| Internal Audit Materials | 156 |
| Internal Audit Materials | 157 |
| Internal Audit Materials | 158 |
| Miscellaneous Microfiche 1979-1980 | 159 |

# UNITED STATES
# COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NATIONAL WESTMINSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 95-758C |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

Pages: 1 through 79

Place: Washington, D.C.

Date: July 13, 2004

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005-4018
(202) 628-4888
hrc@concentric.net

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NATIONAL WESTMINSTER, | ) |
| Plaintiff, | ) |
| v. | ) No. 95-758C |
| THE UNITED STATES, | ) |
| Defendant. | ) |

Courtroom 8
National Courts Building
717 Madison Place, N.W.
Washington, D.C.

Tuesday,
July 13, 2004

The parties met, pursuant to the notice of the Judge, at 10:12 a.m.

BEFORE: HON. NANCY B. FIRESTONE
Judge

APPEARANCES:

For the Plaintiff:

D. SCOTT WISE, Esquire
MICHAEL MOETELL, Esquire
TOM BUCHANAN, Esquire
Davis, Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

For the Defendant:

STEVEN FRAHM, Esquire
MILDRED SEIDMAN, Esquire
U.S. Department of Justice
Civil Division
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

(Pages Omitted)

every single day of transactions --

MR. FRAHM: That's not our intent at all.

THE COURT: All right. What is it, then, that you're looking for?

MR. FRAHM: All right. First of all, what we've been talking about, in terms of this gapping and parking, is an element of what we're inquiring about, but it is by no means a major element or something that we would think is likely to be something that we're going to be spending an inordinate amount of time. What we would propose to do --

THE COURT: Okay.

MR. FRAHM: -- is find out more about what sort of documentation Plaintiff kept. We've had representations, but we haven't done any formal discovery about the documentation. Our view of the way to approach the interest rate problem and focus on whether or not particular rates were or were not arms length at a given time is by using a sample technique of some sort, not looking at every day's transactions --

THE COURT: That's good.

MR. FRAHM: -- validating transactions for seven years, but using some sort of a sample technique --

THE COURT: Okay.

MR. FRAHM: -- to compare like transactions when

they were entered into by the branch with affiliates and with third parties, so that you would have a apples to apples comparison. If on a particular day in 1985, a particular kind of instrument was entered into by the branch with a third party and with an affiliate within a short time of each other with the same sort of duration, the same sort of terms, we can look at the interest rates and see whether they line up or not. Maybe, they do; maybe, they don't. We haven't ever had an opportunity to do that sort of analysis.

THE COURT: All right. And who -- all right, so you now are proposing some sort of -- you would superimpose, once you get the data --

MR. FRAHM: If it exists, and that's an important point.

THE COURT: Let me just ask the question. Do you know what you have?

MR. WISE: Yes. Pretty much, and we have, I think, for a number of years offered these microfiche financial records to the government for their inspection and it has never occurred. But, we still would make such offer.

THE COURT: Okay. And you have it on both -- I mean, both the --

MR. WISE: Yes. It's the --

THE COURT: -- what the actual liabilities are?

MR. WISE: -- balance sheets.

MR. FRAHM: Let me address that for a moment, Your Honor.

THE COURT: Okay.

MR. FRAHM: As I understand Plaintiff's recordkeeping system that was entered into -- that the branch engaged in, when transactions were entered into, it was recorded into a database on computer and from that database, certain reports were issued, which are separate from the entry of information on a particular transaction. So, the reports lumped things together. The database, according to Plaintiff, can't be located.

THE COURT: All right. I read that in the papers --

MR. FRAHM: They don't have that.

THE COURT: Right.

MR. FRAHM: And deal tickets, which could be used to sample transactions, I suspect, can't be located either. We were told, at least I think it was 1986 --

THE COURT: That they didn't keep them.

