IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 95-758T
(Judge Nancy B. Firestone)

NATIONAL WESTMINSTER BANK PLC,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

SUPPLEMENTAL AFFIDAVIT OF MARIO J. VERDOLINI, JR.

I, MARIO J. VERDOLINI, JR, do solemnly swear that the following facts are true to the best of my knowledge and belief:

1. I am a member in good standing of the Bar of the State of New York and of this Court. I am a member of the firm of Davis Polk & Wardwell, counsel for National Westminster Bank PLC ("Plaintiff").

2. I make this affidavit in support of Plaintiff's Reply in Further Support of its Motion for Summary Judgment, submitted pursuant to RCFC 56(a). The purpose of this affidavit is to place before the Court documentary evidence in support of Plaintiff's motion. Excerpts of certain documents are being submitted, but complete copies are available upon request.

3. Exhibit 90 hereto is a true and correct copy of Plaintiff's FRE summary with respect to NatWest Holdings Inc. and Subsidiaries - Summary of Taxable Income for Tax Years 1983-1987 and excerpts of the United States Federal Income Tax Returns of NatWest Holdings Inc. and Subsidiaries for the years 1983-1987.

4. Exhibit 91 hereto is a true and correct copy of excerpts from Plaintiff's Responses and Objections to Defendant's Eighth Set of Requests for Production and Copying of Documents.

5. Exhibit 92 hereto is a true and correct copy of excerpts from the Transcript of the Status Conference before Judge Firestone on July 13, 2004.

6. Exhibit 93 hereto is a true and correct copy of an A220 report from the New York branch, for the account of NatWest Commercial Services, Inc., dated June 30, 1982.

7. Exhibit 94 hereto is a true and correct copy of excerpts from the Transcript of the Status Conference before Judge Firestone on March 9, 2005.

Mario J. Verdolini, Jr.

Sworn to before me this
18th day of August, 2005

Notary Public

DIANE F. GRUBERGER
Notary Public, State of New York
No. 0GR4769436
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Nov. 30, 2006