IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 95-758T
(Judge Nancy B. Firestone)

NATIONAL WESTMINSTER BANK PLC,
Plaintiff

v.

THE UNITED STATES,
Defendant

# PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT'S EIGHTH SET OF REQUESTS FOR PRODUCTION AND COPYING OF DOCUMENTS

Pursuant to Rules 26 and 34 of the United States Court of Federal Claims, plaintiff hereby responds to defendant's Eighth Set of Requests for Production and Copying of Documents.

## GENERAL OBJECTIONS

1. Plaintiff objects to each of defendant's requests to the extent the request is unduly burdensome and results in unnecessary expense to plaintiff.

2. Plaintiff objects to each of defendant's requests to the extent the request seeks (i) copies of original documents that are decades old, are of non-standard size or are fragile and at risk of damage from unnecessary handling, and/or (ii) documents that have been placed in the document repository and already are available to defendant. Plaintiff has added 18 boxes of additional responsive documents to the repository in response to

defendant's current set of discovery requests. Those documents, in boxes 145-159, along with the documents already in the repository, remain available for defendant's inspection and are referenced herein by box and folder numbers. Attached hereto as Exhibit A is a revised index to the boxes in the repository.

3. Plaintiff objects to each of defendant's requests to the extent the request seeks (i) documents obtainable from some other source that is more convenient, less burdensome or less expensive, (ii) documents not relevant to issues in the proceeding or (iii) information that is not reasonably calculated to lead to the discovery of admissible evidence in this proceeding and beyond the scope of proper discovery under the rules of the United States Court of Federal Claims.

4. Plaintiff objects to each of defendant's requests to the extent the request is vague, ambiguous, or does not identify with particularity the documents sought.

5. Plaintiff objects to each of defendant's requests to the extent the request seeks documents that are protected from discovery by any applicable privileges, including the attorney-client privilege and the work product doctrine.

6. Plaintiff objects to the requests to the extent they seek to impose obligations beyond those imposed by the Rules of the United States Court of Federal Claims or any other applicable rules. Plaintiff will comply with the Rules of the United States Court of Federal Claims and any other applicable rules.

Without waiving the above general objections, plaintiff has responded in accordance with the Rules of the United States Court of Federal Claims to each of defendant's requests in a manner consistent with plaintiff's understanding of such requests.

Exhibit A

National Westminster Bank PLC v. United States
United States Court of Federal Claims, No. 95-758T
Index of Materials Available in Plaintiff's Repository

Index of Materials Made Available to the United States Pursuant to Judge Firestone's July 16, 2004 Order
August 5, 2004

1. Microfiche Reports

| Year | Office | Months Covered |
|---|---|---|
| 1981 | New York | January-December |
| 1981 | IBF | November-December |
| 1981 | Nassau | January-December |
| 1981 | Chicago | January-December |
| 1981 | San Francisco | January-December |
| 1982 | New York | January-December |
| 1982 | IBF | January-December |
| 1982 | Nassau | January-December |
| 1982 | Chicago | January-December |
| 1982 | San Francisco | January-December |
| 1983 | New York | January-December |
| 1983 | IBF | January-December |
| 1983 | Nassau | January-December |
| 1983 | Chicago | January-December |
| 1983 | San Francisco | January-October 20 |
| 1984 | New York | January-December |
| 1984 | IBF | January-December |
| 1984 | Nassau | January-December |
| 1984 | Chicago | January-December |
| 1984 | San Francisco | Isolated days only |
| 1985 | New York | January-December |
| 1985 | IBF | January-December |
| 1985 | Nassau | January-December |
| 1985 | Chicago | January-December |
| 1985 | San Francisco | Isolated days only |
| 1985 | Grand Cayman | July-December |
| 1986 | New York | January-December |
| 1986 | IBF | January-December |
| 1986 | Nassau | January-December |
| 1986 | Chicago | January-December |
| 1986 | San Francisco | January-December |
| 1986 | Grand Cayman | January-December |
| 1987 | New York | January-December |
| 1987 | IBF | January-December |
| 1987 | Nassau | January 2-11; June-December |
| 1987 | Chicago | January-December |
| 1987 | San Francisco | January-December |
| 1987 | Grand Cayman | January-December |

Note: The microfiche for months described as "covered" may be missing individual days or pages. Additional microfiche may be available for isolated days outside the periods described as "covered."

