***** K 3 *****

A220 INTEREST LADDERS TO 30JUN82 8Y 30JUN82 698

NEW YORK NWB/IWB GROUP.

***** 140 USA DOLLAR 00153338 00 NATWEST COMM SER INC

| V/DATE | | DEBITS | CREDITS C/A CR RATE | TRUE BALANCE | DAYS | DEBIT INTEREST | CREDIT INTEREST |
|---|---|---|---|---|---|---|---|
| 6MAY82 | | | | 12.500000% 0.00 | | | |
| 6MAY82 | NEW ACCOUNT EFFECTIVE RATE 17.500000% | | 5,000,000.00 | 5,000,000.00 | 1 | | 1,736.11 |
| | | | | 0.00 | 54 | | 0.00 |
| 7MAY82 | | 5,000,000.00 | | | | | |

**********************************************

| SUMMARY - | DEBIT | CREDIT | | DEBIT | CREDIT |
|---|---|---|---|---|---|
| AVERAGE BALANCE | 0 | 90,909 | INT ADJ PREVIOUS | 0.00 | 0.00 |
| NO OF DAYS | 0 | 55 | INTEREST CURRENT | 0.00 | 1,736.11 |
| HIGHEST DR BAL | 0 | | COMM RE HIGH O/D | 0.00 | |
| TURNOVER | 5,000,000 | | COMM CODE 1 | 6.00- | |
| NUMBER OF ENTRIES | 2 | | NET INT COMM | | 0.00 |
| | | | ANC CHARGES | 0.00 | 0.00 |
| - LADDER REQUESTED | | | LOCAL TAXES | 0.00 | 0.00 |
| | | | UNPAID INTEREST | | 0.00 |
| | | | TOTALS | 0.00 | 0.00 |
| | | | NET CHARGE | | 0.00 |