IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 95-758T
(Judge Nancy B. Firestone)

NATIONAL WESTMINSTER BANK PLC,
*Plaintiff*,

v.

THE UNITED STATES,
*Defendant*.

JOINT MOTION TO SUBSTITUTE REDACTED VERSIONS OF CERTAIN OF PLAINTIFF'S AND DEFENDANT'S EXHIBITS AND TO SEAL DEFENDANT'S EXHIBIT 6 IN CONNECTION WITH PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff has advised Defendant that the Right to Financial Privacy Act (12 U.S.C. § 3402) accords confidential treatment to financial records of customers of National Westminster Bank PLC ("NatWest") who are individuals, and, as a result, has proposed certain redactions to Plaintiff's Exhibits 46, 57, D, and E and Defendant's Exhibits 6, 16 and 17, submitted to the Court in connection with the briefing of Plaintiff's Motion for Summary Judgment. In addition, Plaintiff has advised Defendant that bank regulatory examination reports of certain of NatWest's branch operations – which Plaintiff had previously produced to Defendant in discovery and which Defendant had previously attached as Exhibit 6 to its Opposition to Plaintiff's Motion for Summary Judgment – are considered confidential by the Federal Reserve Board, the New York State Banking Department, and the California Department of Financial Institutions that prepared

them. Plaintiff proposes that Defendant's Exhibit 6 be placed under seal and become subject to a confidentiality order. As Defendant has no objection to Plaintiff's proposed redactions, or to placing Defendant's Exhibit 6 under seal and a confidentiality order, Defendant consents to the filing of this motion as a joint motion of the parties. The parties respectfully request the following:

1. That the Court file redacted versions of Plaintiff's Exhibits 46, 57, D, and E and Defendant's Exhibits 6, 16 and 17 to substitute for the previously filed unredacted versions of those exhibits.

2. That the Court place Defendant's Exhibit 6 to its Opposition to Plaintiff's Motion for Summary Judgment under seal, so that it may not be viewed by the general public, and further order the protection of the confidentiality of the examination reports by limiting their use and disclosure to the courts and their employees, as necessary to resolve this case, and to the parties, their counsel, staff, and witnesses.

3. To effect the above, that the Court accept for filing two CD-ROMs attached to this motion. One CD-ROM is labeled "Not Under Seal – Omits Defendant's Exhibit 6 (Which is Under Seal)." The other disc is labeled "Under Seal – Includes Defendant's Exhibit 6 (Which is Under Seal)." Each CD-ROM includes redactions to Plaintiff's Exhibits 46, 57, D, and E, and Defendant's Exhibits 6, 16 and 17 that Plaintiff considers necessary to comply with the Right to Financial Privacy Act. Defendant consents to such redactions. For the Court's convenience, plaintiff has copied the parties' other unrestricted exhibits to both discs and represents that they are identical to those included on the discs the parties separately filed with their briefs.

Dated: New York, New York
November 17, 2005

Respectfully submitted,

/s/ D. Scott Wise

D. Scott Wise
Attorney of Record for Plaintiff
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Facsimile: (212) 450-3800