# In the United States Court of Federal Claims

**No. 95-758T**
**(Filed: November 18, 2005)**

* * * * * * * * * * * * * * * * *
*
**NATIONAL WESTMINSTER** *
**BANK PLC,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

Oral argument on plaintiff's motion for summary judgment shall be heard on **Friday, December 9, 2005 at 10:00 a.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place N.W., Washington, DC 20005. Counsel for each party shall appear in person. The courtroom number shall be posted in the lobby on the day of the proceeding.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge