# In the United States Court of Federal Claims

**No. 95-758T**
**(Filed: December 1, 2005)**

* * * * * * * * * * * * * * * * *

**NATIONAL WESTMINSTER BANK PLC,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

The parties' joint motion, filed November 17, 2005, to substitute redacted versions of certain of plaintiff's and defendant's exhibits and to seal defendant's exhibits 6 in connection with plaintiff's motion for summary judgment is **GRANTED**. Accordingly, Exhibit 6 of plaintiff's motion for summary judgment is to be filed under seal. In addition, the redacted substituted versions of the plaintiff's and defendant's exhibits contained on a CD-ROM shall be held by the Clerk's Office.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge