# In the United States Court of Federal Claims

**No. 95-758T**
**(Filed: January 18, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **NATIONAL WESTMINSTER BANK PLC,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER**

The court hereby **SCHEDULES** a status conference for **Wednesday, January 25, 2006, at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff (212) 450-4969; counsel for defendant (202) 307-3046. The court will initiate the conference call.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge