# In the United States Court of Federal Claims

**No. 95-758T**
**(Filed: January 27, 2006)**

* * * * * * * * * * * * * * * * * *
**NATIONAL WESTMINSTER BANK PLC,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * *

## ORDER

Based on the January 25, 2006 telephonic status conference, the court orders as follows:

1) The parties shall make arrangements for the government to depose Mr. Walmsley during the period between February 22, 2006 and March 3, 2006. The plaintiff shall produce the documents necessary for the deposition in advance.

2) The court **SCHEDULES** a status conference for **Thursday, March 30, 2006, at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone, and unless otherwise notified will be contacted at the following numbers: counsel for the plaintiff at (212) 450-4969; counsel for the government at (202) 307-3046. The court will initiate the call.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge