# In the United States Court of Federal Claims

**No. 95-758T**
**(Filed: April 19, 2006)**

* * * * * * * * * * * * * * * * * *
*
**NATIONAL WESTMINSTER** *
**BANK PLC,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## O R D E R

Following the status conference held on April 19, 2006, the court **ORDERS** a stay of proceedings until **May 22, 2006**, pending receipt of the parties' proposed judgment.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge