**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**No. 95-758T**
**(Judge Nancy B. Firestone)**

---

**NATIONAL WESTMINSTER BANK PLC,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

---

**JOINT MOTION FOR ENLARGEMENT OF TIME**
**TO SUBMIT PROPOSED JUDGMENT**

---

Pursuant to RCFC 6.1 the parties respectively move for an enlargement of time until June 5, 2006 to submit a proposed judgment. In accordance with the status conference on April 19, 2006 and the Court's order of even date, the parties are in the process of discussing a form of Order for Entry of Final Judgment along with a proposed computation of plaintiff's overpayments of taxes and interest for the years at issue. They expect to make a submission to the Court by June 5, 2006.

Defendant's counsel has agreed to plaintiff's filing this motion on behalf of the parties.

Dated: May 22, 2006
New York, N.Y.

Respectfully submitted,

/s/ D. Scott Wise
Attorney of Record
Davis Polk & Wardwell
450 Lexington Avenue
New York, N.Y. 10017
(212) 450-4000