# In the United States Court of Federal Claims

**No. 95-758T**
**(Filed: May 25, 2006)**

* * * * * * * * * * * * * * * * * *
*
**NATIONAL WESTMINSTER** *
**BANK PLC,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**O R D E R**

The parties' joint motion, filed May 22, 2006, for an enlargement of time within which to submit a proposed judgment is **GRANTED**. Accordingly, the parties shall submit a proposed judgment by **Monday, June 5, 2006.**

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge