**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 95-758T**
**(Judge Nancy B. Firestone)**

**NATIONAL WESTMINSTER BANK PLC,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

**JOINT MOTION FOR FURTHER ENLARGEMENT OF TIME**

Pursuant to RCFC 6.1, the parties move for a further enlargement of time until June 23, 2006 to submit a proposed judgment or report on their progress. On May 25, 2006, the Court ordered the parties to submit a proposed judgment by June 5, 2006. The parties have made substantial progress on a proposed judgment and computation of plaintiff's overpayments, but need more time. The parties expect to complete or make substantial further progress on those tasks by June 23, 2006. Defendant's counsel has agreed to plaintiff's filing this motion on behalf of the parties.

Dated: June 5, 2006
New York, N.Y.

Respectfully submitted,

/s/ D. Scott Wise
Attorney of Record
Davis Polk & Wardwell
450 Lexington Avenue
New York, N.Y. 10017
(212) 450-4000