# In the United States Court of Federal Claims

**No. 95-758T**
**(Filed: June 7, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | * |
| | * |
| **NATIONAL WESTMINSTER BANK PLC,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * | * |

**O R D E R**

The parties' joint motion, filed June 5, 2006, for an enlargement of time within which to submit a proposed judgment is **GRANTED**. Accordingly, the parties shall submit a proposed judgment by **Friday, June 23, 2006.**

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge