**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 95-758T**
**(Judge Nancy B. Firestone)**

**NATIONAL WESTMINSTER BANK PLC,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**JOINT STATUS REPORT AND**
**JOINT MOTION FOR FURTHER ENLARGEMENT OF TIME**

Pursuant to RCFC 6.1, the parties move for a further enlargement of time until August 9, 2006 either to submit a proposed judgment or to file a status report on their progress. On June 7, 2006, the Court granted the parties' joint motion for a further enlargement of time and ordered the parties to submit a proposed judgment by June 23, 2006.

1. Since May 8, 2006, the parties have exchanged drafts of a proposed judgment, a draft stipulation and draft computations of plaintiff's overpayments of taxes and deficiency interest. They also have provided to each other documents underlying their computations. There are differences between the parties' computations, particularly with respect to interest.

2. Plaintiff has engaged an interest computation expert to review the record of NatWest's tax and interest payments from 1981 through 1995 in order to identify the reasons for the differences between the parties' interest calculations.

3. Plaintiff has proposed to deliver the results of its review of the interest calculations to defendant's counsel by July 7, 2006, and the parties have tentatively agreed to meet on July 28, 2006 to attempt to resolve any remaining differences.

4. The parties expect to make substantial further progress by August 9, 2006.

5. Defendant's counsel has agreed to plaintiff's filing this motion on behalf of the parties.

Dated: June 23, 2006
New York, N.Y.

Respectfully submitted,

/s/ D. Scott Wise
Attorney of Record
Davis Polk & Wardwell
450 Lexington Avenue
New York, N.Y. 10017
(212) 450-4000 (tel.)
(212) 450-4800 (fax)