**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 95-758T**
**(Judge Nancy B. Firestone)**

**NATIONAL WESTMINSTER BANK PLC,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**JOINT STATUS REPORT AND**
**JOINT MOTION FOR FURTHER ENLARGEMENT OF TIME**

Pursuant to RCFC 6.1, the parties move for a further enlargement of time until September 29, 2006 either to submit a proposed judgment or to file a status report on their progress. On June 23, 2006, the Court granted the parties' joint motion for a further enlargement of time and ordered the parties to submit a proposed judgment by August 9, 2006.

1. As the parties reported to the Court on June 23, 2006, there are differences between the parties' draft computations of plaintiff's overpayments of taxes and deficiency interest, particularly with respect to interest.

2. Plaintiff delivered the results of its review of the interest calculations to defendant's counsel on July 14, 2006. This included a further explanation of differences plaintiff had previously identified to defendant as well as an explanation of additional issues identified by plaintiff.

3. On August 8, 2006, plaintiff's and defendant's counsel discussed the different interest calculations, including their disagreement (at this point) regarding the additional issues identified by plaintiff. The parties intend to continue to discuss, and attempt to resolve, the differences in the computations, and hope they can make substantial further progress by September 29, 2006.

4. Defendant's counsel has agreed to plaintiff's filing this motion on behalf of the parties.

Dated: August 9, 2006
New York, N.Y.

Respectfully submitted,

/s/ D. Scott Wise

Attorney of Record
Davis Polk & Wardwell
450 Lexington Avenue
New York, N.Y. 10017
(212) 450-4000 (tel.)
(212) 450-4800 (fax)