# In the United States Court of Federal Claims

**No. 95-758T**
**(Filed: August 10, 2006)**

* * * * * * * * * * * * * * * * * *

**NATIONAL WESTMINSTER BANK PLC,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**O R D E R**

The parties' joint motion, filed August 9, 2006, in which the parties request an enlargement of time within which to submit a proposed judgment is **GRANTED**. Accordingly, the parties shall submit a proposed judgment or file a status report on their progress by **Friday, September 29, 2006.** No further extensions will be granted without a status conference to dismiss the remaining issues separating the parties.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge