# In the United States Court of Federal Claims

**No. 95-758T**
**(Filed: October 6, 2006)**

* * * * * * * * * * * * * * * * * *
*
**NATIONAL WESTMINSTER** *
**BANK PLC,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## FINAL JUDGMENT

This Court granted partial summary judgments in favor of plaintiff in opinions and orders dated July 27, 1999, November 14, 2003, and December 16, 2005. The parties having now agreed to an adjustment to plaintiff's income to resolve the issue on which this Court did not grant summary judgment (*i.e.*, the interest income of plaintiff's U.S. branches from certain clearing accounts), and the parties having submitted to the Court an agreed computation of plaintiff's overpayments of taxes and interest based on the Court's summary judgment rulings, this Court now enters final judgment.[1]

[1] The parties' agreement on the computation of tax and overpayments in without prejudice to defendant's right to appeal this Court's ruling or to the parties' rights to propose different computations to reflect the resolution of the Court's rulings on appeal.

The Court hereby determines that plaintiff has overpaid tax and deficiency interest in the following amounts. Accordingly, subject to 26 U.S.C. § 6402, the amounts to be refunded to plaintiff with interest as provided by law are as follow:

| Year | Tax | Interest | Total Overpayment |
|---|---|---|---|
| 1981 | $12,071,455.00 | $28,419,289.00 | $40,490,744.00 |
| 1982 | $6,906,957.00 | $12,871,412.00 | $19,778,369.00 |
| 1983 | $6,036,107.00 | $11,288,943.00 | $17,325,050.00 |
| 1984 | $9,787,753.00 | $14,734,667.00 | $24,522,420.00 |
| 1985 | $6,466,530.00 | $7,663,923.00 | $14,130,453.00 |
| 1986 | $8,474,752.00 | $9,932,684.00 | $18,407,436.00 |
| 1987 | $15,979,499.00 | $15,613,281.00 | $31,592,780.00 |
| | | Total | $166,247,252.00 |

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge