# In the United States Court of Federal Claims

**No. 95-758 T**

**NATIONAL WESTMINSTER BANK, PLC**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the parties' joint submission, filed October 6, 2006, and the court's order, filed October 6, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the following amounts, together with interest as provided by law:

| Year | Tax | Interest | Total Overpayment |
|---|---|---|---|
| 1981 | $12,071,455.00 | $28,419,289.00 | $40,490,744.00 |
| 1982 | $ 6,906,957.00 | $12,871,412.00 | $19,778,369.00 |
| 1983 | $ 6,036,107.00 | $11,288,943.00 | $17,325,050.00 |
| 1984 | $ 9,787,753.00 | $14,734,667.00 | $24,522,420.00 |
| 1985 | $ 6,466,530.00 | $ 7,663,923.00 | $14,130,453.00 |
| 1986 | $ 8,474,752.00 | $ 9,932,684.00 | $18,407,436.00 |
| 1987 | $15,979,499.00 | $15,613,281.00 | $31,592,780.00 |
| | | Total | $166,247,252.00 |

Brian Bishop
Clerk of Court

October 11, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.