United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

October 26, 2006

David S. Wise, Esquire
Davis, Polk & Wardwell
450 Lexington Avenue
Suite 2212
New York, NY 10017

In re: National Westminster Bank PLC v. United States,
No. 95-758T

Dear Mr. Wise:

I forward herewith a certified transcript of the judgment in the above-entitled case.

I have this date forwarded to the Tax Division of the Department of Justice, a certified copy of the judgment and it is expected that payment of this judgment will be made by the defendant pursuant to Section 2411 of Title 28, United States Code, and 26 CFR 301.6402-2(f)(2).

Sincerely,

Debra L. Samler
Senior Case Manager

Enclosure

cc: Cory A. Johnson, Esquire
Department of Justice