ORIGINAL

FILED
DEC 5 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**No. 95-758 T**
**(Judge Nancy B. Firestone)**

**NATIONAL WESTMINSTER BANK, PLC,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

---

# NOTICE OF APPEAL

---

On October 6, 2006, the Court (Judge Nancy B. Firestone) issued a "Final Judgment" which provides "this Court now enters final judgment" and which contains a chart, reflecting overpayments of tax and interest for the years 1981-1987. On October 11, 2006, the Court (by the Clerk of Court) entered "Judgment", which contains the same chart and refers to the Court's October 6th order. A "Note" at the bottom of the October 11th Judgment provides, "As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00."

Because the United States is uncertain whether the Court intended the October 6th "Final Judgment" or the October 11th "Judgment" to be the judgment from which an appeal may be



2071424.1

taken, the United States, by this notice, hereby gives notice of its intention to appeal the appropriate judgment to the United States Court of Appeals for the Federal Circuit.

CORY A. JOHNSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington D.C. 20044
202-307-3046

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

Of Counsel

Attorneys for the United States

Dated: December 5, 2006



2071424.1

**CERTIFICATE OF SERVICE**

I certify that service of the foregoing Notice of Appeal, this 5th day of December 2006, has been made on opposing counsel by mailing a copy thereof, in a postage prepaid envelope, to the following address:

D. Scott Wise
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Court of Federal Claims Section
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Station
Washington D.C. 20044