# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORIGINAL

## NOTICE OF DOCKETING

FILED
DEC 1 5 2006
U.S. COURT OF FEDERAL CLAIMS

**2007-5028 - NATIONAL WESTMINSTER V US**

**Date of docketing:** 12/08/2006

**Appeal from:** United States Court of Federal Claims case no. 95-CV-758

**Appellant(s):** United States

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Cory A. Johnson
David Scott Wise

# 2007-5028

# In the United States Court of Federal Claims

## Appeal Information Sheet

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 8 2006

JAN HORBALY
CLERK

**Judge Nancy B. Firestone**

**Type of Case**: 210 Tax - Income, Corporate

NATIONAL WESTMINSTER BANK, PLC.,
*Plaintiff,*

v.

THE UNITED STATES,
*Defendant,*

**CFC Docket No.:** 95-758 T.

**Cross or Related**? No.

**Appellant is**: Plaintiff.

**Date Judgment Entered**: October 11, 2006. > 55

**Date of Appeal:** December 5, 2006.

**Fee**: $455.00.

*See U.S. Court of Federal Claims Docket Sheet for information on counsel for parties.*

Attachments and processing check list.

- ☐ Certified copy of the USCFC Docket Sheet.
- ☐ Decision directing judgment in case.
- ☐ Copy of the Notice of Appeal.
- ☐ Opposing party served.
- ☐ Judge's copies sent to chambers.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-5028

NATIONAL WESTMINSTER BANK, PLC,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 95-CV-758, Judge Nancy B. Firestone.

Authorized Abbreviated Caption[2]

NATIONAL WESTMINSTER v US, 2007-5028

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.