ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
DEC 19 2006
U.S. COURT OF FEDERAL CLAIMS

**No. 95-758T**
**(Judge Firestone)**

**NATIONAL WESTMINSTER BANK, PLC,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

## NOTICE OF CROSS-APPEAL

On December 5, 2006, Defendant filed notice of its intention to appeal from the final judgment of the Court entered on October 11, 2006. The appeal was docketed on December 8, 2006 as National Westminster Bank, PLC, Plaintiff-Appellee, v. United States, Defendant-Appellant, No. 2007-5028. Pursuant to RCFC 58.1, Fed. R. App. P. 3 and Fed. Cir. R. 3, National Westminster Bank, PLC (NatWest) hereby gives notice of cross-appeal from the Court's Order (Judge J. Turner) dated October 10, 1997 (the "Order"). NatWest intends to appeal to the United States Court of Appeals for the Federal Circuit from paragraph 1 and sections (a) and (b) of paragraph 5 of the Order, which paragraphs respectively granted Defendant's motion dated May 7, 1997 to strike four affidavits submitted by NatWest and, in part, denied NatWest's discovery motion dated May 19, 1997.

Dated: December 19, 2006
New York, N.Y.

D. Scott Wise by John L. Carr, Jr.

D. Scott Wise by John L. Carr, Jr.
Attorney of Record
Davis Polk & Wardwell
450 Lexington Avenue
New York, N.Y. 10017
(212) 450-4000

Of Counsel:

Mario J. Verdolini, Jr.
Leslie J. Altus
Davis Polk & Wardwell
450 Lexington Avenue
New York, N.Y. 10017
(212) 450-4000

John L. Carr, Jr.
Michael C. Moetell
Thomas M. Buchanan
Winston & Strawn LLP
1400 L Street, N.W.
Washington, D.C. 20005

CERTIFICATE OF SERVICE

I hereby certify that I caused one copy each of the foregoing Notice of Cross-Appeal to be served on opposing counsel this 19th day of December 2006 by hand as follows:

Cory A. Johnson
Attorney of Record
U.S. Department of Justice, Tax Division
555 Fourth Street, N.W.
Washington, D.C. 20001

Judith A. Hagley
U.S. Department of Justice,
Tax Division, Appellate Section
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

Winston & Strawn LLP
1400 L Street, N.W.
Washington, D.C. 20005