# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

RECEIVED
DEC 2 8 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF DOCKETING

**2007-5036 - NATIONAL WESTMINSTER V US**

**Date of docketing:** 12/28/2006

**Appeal from:** United States Court of Federal Claims case no. 95-758

**Cross-appellant(s):** NATIONAL WESTMINSTER BANK, PLC

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Entry of appearance form to all.
- Informal brief form to pro se appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Cory A. Johnson
David Scott Wise

2007-5036

# In the United States Court of Federal Claims

## Appeal Information Sheet

**Judge Nancy B. Firestone**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 28 2006

JAN HORBALY
CLERK

**Type of Case**: 210 Tax - Income, Corporate

NATIONAL WESTMINSTER
BANK PLC,
*Plaintiff,*
v.
THE UNITED STATES,
*Defendant,*

RECEIVED
2006 DEC 20 AM 11:12
US COURT OF APPEALS
FEDERAL CIRCUIT

**CFC Docket No.:** 95-758 T.

**Cross or Related**? Yes, Cross-Appeal.

**Appellant is**: Plaintiff.

**Date Judgment Entered**: October 11, 2006.

**Date of Appeal:** December 5, 2006.

**Fee**: $455.00.

*See U.S. Court of Federal Claims Docket Sheet for information on counsel for parties.*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: December 26, 2006

## Official Caption[1]

2007-5028, -5036

NATIONAL WESTMINSTER BANK, PLC,

Plaintiff-Cross Appellant,

v.

UNITED STATES,

Defendant-Appellant.

Appeals from the United States Court of Federal Claims in 95-CV-758, Judge Nancy B. Firestone.

## Authorized Abbreviated Caption[2]

NATIONAL WESTMINSTER v US, 2007-5028, -5036

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.