ORIGINAL

FILED
MAR 28 2007
U.S. COURT OF
FEDERAL CLAIMS

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5028

NATIONAL WESTMINSTER BANK, PLC,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

\- - - - - - - - - - - - - - - - - - - - - - - -

2007-5036

NATIONAL WESTMINSTER BANK, PLC,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

ON MOTION

ORDER

Upon consideration of National Westminster Bank, PLC's motion to voluntarily dismiss appeal no. 2007-5036,

IT IS ORDERED THAT:

(1) Appeal no. 2007-5036 is dismissed. The revised official captions are reflected above.

(2) All parties shall bear their own costs in 2007-5036.

FOR THE COURT

MAR 28 2007

Date

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MAR 28 2007

JAN HORBALY
CLERK

cc: David S. Wise, Esq.
Judith A. Hagley, Esq.

s18

ISSUED AS A MANDATE (as to 2007-5036 only): MAR 28 2007

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

By: Date: 3/28/07