MR. FRAHM: -- they didn't have them. So what we're trying to do with this initial round of discovery is find out what there is out there in the way of documentation and whether this sampling analysis that our

expert would perform is even possible. It may be that the answer to our discovery to Plaintiff is, we really don't have the documents. And I'm just trying to flush it out. Then, I might come back to you and say, it's impossible to do the kind of analysis that we think is an appropriate analysis.

THE COURT: And then what do we do?

MR. FRAHM: Well, then, I think there's a failure of proof on Plaintiff's part. All the Plaintiff has come up with is this amalgamated lending of interest rates that we think doesn't prove anything. On the other hand, if Plaintiff does have the documents, then we would propose to do the sort of statistical analysis that I've described.

THE COURT: All right. Mr. Wise?

MR. WISE: We don't agree that we will not be able to carry out burden of proving whatever it is we need to prove on this arms length rate issue. I think the only -- if you're willing to allow the government to fish in this area, we will put all of the documents in a place where the government can review them. And they can do whatever it is they want to do. But, I think that's -- we just want to make sure that that is not an endless process.

THE COURT: All right. And you're estimate --

you, presumably, have these things all collected in one place?

MR. WISE: We do. We have all the financial documents in one place. And if there are other documents that he would like to look at, we have other indices of boxes in warehouses that we'd be happy to show him.

THE COURT: All right. And what is -- if that's now all been collected, what do you think is a reasonable -- in your view, is a reasonable time limit placed on the ability of your folks to go through that and determine whether or not there is some sort of a --

MR. FRAHM: Their estimate, based on what we really don't know now, in the way of availability of documents, is six months.

THE COURT: Okay. So, you would like six months to complete document discovery?

MR. FRAHM: That's right.

THE COURT: Okay.

MR. FRAHM: Now, what I would, also, propose, Your Honor, is that once Plaintiff has responded to our discovery, I'd be happy to either file something with you or come back and discuss it and give you an update. It may well be, if, as we suspect, despite what we're hearing now, what's really available is reports that just lumps things together and not specific identifiable data

on individual transactions, then it may be that we don't even need six months. It could be that we need longer, but I would propose to tell you that very early, if we do.

THE COURT: All right.

MR. WISE: Could I make a statement? I don't want to misstate or mistaken impression left in the record. We're going to have an objection to the extent the government is asking us to perform a lot of calculations, aggregation, disaggregation, stuff that would require accountants to go through records and do huge numbers of man hours of work. Where we will not have an objection is putting all the source documents in a room, letting the government look at them.

THE COURT: Right now, the only thing I'm going to allow is document review, okay. No interrogatories, okay. You can have the documents that you've asked for, that are relevant to both, for ease of my understanding, the asset and liability side of this interest expense and interest income issue and, obviously, with a special focus, now that you know, on what information you have regarding the specific transactions that took place on both sides of the equation with the home office and affiliates. Okay. What you basically have with that -- I mean, if any of that is in places -- I mean, whatever

(Pages Omitted)

REPORTER'S CERTIFICATE

DOCKET NO.: 95-758C

CASE TITLE: National Westminster v. United States

HEARING DATE: July 13, 2004

LOCATION: Washington, D.C.

I hereby certify that the proceedings and evidence are contained fully and accurately on the tapes and notes reported by me at the hearing in the above case before the United States Court of Federal Claims.

Date: 7/13/04

____________________________

Charity Davis
Heritage Reporting Corporation
1220 L Street, N.W.
Washington, D.C. 20005

***** K 3 *****

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NEW YORK | | A220 INTEREST LADDERS TO 30JUN82 | | 8Y | | 30JUN82 | 698 |
| ***** 140 USA DOLLAR | 00153338 00 NATWEST COMM SER INC | | NWB/IWB GROUP. | | | | |
| V/DATE | DEBITS | CREDITS C/A CR RATE | TRUE BALANCE | DAYS | DEBIT INTEREST | CREDIT INTEREST | |
| 6MAY82 | | | 12.500000% 0.00 | | | | |
| 6MAY82 | NEW ACCOUNT EFFECTIVE RATE 17.500000% | 5,000,000.00 | 5,000,000.00 | 1 | | 1,736.11 | |
| | | | 0.00 | 54 | | 0.00 | |
| 7MAY82 | 5,000,000.00 | | | | | | |