**National Westminster Bank PLC v. United States**
**United States Court of Federal Claims, No. 95-758T**
**Index of Materials Available in Plaintiff's Repository**

**Index of Materials Made Available to the United States Pursuant to Judge Firestone's July 16, 2004 Order**
**August 5, 2004**

**2. Microfiche Account Statements**

| Year | Office | Months Covered |
|---|---|---|
| 1981 | New York | January-December |
| 1981 | IBF | November-December |
| 1981 | Nassau | January-December |
| 1981 | Chicago | January-December |
| 1981 | San Francisco | January-December |
| 1982 | New York | January-December |
| 1982 | IBF | January-December |
| 1982 | Nassau | January-December |
| 1982 | Chicago | January-December |
| 1982 | San Francisco | January-December |
| 1983 | New York | January-October 20 |
| 1983 | IBF | January-December |
| 1983 | Nassau | January-December |
| 1983 | Chicago | January-December |
| 1983 | San Francisco | January-October 20 |
| 1984 | New York | None |
| 1984 | IBF | January-December |
| 1984 | Nassau | January-December |
| 1984 | Chicago | January-December |
| 1984 | San Francisco | None |
| 1985 | New York | None |
| 1985 | IBF | January-December |
| 1985 | Nassau | January-December |
| 1985 | Chicago | January-December |
| 1985 | San Francisco | Isolated days only |
| 1985 | Grand Cayman | November-December |
| 1986 | New York | August only |
| 1986 | IBF | January-December |
| 1986 | Nassau | January-December |
| 1986 | Chicago | January-December |
| 1986 | San Francisco | January-December |
| 1986 | Grand Cayman | January-August 21; Sep-Dec isolated days only |
| 1987 | New York | Isolated days only |
| 1987 | IBF | January-December |
| 1987 | Nassau | January 2-9; June-December |
| 1987 | Chicago | January-December |
| 1987 | San Francisco | January-December |
| 1987 | Grand Cayman | Isolated days only |

Note: The microfiche for months described as "covered" may be missing individual days or pages. Additional microfiche may be available for isolated days outside the periods described as "covered."

National Westminster Bank PLC v. United States
United States Court of Federal Claims, No. 95-758T
Index of Materials Available in Plaintiff's Repository

Index of Materials Made Available to the United States Pursuant to Judge Firestone's July 16, 2004 Order
August 5, 2004

3. Boxed Materials

A. Account Statements

| Year | Branch | Start Date | End Date | Box Number |
|---|---|---|---|---|
| 1982 | New York | April | December | 80 |
| 1983 | New York | January | June | 1 |
| 1983 | New York | January | June | 2 |
| 1983 | New York | February | June | 5 |
| 1983 | New York | June | December | 6 |
| 1983 | New York | June | December | 8 |
| 1983 | New York | June | December | 10 |
| 1983 | New York | June | July | 4 |
| 1983 | New York | July | August | 11 |
| 1983 | New York | July | December | 9 |
| 1983 | New York | July | July | 3 |
| 1983 | New York | August | August | 12 |
| 1983 | New York | August | August | 13 |
| 1983 | New York | September | October | 16 |
| 1983 | New York | September | September | 14 |
| 1983 | New York | September | September | 15 |
| 1983 | New York | October | December | 19 |
| 1983 | New York | October | October | 17 |
| 1983 | New York | October | October | 18 |
| 1983 | New York | November | December | 22 |
| 1983 | New York | November | November | 20 |
| 1983 | New York | November | November | 21 |
| 1983 | New York | December | December | 23 |
| 1983 | New York | December | December | 24 |
| 1983 | Nassau | September | December | 81 |
| 1983 | Nassau | November | November | 82 |
| 1983 | Nassau | December | December | 84 |
| 1983 | IBF | January | December | 7 |
| 1984 | New York | January | December | 25 |
| 1984 | New York | January | January | 26 |
| 1984 | New York | January | January | 27 |
| 1984 | New York | January | January | 28 |
| 1984 | New York | January | June | 29 |
| 1984 | New York | January | March | 19 |
| 1984 | New York | February | February | 31 |
| 1984 | New York | February | February | 32 |
| 1984 | New York | March | April | 36 |
| 1984 | New York | March | April | 37 |
| 1984 | New York | March | June | 38 |
| 1984 | New York | March | March | 33 |
| 1984 | New York | March | March | 34 |
| 1984 | New York | March | March | 35 |
| 1984 | New York | April | April | 40 |
| 1984 | New York | April | May | 39 |
| 1984 | New York | April | May | 41 |

National Westminster Bank PLC v. United States
United States Court of Federal Claims, No. 95-758T
Index of Materials Available in Plaintiff's Repository

Index of Materials Made Available to the United States Pursuant to Judge Firestone's July 16, 2004 Order
August 5, 2004