**************************************************

| SUMMARY - | DEBIT | CREDIT | | DEBIT | CREDIT |
|---|---|---|---|---|---|
| AVERAGE BALANCE | 0 | 90,909 | INT ADJ PREVIOUS | 0.00 | 0.00 |
| NO OF DAYS | 0 | 55 | INTEREST CURRENT | 0.00 | 1,736.11 |
| HIGHEST DR BAL | 0 | | COMM RE HIGH O/D | 0.00 | |
| TURNOVER | 5,000,000 | | COMM CODE 1 | 6.00- | |
| NUMBER OF ENTRIES | 2 | | NET INT COMM | | 0.00 |
| | | | ANC CHARGES | 0.00 | 0.00 |
| | | | LOCAL TAXES | 0.00 | 0.00 |
| | | | UNPAID INTEREST | | 0.00 |
| | | | TOTALS | 0.00 | 0.00 |
| | | | NET CHARGE | | 0.00 |

- LADDER REQUESTED

# UNITED STATES
# COURT OF FEDERAL CLAIMS

FILED APR - 8 2005 U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NATIONAL WESTMINSTER BANK, PLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Docket No.: 95-758T |
| UNITED STATES, | ) | |
| Defendant. | ) | |

Pages: 1 through 57

Place: Washington, D.C.

Date: March 9, 2005

**HERITAGE REPORTING CORPORATION**

*Official Reporters*

1220 L Street, N.W., Suite 600
Washington, D.C. 20005-4018
(202) 628-4888
hrc@concentric.net

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NATIONAL WESTMINSTER BANK, PLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No.: 95-758T |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

Room 613
National Courts Building
717 Madison Place N.W.
Washington, D.C.

Wednesday,
March 9, 2005

The parties met, pursuant to notice of the Court, at 2:09 p.m.

BEFORE: HONORABLE NANCY B. FIRESTONE
Judge

APPEARANCES: (Telephonically)

For the Plaintiff:

D. SCOTT WISE
MARIO VERDOLINI, Esquire
Davis Polk & Wardwell
450 Lexington Avenue, Suite 2212
New York, New York 10017
(202) 450-4969

MITCH MOTEL
Washington, DC

APPEARANCES: (Continued)

For the Defendant:

STEVEN FRAHM, Esquire
REBECCA HAAS
United States Department of Justice
Tax Division, Claims Court Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044-0026
(202) 307-6504

(Pages Omitted)

THE COURT: Well, Mr. Frahm, let me tell you what I'm getting little concerned about. I have obviously understood for many, many months now that the government does not agree with my legal determination and that's perfectly fine.

MR. FRAHM: Sure. I understand.

THE COURT: It doesn't have to. But the problem of it is that at some point the question is going to be based upon my legal ruling are there facts in dispute that warrant us to have a trial.

I have to tell you, I got obviously the Plaintiff's motion, I got your response, and I appreciated the fact that in several of your responses you indicated your experts were looking at things. But as I saw your response as to what was giving you heartburn, I saw three issues: (1) the government still seems to be very concerned about doing things in aggregate form and wants to preserve this notion that there are six branches, six branch offices, six entities, whatever, each separate and distinct for which there needs to be this calculation. And what I have a hard time understanding is ultimately why things can't be done in the aggregate.

I don't disagree that you may individually have to say this is New York and this is San Francisco

and this is Chicago and this is the Cayman Islands, but ultimately for my purposes, there is really basically arithmetic to be done at the end of the day to add those calculations together. And so I saw in the expert report that Nat West has filed that there is in that expert report a disaggregation of various interest expenses and so forth.