3. Boxed Materials

A. Account Statements

| Year | Branch | Start Date | End Date | Box Number |
|---|---|---|---|---|
| 1984 | New York | May | June | 45 |
| 1984 | New York | May | May | 42 |
| 1984 | New York | May | May | 43 |
| 1984 | New York | May | May | 44 |
| 1984 | New York | June | June | 30 |
| 1984 | New York | June | June | 46 |
| 1984 | New York | June | June | 47 |
| 1984 | New York | June | June | 48 |
| 1984 | New York | July | December | 53 |
| 1984 | New York | July | July | 49 |
| 1984 | New York | July | July | 50 |
| 1984 | New York | July | September | 51 |
| 1984 | New York | August | August | 54 |
| 1984 | New York | August | August | 55 |
| 1984 | New York | September | November | 56 |
| 1984 | New York | September | October | 57 |
| 1984 | New York | September | October | 58 |
| 1984 | New York | September | October | 59 |
| 1984 | New York | October | October | 60 |
| 1984 | New York | November | November | 61 |
| 1984 | New York | November | November | 62 |
| 1984 | New York | December | December | 63 |
| 1984 | New York | December | December | 64 |
| 1984 | Nassau | January | December | 81 |
| 1984 | Nassau | January | January | 84 |
| 1984 | Nassau | February | February | 82 |
| 1984 | Nassau | March | April | 83 |
| 1984 | Nassau | May | June | 86 |
| 1984 | IBF | January | December | 52 |
| 1984 | IBF | April | June | 89 |
| 1984 | IBF | July | August | 90 |
| 1985 | New York | January | June | 65 |
| 1985 | New York | January | June | 66 |
| 1985 | New York | January | June | 67 |
| 1985 | New York | May | May | 68 |
| 1985 | New York | July | December | 69 |
| 1985 | New York | July | December | 70 |
| 1985 | Nassau | January | December | 81 |
| 1985 | IBF | September | December | 91 |
| 1985 | IBF | December | December | 87 |
| 1986 | New York | February | February | 71 |
| 1986 | New York | February | February | 72 |
| 1986 | New York | March | March | 73 |
| 1986 | New York | April | April | 74 |
| 1986 | New York | April | December | 75 |

**National Westminster Bank PLC v. United States**
**United States Court of Federal Claims, No. 95-758T**
**Index of Materials Available in Plaintiff's Repository**

**Index of Materials Made Available to the United States Pursuant to Judge Firestone's July 16, 2004 Order**
**August 5, 2004**

**3. Boxed Materials**

**A. Account Statements**

| Year | Branch | Start Date | End Date | Box Number |
|---|---|---|---|---|
| 1986 | New York | June | June | 76 |
| 1986 | New York | July | July | 77 |
| 1986 | New York | July | July | 78 |
| 1986 | Nassau | January | December | 81 |
| 1986 | Nassau | August | October | 85A |
| 1986 | Nassau | August | October | 85B |
| 1986 | IBF | April | June | 88 |
| 1987 | New York | December | December | 79 |
| 1987 | Nassau | January | March | 81 |
| 1987 | Grand Cayman | May | December | 92 |

National Westminster Bank PLC v. United States
United States Court of Federal Claims, No. 95-758T
Index of Materials Available in Plaintiff's Repository

Index of Materials Made Available to the United States Pursuant to Judge Firestone's July 16, 2004 Order
August 5, 2004

3. Boxed Materials

B. Other Materials

| Description | Box Number |
|---|---|
| Various Group Charges Calculations and Correspondence, New York Branch, 1984 | 93A |
| Various Group Charges Calculations and Correspondence, New York Branch, 1981-1985 | 93B |
| Various Group Charges Calculations and Correspondence, New York Branch, 1984-1987 | 94A |
| Various Group Charges Calculations and Correspondence, New York Branch, 1984-1987 | 94B |
| Various Group Charges Calculations and Correspondence, New York Branch, 1984-1987 | 95A |
| Various Group Charges Calculations and Correspondence, New York Branch, 1985-1987 | 95B |
| Various Group Charges Calculations and Correspondence, New York Branch, 1985-1987 | 96 |
| Various Group Charges Calculations and Correspondence, New York Branch, 1982-1983 | 97A |
| Various Group Charges Calculations and Correspondence, New York Branch, 1982-1983 | 97B |
| Various Group Charges Calculations and Correspondence, New York Branch, 1981-1987 | 98 |
| Various Group Charges Calculations and Correspondence, New York Branch, 1982-1983 | 99 |
| Various Group Charges Calculations and Correspondence, New York Branch, 1985-1987 | 100A |
| Various Group Charges Calculations and Correspondence, New York Branch, 1985-1987 | 100B |
| Various Group Charges Calculations and Correspondence, New York Branch, 1986-1987 | 101 |
| Various Group Charges Calculations and Correspondence, New York Branch, 1985-1987 | 102A |
| Various Group Charges Calculations and Correspondence, New York Branch, 1986-1987 | 102B |
| Various New York Branch Reports, February, March, June-September 1987 | 103 |
| Various New York Branch Reports, February 1987 | 104 |
| Various Reports for New York, IBF, Nassau, Chicago and San Francisco, 12/30/1983; New York, IBF and Chicago, 12/31/82 | 105 |
| Various Nassau and Grand Cayman Branch Reports, 1987 | 106 |
| Various Grand Cayman Branch Reports, September-October 1987 | 107 |
| Various IBF Reports, December 1985 and December 1987 | 108 |
| Various Grand Cayman Branch Reports, August-September 1987 | 109 |
| Various New York Branch Reports, January-March 1984 | 110 |
| Various Nassau Branch Reports, March and May 1987 | 111 |
| Various Fixed Asset Records | 112 |
| Various Fixed Asset Records | 113 |