I understand that one may want to understand how you put this together, but I don't appreciate the fact that there is some religious issue that seems to be at the core of your objection. That seems to be one major thing you seem to be very upset about and that somehow or other there is a trick going on that I need to fully appreciate.

MR. FRAHM: That's right, Your Honor. And that's part of what would be presented at trial.

THE COURT: But wait a second.

MR. FRAHM: And in our briefs.

THE COURT: Mr. Frahm, the problem is this. Ultimately, I'm trying to figure out -- what then seemed to bother me was when I read your expert, Colby's report, and what struck me is the question you were asking him to do, in other words, he sort of indicated, as I read his paper, oh, I can't apply the manual, the inland manual criteria to this books and

records because (a) that is to be done sort of through a negotiation, but (b) ultimately the task has to be finding a reasonable capital level for each of these individual branch banks and this will never yield that.

MR. FRAHM: Right.

THE COURT: And that (b) part of the question, Mr. Frahm, is not in this lawsuit now. That's what's kind of throwing me as to what's going on here. He may think that his task is to determine a reasonable capital level. I have determined and we've had -- I know you don't agree, but we've had this conversation now many times -- the reasonable capital level is indeed the capital level reflected on their books and records subject to whatever suggested changes are needed to the extent that capital was not being reflected on the books and records and there's a discussion of this and obviously the Plaintiff's report as to retained earnings that it may have been sort of expatriated back and with regard to capital loans. The technical discussion which I'm gleaning from his report saying everything was all cleaned up and in fact the books and records accurately reflect the accounts, although they may be named somewhat differently, but they were in fact capital accounts

that were appropriately characterized as such.

That's the task here.

I appreciate the fact that -- I've decided that there isn't an arbitrary number to be picked based upon peer institutions, that there isn't going to be an allocation based upon whatever capital was being held by Nat West in the U.K. to cover the offices in the United States. And so the task really is whether or not these books and records are accurately reflecting the accounts of these various office transactions, in particular, the inland manual identified situations in which infusions from the home office should be more properly deemed capital infusions and similarly payment out should be considered sort of retained earnings or something of the sort as opposed to sort of loans or however they may have been characterized.

So when Mr. Wise is talking about summary judgment, my sense of it is you may not have any factual dispute with regard to how they're doing any of these calculations. Your fundamental dispute is that I am wrong in not finding some sort of capital level that the government thinks is somehow an acceptable capital level over and above what the actual books and records reflect. That seems to be

what the fight here is on the capital issue.

MR. FRAHM: Your Honor, I accept for purposes of this trial fully that we should be implementing your decision. I'm not trying to tilt against that. The argument of that has passed. I agree with you completely that your test is the applicable test for purposes of trial. You're right. We disagree and I think it's probably no secret that we're likely headed for an appeal, but for purposes of this proceeding, I'm not trying to get you to reevaluate your November 2003 opinion. I'm trying to implement it and the reference to reasonableness refers to the language that is contained in the inland revenue banking manual and the inland revenue banking manual is what you have directed that we implement.

Fundamentally, we disagree with Plaintiff as to the way the inland revenue banking manual should be implemented, not as to how your opinion should be implemented. It's clear, and everyone would acknowledge, that the inland revenue banking manual is the directive that you expressed in your November 2003 opinion.

THE COURT: Right. But your expert has said you can't implement that.

MR. FRAHM: We can't implement that because

(Pages Omitted)

REPORTER'S CERTIFICATE

DOCKET NO.: 95-758 T

CASE TITLE: National Westminster Bank PLC, Plaintiff v United States, Defendant

HEARING DATE: 3-9-05

LOCATION: U.S. Federal Claims

I hereby certify that the proceedings and evidence are contained fully and accurately on the tapes and notes reported by me at the hearing in the above case before the U.S. Court of Federal Claims

Date: 3-9-05

Edwin M. Wesley

Official Reporter
Heritage Reporting Corporation
Suite 600
1220 L Street, N.W.
Washington, D.C. 20005-4018