National Westminster Bank PLC v. United States
United States Court of Federal Claims, No. 95-758T
Index of Materials Available in Plaintiff's Repository

Additional Materials Made Available to the United States
August 24, 2004

| Description | Box Number |
|---|---|
| Various group charges calculations and correspondence, 1984-1987 | 114A |
| Various group charges calculations, 1982-1984 | 114B |
| Various current account charges calculations, 1980-1982 | 114C |
| New York branch microfiche reports and statements, 1979-1980 | 115 |
| New York, IBF and Nassau branch printed reports, various dates, Jan-Feb 1987 | 116 |
| Group account correspondence, 1984 | 117 |
| New York, IBF, Nassau and Cayman branch printed reports, various dates, Oct-Dec 1986 | 118 |
| 12/31/84 printed reports - all branches; 6/30/84 printed reports - New York branch | 119 |
| New York branch and IBF printed reports, various dates, Jan-Jun 1984 | 120 |
| New York, IBF and Nassau branch printed reports, various dates, Dec 1986 and Jan 1987 | 121 |
| Nassau branch printed reports, various dates, May 1987 | 122 |
| New York branch statements, April 1986 | 123 |
| New York branch statements, June - July 1987 | 124 |
| New York branch statements, December 1986 | 125 |
| New York branch statements, July - December 1987 | 126 |
| New York branch statements, July 1986 | 127 |
| New York branch statements, August 1986 | 128 |
| New York branch statements, September 1986 - December 1987 | 129 |
| New York branch statements, March - June 1987 | 130 |
| New York branch statements, October 1986 | 131 |
| New York branch statements, September 1986 | 132 |
| New York branch statements, February 1987 | 133 |
| New York branch statements, November 1986 | 134 |
| New York branch statements, May 1986 | 135 |
| New York branch statements, October - December 1986 | 136 |
| New York branch statements, November 1986 | 137 |
| New York branch money market deal tickets, 1987 | 138 |
| New York branch money market deal tickets, 1985 | 139 |
| NewYork branch money market deal tickets, 1984-1985 | 140 |
| Nassau branch money market deal tickets, September 1984 | 141 |
| New York branch money market deal tickets, 1987 | 142 |
| New York branch money market deal tickets, 1986 | 143 |
| Nassau branch money market deal tickets, August - September 1987 | 144 |

National Westminster Bank PLC v. United States
United States Court of Federal Claims, No. 95-758T
Index of Materials Available in Plaintiff's Repository

Additional Materials Made Available to the United States
November 22, 2004

| Description | Box Number |
|---|---|
| Files Relating to Bank Customers | 145 |
| Files Relating to Bank Customers | 146 |
| Files Relating to Bank Customers | 147 |
| Files Relating to Bank Customers | 148 |
| Money Book Maturity Ladders | 149 |
| Money Book Maturity Ladders | 150 |
| Money Book Maturity Ladders | 150A |
| Balance Sheets, Profit & Loss Statements, and Accounting Records Relating to Premises and Fixed Assets, Prior to 1981 | 151 |
| Miscellaneous | 152 |
| Account Statements for National Bank of Dubai | 153 |
| Internal Audit Materials | 154A |
| Internal Audit Materials | 154B |
| Internal Audit Materials | 155A |
| Internal Audit Materials | 155B |
| Internal Audit Materials | 156 |
| Internal Audit Materials | 157 |
| Internal Audit Materials | 158 |
| Miscellaneous Microfiche 1979-1980 | 159 |